1  LEE C. ROSENTHAL, State Bar #58778
   lrosenthal@goldfarblipman.com
2  ROBERT C. MILLS, State Bar #158097
   rmills@goldfarblipman.com
3  JULIET E. COX, State Bar #214401
   jcox@goldfarblipman.com
4  GOLDFARB & LIPMAN LLP
   1300 Clay Street, Ninth Floor
5  City Center Plaza
   Oakland, California 94612
6  Telephone:  (510) 836-6336
   Facsimile:  (510) 836-1035
7
8  Attorneys for Respondents and Real Parties in
   Interest DUBLIN HOUSING AUTHORITY;
9  HOUSING AUTHORITY OF THE COUNTY OF
   ALAMEDA; SCS DEVELOPMENT COMPANY;
10 and EDEN HOUSING, INC.

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

| 14 | ARROYO VISTA TENANTS ASS'N *et al.*, | Case No.: 3:07-cv-05794-EMC |
|---|---|---|
| 15 | Petitioners, | **CORPORATE DISCLOSURE STATEMENT BY REAL PARTY IN INTEREST EDEN HOUSING INC.** |
| 16 | v. | |
| 17 | CITY OF DUBLIN *et al.*, | (F.R.C.P. 7.1) |
| 18 | Respondents, | |
| 19 | SCS DEVELOPMENT COMPANY *et al.*, | |
| 20 | Real Parties in Interest. | |

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX

EDEN HOUSING INC. CORPORATE DISCLOSURE STATEMENT (F.R.C.P. 7.1)
1460\02\501247.3

1  Real Party in Interest EDEN HOUSING INC. ("Eden") is a California nonprofit public
2  benefit corporation, duly organized and existing and authorized to do business in California.
3  Eden has no parent corporation and no stockholders.

4  DATED: November 21, 2007                GOLDFARB & LIPMAN LLP

6                                   By:    /s/ Juliet E. Cox
                                           JULIET E. COX
7                                          Attorneys for Respondents and Real Parties in
                                           Interest DUBLIN HOUSING AUTHORITY;
8                                          HOUSING AUTHORITY OF THE COUNTY
                                           OF ALAMEDA; SCS DEVELOPMENT
9                                          COMPANY; and EDEN HOUSING, INC.

11  I hereby attest that I have on file all holograph signatures for any signatures indicated by
12  a "conformed" signature (/S/) within this efiled document.

Goldfarb &
Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX

1
EDEN HOUSING INC. CORPORATE DISCLOSURE STATEMENT (F.R.C.P. 7.1)
1460\02\501247.3