1  LEE C. ROSENTHAL, State Bar #58778
   lrosenthal@goldfarblipman.com
2  ROBERT C. MILLS, State Bar #158097
   rmills@goldfarblipman.com
3  JULIET E. COX, State Bar #214401
   jcox@goldfarblipman.com
4  GOLDFARB & LIPMAN LLP
   1300 Clay Street, Ninth Floor
5  City Center Plaza
   Oakland, California 94612
6  Telephone:  (510) 836-6336
   Facsimile:  (510) 836-1035
7

8  Attorneys for Respondents and Real Parties in
   Interest DUBLIN HOUSING AUTHORITY;
9  HOUSING AUTHORITY OF THE COUNTY OF
   ALAMEDA; SCS DEVELOPMENT COMPANY;
10 and EDEN HOUSING, INC.

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  ARROYO VISTA TENANTS ASS'N *et al.*, | Case No.: 3:07-cv-05794-EMC |
| 14       Petitioners, | **CORPORATE DISCLOSURE STATEMENT BY REAL PARTY IN INTEREST SCS DEVELOPMENT COMPANY** |
| 15       v. | |
| 16  CITY OF DUBLIN *et al.*, | |
| 17       Respondents, | (F.R.C.P. 7.1) |
| 18  SCS DEVELOPMENT COMPANY *et al.*, | |
| 19       Real Parties in Interest. | |

20
21
22
23
24
25
26
27
28

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX

SCS DEVELOPMENT COMPANY CORPORATE DISCLOSURE STATEMENT (F.R.C.P. 7.1)
1460\02\501247.3

Real Party in Interest SCS DEVELOPMENT COMPANY dba CITATION HOMES CENTRAL ("Citation") is a California corporation, duly organized and existing and authorized to do business in California. Citation has no parent corporation, and no publicly held corporation owns 10% or more of Citation's stock.

DATED: November 21, 2007         GOLDFARB & LIPMAN LLP

By: /s/ Juliet E. Cox
JULIET E. COX
Attorneys for Respondents and Real Parties in Interest DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA; SCS DEVELOPMENT COMPANY; and EDEN HOUSING, INC.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Goldfarb &
Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX