1  LEE C. ROSENTHAL, State Bar #58778
   lrosenthal@goldfarblipman.com
2  ROBERT C. MILLS, State Bar #158097
   rmills@goldfarblipman.com
3  JULIET E. COX, State Bar #214401
   jcox@goldfarblipman.com
4  GOLDFARB & LIPMAN LLP
   1300 Clay Street, Ninth Floor
5  City Center Plaza
   Oakland, California 94612
6  Telephone:  (510) 836-6336
   Facsimile:  (510) 836-1035
7

8  Attorneys for Respondents and Real Parties in
   Interest DUBLIN HOUSING AUTHORITY;
9  HOUSING AUTHORITY OF THE COUNTY OF
   ALAMEDA; SCS DEVELOPMENT COMPANY;
10 and EDEN HOUSING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ARROYO VISTA TENANTS ASS'N *et al.*, | Case No.: 3:07-cv-05794-EMC |
|---|---|
| Petitioners, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| CITY OF DUBLIN *et al.*, | |
| Respondents, | |
| SCS DEVELOPMENT COMPANY *et al.*, | |
| Real Parties in Interest. | |

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX

DECLINATION OF MAGISTRATE AND REQUEST FOR REASSIGNMENT
1460\03\513822.2

Respondents DUBLIN HOUSING AUTHORITY and HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request reassignment of this case to a United States District Judge.

DATED: December 17, 2007             GOLDFARB & LIPMAN LLP

By: /s/ Juliet E. Cox
JULIET E. COX
Attorneys for Respondents and Real Parties in Interest DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA; SCS DEVELOPMENT COMPANY; and EDEN HOUSING, INC.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX