BAY AREA LEGAL AID
PHILLIP R. MORGAN (State Bar No. 99979)
NAOMI YOUNG (State Bar No. 105041)
LISA S. GREIF (State Bar No. 214537)
405 14th Street, 11th Floor
Oakland, California  94612
Telephone: 510-663-4744
Facsimile: 510-663-4740

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California  94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.

**E-FILED**

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL,<br><br>          Petitioners,<br>     vs.<br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br><br>          Respondents.<br><br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>          Real Parties in Interest. | CASE NO.:  C-07-05794 MHP<br><br>DECLARATION OF LISA S. GREIF IN SUPPORT OF PLAINTIFFSø MOTION FOR PRELIMINARY INJUNCTION<br><br>Hearing Date: March 3, 2008<br>Time: 2:00 p.m.<br>Courtroom: 15, 18th Floor |

I, Lisa Greif, declare as follows:

1) I am an attorney at law duly admitted to practice before this Court and one of the attorneys of record herein for petitioners, Arroyo Vista Tenants Association, Rhenae Keyes, Elise Veal, Andres Arroyo and Darlene Brown.

2) A true and accurate copy of an excerpt of the Minutes of the Dublin City Council Meeting of July 17, 2007 and Resolution 136-07 approving a Disposition and Development Agreement for the Redevelopment of Arroyo Vista ("DDA") is attached as Exhibit 1 to this declaration. I obtained this copy of the Resolution from the City of Dublin's website at http://www.ci.dublin.ca.us/minutessummary-new.cfm?PL=gov&SL=maycc.

3) A true and accurate copy of the Agenda Report, proposed Resolution, and the DDA is attached as Exhibit 2 to this declaration. I obtained this copy of the DDA from the City if Dublin's website at http://www.ci.dublin.ca.us/DepartmentSubLevel2.cfm?PL=gov&SL=maycc&dsplyID=1026.

4) On or about September 12, 2007 I requested a copy of the Dublin Housing Authority's application to the U.S. Department of Housing and Urban Development ("HUD") for approval of demolition or disposition of Arroyo Vista. On October 4, 2007 I received the application submitted to HUD on or about August 14, 2007 and a true and accurate copy is attached hereto as Exhibit 3.

5) A true and accurate copy of the Dublin Housing Authority's 5-Year Plan for Fiscal Years 2005-2009 is attached to my declaration as Exhibit 4 to this declaration. I obtained this copy of the 5-Year Plan from the Housing Authority of the County of Alameda's website at http://www.haca.net/agencypl.html.

6) On December 13, 2007 I received a letter from Juliet Cox of Goldfarb & Lipman, attorneys in this action for Dublin Housing Authority and have attached a true and accurate copy of that letter to this declaration as Exhibit 5.

7) On or about November 27, 2007 I received a letter from HUD dated November 20, 2007 regarding DHA's disposition application to HUD; a true and accurate copy is attached hereto as Exhibit 6.

DECLARATION OF LISA S. GREIF - 2

Case No. C-07-05794 MHP

8) In December 2007 I received a copy of the December 2007 Arroyo Vista Newsletter entitled "Redevelopment Update" from our client Elise Veal. A true and accurate copy is attached to this declaration as Exhibit 7.

9) On or about November 6, 2007 I searched the website of the Contra Costa Times and found the article entitled "Panel to Decide if Arroyo Vista Patrols Needed." This article can be found at http://www.contracostatimes.com/search/ci_7383849?nclick_check=1. A true and accurate copy of the article is attached hereto as Exhibit 8.

10) On November 21, 2007 I sent a letter to Lee Rosenthal and Juliet Cox of Goldfarb & Lipman, attorneys for Dublin Housing Authority. A true and accurate copy of that letter is attached to my declaration as Exhibit 9.

11) On December 18, 2007 the Dublin City Council approved Agenda Item 4.9, involving a $325,000 predevelopment loan to Eden Housing, Inc. in connection with redevelopment of Arroyo Vista. A true and accurate copy of the Agenda Statement for that agenda item, proposed resolution, and loan documents is attached to this declaration as Exhibit 10. On January 23, 2008, I reviewed the videotape of the December 18, 2007 City Council meeting regarding Agenda Item 4.9 and observed that the City Council approved the loan as part of Agenda Item 4, the City's consent calendar.

12) Attached as Exhibit 11 are Arroyo Vista Newsletters from the Dublin Housing Authority for May 2006, July 2006, June 2007, July 2007, September 2007, October 2007, and November 2007. I received these newsletters from our clients Rhenae Keyes and Elise Veal.

13) On November 2, 2007 I sent a letter to Alphonso Jackson, Ainars Rodin and Kim Kendrick at HUD regarding the Disposition Application submitted to HUD by Dublin Housing Authority. A true and accurate copy of that letter is attached as Exhibit 12 to this declaration.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed at Oakland, California on January 25, 2008.

                                                ___/s/ Lisa S. Greif_____
                                                LISA S. GREIF
                                                BAY AREA LEGAL AID

DECLARATION OF LISA S. GREIF - 3
Case No. C-07-05794 MHP

Greif Declaration – Index of Exhibits

| Exhibit # | Document Description |
|---|---|
| 1 | Excerpt of Minutes of the Dublin City Council Meeting of July 17, 2007 Approving Resolution 136-07 |
| 2 | Agenda Statement of the Dublin City Council Meeting of July 17, 2007, Proposed Resolution No. [136-07], and Disposition and Development Agreement for the Redevelopment of Arroyo Vista ("DDA") |
| 3 | Fax Cover from Housing Authority of County of Alameda dated October 4, 2007 and Dublin Housing Authority's Application of Demolition Disposition to the U.S. Department of Housing and Urban Development ("HUD") |
| 4 | Dublin Housing Authority's 5-Year Plan for Fiscal Year 2005-2009 |
| 5 | Letter from Juliet Cox, Goldfarb & Lipman, to Lisa Greif dated December 13, 2007 |
| 6 | Letter from Dominique Blom, U.S. Department of Housing and Urban Development, to Lisa Greif dated November 20, 2007 |
| 7 | Dublin Housing Authority, Arroyo Vista Newsletter dated December 2007 |
| 8 | Contra Costa Times article, "Panel to Decide if Arroyo Vista Patrols Needed," dated November 6, 2007 |
| 9 | Letter to Lee Rosenthal and Juliet Cox of Goldfarb & Lipman from Lisa Greif dated November 21, 2007 |
| 10 | Agenda Statement of the Dublin City Council Meeting of December 18, 2007 regarding Agenda Item 4.9: Predevelopment Loan to Eden Housing, Inc. |
| 11 | Dublin Housing Authority, Arroyo Vista Newsletter dated May 2006, July 2006, June 2007, July 2007, September 2007, October 2007 and November 2007 |
| 12 | Letter to Alphonso Jackson, Ainars Rodin and Kim Kendrick, U.S. Department of Housing and Urban Development, from Lisa Greif, et al. dated November 2, 2007 |

DECLARATION OF LISA S. GREIF - 4
Case No. C-07-05794 MHP