**DECLARATION OF LISA GREIF
IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

EXHIBIT 1

000001



# Minutes of the City Council
## of the City of Dublin

### REGULAR MEETING – JULY 17, 2007

## CLOSED SESSION

A closed session was held at 6:30 p.m., regarding:

    I.    *PUBLIC EMPLOYEE PERFORMANCE EVALUATION pursuant to Government Code Section 54957, Title: City Manager*

***Items Added to Agenda:***
*Mayor Lockhart announced that City Staff learned on July 13, 2007, after the agenda was posted, that Jody Rhone, doing business as Len's Barber Shop, proposed to amend her lease with the City to vacate by July 31, 2007. Because the Council does not meet again until August 7, 2007, it would be too late to consider the proposed lease amendment on August 7, 2007.*

*Mayor Lockhart stated pursuant to Government Code section 54954.2, subdivision (b)(2) that the Council find there is a need to discuss the proposed lease amendment with the City Manager in closed session and to consider giving the City Manager authority to enter into the lease agreement; that the need to take such actions came to the attention of the City after the agenda was posted and cannot be deferred until the August 7, 2007 meeting; and that two items be added to the agenda for tonight's meeting, as follows:*

    (1) *A Closed Session pursuant to Government Code section 54956.8 to read as follows:*
*CONFERENCE WITH REAL PROPERTY NEGOTIATORS*
*Property: APN 941-1560-007-01*
*City Negotiator: City Manager Richard Ambrose*
*Negotiating parties: Len's Barber Shop and other tenants*
*Under negotiation: Price and terms of payment*

---

DUBLIN CITY COUNCIL MINUTES
VOLUME 26
REGULAR MEETING
July 17, 2007
PAGE 267



000002

*(2) A consent calendar item (4.12) entitled: Authorization to enter into Lease Amendment with Jody Rhone, doing business as Len's Barber Shop, with a recommendation to authorize the City Manager to execute a lease amendment.*

*On motion of Mayor Lockhart, seconded by Vm. Hildenbrand, and by unanimous vote, the Council added a Closed Session for Conference with Real Property Negotiators and Item 4.12 to the Consent Calendar.*

♦

A regular meeting of the Dublin City Council was held on Tuesday, July 17, 2007, in the Council Chambers of the Dublin Civic Center. The meeting was called to order at 7:07 p.m., by Mayor Lockhart.

♦

## ROLL CALL

PRESENT: Councilmembers Hildenbrand, Oravetz, Sbranti and Scholz, and Mayor Lockhart.
ABSENT: None

♦

## PLEDGE OF ALLEGIANCE

The pledge of allegiance to the flag was recited by the Council, Staff and those present.

♦

## REPORT ON CLOSED SESSION ACTION

Mayor Lockhart advised no reportable action was taken in Closed Session.

♦



000003

and

# RESOLUTION NO. 135 – 07

## ADOPTING A BIKEWAYS MASTER PLAN

♦

**DISPOSITION AND DEVELOPMENT AGREEMENT FOR THE ARROYO VISTA REDEVELOPMENT PROJECT WITH THE CITY OF DUBLIN, THE DUBLIN HOUSING AUTHORITY, THE HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA, EDEN HOUSING, INC., AND CITATION HOMES CENTRAL**

8:56 p.m.   7.1   (600-60)

Assistant City Manager Joni Pattillo presented the Staff Report and advised that the City Council will consider approving a Disposition and Development Agreement, approving financial assistance to the Dublin Housing Authority and waiving the affordability, allocation, location, bedroom size, concurrence and preference point requirements of the City's Inclusionary Zoning Ordinance for the Arroyo Vista Redevelopment Project.

Arroyo Vista is a public housing development on approximately 22.9 acres of land located at 6700 Dougherty Road in the City of Dublin and owned by the Dublin Housing Authority (DHA). The development currently contains 150 public housing units and a children's day care center, all in need of substantial rehabilitation. In July, 2006, DHA decided to seek redevelopment of Arroyo Vista after determining that rehabilitation was economically infeasible. After a competitive selection process, DHA selected Eden Housing, Inc., a non-profit developer, and Citation Homes Central, a for-profit developer, to assist in the redevelopment of Arroyo Vista.

There are two components that make up the financial contribution from the City's Inclusionary Zoning In-Lieu Fee Funds for the Arroyo Vista Project. The first element is a future loan that was approved by the City Council in April, 2007, in the amount of $1,500,000 that would be provided to Eden Housing, Inc., or its affiliate to assist in financing the construction of affordable rental units for low-income families and low-income seniors. The second element is the proposed financial assistance that would be



000004

provided to DHA in the amount of up to $1,500,000 to assist DHA in relocating the existing residents of Arroyo Vista. Such assistance will be funded from the Inclusionary Zoning In-Lieu Fee Fund. The total City of Dublin contribution to the relocation and redevelopment of Arroyo Vista is projected at $3,000,000.

Ms. Pattillo discussed: 1) Affordability – the requirement that 12.5% of the new units be affordable and that such units be allocated to very low, low, and moderate income households. 2) Allocation – the requirement that the affordable units be dispersed throughout the project. 3) Concurrence – the requirement that the affordable units be constructed concurrently with the market rate units. 4) Bedroom Size – the requirement that the affordable units reflect the range of numbers of bedrooms provided in the project as a whole. 5) Preference Points – the requirement that qualified tenants and owners be selected pursuant to the preference point system set forth in the Inclusionary Ordinance.

Linda Mandolini thanked the City Council and Staff and collective attorneys on all sides of the table. They are very excited to be at this point and look forward to creating a nice new community. She gave a very special thank you to Joni Pattillo.

Charles McKeag reiterated expression of gratitude for setting this process in motion. This has been a great education for him. City Staff has demonstrated great patience and the timeframe is mindblowing because of the complexity. All are keenly appreciative of the efforts of Assistant City Manager Joni Pattillo. On behalf of Eden and Citation they acknowledged her efforts with a beautiful bouquet of roses.

Cm. Scholz asked about guidelines with public/private partnerships for seniors.
Ms. Pattillo stated the 150 units had to be built as replacement units. They looked at affordable housing in the mix for the others. They put in deeper affordability as part of the proposal.

Mayor Lockhart stated this is not an ordinary project; rather it is an extraordinary opportunity for our community. This opportunity is worth any risk associated with the project. She stated she is proud of everyone who worked on this.

Cm. Sbranti discussed the six units in the 60-80% range. We do want to reward the people who live in that development, but have been able to improve their situation. He would like to see them accommodated.

**DUBLIN CITY COUNCIL MINUTES**
**VOLUME 26**
**REGULAR MEETING**
**July 17, 2007**
**PAGE 284**



000005

Mayor Lockhart stated once they reach a certain income point, they may be able to afford market rate.

Ms. Mandolini stated they intentionally left how this will take place open. This is a good plan and will accommodate almost everyone. Based on the numbers they've seen nationally, it will work.

Cm. Oravetz felt the risk being taken is good. We can do greater things on this piece of land than what we currently have. In looks like November 2008 we will see construction begin.

Cm. Scholz felt we need to remind ourselves that nothing in life is risk free.

On motion of Vm. Hildenbrand, seconded by Cm. Scholz, and by unanimous vote, the Council adopted

### RESOLUTION NO. 136 – 07

**APPROVING A DISPOSITION AND DEVELOPMENT AGREEMENT FOR THE ARROYO VISTA REDEVELOPMENT PROJECT WITH THE DUBLIN HOUSING AUTHORITY, THE HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA, EDEN HOUSING INC., AND CITATION HOMES CENTRAL; APPROVING FINANCIAL ASSISTANCE TO THE DUBLIN HOUSING AUTHORITY FOR RELOCATION COSTS; AND PRELIMINARILY GRANTING WAIVERS TO THE CITY'S INCLUSIONARY ORDINANCE SUBJECT TO FINAL APPROVAL OF ZONING, PARCEL MAP AND TENTATIVE MAP**

**and**

approved Budget Change; directed Staff to negotiate a loan agreement and related documents to provide financing to Eden Housing, Inc., or its affiliate in an amount not to exceed $1,500,000 to assist in financing the construction of affordable rental units for low-income families and low-income seniors; and authorized the City Manager to sign the DDA on behalf of the City of Dublin.

Assistant City Manager Pattillo recognized Jeri Ram and John Lucero for their hard work on this and thanked City Manager Ambrose who had the confidence in her to allow her to work on this project.

**DUBLIN CITY COUNCIL MINUTES**
**VOLUME 26**
**REGULAR MEETING**
**July 17, 2007**
**PAGE 285**



000006

Vm. Hildenbrand discussed the fact that we were not necessarily in agreement when this was presented two years ago. She stated she would now be willing to participate.

On motion of Cm. Sbranti, seconded by Cm. Oravetz, and by unanimous vote, the City Council adopted

### RESOLUTION NO. 139 – 07

### APPROVING PARTICIPATION IN THE CLIMATE PROTECTION PROJECT FOR ALAMEDA COUNTY JURISDICTIONS

Approved an $11,500 Budget Change, and designated Vm. Hildenbrand to participate in the program.

## OTHER BUSINESS

10:19 p.m.

City Manager Ambrose advised that the Dog Park opening and dedication will be held at 10:00 a.m., on Saturday, July 28th.

There will be a Special Joint Meeting of the City Council and Planning Commission regarding the Downtown Specific Plan on August 7th, at 5:00 p.m., prior to the Regular City Council meeting.

There will be a Tri-Valley Business Council meeting on Thursday, August 9th from 8:00 a.m. to 11 a.m.

Cm. Scholz stated she had received calls regarding the condition of the vacant bank on Kimball Avenue and Alcosta Boulevard, which has been sitting empty for a few years. She asked if there is anything the City can do about this.

City Manager Ambrose advised that this is located in the City of San Ramon, so residents should contact San Ramon with their concerns related to the condition of this property.

DUBLIN CITY COUNCIL MINUTES
VOLUME 26
REGULAR MEETING
July 17, 2007
PAGE 290



000007

Cm. Scholz stated she had opportunity to go to National Night Out and had dinner served by Armadillo Willies and many Dublin citizens were honored.

Cm. Oravetz commented that the new play equipment at Alamo Creek Park is a major hit with the kids. The City Camp Out was very successful. It was like a Boy Scout jamboree. He asked if there were any plans to resurface the basketball court.

Parks & Community Services Director Lowart stated we have funds in this year's budget to resurface it.

Cm. Sbranti stated last Thursday, City Department Heads served lunch for all employees at the Sports Grounds. This is a good tradition each year.

Mayor Lockhart reminded everyone that on Tuesday, August 7th the Council and Planning Commission will discuss the Downtown Specific Plan at 5:00 p.m.

Interim City Clerk Kay Keck reminded the Council that Semi-Annual Campaign Statements are due and need to be filed no later than July 31st. The statements cover the time period January 1 through June 30, 2007.

Mayor Lockhart reported that we lost recently Norman Ponds, a resident who was a big supporter of the community. The meeting will be adjourned in his honor.

## CLOSED SESSION

At 10:24 p.m., the Council returned to closed session

## REPORT ON CLOSED SESSION ACTION

Mayor Lockhart announced that there was no reportable action taken in closed session.

---

**DUBLIN CITY COUNCIL MINUTES**
**VOLUME 26**
**REGULAR MEETING**
**July 17, 2007**
**PAGE 291**



000008

## ADJOURNMENT

11.1

There being no further business to come before the Council, the meeting was adjourned in memory of our fallen soldiers and Norman Pond at 11:12 p.m.

Minutes prepared by Kay Keck, Interim City Clerk.

_____
Mayor

ATTEST: _____
Interim City Clerk

DUBLIN CITY COUNCIL MINUTES
VOLUME 26
REGULAR MEETING
July 17, 2007
PAGE 292



000009