BAY AREA LEGAL AID
PHILLIP R. MORGAN (State Bar No. 99979)
NAOMI YOUNG (State Bar No. 105041)
LISA S. GREIF (State Bar No. 214537)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.

**E-FILED**

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL,<br><br>    Petitioners,<br>    vs.<br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br><br>    Respondents.<br><br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>    Real Parties in Interest. | CASE NO. C-07-05794 MHP<br><br>DECLARATION OF ANDRES ARROYO IN SUPPORT OF PLAINTIFFSø MOTION FOR PRELIMINARY INJUNCTION<br><br>Hearing Date: March 3, 2008<br>Time: 2:00 p.m.<br>Courtroom: 15, 18th Floor |

Declaration of Andres Arroyo - 1

CASE #: C-07-05794 MHP

I, Andres Arroyo, hereby declare:

1. If called as a witness in this matter, I could and would testify competently to the facts set forth herein.

2. I am a 66 year old Hispanic man and I am disabled. I have lived at the Arroyo Vista Housing complex for 21 years and currently live in unit number 61 with my wife, who is 69 years old.

3. I get Social Security retirement benefits and my wife gets Supplemental Security Income (SSI) for a total income of approximately $1900 per month. The rent for our two-bedroom unit is $996 per month.

4. I first learned about the plans for redevelopment at the beginning of 2007 when I received a flyer that said there was going to be a meeting held by the City of Dublin about the sale of Arroyo Vista. The flyer said that the City was planning to sell Arroyo Vista, that there would be a new landlord, and that residents could rent in the new development. At a meeting I attended in August 2007, I heard that residents didn't have to move immediately, but that everyone would be moved out by November 2008.

5. In October 2007, a couple of women and a man from Overland Pacific & Cutler called me and came to my house to tell me that they were offering me a good deal to move. I do not think that it is a good deal.

6. My wife and I want to continue living in Dublin to stay close by our medical providers and our family. Five of my physicians and my wife's two physicians are all located in Pleasanton. These include our primary care physicians, my orthopedist, my renal specialist, my urologist, and my wife's cardiologist. I have appointments with my doctors at least once per month and go to Pleasanton for renal dialysis three times per week. Our children live in San Ramon and Dublin.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Dublin, California on January __24___, 2008.

/s/
Andres Arroyo

Declaration of Andres Arroyo - 2

CASE #: C-07-05794 MHP

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: January 25, 2008           /s/ Lisa S. Greif
                                  Lisa S. Greif
                                  Attorney for Plaintiffs