BAY AREA LEGAL AID
PHILLIP R. MORGAN (State Bar No. 99979)
NAOMI YOUNG (State Bar No. 105041)
LISA S. GREIF (State Bar No. 214537)
405 14th Street, 11th Floor
Oakland, California  94612
Telephone: 510-663-4744
Facsimile: 510-663-4740

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California  94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.

**E-FILED**

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL,<br><br>　　　　Petitioners,<br>　　vs.<br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br><br>　　　　Respondents.<br><br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>　　　　Real Parties in Interest. | CASE NO.: C-07-05794 MHP<br><br>DECLARATION OF DARLENE BROWN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>Hearing Date: March 3, 2008<br>Time: 2:00 p.m.<br>Courtroom: 15, 18th Floor |

Declaration of Darlene Brown - 1

CASE NO.: C-07-05794 MHP

I, Darlene Brown, hereby declare:

1. If called as a witness in this matter, I could and would testify competently to the facts set forth herein.

2. I am a 54- year-old disabled, African-American woman. I have lived at 6700 Dougherty Road, #96 in Arroyo Vista for 17 years.

3. I live on a fixed and very limited income since my sole source of income is Supplemental Security Income.

4. My health is not good and at this point I do not want to move away from my doctors and family.

5. Around September 2007 some people from Overland, Pacific and Cutler came to my house and introduced themselves as the õrelocation committeeö. I do not remember the names of the people who came to my house. I asked them what they were offering and they told me that they would give me a list of units to call and I would have to find a place to move to since Arroyo Vista was being sold.

6. I asked them how they would help me find a place and the OPC people said they would send me a list of apartments when I was ready to move out. I think this list is the only help I will be given to find another home; I feel that it is up to me to find a place if I want to move out. I was not given any other information about relocation or moving benefits or assistance from the OPC people or anyone else.

7. When I asked if I had to move out now I was told that I could begin looking for a new place at any time but it is also my understanding that I do not have to move until I get a 90-day notice from the Dublin Housing Authority that tells me I have to move out. No one has told me when I would get a 90-day notice.

8. Around October 2007 I went to a meeting where Mary Rizzo-Shuman from Housing Authority the County of Alameda (HACA) was explaining the voucher program to tenants. I attended this meeting to find out more about the voucher program. I have not applied for a voucher because I do not want to move now.

Declaration of Darlene Brown - 2

CASE NO.: C-07-05794 MHP

1    9.  At this meeting Ms. Shuman was asked if the Housing Authority knew that HUD was
2  going to approve the application to sell Arroyo Vista and Ms. Shuman said she was very sure that
3  HUD would approve the sale.  She also told us that we would have a better chance of finding
4  housing if we used a voucher now than if we waited until we received the 90-day notice telling us
5  to move out.
6    10. While I have not applied for a voucher, I have called about 13 places from a list I got
7  from Tri-Valley Housing.  I did not find anything because over half of the places I called were
8  restricted to senior tenants and I don¢t think I qualified to live there.
9    I declare under penalty of perjury that the foregoing is true and correct and that this
10  declaration was executed at Dublin, California on __1/24/08___.

/s/ _____
Darlene Brown

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: January 25, 2008        /s/ Lisa S. Greif_____
                               Lisa S. Greif
                               Attorney for Plaintiffs

Declaration of Darlene Brown - 3

CASE NO.: C-07-05794 MHP