BAY AREA LEGAL AID
PHILLIP R. MORGAN (State Bar No. 99979)
NAOMI YOUNG (State Bar No. 105041)
LISA S. GREIF (State Bar No. 214537)
405 14th Street, 11th Floor
Oakland, California  94612
Telephone: 510-663-4744
Facsimile: 510-663-4740

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California  94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.

**E-FILED**

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL,<br><br>　　　　Petitioners,<br>　　vs.<br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br><br>　　　　Respondents.<br><br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>　　　　Real Parties in Interest. | CASE NO. C 07-05794 MHP<br><br>DECLARATION OF CAROLYN EVANS IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION<br><br>Hearing Date: March 3, 2008<br>Time: 2:00 p.m.<br>Courtroom: 15, 18th Floor |

Declaration of Carolyn Evans - 1

CASE NO. C 07-05794 MHP

I, Carolyn Evans, hereby declare:

1. If called as a witness in this matter, I could and would testify competently to the facts set forth herein.

2. I am a 23 year old woman of African-American descent. I live at 6700 Dougherty Road, #22, Dublin CA 94568 with my sons (ages 5 and 3) and my daughter (age 4). My mother and my aunt also resided in this unit until on or about January 12, 2008.

3. I first moved to Arroyo Vista from Oakland with my mother, Gretta Evans, in 2001. I lived in Unit 22 with my mother until November of 2002 when I moved to Illinois.

4. I was in a domestic violence shelter (Shiloh Tri-Valley Haven) in Livermore from August 22, 2005 until November of 2005. I had to move out of the shelter by November 2005 because three months is the longest they would let me stay at the shelter. Shiloh gave me a list of rental listings for my move-out. Arroyo Vista was on the list. I applied for a unit at Arroyo Vista because my mother was already living there and I wanted to stay close by my family. The manager at Arroyo Vista at that time was a man named Jim. Jim told me that my application for a unit at Arroyo Vista had priority on the waiting list because I was coming from a shelter. When the time came to leave Shiloh at the end of November 2005, Arroyo Vista still did not have an available unit for me and I didn't want to move to a safe-house in Hayward because it was too far from my family. Since Jim told me my application had priority on the Arroyo Vista waiting list, I moved into Unit 22 with my mother temporarily until Arroyo Vista gave me my unit.

5. I checked at the manager's office of Arroyo Vista every two weeks to find out when I would be getting my own unit. A woman working in the office, Carol, would check the computer and tell me where I was on the waiting list.

6. In March of 2006, I was third on the waiting list for a unit at Arroyo Vista. In approximately April of that year, there was a vacancy in Unit 26. A woman and her approximately 5 year old daughter moved in. They moved out again about seven months later. Unit 25 was also vacant around the same time. A lady and her daughters (approximately ages 12 and 5) moved into Unit 25 in the spring of 2006. During this time I continued to check with

Declaration of Carolyn Evans - 2

CASE NO. C 07-05794 MHP

Carol to find out where and when I would get my unit. She said I was still on the waiting list and to just keep checking back.

    7. By March 2007, I still did not have my own unit, so I called the new manager of Arroyo Vista, Margie Newman. I told Margie that I had waited a long time and asked when I would get my own unit. At that time Margie told me that Arroyo Vista was not leasing any more new units and was no longer moving people into empty units. I explained that I had been calling regularly for a long time to find out when I would be getting my unit. I also told Margie that I had priority on the waiting list because I needed housing after coming from a shelter. I told her that I was staying with my mother as a temporary measure only until Arroyo Vista gave me a unit. Margie said she was sorry, but Arroyo Vista was not leasing out anymore of its units and was not moving any more people into its empty units as of April 2007. After that, Arroyo Vista boarded up units when residents moved out and I am still living in Unit #22.

    8. My mother learned from a meeting that residents could get Section 8 vouchers. I called Margie in approximately April 2007 and asked if I could get a Section 8 voucher. Margie told me that I could not get a voucher because there is only one voucher allotted per household and that the one voucher could go only to the head of household. Since my mother is the head of household on the lease, I could not get a voucher and would have to continue living with my mother.

    9. I have been attending college at Los Positas since the fall of 2006. I had to take a semester off of school because my mother needed me to get a job to earn money we could use to move. My mother was afraid that the demolition of Arroyo Vista would cause us to become homeless as we were for a time in Oakland. As a result, she started doing everything she could to find us a place so we could move. My mother is disabled and I am her In-home Supportive Services care provider. I had to stop my education not only to work to earn money so we could afford to move, but also to help my mother look for a place for us to move. Part of the reason I had to stop going to school was that I had to drive her to places in Dublin, Patterson, and Tracy to look for housing.

Declaration of Carolyn Evans - 3

CASE NO. C 07-05794 MHP

10. My two younger children have attended the same pre-school since November 2005. The lady who runs the day school has the children call her "Grandma". She has the children perform in dancing recitals and has computers for the children to use. She teaches the children how to use the computers. The pre-school is about 2 miles away from Arroyo Vista. It is in a church and is well-run. It feels like a family there. This is important because my children are there from 8:00 am to 5:00 pm when I am in school.

11. My five-year-old son attends an elementary school that is within walking distance of our home. The parents of the children who attend this school are actively involved with the school and there is a very active Parent-Faculty Committee. The PFC holds family nights for the students' families. Student families gather in the multi-purpose room for movie night, bingo night, and Muffins With Moms. These activities give me a chance to get to know the other parents and children, and give my family the opportunity to socialize with the families of the other students. The PFC conducts E-script and other fund raising projects for the school. The money the PFC raises pays for classroom materials, field trips and other things that support the school. This enhances the quality of the education at my son's school. My son's teacher is great. She gives quarterly reports to parents and gives parents specific things to do with their children. The school encourages parents to read to children by sending home reader cards and has special activities such as Turn Off The TV week and Walk To School Week. I am very happy with the quality of education my son is receiving at his school and do not want him to have to leave the Dublin School District.

12. My children's pediatricians are in neighboring Pleasanton and I have found that the care my children receive from these doctors is better than the medical care my son received when we lived in Oakland. There are also many other community sponsored activities for children in the Tri-Valley outside of school. The local newsletter notifies parents about piano lessons and sports activities offered in the community. The cost of these activities is less for local residents than it is for non-Tri-Valley residents. I believe these activities will be good for my children and I want my children to have the opportunity to be able to participate in these activities when they are older.

13. I did not have trouble finding an additional job when I had to interrupt my schooling to earn money so we can move. I found work at a local gas station that is only eight minutes away from my home. Living in Dublin made it easier for me to find additional work. I found that there are many more businesses hiring in the Tri-Valley area and many more job opportunities for me here than when I lived in Oakland. In Oakland, most of the businesses in the downtown area were boarded up and there weren't any job openings.

14. I want to continue living in Dublin where I believe my children and I can have a better quality of life and so I can continue my schooling at Los Positas. When I finish my education, I will be able to have a career and get a better job to support myself and my family.

15. My mother moved into to a house in Patterson with my aunt, my sister and two of my brothers on January 12, 2008. On January 22, 2008, I participated in a three-way call between me, my mother, and Theresa Laverde of Overland, Pacific & Cutler. Theresa told me that I have to sign papers to get a Section 8 voucher and will have 60 days to use it. I asked her why there was such a rush for me to get a voucher and move. She told me it is because the Housing Authority wants the unit back as soon as possible.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Dublin, California on January __24__, 2008.

/s/
Carolyn Evans

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: January 25, 2008        /s/ Lisa S. Greif
                               Lisa S. Greif
                               Attorney for Plaintiffs

Declaration of Carolyn Evans - 5
CASE NO. C 07-05794 MHP