BAY AREA LEGAL AID
PHILLIP R. MORGAN (State Bar No. 99979)
NAOMI YOUNG (State Bar No. 105041)
LISA S. GREIF (State Bar No. 214537)
405 14th Street, 11th Floor
Oakland, California  94612
Telephone: 510-663-4744
Facsimile: 510-663-4740

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California  94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.

**E-FILED**

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL,<br><br>        Petitioners,<br>    vs.<br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br><br>        Respondents.<br><br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>        Real Parties in Interest. | CASE NO.:  C-07-05794 MHP<br><br>DECLARATION OF SHAWN COSTELLO IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>Hearing Date: March 3, 2008<br>Time: 2:00 p.m.<br>Courtroom: 15, 18th Floor |

Declaration of Shawn Costello - 1

CASE #: C-07-05794MHP

I, Shawn Costello, hereby declare:

1. If called as a witness in this matter, I could and would testify competently to the facts set forth herein.

2. I am a 46-year-old man living with cerebral palsy. I live in Unit 118 of the Arroyo Vista housing complex in Dublin, California, and pay approximately $179 a month in rent.

3. I have lived in Arroyo Vista for the past 23 years of my life.

4. I use a motorized wheelchair to get around, and require a fully accessible home. Earlier in 2007 I used a government grant to make my current unit fully wheelchair accessible, and to lower the sinks and light switches. I also have a special bathtub that I can get in to and out of from my wheelchair. Now that these changes have been made, at a cost of around $6,500, my unit is perfect for me.

5. I have always, and will always, need medical treatment for my cerebral palsy. For the past several years I have been seeing the same doctors at the Kaiser medical offices in Pleasanton. To visit my doctors, I simply drive my wheelchair onto the #10 bus in Dublin. The entire trip takes me about 30 minutes. It would be a significant hardship for me to move farther from my doctors and the accessible transportation near Arroyo Vista, particularly if my condition deteriorates.

6. Over the past 23 years I have developed strong ties to Dublin and my community in Arroyo Vista. In 1988, I entered my name on the ballot for the Dublin City Council and received 1,819 votes. I have since run in eight elections in Dublin, including the 2006 mayoral race. I intend to run again this year, but would have to live in Dublin and be registered to vote here in order to do so.

7. I am afraid that, if Arroyo Vista were rebuilt as planned, it would not be safe for me to return. I have been hit by cars 7 or 8 times while driving my wheelchair on the sidewalks and crosswalks in Dublin, and the higher-density complexes in Dublin (such as Park Sierra) are particularly dangerous for me. I have always opposed the current plan for rebuilding Arroyo Vista.

8. I can see that the residents of Arroyo Vista have been scared by all the talk of demolition, and this is why people have moved out of their units. In October, representatives from Overland, Pacific & Cutler came to my home and told me that "next year you will have to move and we will vacate you if we have to." They told me I would have to move by August of 2008. They did not explain to me that they and DHA were responsible for helping me find an apartment that meets all of my needs. After this meeting, I felt that all responsibility for finding an accessible unit in Dublin fell on me.

9. Although I do not want to move, I have begun looking for another unit in Dublin but have not found one I can afford or live in with my disabilities. I do not want to leave Dublin and am not looking to live anywhere else.

10. Since the Dublin Housing Authority has begun boarding up houses, parts of Arroyo Vista have begun to look very bad. Trash left by those who moved out sometimes sits for a month or more, including garbage on the front porch of a house I pass every day in my route out of the complex.

11. I consider Arroyo Vista to be a unique and special community in Dublin. If Arroyo Vista is demolished, that community would disappear. If elected Mayor in 2008, I would make sure that the broken units in Arroyo Vista are refurbished, I would have people moved back into the vacated units, and I would end the talk of us moving.

12. I would like to live in my home in Arroyo Vista for the rest of my life. If Arroyo Vista must be demolished, I would like to see it rebuilt in exactly the same way, including all the accessible accommodations of my unit.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at __Dublin__, California on _1/24/08_.

/s/
Shawn Costello

Declaration of Shawn Costello - 3

CASE #: C-07-05794MHP

CASE #: C-07-05794MHP

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by
2  a "conformed" signature (/s/) within this efiled document.

4  Dated: January 25, 2008          /s/ Lisa S. Greif_____
                                     Lisa S. Greif
                                     Attorney for Plaintiffs

Declaration of Shawn Costello - 4
CASE #: C-07-05794MHP