BAY AREA LEGAL AID
PHILLIP R. MORGAN (State Bar No. 99979)
NAOMI YOUNG (State Bar No. 105041)
LISA S. GREIF (State Bar No. 214537)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.

**E-FILED**

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL,<br><br>        Petitioners,<br><br>vs.<br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br><br>        Respondents.<br><br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>        Real Parties in Interest. | CASE NO. C-07-05794 MHP<br><br><br>DECLARATION OF ELISE VEAL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>Hearing Date: March 3, 2008<br>Time: 2:00 p.m.<br>Courtoom: 15, 18th Floor |

I, Elise, hereby declare

1. I am a 37 year old woman of African-American descent. I live at 6700 Dougherty Road, # 15, Dublin CA with my four daughters (ages 19-, 17-, 14- and 3-years old), and my two sons (ages 10- and 4-years old).

2. I moved to Arroyo Vista seventeen (17) years ago when my two oldest daughters were ages 1- and 2- years old. My rent is $384 per month for my four-bedroom unit.

3. In August 2007 there was a meeting at City Hall to introduce residents to Overland Pacific and Cutler (OPC). At this meeting, HACA said they were putting together a relocation plan based on household size and need and that OPC would contact residents to assess their needs and devise a plan to move residents anywhere they wanted. HACA said everyone would receive a voucher, but there would only be one voucher per household.

4. In September 2007, I saw a rental listing for a house in Dublin Ranch offered by Wilson's Property Management in the newspaper. I called about the advertised listing, signed a rental application with Wilson's Property Management on September 5, 2007, and went to look at the property. I did not tell the Wilson's agent that I have Section 8 before I went to look at the house. When I told the leasing consultant that I have Section 8 afterwards, she said the owners would not take Section 8 and that none of the Wilson Property Management listings take Section 8. She said they usually did not have listings for Section 8 rentals in Dublin or Pleasanton.

5. In October 2007, I saw a "For Rent" sign on a four-bedroom house on Fenwick Way in Dublin. I called Perchak Properties, the leasing company on the sign and asked if the owner would take Section 8. The leasing agent told me he would ask the landlord. He never called me back. When I called him later, he said that the house was already rented and that the landlord would not take Section 8.

6. I also saw a Ross Property Management "For Rent" sign in front of a four bedroom house on Hawk Way in Dublin. I called the Ross leasing consultant and he said he would ask if the owner would take a Section 8 tenant. When he didn't call me back a week later, I called the Ross leasing consultant. He told me that the owner wouldn't take Section 8 and that the house was rented to someone else.

7. On October 14, 2007, Theresa Laverde of OPC came to my home to conduct a "needs assessment." At that time I told her that I have a disabled child who has special needs and who has to be in a special program in Dublin. I told her that the program my daughter is in is specifically designed to meet her needs. I asked Theresa if she would be able to talk to owners who don't take Section 8 to get them to take my voucher. She said that all OPC would do was provide me with referrals. She made an appointment for December 10, 2007 for me to meet with John Morris at my home to go over my moving plan, even though I told her that I hadn't found a place yet.

8. I continued to look for a place to move my family throughout the months of November and December 2007. Even though my family needs and wants to live in Dublin, I started looking in other counties because I could not find any four bedroom places that would take Section 8 in Dublin. I made calls and/or went to look at listed rentals that were in Pleasanton, Antioch, Fremont, Union City, Elk Grove, Sacramento, Tracey and Mountain House.

9. I obtained several rental lists (approximately 4) from OPC between November and December 2007. A true and correct copy of the most current list I obtained is attached hereto as Exhibit 1. I made anywhere from 12 to 25 calls to places on these OPC lists. I checked for places in the rental listings posted on the Housing Authority of Alameda County (HACA) website, the housing authority websites for Contra Costa County and Sacramento County at least three times per month. I made about thirty to fifty calls from those lists. I called every listing that had four or five bedrooms.

10. Several of the places I found through my search were in poor condition with holes in the fence and bad wiring. Others owners wanted money on the side above the rent standard for Section 8. At least seventy-five percent of the listings on Craigslist would not take Section 8. Other places on the Housing Authority's lists said they were renting to others, selling the house or gave some other reason for not wanting to rent to me. One place in Antioch asked me the ages of my children and wanted to meet all the children who would be living there before she would rent to me.

11. I drove 91 miles to Elk Grove on November 23, 2007 to look for houses and had to

spend $30 on food during that trip. I went to look for houses in Elk Grove again on November 28th, 30th and December 3, 2007. I drove a total of 424 miles during those three trips and had to buy food for my family during those trips, eating only twice a day. I spent $200 between gas and food combined. I have not had any reimbursement from OPC for these costs.

12. I found a place in Antioch through Craigslist. I went to look at the house and to talk to the owner on November 17, 2007. The owner said he would take Section 8 but he wanted me to pay him $100 as a "gesture of good faith" until he received a deposit from OPC. He also wanted me to pay utilities, and then told me he wanted me to pay him on the side for the difference between the $2300 per month rent and the Contra Costa Housing Authority payment standard of $2065. He said that he would put $2065 as the rent on the housing authority papers, but he expected me to pay him the additional $235/month without telling the housing authority.

13. On December 8, 2007, I drove 112 miles to look at houses in Tracy and Fremont. In Tracy, I found a house that was renting for $1850 for 5 bedrooms. I would like to have a 5-bedroom house so that my 19 year old daughter can have her own bedroom. I called Theresa Laverde of OPC and gave her the information about the Tracy house.

14. On December 10, 2007, John Morris of OPC came to my unit to go over my relocation benefits with me. He gave me written and oral information about the moving assistance that OPC would give me. This included a document entitled "Informational Statement for Families and Individuals", a true and correct copy of which is attached hereto as Exhibit 2; "Notice of Eligibility and Conditional Entitlement", a true and correct copy of which is attached hereto as Exhibit 3; and two documents entitled "Claim for Moving and Related Expenses – Families and Individuals", true and correct copies of which are attached hereto as Exhibits 4 and 5. I told him that I was not going to take the Antioch house described above in paragraph 12, but that I was looking at a house in Tracy. John told me that OPC would give me up to $2496 for a deposit and $1650 for moving expenses. He did not say anything about helping me find a place in Dublin or finding another special education program for my daughter.

15. After the meeting with John, Theresa Laverde of OPC called me back and said that I did not qualify for the Tracy house because with my income, I could not afford to pay the difference

between the San Joaquin County payment standard and the $1850 asking rent. I told her I didn't believe this, since the papers John Morris gave me said that rent for a dwelling comparable to my present unit is $2400. She told me to check the website for the San Joaquin housing authority for the payment standard. Theresa did not adequately explain why I couldn't use my voucher to rent the $1800 house in Tracy when the payment standard for my unit is $2400.

16. On December 14, 2007, Chris of HACA dropped off a $3225 check to cover moving expenses and deposit. I called Theresa and she said that the check included $2400 for deposit and $825 for moving expenses. I told her that John told me at the meeting on December 10th that I was getting $1650 for moving expenses and I told her that $825 is not enough to cover my cost of moving. She told me that OPC would give me another $825 after I completely moved out as part of my "moving payment."

17. Between December 15, 2007 and December 18, 2007, I had e-mail communications with John Morris about why the check was short $825. A true and correct copy of those e-mail communications is attached hereto as Exhibit 6.

18. The owner of the Tracy house rented to someone else before I could work out the disagreement with OPC over my moving expense payment. I returned all the money OPC gave me on December 21, 2007.

19. Even though my family and I want very much to stay in Dublin, I haven't been able to find a place to move to in Dublin. My children have grown up in Dublin over the past seventeen years and have always gone to school here. They have friends and activities in Dublin that they don't want to leave. I want my children to attend Dublin schools because Dublin Unified is a very good school district. My daughter is on her middle school basketball team and is on the honor roll. I belong to the PTA of my children's elementary school. My three-year old daughter is doing well in the special needs program at the elementary school and received all her physical, speech and occupational therapy here in Dublin. She attends a specialized preschool day program that meets her special needs and that would be hard to find in other school districts. I attend college at Las Positas which is in Livermore, and is only 6 miles from my home.

20. I am extremely frustrated and exhausted from trying to find another place for my family

to move. Many places want my credit information, and then tell me they are not renting to me for one reason or another. I am tired of giving out my personal information to private owners who then won't rent to me. I do not know what these private landlords will do with my information and I am worried about identity theft. The search for a place to live has become very stressful and demoralizing. OPC keeps changing what they say about deposits and moving expenses and tells me I can't use my voucher for houses renting for $1850 even though they tell me the comparable rent for my house is $2400.

21. I would like to move back to Arroyo Vista after it is redeveloped but I do not believe the redevelopment will have any units that will meet my family's need. I need a 4 or 5 bedroom home, and even if the new development was going to include enough larger homes for all the families that live here now, my family won't be able to afford the rents they have indicated they will charge.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Dublin, California on January 24, 2008.

Elise Veal
Elise Veal

Declaration of Elise Veal - 6    Case #: C-07-05794 MHP

Veal Declaration – Index of Exhibits

| Exhibit # | Document Description |
|---|---|
| 1 | December 2007 Rental Referral List from Overland Pacific and Cutler |
| 2 | Informational Statement for Families and Individuals received from Overland Pacific and Cutler on December 10, 2007 |
| 3 | Notice of Eligibility and Conditional Entitlement received from Overland Pacific and Cutler on December 10, 2007 |
| 4 | Claim for Moving and Related Expenses – Families and Individuals received from Overland Pacific and Cutler on December 10, 2007 |
| 5 | Claim for Moving and Related Expenses – Families and Individuals received from Overland Pacific and Cutler on December 10, 2007 |
| 6 | Email communications between Elise Veal and John Morris of Overland Pacific and Cutler from December 15, 2007 through December 18, 2007 |

000001

# Referrals for Alameda County

| Address | Bds | #Ba. | Type | Rent | Sec.$ | Deposit | Pet | Contact | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 7354 Dover Lane. Dublin,CA | 3 | 2 | House | 2295 | Neg | 2495 | Y | 510-569-0722 Ext. 871 | Newly Remodeled Home |
| 5300 Iron Horse Parkway. Dublin, CA | 1,2,3 | 1,2 | Apt. | Neg | BMR | Neg | N | 925-560-0709 | Ask For Available Below Market Rate Units |
| 3956 Vineyard Ave. Pleasanton,CA | 2 | 1 | Duplex | 1300 | Y | 1300 | Y | 925-200-6647/Brady | 1 Car Garage/Washer&Dryer Hook-ups |
| Merano Court. Pleasanton,CA | 4 | 2.5 | House | 2480 | Y | 3500 | N | 925-272-4115/Irene | No Smoking/Nice Neighborhood |
| 3891 Hot Springs Court.Pleasanton,CA | 7 | 4 | House | 3600 | Y | 3000 | N | 510-332-0719/Garry | Huge house on big lot with hot tub |
| 3650 Andrews Drive. Pleasanton,CA | 1,2,3 | 1,2 | Apt. | Neg | BMR | Neg | Y | 925-847-8777 | Ask For Available Below Market Rate Units |
| 2891 Carmen Ave.. Livermore,CA | 1,2,3 | 1,2 | Apt. | Neg | Y | Neg | ? | 510-649-8500 | Available  Jan 2008 |
| 3550 Pacific Ave. Livermore,CA | 2 | 1 | Apt. | 1330 | Y | 700 | Y | 925-449-9114 | Waiting List Now Open |
| 911 Lambaren Ave. Livermore,CA | 3 | 2 | House | 1950 | Y | 2300 | Y | 510-505-0702 | Available Now/Quiet Neighborhood |
| 2797 Ganic Street. Castro Valley,CA | 1 | | Four-Plex | 850 | Y | 1050 | N | 510-569-0722 Ext. 873 | Close to Downtown & Eden Hospital |
| Casa Verde, San Leandro,CA | 1,2 | | Apt. | Neg | Y | Neg | ? | 510-258-0620 | Spring 2008 |
| 2084 167th Ave. San Leandro,CA | 1 | 1 | Tri-Plex | 895 | Y | 1095 | N | 510-569-0722 Ext. 824 | Owner Pays Water & PG&E |
| 1197 Louise Street. San Leandro,CA | 1 | 1 | Studio | 725 | Y | 900 | N | 510-517-4813 | Available Now |
| 2121 Placer Drive. San Leandro,CA | 1 | 1 | Apt. | 795 | Y | 1000 | N | 510-487-2583 Ext.39 | Garbage&Water Inc/Close to Shopping&HWY |
| 410 Bristol Lane. San Leandro,CA | 1 | 1 | Duplex | 950 | Y | 1150 | N | 510-569-0722 Ext. 870 | Close to Bayfair Bart/Close to HWY Access |
| 281 Haas Ave. San Leandro,CA | 1 | 1 | Apt. | 895 | Y | 1095 | N | 510-569-0722 Ext. 803 | Close to Downtown & Eden Hospital |
| 14773 Saturn Drive. San Leandro,CA | 2 | 1 | Apt. | 995 | Y | 995 | N | 510-352-6310 | Hillside community above 580 |
| 1449 166th San Leandro,CA | 2 | 1 | Town-Home | 1300 | Y | 1300 | N | 510-481-8016/Pete | Refrigerator included/Close to Bart |
| 427 Central Court. San Leandro,CA | 2 | 1 | House | 1250 | Y | 1450 | N | 510-569-0722 Ext. 880 | Front & Backyards/Near Bayfair Bart |
| 281 Haas Ave. San Leandro,CA | 2 | 1 | Apt. | 995 | Y | 995 | ? | 510-569-0722 Ext. 803 | Appliances Provided//Available Now |
| 1168 Louise Street. San Leandro,CA | 3 | 1 | House | 1500 | Y | 1700 | N | 510-569-0722 Ext. 855 | Close to Bayfair Bart/Close to HWY Access |
| 16097 Mateo St. San Leandro,CA | 3 | 1 | House | 1495 | Y | 1495 | N | 510-293-3530* | Laundry Hook-ups, Backyard |
| 14413 Kings Court. San Leandro,CA | 3 | 1.5 | Town-Home | 1600 | Y | 1600 | N | 510-569-0722 Ext877 | 2car garage/Gated community |
| 15841 Via Toledo. San Lorenzo,CA | 4 | 2 | House | 2400 | Y | 2400 | Y | 510-710-5939 | 2car garage/Fire place in master/yard/A/C |
| 22842 Francisco Street. Hayward,CA | 1 | 1 | Studio | 650 | Y | 850 | N | 510-569-0722 Ext. 858 | All Utilities Are Included/New Paint/Storage |
| 800 Pinedale Court. Hayward,CA | 2 | 1 | Four-Plex | 945 | Y | 945 | N | 510-293-3530/Apex Properties | Quiet Court Location Near Mission Blvd. |
| 25231 Whitman St., #104, Hayward,CA | 2 | 1 | Condo | 1450 | Y | 1450 | N | 510-293-3530/Apex Properties | Available Now,2nd floor/laundry hook-up |
| 27250 Tyrrell Ave., Hayward,CA | 2 | 1 | Apt. | 995 | Y | 995 | N | 510-293-3530/Apex Properties | Available Now/Refrigerator Included |
| 29536 Dixon Street #10. Hayward,CA | 1 | 1 | Apt. | 950 | Y | 1000 | ? | 510-581-2521/Birchfield Mang. | Water & garbage included |
| 29536 Dixon Street #13. Hayward,CA | 2 | 1.5 | Apt. | 1200 | Y | 1250 | ? | 510-581-2521/Birchfield Mang. | Water & garbage included |
| 27033 Belvedere Court #18. Hayward,CA | 2 | 2 | Apt. | 1095 | Y | 1200 | N | 510-487-2583 Ext. 47 | Close to shopping&HWY 880/Refrigerator |
| 25057 Cypress Ave 6. Hayward,CA | 2 | 1 | Apt. | 1025 | Y | 1025 | N | 510-293-3530/Apex Properties | Water&garbage included/Storage units |

12/21/2007

1

Prepared by: Overland, Pacific & Cutler, Inc.



# Referrals for Alameda County



| Address | Bds | #Ba | Type | Rent | Sec.8 | Deposit | Pet | Contact | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 25065 Cypress Ave # 7. Hayward,CA | 2 | 1 | Apt. | 1025 | Y | 1025 | N | 510-293-3530/Apex Properties | Water&garbage included/Storage units |
| 25065 Cypress Ave # 6. Hayward,CA | 2 | 1 | Apt. | 1025 | Y | 1025 | N | 510-293-3530/Apex Properties | Water&garbage included/Storage units |
| 25065 Cypress Ave # 3. Hayward,CA | 2 | 1.5 | Apt. | 1095 | Y | 1095 | N | 510-293-3530/Apex Properties | Water&garbage included/Storage units |
| 29536 Dixon Street #19 Hayward,CA | 3 | 2 | Apt. | 1500 | Y | 1600 | ? | 510-581-2521/Birchfield Mang. | Water & garbage included |
| 29536 Dixon Street #25 Hayward,CA | 3 | 2 | Apt. | 1500 | Y | 1600 | ? | 510-581-2521/Birchfield Mang. | Water & garbage included |
| 150 Poplar Ave. Hayward,CA | 3 | 2 | Town-Home | 1850 | Y | 1850 | Y | 510-501-2245/Ramesh | Garage/Laundry Facilities |
| 27883 Norwich. Hayward,CA | 3 | 2 | House | 1595 | Y | 1600 | Y | 510-569-0722 Ext. 813 | Fire place/New paint/Garage/Option to Buy |
| 174 Smalley Ave., Hayward, CA | 3 | 1 | Duplex | 1395 | Y | 1395 | N | 510-293-3530/Apex Properties | Laundry Hook-ups, Avail. 11/15/07 |
| 631 W. A Street, Hayward, CA | 4 | 3 | House | 1795 | Y | 1795 | N | 510-293-3530 | 2 car garage/Available 11-15-07 |
| 631 W. A Street Hayward,CA | 4 | 3 | Four-Plex | 1795 | Y | 2000 | N | 510-293-3530 | |
| 492 Willow Ave. Hayward,CA | 4 | 2 | House | 2400 | Y | 2000 | Y | 408-218-8256 | Laundry hook-ups/2car garage/Alarm/Gardner |
| Oliver Drive. Hayward,CA | 4 | 2.5 | Town-Home | 2400 | Y | 2400 | Y | hous-508301639@craigslist.org | 2 story home/Deck&Basement/Quiet Area |
| 2215 Eric Court #3. Union City, CA | 3 | 1.5 | Town-Home | 1750 | Y | 1500 | Y | 415-509-2137/Geoffrey | Newly Remolded/Double Pane Windows |
| 38564 Mary Terrace. Fremont,CA | 2 | 2 | Condo | 1550 | Y | 1550 | N | 510-552-2355 or 510-797-7287 | New floors/New appliances |
| 39505 Trinity Way. Fremont,CA | 3 | 1.5 | Town-Home | 1700 | Y | 1700 | N | 510-651-9188 | Available Jan 7 2008/Across from Bart |
| 39505 Trinity Way. Fremont,CA | 4 | 1.5 | Town-Home | 1850 | Y | 1850 | N | 510-651-9188 | Garbage&Water Incl/Washer&Dryer Hook-ups |
| 34057 Mello Way. Fremont,CA | 4 | 2.5 | House | 2349 | Y | 3000 | N | 510-226-0890 or 925-202-1657 | Garbage&Water Incl/Washer&Dryer Hook-ups |
| 3685 Turner Court. Fremont,CA | 4 | 2 | House | 2100 | Y | 2600 | N | hous-509285028@craigslist.org | 2 Car garage/Recently Renovated/Large Yard |
| 4202 La Cosa Ave. Fremont,CA | 4 | 2 | House | 1995 | Y | 2200 | Y | 510-569-0722 Ext. 821 | 2 Car Garage/Fruit trees in backyard |
| 36875 Sycamore St. Newark,CA | 2 | 1.5 | Town-Home | 1250 | Y | 1500 | Y | 510-505-0702 | Garage/Access to Decoto Rd & Bridge |
| 36875 Sycamore St. Newark,CA | 3 | 1.5 | Town-Home | 1500 | Y | 1750 | Y | 510-505-0702 | Easy access to HWY 84 & 880 |
| | | | | | | | | | New paint,carpet/private yard/onsite laundry |

12/21/2007

2

Prepared by: Overland, Pacific & Cutler, Inc.

# Referrals for Contra Costa County



| Address | Beds | Bath | Type | Rent | Sec8 | Deposit | Pet | Contact | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 2031 Market Ave. San Pablo,CA | 1 | 1 | Condo | 800 | Y | 300 | N | 650-430-2635/Mr. Young | Available Now |
| 1737 Sutter Ave. San Pablo,CA | 4 | 2 | House | 2090 | Y | 2090 | ? | 510-758-5636/Professional Prop. | Newly Painted/Washer & Dryer Incl |
| 407 36th Ave. Richmond,CA | 1 | 1 | Four-Plex | 725 | Y | 925 | N | 510-569-0722 Ext. 825 | Garbage Incl./Available Now |
| 428 South 9th Street. Richmond,CA | 2 | 1 | Four-Plex | 950 | Y | 950 | N | 510-508-8582/Mary | Water & Garbage Incl/Available Now |
| 502 Bissel Ave # 2. Richmond,CA | 3 | 1 | Four-Plex | 1350 | Y | 1350 | N | 510-530-1007/Carmen | Water & Garbage Incl/Available Now |
| 490 South 9th Street. Richmond,CA | 3 | 1 | Four-Plex | 1250 | Y | 1250 | N | 510-508-8582/Mary | Water & Garbage Incl/Available Now |
| 163 15th Street. Richmond,CA | 3 | 1 | House | 1200 | Y | 1200 | ? | 510-658-0238/Lin | New Carpet/Fenced Front & Back Yards |
| 140 South 3rd. Street. Richmond,CA | 3 | 1 | House | 1400 | Y | 1400 | ? | 925-305-0144/Donna | Nice Richmond Neighborhood/Fenced Yards |
| 587 6th Street. Richmond,CA | 3 | 2 | Duplex | 1450 | Y | 1450 | ? | 510-597-0250/Bettie | Available Now/Quiet Street |
| 3151 Henderson Drive. Richmond,CA | 4 | 2 | House | 2100 | Y | 2100 | ? | 877-899-7368 | Nice Home/Available Now |
| 2421 Birch Street. Martinez,CA | 4 | 2 | House | 1750 | Y | 2000 | Y | hous-513082055@craigslist.org | 1 Car Garage/Laminate Flooring/Cute Home |
| 1115 Virginia Lane # 28. Concord,CA | 1 | 1 | Apt. | 900 | Y | 900 | N | 510-530-1007/Carmen | Close to Shopping/Water & Garbage Incl. |
| Schenone Court. Concord,CA | 3 | 2 | Condo | 2100 | Y | 2300 | N | hous-51457613c6@craigslist.org | Concord/Clayton Border/Quiet&Cozy Area |
| 1306 Rae Anne Drive. Concord,CA | 4 | 2 | House | 2500 | Y | 2500 | Y | 925-360-1175/Charlie | Updated Home/ 2 Car Garage/Backyard/Pool |
| 5508 Arcadia Circle. Discovery Bay,CA | 5 | 3.5 | House | 2350 | Y | 2350 | N | 877-882-7427/Lisa | Close to Shops&Schools/Quiet Neighborhood |
| 2323 Crockett Lane. Oakley,CA | 4 | 2 | House | 2000 | Y | 2000 | N | 925-642-2140/Jacque | 3 Car Garage/2339 sq ft of living space |
| 822 Carpino Ave. Pittsburg,CA | 3 | 2 | House | 1450 | Y | 1450 | N | 925-439-7101/Peter/Cynthia | Close to Shopping & HWY/Fruit Trees in Yard |
| 2230 Old Creek Circle. Pittsburg,CA | 3 | 2 | House | 1650 | Y | 1650 | ? | 510-625-8804 | Subdivision of Westgate Park |
| 1318 Isabel Court. Pittsburg,CA | 4 | 3 | House | 2000 | Y | 3000 | Y | 925-212-7543/Pankaj | 2 Story Home built in 2006/Close to Bart |
| 19 Ashton Court. Pittsburg,CA | 5 | 3 | House | 2400 | Y | 2400 | Y | 925-513-8338 or 415-260-1468 | Close to Bart & Shopping/ 2 Car Garage |
| 290 Water Street. Bay Point,CA | 3 | 1.5 | House | 1650 | Y | 1650 | ? | 925-478-9545 | Newly Painted/Washer&Dryer Incl. |
| 163 Gibson Ave. Bay Point,CA | 4 | 2.5 | House | 2100 | Y | 2600 | N | 510-706-5162/Juan Jose | Close to Bart & Shopping/ 2 Car Garage |
| 2410 Willow Pass Rd. Bay Point,CA | 2 | 1 | Town-Home | 1052 | Y | 1052 | ? | 925-261-1256/Muhamed | New Neighborhood/Close to Bart & HWY |
| 1830 Cavallo Road. Antioch,CA | 2 | 1 | Duplex | 975 | Y | 1000 | N | 925-766-9715/Michelle | Nice Neighbors/Quiet Location |
| 624 West 14th Street. Antioch,CA | 2 | 1 | Apt. | 1100 | Y | 1100 | N | 925-963-9600/Bob | Water&Garbage Paid/New Paint/Refrigerator |
| 1758 Nandina. Antioch,CA | 3 | 2.5 | House | 1800 | Y | 2000 | N | hous-51199762@craigslist.org | 2 Car Garage/Washer&Dryer/Large Yard |
| 298 West 8th Street. Antioch,CA | 3 | 2.5 | House | 1700 | Y | 2000 | N | 415-610-6550 | 2 Car Garage/Near Shops & HWY Access |
| 18 West 15th Street. Antioch,CA | 3 | 1 | House | 1700 | Y | 1600 | N | hous-510523531@craigslist.org | Bonus Room/Large Yards/Quiet Area |
| 3316 Baywood Circle. Antioch,CA | 3 | 2.5 | House | 1550 | Y | 1900 | N | 510-505-0702/Max Properties | Available Now/Quiet Area |
| 1940 Calaveras Circle. Antioch,CA | 4 | 2.5 | House | 1750 | Y | 1750 | N | 408-398-5105/Crystal | 2 Car Garage/ Over 2128 sq ft of Living Area |
| 5046 Crestpark Circle. Antioch,CA | 4 | 2 | House | 2050 | Y | 2050 | Y | 510-213-9777/Cabral | Spacious Home/3 Car Garage/Close to Parks |
| 5005 Winterglen Way. Antioch,CA | 4 | 2.5 | House | 2065 | Y | 2065 | ? | 510-233-7035/Felicia | Quiet Location/Nice Home |
| 2118 Hailstone Way. Antioch,CA | 5 | 3 | House | 2300 | Y | 2300 | N | 925-584-9689 | 2 Story Home/Quiet Area/Family Friendly |
| Peachwillow Court. Brentwood,CA | 3 | 2.5 | House | 2050 | Y | 2000 | Y | 925-516-8760 | Quiet Court/Big Backyard/Pool&Spa |

12/21/2007

1

Prepared by: Overland, Pacific & Cutler, Inc.

000004

## Referrals for Contra Costa County

| | | | | House | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 639 Eaton Court, Brentwood,Ca | 4 | 3 | House | 2100 | Y | 2100 | Y | 925-634-1810 | 2300 sq ft of living space/Views of Mt. Diablo |
| 1551 Port Way. Oakley,CA | 3 | 2 | House | 1700 | Y | 2000 | N | 925-595-4490/Heather | Custom Home on Corner Lot/A Must See |

12/21/2007

2

Prepared by: Overland, Pacific & Cutler, Inc.

OVERLAND PACIFIC & CUTLER, INC.

000005



# Referrals for San Joaquin County

| Address | Bds | #Ba | Type | Rent$ | Sec8 | Deposit | Pet | Contact | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 530 E. Charter Way, Stockton,CA | 4 | 2 | Town-Home | 1000 | Y | 1000 | Y | 209-463-1333/Malik | Hard Wood Floors/Nice/Over 1500 sq |
| Helens Oaks, Stockton,CA | 4 | 3 | House | 1700 | Y | 2000 | Y | 510-459-1277/Anthony | Near Schools/Close to Shopping&Dinin |
| 15801 Crescent Park Circle, Lathrop,CA | 4 | 3 | House | 1800 | Y | 1800 | ? | lyphan16@hotmail.com | 3000 sq ft of Living space/Great Kitchen |
| 820 Colonial Lane, Tracy,CA | 4 | 2.5 | House | 1700 | Y | 2000 | Y | 925-846-8119/Deanna | 2 Story Home/Custom Built in BBQ/NICE!! |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |



Prepared by: Overland, Pacific & Cutler, Inc.

12/21/2007

1

**DECLARATION OF ELISE VEAL**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**EXHIBIT 2**

000007



I.      General Information
II.     Assistance In Locating A Replacement Dwelling
III.    Moving Benefits
IV.     Section 8 Tenants
V.      Qualification For And Filing Of Relocation Claims
VI.     Evictions
VII.    Appeal Procedures – Grievance
VIII.   Tax Status Of Relocation Benefits
IX.     Additional Information And Assistance Available

## I. GENERAL INFORMATION

As you are aware, the Dublin Housing Authority (referred to as the "Displacing Agency") has made the determination to dispose of the Arroyo Vista public housing complex, which you currently occupy. As the project schedule proceeds, it will be necessary for you to move from your dwelling. You will be notified in a timely manner as to the date by which you must move.

Please read this information as it will be helpful to you in determining your eligibility and the amount of relocation benefits you may receive under the federal and/or state law. We recommend you save this Informational Statement for reference.

The Displacing Agency has retained the professional firm of Overland, Pacific & Cutler, Inc. (OPC) to provide relocation assistance to you. The firm is available to explain the program and benefits. Their address and telephone number is:

**Overland, Pacific & Cutler, Inc.
7901 Oakport Street, Suite 4800
Oakland, CA 94621
Phone 510.638.3081**

Spanish speaking representatives are available. **Si necesita esta información en español, por favor llame a su representante.**

**PLEASE DO NOT MOVE PREMATURELY. THIS IS NOT A NOTICE TO VACATE YOUR DWELLING.** However, if you desire to move sooner than required, you must contact your representative with Overland, Pacific & Cutler, Inc., so you will not jeopardize any benefits. This is a general informational brochure only, and is not intended to give a detailed description of either the law or regulations pertaining to the Displacing Agency's Relocation Assistance Program.

**Please continue to pay your rent to the Displacing Agency, otherwise you may be evicted and jeopardize the relocation benefits you may be entitled to receive.**

© 1980-2007 Overland, Pacific & Cutler, Inc.  (06/07)

## II. ASSISTANCE IN LOCATING A REPLACEMENT DWELLING

The Displacing Agency, through its representatives, will assist you in locating a comparable replacement dwelling by providing referrals to appropriate and available housing units. You are encouraged to actively seek such housing yourself.

When a suitable replacement dwelling unit has been found, the Displacing Agency will carry out an inspection and advise you as to whether the dwelling unit meets the Housing Quality Standards. A decent, safe and sanitary housing unit provides adequate space for its occupants, proper weatherproofing and sound heating, electrical and plumbing systems. Your new dwelling must pass inspection prior to entering into a rental agreement and before relocation assistance payments can be authorized.

## III. MOVING BENEFITS

If you must move as a result of displacement by the Displacing Agency, you will receive a payment to assist in moving your personal property. The actual, reasonable and necessary expenses for moving your household belongings may be determined based on the following methods:

- A <u>Fixed Moving Payment</u> based on the number of rooms you occupy (see below); **or**
- A payment for your <u>Actual Reasonable Moving and Related Expenses</u> based on at least two written estimates and receipted bills; **or**
- A combination of both.

For example, you may choose to move yourself and receive a payment based on the Fixed Moving Schedule shown below, plus contract with a professional mover to transport large items that require special handling. In this case there may be an adjustment in the number of rooms which qualify under the Fixed Moving Schedule.

### A.    Fixed Moving Payment

A Fixed Moving Payment is based upon the number of rooms you occupy and whether or not you own your furniture. The payment is based upon a schedule approved by the Displacing Agency, and ranges, for example, from $400.00 for one furnished room to $2,150.00 for eight rooms in an unfurnished dwelling. (For details see the table below.) Your relocation representative will inform you of the amount you are eligible to receive if you choose this type of payment.

| FIXED MOVING SCHEDULE - CALIFORNIA | | |
|---|---|---|
| **Occupant owns furniture** | | **Occupant does NOT own furniture** |
| 1 room | $625.00 | 1 room | $400.00 |
| 2 rooms | $800.00 | each additional room | $65.00 |
| 3 rooms | $1,000.00 | |
| 4 rooms | $1,175.00 | |
| 5 rooms | $1,425.00 | |
| 6 rooms | $1,650.00 | |
| 7 rooms | $1,900.00 | |
| 8 rooms | $2,150.00 | |
| each additional room | $225.00 | |

If you select a Fixed Moving Payment, you will be responsible for arranging for your own move and the Displacing Agency will assume no liability for any loss or damage of your personal property. A Fixed Moving Payment also includes utility hook-up, credit check and other related moving fees.

**B.    Actual Moving Expense (Professional Move)**

If you wish to engage the services of a licensed commercial mover and have the Displacing Agency pay the bill, you may claim the ACTUAL cost of moving your personal property up to 50 miles. Your relocation representative will inform you of the number of competitive moving bids (if any) which may be required, and assist you in developing a scope of services for Displacing Agency approval.

## IV. SECTION 8 TENANTS

When you do move, you may be eligible to use your Section 8 eligibility at a replacement. As outlined above, you will be provided counseling and other advisory services along with moving benefits.

**A.    Rental Assistance**

If you qualify, and comparable rentals are not available within the Housing Authority's payment standard for your replacement housing needs, and there is a difference between your current rent and your new rent at a replacement dwelling, you may be eligible to receive a gap differential, called a rental assistance payment, paid to you based on a 42-month period. You will be required to provide your relocation representative with monthly rent verification prior to the determination of your eligibility for this payment.

© 1980-2007 Overland, Pacific & Cutler, Inc.  (06/07)

- OR -

B. **Downpayment Assistance**

If you qualify, and wish to purchase a home as a replacement dwelling, you can apply up to the total amount of your rental assistance payment towards the downpayment and non-recurring incidental expenses. Your relocation representative will clarify procedures necessary to apply for this payment.

## V. QUALIFICATION FOR AND FILING OF RELOCATION CLAIMS

To qualify for Replacement Housing Assistance, you must rent and occupy or purchase and occupy a comparable replacement unit **within twelve (12) months from the date you move from the displacement dwelling.**

All claims for relocation benefits must be filed with the Displacing Agency **within eighteen (18) months** from the date on which you move.

## VI. EVICTIONS

Any person who occupies the real property and is in lawful occupancy is presumed to be entitled to relocation benefits. Except for the causes of eviction set forth below, no person lawfully occupying property to be disposed of by the Displacing Agency will be required to move without having been provided with at least 90 days written notice from the Agency. Eviction will be undertaken only in the event of one or more of the following reasons:

- Failure to pay rent; except in those cases where the failure to pay is due to the Agency's failure to keep the premises in habitable condition, is the result of harassment or retaliatory action or is the result of discontinuation or substantial interruption of services;
- Performance of dangerous illegal act(s) in the unit;
- Material breach of the rental agreement and failure to correct the breach within 30 days of notice;
- Maintenance of a nuisance and failure to abate within a reasonable time following notice;
- Refusal to accept one of a reasonable number of offers of replacement dwellings; or
- The eviction is required by State or local law and cannot be prevented by reasonable efforts on the part of the public entity.

## VII. APPEAL PROCEDURES - GRIEVANCE

Any person aggrieved by a determination as to eligibility for a relocation payment, or the amount of a payment, may have his/her claim reviewed or reconsidered in accordance with the Displacing Agency's appeals procedure. Details on appeal procedures are available upon request from the Displacing Agency.

## VIII. TAX STATUS OF RELOCATION BENEFITS

California Government Code Section 7269 indicates no relocation payment received shall be considered as income for the purposes of the Personal Income Tax Law, Part 10 (commencing with Section 170 01) of

Division 2 of the Revenue and Taxation Code, or the Bank and Corporation Tax Law, Part 11 (commencing with Section 23001) of Division 2 of the Revenue and Taxation Code. Furthermore, federal regulations (49 CFR Part 24, Section 24.209) also indicate that no payment received under this part (Part 24) shall be considered as income for the purpose of the Internal Revenue Code of 1954, which has been redesignated as the Internal Revenue Code of 1986. The preceding statement is not tendered as legal advice in regard to tax consequences, and displacees should consult with their own tax advisor or legal counsel to determine the current status of such payments.

## IX. ADDITIONAL INFORMATION AND ASSISTANCE AVAILABLE

Those responsible for providing you with relocation assistance hope to assist you in every way possible to minimize the hardships involved in relocating to a new home. Your cooperation will be helpful and greatly appreciated. If you have any questions at any time during the process, please do not hesitate to contact your relocation representative at 510.638.3081.

© 1980-2007 Overland, Pacific & Cutler, Inc.   (06/07)

**DECLARATION OF ELISE VEAL**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**EXHIBIT 3**

000013

Case 3:07-cv-05794-MHP   Document 17   Filed 01/28/2008   Page 21 of 36



## Notice of Eligibility and Conditional Entitlement

December 10, 2007

Elise Veal, Quincy Veal
Alexis Griffin and Ebony Bearden
6700 Dougherty Rd., #15
Dublin, CA 94568

Dear Tenants:

As you are aware, the Dublin Housing Authority (the "Displacing Agency") has made the determination to dispose of the Arroyo Vista public housing complex, which you currently occupy at 6700 Dougherty Rd., #15, Dublin, CA. As the eligible occupants of the property, you may be entitled to certain benefits under the Displacing Agency's Relocation Assistance Program. These benefits are briefly outlined below and are discussed in further detail in the Informational Statement which was provided to you.

**You will be given a written notice at least 90 days before you will be required to move from your property.** As the occupant of the property on the date of the agreement with the developer, you are entitled to the following benefits:

1. **RELOCATION ADVISORY ASSISTANCE:** provided by Overland, Pacific & Cutler, Inc. (OPC), a professional firm hired by the Displacing Agency to provide relocation assistance to you, such as referrals to replacement housing, counseling from financial literacy and homeownership experts and help with filing for benefits. OPC will help you through the process of finding, securing and moving into a new dwelling.

2. **MOVING EXPENSES:** You may select one of following payments:

   A. A <u>Fixed Moving Payment</u> based on the number of rooms you occupy (from Informational Statement). Your entitlement under this option for 6 rooms is $1,650.00; **or**

   B. A payment for your <u>Actual Reasonable Moving and Related Expenses</u> based on at least two written estimates and receipted bills; **or**

   C. A combination of both.

3. **SECURITY DEPOSIT AND CREDIT CHECKS: Although not required,** the Displacing Agency may pay the cost of a security deposit up to $2,400.00 required to rent a replacement dwelling unit under the Section 8 Housing Choice Voucher Program, and the Displacing Agency may also cover required credit check fees up to $75.00 per household.

000014

4.    **REPLACEMENT HOUSING ASSISTANCE:** You have been living in subsidized public housing owned by the Dublin Housing Authority. Your replacement housing will be housing that is privately owned but you will be issued a Section 8 Housing Choice Voucher by the Alameda County Housing Authority to subsidize your rent. A Section 8 subsidy may be adjusted periodically to reflect your current income and market rents. Section 8 assistance continues as long as you remain eligible for the program.

For long term financial stability, it is in your family's best interest to find a rental within the Housing Authority's subsidy limits (called the "payment standard") for your replacement housing needs. If this is not possible because comparable rentals are not available and there is a difference between your current rent and your new rent at a replacement dwelling, you may under certain circumstances, be eligible to receive a gap differential, called a "rental assistance payment", paid to you based on a 42-month period.

A study was completed to determine the cost of a comparable replacement dwelling most nearly representative of your current dwelling, household needs and occupancy standards. This study indicated a cost for comparable replacement dwellings to have a monthly rent and estimated utilities of $2,400.00. These factors are being used to calculate your maximum rental assistance payment as follows:

|   |   | Dublin & Pleasanton | Alameda County |
|---|---|---|---|
| 1 | Comparable Rent + Utilities | $2,400.00 | $2,400.00 |
| 2 | Section 8 Payment Standard | $2,496.00 | ($2,288.00) |
| 3 | Difference (Line 1 minus Line 2) | $0.00 | $112.00 |
| 4 | Computation of Payment (Line 3 times 42 months) | $0.00 | $4,704.00 |

Although the rental assistance payment is based on 42 months, the payment will actually be made to you in four installments. The first installment will be paid at the time you move to the replacement dwelling and then the next three will be paid, one every three months. At the end of 12 months the rental assistance payment will have been paid in full.

**You may receive this adjustment only if without such assistance, in the Displacing Agency's determination, you cannot lease a comparable home or apartment. If you do not need an adjustment in order to lease a comparable home or apartment, you will not be eligible to receive such an adjustment. If you qualify for a rental assistance payment, your family's rent share plus utilities must not exceed 40% of your adjusted monthly income.**

© 1980-2007 Overland, Pacific & Cutler, Inc.   (06/07)

000015

If you decide to rent and occupy a comparable replacement dwelling that rents for **less than** the comparable identified in the study, your rental assistance payment will be based on the actual cost of your replacement dwelling. If you decide to rent and occupy a comparable replacement dwelling that rents for **more than** the comparable identified in the study, your rental assistance payment will be limited to the amount of the comparable dwelling.

To be eligible for the replacement housing assistance described above, you must rent and occupy or purchase and occupy a decent, safe and sanitary replacement dwelling **within 12 months**, as well as file claims for replacement housing and moving payments **within 18 months**, from the date you move from your displacement dwelling. **Failure to occupy the replacement dwelling or to submit claims within the above time limits could result in loss of moving and/or replacement housing assistance.**

As part of our advisory services, we will provide referrals to available replacement units on the market in your area, which accept Section 8 tenants. Please notify us if you identify a unit that you would be interested in securing as a replacement home.

If you need any assistance or transportation to identify replacement housing, please contact the relocation consultant identified below.

You do not have to accept any dwelling referred to you by the Displacing Agency. You may choose your own replacement unit, but to qualify for Section 8 and the rental assistance payments the dwelling must first be inspected by the Housing Authority to assure that it meets the Housing Quality Standards. For this reason, **DO NOT MOVE** from your home and **DO NOT CONTRACT** to rent or purchase a replacement dwelling without first contacting your relocation consultant and the Housing Authority. The Housing Quality Standards inspection is **not** a substitute for a professional housing inspection.

You **must** continue to pay your portion of the rent to the Displacing Agency for the period of your tenancy. Failure to pay rent may reduce the replacement housing assistance which you are eligible to receive.

The Relocation Assistance Program is very complex. It is important that you carefully read and understand the matters explained in this Notice and in the Informational Statement that was provided to you. You may appeal in writing to the Displacing Agency the determination of eligibility or the amount of your relocation benefits.

If at any time you have questions or need assistance, please contact your OPC relocation consultant:

**Teresa R. Laverde**
**Overland, Pacific & Cutler, Inc.**
**7901 Oakport Street, Suite 4800**
**Oakland, CA 94621**
**Phone 510.638.3081**

© 1980-2007 Overland, Pacific & Cutler, Inc.  (06/07)

000016

Sincerely,

David L. Richman
Regional Director
Overland, Pacific & Cutler, Inc.

---

**ACKNOWLEDGMENT**

I was personally contacted by the Relocation Consultant for the Displacing Agency. I have been given a copy of this Notice and I have had the available services and entitlements explained to me. I have been advised that the Relocation Consultant will be available to assist me if any questions arise or assistance is needed.

| Signature: | Date: |
|---|---|
| Signature: | Date: |
| Signature: | Date: |
| Signature: | Date: |

**Note:  must be signed by all adult household members**

**DECLARATION OF ELISE VEAL**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**EXHIBIT 4**

000018

# Claim for Moving and Related Expenses - Families and Individuals

PRIVACY ACT NOTICE: You are asked to provide this information to determine whether you are eligible to receive a Moving and Related Expenses Payment. You are not required by law to furnish this information, but if you do not provide it, you may not receive this payment or it may take longer to pay you. This information is being collected under the authority of the Uniform Relocation Assistance and Real Property Acquisition Act (URA) and/or California Relocation Assistance Act.
INSTRUCTIONS: This claim form is for the use of families and individuals applying for a payment of moving and related expenses. You may apply for either (1) a fixed allowance, or (2) an amount to cover the actual moving and related expenses incurred as allowed by law. A claim for actual expenses must be supported by receipts or other evidence. A representative of the displacing Agency will explain the difference between the two types of payments and will help you complete the form. If the full amount of your claim is not approved, the Agency will provide you with a written explanation of the reason. If you are not satisfied with the Agency's determination, you may appeal their determination. The Agency will explain how to make an appeal.

| Agency | **Dublin Housing Authority** |
| Project | **Arroyo Vista Relocation Project** |
| Case # | **DHA-002-06700-015** |

| Program Rules | OPC Claim Serial Number |
| [ ] Federal [ X ] State [ ] Other | **OK015428** |

**1. Your Name(s) (you are the Claimant(s)**
Elise Veal, Quincy Veal, Alexis Griffin and Ebony Bearden

**1a. Present Mailing Address(es) of Claimant(s)**
6700 Dougherty Rd. #15
Dublin, CA 94568

**1b. Telephone Number(s)**
925-479-9683

**2. Have all members of the household moved to the same dwelling?**
[ X ] YES   [ ] NO   (If "NO", explain in Remarks)

**1c. Tax ID # of Claimant(s)**

| Dwelling | Address | How Many Rooms Did You Occupy?* | Furnished With Your Own Furniture (YES or NO)? | When Did You Move To This Unit? |
|---|---|---|---|---|
| **3.** *Unit That You Moved From* | **Same as 1a** | 6 | YES | 2/4/91 |
| **4.** *Unit That You Moved To* | **2118 Hailstone Way Antioch, CA 94509** | | | To follow |

**5. Is This a Final Claim:**   [ ] YES   [ X ] NO   (If "NO", Explain in Remarks)

**6. COMPUTATION OF MOVING PAYMENT (COMPLETE ITEM A OR B)**

| ITEM | AMOUNT CLAIMED | |
|---|---|---|
| **A. Actual Moving and Related Expenses** | | |
| (1) Moving Cost - Personal Property | $0.00 | |
| (2) Cost of Insurance Covering Move and/or Storage | $0.00 | |
| (3) Storage Cost (Complete Item 11 on page 2) | $0.00 | |
| (4) Other Expenses (Explain in Remarks) | $0.00 | |
| **B. Fixed Moving and Related Expenses** | | |
| (5) Amount of Fixed Allowance (see schedule on page 2) | $1650.00 | |
| **C. Total Amount Claimed (from Item A or B)** | 4050. | |
| (6) Total Amount Claimed (Lines A.(1) through A.(4) or line B.(5)) | ~~$3950.00~~ | |
| (7) Amount Previously Paid (from Line 7 of Item 13 on page 2) | 2400 | |
| (8) Amount Requested (Line (6) minus Line (7)) | ~~$2300.00~~ | |

**7. Is The Claim Payable To The Claimant:** [ X ] YES   [ ] NO   (If "NO", Explain in Remarks Section)

**8. Certification by Claimant(s)**
WARNING: If you knowingly or deliberately make false statements on this form, you may be subject to civil or criminal penalties under Section 1001 of Title 18 of the United States Code. In addition you may not receive any of the amounts claimed on this form. I CERTIFY that this claim and supporting information are true and complete, that I have not submitted any other claim for the expenses listed and that I have not been paid for the expenses by any other source. My choice of fixed or actual moving expenses was based on the explanation by the Agency representative of the difference between these types of payments.

Signature(s) of Claimant(s)

COPY

| Payment Action | Amount of Payment | Signature | Name (Type or Print) | Date |
|---|---|---|---|---|
| **9.** Recommended | 2400 ~~$2300.00~~ | | **David J. Richman/OPC** | |
| **10.** Approved | 2400 ~~$2500.00~~ | | **Chris Goulg/HACA** | 000019 |

OVERLAND, PACIFIC & CUTLER, INC.

PAGE 1 OF 2

**11. SUPPORTING DATA FOR STORAGE COSTS** (Describe Property stored in Remarks or attach list)

| Date Moved to Storage | Date Moved from Storage | | | REMARKS ONLY |
|---|---|---|---|---|
| | | Item | Amount | |
| Name and Address of Storage Company | | Monthly Rate for Storage | | |
| | | # of Months in Storage | | |
| | | Total Storage Costs (Enter on Line (3) of Item 8A) | $0.00 | |

Should payment be made directly to storage company: [ ] YES  [ ] NO

**12. REMARKS**

**13. PREVIOUS MOVING PAYMENTS**

| | (a) Date | (b) Amount |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | TOTAL: | |

**FIXED MOVING PAYMENT SCHEDULE (CALIFORNIA)**

| | |
|---|---|
| 1 Room | $825.00 |
| 2 Rooms | $800.00 |
| 3 Rooms | $1,000.00 |
| 4 Rooms | $1,175.00 |
| 5 Rooms | $1,425.00 |
| 6 Rooms | $1,650.00 |
| 7 Rooms | $1,900.00 |
| 8 Rooms | $2,150.00 |
| each additional room | $225.00 |

| | |
|---|---|
| 1 Room | $400.00 |
| each additional room | $65.00 |

**ELIGIBLE MOVING AND RELATED EXPENSES INCLUDE:**

1. Transportation of individuals, families and personal property from the displacement site to the replacement site, generally within 50 miles of your displacement dwelling.
2. Packing, crating, uncrating and unpacking of personal property.
3. Necessary charges for the removal and hookup of appliances, equipment and other items, not acquired by Agency.
4. Storage of the personal property in connection with relocation, for a period of up to 12 months.
5. Insurance of the personal property while moving and storing.

**INELIGIBLE MOVING AND RELATED EXPENSES INCLUDE:**

1. Cost of moving any building, structure or other real property in which the claimant has ownership.
2. Interest on a loan to cover moving expenses.
3. Personal injury.
4. Any legal fee or other cost for preparing this claim or for representing the claimant before the Agency.
5. Storage of personal property on real property owned or leased before the initiation of negotiations.

000020

OVERLAND, PACIFIC & CUTLER, INC.

=RC-01 (5/05)

**DECLARATION OF ELISE VEAL**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**EXHIBIT 5**

000021

# Claim for Moving and Related Expenses - Families and Individuals

| PRIVACY ACT NOTICE: You are asked to provide this information to determine whether you are eligible to receive a Moving and Related Expenses Payment.  You are not required by law to furnish this information, but if you do not provide it, you may not receive this payment or it may take longer to pay you. This information is being collected under the authority of the Uniform Relocation Assistance and Real Property Acquisition Act (URA) and/or California Relocation Assistance Act. | |
|---|---|
| **Agency** | **Dublin Housing Authority** |
| **Project** | **Arroyo Vista Relocation Project** |
| **Case #** | **DHA-002-06700-015** |

INSTRUCTIONS: This claim form is for the use of families and individuals applying for a payment of moving and related expenses. You may apply for either (1) a fixed allowance, or (2) an amount to cover the actual moving and related expenses incurred as allowed by law. A claim for actual expenses must be supported by receipts or other evidence. A representative of the displacing Agency will explain the difference between the two types of payments and will help you complete the form. If the full amount of your claim is not approved, the Agency will provide you with a written explanation of the reason. If you are not satisfied with the Agency's determination, you may appeal that determination. The Agency will explain how to make an appeal.

| Program Rules | OPC Claim Serial Number |
|---|---|
| [ ] Federal   [X] State  [ ] Other | **OK015428** |

| 1. Your Name(s) (you are the Claimant(s) | 1a. Present Mailing Address(es) of Claimant(s) | 1b. Telephone Number(s) |
|---|---|---|
| Elise Veal, Quincy Veal, Alexis Griffin and Ebony Bearden | 6700 Dougherty Rd. #15  Dublin, CA 94568 | 925-479-9683 |

| 2. Have all members of the household moved to the same dwelling? | 1c. Tax ID # of Claimant(s) |
|---|---|
| [X] YES   [ ] NO     (If "NO", explain in Remarks) | |

| Dwelling | Address | How Many Rooms Did You Occupy?* | Furnished With Your Own Furniture (YES or NO)? | When Did You Move To This Unit? |
|---|---|---|---|---|
| 3. Unit That You Moved From | Same as 1a | 6 | YES | 2/4/91 |
| 4. Unit That You Moved To | 2118 Hailstone Way  Antioch, CA 94509 | | | To follow |

| 5. Is This a Final Claim:   [ ] YES   [X] NO   (If "NO", Explain in Remarks) |
|---|

## 6. COMPUTATION OF MOVING PAYMENT (COMPLETE ITEM A OR B)

| ITEM | AMOUNT CLAIMED | |
|---|---|---|
| **A. Actual Moving and Related Expenses** | | |
| (1) Moving Cost - Personal Property | $0.00 | |
| (2) Cost of Insurance Covering Move and/or Storage | $0.00 | |
| (3) Storage Cost (Complete Item 11 on page 2) | $0.00 | |
| (4) Other Expenses (Explain in Remarks) | $0.00 | |
| **B. Fixed Moving and Related Expenses** | | |
| (5) Amount of Fixed Allowance (see schedule on page 2) | $1650.00 | |
| **C. Total Amount Claimed (from Item A or B)** | | |
| (6) Total Amount Claimed (Lines A.(1) through A.(4) or line B.(5)) | $3950.00 | |
| (7) Amount Previously Paid (from Line 7 of Item 13 on page 2) | | |
| (8) Amount Requested (Line (6) minus Line (7)) | $825.00 | |

| 7. Is The Claim Payable To The Claimant: [X] YES   [ ] NO   (If "NO", Explain in Remarks Section) |
|---|

**8. Certification by Claimant(s)**

WARNING: If you knowingly or deliberately make false statements on this form, you may be subject to civil or criminal penalties under Section 1001 of Title 18 of the United States Code. In addition you may not receive any of the amounts claimed on this form. I CERTIFY that this claim and supporting information are true and complete, that I have not submitted any other claim for the expenses listed and that I have not been paid for the expenses by any other source. My choice of fixed or actual moving expenses was based on the explanation by the Agency representative of the difference between these types of payments.

| Signature(s) of Claimant(s) | Date |
|---|---|
| *COPY* | |

| Payment Action | Amount of Payment | Signature | Name (Type or Print) | Date |
|---|---|---|---|---|
| 9. Recommended | $825.00 | | David J. Richman/OPC | |
| 10. Approved | $825.00 | | Chris Gouig/HACA | |

OVERLAND, PACIFIC & CUTLER, INC.

000022

**11. SUPPORTING DATA FOR STORAGE COSTS** (Describe Property stored in Remarks or attach list)

| Date Moved to Storage | Date Moved from Storage | Item | Amount |
|---|---|---|---|
| | | | |
| Name and Address of Storage Company | | Monthly Rate for Storage | |
| | | # of Months in Storage | |
| | | Total Storage Costs (Enter on Line (3) of Item 6A) | $0.00 |

Should payment be made directly to storage company:  [  ] YES   [  ] NO

**12. REMARKS**

**13. PREVIOUS MOVING PAYMENTS**

| | (a) Date | (b) Amount |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | **TOTAL** | $0.00 |

**FIXED MOVING PAYMENT SCHEDULE (CALIFORNIA)**

| | |
|---|---|
| 1 Room | $625.00 |
| 2 Rooms | $800.00 |
| 3 Rooms | $1,000.00 |
| 4 Rooms | $1,175.00 |
| 5 Rooms | $1,425.00 |
| 6 Rooms | $1,650.00 |
| 7 Rooms | $1,900.00 |
| 8 Rooms | $2,150.00 |
| each additional room | $225.00 |

| | |
|---|---|
| 1 Room | $400.00 |
| each additional room | $65.00 |

**ELIGIBLE MOVING AND RELATED EXPENSES INCLUDE:**

1. Transportation of individuals, families and personal property from the displacement site to the replacement site, generally within 50 miles of your displacement dwelling.
2. Packing, crating, uncrating and unpacking of personal property.
3. Necessary charges for the removal and hookup of appliances, equipment and other items not acquired by Agency.
4. Storage of the personal property in connection with relocation, for a period of up to 12 months.
5. Insurance of the personal property while moving and storing.

**INELIGIBLE MOVING AND RELATED EXPENSES INCLUDE:**

1. Cost of moving any building, structure or other real property in which the claimant has ownership.
2. Interest on a loan to cover moving expenses.
3. Personal injury.
4. Any legal fee or other cost for preparing this claim or for representing the claimant before the Agency.
5. Storage of personal property on real property owned or leased before the initiation of negotiations.

OVERLAND, PACIFIC & CUTLER, INC.

000023

**DECLARATION OF ELISE VEAL**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**EXHIBIT 6**

**Lisa Greif**

| | |
|---|---|
| **From:** | Elise Veal [eliseveal@hotmail.com] |
| **Sent:** | Wednesday, December 19, 2007 6:31 PM |
| **To:** | Lisa Greif |
| **Subject:** | FW: Moving Expense |

Elise Veal
H: 925-479-9683

Subject: Moving Expense
Date: Wed, 19 Dec 2007 14:10:25 -0800
From: tLaverde@opcservices.com
To: eliseveal@hotmail.com

Ms. Veal,

At this time you have not identified a replacement home that you are in the process of moving to. Since you have not identified a permanent replacement site, you do not have a new lease yet. Fixed moving payments are normally given in two parts to a tenant after the tenant has identified a replacement home, signed a new lease and given OPC an approximate date by when they will be out of the project site. In good faith you have been advanced by the housing authority $2,400 as a security deposit for a replacement home that you do not have at this time and you have also been advanced one half of your fixed moving payment ($825.00) for a move that you cannot begin or complete because you do not have a permanent replacement home.

When you apply for a permanent replacement home and you are accepted, you can give a move out of Arroyo Vista date, you turn in your keys to the management office and complete a move out inspection then you can receive the remainder of your moving allowance. At this time you are owed $825.00. We will evaluate the need to advance any portion of the fixed moving payment that you are owed based on the circumstances.

Also, since you have been advanced $2,400 towards a security deposit for your replacement home, if any portion of this advance is not used toward the security deposit the difference between what you actually pay for security deposit and the $2,400 will be counted towards the fixed moving payment still owed to your household. We will need a receipt from the new landlord stating the amount of the security deposit paid or the amount of the security deposit paid should be included in the terms of your new lease.

If you have not yet rented a replacement site we would like for you to return the

000025

12/20/2007

$2,400 check, which we will hold until you do find a permanent replacement site.

After our last telephone conversation you requested additional referrals to 4 and 5bd. single family homes for rent in Antioch, CA and Tracy, CA. Rest assured that we are currently working on providing those referrals to you, should you wish to move quicker to receive the remainder of your fixed moving payment. In the future please refer all relocation issues questions to me, not the Arroyo Vista office staff. Thank you.

| ☒ www.( | **Teresa Laverde** | Senior Consultant | Oakland, CA office | 510.638.3081 |
| | **Building relationships, delivering projects.** |

**From:** John Morris
**Sent:** Wednesday, December 19, 2007 11:08 AM
**To:** Teresa Laverde
**Subject:** FW: Moving expense
**Importance:** High

fyi

~ **John Morris** | Senior Consultant | OPC Oakland, CA office ~

**From:** Elise Veal [mailto:eliseveal@hotmail.com]
**Sent:** Wednesday, December 19, 2007 10:42 AM
**To:** John Morris
**Subject:** RE: Moving expense
**Importance:** High

I spoke to Carol Alves in the Arroyo Vista Office this morning and I am entitled to $1650 now. Once I move completely out and clean the stove I will receive a security deposit refund from the Housing Authority. There is no room for me to appeal. Carol said I should have received $1650 up front as stated in the documents I agreed and signed. Yes i have located a desirable home in Contra Costa County. Please let me know how soon I can receive the $825.

Elise Veal
H: 925-479-9683

Subject: RE: Moving expense
Date: Tue, 18 Dec 2007 11:47:34 -0800
From: jMorris@opcservices.com
To: eliseveal@hotmail.com
CC: tLaverde@opcservices.com

Ms. Veal,

000026

12/20/2007

Teresa prepared a claim for a security deposit in the amount of $2300 which I changed to $2400 as you told me that you had not in fact paid the $100 holding deposit for the property in Antioch. Dublin Housing has authorized a security deposit amount up to $2400 based on the 4 BR voucher size.

Teresa also prepared an advance moving payment of $825 and a final moving payment of $825 so that your total moving payment was split into 2 equal amounts. The first half was delivered last Friday.

To date you have received $3225.00 with a $825.00 balance still to be paid.

You are correct in that the Notice of Eligibility and the Informational Statement do not stipulate that the move payment may be paid an advance payment and a final payment once the property has been completely vacated and a walk through inspection has been conducted to ensure that no property remains.

The other residents at Arroyo Vista have requested and received an advance moving payment and a final moving payment. It is at the Agency's discretion how the moving payment is issued, and all tenants have appeal rights as to eligibility.

Have you been accepted to rent a property yet and do you have a move date?

**John Morris** | Senior Consultant | Oakland, CA office | 510.638.3081

**Building relationships, delivering projects.**

**From:** Elise Veal [mailto:eliseveal@hotmail.com]
**Sent:** Tuesday, December 18, 2007 11:35 AM
**To:** John Morris
**Subject:** RE: Moving expense
**Importance:** High

John the numbers on the check are not what I agreed to when I signed the documents. You crossed out 3,950 and wrote 4,050. I agreed to the fixed allowance 1,650. I understand the Housing Authority will return my security deposit once I move completely out of the unit.

Line B(5) on the Claim for Moving and related expenses says 1650 there are no conditions specified.

Elise Veal
H: 925-479-9683

000027

12/20/2007

Subject: RE: Moving expense
Date: Mon, 17 Dec 2007 10:24:32 -0800
From: jMorris@opcservices.com
To: eliseveal@hotmail.com

Good morning,

The check includes the first half of the move payment.  The
balance is payable after a move-out inspection has been
completed to ensure that no property has been left behind.
I'll call you this afternoon.

 **John Morris** | Senior Consultant | Oakland, CA office | 510.638.3081

**Building relationships, delivering projects.**

**From:** Elise Veal [mailto:eliseveal@hotmail.com]
**Sent:** Saturday, December 15, 2007 6:44 PM
**To:** John Morris
**Subject:** Moving expense

Hi John,

Chris came over on Friday evening to deliver the check and it was for
3,225 the agreement I signed has 4,050. Somehow there is $825
missing. I chose the Fixed moving payment before signing the
agreement. I do not have your cell phone so I contacted Teresa 12/15
unfortunately, she could not resolve the misunderstanding.  Please call
me on Monday to let me know when I can expect the balance.

Elise Veal
H: 925-479-9683

Get the power of Windows + Web with the new Windows Live. Get it
now!

Share life as it happens with the new Windows Live. Share now!

Share life as it happens with the new Windows Live. Share now!

000028

12/20/2007

Get the power of Windows + Web with the new Windows Live. Get it now!

000029

12/20/2007