BAY AREA LEGAL AID
PHILLIP R. MORGAN (State Bar No. 99979)
NAOMI YOUNG (State Bar No. 105041)
LISA S. GREIF (State Bar No. 214537)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.

**E-FILED**

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL, <br><br> Petitioners, <br> vs. <br><br> CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive, <br><br> Respondents. <br><br> SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50, <br><br> Real Parties in Interest. | CASE NO.: C-07-05794 MHP <br><br> DECLARATION OF SHIRLEY SANDERS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION <br><br> Hearing Date: March 3, 2008 <br> Time: 2:00 p.m. <br> Courtroom: 15, 18th Floor |

Declaration of Shirley Sanders - 1

CASE #: C-07-05794 MHP

I, Shirley Sanders, hereby declare:

1. If called as a witness in this matter, I could and would testify competently to the facts set forth herein.

2. I am a 36-year-old single mother. I live in Unit 84 of the Arroyo Vista housing complex in Dublin, California with my 15-year-old son, Deontae Griffin. My monthly rent is $981.

3. I moved into Arroyo Vista 13 years ago, when Deontae was 2 years old. I came to Dublin in order to make a home for myself and my child in a city with good schools where I could establish a career.

4. Over the past 7 years, I have established a career as a Senior Administrative Specialist with Coco-Cola, Inc. My office is a 10 to 15-minute drive from Arroyo Vista, and all the members of the team that I support (a director and six managers) are located in the Tri-Valley area. My work is closely tied to the business relationships I have developed in the Dublin area over the past 7 years. My monthly income from this job is about $1600.

5. Deontae now attends Foothill High School in Pleasanton. Foothill High is located very close to my office, and I am able to drop Deontae off in the morning and pick him up during lunch.

6. I had heard the rumors that Arroyo Vista would be sold and demolished, and in September of 2007 I attended a meeting led by Mary Rizzo-Shuman, because I had seen an announcement in the Arroyo Vista newsletter that these meetings would be a chance to get more information about what would happen to Arroyo Vista. At this meeting, I was told that DHA was going to sell Arroyo Vista and have it demolished. They also told us that it would be replaced with market rate housing and some affordable housing, but that there would not be "low income" housing and we would have to meet a certain income level to qualify. They mentioned two options for those present: either seek a voucher or contact one of the people they recommended regarding a Section 8 homeownership program. I do not recall any mention of relocation benefits.

7. All of the information at the September meeting was presented as fact, and we were specifically told that we would have to move out by the following August. We were told that we

Declaration of Shirley Sanders - 2

CASE #: C-07-05794 MHP

would need to move quickly, because we would not want to wait until everyone moves at the same time so that there is a shortage of places to use a voucher. When one woman at the meeting asked if we needed to move right now, Ms. Rizzo-Shuman's response was "Yes." I believe that several people in my neighborhood began to move out of Arroyo Vista because they believed what they were told at this meeting.

8. After the meeting, I felt that I had no choice but to move out of Arroyo Vista permanently, since I did not think I would qualify to return. I did not want a voucher, because I believed that I would be stuck with the voucher and not have a place to live. I do not want to leave the community where I have my career and where my son has lived for his entire life. Based on what was said at the meeting, and the shortage of places to use a Section 8 voucher in Dublin, I felt that my only option for staying in the community was to pursue the homeownership program.

9. A few days after the meeting, I called Jorge Ramirez to learn about the homeownership program. Mr. Ramirez's number was also listed in the September 2007 edition of the Arroyo Vista newsletter, a true and correct copy of which is attached as Exhibit 1. Mr. Ramirez told me that I would need to come up with $6000 in order to qualify, and would need to raise my credit score 25 points in order to even be considered for the necessary loan. Mr. Ramirez then referred me to Alejandro Buendia, who I was told would help me repair my credit. I paid $25 to get into a credit counseling program with Mr. Buendia, and now travel twice a month to Livermore to attend meetings with him.

10. Although I work full time, I do not have any substantial savings and cannot raise $6000 on my current salary. I realized that, if I wanted to buy a home in order to remain in Dublin with my son, I would need to take on a second job. I have been looking for night jobs, and have applied for a job at Kaiser through a temp agency called Office Team. I have not yet found a second job.

11. Since I have no guarantees that I will qualify for the homeownership program, I have also started to look into rentals in the Dublin area, using rental guides and checking listings. The rental rates are not affordable for me – two bedroom apartments generally rent for around $2000,

Declaration of Shirley Sanders - 3

CASE #: C-07-05794 MHP

and $1800 is the lowest rate I have seen. This is almost double what I am paying now, and I would also need a second job in order to make the rent. I feel that I have no options that will allow me to stay in Dublin with my current salary.

12. After the September meeting, my neighbors rapidly began to move out of Arroyo Vista. Many of my nearest neighbors were elderly, and they were able to qualify for senior housing that is available in Dublin. This was not an option for me and my son.

13. Once people moved out, their houses were quickly boarded up. Six people have now moved out of my cul-de-sac, and it looks like a ghost town. Broken glass was left in the yards, and large items of furniture and appliances have sat for weeks in the trash bins. The situation has become so bad that I no longer feel that I could invite someone from work to my home.

14. I am also very concerned that my house will be broken in to. It was broken into last December, and my neighbors at the time saw the intruders and called the police. Now there is no one around during the day, and no security. Teenagers hang out in my part of Arroyo Vista and graffiti has started to appear on some of the boarded up units. As a working single mother, I feel especially vulnerable to break-ins during the day. I drive back and forth from work several times a day before my son gets home to check on my house. Having to make this trip repeatedly has negatively affected my performance at work.

15. I called Margie Newman, the manager of Arroyo Vista, to complain about the lack of security. A DHA representative had told me previously that a security guard would eventually be provided, but none ever was. Margie told me to call a woman named Teresa at 727-8585. I called and Teresa told me that there would not be any security guard, and instead a police officer would patrol the area at night. This was little comfort to me, since my house was broken into in broad daylight and I'm worried that I will be burglarized again while I am at work.

16. With all the boarded up houses and the lack of security, I feel like I now have no choice but to move as soon as possible, even though I would rather stay in Arroyo Vista. I did not even put up Christmas lights this year, because I did not want to draw attention to my house. Arroyo Vista has been a good home for me and my son, but it has quickly gone downhill since the

Declaration of Shirley Sanders - 4

CASE #: C-07-05794 MHP

1  tenants were told that they had to move out. If the security situation, trash, and boarded up
2  houses could be fixed, then I would definitely want to continue to live in my home.
3      I declare under penalty of perjury that the foregoing is true and correct and that this
4  declaration was executed at Dublin, California on 1/24/08.

*[signature]*
Shirley Sanders

Declaration of Shirley Sanders - 5

CASE #: C-07-05794 MHP

**DECLARATION OF SHIRLEY SANDERS
IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

EXHIBIT 1

000001




# September 2007



6700 Dougherty Rd.
Dublin, CA 94568
Phone: (925) 828-3132

## Dublin Housing Authority
## Arroyo Vista Staff

*Margie Newman*
**Dublin Area Manager**

*Carol Alves*
**Administrative Services**

**Maintenance Staff**
*Lee Alejandro*
*Manny Gutierrez*

## Office Hours
**Monday - Friday**
8:30am - 3:00pm

**Saturday & Sunday**
Closed

**Closed Every Other Friday**

## Important Numbers
Office: (925) 828-3132
Fax: (925) 828-5450



## REDEVELOPMENT UPDATE

In the August newsletter we reported that on July 17 the Dublin Housing Commission approved the Disposition and Development Agreement (DDA) with the City of Dublin and the Alameda County Housing Authority, and the project developers, Eden Housing and Citation Homes. The Agreement commits each party to certain actions to allow the redevelopment to begin. At the time of the August newsletter the Alameda County Housing Authority had not yet approved the DDA. However, they did so on July 25 and now all parties have signed it.

In addition, the Housing Authority submitted the Disposition Application to HUD on August 14. The Application isn't considered complete until the environmental review is submitted to HUD, but we wanted to have HUD begin to review the Application and give us feedback while the environmental review being prepared.

Housing Authority staff and the relocation consultants have been holding small group meetings at Arroyo Vista to more fully explain the Section 8 program and relocation benefits. IF YOU WOULD LIKE TO ATTEND ONE OF THESE MEETINGS PLEASE SIGN UP AT THE OFFICE.

In the meantime, for questions please call the following:

| | |
|---|---|
| Homeownership/Credit Counseling: | Jorge Ramirez (925)-373-3930 |
| Relocation: | John Morris/Teresa Laverde (877)-972-8908 (toll free) |
| Section 8 Voucher Rules: | Mary Rizzo-Shuman (510)-727-8570 |
| Section 8 Homeownership: | Betsy Safine (510)-727-8585 |

000002

## Arroyo Vista Residents Vacate

You may have noticed, some of your neighbors are missing. Several of our residents have chosen to vacate early to get a head start on available properties in the Dublin area. To be exact, (14) families have received Section 8 vouchers.

For security purposes, all vacant units will be boarded up as residents move. If you notice any problems with the boarded up units, such as graffiti or break-ins, please report them to Margie or Carol at the office. We need your help to make sure Arroyo Vista community remains safe during the relocation period.

The Housing Authority has stated many times that the redevelopment process is lengthy, and that YOU DO NOT HAVE TO MOVE NOW. We anticipate starting relocation activities early next year so that everyone can be moved by November 2008.

The Dublin Housing Authority wishes all our residents success in locating new housing.

## Dublin Housing Authority Employee Recognition

Dublin Housing Authority employee, Manny Gutierrez, began his employment as Groundsworker at Arroyo Vista in March of 2003. Manny would like to thank the residents who have helped maintain the common areas at Arroyo Vista through the years and hopes this will continue until the close of the property. Manny's favorite hobbies are cooking and playing softball. Thank you Manny for your years of service.

## Mango Strawberry Smoothie

*1 Cup Ice Cubes • 1 Ripe Mango, peeled, pitted and cubed • 9 Large Strawberries, hulled and halved • ½ Cup Plain Yogurt • ½ Cup Orange Juice • 2 Tbsp. Honey • 2 Tbsp. Lime Juice* - Crush ice in blender. Add remaining ingredients (minus one strawberry) and blend briefly until frothy. Serve cold over more ice. Slice the last strawberry and slide onto rim of glass. Makes 2 to 4 cups.

## September

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 Rent Is Due |
| 2 | 3 Labor Day | 4 | 5 | 6 Late Fees Posted | 7 Office Closed | 8 |
| 9 Grandparent's Day | 10 Admission's Day | 11 Patriot Day | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 Office Closed | 22 |
| 23 Autumn Begins | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 |   |   |   |   |   |   |

000003