BAY AREA LEGAL AID
PHILLIP R. MORGAN (State Bar No. 99979)
NAOMI YOUNG (State Bar No. 105041)
LISA S. GREIF (State Bar No. 214537)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.

**E-FILED**

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL,<br><br>Petitioners,<br>vs.<br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br><br>Respondents.<br><br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>Real Parties in Interest. | CASE NO. C-07-05794 MHP<br><br>DECLARATION OF GRETTA EVANS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>Hearing Date: March 3, 2008<br>Time: 2:00 p.m.<br>Courtroom: 15, 18th Floor |

Declaration of Gretta Evans - 1
Case #: C-07-05794 MHP

I, Gretta Evans, hereby declare:

1. If called as a witness in this matter, I could and would testify competently to the facts set forth herein.

2. I am a 63 year old woman of African-American descent. I lived in Unit 22 of the Arroyo Vista Housing complex with my daughter, my sister Shirley, my grandsons (ages 5 and 3) and my granddaughter (age 4) until January 12, 2008.

3. I had lived at Arroyo Vista since 2001. I am disabled and receive disability income. When I moved out of Arroyo Vista, the rent for our four-bedroom home was $1068 per month, based on my income and income of my adult daughter, and my sister. Had I stayed, the rent would have been reduced because my daughter had lost one of her two jobs, reducing the household income.

4. When I learned that Arroyo Vista is going to be demolished, I became very anxious because I had a Section 8 voucher with the Oakland Housing Authority in 1999. My Section 8 landlord in Oakland decided he wanted to move back into his house, so the Oakland Housing Authority gave me a transfer voucher, but because of my large family, I couldn't find another place before the voucher expired. At that time, my household included my four sons, three daughters, one grandson and me. Although we had a transfer voucher for a 4-bedroom unit, we simply could not find a large enough unit or a landlord willing to participate in the Section 8 program. As a result, we lost the voucher, and my family and I became homeless.

5. After I lost my voucher, my family moved into a house owned by our church, but the church only lets people stay for six months. After that, we moved into a motel for a week. Then a lady from the church let us stay with her in her one-bedroom apartment. Meanwhile, I was looking everyday for another place and finally went to ECHO Housing. They helped me find Arroyo Vista.

6. After this experience, I became extremely worried that my family and I will be homeless again when I heard rumors from other tenants that Arroyo Vista is going to be torn down. I got a letter in April or May of 2007 notifying me that there was going to be a meeting. I went to the meeting and heard that the City of Dublin was choosing contractors, that Arroyo Vista was going

to be torn down and rebuilt, that the City was in the process of selling the property, and that all residents are going to have to move.

7. Sometime in the spring of 2007, I received a newsletter that said that residents might be able to get vouchers to move if they are eligible. My next door neighbors got a voucher and moved in July 2007. My daughter Carolyn Evans was living with me temporarily until Arroyo Vista gave her a unit for herself. I told her to find out if she could get a voucher.

8. I started searching for another place to move in June 2007 because of my concern about being homeless again. I began looking on Craigslist and in the newspaper for rental listings. I called between ten and twenty places through Craigslist and answered advertisements for places in Dublin. Many of the places I called did not know about Section 8. None of the owners or managers of the places that I called in Dublin would take Section 8.

9. The search to find another place to live has been extremely difficult and strenuous for me physically. My health is not good. I can barely walk and I have to use a wheelchair or walker to get around. I canøt live anywhere there are stairs. I looked at a 4 bedroom house in Dublin that is close to the schools. The owner saw that I am disabled. I told him that the Housing Authority would install whatever I need to accommodate my disability. He would not rent to me because he did not want alterations made to the house. I looked at another 4-bedroom Dublin townhouse in a good location near the schools that was physically inaccessible to me because it had stairs going up to the unit on the second story, and there was no elevator.

10. I want to stay in Dublin where my children have grown up and where I have lived for six years. When I lived in several different places in Oakland my home was broken into and robbed more than five times. I feel much safer here in Dublin. My children all went to school here, and I want my grandchildren to continue to go to school here. But because of what happened with my Oakland voucher, I am afraid that my family and I will be homeless again. When I kept being turned down at the places I found in Dublin, I started to feel desperate. Even though I want to continue living in Dublin, I thought that it would be safer to start looking at listings in other places.

11. In late September 2007 I found a 4-bedroom house for rent in Patterson listed on

Craigslist. I had never been to Patterson and it is a 45 minute drive from Patterson to Dublin, but I couldn't find anything in Dublin, so I went to look at the house. The landlord didn't know anything about Section 8, but he said he was willing to look into it. I called Carol, the secretary in the Arroyo Vista manager's office and told her I found a house in Patterson. She told me to come to the office and fill out the paperwork for a voucher. On October 4, 2007, I went to the office and Ms. Meade from the Housing Authority of Alameda County (HACA) had me sign the paperwork for a 4-bedroom voucher.

12. The landlord wanted $1300/month for the house in Patterson. John Morris of Overland Pacific & Cutler issued me a check for $2000 to give to the landlord for a deposit, and I bought a refrigerator for the house through Craigslist. About a month later, before I moved and before there was an inspection of the house, the Merced County Housing Authority called me and said that my family's income is too high to qualify for Section 8 assistance in Merced County. Ms. Meade told me that I could not use my voucher for the Patterson house because my family could afford to pay the $1300 per month rent there and I did not need a voucher. Since my rent at Arroyo Vista was $1068 at that time and my daughter just lost one of her two jobs, I decided not to take the Patterson house and my voucher expired on December 4, 2007.

13. I searched for a place to move every day since I was unable to use my voucher on the Patterson house. I would get up every morning and go on the computer and search for places to rent. I checked Craigslist, looked through the newspaper advertisements, and telephoned all the numbers on a list of rental listings that John Morris sent me and another list that I picked up at the manager's office when I signed the papers for my voucher. I called an average of five to eight places a day. I even called about places in Fremont, Hayward and Castro Valley. One place said they will take section 8, but it was in Brentwood. So I called the housing authority in Contra Costa County to find out how much rent that housing authority pays and to find out whether or not I could use my voucher there. When I called, I got a voice-mail that said to submit questions in writing. I wasn't able to find out the information I needed to make sure that I didn't have the same problem that I had with the Patterson house, so I didn't pursue the Brentwood house any further. I called about another 4-bedroom house in Dublin, and the lady

said she would not take Section 8.  I asked her, "Why?" She wouldn't explain and only said that she didn't want Section 8 tenants. Searching for a place to live was exhausting and stressful not only because of the physical demands and the limitations caused by my disability, but also because calling all these places and getting rejected over and over again left me frustrated and emotionally exhausted.

14. I found listings for places on Craigslist that said they take Section 8, but the places are in Oakland and Antioch.  I don't want to live in Antioch because it is just too far away from Dublin. I don't want to live in Oakland again because of the crime and dangerous neighborhoods, because I had such a hard time finding a place for my family in Oakland before and lost my voucher there, and because I want to stay in Dublin, where the neighborhoods are nicer, the schools are better and I feel safer.  The places I called in Pleasanton, Fremont, Hayward, Newark and Castro Valley do not take Section 8.  I went to look at a place in San Leandro, but there were stairs going up to the house, so I didn't even get out of the car.  Another place I looked at in San Leandro was in a neighborhood that made me feel uncomfortable.  There were kids hanging out at the high school down the block, there were many apartment complexes instead of single family homes, and the neighborhood just did not feel safe to me.

15. I talked to Mr. Morris on December 17, 2007.  I told him that I heard that the Patterson house was still available.  I asked if there was anyway that I could still rent the house.  He told me that I would have to pay the full rent myself, but that OPC would give me money to help me move.  He also said that the landlord for the other Patterson house still had not returned the $2000 that OPC gave him for my deposit.  Mr. Morris has not given me any other help with my search for a place to move other than to send me a one-month old list of rental listings after the Patterson house rental fell through.

16. The unit next door to me has been boarded up since my neighbors moved in July.  The unit next door to that one is also boarded up, as are another two units across from my former unit. Living among the boarded up units increased my anxiety because it constantly reminded me that I had to find a place to move out soon or I might become homeless again.

17. I was not able to find a place for my family to move to in Dublin.  I found another house

Declaration of Gretta Evans - 5

Case #: C-07-05794 MHP

in Patterson even though I can't use Section 8 there. My two teenage sons are going to be moving back in with me. Since Arroyo Vista would not give my daughter Carolyn a unit even though she has a priority on the waiting list, there is not be enough room for my two teenage sons, Carolyn and her three children, my sister and me. For this reason, I decided to get my other daughter to move into the Patterson house with me, my sister and my two sons. This means I had to give up a voucher and I just hope that nothing happens that will force us to move again, since I won't have a voucher anymore.

18. I had to borrow $2500 from friends to pay the deposit for the Patterson house. Theresa of Overland, Pacific and Cutler said that OPC will not pay more than $2400 for a deposit, so I am paying the extra $100 myself. Theresa said OPC will not give me the $2400 until they get the $2000 back from the landlord of the first Patterson house (see paragraph 12 *supra*). OPC said they will give me $825 for moving expenses and another $825 after Carolyn moves out. OPC is also giving me $75 to pay for the credit check required by the landlord. The landlord is charging me $90, so I am also paying the $15 difference myself.

19. I moved out of Arroyo Vista and into the Patterson House on January 12, 2008. OPC only gave me $825, which was for moving expenses. On January 22, 2008, I had a telephone conference with Theresa Laverde. She told me that I would get the rest of my moving money and $2475 for the deposit and credit check fee after Carolyn signs papers to get a voucher to move. She said I would get the $1200 deposit that I paid when I moved into Arroyo Vista after Carolyn moves. I urged Carolyn to sign the papers so I can get the money to repay the $2590 loan that friends gave me for the deposit and credit check fee that I paid to the landlord to move into the Patterson House.

20. I would like to move back to Arroyo Vista after it is developed, but there are not going to be enough units for families of my size, and I have been informed that they are going to increase the rents to levels that I won't be able to afford. I feel that the City of Dublin doesn't want people who live in public housing to stay there, and that they are trying to demolish those homes so they can attract a different population. No one has told me that I will be able to move back in after Arroyo Vista is redeveloped.

1  I declare under penalty of perjury that the foregoing is true and correct and that this
2  declaration was executed at Patterson, California on January ___24___, 2008.

/s/
_____
Gretta Evans

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: January 25, 2008          /s/ Lisa S. Greif_____
                                 Lisa S. Greif
                                 Attorney for Plaintiffs