BAY AREA LEGAL AID
PHILLIP R. MORGAN (State Bar No. 99979)
NAOMI YOUNG (State Bar No. 105041)
LISA S. GREIF (State Bar No. 214537)
405 14th Street, 11th Floor
Oakland, California  94612
Telephone: 510-663-4744
Facsimile: 510-663-4740

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California  94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.

**E-FILED**

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL, <br><br>        Petitioners, <br> vs. <br><br> CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive, <br><br>        Respondents. <br><br> SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50, <br><br>        Real Parties in Interest. | CASE NO.:  C-07-05794 MHP <br><br> DECLARATION OF RHENAE KEYES IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION <br><br> Hearing Date: March 3, 2008 <br> Time: 2:00 p.m. <br> Courtroom: 15, 18th Floor |

I, Rhenae Keyes, hereby declare:

1. If called as a witness in this matter, I could and would testify competently to the facts set forth herein.

2. I am a 48-year-old African-American woman. I live in Unit 101 of the Arroyo Vista housing complex in Dublin, California, and pay $549 a month in rent for my four-bedroom home. I live with my 13-year-old daughter, Genaya Lewis. My 19-year-old son, Jemar Evans, used to live with me but moved out of my house on January 20, 2008.

3. I have lived in Arroyo Vista for the past 4 years.

4. In November of 2006, I was honorably discharged from the United States Army Reserves after 27 years of service on active duty. During this time I sustained nerve damage that the military has classified as an injury "in the line of duty." I also have a degenerative joint disease and have been diagnosed with diabetes. My primary care doctor is located in Pleasanton, and I see a therapist once a week at Axis Community Health in Pleasanton. Moving out of the Dublin area would make it more difficult for me to visit my doctors and continue my treatment.

5. My son suffers from two disabilities. First, he has Blount's disease, also known as tibia vara, which causes his legs to bow and is progressive. He is often in pain as a result of this condition, and sometimes uses a cane or crutches to get around. Jemar has also been diagnosed with ADHD and emotional problems described to me as "organic mental disorder." He is currently undergoing testing to determine whether he is a high-functioning autistic.

6. Jemar is in the continuing education program at Valley Continuation High School, where he visits his resource counselor three times a week. This counseling has helped Jemar continue his education and orchestrate his Individual Education Plans. Jemar has until the age of 22 to finish high school under this program, and is on track to do so, despite his disabilities.

7. Genaya attends Wells Middle School in Dublin, and has become very much a part of the school and local community. Moving away from Dublin would disrupt Genaya's life, separate her from her community, and interrupt her education. Genaya was recently diagnosed as suffering from migraine headaches.

8.  Although I would not otherwise want to move out of Arroyo Vista and disrupt my own life and the lives of my children, I became aware that the Dublin Housing Authority (DHA) planned to demolish Arroyo Vista and began to investigate my options.

9.  In April of 2007, I attended a large meeting for Arroyo Vista residents led by representatives of the Dublin Housing Authority (DHA), the Housing Authority of Alameda County (HACA), Eden Housing (Eden), Citation Homes (Citation), and the firm of Overland, Pacific & Cutler (OPC).  This meeting had been announced in a prior Housing Authority newsletter.  The stated purpose of the meeting was to introduce residents to Eden and Citation's redevelopment plan for Arroyo Vista and to inform residents how to begin the application process to receive vouchers under Section 8 in order to move out of Arroyo Vista.

10.  At the April 2007 meeting, Mary Rizzo-Shuman, one of the HACA representatives, told us that Arroyo Vista would definitely be "shut down" come November 2008.  The HACA representatives also stated that we each had to give a 30-day notice in order to apply for vouchers.  We were also told that the next step after this meeting was to schedule smaller group meetings with Ms. Rizzo-Shuman, who would be available on Tuesdays in Unit 57 at Arroyo Vista.  The OPC representatives introduced themselves and explained that they would be working with us on relocating.  There was no mention of a relocation plan at this meeting, and no one explained that the responsibility for relocating Arroyo Vista tenants fell on DHA and not the tenants themselves.

11.  I was able to schedule my meeting with Mary Rizzo-Shuman in early August of 2007, and attended the meeting with my friend a fellow Arroyo Vista resident, Darlene Brown.  There were several other Arroyo Vista tenants at the meeting.  During this meeting, Ms. Rizzo-Shuman repeated her prior statement that Arroyo Vista would be "shut down" in November of 2008, and that we all had to apply for vouchers.

12.  One of the residents at the August meeting told Mary Rizzo-Shuman that he did not want to move.  Her response was, "well, then you will see the bulldozers coming through."  At the same meeting, I asked Ms. Rizzo-Shuman what would happen if HUD did not approve the Dublin Housing Authority's application for disposition.  Her only response was that "HUD will

1  approve the application." As with the meeting in April, there was no mention of a relocation

2  plan or DHA's ultimate responsibility for the relocation.

3  13. After the meeting with Mary Rizzo-Shuman, I gave HACA a 30-day notice as I had been

4  instructed. I made a notation on that notice that I was not yet ready to move. I only gave the

5  notice because I was told that I was required to do so in order to obtain a voucher from HACA.

6  14. At this time I began to search for a new home in the Dublin area using HACA's website,

7  to which I had been referred by HACA during the April 2007 meeting. I was unable to find any

8  affordable units in Dublin or the surrounding area for my family. As a result, I felt that I had to

9  expand my search. I contacted John Morris of OPC and asked for three-bedroom listings in

10 Oakland and Livermore, thinking these might be more affordable. He responded by a letter dated

11 August 21, 2007, a true and correct copy of which is attached hereto as Exhibit 1. On or about

12 August 22, 2007, I met with Ms. Meade from HACA, whom I was told to see about the next

13 stage of the voucher application process. At this meeting, Ms. Meade told me that "we're

14 processing you for a two-bedroom unit," despite the fact that I now occupy a four-bedroom unit

15 with my son and daughter. She also provided me with a sheet explaining "HACA Benefit

16 Payment Standards," a true and correct copy of which is attached as Exhibit 2.

17 15. While I had planned to downsize to a three-bedroom unit because I no longer had the

18 live-in aide who resided in my unit when I first moved into Arroyo Vista, taking a two-bedroom

19 voucher was not a viable option for me. In a two-bedroom unit, my emotionally disabled teenage

20 son would have had to share a room with my teenage daughter who suffers from migraines. This

21 arrangement would have been unacceptable for my children's health and well-being.

22 16. I later brought HACA a letter from my daughter's doctor stating that, given her

23 migraines, she could not share a room with my son. HACA refused to accept this note, and

24 refused to send any of their own forms to my daughter's doctor.

25 17. After HACA's refusal to consider providing me with a three-bedroom voucher, I

26 withdrew the 30-day notice that I had previously filed with them.

27 18. In October of 2007, I again contacted OPC and requested a full referral list for all of

28 Alameda County, in order to assess what options might be available. John Morris of OPC

responded in a letter dated October 31, 2007, a true and correct copy of which is attached as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Dublin, California on  1 - 24 - 08  .

Rhenae Keyes

Keyes Declaration – Index of Exhibits

Exhibit #    Document Description

1    August 21, 2007 letter to Rhenae Keyes from John Morris of Overland Pacific and Cutler

2    Section 8 Voucher Manual received by Rhenae Keyes from Ms. Meade of the Housing Authority of the County of Alameda, including the HACA payment standard information sheet

3    October 31, 2007 letter to Rhenae Keyes from John Morris of Overland Pacific and Cutler

**DECLARATION OF RHENAE KEYES
IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**EXHIBIT 1**

000001



**OVERLAND
PACIFIC &
CUTLER, INC.**

7901 Oakport St., Suite 4800
Oakland, CA 94621
510.638.3081 ph
510.638.0750 fax
www.OPCservices.com

August 21, 2007

Rhenae Keyes
6700 Dougherty Rd. #101
Dublin, CA 94568

Re: Arroyo Vista Relocation

Dear Ms. Keyes:

Per your request, enclosed are some referrals for 3 bedroom properties in San Leandro and Oakland where a Section 8 Housing Voucher will be accepted and pets are allowed.

If you are interested in any property, make an application and keep a receipt to document any credit check fees paid. You may sign up for the next Section 8 Question and Answer general orientation in the Arroyo Vista office.

There is a relocation benefit to cover the required security deposit up to $2,000 for a 3 bedroom rental in addition to moving benefits.

Feel free to call me at 510-638-3081 with any questions.

Sincerely

John Morris
Consultant
Overland, Pacific & Cutler, Inc.

Enc

000002

San Leandro and Oakland
Section 8 and pets ok
Referrals
As of 8.21.07

| City | Address | Property Type | Bed | Bath | Rent | Deposit | Pet | Contact | Comments |
|------|---------|---------------|-----|------|------|---------|-----|---------|----------|
| San Leandro | 539 Begier Ave | House | 3 | 1 | 1950 | 1950 | Y | Isabel 925-283-3819 | Near Paradiso Restaurant and Zocalca Coffee shop. Available October 1st, possibly September 1st. |
| Oakland | 1350 7th Street | Apt | 3 | 2 | 1097 | 1097 | Y | Mandela or Anthony 510-451-1575 | Laundry onsite, available September 15, 2007. |
| Oakland | 1321 8th Street | Townhouse | 3 | 2 | 937 | 937 | Y | Mandela or Anthony 510-451-1575 | Laundry onsite, available October 1, 2007. |

000003

**DECLARATION OF RHENAE KEYES
IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**EXHIBIT 2**

000004



# Housing Authority
## of the
# County of Alameda

# Manual
## for My
# Section 8 Voucher

September 2005

000005

*Ms Mead*
*727-8555*

# Housing Authority
# Mission Statement

Through the delivery of housing assistance and other related services, our mission is to enable our clients to become self-sufficient and economically independent.

- For elderly and disabled persons, economic independence and self-sufficiency means the ability to live independently within their economic resources.

- For able-bodied family members, economic independence and self-sufficiency means short term reliance on housing assistance; participation in education, training or job development activities designed to lead to self-sufficiency in return for the housing assistance; and personal responsibility for the economic consequences of the family's decisions.

Adopted December 10, 1997
Resolution No. 40-97

## TABLE OF CONTENTS

Page

1. The Housing Choice Voucher Program    1

2. Jurisdiction    1

3. Roles and Responsibilities    1
   A. Family Responsibilities  (2)
   B. Owner Responsibilities  (2)
   C. Housing Authority  (3)

4. Where Can I Live    3
   A. Portability  (3)
   B. Discrimination  (4)
   C. Unit Listing Service  (4)

5. Voucher Size/Subsidy Size    5

6. Voucher Term    5

7. Rent    5

8. Payment Standards    6

9. Utility Allowance    6

10. Request for Tenancy Approval    7

11. Annual Review/Continued Assistance    7

12. Interim Changes    8

13. Appeals    8

14. Termination of Assistance    9

15. Housing Authority Resources    10

16. Community Agency Resources    10

17. Frequently Asked Questions    11

000007

# 1. THE HOUSING CHOICE VOUCHER PROGRAM

The Housing Choice Voucher program makes quality rental housing affordable to low and very low income families by making the relationship between "the family" (that needs a place to live) and a landlord (who owns rental property) financially feasible.



The **Voucher** is the link between the family and the Housing Authority.

The **Lease** is the link between the tenant and landlord.

The **Housing Assistance Payment Contract** is the link between the Housing Authority and the landlord and incorporates the monthly payments to the landlord.

# 2. JURISDICTION

The Housing Authority of Alameda County administers the Section 8 Housing Choice Voucher program for the following cities in Alameda County:



Albany, Castro Valley, Dublin, Emeryville, Fremont, Hayward, Newark, San Leandro, San Lorenzo, Pleasanton, and Union City

Excludes: Berkeley, Oakland, Alameda City and Livermore

# 3. ROLES AND RESPONSIBILITIES

The Housing Authority, family and property owner all have important roles and responsibilities in the Housing Choice Voucher Program.

1

000008

## A. Family Responsibilities

Every family has a role as a responsible "Voucher holder" and a good "tenant" and neighbor. The family must:

1. Locate a suitable unit for the family to live in.

2. Submit the Request for Tenancy Approval (RTA) to the Housing Authority on or before the expiration date of the Voucher.

3. Comply with all the terms of the rental lease including but not limited to
   a. Paying the family rent portion to the landlord on time each month;
   b. Maintaining the inside of the unit and common areas reasonably under the control of the unit;
   c. Notify the landlord whenever items need maintenance or repair; and
   d. Maintaining and paying for utilities that are your responsibility.

4. Comply with all the terms of the Voucher program including but not limited to:
   a. Reporting all changes in household members and income and assets to the Housing Authority;
   b. Cooperating with the Housing Authority in the annual review of eligibility and unit inspection;
   c. Not allowing persons not listed on the lease to reside in the unit; and
   d. Refraining from criminal behavior.

5. Report all changes in the people living in the unit and all income being received by all individuals (adults and children) living in the unit.

**NOTE:** <u>All</u> important information will be shared with you in writing, mailed to your home. It is important that you immediately read all documents from the Housing Authority and respond fully to the information. Failure to do so could result in termination of your housing assistance.

## B. Owner Responsibilities

Every property owner has a role as a responsible "landlord". The owner must:

1. Carefully screen each family that applies to rent a vacant unit. This may include a credit check and/or review of rental history .

2. Exercise good property management, including but not limited to collecting a security deposit, collecting the tenant portion of the rent each month, making all required repairs,  and taking appropriate action in response to lease violations.
   NOTE:  Some lease violations are also Voucher program violations (e.g. non-payment of rent, and can also result in termination of rental assistance)

000009

3. Notify the Housing Authority immediately if there are any serious and/or life threatening problems in the unit or if the family moves out of the unit.

## C. Housing Authority Responsibilities

1. Determine the family's eligibility to receive rental assistance.

2. Perform an initial and annual inspection (and others as necessary) to insure the unit complies with Housing Quality Standards.

3. Approve the rent for the unit.

4. Make timely, monthly rent subsidy payments to the landlord each month.

# 4. <u>WHERE CAN I LIVE</u>

The Voucher Program is "tenant based" meaning the family determines where to live. You pick the state, city, and housing type. Our jurisdiction includes 11 cities in the greater Bay Area (see page 1).

Where you live is an important decision, and one you will have to live with for at least one year, the term of the standard lease. There are several factors to include in your decision including but not limited to: Public and private schools and their test scores; employment opportunities; location of public transportation (bus, BART, etc.); shopping opportunities (grocery stores, drug stores, etc.); laundromat and/or dry cleaners; libraries, parks, movie theaters, etc.; and crime statistics.

## A. Portability

"Portability" is the ability to transfer your Voucher outside of HACA's service area and to have the rental assistance administered by another Housing Authority.

If you lived or worked in HACA's jurisdiction when you applied for assistance you qualify for "portability" immediately.

If you **did not** live or work in HACA's jurisdiction when you applied for assistance you are not eligible for "portability" until you have used your assistance in this jurisdiction for 12 months.

3

## B. Discrimination

Participation in the Section 8 Housing Choice Voucher Program is voluntary. Landlords may decide not to participate. However, illegal discrimination in housing is not only *unfair* it is against the law. Every landlord is responsible for, and has the right to screen families before renting to them. A landlord can refuse to rent to you based on your credit history, housekeeping standards, criminal history, previous evictions or other factors that impact your ability to comply with the terms of the lease. A landlord cannot refuse to rent to you based on race or ethnicity, religious or sexual orientation, source of income, disability, or family status (including children under the age of 18 living with parents or legal custodians). If you believe you have been discriminated against you can file a complaint with the U.S. Department of Housing and Urban Development. A form is enclosed for your use. You can obtain assistance with your complaint from various community agencies.

## C. Unit Listing Service

As a service to our clients – the families and owners who participate in the Section 8 Program – we provide a free rental listing service. The information is only available on line at www.govthousing.com/ha/alameda/index.jsp. It is also available through the HACA website, www.HACA.net. Just follow the "Rental Listings" link. Registration is simple, and only takes a few minutes. Many families have found units using the service but there are no guarantees. Use this as one tool in your search, but also newspaper classified listings, Craig's List at www.Craigslist.com, and other sources.



4

000011

## 5. VOUCHER SIZE/SUBSIDY AMOUNT

The Housing Authority will determine the number of bedrooms (the level of assistance) your family qualifies to receive. One bedroom is authorized for the head of household (and any spouse or partner) and one additional bedroom is authorized for every additional two people, regardless of age, sex or generation. Exceptions may be granted as a reasonable accommodation of a person with permanent disabilities.

You are encouraged to search for rental housing having the same number of bedrooms as stated on your Voucher. If you seek a unit with more bedrooms—you are encouraged to limit your search to units where the amount of rent requested by the landlord is at or under the Payment Standard for the bedroom size listed on your Voucher.

## 6. VOUCHER TERM

Your Voucher is good for 60-calendar days. It is your responsibility to locate a suitable unit for your family, have the owner complete the Request for Tenancy Approval (RTA) (see No. 10 below) and submit it to the Housing Authority on or before the expiration date shown on the Voucher (line 3).

The Housing Authority will freeze the time remaining on your Voucher on the day you submit the RTA; the clock will start running again if the RTA does not result in a contract.

If you are not successful in your housing search you may be able to qualify for additional time if (a) there is a family member with a disability or (b) if your ability to search was interrupted by an emergency beyond your ability to control (i.e. documented medical emergency or extended hospitalization).

## 7. RENT

When we talk about "rent' in the Section 8 Program we mean both the money that goes to the landlord and an allowance for basic utilities that HACA allows you for gas or electricity for cooking and heating; hot and cold water; and garbage service.

**How much can the owner charge?** There is no maximum amount of "rent" the owner can request. The Housing Authority will authorize any amount that is reasonable - given the quality of the unit, the neighborhood and current rental rates.

**How much rent must the family pay?** The family must pay a minimum of 30% of income but no more than 40% of its adjusted income for rent. The actual amount paid by the family is determined by a formula and includes the allowance for basic utilities.

5

000012

**How much will the Housing Authority pay?** The <u>maximum</u> the Housing Authority will pay is the difference between the **"Payment Standard"** (the average amount of rent charged for units in a given area) and the family rent portion. The applicable Payment Standard is tied to the bedroom size of your Voucher.

As stated above, the actual amount the Housing Authority will pay is based on the unit, neighborhood, and current rental rates.

# 8. <u>PAYMENT STANDARDS</u>

The Payment Standard represents the maximum amount of subsidy, based on the voucher size. The actual amount the Housing Authority will pay the landlord is based on comparable rents for similar units in the same neighborhood. Your Housing Specialist will negotiate the contract rent with the landlord and advise you of the amount of your share.

| Voucher Size (Bedrooms) | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| | $1,150 | $1,362 | $1,847 | $2,287 | $2,630 |
| | 1161 | 1375 | 1865 | 2309 | 2655 |

# 9. <u>UTILITY ALLOWANCE</u>

Every family is given a credit against the rent payment as an allowance for utilities. The allowance <u>is not</u> based on your individual utility bills, bur rather taken from a schedule of average utility expense. Consideration is given to whether the appliances are powered by gas or electricity, and the type of housing (apartment unit or a single family residence). NOTE: the schedule assumes that you have taken advantage of energy conservation measures and programs offered by PG&E and other agencies.

E X A M P L E

| Unit Size (Bedrooms) | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Gas, Electricity | $21 | 25 | 32 | 36 | 37 |
| Water | 11 | 14 | 18 | 25 | 29 |
| Trash | 17 | 17 | 27 | 27 | 44 |
| **Total Allowance** | $49 | $56 | $77 | $88 | $110 |

Note: No allowance is provided for telephone, cable television, etc.

6

000013

## 10. REQUEST FOR TENANCY APPROVAL

A landlord who signs a Request for Tenancy Approval (RTA) is indicating an intent to rent the unit to you with Section 8 Assistance. Here's what happens next:

A.    The family submits the completed RTA to the Housing Authority no later than the expiration date on the Voucher.

If you have been previously assisted by the Housing Authority, your prospective landlord may ask the Housing Authority for a reference. We will provide written information if it exists in our files **without** obtaining your written or verbal authorization.

B.    A Housing Authority representative will contact the landlord within five business days to schedule an inspection of the unit. HACA will inspect the unit as soon as possible to determine the appropriate rent for it.

C.    If the unit meets minimum Housing Quality Standards and the rent requested is reasonable, the Housing Authority will offer the owner a contract. The unit must have a working stove and refrigerator to pass the inspection. If the family is providing one or both of these appliances, the Housing Authority will conditionally pass the unit and come back to confirm the presence of properly working appliances within one business day of the scheduled move-in date.

D.    The family can move into the unit at any time with landlord approval, but the earliest date the Housing Authority can start the contract is the date the unit passed inspection and the family takes possession. If you move into the unit or sign a lease prior to receiving notice from the Housing Authority that the unit has been approved, you will be responsible for 100% of the rent. **NO EXCEPTIONS.**

E.    After the owner submits a copy of his/her lease, the Housing Authority will mail the owner the contract for signature. If the owner is not using his/her lease, the Housing Authority will provide a model lease. NOTE: No payment can be released until signed documents are returned.

In most cases, the owner will receive the first payment within 14-days of the date the Housing Authority receives the signed documents. Future payments will be mailed to the landlord on the last working day of each month, for the next month.

## 11. ANNUAL REVIEW/CONTINUED ASSISTANCE

The Housing Authority is required to review your eligibility for continued assistance at least once each year. During this process we will review: household composition (who is residing in the unit); income (all monies including grants, wages, self employment, etc); assets (bank and credit union accounts); and expenses (child care, and medical expenses for elderly or disabled households).  This process may be conducted by mail or it may require you to come to the office.  It is important that you respond fully and quickly to avoid interruption in payments to your landlord. Failure to do so may result in termination of your Section 8 Voucher.

000014

## 12.  INTERIM CHANGES

Life is filled with changes. The Section 8 subsidy provides a safety net for you and your family, but it may not always be enough.

During the course of the year you may experience changes in your family — household composition, income or expenses. These changes may result in a change in the amount of subsidy you qualify for, or the amount of rent you are required to pay.

We will process the change(s) as soon as possible, but you may need to be able to continue paying your current rent for as much as two months to allow for processing. If the change results in a reduction in your rent portion, you may qualify for a retroactive adjustment.

**NOTE:** All changes must be reported to the Housing Authority, in writing, as soon as is reasonably possible, and no more than 14-calendar days after the occurrence and be supported with proper documentation.

## 13.  APPEALS

The regulations provide for an opportunity to have certain decisions by the Housing Authority reviewed before you can be denied assistance (or have your assistance terminated).

Up to the time you go under contract you are considered as "applicant" and you have a right to an Informal Review. When you go under contract your status is changed to "participant" and you have a right to an Informal Hearing.

You have a right to an Informal Review/Hearing if:

1.  You believe the Housing Authority made an error in determining your family rent portion.

2.  The Housing Authority proposes to terminate your assistance for violating one or more of the family obligations.

If your request for a Reasonable Accommodation to accommodate a disabled household member is denied, you may submit an appeal. The appeal will be reviewed by the Deputy Director. During this appeal additional information may be sought from the client, the physician or another professional care provider.

000015

You <u>do not</u> have a right to an Informal Review/Hearing with respect to the following Housing Authority determinations:

1. The number of bedrooms on your Voucher.

2. A decision to extend, or not extend the term of your Voucher.

3. The utility allowance for utilities that are the financial responsibility of the family.

## 14.  <u>TERMINATION OF ASSISTANCE</u>

Your Section 8 Voucher—and the related monthly rental subsidy — is a great benefit. Far from everyone who qualifies has an opportunity to receive a Voucher. It is important that you understand your obligations as a participant, and that you make sure all family members understand the rules also.  Your full compliance is the only way to avoid possible termination of the assistance.

It is important that you read and understand the "family obligations" printed on your Voucher and on the "Obligations of the Family". If you violate any of the rules the Housing Authority can terminate your assistance. If the Housing Authority finds cause to terminate your assistance we must give you advance notice of the alleged violation and allow you an opportunity for an Informal Hearing.

000016

## 15.   HOUSING AUTHORITY RESOURCES

### ELIGIBILITY SERVICES

Your first experience with the Housing Authority involved our Eligibility Services Department. Staff in this Department (Eligibility Technicians) are responsible for processing your application and making a determination of your eligibility to receive rental assistance.

You will be contacted by this Department annually, when it is time for your annual review.

### LEASING SERVICES

A case manager (Housing Specialist), who is assigned by geographic area, will manage your assistance beginning with the review/approval of your Request for Tenancy, and continue through the term of the assisted lease/contract. This is not the same person you worked with during the eligibility process. Contact the Leasing Department Clerk for the name and telephone number of the Housing Specialist assigned to your case.

If you are moving to Albany, Castro Valley, Emeryville, Hayward or Union City call (510) 727-8563.

If you are moving to Dublin, Fremont, Newark, Pleasanton, San Leandro or San Lorenzo call (510) 727-8507.

### FAMILY SELF SUFFICIENCY

The Family Self-Sufficiency (FSS) Program offers up to five years of ongoing support and career counseling to help families achieve self-sufficiency. For more information, please see the brochure included in your packet or call (510) 727-8582.

Participation in the FSS Program is also the gateway to Home Ownership!  Participation in this aspect of FSS is limited and requires considerable time and dedication of all participants.

## 16.   COMMUNITY AGENCY RESOURCES

| | | | |
|---|---|---|---|
| Traveler's Aid | (510) 444-6834 | ECHO Housing | (510) 581-9380 |
| American Red Cross | (510) 429-3300 | Catholic Charities | (510) 768-3100 |
| Afghan Center | (510)  794-1050 | Tri-City Volunteers | (510) 793-4583 |
| Afghan Coalition | (510) 574-2180 | | |

If you receive  Temporary Assistance for Needy Families (TANF-formerly AFDC), check with your CalWORKS worker for other assistance.

10

000017

## 17.   FREQUENTLY ASKED QUESTIONS

1. Does the Housing Authority provide a list of apartments and homes available for rent? See Page 4

2. When I explained to my landlord that I would be receiving a Section 8 Voucher, she told me she would not continue renting to me. Is that discrimination?  See Page 4

3. I live in an apartment in San Leandro and my landlord has offered to let me stay in my current apartment with my Housing Choice Voucher. He needs some information about the program. Who does he call? See Page 10

4. I have been looking for a new home but my credit is less than perfect and the only place I can find a unit in is Nowhere City. May I use my Voucher in Nowhere?  See Page 3

5. I now live and work in Hayward, but my daughter was just accepted to Fresno State, and we may need to move closer to the school. Will I be able to keep my voucher if I need to move?  See Page 3

6. The home I want to rent is being renovated and won't be ready for approximately one month. The landlord has agreed to rent to me. What do I do if my voucher expires before the home is ready for inspection?  See Page 5

7. I need help with my deposit. Who can help?  See Page 10

8. How long does it take to schedule an inspection of my unit and when can I move in?  See Page 7

9. How much rent will I pay?  See Page 6

10. Will I be able to use my three-bedroom Voucher to rent a four-bedroom house?  See Page 5

000018

# HACA BENEFIT PAYMENT STANDARDS
## HOUSING CHOICE VOUCHER PROGRAM
### [Effective October 1, 2006]

The payment standard is the <u>maximum</u> the Housing Authority *could* pay. It *is not* a rent amount guarantee. The actual amount the Housing Authority will pay is based on comparable rents for similar units in the same or similar neighborhood, and current rental rates.

| 1 Bedroom | 2 Bedroom | 3 Bedrooms | 4 Bedrooms | 5 Bedrooms | 6 Bedrooms |
|-----------|-----------|------------|------------|------------|------------|
| $1,161 | $1,375 | $1,865 | $2,309 | $2,655 | $3,002 |

(The Housing Authority's Jurisdiction includes the following areas:  Albany, Dublin, Emeryville, Fremont, Hayward, Newark, Pleasanton, San Leandro, Union City, Castro Valley, and San Lorenzo.)

➢ The Housing Authority must qualify the unit for rent-reasonableness.  We must be able to locate comparable units to justify the owner's contract rent amount.

➢ If the rent requested is more than the Payment Standard it <u>may not</u> be affordable for the family and the Housing Authority cannot approve the unit

➢ Rent may not be approvable even at the Payment Standard because:
   Market Rents have decreased over the last year
   A deduction must be made if the family will be responsible for any of the utilities (i.e. PG&E)
   The owner is asking more for this unit, than for other similar units.

➢ Family is responsible for the full security deposit charged by the landlord  (the Housing Authority does not pay any portion)

➢ As a general rule, if the rent requested is equal to or less than the Payment Standard and the owner pays for all utilities, the unit is affordable for a family with a matching size Voucher.

➢ Families are encouraged to rent a unit with the same number of bedrooms on the Voucher. If you select a unit with *more bedrooms* than listed on *your voucher*, the rent level *cannot* be higher than the maximum subsidy level for your approved bedroom size.  If you rent a unit that has more bedrooms than the voucher size for which you are approved, the payment standard for the unit is based on the voucher size for which you are qualified.

➢ Your share of the rent plus the utility allowance may not exceed 40% of your monthly adjusted income. Therefore, a unit which is at or below the Payment Standard may not be affordable to you.

*Payment Standards 7/2007*

**DECLARATION OF RHENAE KEYES
IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**EXHIBIT 3**

000020



**OVERLAND PACIFIC & CUTLER, INC.**

7901 Oakport St., Suite 4800
Oakland, CA 94621
510.638.3081 ph
510.638.0750 fax
www.OPCservices.com

October 31, 2007

Rhenae Keyes
6700 Dougherty Rd., #101
Dublin, CA 94568

Dear Ms. Keyes;

Per your request enclosed you will find referrals to available rentals in Alameda County. I hope you find these referrals helpful in your search for replacement housing. If you would like additional referrals or have any questions regarding the relocation program please contact me at 510-638-3081.

Sincerely,

John Morris
Senior Consultant

Encl.

10/30/2007

# Referrals for Alameda County and Surrounding Cities



| Address | BR | BA | Type | Rent | Sec Dep | Deposit | Pets | Contact | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 4748 Central Park Way, Dublin,CA | 3 | 2.5 | House | 2150 | Y | 2150 | N | 925-323-1984/Janelle | Available Now |
| 4152 Munoz Ct, Dublin, CA | 4 | 1.5 | House | 2450 | Y | 2400 | ? | 925-552-6368/Veena* | Pets depends on Landlord |
| 7443 Brigadoon Way, Dublin,CA | 2 | 2 | Condo | 1350 | Y | 1500 | N | 925-243-0366/Winston | Available Now |
| 7321 Starward Dr., Dublin,CA | 2 | 1.5 | Town-Home | 1650 | Y | 1650 | N | 408-398-8007 | New Kitchen,New Bathroom |
| 8783 Pimlico Dr., Pleasanton,CA | 4 | 2.5 | Town-Home | 2265 | Y | 2000 | Y | 209-832-4747/Jim Caron | Available End of Nov |
| 2169 Armstrong Dr., Pleasanton,CA | 4 | 2.5 | House | 2195 | Y | 3500 | N | 408-582-4705/Keith | Available Now |
| 4886 Saignaw Cir, Pleasanton,CA | 3 | 1.5 | House | 1800 | Y | 2000 | ? | 925-961-1988 | Available Now |
| Sonoma Blvd., Pleasanton,CA | 2 | 1 | Duet | 1450 | Y | 1450 | ? | 925-339-8808 | Available 1st week in Nov. |
| 8891 Carmen Ave., Livermore,CA | 2 | | Apt. | | | | | 510-649-8500 | Available Jan. 2008 |
| 1009 Bluebell Dr., Unit B., Livermore,CA | 2 | 2 | Condo | 1400 | Y | 1400 | ? | 925-462-1101 | Available Now |
| 1009 Bluebell Dr., Unit C., Livermore,CA | 2 | 2 | Condo | 1400 | Y | 1400 | ? | 925-462-1101 | Available Now |
| 1899 South Livermore, Livermore,CA | 3 | 2 | House | 2175 | Y | 2175 | Y | 510-290-7538/Lisa | Available Now/Small Pets with Pet deposit |
| 1127 Aberdeen Ave., Livermore,CA | 3 | 2 | House | 1795 | Y | 1795 | ? | 925-858-5574/Don | Available Now |
| 25186 Muir St., #101, Hayward,CA | 1 | 1 | House | 700 | Y | 1000 | N | 510-487-2583 Ext. 10 | Available Now |
| 25186 Muir St., #104, Hayward,CA | 1 | 1 | Apt. | 1450 | Y | 1450 | N | 510-293-3530 | Available Now |
| 25631 Whitman St., Hayward,CA | 2 | 1 | Condo | 1450 | Y | 1450 | N | 510-293-3530 | Available Now,2nd floor/laundry hook-up |
| 24033 Belvedere, #18, Hayward,CA | 2 | 2 | Apt. | 1095 | Y | 1200 | N | 510-487-2583 Ext. 10 | Water & Heat Paid/Available Nov. 07 |
| 152 Sunset Blvd., Hayward,CA | 2 | 1 | House | 1500 | Y | 1500 | Y | 510-381-0701 | Newly Remodeled/Available Now |
| 27250 Tyrell Ave., Hayward,CA | 2 | 1 | Apt. | 995 | Y | 995 | N | 510-293-3530 | Available Now/Refrigerator Included |
| 863 Cherry Way, Hayward,CA | 3 | 2 | Duplex | 1600 | Y | 1600 | Y | 510-569-0722 Ext.845 | Appliances included/ Situated in rear lot |
| 174 Smalley Ave., Hayward,CA | 3 | 1 | Tri-Plex | 1395 | Y | 1395 | N | 510-293-3530 | Laundry Hook-ups, Avail. 11/15/07 |
| 22072 Thelma St., Hayward,CA | 3 | 1 | House | 1195 | Y | 1495 | N | 510-293-3530 | Laundry Hook-ups, Backyard |
| 1631 W. A Street, Hayward,CA | 4 | 3 | House | 1795 | Y | 1795 | Y | 510-293-3530 | 2 car garage/Available 11-15-07 |
| 55 Cottage Park Dr., Hayward, CA | 4 | 2 | House | 2800 | Y | 2800 | ? | 415-999-4448/Tony | Brand New House/Available Now |
| Casa Verde, San Leandro,CA | | | Apt. | | | | | 510-258-0620 | Spring 2008 |
| 215 Placer Dr., San Leandro,CA | 1 | 1 | Apt. | 795 | Y | 1000 | N | 510-487-2583 Ext. 10 | Available Now |
| 16097 Mateo St., San Leandro,CA | 3 | 1 | House | 1495 | Y | 1495 | N | 510-293-3530* | Laundry Hook-ups, Backyard |
| 38315 Ria Dr., San Leandro,CA | 3 | 1 | House | 1795 | Y | 2000 | N | 510-783-9887/Christopher | Available Now / 1 Car Garage |
| 1230 East 28th St., San Leandro,CA | 2 | 1 | Tri-Plex | 1675 | Y | 3350 | N | 510-219-2634/Allison | Washer/Dryer Hook-ups/Office upstairs |
| 1333 Lillian Ave., San Leandro,CA | 4 | 2 | House | 2300 | Y | 2000 | N | 510-690-5200/Sunly | Available 12-01-07/ Washer/Dryer Hook-ups |
| 2084 167th Ave., San Leandro, CA | 1 | 1 | Tri-Plex | 995 | Y | 995 | ? | 510-569-0722 Ext. 824 | Upgraded Kitchen/ Owner pays Water/PG&E |
| 281 Haas Ave., San Leandro, CA | 1 | 1 | Apt. | 995 | Y | 995 | ? | 510-569-0722 Ext. 803 | Appliances Provided/Available Now |
| 90 Paseo Grande, San Leandro,CA | 3 | 1 | House | 1600 | Y | 1600 | N | 510-569-0722 Ext. 870 | 2 car garage/Available 11-15-07 |
| Via Magdalena, San Lorenzo, CA | 3 | 2 | House | 1850 | Y | 2500 | N | 510-673-9560/Winston | 1 car garage/All major appliances included |
| 17251 Via Toledo, San Lorenzo, CA | 3 | 1 | House | 2100 | Y | 2000 | N | 510-693-4005/Keith | washer/dryer/refrigerator/1 car garage |

Prepared by Overland, Pacific & Cutler, Inc.

000022

10/30/2007

## Referrals for Alameda County and Surrounding Cities

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1333 Jacqueline Pl., San Lorenzo, CA | 4 | 2.5 | Town-Home | 2350 | Y | 1700 | Y | email: landlady0700-nice@yahoo.com |
| 37847 Niles Blvd., #18, Fremont, CA | 1 | 1 | Apt. | 850 | Y | 1000 | N | 510-733-0700/Joyce |
| 34336 Torrington Ct., Freemont, CA | 3 | 2 | House | 1895 | Y | 1895 | ? | 510-487-2583 Ext. 10 2nd Floor/Available Now |
| 4625 Queen Ann Ct., Union City, CA | 4 | 2 | House | 2100 | Y | 2100 | N | 510-477-2772 2 car garage/Available 11-15-07 |
| | | | | | | | | 650-692-4528 Garage/Updated Kitchen/Close to Schools |

000023

2

Prepared by: Overland, Pacific & Cutler, Inc.