BAY AREA LEGAL AID
PHILLIP R. MORGAN (State Bar No. 99979)
NAOMI YOUNG (State Bar No. 105041)
LISA S. GREIF (State Bar No. 214537)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.

**E-FILED**

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL,<br><br>Petitioners,<br>vs.<br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br><br>Respondents.<br><br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>Real Parties in Interest. | CASE NO.: C- 07-05794 MHP<br><br>SUPPLEMENTAL DECLARATION OF RHENAE KEYES IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>Hearing Date: March 3, 2008<br>Time: 2:00 p.m.<br>Courtroom: 15, 18th Floor |

Supplemental Declaration of Rhenae Keyes - 1
CASE #: C-07-05794 MHP

I, Rhenae Keyes, hereby declare:

1. If called as witness in this matter, I could and would testify competently to the facts set forth herein.

2. I am the duly elected Chair and spokesperson of the Arroyo Vista Tenants Association (AVTA). In that capacity, I am familiar with the history, mission and activities of the organization, and submit this declaration on behalf of Arroyo Vista Tenants Association in support of Plaintiffs' Motion for a Preliminary Injunction.

3. AVTA is an unincorporated association of 31 tenants and former tenants of the Arroyo Vista public housing development located in Dublin, California. It was formed on October 6, 2007. Its members are lower income individuals eligible to reside in federally-subsidized public housing. The organization has no income, assets, or resources.

4. The purpose of the organization is to ensure that the rights of Arroyo Vista tenants under local, state, and federal law are protected in connection with the activities of the City of Dublin (City), Dublin Housing Authority (DHA), the Housing Authority of the County of Alameda (HACA) and private developers to dispose of, demolish, and replace our homes. Its goal is to preserve Arroyo Vista as a public housing development, neighborhood, and active participant of the Dublin community.

5. AVTA's mission is to make sure that the people who do and have lived at Arroyo Vista have a voice in any decisions that their local, state, and federal governments make concerning the disposition, demolition, and replacement of their homes, and the displacement and relocation of Arroyo Vista residents, and that its members and other Arroyo Vista residents are not harmed by such decisions. Its mission also is to ensure that all housing needs of current and displaced residents of Arroyo Vista are protected in the event of displacement; that residents of Arroyo Vista are not subjected to hazardous conditions and an increased risk of criminal activity as a result of the boarding up of vacant homes at Arroyo Vista; all residents and displaced residents are treated fairly, equitably, and lawfully; and that all local, state, and federal legal rights of residents and former residents to relocation assistance, fair housing, civil rights, the right to be free from discrimination, and other applicable laws are observed and enforced.

Supplemental Declaration of Rhenae Keyes - 2
CASE #: C-07-05794 MHP

6. The activities of AVTA include communication, coordination, and dissemination of information to its members regarding disposition, demolition and displacement activities of the City, DHA, HACA, their representatives, and the U.S. Department of Housing and Urban Development (HUD); providing opportunities for its members to be educated as to their rights in connection with those activities; and ensuring that its members have an opportunity to have a strong voice in such decisions and the ability to protect those rights.

7. The actions of the City, DHA, and HACA in entering into and implementing a disposition and development agreement that has not been approved by HUD has harmed AVTA and frustrated its mission by depriving AVTA and its members of the benefit of HUD's analysis of DHA's application for disposition.

8. The actions of the City, DHA, and HACA in failing to prepare and make available a relocation assistance plan to residents of Arroyo Vista has deprived AVTA and its members of the opportunity to review and comment on the plan, frustrating AVTA's mission to ensure that its members have a voice in the relocation assistance planning process and outcome. By failing to present a plan to the City and County of Alameda for analysis and review, defendants also have deprived AVTA and its members of the benefit of the City and County's analysis of a relocation assistance plan.

9. The actions of the City, DHA, and HACA to displace residents of Arroyo Vista without HUD approval of the proposed disposition, an approved relocation assistance plan, and required relocation assistance services and benefits impedes AVTA's ability to protect its members from harm. Displacement of its members to other communities disperses its membership and interferes with its ability to communicate with its members in order to carry out the mission of AVTA.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Dublin, California on ___1/24/08_____.

/s/
_____
Rhenae Keyes

Supplemental Declaration of Rhenae Keyes - 3
CASE #: C-07-05794 MHP

1
2       I hereby attest that I have on file all holograph signatures for any signatures indicated by
3   a "conformed" signature (/s/) within this efiled document.
4
5   Dated: January 25, 2008            /s/ Lisa S. Greif
                                       Lisa S. Greif
6                                      Attorney for Plaintiffs
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28