BAY AREA LEGAL AID
PHILLIP R. MORGAN (State Bar No. 99979)
NAOMI YOUNG (State Bar No. 105041)
LISA S. GREIF (State Bar No. 214537)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.

**E-FILED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL,<br><br>　　　　Petitioners,<br>　vs.<br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br><br>　　　　Respondents.<br><br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>　　　　Real Parties in Interest. | CASE NO. C 07-05794MHP<br><br>OTHER AUTHORITIES IN SUPPORT OF PLAINTIFFSø MOTION FOR PRELIMINARY INJUNCTION<br><br>Hearing Date: March 3, 2008<br>Time: 2:00 p.m.<br>Dept: Courtroom 15, 18th Floor |

For the convenience of the Court, plaintiffs submit the following state authorities:

| Attachment # | Document Description |
|---|---|
| 1 | *Garcia v. Anthony*, 211 Cal.App.3d 467 (1989) |
| 2 | *Peter Kiewit Sons' Co. v. Richmond Redevelopment Agency*, 178 Cal.App.3d 435 (1986) |
| 3 | Cal. Govt. C. 7260 et seq. |
| 4 | 25 Cal. Code Regs. 6000 et seq. |

Respectfully Submitted:

BAY AREA LEGAL AID
Phillip R. Morgan
Naomi Young
Lisa S. Greif

THE CALIFORNIA AFFORDABLE
HOUSING LAW PROJECT OF THE PUBLIC
INTEREST LAW PROJECT
Deborah Collins
Michael Rawson
Craig Castellanet

Dated: January 28, 2008

/s/ Lisa S. Greif_____
Lisa S. Greif
BAY AREA LEGAL AID