BAY AREA LEGAL AID
PHILLIP R. MORGAN (State Bar No. 99979)
NAOMI YOUNG (State Bar No. 105041)
LISA S. GREIF (State Bar No. 214537)
405 14th Street, 11th Floor
Oakland, California  94612
Telephone: 510-663-4744
Facsimile: 510-663-4740

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California  94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.

**E-FILED**

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL,<br><br>          Petitioners,<br>     vs.<br><br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br><br>          Respondents.<br><br><br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>          Real Parties in Interest. | CASE NO. C 07-05794 MHP<br><br><br>[PROPOSED] ORDER ON MOTION FOR PRELIMINARY INJUNCTION |

1    Plaintiffs' Motion for Preliminary Injunction came on for hearing before this Court,

2    Deborah Collins, California Affordable Housing Law Project of The Public Interest Law Project,

3    appearing for plaintiffs and _____ appearing for defendants.  After

4    consideration of the briefs and arguments of counsel, and all other matters presented to the

5    Court,

6    The Court finds the likelihood of irreparable harm to plaintiffs if the status quo is not

7    restored and preserved during the pendency of the litigation and plaintiffs' probable success on

8    the merits or that serious questions are raised by this action and that on balance the hardships tip

9    sharply in plaintiffs' favor. *Stuhlbarg Int'l Sales Co., Inc. v. John D. Brush & Co., Inc.* 240 F3d

10    832 (9th Cir. 2001).

11    **IT IS HEREBY ORDERED** that plaintiffs' motion for Preliminary Injunction is

12    GRANTED as follows:

13    Respondents City of Dublin (City), Dublin Housing Authority ("DHA"), and Housing

14    Authority of Alameda County ("HACA") (collectively "Defendants"), their agents, officers, servants

15    and attorneys ARE HEREBY ORDERED TO: (1) refrain from implementing that Disposition and

16    Development Agreement for the Arroyo Vista Redevelopment Project with DHA, HACA, Eden

17    Housing, Inc. ("Eden"), and Citation Homes Central ("Citation"), approved by Dublin City Council

18    Resolution 136-07 on July 17, 2007 ("DDA"); (2) refrain from displacing, relocating, or removing

19    any lawful occupant of Arroyo Vista, including but not limited to (a) encouraging, pressuring,

20    threatening or coercing any occupant to move or threatening to vacate any lawfully occupied unit for

21    any reason related to or in connection with the DDA, and (b) boarding up any vacant unit(s); (3)

22    restore the status quo <u>ante</u> at Arroyo Vista within 90 days of the date of this order by giving all

23    former Arroyo Vista residents that moved from the property between July 26, 2006 ("displaced

24    person") and the date of this Court's order: (a) at defendants' expense the right to return to their

25    formerly assigned unit pursuant to the terms of their former lease if it is vacant, and if not vacant, the

26    next available vacant unit pursuant to the terms of the displaced person's former lease; or (b) at the

27    displaced person's option, all relocation benefits mandated by 42 U.S.C. §1437p, 24 C.F.R. §970.1 *et*

28    *seq.*, Cal. Govt. C. §7260 *et seq.*; and 25 C.C.R. §6000 *et seq.*; and (4) re-open, re-rent, and make

available for rent all Arroyo Vista units that are vacant as of the date of this order, in the following order: (a) to the displaced person that last resided in the unit or, if they decline to rent the unit; (b) to the next household on DHA's public housing waiting list.

**IT IS FURTHER ORDERED** that based on the finding that the Court has the discretion to excuse the bond requirement in exceptional circumstances and that plaintiffs are indigent and do not have the means to post bond, and Arroyo Vista Tenants Association does not have the resources to post a bond, the bond requirement is waived in this case. *California ex rel. Van de Kamp v. Tahoe Regional Planning Agency*, 766 F.2d 1319, modified 775 F.2d 998 (9th Cir. 1985.

Dated:

By:_____
                    MARILYN HALL PATEL
                    United States District Judge