## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Arroyo Vista Tenants Association, Keyes,
Arroyo, Brown, Veal

CASE NO. 3:07-cv-05794 MHP

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE
CONFERENCE

City of Dublin, Dublin Housing Authority,
Housing Authority of Alameda County

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓     have not yet reached an agreement to an ADR process
        request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 2/25/08

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|--------------------|-----------|----------------|
| Lisa S. Greif | Arroyo Vista Tenants Association, et al. | 510-250-5211 | lgreif@baylegal.org |
| Craig Castellanet | Arroyo Vista Tenants Association, et al. | 510-891-9794 | ccastellanet@pilpca.org |
| Joseph M. Quinn | City of Dublin | 415-421-3711 | jquinn@meyersnave.com |
| Juliet E. Cox | Dublin Housing Authority | 510-836-6336 | jcox@goldfarblipman.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a
telephone conference with a member of the ADR Legal Staff before the Case Management
Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your
phone conference.*

Dated: 1/30/08 _____

Lisa S. Greif _____
Attorney for Plaintiff

Dated: 1/30/08 _____

Juliet E. Cox _____
Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled
"Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."