1  LEE C. ROSENTHAL, State Bar #58778
   lrosenthal@goldfarblipman.com
2  ROBERT C. MILLS, State Bar #158097
   rmills@goldfarblipman.com
3  JULIET E. COX, State Bar #214401
   jcox@goldfarblipman.com
4  GOLDFARB & LIPMAN LLP
   1300 Clay Street, Ninth Floor
5  Oakland, California 94612
   Telephone:  (510) 836-6336
6  Facsimile:  (510) 836-1035

7  Attorneys for Respondents and Real Parties in
   Interest DUBLIN HOUSING AUTHORITY;
8  HOUSING AUTHORITY OF THE COUNTY OF
   ALAMEDA; SCS DEVELOPMENT COMPANY;
9  and EDEN HOUSING, INC.

10 JOSEPH M. QUINN, State Bar #171898
   jquinn@meyersnave.com
11 ARIANA MOHIT, State Bar #211407
   amohit@meyersnave.com
12 MEYERS, NAVE, RIBACK, SILVER & WILSON
   575 Market Street, Suite 2600
13 San Francisco, California 94105
   Telephone: (415) 421-3711
14 Facsimile:  (415) 421-3767

15 Attorneys for Respondent CITY OF DUBLIN

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18 ARROYO VISTA TENANTS ASS'N *et al.*, | Case No.: Case No.: 3:07-cv-05794-MHP |
| 19      Petitioners, | **[PROPOSED] ORDER GRANTING SUMMARY JUDGMENT** |
| 20      v. | Date:    March 31, 2008 |
| 21 CITY OF DUBLIN *et al.*, | Time:    2:00 p.m. |
| 22      Respondents, | Location: Courtroom 15, United States District Court, Northern District of California, Courtroom 15, United States |
| 23 SCS DEVELOPMENT COMPANY *et al.* | District Court, Northern District of California, 450 Golden Gate Avenue, San |
| 24      Real Parties in Interest. | Francisco, California 94102 |

ORDER GRANTING SUMMARY JUDGMENT (CASE NO. 3:07-cv-05794 MHP)

1460\03\528635.1

The Motion by Respondents Dublin Housing Authority, Housing Authority of the County of Alameda, and City of Dublin for summary judgment or, in the alternative, summary adjudication of issues came on regularly for hearing before this Court. _____ appeared for Petitioners and Juliet E. Cox, Goldfarb & Lipman LLP, appeared for Respondents.

After considering the evidence and the arguments of counsel, the Court finds that there is no genuine issue as to any fact material to disposition of this action and that Respondents are entitled to judgment as a matter of law. As a matter of law, approval by Respondents of the Disposition and Development Agreement for the Arroyo Vista public housing complex, conditioned on approval by the United States Department of Housing and Urban Development of Arroyo Vista's disposition, violated neither the United States Housing Act nor the California Relocation Law. Any other complaint about the merits or validity of the DDA is unripe for this Court's review. Further, Respondents have violated neither state nor federal law by providing relocation assistance to tenants and former tenants at Arroyo Vista at the time and in the manner that they have provided such assistance.

The Court hereby ORDERS that judgment in this action shall be entered for Respondents and against Petitioners, and that Petitioners shall take nothing in this action.

DATED: _____

_____
MARILYN HALL PATEL
JUDGE OF THE UNITED STATES
DISTRICT COURT

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX