1  LEE C. ROSENTHAL, State Bar #58778
   lrosenthal@goldfarblipman.com
2  ROBERT C. MILLS, State Bar #158097
   rmills@goldfarblipman.com
3  JULIET E. COX, State Bar #214401
   jcox@goldfarblipman.com
4  GOLDFARB & LIPMAN LLP
   1300 Clay Street, Ninth Floor
5  Oakland, California 94612
   Telephone: (510) 836-6336
6  Facsimile: (510) 836-1035

7  Attorneys for Respondents and Real Parties in
   Interest DUBLIN HOUSING AUTHORITY;
8  HOUSING AUTHORITY OF THE COUNTY OF
   ALAMEDA; SCS DEVELOPMENT COMPANY;
9  and EDEN HOUSING, INC.

10 JOSEPH M. QUINN, State Bar #171898
   jquinn@meyersnave.com
11 ARIANA MOHIT, State Bar #211407
   amohit@meyersnave.com
12 MEYERS, NAVE, RIBACK, SILVER & WILSON
   575 Market Street, Suite 2600
13 San Francisco, California 94105
   Telephone: (415) 421-3711
14 Facsimile: (415) 421-3767

15 Attorneys for Respondent CITY OF DUBLIN

16            UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18  ARROYO VISTA TENANTS ASS'N *et al.*, | Case No.: Case No.: 3:07-cv-05794-MHP |
| 19          Petitioners, | **EVIDENTIARY EXHIBITS IN OPPOSITION TO MOTION BY PETITIONERS FOR PRELIMINARY INJUNCTION AND IN SUPPORT OF MOTION BY RESPONDENTS FOR SUMMARY JUDGMENT** |
| 20  v. | |
| 21  CITY OF DUBLIN *et al.*, | |
| 22          Respondents, | |
| 23  SCS DEVELOPMENT COMPANY *et al.* | Dates:     March 3/March 31, 2008 |
| 24          Real Parties in Interest. | Time:      2:00 p.m. |
| 25 | Location:  Courtroom 15, United States District Court, Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102 |

26
27
28

RESPONDENTS' EXHIBITS (3:07-cv-05794 MHP)

1460\03\528384.1

Respondents submit the attached documentary evidence, described in the accompanying Declarations of Christine Gouig, Mary Rizzo-Shuman, and David Richman, in opposition to Petitioners' motion for Preliminary Injunction and in support of Respondents' Motion for Summary Judgment.

| Item | Exhibit | Page |
|---|---|---|
| DHA Resolution 11-06 | A | 2 |
| DHA Resolution 12-06 | B | 5 |
| DHA Resolution 05-07 | C | 7 |
| Exclusive Negotiating Rights Agreement | D | 9 |
| DHA Resolution 10-07 | E | 31 |
| Disposition and Development Agreement | F | 34 |
| DHA Resolution 02-07 | G | 123 |
| OPC Consulting Agreement | H | 125 |
| General Information Notice | I | 204 |
| Section 8 Briefing Packet | J | 207 |
| Assignment of Benefits | K | 237 |
| Survey Letter | L | 240 |

DATED: February 11, 2008           GOLDFARB & LIPMAN LLP

By:  /s/ Juliet E. Cox
     JULIET E. COX
     Attorneys for Respondents and Real Parties in Interest DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA; SCS DEVELOPMENT COMPANY; and EDEN HOUSING, INC.

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX