1
2
3
4
5
6
7            **Exhibit G: DHA Resolution 02-07**
8
9
10
11
12
13
14
15
16
17
18
19
Goldfarb &       20
Lipman LLP       21
1300 Clay Street 22
Ninth Floor      23
Oakland          24
California       25
94612            26
510 836-6336     27
510 836-1035 FAX 28

1460\03\528384.1

# DUBLIN HOUSING AUTHORITY

## RESOLUTION NO. 02-07

### AWARD CONTRACT FOR RELOCATION CONSULTANT SERVICES TO OVERLAND, PACIFIC & CUTLER, INC

**WHEREAS,** at the January 2007 Housing Commission meeting, the Commission authorized staff to issue a Request for Proposals (RFP) and solicit proposals from qualified relocation consulting firms to assist in the relocation of Arroyo Vista tenants; and

**WHEREAS,** staff received four proposals in response to the RFP and an evaluation panel reviewed and scored the proposals in accordance with the criteria included in the RFP; and

**WHEREAS,** the firm of Overland, Pacific & Cutler, Inc., of Oakland, CA scored the highest; and

**WHEREAS,** staff checked the firm's references, which were in excellent standing;

**NOW, THEREFORE, BE IT RESOLVED,** the Housing Commission hereby awards the contract for Relocation Consulting Services to Overland, Pacific & Cutler, Inc. and authorizes the executive director to execute it on behalf of the Housing Authority.

**PASSED, APPROVED AND ADOPTED** by the Commissioners of the Dublin Housing Authority on March 6, 2007, by the following vote:

AYES:        Cmrs. Behrens, Hildenbrand, Lockhart, Oravetz, Sbranti and Scholz

NAYS:        None

ABSTAIN:    None

ABSENT:     Frydendal

_Janet Lockhart_
Chairperson Lockhart

_Christine Gouig_
Executive Director
Approved:  March 6, 2007

124

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit H: OPC Consulting Agreement**

Goldfarb &

Lipman LLP

1300 Clay Street

Ninth Floor

Oakland

California

94612

510 836-6336

510 836-1035 FAX

RESPONDENTS' EXHIBITS (3:07-cv-05794 MHP)

1460\03\528384.1



**DUBLIN HOUSING AUTHORITY**

**Respond To:**

**Arroyo Vista Office** ☐
6700 Dougherty Rd. #151
Dublin, CA 94568
(925) 828-3132

**Administrative Office** ☑
22941 Atherton St.
Hayward, CA 94541
(510) 538-8876

# SERVICE CONTRACT

This Agreement is entered into on ___March 7, 2007___ By and between the *Dublin Housing Authority* and **Overland Pacific & Cutler, Inc.** The *Contractor* will furnish professional services for the *Dublin Housing Authority* under the following terms and conditions:

1. It is understood and agreed that *Contractor* possesses distinct professional skills in performing the services described below.

2. The *Dublin Housing Authority* contracts for said services.

3. The *Dublin Housing Authority* requires these services for the period:
   **March 7, 2007 to March 6, 2009**

4. The *Contractor* understands and believes that these services are being performed as an Independent *Contractor*. Nothing in this Contract shall in anyway be construed to constitute the Independent *Contractor* or any of its agents or employees as an agent, employee, or representative of the *Dublin Housing Authority*.

5. Either party may cancel the Contract at any time. The *Contractor* will be paid only for that part of the Contract, which he/she fulfills.

6. The *Contractor* shall provide current endorsement certificates and verifications of insurance as *attached* in RFP, exhibit 15 naming the *Dublin Housing Authority* as additional insured.

The *Contractor* agrees to perform and furnish services as follows: **Provide relocation consulting services as indicated in the Housing Authority "Request for Proposal" dated, January 30, 2007 and the Proposal to Provide Relocation Consulting Services for the Arroyo Vista Development dated February 14, 2007. Both as *attached* and incorporated to this contract by reference.**

In consideration of the performance of the contract, the *Dublin Housing Authority* agrees to pay the *Contractor* as indicated on the fee schedule, enclosed in the contractor's response dated February 14, 2007 and incorporated herein by reference.

**Not to exceed without prior approval:**

**Six Hundred Five Thousand Dollars and no/100($605,000.00)**

**IN WITNESS WHEREOF**, the parties have executed this Agreement that day and year first written above.

*Contractor*:
**OVERLAND PACIFIC & CUTLER, INC.**

Barry R. McDaniel, President
**Name**

**Signature**                    March 09, 2007
                                 **Date**

**Social Security Number/Tax I.D.#**
95-3559948

**Dublin Housing Authority**

**Signature**                    3-7-07
                                 **Date**
**Christine Gouig, Executive Director**

**Signature**                    3/7/07
                                 **Date**
**Thomas Makin, Deputy Director for Operations** 26

# DUBLIN HOUSING AUTHORITY

## REQUEST FOR PROPOSAL
## FOR

### RELOCATION CONSULTING SERVICES
### FOR

### THE ARROYO VISTA DEVELOPMENT, DUBLIN, CA

## TABLE OF CONTENTS

| Subject | Page |
|---|---|
| Invitation | 2 |
| Background | 2 |
| Services | 3 |
| Proposal Format | 3 |
| Award of Contract | 4 |
| Proposal Evaluation | 4 |
| Selection Process & Schedule | 5 |
| Written Questions | 6 |
| Proposal Submission | 6 |

Proposal Package -- Table of Contents
   Note:  All proposals are subject to the following documents attached herewith and shall be made part of any contract.

A.    Request for Proposals
B.    Terms and Conditions for Consultants
C.    Insurance Requirements
D.    Non-Collusive Affidavit
E.    Representations, Certifications, and Other Statements of Bidders

**REQUEST FOR PROPOSALS**
**FOR**
**RELOCATION CONSULTING SERVICES**
**FOR**
**THE ARROYO VISTA DEVELOPMENT, DUBLIN, CA**

**January 30, 2007**

**INVITATION:**

The Dublin Housing Authority ("DHA") invites proposals for relocation consulting services (the "Services") to be performed under a contract with DHA (the "Contract") by a firm or firms (the "Consultant") with experience in providing relocation services for small businesses and residents in a suburban setting.

**BACKGROUND:**

The property is currently developed with 150 public housing units, a management office and a children's day care center on approximately 22.9 acres at Dougherty Road in Dublin, CA. DHA has determined that in order to ensure that the housing meets current standards substantial rehabilitation is necessary, and that it is economically infeasible to undertake such rehabilitation, given the limited revenue generated by tenant rents and subsidies provided to the Authority by the United States Department of Housing and Urban Development ("HUD").

The Authority's Commission has directed staff to pursue negotiations with a developer regarding proposed redevelopment of the Property. The Commission has authorized the preparation of an agreement granting the developer exclusive rights to negotiate for the purpose of reaching agreement on a disposition and development agreement whose terms and conditions would govern the conveyance of the property and the development of the project.

As a part of the work required for the redevelopment DHA will need relocation services for one business and the residents displaced by redevelopment activities. The business is a child care center housed in space owned by DHA and operated by a non-profit organization. The center pays no rent. It occupies 1230 square feet and serves 28 children. There are currently 150 tenant occupied residences, housing 1066 persons, although this number may change if residents move before relocation begins. The bedroom breakdown is:

| | |
|---|---|
| One-bedroom | 16 units |
| Two-bedroom | 78 units |
| Three-bedroom | 32 units |
| Four-bedroom | 24 units |

Section 8 Housing Choice Vouchers from the Alameda County Housing Authority will be used for the rental assistance portion of the relocation benefits.

City of Dublin staff is just beginning preparation of the environmental documents so HUD approval isn't likely until the end of 2007. Actual relocation couldn't begin until after that,

however, Consultant Services are required now to answer resident questions and issue required notices.

**SERVICES:**

Under DHA's direction, the Consultant will be responsible for assisting DHA to comply with all applicable federal laws and regulations, as well as all applicable California state laws and regulations.

The work of the Consultant will include the following Services:

1. Conduct a site survey to estimate relocation requirements
2. Prepare a budget and schedule to achieve the relocation required
3. Prepare a relocation plan
4. Provide all necessary notices
5. Conduct an appraisal for the business relocation, if necessary
6. Provide information and counseling to all relocatees, attending tenant meetings if appropriate
7. Assist in the location of sites for the business relocation
8. Conduct negotiations with the business owner
9. Locate comparable, replacement and referral units for tenants
10. Calculate accurate relocation benefits
11. Maintain all required records and documentation for program and financial audit purposes
12. Provide advice to DHA staff regarding relocation laws and regulations
13. Attend DHA Commission meetings as required

The Consultant will be a direct advisor to DHA and its staff during the redevelopment process, as well as during the course of relocation activities requested of the Consultant. Additionally, with DHA's approval, the Consultant will be expected to work in partnership with the redevelopment team consisting of the developer, DHA's financial and legal consultants, HUD and City of Dublin representatives.

**PROPOSAL FORMAT:**

Proposals must include the following:

A. A **Letter of Interest,** discussing the firm's or team's approach to the scope of services.

B. **Technical Proposal**

1. <u>Project Approach:</u>  Provide a narrative that describes the firm's experience and proposed method for conducting the Services.

2. <u>Proposed Fee:</u>  Include a fee schedule with the hourly rates of proposed staff.

C. **Organization, Support and Experience**

- Organization chart, assignment and hourly billing rates of key staff with their responsibilities, including sub-consultants.
- Listing of key personnel with resumes.
- Chart showing each task and proposed estimated staff commitment in hours.
- A list of similar projects for which the firm or team provided relocation services. Include the name and telephone number of a person to contact to verify this information.
- References.
- Availability.

## AWARD OF CONTRACT:

The Award of Contract will be composed of the proposal evaluation, oral interview (if required) of respondents determined to be competitive, negotiation and recommendation to the DHA Commission for approval.

The timeframe for the delivery of relocation services will primarily be based on the overall redevelopment project schedule and the developer's performance, with other services provided from time to time on an as-needed basis.

DHA encourages Minority and Women Business Enterprises (MBE/WBE) to apply.

The firm awarded the contract will be required to submit insurance endorsements as indicated in Attachment A to the RFP (labeled Exhibit 15)

## PROPOSAL EVALUATION:

The written proposal and oral interviews will be evaluated using the following:

| | Criteria | Points |
|---|---|---|
| 1. | Client references (at least 3 recent). | Mandatory |
| 2. | Certified statement that neither the respondent nor any member of the respondent's proposed staff on this project is debarred, suspended, or otherwise prohibited from professional practice by any federal, state or local agency. | Mandatory |
| 3. | Evidence of the respondent's knowledge of current relocation practices, laws and regulations. | 25 |
| 4. | Evidence of the respondent's knowledge of the local real estate market in Alameda County, California, with emphasis on the general Dublin area. | 20 |
| 5. | Evidence of the respondent's experience with similar relocation efforts. | 15 |
| 6. | Viability and relevance of respondent's project approach and narrative summary of anticipated relocation issues. | 20 |
| 7. | A fee schedule and hourly billing rates for proposed staff. | 20 |
| | **Total** | **100** |

130

## SELECTION PROCESS AND SCHEDULE:

The purpose of this RFP is to solicit proposals so that DHA may, from among a range of proposals, select an offer that best meets its needs and requirements. It is further desired that the RFP process will ensure cost competitiveness among respondents. DHA urges all interested parties to carefully review the requirements of this RFP. Written proposals containing the requested information will serve as the primary basis for final selection. DHA may, at its sole discretion, interview any number or none of the respondents prior to final selection. DHA reserves the right to extend the response deadline and to reject all responses.

All proposals will be reviewed by DHA based on the evaluation criteria contained in this RFP. DHA will select the top firm based upon its proposal and ranking, the results of reference checks, the fee proposal (not necessarily the lowest pricing) and the effectiveness of the presentation, for those in the competitive range, during the interview process.

DHA reserves the right to conduct negotiations with one or more respondents if, in the sole opinion of DHA, that method will provide the greatest benefit to DHA.

DHA anticipates the selection of a Consultant will occur on the following schedule:

| | |
|---|---|
| Monday, January 29, 2007 | RFP issued and available |
| Thursday, February 8, 2007 | Final day to submit written questions (e-mail or fax acceptable) by 2:00 P.M. PST |
| Wednesday, February 14, 2007 | DHA issues responses to questions |
| Tuesday, February 20, 2007 | Proposals due by 3:00 p.m. PST |
| Wednesday February 21, 2007 | DHA completes proposal reviews and initial ranking |
| Monday February 26, 2007 | Oral interviews |
| Tuesday, March 6, 2007 | Top ranked firm selected and notified |

## WRITTEN QUESTIONS:

Only written questions (including e-mails and faxes) received by DHA by **2:00 p.m. PST on Thursday, February 8, 2007** will be answered. Any question or answer that materially impacts the information contained in the RFP will be clarified by a written addendum or amendment, which will be sent to all that initially received the RFP. If an addendum or amendment materially impacts the information in the RFP and there is not enough time for an adequate response, the submission date for proposals will be extended.

Questions should be addressed as follows:

**Relocation Consulting Services RFP Questions**
**Dublin Housing Authority**

131

Attention: Thomas Makin
22941 Atherton St.
Hayward, CA 94541
FAX: (510) 886-1964
EMAIL: tomm@haca.net

## PROPOSAL SUBMISSION:

All responses to this RFP must be submitted in a sealed envelope (3 copies) **not later than 3:00 p.m. PST on Tuesday February 20, 2007** to:

Dublin Housing Authority
Attention: Thomas Makin
22941 Atherton St.
Hayward, CA 94541

*NOTE: Proposals will not be accepted after the deadline, nor will they be accepted at any other address.*

**Important:** One (1) original, marked "ORIGINAL," and two (2) copies, marked "COPY," must be submitted by the deadline. The following identification should be clearly marked on the outside of the sealed envelope:

Proposal for
(Name and Address of Company Submitting Proposal)
For
Relocation Consulting Services
Arroyo Vista, Dublin, CA

132

Exhibit 15

# Insurance Requirements for Consultants
## ATTACHMENT 1

Consultant shall procure and maintain for the duration of the contract insurance against claims for injuries to persons or damages to property which may arise from or in connection with the Consultant, its agents, representatives, employees, or sub-contractors.

**MINIMUM SCOPE OF INSURANCE** Coverage shall be at least as broad as:
1.  Insurance Services Office Commercial General Liability coverage *(occurrence form CG 0 01 10 01)*.
2.  Insurance Services Office Additional Insured form *(CG 20 37 or CG 20 26)*.
3.  Insurance Services Office form number CA 00 01 06 92 covering Automobile Liability, Code 1 *(any auto)* *[require if scope of work includes driving on Authority property]*.
4.  Workers' Compensation insurance as required by state law and Employer's Liability Insurance.
5.  Professional Errors and Omissions Liability insurance appropriate to the Consultant's profession.

**MINIMUM LIMITS OF INSURANCE** Consultant shall maintain limits no less than:
1.  General Liability: $1,000,000 per occurrence for Bodily Injury, Personal Injury, and Property Damage. *(including coverages for discrimination, ADA violations, and sexual molestation)*. If Commercial General Liability Insurance or other form with a general aggregate limit is used, either the general aggregate limit shall apply separately to this contract or the general aggregate limit shall be twice the required occurrence limit.
2.  Automobile Liability: $1,000,000 per accident for Bodily Injury and Property Damage.
3.  Workers' Compensation *(statutory)* and Employer's Liability: $1,000,000 per accident for Bodily Injury or Disease.
4.  Professional Errors and Omissions Liability insurance: $1,000,000 per occurrence.

**NOTE:** These limits can be attained by individual policies or by combining primary and umbrella policies.

**DEDUCTIBLES AND SELF-INSURED RETENTIONS**
Any deductibles or self-insured retentions must be declared to and approved by the Authority. At the option of the Authority, either: the insurer shall reduce or eliminate such deductibles or self-insured retentions as respects the Authority, its officers, officials, employees, and volunteers; or the Consultant shall provide a financial guarantee satisfactory to the Authority guaranteeing payment of losses and related investigations, claim administration, and defense expenses.

**OTHER INSURANCE PROVISIONS**
The General Liability and Automobile Liability policies are to contain, or be endorsed to contain, the following provisions:
1.  The Authority, its officers, officials, employees, and volunteers are to be covered as additional insured with respect to liability arising out of work or operations performed by or on behalf of the Consultant; or automobiles owned, leased, hired, or borrowed by the Consultant.
2.  The Consultant's insurance coverage shall be primary insurance as respects the Authority, its officers, officials, employees, and volunteers. Any insurance or self-insurance maintained by the Authority, its officers, officials, employees, or volunteers shall be excess of the Consultant's insurance.
3.  Each insurance policy required by these specifications shall be endorsed to state that coverage shall not be cancelled or materially changed, except after thirty (30) days prior written notice by certified mail, return receipt requested, has been given to the Authority
4.  Maintenance of the proper insurance for the duration of the contract is a material element of the contract. Material changes in the required coverage or cancellation of the coverage shall constitute a material breach of the contract by the Consultant.

133

## ACCEPTABILITY OF INSURERS

Insurance is to be placed with insurers with a current A. M. Best's rating of no less than B +:VI. Consultants must provide written verification of their insurer's rating.

## VERIFICATION OF COVERAGE

Consultant shall furnish the Authority with original certificates and amendatory endorsements effecting coverage required by these specifications. The endorsements should conform fully to the requirements. All certificates and endorsements are to be received and approved by the Authority in sufficient time before the agreement commences to permit Consultant to remedy any deficiencies. The Authority reserves the right to require complete, certified copies of all required insurance policies, including endorsements effecting the coverage required by these specifications at any time.

## SUB-CONTRACTORS

Use of sub-contractors must be pre-approved by the Authority. Consultant shall include all sub-contractors as insureds under its policies or shall furnish separate insurance certificates and endorsements for each sub-contractor in a manner and in such time as to permit the Authority to approve them before sub-contractors' work begins. All coverages for sub-contractors shall be subject to all of the requirements stated above.

Not withstanding this provision, Consultant shall indemnify the Authority for any claims resulting from the performance or non-performance of the Consultant's sub-contractors and/or their failure to be properly insured.

*TM:bz 1-07 Insurance Requirements for Consultants*

**HOUSING AUTHORITY OF ALAMEDA COUNTY**
**RFP FOR RELOCATION CONSULTING SERVICES**

**ADDENDUM NUMBER ONE**
February 1, 2007

The Housing Authority issues the following addendum to the RFP for the above referenced services:

1. The correct tenant population of the development is:

| | |
|---|---|
| Non-elderly adults: | 217 |
| Elderly adults: | 23 |
| Children: | 197 |
| | |
| Total: | 437 (2.9 persons per household) |

2. Attached please find the documents referenced on the cover sheet as D. <u>Non-Collusive Affidavit</u> and E. <u>Representations, Certifications and Other Statements of Bidders</u>, both of which should be completed and submitted with your response. Please note that the Non-Collusive Affidavit requires notarization.

Thomas Makin
Deputy Director for Operations

135

# NON-COLLUSION AFFIDAVIT
Public Contract Code § 7106

## NON-COLLUSION AFFIDAVIT TO BE EXECUTED BY BIDDER AND SUBMITTED WITH BID

STATE OF CALIFORNIA                )
                                   ) ss.
COUNTY OF _____            )

[ Name of Principal of Bidder ], _____ being first duly sworn, deposes and says
that he or she is [Office of Affiant]_____ of [Name of Bidder],
_____ the party making the foregoing bid, that the bid is not made in the
interest of, or on behalf of, any undisclosed person, partnership, company, association, organization, or corporation;
that the bid is genuine and not collusive or sham; that Bidder has not directly or indirectly induced or solicited any
other bidder to put in a false or sham bid, and has not directly or indirectly colluded, conspired, connived or agreed
with any bidder or anyone else to put in a sham bid, or that anyone shall refrain from bidding, and that the bidder
has not in any manner, directly or indirectly, sought by agreement, communication or conference with anyone to fix
the bid price of Bidder or any other bidder, or to fix any overhead, profit or cost element of the bid price, or of that
of any other bidder, or to secure any advantage against the Housing Authority of the County of Alameda,
California, a political subdivision of the State of California, or anyone interested in the proposed contract; that all
statements contained in the bid are true; and further, that Bidder has not, directly or indirectly, submitted its bid
price or any breakdown thereof, or the contents thereof, or divulged information or data relative thereto, or paid,
and will not pay, any fee to any corporation, partnership, company association, organization, bid depository, or to
any member or agent thereof to effectuate a collusive or sham bid.

Executed under penalty of perjury under the laws of the State of California:

_____
(Name of Bidder)

_____
(Signature of Principal)

Subscribed and sworn before me _____

This _____ day of _____, 2007

Notary Public of the State of _____
In and for the County of_____            (Seal)
My Commission expires_____

(If Bidder is a partnership or a joint venture, this affidavit must be signed and sworn to by every member of
the partnership or venture.)

(If Bidder's affidavit on this form is made outside the State of California, the official position of the person
taking such affidavit shall be certified according to law.)

END OF DOCUMENT

**U.S. Department of Housing
and Urban Development**
Office of Public and Indian Housing

# Representations, Certifications, and Other Statements of Bidders

# Public and Indian Housing Programs

# Representations, Certifications, and Other Statements of Bidders

Public and Indian Housing Programs

## Table of Contents

| Clause | Page |
|---|---|
| 1.  Certificate of Independent Price Determination | 1 |
| 2.  Contingent Fee Representation and Agreement | 1 |
| 3.  Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions | 1 |
| 4.  Organizational Conflicts of Interest Certification | 2 |
| 5.  Bidder's Certification of Eligibility | 2 |
| 6.  Minimum Bid Acceptance Period | 2 |
| 7.  Small, Minority, Women-Owned Business Concern Representation | 2 |
| 8.  Indian-Owned Economic Enterprise and Indian Organization Representation | 2 |
| 9.  Certification of Eligibility Under the Davis-Bacon Act | 3 |
| 10.  Certification of Nonsegregated Facilities | 3 |
| 11.  Clean Air and Water Certification | 3 |
| 12.  Previous Participation Certificate | 3 |
| 13.  Bidder's Signature | 3 |

## 1.  Certificate of Independent Price Determination

(a)  The bidder certifies that--

(1)  The prices in this bid have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other bidder or competitor relating to (i) those prices, (ii) the intention to submit a bid, or (iii) the methods or factors used to calculate the prices offered;

(2)  The prices in this bid have not been and will not be knowingly disclosed by the bidder, directly or indirectly, to any other bidder or competitor before bid opening (in the case of a sealed bid solicitation) or contract award (in the case of a competitive proposal solicitation) unless otherwise required by law; and

(3)  No attempt has been made or will be made by the bidder to induce any other concern to submit or not to submit a bid for the purpose of restricting competition.

(b)  Each signature on the bid is considered to be a certification by the signatory that the signatory--

(1)  Is the person in the bidder's organization responsible for determining the prices being offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to subparagraphs (a)(l) through (a)(3) above; or

(2)  (i)  Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to subparagraphs (a)(l) through (a)(3) above.

_____ [insert full name of person(s) in the bidder's organization responsible for determining the prices offered in this bid or proposal, and the title of his or her position in the bidder's organization];

(ii)  As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) above have not participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above; and

(iii)  As an agent, has not personally participated, and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above.

(c)  If the bidder deletes or modifies subparagraph (a)2 above, the bidder must furnish with its bid a signed statement setting forth in detail the circumstances of the disclosure.

[ ]  [Contracting Officer check if following paragraph is applicable]

(d)  Non-collusive affidavit. (applicable to contracts for construction and equipment exceeding $50,000)

(1)  Each bidder shall execute, in the form provided by the PHA/IHA, an affidavit to the effect that he/she has not colluded with any other person, firm or corporation in regard to any bid submitted in response to this solicitation.  If the successful bidder did not submit the affidavit with his/her bid, he/she must submit it within three (3) working days of bid opening.  Failure to submit the affidavit by that date may render the bid nonresponsive.  No contract award will be made without a properly executed affidavit.

(2)  A fully executed "Non-collusive Affidavit" [ ] is, [ ] is not included with the bid.

## 2.  Contingent Fee Representation and Agreement

(a)  Definitions.  As used in this provision:

"Bona fide employee" means a person, employed by a bidder and subject to the bidder's supervision and control as to time, place, and manner of performance, who neither exerts, nor proposes to exert improper influence to solicit or obtain contracts nor holds out as being able to obtain any contract(s) through improper influence.

"Improper influence" means any influence that induces or tends to induce a PHA/IHA employee or officer to give consideration or to act regarding a PHA/IHA contract on any basis other than the merits of the matter.

(b)  The bidder represents and certifies as part of its bid that, except for full-time bona fide employees working solely for the bidder, the bidder:

(1)  [ ] has, [ ] has not  employed or retained any person or company to solicit or obtain this contract; and

(2)  [ ] has, [ ] has not  paid or agreed to pay to any person or company employed or retained to solicit or obtain this contract any commission, percentage, brokerage, or other fee contingent upon or resulting from the award of this contract.

(c)  If the answer to either (a)(1) or (a)(2) above is affirmative, the bidder shall make an immediate and full written disclosure to the PHA/IHA Contracting Officer.

(d)  Any misrepresentation by the bidder shall give the PHA/IHA the right to (1) terminate the contract; (2) at its discretion, deduct from contract payments the amount of any commission, percentage, brokerage, or other contingent fee; or (3) take other remedy pursuant to the contract.

## 3.  Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions (applicable to contracts exceeding $100,000)

(a)  The definitions and prohibitions contained in Section 1352 of title 31, United States Code, are hereby incorporated by reference in paragraph (b) of this certification.

(b) The bidder, by signing its bid, hereby certifies to the best of his or her knowledge and belief as of December 23, 1989 that:

(1) No Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with the awarding of a contract resulting from this solicitation;

(2) If any funds other than Federal appropriated funds (including profit or fee received under a covered Federal transaction) have been paid, or will be paid, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with this solicitation, the bidder shall complete and submit, with its bid, OMB standard form LLL, "Disclosure of Lobbying Activities;" and

(3) He or she will include the language of this certification in all subcontracts at any tier and require that all recipients of subcontract awards in excess of $100,000 shall certify and disclose accordingly.

(c) Submission of this certification and disclosure is a prerequisite for making or entering into this contract imposed by section 1352, title 31, United States Code. Any person who makes an expenditure prohibited under this provision or who fails to file or amend the disclosure form to be filed or amended by this provision, shall be subject to a civil penalty of not less than $10,000, and not more than $100,000, for each such failure.

(d) Indian tribes (except those chartered by States) and Indian organizations as defined in section 4 of the Indian Self-Determination and Education Assistance Act (25 U.S.C. 450B) are exempt from the requirements of this provision.

### 4. Organizational Conflicts of Interest Certification

The bidder certifies that to the best of its knowledge and belief and except as otherwise disclosed, he or she does not have any organizational conflict of interest which is defined as a situation in which the nature of work to be performed under this proposed contract and the bidder's organizational, financial, contractual, or other interests may, without some restriction on future activities:

(a) Result in an unfair competitive advantage to the bidder; or,

(b) Impair the bidder's objectivity in performing the contract work.

[ ] In the absence of any actual or apparent conflict, I hereby certify that to the best of my knowledge and belief, no actual or apparent conflict of interest exists with regard to my possible performance of this procurement.

### 5. Bidder's Certification of Eligibility

(a) By the submission of this bid, the bidder certifies that to the best of its knowledge and belief, neither it, nor any person or firm which has an interest in the bidder's firm, nor any of the bidder's subcontractors, is ineligible to:

(1) Be awarded contracts by any agency of the United States Government, HUD, or the State in which this contract is to be performed; or,

(2) Participate in HUD programs pursuant to 24 CFR Part 24.

(b) The certification in paragraph (a) above is a material representation of fact upon which reliance was placed when making award. If it is later determined that the bidder knowingly rendered an erroneous certification, the contract may be terminated for default, and the bidder may be debarred or suspended from participation in HUD programs and other Federal contract programs.

### 6. Minimum Bid Acceptance Period

(a) "Acceptance period," as used in this provision, means the number of calendar days available to the PHA/IHA for awarding a contract from the date specified in this solicitation for receipt of bids.

(b) This provision supersedes any language pertaining to the acceptance period that may appear elsewhere in this solicitation.

(c) The PHA/IHA requires a minimum acceptance period of [Contracting Officer insert time period] calendar days.

(d) In the space provided immediately below, bidders may specify a longer acceptance period than the PHA's/IHA's minimum requirement. The bidder allows the following acceptance period: calendar days.

(e) A bid allowing less than the PHA's/IHA's minimum acceptance period will be rejected.

(f) The bidder agrees to execute all that it has undertaken to do, in compliance with its bid, if that bid is accepted in writing within (1) the acceptance period stated in paragraph (c) above or (2) any longer acceptance period stated in paragraph (d) above.

### 7. Small, Minority, Women-Owned Business Concern Representation

The bidder represents and certifies as part of its bid/ offer that it --

(a) [ ] is, [ ] is not a small business concern. "Small business concern," as used in this provision, means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding, and qualified as a small business under the criteria and size standards in 13 CFR 121.

(b) [ ] is, [ ] is not a women-owned business enterprise. "Women-owned business enterprise," as used in this provision, means a business that is at least 51 percent owned by a woman or women who are U.S. citizens and who also control and operate the business.

(c) [ ] is, [ ] is not a minority business enterprise. "Minority business enterprise," as used in this provision, means a business which is at least 51 percent owned and controlled by one or more minority group members or, in the case of a publicly owned business, at least 51 percent of its voting stock is owned by one or more minority group members, and whose management and daily operations are controlled by one or more such individuals. For the purpose of this definition, minority group members are:

(Check the block applicable to you)

[ ] Black Americans                  [ ] Asian Pacific Americans
[ ] Hispanic Americans            [ ] Asian Indian Americans
[ ] Native Americans               [ ] Hasidic Jewish Americans

### 8. Indian-Owned Economic Enterprise and Indian Organization Representation (applicable only if this solicitation is for a contract to be performed on a project for an Indian Housing Authority)

The bidder represents and certifies that it:

(a) [ ] is, [ ] is not an Indian-owned economic enterprise. "Economic enterprise," as used in this provision, means any commercial, industrial, or business activity established or organized for the purpose of profit, which is at least 51 percent Indian owned. "Indian," as used in this provision, means any person who is a member of any tribe, band, group, pueblo, or community which is recognized by the Federal Government as eligible for services from the Bureau of Indian Affairs and any "Native" as defined in the Alaska Native Claims Settlement Act.

(b) [ ] is, [ ] is not an Indian organization. "Indian organization," as used in this provision, means the governing body of any Indian tribe or entity established or recognized by such governing body. Indian "tribe" means any Indian tribe, band, group, pueblo, or

community including Native villages and Native groups (including corporations organized by Kenai, Juneau, Sitka, and Kodiak) as defined in the Alaska Native Claims Settlement Act, which is recognized by the Federal Government as eligible for services from the Bureau of Indian Affairs.

**9.    Certification of Eligibility Under the Davis-Bacon Act** (applicable to construction contracts exceeding $2,000)

(a)  By the submission of this bid, the bidder certifies that neither it nor any person or firm who has an interest in the bidder's firm is a person or firm ineligible to be awarded contracts by the United States Government by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

(b)  No part of the contract resulting from this solicitation shall be subcontracted to any person or firm ineligible to be awarded contracts by the United States Government by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

(c)  The penalty for making false statements is prescribed in the U. S. Criminal Code, 18 U.S.C. 1001.

**10.    Certification of Nonsegregated Facilities** (applicable to contracts exceeding $10,000)

(a)  The bidder's attention is called to the clause entitled **Equal Employment Opportunity** of the General Conditions of the Contract for Construction.

(b)  "Segregated facilities," as used in this provision, means any waiting rooms, work areas, rest rooms and wash rooms, restaurants and other eating areas, time clocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, and housing facilities provided for employees, that are segregated by explicit directive or are in fact segregated on the basis of race, color, religion, or national origin because of habit, local custom, or otherwise.

(c)  By the submission of this bid, the bidder certifies that it does not and will not maintain or provide for its employees any segregated facilities at any of its establishments, and that it does not and will not permit its employees to perform their services at any location under its control where segregated facilities are maintained.  The bidder agrees that a breach of this certification is a violation of the Equal Employment Opportunity clause in the contract.

(d)  The bidder further agrees that (except where it has obtained identical certifications from proposed subcontractors for specific time periods) prior to entering into subcontracts which exceed $10,000 and are not exempt from the requirements of the Equal Employment Opportunity clause, it will:

    (1)  Obtain identical certifications from the proposed subcontractors;

    (2)  Retain the certifications in its files; and

    (3)  Forward the following notice to the proposed subcontractors (except if the proposed subcontractors have submitted identical certifications for specific time periods):

**Notice to Prospective Subcontractors of Requirement for Certifications of Nonsegregated Facilities**

A Certification of Nonsegregated Facilities must be submitted before the award of a subcontract exceeding $10,000 which is not exempt from the provisions of the Equal Employment Opportunity clause of the prime contract.  The certification may be submitted either for each subcontract or for all subcontracts during a period (i.e., quarterly, semiannually, or annually).

**Note:** The penalty for making false statements in bids is prescribed in 18 U.S.C. 1001.

**11.    Clean Air and Water Certification** (applicable to contracts exceeding $100,000)

The bidder certifies that:

(a)  Any facility to be used in the performance of this contract [   ] is, [   ] is not listed on the Environmental Protection Agency List of Violating Facilities;

(b)  The bidder will immediately notify the PHA/IHA Contracting Officer, before award, of the receipt of any communication from the Administrator, or a designee, of the Environmental Protection Agency, indicating that any facility that the bidder proposes to use for the performance of the contract is under consideration to be listed on the EPA List of Violating Facilities; and,

(c)  The bidder will include a certification substantially the same as this certification, including this paragraph (c), in every nonexempt subcontract.

**12.    Previous Participation Certificate** (applicable to construction and equipment contracts exceeding $50,000)

(a)  The bidder shall complete and submit with his/her bid the Form HUD-2530, "Previous Participation Certificate."  If the successful bidder does not submit the certificate with his/her bid, he/she must submit it within three (3) working days of bid opening.  Failure to submit the certificate by that date may render the bid nonresponsive. No contract award will be made without a properly executed certificate.

(b)  A fully executed "Previous Participation Certificate" [   ] is, [   ] is not included with the bid.

**13.    Bidder's Signature**

The bidder hereby certifies that the information contained in these certifications and representations is accurate, complete, and current.

_____

(Signature and Date)

_____

(Typed or Printed Name)

_____

(Title)

_____

(Company Name)


(Company Address)

# MEMORANDUM

February 14, 2007

**To**:    Recipients of RFP for Relocation Consulting Services for the Dublin Housing Authority

**From**: Thomas Makin, Deputy Director for Operations

**Re**:    Answers to Written Questions

Following are the answers to written questions received from holders of the RFP for Relocation Consulting Services for the Dublin Housing Authority:

- Question: If the insurance requirements set forth in the RFP are modified in any way, either before 2/20/07 or after, will the RFP be reopened so that any qualified company, whether having submitted a proposal or not, has the opportunity to propose under the revised insurance requirements?

  Answer: No, the Housing Authority will only consider firms that have responded to the RFP. It is not anticipated that there will be any modifications to the insurance requirements. The past practice has been to have the selected firm provide the required insurance coverage and documentation. Any deviation from coverage stipulated in the RFP would be presented to the Housing Authority's Insurance Pool for consideration and, in some cases, negotiation with a firm's carrier or broker on suitable coverage or documentation. There is no assurance herein that a deviation would be acceptable. If suitable coverage and documentation could not be produced, the Housing Authority would not contract with that firm and would move to the next firm on the list.

- Question: If, by the provision of a "financial guarantee," the Agency is proposing a bond, will the Agency assume the cost of that bond (five percent [5%] of the deductible or self-insured retention; e.g., a $50,000 deductible/self-insured retention will cost $2,500 per annum)?

  Answer: The cost of any such bond would be borne by the consulting firm, not the Housing Authority and should be included in your proposal. Note, the language requires that deductibles and self-insurance retentions be declared. These would be reviewed by the Housing Authority's Insurance Pool to see if they are acceptable.

- Question: Alternatively, will the Agency accept, for approval, which approval shall not be unreasonably withheld, a certified copy of Consultant's latest annual, audited financial statement as an indication of financial stability and ability to assume the cost of any deductible/S.I.R.; which audited financial statement shall not be part of the public record and held in confidence by the Agency's Director of Finance and/or Treasurer?

  Answer: A certified copy of Consultant's last audited financial statement would not be accepted as a substitute.

- Question: The cost of a *certified* copy of any one insurance policy, including endorsement affecting the coverage, is approximately five hundred dollars ($500) per certified copy. Will the Agency assume this cost for any and all certified copies of policies and/or endorsements it requires?

  Answer: In the event the Authority chooses to request a certified copy, the Housing Authority will bear the cost.

- Question: Do you anticipate HUD will have the housing available?

  Answer: The Dublin Housing Authority is negotiating an agreement to obtain the vouchers from the Housing Authority of the County of Alameda (HACA) and anticipates receiving all necessary vouchers from HACA.

- Question: Can you help define "business appraisal" (#5 in the list of services on page 3 of the RFP)?

  Answer: The RFP indicates, "...if necessary". There is a non-profit child care center that needs to be relocated. The Consultant needs to tell the Housing Authority what the requirements are for such relocation. If an appraisal is necessary, the Consultant must arrange for it.

# Tony Sierra
## Senior Consultant
### Overland, Pacific & Cutler, Inc.

**Professional Credentials**

**Initial Year in Industry:** 2002
**Initial Year with OPC:** 2002

**Education:**

Bachelor of Arts, Communication Studies
California State University, Sacramento
Baccalaurete, Padre Aramburu College,
Burgos, Spain

**IRWA Course:**

501 – Relocation Assistance

**In-House Courses:**

Uniform Act Revisions
Basic Residential Relocation
Advanced Residential Relocation
Basic Business Relocation
Advanced Business Relocation

**Professional Affiliations:**

Member, Community Redevelopment
Association (CRA)
Member, California Association for Local
Economic Development (CALED)

## Overview

Mr. Sierra is an experienced Relocation Consultant with a background of over 20 years in management, marketing and public relations. He has excellent interpersonal skills and enjoys working with residents and businesses alike. Mr. Sierra has a working knowledge of both federal and state regulations relating to relocation assistance and benefits. He is also fluent in English and Spanish.

## Project Examples

**Placer County** – Dewitt Center/Bell Gardens Residential Project – Performed the permanent displacement of 14 residential households.

Bell Garden Project – Performed relocation services for 33 tenant occupied residential displacements.

**Sacramento Housing & Redevelopment Agency** – Phoenix Park Project – Performed the temporary and permanent relocation of over 400 tenants and owner occupied residential cases.

Del Paso Nuevo Project – Performed 20 tenant and owner occupied residential relocations.

Del Paso Nuevo Phases 6 & 7 Project – Performed 14 owner and tenant occupied residential relocations and 1 nonprofit relocation.

Greenfair Redevelopment Project – Performed 4 occupied residential cases.

K & 8th Project – Performed the relocation of 40 businesses and 14 tenant occupied residential cases.

Oak Park Redevelopment Project – Performed the relocation of 2 businesses and 2 tenant occupied residential cases.

**Oakdale Unified School District** – Oakdale High School Expansion Project – Performed 32 tenant and owner occupied residential cases.

**City of Oakdale** – First National Bank Restoration Project – Performed the relocation of 3 businesses.

**Community Housing Opportunities Corporation** – Homestead Project – Performed the relocation of 6 tenant occupied residential cases.



143

**Tony Sierra**
**Senior Consultant**
Overland, Pacific & Cutler, Inc.
**(Continued)**

**Regional Transportation Commission of Washoe County, NV** – Reno's New Transit Center Project – Performed the relocation of 55 tenant occupied residential cases.

**Moana Lane Expansion Project** – Responsible for the relocation of 16 tenant and owner occupied residential cases.

**City of Stockton** – Block 52 Project – Responsible for the relocation of 6 owner occupied residential cases.



# Linh Inokuchi
## Consultant
Overland, Pacific & Cutler, Inc.

## Professional Credentials

**Initial Year in Industry:** 2001
**Initial Year with OPC:** 2006

**Education:**

Bachelor of Arts in Asian American Studies
University of California, Santa Barbara

**Licenses:**

Real Estate License, California
Real Estate Broker License, California –
Pending March 2007
Notary Public, California

**National Highway Institute Courses:**

141045 – Real Estate Acquisition Under the
Uniform Act: An Overview

**In-House Courses:**

Advanced Residential Relocation
Basic Business Relocation
Advanced Business Relocation

**Professional Affiliations:**

Member, Community Redevelopment
Association (CRA)
Member, California Association for Local
Economic Development (CALED)

## Overview

Ms. Inokuchi provides relocation advisory assistance and relocation financial assistance to displaced persons as a result of acquisition of real property for public use. She provides written informational statements outlining benefits, assistance and grievance procedures and other advisory services to displacees in order to minimize hardships. Bilingual in English and Chinese, Ms. Inokuchi is knowledgeable in Title 25 Regulations and has advanced expertise in the Multiple Listing Service (MLS), City Geographic Information System (GIS), CoStar and Data Quick.

## Project Examples

**Community Development Commission of Mendocino County** – Carlson Apartments Project – Assisted in the permanent displacement of 4 Section 8 voucher holders.

**Tenderloin Neighborhood Development Corporation** – Klimm Apartments Project – Assisted in the permanent displacement 4 residential, over-income tenants; 3 were Cantonese- speaking tenants.

**City of Fairfield Redevelopment Agency** – North Pace Project – Assisted in the permanent displacement of 58 residential households, many with Section 8 vouchers.

**City of Stockton Redevelopment Agency** – Block 52 Project – Assisted in the permanent displacement of 2 Cantonese-speaking homeowners.

**Bridge Housing, Inc.** – Meadowbrook Mobile Home Park Project – Assisted in the permanent displacement of 45 mobile home and recreational vehicle owners.

## Past Relevant Experience

**Assistant Realty Agent**
Los Angeles Unified School District, Real Estate Branch
2004-2006
Assisted in the acquisition and relocation of displacees for one of the largest building projects in the nation; conducted surveys and gathered data for the selection of real property to be used for future building grounds; managed all project calculations for purchase price differentials; served as lead Realty Agent for a new elementary school; verified appraisals of real property to be used for each project; assisted with the relocation process for displacees once the acquisition had taken place; validated tract maps and street/alley vacations; examined title, tax and other

**Linh Inokuchi**
**Consultant**
Overland, Pacific & Cutler, Inc.
**(Continued)**

public records to validate ownership and legitimacy; updated the LAUSD database with information regarding the status of each project; worked with legal counsel to prepare and compose offers to potential displaces; and provided training and assistance to new and existing agents.

**Real Estate Assistant**
RE/MAX Dolphin Real Estate
2001-2003
Previewed and showed listings to potential homebuyers; prepared correspondence, reports and documents throughout the escrow process; served as a liaison between other departments to ensure that work was completed in a timely manner; created and designed marketing materials for agents; maintained the website and responded to clients inquiries; searched the MLS on a daily basis for prospective inventory; and provided training and assistance to new and existing agents.



# Christina Budwine
## Consultant
Overland, Pacific & Cutler, Inc.

### Professional Credentials

**Initial Year in Industry:** 2002
**Initial Year with OPC:** 2002

### Education:

Master of Business Administration in
    Management, Golden Gate University
Bachelor of Science in Mathematics
    North Texas State University
Teaching Certificate, Grantham Teachers'
    College, Hong Kong

### National Highway Institute Courses:

141045 – Real Estate Acquisition Under the
    Uniform Act: An Overview

### In-House Courses:

Advanced Residential Relocation

### Professional Affiliations:

Member, Community Redevelopment
    Association (CRA)
Member, California Association for Local
    Economic Development (CALED)

### Overview

Ms. Budwine is a Consultant for Overland, Pacific & Cutler, Inc. Ms. Budwine's duties include performing initial interviews and evaluation, processing benefits, coordinating moves, conducting replacement site inspections and performing extensive file documentation and final relocation while ensuring compliance with applicable federal, state and local guidelines. She is bilingual in English and Chinese.

### Project Examples

**San Francisco School District** – San Francisco Community College District – Performed the translation of Relocation Plans and other documents for 17 low-income, elderly Chinese-speaking households and participated in relocation meetings for the California state bond funded project that was for the construction of a new campus in Chinatown.

**Union City** – Arroyo Trailer Park Project – Explained processes and benefits to displacees who were either permanently or temporarily relocated due to Union City's vacation of a trailer park to build low-cost housing. One tenant was Chinese-speaking only.

**Eden Housing**– Josephine Lum Project in Hayward – 135 units were affected in this low-income, elderly residential site; coordinated moves and returns and translated Notices to Vacate and Notices to Return for the 50% of residents who spoke Mandarin or Cantonese. This was a non-federally funded, residential relocation project.

**Bridge Housing Project**– Meadow Brook Trailer Park in Colma – Delivered notices; requested income, vehicle (motor home) title and current registration, proof of residency and lawful presence certification; calculated ability to pay; prepared NOE; requested benefit checks and inspected apartments for suitability; was responsible for 17 households. This was a federally funded, residential relocation project for a mobile home park with 64 spaces, although some lots were vacant.

### Past Relevant Experience

**Deputy Director in the University Relations Program**
Lawrence Livermore National Laboratory, 1979 – 2001
Held various technical and administrative positions in weapons and non-weapons research programs; requested research proposals from universities around the world to perform on discrete, technical projects for LLNL programs.



# Steven Harris
## Consultant
Overland, Pacific & Cutler, Inc.

## Professional Credentials

**Initial Year in Industry:** 2006
**Initial Year with OPC:** 2006

## Education:

Business Administration/Public Relations
Curriculum, California State University,
Sacramento

## In-House Courses:

Basic Business Relocation
Advanced Business Relocation

## Professional Affiliations:

Member, Community Redevelopment
Association (CRA)
Member, California Association for Local
Economic Development (CALED)

## Overview

A dedicated professional with management experience dating to 1979, Mr. Harris is a Consultant for Overland, Pacific & Cutler, Inc. As a previous General Manager for a manufacturing company, his organizational, interpersonal and leadership skills are invaluable in his current position. For OPC, he provides relocation advisory and financial assistance to displaced persons and businesses as a result of acquisition of real property for public use. This includes providing written informational statements that outline benefit, assistance and grievance procedures and other advisory services to displacees in order to minimize their hardships. He fulfills a variety of functions including document preparation and compiling, assisting in research and analysis for cost studies, site searching and other field work.

## Past Experience

**General Manager, 1989 – 2005**
Operations Manager/Sales Representative, 1979 – 1989
J&J Wall Baking Company
Directed the operations and overall management of the wholesale manufacturing company which produced sales in excess of $8 million annually and employed more than 60 full-time staff members. Responsibilities included sales, customer service, operations, human resources, engineering, new product development and OSHA compliance. Introduced a series of productivity improvement, process re-engineering and performance programs that improved production output, product quality, customer satisfaction and on-time order delivery rates. Served as the company liaison to all governmental regulatory agencies.

# Faye Turner
## Project Support Specialist
Overland, Pacific & Cutler, Inc.

### Professional Credentials

**Initial Year in Industry: 2006**
**Initial Year with OPC: 2006**

### National Highway Institute Courses:

141045 – Real Estate Acquisition Under the
  Uniform Act: An Overview

### In-House Courses:

Advanced Residential Relocation

### Professional Affiliations:

Member, Community Redevelopment
  Association (CRA)
Member, California Association for Local
  Economic Development (CALED)

### Overview

As a Project Support Specialist for Overland, Pacific & Cutler, Inc., Ms. Turner supports professional staff in the production of consulting services in an administrative capacity. On a daily basis she manages the front office; communicates with clients and claimants by handling their immediate needs and directing them to their appropriate consultant; researches property ownership information; searches for potential replacement dwellings; assists in resource studies; prepares claims, maintains personnel schedules; performs data entry; assembles files; sends and maintains a record of all fax communication; and performs other tasks as needed to generally support the operation of the office. Ms. Turner is currently in the OPC training program to become a Consultant. She is proficient in Microsoft Word, Excel, PowerPoint, Outlook and FrontPage.

### Past Relevant Experience

**Office Administrator, Owner/Operator**
T & T Computer Service
Operated own business for five years; maintained schedules and performed administrative tasks for computer technicians; provided customer service over the telephone which included creating trouble tickets, answering inquiries and entering orders into a database; followed-up with vendors regarding outstanding purchase orders; mailed correspondence; and processed payments.

**Secretary**
United States Attorney's Office
Performed general office duties for attorneys within the United States Attorney's Office; coordinated travel arrangements; drafted correspondence documentation such as memos, letters and court filing applications; copied, sorted and distributed portfolios; performed data entry; ordered business supplies; and performed relief receptionist duties.



## Project Experience

Since the mid 1990s, OPC has provided services throughout Northern California from its offices in Oakland and Sacramento.  OPC has provided real estate consultant services to many public agencies in the regional area including the San Francisco Mayor's Office of Housing, City of Pleasanton, *County of Contra Costa, City of Fremont, City of San Jose, City of Milpitas, City of Mountain View, City of Oakland, City of East Palo Alto, City of Richmond, City of Sacramento, City of Fairfield, Redwood City, and the Santa Clara Valley Transportation Authority* among many others. OPC has worked with various non-profits and developers, using government funding, in the areas surrounding the proposed Project.   OPC has coordinated projects with federal and state oversight agencies such as Caltrans, Department of Housing and Urban Development, U.S. Army Corps of Engineers, FHWA and the FTA.   Our tasks have ranged from site location, cost estimate/analysis, property (right of way) acquisition/negotiation and relocation assistance, title & escrow, and appraisal services.

Some of our recent project experience is highlighted below:

- *Casa Feliz in San Jose, for the John Stewart Company and the City of San Jose, where 60 residents with special needs were permanently displaced.  The attention to detail was critical for the project's success.*

- *Josephine Lum Lodge, in Hayward, California, for Eden Housing was a temporary relocation project involving 150 senior households.*

- *The Harrison Hotel, for Resources for Community Development, was a recently completed relocation project involving approximately 70 special need residents.*

- *A 33 unit mobile home park for Union City, Californi,a where most of the occupants were low-income elderly and several had language and disability issues.*



**Citizens Housing**

Fireside Motel Project

Mr. Roy Bateman
Community
Development
Coordinator

Marin County
Community
Development Agency
415.499.6698

The Fireside Motel Project involves the demolition of a motel, displacing residents from 26 units. The Project made way for a HUD funded affordable housing development in Mill Valley. All eligible householders were offered Section 8 vouchers pursuant to HUD 104(d).

2004 – Present

**Eden Housing Corporation (Non-Profit Agency)**

Various Projects

Mr. Mike Rogers
Senior Project Developer

Ms. Kathryn Schmidt
Project Developer

409 Jackson St.
Hayward, CA 94544
510.582.1460

OPC has completed several residential projects involving permanent and temporary displacements utilizing federal HOME, CDBG and other State of California funding in the cities of Modesto, Petaluma and Fremont. These projects include the Union Court Apartments, the Downtown River Apartments and the Baywood Apartments.

Current project work includes the 150 unit, senior housing, Josephine Lum Lodge in the City of Hayward.

2001 – Present

**BRIDGE Housing Corp.**

Ms. Lisa A. Grady
Project Manager

Mr. Ben Metcalf
Project Manager

Ms. Lydia Tan
Executive Vice President

345 Spear Street, Ste 700
San Francisco, CA
94105
415.989.1111

Current project work includes a mobile home park closure in the City of Colma, the St. Joseph's Professional Medical Center in Oakland and an affordable housing project in Stockton. Another project involved temporary and permanent displacements related to the City of San Rafael's Canal Area Housing Improvement Program. Other projects have included a commercial relocation project in Oakland involving 5 trucking and auto repair businesses and a rural property in Santa Rosa.

2001 – Present



**John Stewart Company**

Various Projects

Mr. Mari Tustin
Vice President
831.457.5725

Mr. Jack Gardner
President & CEO

Ms. Loren Sanborn
Vice President

Mr. Ned York

1388 Sutter Street
11th Floor
San Francisco, CA
94109
415.345.4400

Over the last several years, OPC has completed many projects for this client. In 2002, OPC searched for landlords who would consider leasing to Section 8 voucher holders and identified comparable replacement housing for 90-95 families being displaced by the San Francisco Housing Authority for a HOPE VI project in North Beach.

A recent project includes the Richmond Townhomes, a rental housing complex being rehabilitated which involves the temporary relocation of 192 households.

OPC recently completed the Casa Feliz Project involving over 60 special need residents in a SRO.

Currently, OPC is assisting the John Stewart Company with temporary relocations on Treasure Island for environmental remediation.

2002 – 2007

**Goldfarb & Lipman LLC**

Ms. Karen Tiedemann

Ms. Polly Marshall

Ms. Jennifer Bell

Mr. Lee Rosenthal

1300 Clay Street, 9th Flr
Oakland, CA 94612
510.836.6336

OPC has worked with Goldfarb & Lipman for the last ten years on numerous small to large and simple to complicated residential and commercial relocations for various clients. One such client includes the City of East Palo Alto. The University Circle Project displaced 52 businesses and non-profit organizations and 80 residential occupants. The IKEA Project displaced 47 residential households. Additional services included property management, administration of an escrow account for benefit payments and overall project coordination.

1996 – Present

**Sacramento Housing and Redevelopment Agency**

Various Projects

Ms. Mabel Furr
Relocation Coordinator

630 I Street
Sacramento, CA 95814
916.440.1399 x1275

OPC has performed 30+ projects for the Sacramento Housing and Redevelopment Agency. One such project includes the Franklin Villa Project where OPC performed the relocations for 150 residential tenants and homeowners. Another project is the Del Paso Nuevo CDBG Project that involved over 50 residential relocations.

2001 – Present



**Community Development Commission of Mendocino County**

Holly Ranch Village & Willits Projects

Heather Blough
707.463.5462 X115

Michele Roth
707. 463.5462 X113

For the last several years, OPC has worked with the Community Development Commission of Mendocino County whenever the need has arisen to displace a current tenant of the Commission. In each situation the structure where the resident lived was no longer decent, safe or sanitary which required a rapid relocation response. Each household was issued a Section 8 voucher and the appropriate advisory assistance was provided to assist in obtaining a new home.

2003 – Present

---

**City of Fairfield – Fairfield Redevelopment Agency**

North Texas Project, 730 Great Jones Project, North PACE Project, Texas St. Project

Ms. Rachel Hazlewood
Economic Development
Project Manager
707.428.7039

Ms. Lark Ferrell
707.428.7457

Mr. Mark Kaiser
Director
707.428.7578

OPC is currently working on the North Texas Project which includes the relocation of cell site. We have also recently completed several projects for the Agency. The 730 Great Jones Project consisted of 6 residential relocations. The North PACE Project consisted of 58 residential relocations, and the Texas St. Project consisted of 1 business and 1 residential tenant relocation. Many of the households had Section 8 vouchers requiring specific attention in locating replacement housing.

2005 – Present

---

**City of Fremont Redevelopment Agency**

Mr. Randy Sabado
Real Estate Manager
Office of Neighborhoods

39550 Liberty Street
Fremont, CA 94537
510.494.4715

Over the last several years, OPC has provided acquisition and relocation services for various projects involving more than 50 businesses and numerous residential displacements, some of which also involved negotiating all-inclusive settlements for acquisition of F&E, relocation and loss of goodwill. Acquisition services have included temporary and permanent easements for the City's road widening projects.

Current projects include a new BART station and the Bay Street Project.

2004 – Present



**City of Redding – Redevelopment**

Ms. Sue Thompson
Sr. Development Coordinator
530.225.4423

Mr. James Triantafyllou
Associate Civil Engineer
530.225.4170

777 Cypress Avenue
Redding, CA 96001

OPC has provided acquisition and relocation assistance services for numerous projects for the City of Redding. OPC has acquired more than 35 parcels, prepared numerous relocation plans, relocated approximately 65 households in addition to the administration, escrowing and funding of relocation benefits.

OPC's Sacramento office recently commenced work with the City of Redding for the Stillwater Business Park Development Project. Services include right of way engineering, appraisals, review appraisals, acquisitions, relocation plan & relocations, property management, title & escrow services and project certification for 32 acquisition parcels, 3 residential relocations and 1 business relocation.

2001 – 2003; 2006 – Present

**City of Union City**

Mr. Mark Evanoff
Redevelopment Agency Manager

34009 Alvarado-Niles Road
Union City, CA 94587
510.675.5345

The most recent project involved the preparation of a Relocation Plan and the relocation of 33 mobile-home occupants and 5 businesses in Union City. Most of the occupants were low-income elderly and several had language and disability issues. OPC worked with Mid-Peninsula Housing Corp. to complete construction of affordable replacement housing for the mobile home occupants.

2001 – 2006

**City of Redwood City**

Mr. Paul Willis
Public Works Department
650.780.7219

Ms. Susan Moeller
Redevelopment Manager
650.780.7204

1017 Middlefield Road
Redwood City, CA 94063

OPC has provided acquisition, relocation, litigation support and project management services for the City and the Redevelopment Agency since 1999.

OPC completed the acquisition of five commercial parcels and relocated 21 commercial tenants from Block 1 of the Cinema Square Project. OPC will provide similar services to the City which involves the acquisition of additional commercial parcels and the relocation of commercial occupants.

OPC recently completed the acquisition of temporary construction easements, oversaw the relocation of two mobile homes and temporary relocated two households for the Harbor Village Project.

1999 – 2006



**Contra Costa County, CA**

Ms.Lucy Owens
Senior Real Property Agent
925.313.2229

Karen Laws
Principal Real Property Agent
925.313.2228

255 Glacier Drive
Martinez, CA 94553

OPC completed a Relocation Impact Study for the Bethel Island Bridge Project. In this Study, we identified the impact the relocation will have on the occupants; provided preliminary relocation cost estimates; and identified relocation priorities. Implementation of the project has just begun.

2006 – Present

OPC was selected to perform on the first and second segments of the State Highway 4 Widening Project which involved California Department of Transportation (Caltrans) and Contra Costa County Transit Administration oversight. The first phase of the project consisted of over 80 residential owner occupants and tenants and 1 non-profit organization (an Elks Lodge). The second segment included 20 industrial and commercial businesses and 300 public storage units. It also included personal property acquisition and relocation assistance for 2 cell sites. The project was time sensitive and involved coordination with multiple agencies. It was funded by FTA and FHWA.

2003 – 2005

**University of California, San Francisco Mission Bay Campus**

Mr. David M. Robinson
University Counsel
Office of the General Counsel

1111 Franklin St, 8 Flr
Oakland, CA 94607
510.987.9748

OPC assisted the University with the preparation of a Relocation Plan for the displacement of eight businesses. OPC completed the work on-time and within budget despite limited replacement site availability. The project area has recently been expanded and OPC is working with the University on initial displacement activities.

2005 – Present



## References

Please refer to the previous Project Experience section for reference information.



## Availability

OPC is an established and growing company, and our resource capacity allows us to undertake multiple projects at any given time. The proposed team members will be available immediately following contract execution. If the project requires more resources, we can supplement the proposed staff with additional full-time OPC employees from one of our other 12 national offices.



## Desmond, Marcello & Amster Overview (Sub-Consultant – Appraisals)

Since 1968, Desmond, Marcello & Amster (DM&A) has provided both the public and private sector clients with expertise in the valuation of closely-held businesses, professional practices and specific tangible and intangible assets, such as machinery and equipment and goodwill. Since the enactment of the California Eminent Domain Law of 1976, DM&A has specialized in providing valuation services related to public agency property acquisition.

DM&A's professional staff consists of 12 individuals, including both fixture and equipment appraisers and business valuation/goodwill appraisers. This multi-disciplinary capability enables DM&A to address complex valuation issues involving both appraisal disciplines. Further, the size of our professional staff enables DM&A to accommodate client needs on large projects with tight deadlines.

DM&A can assist clients in various phases of a project, from early planning through final resolution in court proceedings. Major categories of services regarding goodwill loss include budgetary estimates, preliminary appraisals for acquisition, and comprehensive appraisals for eminent domain proceedings. DM&A's principals have a strong record providing expert testimony in loss of goodwill cases.

DM&A's qualifications are the result of experience gained in the preparation of thousands of appraisals of tangible and intangible assets in a wide range of industries and business types. Examples include retail, restaurants, manufacturing, wholesale, medical practices, mining, agricultural, storage warehouses, hospitality, petroleum sales and a variety of services ranging from auto repair to software development.

Clients of the firm have included most of the major acquiring agencies in the state of California. Notable projects on which DM&A has worked include the Staples Center in downtown Los Angeles, Petco Park in San Diego, Moscone Center in San Francisco and Disneyland expansion in Anaheim. DM&A has also provided appraisal services necessary for a variety of transportation projects. These include the I-60/91/215 project in Riverside County, I-5 widening in Orange County, BART line construction in the Bay Area, Alameda Corridor in Los Angeles County and Highway 101 improvements in Ventura County.

Members of the firm hold graduate and undergraduate degrees from various prestigious academic institutions including Harvard, Wharton (University of Pennsylvania), University of Michigan, UCLA, Claremont McKenna, Loyola Marymount University, University of Southern California and California State University, Long Beach.

Individual staff members of DM&A maintain active memberships in various professional associations and hold a variety of professional designations. These include *American Society of Appraisers* (Members and Candidates), *International Right of Way Association* (Members), *American Institute of Certified Public Accountants* (Members), *California Society of Certified Public Accountants* (Members), *CFA Institute* (Member) and *Institute of Management Accountants* (Member).



## Knowledge of Relocation Practices, Laws & Regulations

DM&A is committed to performing all work for the DHA in conformance with the Uniform Standards of Professional Appraisal Practice (USPAP) and all other applicable State and Federal laws and regulations governing the provision of appraisal services.

DM&A's professional staff is highly knowledgeable regarding California eminent domain statutes and related case law. Our fixtures and equipment appraisal will be prepared in conformance with Article 3, §1263.205 and §1263.210 of the California Code of Civil Procedure. DM&A's goodwill loss appraisal will conform to the standards of §1263.510 and relevant case law pertaining to goodwill loss.



## Project Approach

DM&A's approach to the appraisal process is thorough, collaborative and professional. Our appraisers recognize the importance of a detailed approach to any assignment and are cognizant of our role as representing our clients. Our professionals have extensive experience in interviewing business owners and make efforts to address their concerns and needs in these meetings. DM&A has bilingual professionals to interface with Spanish-speaking business owners. We work closely with agency staff and their attorneys in order to keep all parties apprised of the status of our appraisal projects.

### *Goodwill Loss Appraisal Technical Approach*

In performing goodwill loss appraisal services for the DHA, DM&A will perform the necessary research, investigation and analysis to provide written appraisal reports in compliance with the standards of the Uniform Standards of Professional Appraisal Practice (USPAP) as it pertains to business valuations. DM&A's work will encompass steps including, but not limited to, the following:

- Review and analysis of financial statements of the subject business, including internal income statements and balance sheets as well as tax returns.

- Interviews with the owners and/or managers of the subject business and/or a review of deposition transcripts. Such interviews are intended to provide DM&A with a thorough understanding of the business' operations, management, employees, marketing, competition, and industry, as well as an understanding of recent financial trends and outlook.

- Site and area inspections of both the subject location and the business' relocation site, if applicable.

- Review of leases and other contracts pertinent to the business' operations.

- Coordination with other professionals, such as fixtures and equipment appraisers, real estate appraisers, and relocation consultants, to avoid duplication of compensation.

- Independent research in the business' industry and the economic factors affecting the business.

- Research into the marketplace for sales of businesses similar to the subject.

- Investigation of the impact of the taking and/or of relocation, if applicable, on the business' revenues and profits in the "after" condition.

- Implementation of valuation methods, such as the Income Approach and Market Approach, to determine the value of the business' goodwill in both the before condition and in the after condition.



*Fixtures and Equipment Appraisal Technical Approach*

In providing fixtures and equipment appraisal services to the DHA, DM&A will perform the necessary research, investigation, and analysis to provide written appraisal reports in compliance with the standards of the Uniform Standards of Professional Appraisal Practice (USPAP) as it pertains to fixtures and equipment valuations. DM&A's work will encompass steps including, but not limited to, the following:

- Preparing a complete inventory of the assets at the subject business location. This inventory includes a description of the assets as well as observation of their age and condition.

- Reviewing documentation pertaining to the assets provided by the business' owner or manager, such as invoices and depreciation schedules.

- Interviewing business owners and/or managers.

- Researching the marketplace for each of the assets identified on-site. Such research includes reference to a variety of publications as well as discussions with individuals knowledgeable about the market for the assets.

- Coordinating with other appraisers to avoid duplication of compensation.

- Applying valuation methods including the Market Approach and Cost Approach to the subject assets.



## Proposed Fee with Task & Hour Breakdown

DM&A's fee estimates regarding Arroyo Vista Development Project are as follows:

*Goodwill Appraisal*

| Representative Accountable for Completion | Hourly Rate | Estimated Hours | Estimated Contract Completion Cost |
|---|---|---|---|
| Aaron Amster, ASA<br>President<br>Tel: 310.216.1400<br>Email: aamster@dmavalue.com<br>Fax: 310.216.0800 | $295 | 27 - 41 | $8,000 - $12,000<br>*(based on not for profit status as part of a large organization and challenges related to after condition impacts)* |

*Fixtures and Equipment Appraisal*

| Representative Accountable for Completion | Hourly Rate | Estimated Hours | Estimated Contract Completion Cost |
|---|---|---|---|
| Richard Hodges, ASA<br>Senior Manager<br>Tel: 310.216.1400<br>Email: rhodges@dmavalue.com<br>Fax: 310.216.0800 | $200 | 20 - 30 | $4,000 - $6,000<br>*(Depending on real estate treatment of tangible assets)* |



## Hourly Rates

In addition to the individuals listed previously, the hourly rates for other DM&A staff members are as follows:

*Goodwill Appraisal*

| Appraiser Category | Standard Hourly Rate | Deposition/Court Hourly Rate |
|---|---|---|
| Principal | $250 - $300 | $300 - $400 |
| Senior Manager | $200 - $250 | $250 - $300 |
| Manager | $150 - $200 | $200 - $250 |
| Senior Financial Analyst | $135 - $150 | N/A |
| Financial Analyst | $100 - $135 | N/A |

*Fixtures and Equipment Appraisal*

| Appraiser Category | Standard Hourly Rate | Deposition/Court Hourly Rate |
|---|---|---|
| Principal | $200 - $250 | $300 - $350 |
| Senior Manager | $175 - $200 | $250 - $300 |
| Manager | $150 - $175 | $200 - $250 |
| Senior Appraiser | $125 - $150 | N/A |
| Appraiser | $100 - $125 | N/A |

Standard hourly rates apply to all appraisal tasks including gathering data, research, financial analysis, valuation analysis, report compilation and litigation support. No reimbursable expenses, including travel expenses, are applicable in addition to these rates.

It should be noted that the above fees are exclusive of any litigation support functions, as described above. Litigation support services are provided on an hourly basis.



## Resumes

**AARON D. AMSTER, ASA**
**PRESIDENT**

Mr. Amster joined DM&A in 1981 and has been president since 1992. He has more than 20 years of experience in business valuation and has participated in a majority of DM&A's valuation assignments during his tenure. Mr. Amster specializes in the valuation of businesses and business assets, including loss of goodwill in eminent domain proceedings. In addition, he has performed various analyses of business damages. His extensive testimony experience includes more than 40 appearances in court and hundreds of depositions. He has appeared as an expert witness in a variety of jurisdictions, including Southern California, Northern California, Arizona, Ohio, Florida and U.S. Bankruptcy court.    Having achieved the Accredited Senior Appraiser designation from the American Society of Appraisers (Business Valuation Discipline) in 1989, Mr. Amster is a contributing author of *Handbook of Small Business Valuation Formulas* and technical editor of *Handbook of Small Business Valuation Formulas and Rules of Thumb*. In addition, he regularly presents seminars on topics related to business valuation, such as the appraisal of goodwill loss pursuant to Section 1263.510 of the California Eminent Domain Law. Mr. Amster holds a bachelor's degree in economics from the University of Michigan and a master's degree in business administration from the Claremont Graduate School of Business. He has concentrations in both finance and marketing.

**MADELEINE MAMAUX, CFA**
**PRINCIPAL**

Ms. Mamaux began her business valuation career as a financial analyst at DM&A from 1989 to 1991. She left to earn her MBA and gained significant analytical experience in the investment industry before rejoining DM&A in 1997 as valuation manager.    Ms. Mamaux analyzed investment opportunities in fixed-income securities for Teachers' Insurance and Annuity Association (TIAA), the nation's largest private pension fund. She also held an analytical position at Fitch Investors Service, an international bond-rating agency, where she was responsible for assigning credit ratings to large multinational companies. As a professional at DM&A, Ms. Mamaux has provided testimony in Los Angeles Superior Court and in arbitration proceedings. A Chartered Financial Analyst, she is a member of the CFA Institute and the Los Angeles Society of Financial Analysts. Ms. Mamaux has spoken to on numerous occasions on topics related to business valuation and goodwill loss under the California eminent domain law. Ms. Mamaux graduated magna cum laude with a bachelor's degree from Claremont McKenna College. She majored in economics and mathematics and was elected to Phi Beta Kappa. She holds a master's degree in business administration from The Wharton School of the University of Pennsylvania, graduating with distinction with a degree in finance.



RICARDO A. GOÑI
MANAGER

Mr. Goñi joined DM&A as a business valuation financial analyst in 1997 and now serves as a valuation manager. He opened DM&A's Northern California office in 2000. During his tenure with DM&A, he has gained a wide range of business valuation experience. Having passed the first three examinations of the business valuation discipline administered by the American Society of Appraisers, Mr. Goñi is continuing his coursework. He is active in various associations in Northern California, including local chapters of the International Right of Way Association. Mr. Goñi holds a bachelor's degree from Harvard University, where he majored in economics. Representative coursework included finance, accounting and statistics.

RICHARD HODGES, ASA
SENIOR MANAGER, FIXTURE AND EQUIPMENT APPRAISAL

After starting his own machinery and equipment appraisal practice in 1991, Mr. Hodges joined DM&A in 1995. He has a wide range of appraisal experience, having dealt with a variety of manufacturing, retail service business enterprises. Examples of assets include boat building, public aquarium, printing equipment, medical practices, machine shops, service stations and farm operations. Mr. Hodges has developed extensive expertise in the nuances of appraising fixtures and equipment for eminent domain proceedings. He has worked directly with a number of relocation consultants, acquisition agents, public agencies, real property appraisers, attorneys and business owners throughout California. Mr. Hodges is an Accredited Senior Appraiser with the American Society of Appraisers. He is a member of the Los Angeles chapter of International Right of Way Association and an associate member of various chapters throughout California. He served on the Los Angeles chapter board of directors.

MICHAEL A. LACEY, AM
MANAGER, FIXTURE AND EQUIPMENT APPRAISAL

Mr. Lacey joined DM&A in 2001. He has more than 20 years of experience in appraisal and real estate development, as well as in the construction industry. His positions prior to joining DM&A included management of commercial real estate developments. Mr. Lacey is actively involved in appraisal assignments and project oversight. He has developed extensive expertise in the nuances of appraising fixtures and equipment for eminent domain proceedings. Mr. Lacey graduated from UCLA with a bachelor's degree in geography, with an emphasis in urban planning. He is an accredited member of the American Society of Appraisers in the discipline of Machinery and Technical Specialties.



## Project Experience

The following is a sampling of projects in Alameda County, not a full listing of project experience.

<u>City of Dublin</u>

     Dublin Boulevard Road Widening Project - 2 businesses, goodwill appraisals
     Dougherty Road Capital Improvement Project - 5 businesses, goodwill appraisals
     Agent:  David Skinner
     Meyers, Nave, Riback, Silver & Wilson
     Office:  510.808.2031

<u>Alameda County</u>

     3 businesses, goodwill appraisals
     Agent:  David Skinner
     Meyers, Nave, Riback, Silver & Wilson
     Office:  510.808.2031

<u>City of Fremont</u>

     Irvington Unified Redevelopment Area – 24 businesses, fixtures and equipment appraisals
     Washington Grade Separation Project – 9 businesses, goodwill appraisals
     Contact:  Mr. Randy Sabado, Real Property Manager
     Office: 510.494.4715

<u>San Mateo County Transit District (SAMTRANS)/BART</u>

     Airport Extension of San Francisco BART System – 11 businesses, goodwill appraisals
     Agent: John H. Erickson, Esq.
     Erickson, Beasley, Hewitt & Wilson
     Office:  510.839.3448



## References

Mr. David Skinner, Esq.
Meyers, Nave, Riback, Silver & Wilson
555 12th Street, Suite 1500
Oakland, CA  94607
510.808.2031
Various projects for the City of Dublin, Livermore Redevelopment Agency, etc.

Mr. Herman Fitzgerald, Esq.
Law Offices of Herman H. Fitzgerald
345 Lorton, Suite 302
Burlingame, CA  94010
650.348.5195
Cinema Square Project, Redwood City

Mr. John Vlahos, Esq.
Hanson, Bridgett, Marcus, Vlahos & Rudy
333 Market Street, 23rd Floor
San Francisco, CA  94105
415.777.3200
BART SFO Extension Project



## Availability

- Due to the size of our professional staff, DM&A does not anticipate any problem in accommodating client needs including multiple large projects with tight deadlines.



## Appendix: Statements & Certifications



## Debarment

Neither OPC nor DM&A is debarred, suspended or otherwise prohibited from professional practice by any federal, state of local agency.



## NON-COLLUSION AFFIDAVIT
Public Contract Code § 7106

## NON-COLLUSION AFFIDAVIT TO BE EXECUTED BY BIDDER AND SUBMITTED WITH BID

STATE OF CALIFORNIA      )
                            ) ss.

COUNTY OF ___Orange___    )

[ Name of Principal of Bidder ], _____Jerry Colburn_____ being first duly sworn, deposes and says that he or she is [Office of Affiant] ___Vice President___ of [Name of Bidder], Overland, Pacific & Cutler, Inc._____ the party making the foregoing bid, that the bid is not made in the interest of, or on behalf of, any undisclosed person, partnership, company, association, organization, or corporation; that the bid is genuine and not collusive or sham; that Bidder has not directly or indirectly induced or solicited any other bidder to put in a false or sham bid, and has not directly or indirectly colluded, conspired, connived or agreed with any bidder or anyone else to put in a sham bid, or that anyone shall refrain from bidding, and that the bidder has not in any manner, directly or indirectly, sought by agreement, communication or conference with anyone to fix the bid price of Bidder or any other bidder, or to fix any overhead, profit or cost element of the bid price, or of that of any other bidder, or to secure any advantage against the Housing Authority of the County of Alameda, California, a political subdivision of the State of California, or anyone interested in the proposed contract; that all statements contained in the bid are true; and further, that Bidder has not, directly or indirectly, submitted its bid price or any breakdown thereof, or the contents thereof, or divulged information or data relative thereto, or paid, and will not pay, any fee to any corporation, partnership, company association, organization, bid depository, or to any member or agent thereof to effectuate a collusive or sham bid.

Executed under penalty of perjury under the laws of the State of California:

_____Overland, Pacific & Cutler, Inc._____
(Name of Bidder)

_____
(Signature of Principal)

Subscribed and sworn before me _Laura Kane, Notary Public_____

This _1st_ day of _February_, 2007

Notary Public of the State of _California_____

In and for the County of _Orange_____         (Seal)

My Commission expires _2 | 21 | 2010_____

```
L. KANE
COMM. # 1649956
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
MY COMM. EXP. FEB. 21, 2010
```

(If Bidder is a partnership or a joint venture, this affidavit must be signed and sworn to by every member of the partnership or venture.)

(If Bidder's affidavit on this form is made outside the State of California, the official position of the person taking such affidavit shall be certified according to law.)

END OF DOCUMENT

171

**U.S. Department of Housing
and Urban Development**

Office of Public and Indian Housing

# Representations, Certifications, and Other Statements of Bidders

# Public and Indian Housing Programs

Previous edition is obsolete

form HUD-5369-A (11/92)

# Representations, Certifications, and Other Statements of Bidders
Public and Indian Housing Programs

## Table of Contents

| Clause | Page |
|---|---|
| 1. Certificate of Independent Price Determination | 1 |
| 2. Contingent Fee Representation and Agreement | 1 |
| 3. Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions | 1 |
| 4. Organizational Conflicts of Interest Certification | 2 |
| 5. Bidder's Certification of Eligibility | 2 |
| 6. Minimum Bid Acceptance Period | 2 |
| 7. Small, Minority, Women-Owned Business Concern Representation | 2 |
| 8. Indian-Owned Economic Enterprise and Indian Organization Representation | 2 |
| 9. Certification of Eligibility Under the Davis-Bacon Act | 3 |
| 10. Certification of Nonsegregated Facilities | 3 |
| 11. Clean Air and Water Certification | 3 |
| 12. Previous Participation Certificate | 3 |
| 13. Bidder's Signature | 3 |

## 1. Certificate of Independent Price Determination

(a) The bidder certifies that--

(1) The prices in this bid have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other bidder or competitor relating to (i) those prices, (ii) the intention to submit a bid, or (iii) the methods or factors used to calculate the prices offered;

(2) The prices in this bid have not been and will not be knowingly disclosed by the bidder, directly or indirectly, to any other bidder or competitor before bid opening (in the case of a sealed bid solicitation) or contract award (in the case of a competitive proposal solicitation) unless otherwise required by law; and

(3) No attempt has been made or will be made by the bidder to induce any other concern to submit or not to submit a bid for the purpose of restricting competition.

(b) Each signature on the bid is considered to be a certification by the signatory that the signatory--

(1) Is the person in the bidder's organization responsible for determining the prices being offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to subparagraphs (a)(l) through (a)(3) above; or

(2) (i) Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to subparagraphs (a)(l) through (a)(3) above. John Cutler, David Stotler, Barry McDaniel, Marsh Karm, Mark La Sorte B Ray Armstrong [insert full name of person(s) in the bidder's organization responsible for determining the prices offered in this bid or proposal, and the title of his or her position in the bidder's organization];

(ii) As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) above have not participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above; and

(iii) As an agent, has not personally participated, and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above.

(c) If the bidder deletes or modifies subparagraph (a)2 above, the bidder must furnish with its bid a signed statement setting forth in detail the circumstances of the disclosure.

[ ] [Contracting Officer check if following paragraph is applicable]

(d) Non-collusive affidavit. (applicable to contracts for construction and equipment exceeding $50,000)

(1) Each bidder shall execute, in the form provided by the PHA/IHA, an affidavit to the effect that he/she has not colluded with any other person, firm or corporation in regard to any bid submitted in response to this solicitation. If the successful bidder did not submit the affidavit with his/her bid, he/she must submit it within three (3) working days of bid opening. Failure to submit the affidavit by that date may render the bid nonresponsive. No contract award will be made without a properly executed affidavit.

(2) A fully executed "Non-collusive Affidavit" [√] is, [ ] is not included with the bid.

## 2. Contingent Fee Representation and Agreement

(a) Definitions. As used in this provision:

"Bona fide employee" means a person, employed by a bidder and subject to the bidder's supervision and control as to time, place, and manner of performance, who neither exerts, nor proposes to exert improper influence to solicit or obtain contracts nor holds out as being able to obtain any contract(s) through improper influence.

"Improper influence" means any influence that induces or tends to induce a PHA/IHA employee or officer to give consideration or to act regarding a PHA/IHA contract on any basis other than the merits of the matter.

(b) The bidder represents and certifies as part of its bid that, except for full-time bona fide employees working solely for the bidder, the bidder:

(1) [ ] has, [√] has not employed or retained any person or company to solicit or obtain this contract; and

(2) [ ] has, [√] has not paid or agreed to pay to any person or company employed or retained to solicit or obtain this contract any commission, percentage, brokerage, or other fee contingent upon or resulting from the award of this contract.

(c) If the answer to either (a)(1) or (a)(2) above is affirmative, the bidder shall make an immediate and full written disclosure to the PHA/IHA Contracting Officer.

(d) Any misrepresentation by the bidder shall give the PHA/IHA the right to (1) terminate the contract; (2) at its discretion, deduct from contract payments the amount of any commission, percentage, brokerage, or other contingent fee; or (3) take other remedy pursuant to the contract.

## 3. Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions (applicable to contracts exceeding $100,000)

(a) The definitions and prohibitions contained in Section 1352 of title 31, United States Code, are hereby incorporated by reference in paragraph (b) of this certification.

(b)  The bidder, by signing its bid, hereby certifies to the best of his or her knowledge and belief as of December 23, 1989 that:

(1)  No Federal appropriated funds have been paid or will be aid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of a Member of Congress on his or her behalf in connection with the awarding of a contract resulting from this solicitation;

(2)  If any funds other than Federal appropriated funds (including profit or fee received under a covered Federal transaction) have been paid, or will be paid, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with this solicitation, the bidder shall complete and submit, with its bid, OMB standard form LLL, "Disclosure of Lobbying Activities;" and

(3)  He or she will include the language of this certification in all subcontracts at any tier and require that all recipients of subcontract awards in excess of $100,000 shall certify and disclose accordingly.

(c)  Submission of this certification and disclosure is a prerequisite for making or entering into this contract imposed by section 1352, title 31, United States Code. Any person who makes an expenditure prohibited under this provision or who fails to file or amend the disclosure form to be filed or amended by this provision, shall be subject to a civil penalty of not less than $10,000, and not more than $100,000, for each such failure.

(d)  Indian tribes (except those chartered by States) and Indian organizations as defined in section 4 of the Indian Self-Determination and Education Assistance Act (25 U.S.C. 450B) are exempt from the requirements of this provision.

## Organizational Conflicts of Interest Certification

The bidder certifies that to the best of its knowledge and belief and except as otherwise disclosed, he or she does not have any organizational conflict of interest which is defined as a situation in which the nature of work to be performed under this proposed contract and the bidder's organizational, financial, contractual, or other interests may, without some restriction on future activities:

(a)  Result in an unfair competitive advantage to the bidder; or,

(b)  Impair the bidder's objectivity in performing the contract work.

[v]  In the absence of any actual or apparent conflict, I hereby certify that to the best of my knowledge and belief, no actual or apparent conflict of interest exists with regard to my possible performance of this procurement.

## 5.   Bidder's Certification of Eligibility

(a)  By the submission of this bid, the bidder certifies that to the best of its knowledge and belief, neither it, nor any person or firm which has an interest in the bidder's firm, nor any of the bidder's subcontractors,  is ineligible to:

(1)  Be awarded contracts by any agency of the United States Government, HUD, or the State in which this contract is to be performed; or,

(2)  Participate in HUD programs pursuant to 24 CFR Part 24.

(b)  The certification in paragraph (a) above is a material representation of fact upon which reliance was placed when making award. If it is later determined that the bidder knowingly rendered an erroneous certification, the contract may be terminated for default, nd the bidder may be debarred or suspended from participation in ,UD programs and other Federal contract programs.

## 6.   Minimum Bid Acceptance Period

(a)  "Acceptance period," as used in this provision, means the number of calendar days available to the PHA/IHA for awarding a contract from the date specified in this solicitation for receipt of bids.

(b)  This provision supersedes any language pertaining to the acceptance period that may appear elsewhere in this solicitation.

(c)  The PHA/IHA requires a minimum acceptance period of [Contracting Officer insert time period] calendar days.

(d)  In the space provided immediately below, bidders may specify a longer acceptance period than the PHA's/IHA's minimum requirement.  The bidder allows the following acceptance period: calendar days.

(e)  A bid allowing less than the PHA's/IHA's minimum acceptance period will be rejected.

(f)  The bidder agrees to execute all that it has undertaken to do, in compliance with its bid, if that bid is accepted in writing within (1) the acceptance period stated in paragraph (c) above or (2) any longer acceptance period stated in paragraph (d) above.

## 7.   Small, Minority, Women-Owned Business Concern Representation

The bidder represents and certifies as part of its bid/ offer that it --

(a)  [ ] is, [v] is not a small business concern. "Small business concern," as used in this provision, means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding, and qualified as a small business under the criteria and size standards in 13 CFR 121.

(b)  [ ] is, [v] is not a women-owned business enterprise. "Women-owned business enterprise," as used in this provision, means a business that is at least 51 percent owned by a woman or women who are U.S. citizens and who also control and operate the business.

(c)  [ ] is, [v] is not a minority business enterprise. "Minority business enterprise," as used in this provision, means a business which is at least 51 percent owned or controlled by one or more minority group members or, in the case of a publicly owned business, at least 51 percent of its voting stock is owned by one or more minority group members, and whose management and daily operations are controlled by one or more such individuals. For the purpose of this definition, minority group members are:

(Check the block applicable to you)

[ ] Black Americans            [ ] Asian Pacific Americans

[ ] Hispanic Americans         [ ] Asian Indian Americans

[ ] Native Americans           [ ] Hasidic Jewish Americans

## 8.   Indian-Owned Economic Enterprise and Indian Organization  Representation (applicable only if this solicitation is for a contract to be performed on a project for an Indian Housing Authority)

The bidder represents and certifies that it:

(a)  [ ] is, [v] is not an Indian-owned economic enterprise. "Economic enterprise," as used in this provision, means any commercial, industrial, or business activity established or organized for the purpose of profit, which is at least 51 percent Indian owned. "Indian," as used in this provision, means any person who is a member of any tribe, band, group, pueblo, or community which is recognized by the Federal Government as eligible for services from the Bureau of Indian Affairs and any "Native" as defined in the Alaska Native Claims Settlement Act.

(b)  [ ] is, [v] is not an Indian organization. "Indian organization," as used in this provision, means the governing body of any Indian tribe or entity established or recognized by such governing body. Indian "tribe" means any Indian tribe, band, group, pueblo, or

community including Native villages and Native groups (including corporations organized by Kenai, Juneau, Sitka, and Kodiak) as 'efined in the Alaska Native Claims Settlement Act, which is acognized by the Federal Government as eligible for services from the Bureau of Indian Affairs.

### 9.  Certification of Eligibility Under the Davis-Bacon Act (applicable to construction contracts exceeding $2,000)

(a)  By the submission of this bid, the bidder certifies that neither it nor any person or firm who has an interest in the bidder's firm is a person or firm ineligible to be awarded contracts by the United States Government by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

(b)  No part of the contract resulting from this solicitation shall be subcontracted to any person or firm ineligible to be awarded contracts by the United States Government by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

(c)  The penalty for making false statements is prescribed in the U. S. Criminal Code, 18 U.S.C. 1001.

### 10.  Certification of Nonsegregated Facilities (applicable to contracts exceeding $10,000)

(a)  The bidder's attention is called to the clause entitled **Equal Employment Opportunity** of the General Conditions of the Contract for Construction.

(b)  "Segregated facilities," as used in this provision, means any waiting rooms, work areas, rest rooms and wash rooms, restaurants and other eating areas, time clocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, and housing facilities provided for employees, that are segregated by explicit directive or are in fact segregated on the basis of race, color, religion, or national origin because of habit, local custom, or otherwise.

(c)  By the submission of this bid, the bidder certifies that it does not and will not maintain or provide for its employees any segregated facilities at any of its establishments, and that it does not and will not permit its employees to perform their services at any location under its control where segregated facilities are maintained.  The bidder agrees that a breach of this certification is a violation of the Equal Employment Opportunity clause in the contract.

(d)  The bidder further agrees that (except where it has obtained identical certifications from proposed subcontractors for specific time periods) prior to entering into subcontracts which exceed $10,000 and are not exempt from the requirements of the Equal Employment Opportunity clause, it will:

(1)  Obtain identical certifications from the proposed subcontractors;

(2)  Retain the certifications in its files; and

(3)  Forward the following notice to the proposed subcontractors (except if the proposed subcontractors have submitted identical certifications for specific time periods):

**Notice to Prospective Subcontractors of Requirement for Certifications of Nonsegregated Facilities**

A Certification of Nonsegregated Facilities must be submitted before the award of a subcontract exceeding $10,000 which is not exempt from the provisions of the Equal Employment Opportunity clause of the prime contract.  The certification may be submitted either for each subcontract or for all subcontracts during a period (i.e., quarterly, semiannually, or annually).

**Note:** The penalty for making false statements in bids is prescribed in 18 U.S.C. 1001.

### 11.  Clean Air and Water Certification (applicable to contracts exceeding $100,000)

The bidder certifies that:

(a)  Any facility to be used in the performance of this contract [  ] is, [✓] is not listed on the Environmental Protection Agency List of Violating Facilities:

(b)  The bidder will immediately notify the PHA/IHA Contracting Officer, before award, of the receipt of any communication from the Administrator, or a designee, of the Environmental Protection Agency, indicating that any facility that the bidder proposes to use for the performance of the contract is under consideration to be listed on the EPA List of Violating Facilities; and,

(c)  The bidder will include a certification substantially the same as this certification, including this paragraph (c), in every nonexempt subcontract.

### 12.  Previous Participation Certificate (applicable to construction and equipment contracts exceeding $50,000)

(a)  The bidder shall complete and submit with his/her bid the Form HUD-2530, "Previous Participation Certificate."  If the successful bidder does not submit the certificate with his/her bid, he/she must submit it within three (3) working days of bid opening.  Failure to submit the certificate by that date may render the bid nonresponsive.  No contract award will be made without a properly executed certificate.

(b)  A fully executed "Previous Participation Certificate"

[  ] is, [  ] is not included with the bid.  N/A

### 13.  Bidder's Signature

The bidder hereby certifies that the information contained in these certifications and representations is accurate, complete, and current.

_____   2.1.07
(Signature and Date)

Jerry Colburn
(Typed or Printed Name)

Vice President
(Title)

Overland, Pacific & Cutler, Inc.
(Company Name)

7901 Oakport St., Suite 4800, Oakland, CA 94621
(Company Address)



**OVERLAND
PACIFIC &
CUTLER, INC.**

7901 Oakport Street, Suite 4800

Oakland, CA 94621

510.638.3081 ph

510.638.0750 fax

www.OPCservices.com

February 14, 2007

Mr. Thomas Makin
Dublin Housing Authority
22941 Atherton Street
Hayward, CA 94541

COPY

RE:    Proposal to Provide Relocation Consulting Services for the Arroyo Vista Development
       Project

Dear Mr. Makin:

Overland, Pacific & Cutler, Inc. is pleased to submit its proposal to provide relocation consulting
services to the Dublin Housing Authority (DHA) for the Arroyo Vista Development Project. We
understand project management, a Relocation Plan and relocation assistance services will be
required.

For over 25 years Overland, Pacific & Cutler has provided on-call and project based real estate
services to numerous government agencies including local, regional, state and federal agencies
and has also assisted agencies in developing right of way policies and procedures. With over 100
full-time, acquisition, relocation and property management professionals, and as one of the
largest real estate consulting firms in the nation, Overland, Pacific & Cutler is prepared to provide
a team of relocation specialists to serve as your real estate arm and to work cooperatively with
your staff in order to successfully execute all projects. Our focus on customer service, coupled
with consistent delivery of reliable services and work products, has solidified our position as the
premier firm in this arena.

Overland, Pacific & Cutler's Oakland office will oversee the DHA's Arroyo Vista Project.
Having a national company with a local presence gives you the personal attention needed for the
completion of a successful project, along with the backing of a national, leading firm where
resources are widely available to support the efforts of our local team members and the DHA.

As you may know, our previous work in Alameda County and the Bay Area makes Overland,
Pacific & Cutler the ideal candidate to assist the DHA with the Arroyo Vista Development
Project.

Sincerely,

*Overland, Pacific & Cutler, Inc.*

David Richman, R/W-RAC
Regional Director

176

## Table of Contents

Overland, Pacific & Cutler, Inc. Overview.................................................................................. 3
Knowledge of Relocation Practices, Laws & Regulations ........................................................ 5
Project Approach .................................................................................................................. 6
Proposed Fee........................................................................................................................ 10
Hourly Rate Schedule .......................................................................................................... 11
Task & Hour Breakdown ...................................................................................................... 12
Organization Chart & Responsibilities ................................................................................. 15
Resumes ............................................................................................................................... 17
Project Experience ............................................................................................................... 36
References............................................................................................................................ 42
Availability .......................................................................................................................... 43
Desmond, Marcello & Amster Overview (Sub-Consultant – Appraisals)................................ 44
Knowledge of Relocation Practices, Laws & Regulations ...................................................... 45
Project Approach ................................................................................................................. 46
Proposed Fee with Task & Hour Breakdown ........................................................................ 48
Hourly Rates ....................................................................................................................... 49
Resumes ............................................................................................................................... 50
Project Experience ............................................................................................................... 52
References............................................................................................................................ 53
Availability .......................................................................................................................... 54
Appendix:  Statements & Certifications ................................................................................ 55



# Overland, Pacific & Cutler, Inc. Overview

**Overland, Pacific & Cutler, Inc. (OPC)** provides professional services for clients with projects involving land acquisition, relocation assistance and project management. OPC was established in 1980 to provide these services for housing, community development, redevelopment, public works, transportation, school districts, energy and utilities. The firm's Principals created a company dedicated to providing our professional services with integrity and excellence.

OPC has a commitment to community development, transportation and infrastructure projects across the nation. We understand the expanding role of Public/Private Partnerships in today's changing landscape. OPC recognizes that our professional real estate services bring an essential component to projects that improve America's mobility, build sustainable communities and strengthen our economic vitality.

Our Oakland office places emphasis on the ***implementation*** of land acquisition and relocation assistance for public projects. Mr. David Richman, R/W-RAC, our Northern California Regional Director, and his entire team have a clear vision of providing excellent client service and treating the communities and individuals who are affected by the projects with courtesy and respect. Our local team is committed to providing the Dublin Housing Authority (DHA) with outstanding customer service, professional and knowledgeable real estate personnel and efficient business processes. OPC brings to the DHA:

- A project management team with over two decades of public entity relocation assistance experience

- A permanent full-service office in the City of Oakland with relocation professionals with a history of providing services in communities throughout the Bay Area

- A firm with long-term interests in Northern California and an immediately available, in-place workforce

At Overland, Pacific & Cutler, our people are full-time employees with excellent benefits. Our employees have diverse ethnic backgrounds and multi lingual capabilities. OPC's staff is made up of over 100 acquisition, relocation and management professionals; more than 1/3 of our people can conduct business in English/Spanish, with a total of 13 languages represented.

Our firm provides all disciplines associated with the acquisition of land and right of way, as well as expert relocation assistance and related services. We pride ourselves in our integrated start-to-finish service, which includes project cost studies and estimates, project planning and management, real property and F&E appraisal, site selection and acquisition, right of way acquisitions and negotiations, title and escrow, relocation plan preparation, relocation assistance, goodwill analysis, property management, eminent domain support and expert witness testimony. Our broad range of services can be contracted individually or as a complete package.

The ***significant advantage*** that OPC provides is a deep resource of highly educated, experienced and devoted full time staff. Our professionals consist of licensed real estate brokers, designated Senior Right of Way (SR/WA) professionals and designated Right of Way Relocation Assistance Certified (R/W-RAC) professionals. We take industry leadership very seriously. Senior professionals from our organization routinely make presentations about the changing dynamics of



our profession and participate in all major industry associations including ULI, APWA, CASH, CRA, PAHRA and CALED. OPC is actively involved in the advancement of the right of way profession on local and international levels through our memberships in the IRWA.

OPC has provided real estate related services to hundreds of clients throughout the United States. Our firm has successfully acquired more than 15,000 parcels and has been involved with thousands of projects. Because each acquisition and project may be unique in type and property description, OPC takes great pride in planning its acquisition process accordingly. OPC provides comprehensive relocation assistance services to public and private sector clients. The firm has handled more than 40,000 residential, commercial and industrial relocation cases connected with a broad array of projects and currently averages over 2,000 relocation cases per year. Since all of our work ultimately involves the public, we are keenly sensitive to the human and political aspects of the work we undertake. We believe strongly in thorough planning, budget analysis and above all, communication and building trust.

We know the importance of the timely delivery of needed real estate or right of way to meet project schedules, and do so in a manner that maintains full eligibility for funding participation from other sources. OPC's objective is to provide our clients with exceptional service and innovative solutions while delivering projects in a cost effective manner. Clients across the nation have learned to benefit from the strength of our experience and the commitment of our people.



## Knowledge of Relocation Practices, Laws & Regulations

OPC has experience in program management, working with the requirements of municipal, state and federally funded projects. All services are performed in accordance with the regulations and standards of the acquiring agency and local, state and federal laws. OPC is completely familiar with the following: the Uniform Relocation and Real Property Acquisitions Act, as amended (42 U.S.C. 4601 et seq.), including the recent regulatory changes included in the Federal Highway Acquisition and Relocation Regulations Code 49 of Federal Regulations, Part 24, HUD Handbook 1378, as amended "Tenant Assistance, Relocation and Real Property Acquisition"; California Relocation Assistance Law (Government code 7260 et seq.); California Relocation Regulations Title 25 (California Code of Regulations 6000 et seq.); Caltrans Right of Way Manual Acquisition Guidelines; and the 24 CFR Part 983, Department of Housing and Urban Development.

OPC's Oakland staff is continually providing relocation services to various agencies and developers in the Bay Area. The Oakland staff has been trained and is thoroughly familiar with the rules and regulations necessary to develop and implement a relocation program necessary to successfully complete the Arroyo Vista Development Project (Project).

From working with the agency, the residents and potential landlords, OPC staff builds the necessary relationship to meet the DHA's objectives. Building relationships…it's what we do.



## Project Approach

The key to success for the Project is communication:

- Communication with the resident by eliminating any misconceived perceptions that they're losing their affordable housing
- Communication with potential landlords by educating them in the Section 8 program assisting residents in completing applications and expediting the processing of claims for security deposits and credit checks
- Communication with the DHA in developing an attainable schedule, signing up new landlords into the Section 8 program, arranging for HQS inspections and developing and implementing the Section 8 home ownership opportunities

The basis of OPC's work plan is the formation of a highly qualified team of professionals, who have the experience in providing these services for public agencies, as well as who have the technical expertise required to successfully relocate the displaced occupants.

The overriding goal in our approach is to complete our work in a timely and technically correct manner, as well as to treat people impacted by the project in a respectful and equitable manner. It is imperative that we address the displacees' concerns equitably while attaining the goals of the DHA's project. The benefits of this approach are cost effectiveness, reduction in project delays and an increase in the public's confidence in the DHA.

Although our work plan anticipates completing all the scope items listed in the RFP, to successfully complete any project assigned by the DHA, a work plan that is more than just following a step by step method will be necessary. The underlying philosophy of our work plan considers both the DHA as the client and the individuals affected by the project. This philosophy translates into a continued personal presence and an interest in providing whatever services are necessary. Examples of this type of assistance which will be implemented by the OPC team are:

- Being available to displacees at their convenience
- Taking the time to go over the relocation program as many times as necessary
- Driving residents to available replacement sites
- Working with landlords, property managers, real estate agents, escrow and loan officers to secure replacement sites for residents and businesses
- Listening to, and being compassionate towards, residents and business owners going through a process that generally affects their lives in a stressful manner
- Processing claims and payments expeditiously

OPC's experience in relocating Section 8 tenants in the communities of the Bay Area will prove invaluable to the success of this Project. A detailed description of OPC's Scope of Services is listed on the following page:



*Program & Project Management Services*

- Preparation of a comprehensive project planning worksheet designed to ensure all project elements are considered and the work plan and the DHA's policies are clearly understood.

- Comprehensive initial project planning, including policy and budget and timing analysis and participation in informational meetings with the public and official representatives.

- Tracking and managing all budgetary-related aspects of the project associated with OPC's Scope of Work.

- Assisting with the development of administrative policies, procedures and forms necessary to carry out the initial program.

- Ongoing general consultation and project coordination with the DHA, social service agencies, governmental entities and project team members.

- Representation of the DHA at public meetings, hearings and litigation related matters.

- Preparation of tracking reports that monitor the completion of project milestones of the various disciplines involved on the project.

- Preparation and presentation of a monthly written status report based on the agreed-upon guidelines on information to be provided. Confer weekly with the DHA verbally on general status, problem areas, and progress.

- Coordination with federal and state oversight agencies such as Caltrans, HUD, FHWA, FAA, and FTA.

- Subcontracting for and managing all necessary disciplines needed for the project.

*Relocation Plan Preparation Services*

- Interview all potentially affected occupants to determine relocation needs. The interview queries business needs, special licensing or zoning needs, needed permits, information on trade areas, special moving requirements, etc. The interview also queries household information such as: the number, ages and gender of all occupants, income of the household, distance to employment and utilized neighborhood services, special needs of the household, etc.

- Hold residential community meetings and workshops.

- Research the marketplace for available replacement locations.

- Compile statistics on available housing and business replacement sites.

- Calculate potential project costs.

- Present draft relocation plan to the DHA.



- Distribute plan to project participants and make it available for public inspection.

- Make any needed revisions brought up during the public review period.

- Participate in adoption presentation meeting.

*Relocation Assistance Program Implementation Services*

- Secure basic case information and set up case file; maintain the necessary case documentation and contact diary throughout the course of our involvement with the claimant.

- Conduct initial in-depth field interview with claimant: Document rent, income, family size, names/ages of occupants and determine relocation needs, preferences and special requirements; provide general information notices and brochure; explain relocation process, rights and benefits available.

- Provide on-going advisory assistance to minimize hardships on claimants, including referrals to and coordination with community service resources, public housing and other public services as needed.

- Document rent with rental agreement, receipts, or economic rent if needed.

- Document/verify income using pay stubs, budget worksheets, tax returns, certification, and/or cash affidavit as necessary.

- Assist with the reconciliation of FF&E ownership among owner and business tenant.

- Search for and document comparables for each claimant: provide initial referrals and three sets of additional housing referrals every 4-6 weeks as necessary; secure written suitability feedback of all site referrals from business claimants until OPC recommends at least one appropriate site or determines that no such site exists.

- Prepare letter of eligibility based on most appropriate comparable or rent schedule, and seek authorization of the DHA.

- Deliver letter of eligibility to claimant, discuss findings and impacts to occupants' particular needs. Amend the letter of eligibility one additional time if the economics of the comparable's availability changes over the course of our assignment.

- Prepare and deliver 90-day notices to vacate no later than 12 weeks after general information notices have been delivered.

- Work with potential landlords educating them of the benefits of a Section 8 tenant.

- Assist residents in completing rental applications.

- Coordinating with the Housing Authority in completing HQS inspections.



- Arrange for transportation to view replacement sites if needed; assist claimants with their selection of a replacement site, with lease offers, with review of rental agreements, and with move bids or fixed moving payment.

- Inspect selected site to ensure it meets decent, safe, and sanitary requirements.

- Monitor the replacement site escrow and explain the relocation process to agent and escrow officer as necessary.

- Review and discuss claimants' moving plans, build-out specifications and personal property inventory and coordinate eligibility limitations in advance of physical move.

- Verify vacation of the displacement site and secure a certificate of abandonment.

- Determine eligibility for proposed amount of relocation benefits, including actual and reasonable moving payments, rental/purchase differential payments, re-establishment payments, and fixed payments as applicable.

- For residential moves, secure and process an advance claim to assist with the move, and a second final claim incorporating the moving costs and rental/purchase differential payment once family has moved to selected displacement site. For non-residential moves, secure and process moving assistance, re-establishment, in-lieu, or settlement claims ensuring that no item was duplicated in the acquisition process.

- Each claim will be signed by the claimant, supported by appropriate back-up (written bids, schedules, receipts, etc.), and will be reviewed by OPC's project manager for recommendation before submitting to the DHA for approval. Each claim check will be delivered to claimant in person (as feasible) and a receipt of payment will be secured.

## *Supplemental Relocation Assistance Services (optional service)*

- Provide support to the DHA for claimant appeals.

- Provide additional site referrals beyond that which was presented in Scope of Work.

- Continue to work with claimant beyond 180 days from general information notice.

- Aid eminent domain counsel with loss of business goodwill defense, preparation of support necessary to justify all-inclusive settlement for relocation and loss of business goodwill, and preparation of settlement agreements.

- Administer periodic payments of relocation benefits.

- Written translation services if needed by OPC and requested by the DHA or claimant. Oral translations services other than Spanish or Chinese if needed by OPC and requested by the DHA or claimant.

- Intensive move planning, administration, and physical move coordination services in complex or hardship cases.



## Proposed Fee

The not-to-exceed fee for the proposed project follows:

| Arroyo Vista Development Overland, Pacific & Cutler, Inc. | |
|---|---|
| Relocation Plan (Based upon 151 cases) | $  35,000 |
| Residential Relocation Cases – 150 @ $3,300 per case | $ 495,000 |
| Business Relocation – 1 @ $5,000 per case | $    5,000 |
| Project Management/Consulting | $  70,000 |
| **TOTAL\*** | $ 605,000 |

\*For activities associated with the attached Scope of Services, OPC may submit monthly invoices for the relocation services rendered based on the hourly rate schedule provided. However, in no event will OPC's total hourly billing exceed the total per case rate without prior authorization from the DHA. Additional cases identified during the implementation of the Project or delays which take the relocation process past six months, and/or substantial changes in the required scope of work are items which may result in the revision of the proposed fee.



# Hourly Rate Schedule

| 2007 Schedule of Hourly Rates Overland, Pacific & Cutler, Inc. | |
| --- | --- |
| Regional Director | $150.00 per hour |
| Sr. Project Manager | $135.00 per hour |
| Project Manager | $125.00 per hour |
| Senior Consultant | $115.00 per hour |
| Consultant | $105.00 per hour |
| Project Support | $ 70.00 per hour |
| Secretarial/Clerical | $ 40.00 per hour |

OPC considers photocopying, first class postage, telephone, facsimile and cellular communication charges as a normal part of doing business. These charges are included in the stated hourly rates. Out-of-pocket expenses – outside exhibit preparation, requested overnight courier or registered and/or certified mail (return receipt requested) charges and, specialty reproduction – unless otherwise specified, are in addition to the contract amount and will be charged at cost plus ten percent (+10%) for administration, coordination and, handling. Subcontracted services – other than those listed above – will be invoiced at cost plus ten percent (+10%).

In the event OPC is required to perform any act in relation to litigation arising out of any project of the DHA, whether that be expert consulting or responding to a complaint or proceeding with discovery and trial, such services are not part of this contract, nor are they part of our normal fees and, if required, shall be invoiced at two times hourly rates.

In the event this contract extends twelve (12) months beyond the initial date of execution, the hourly rates and any remaining amount in the contract shall be adjusted upwardly by approximately five percent (5%) per annum, compounded annually, on the anniversary date of this contract.



| Task | Staff Member with Billing Rate Per Hour | | | Total hrs/ Total Fees |
|---|---|---|---|---|
| | Regional Director (Project Manager) $150/hour | Sr. Consultant or Consultant $115 or $110/hour | Project Support Specialist $70/hour | |
| *Program & Project Management Services* | | | | |
| Preparation of a comprehensive project planning worksheet | 2 | | | |
| Comprehensive initial project planning | 20 | | | |
| Track and manage all budgetary-related aspects of the project associated with OPC's Scope of Work | 20 | | | |
| Assist with the development of administrative policies, procedures and forms | 20 | | | |
| Ongoing general consultation and project coordination | 50 | | | |
| Representation of the DHA | 10 | | | |
| Preparation of tracking reports | 10 | 20 | 10 | 5 |
| Preparation and presentation of a monthly written status report | 20 | 18 | 10 | |
| Confer weekly with the DHA | 100 | | | |
| Coordination with federal and state oversight agencies | 5 | | | |
| QA/QC | 150 | | | |
| Subcontract for and manage all necessary disciplines | 10 | | | |
| **Total Hours for Program & Project Management Services** | 417 | 38 | 20 | 475 |
| **Total Billing Amount** | $ 62,550.00 | $ 4,370.00 | $ 1,400.00 | $ 68,320.00 |
| *Relocation Plan Preparation Services* | | | | |
| Interview all potentially affected occupants | | 135 | | |
| Research the marketplace | | 25 | 75 | |
| Compile statistics | | 20 | 20 | |
| Residential Community meetings and workshops | 5 | 10 | | |
| Calculate potential project costs | 3 | | | |
| Draft Plan | 15 | | | |
| Present draft relocation plan to the DHA | 3 | | | |
| Distribute plan to project participants and make it available for public inspection | | | 16 | |
| Make any needed revisions | 5 | | | |
| Participate in adoption presentation meeting | 3 | | | |
| **Total Hours for Relocation Plan Preparation Services** | 34 | 190 | 111 | 335 |
| **Total Billing Amount** | $ 5,100.00 | $ 21,850.00 | $ 7,770.00 | $ 35,055.00 |

187

| Task | Staff Member with Billing Rate Per Hour | | | Total Hours/ Total Fees |
| --- | --- | --- | --- | --- |
| | Regional Director (Project Manager) $150/hour | Sr. Consultant or Consultant $115 or $110/hour | Project Support Specialist $70/hour | |
| *Relocation Assistance Program Implementation Services* | | | | |
| Secure basic case information and set up case file; maintain the necessary case documentation and contact diary | | | 16 | |
| Conduct initial in-depth field interview with claimant | | 150 | | |
| Provide on-going advisory assistance to minimize hardships on claimants | | 450 | | |
| Document rent | | | | |
| Document/verify income | | | | |
| Assist with the reconciliation of FF&E ownership | | 2 | | |
| Search for and document comparables for each claimant | | 150 | 260 | |
| Prepare letter of eligibility | | 150 | 250 | |
| Deliver letter of eligibility to claimant, discuss findings and impacts to occupants' particular needs. | | 225 | | |
| Work with potential Landlord | | 300 | | |
| Assist residents in completing rental applications | | 150 | | |
| Coordinate with Housing Authority –HQS and contracting | | 150 | | |
| Prepare and deliver 90-day notices to vacate | | 225 | 8 | |
| Arrange for transportation to view replacement sites if needed; assist claimants with their selection of a replacement site | | 450 | | |
| Inspect selected site | | 300 | | |
| Monitor the replacement site escrow and explain the relocation process to agent or escrow officer | | 50 | | |
| Review and discuss claimants' moving plans, build-out specifications and personal property inventory and coordinate eligibility limitations in advance of physical move | | 10 | | |
| Verify vacation of the displacement site and secure a certificate of abandonment | | 225 | | |
| Determine eligibility for proposed amount of relocation benefits | | 75 | | |
| For residential moves, secure and process an advance claim to assist with the move, and a second final claim incorporating the moving costs and rental payment | | 300 | | |

| Task | Staff Member with Billing Rate Per Hour | | | Total Hours/ Total Fees |
| --- | --- | --- | --- | --- |
| | Regional Director (Project Manager) $150/hour | Sr. Consultant or Consultant $115 or $110/hour | Project Support Specialist $70/hour | |
| For non-residential moves, secure and process moving assistance, re-establishment, in-lieu, or settlement claims | | 5 | | |
| Claim review | | 225 | | |
| Check delivery claimant in person (as feasible) | | 300 | | |
| Total Hours for Relocation Assistance Program Implementation Services | 0 | 4042 | 534 | 4576 |
| Total Billing Amount | $    - | $  464,830.00 | $  37,380.00 | $  502,210.00 |
| *Supplemental Relocation Assistance Services (optional service)* | | | | |
| Provide support to the DHA for claimant appeals | | | | |
| Provide additional site referrals beyond that which was presented in Scope of Work | | | | |
| Continue to work with claimant beyond 180 days from general information notice | | | | |
| Aid eminent domain counsel with loss of business goodwill defense, preparation of support necessary to justify all-inclusive settlement for relocation and loss of business goodwill, and preparation of settlement agreement | | | | |
| Administer periodic payments of relocation benefits | | | | |
| Security, or dual consultant services which may be necessary in hostile/violent household | | | | |
| Translation services (other than Spanish) if needed | | | | |
| Intensive move planning, administration, and physical move coordination services in complex or hardship cases | | | | |
| Total Hours for Supplemental Relocation Assistance Services | 0 | 0 | 0 | 0 |
| Total Billing Amount | $    - | $    - | $    - | $    - |
| *Project Total* | | | | |
| Total Hours | 451 | 4270 | 665 | 5386 |
| Total Billing Amount | $  67,650.00 | $  491,050.00 | $  46,550.00 | $  605,250.00 |

189

## Organization Chart & Responsibilities

The following organization chart depicts project assignments and hourly billing rates of the proposed staff.





*Responsibilities*

Mr. David Richman, R/W-RAC, Northern California Regional Director, will serve as the Project Manager and will assume overall responsibility for the team's project activities. His duties will include the organization and tasking of assignments to OPC staff, entitlement determinations to present to the DHA, approval of all notices and claims prior to submission to the DHA for approval and project timeline management. His project management services will also include: coordinate with DHA staff/consultants to discuss the progress of individual cases, maintain the project schedule, provide monthly status reports, represent the DHA in meetings with citizen groups, project area committees, and/or DHA and provide general consulting relative to the project.

The relocation team members will provide relocation assistance services including, but not limited to, advisory services for the displacees, preparation and delivery of all required forms and notices, collection of support documentation for income and rent determinations, comparable housing identification, DS&S and abandonment inspections, preparation of claims for relocation benefits and check disbursements.

The project support team member will issue all mailings, perform administrative functions, assist in identifying replacement housing and site resources, maintain case management and computer file maintenance and support property management efforts, if necessary.

The sub-consultant, Desmond, Marcello & Amster, will be responsible for all appraisal services, including F&E appraisal and loss of business goodwill, if necessary.



## Resumes

The following resumes detail the qualifications of our proposed Northern California staff.



# David Richman, R/W-RAC
## Regional Director
Overland, Pacific & Cutler, Inc.

## Professional Credentials

**Initial Year in Industry:** 2000
**Initial Year with OPC:** 2000

### Education:

Bachelor of Science in Business
  Management, California State University,
  Northridge
Graduate Coursework in Business
  Management, University of Southern
  California

### IRWA Courses:

103 – Ethics
501 – Relocation Assistance
502 – Business Relocation
503 – Mobile Homes
504 – Computing Replacement Housing
  Payments
506 – Advanced Business Relocation

Certification as Relocation Assistance
  Specialist

### In-House Training:

Uniform Act Revisions
Basic Residential Relocation
Basic Business Relocation
Advanced Business Relocation

## Overview

As the Northern California Regional Director for Overland, Pacific & Cutler, Inc., Mr. Richman has full management, scheduling and fiscal responsibilities for operations in Oakland and Sacramento. He is responsible for the preparation of Replacement Housing Plans, Relocation Plans and replacement housing needs analyses, cost studies, relocation impact studies and general informational brochures. He is a Project Manager on large-scale acquisition/relocation projects involving both residential and business occupants. He maintains schedules, budgets, manpower requirements and provides relocation assistance services. These projects have involved a variety of funding sources that require compliance with the Federal Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970 (URA), as well as State of California relocation assistance law and guidelines.

Mr. Richman has been instrumental in delivering projects on time and on budget using creative solutions for difficult situations. Mr. Richman speaks at public meetings, conferences and citizen participation groups; markets company services; and prepares marketing proposals. He is also actively involved in OPC's in-house training program.

## Project Examples

**South County Housing** – Salinas Road, Royal Court, Villa Cholino, 111 Barson Street Projects – Project Manager on a HUD funded rehabilitation project involving 60 temporary and permanent displacees. Other projects included numerous residential and business relocations.

**Fireside Affordable Housing** – Fireside Motel Project – Project Manager for a HUD funded affordable housing development in Mill Valley; Project involved the demolition of a motel that displaced very low-income residents from 26 units.

**Volunteers of America, California, Colorado, Michigan and Delaware** – Denver, Tennyson, Knollwood Apartments, Greenbriar Apartments and Delaware Projects – Prepared the relocation program, wrote the relocation plan and provided oversight of program implementation and auditing of files for these HUD funded projects.

**Mission Housing** – Mariposa Gardens – Project Manager for a HUD funded apartment building rehabilitation project involving the temporary displacement of 64 units.



## David Richman, R/W-RAC
### Regional Director
Overland, Pacific & Cutler, Inc.
(Continued)

**Professional Affiliations:**

President – Board of Directors, Mountain
Meadows Mutual Water Company
Member, California Association of Licensed
Investigators (CALI)
Member, Defense Investigators Association
(DIA)
Member, International Right of Way
Association (IRWA)
Member, Community Redevelopment
Association (CRA)
Member, California Association for Local
Economic Development (CALED)

**Recipient Medal of Valor**

**Ventura County** – Matilija Dam Project – Performed a cost study for the relocation of households affected by the removal of the dam and restoration of the surrounding areas .

**Ventura County Flood Control** – Water District Project – Successfully provided relocation assistance services for 4 residential occupants for this flood control project.

**Ventura County Transportation Commission** – Lewis Road Project – Project Manager and caseworker for 8 businesses and 1 residential occupant for this road widening, interchange and Metrolink station project. Work was completed in accordance with federal guidelines and Caltrans oversight.

**Housing Authority of the County of Los Angeles** – West Knoll Apartments & Palm Apartments Project – Project Manager for 270 temporary relocations of elderly and an ethnically diverse population for a rehabilitation project.

**City of Moorpark Redevelopment Agency** – Project Manager for the expansion of the civic center, which displaced 31 residential occupants, 28 of whom were in a mobile home park. Prepared a Relocation Plan/Mobile Home Conversion Report in compliance with state law and guidelines.

**California State Parks** – Topanga State Park Project – Project Manager for a state park project in Malibu, which required the relocation of 77 long-term residential occupants and 25 businesses. Assisted in the preparation of a necessary relocation plan, oversaw property management and assisted the Attorney General's Office in litigation support.

**Los Angeles Unified School District** – East Valley High #3, North Hollywood Elementary #3, Alexandria New Elementary, Cahuenga New Elementary, Ramona New Elementary, East Valley New High #1B, North Hollywood Primary Center #4, Santa Monica New Primary Center Projects – Project Manager responsible for 8 school sites and approximately 300 residential and business relocation cases; worked with the local Housing Authority on issuing Section 8 vouchers to displacees for both home ownership and rental opportunities.

**City of West Hollywood** – La Brea Gateway Project – Responsible for the relocation of 7 business tenants and 1 non-profit organization.

**Metropolitan Transportation Authority** – San Fernando Valley Rail Project – Project Manager and case worker responsible for the oversight and relocation of 65 businesses and 7 households.

**John Stewart Company** – Richmond Town Homes Project – Project Manager for this rehabilitation Project involving 192 temporary moves.



**David Richman, R/W-RAC**
**Regional Director**
Overland, Pacific & Cutler, Inc.
**(Continued)**

Casa Feliz Project – Project Manager for the San Jose project where 60 residents with special needs were permanently displaced; attention to detail was critical for the project's success.

**Los Angeles World Airports** – Palmdale Airport – Project Manager and case worker responsible for developing a relocation and acquisition program to avoid and settle pending litigation. Worked closely with LAWA personnel and the City Attorney's office.

**City of Burbank** – Peyton-Grismer, Fairview/Catalina Apartments, Valencia, 157 Linden/159 Linden/160 Elm Projects – Project Manager on numerous projects involving over 150 temporary and permanent displacements. Prepared relocation and replacement housing plans.

**Fairfield Redevelopment Agency** –730 Great Jones, North PACE, Texas Street and North Texas Street Projects – Project Manager for these multiple projects which consisted of over 68 displacees in total.

Page 20

195

# Tammie Bedlington, R/W-RAC
# Senior Project Manager
Overland, Pacific & Cutler, Inc.

## Professional Credentials

**Initial Year in Industry:** 1996
**Initial Year with OPC:** 2000

## Education:

Completed California Department of Real
   Estate Courses
Passed the California Department of Real
   Estate Exam
Real Estate Principles

## IRWA Courses:

100 – Principles of Right of Way Acquisition
501 – Relocation Assistance
502 – Business Relocation
503 – Mobile Homes
504 – Computing Replacement Housing
   Payments
505 – Advanced Relocation Assistance
   (Residential)
506 – Advanced Relocation Assistance
   (Business)
202 – Principles of Real Estate Negotiations
202 – Interpersonal Relations in Real Estate

## National Highway Institute Courses:

141030 – Advanced Relocation under the
   Uniform Act

## In-House Courses:

Uniform Act Revisions

## Overview

Ms. Bedlington has been employed with the firm since 2000 and has been in the real estate industry since 1996. As a Senior Project Manager for Overland, Pacific & Cutler, Inc., she is responsible for managing both large and small relocation projects involving residential and business occupants. Duties include managing staff and preparing relocation plans, needs analysis, cost studies and relocation impact studies. Ms. Bedlington speaks at public meetings and citizen participation groups, markets company services and prepares marketing proposals.

Ms. Bedlington has managed numerous projects for non-profit developers and local housing authorities such as Mercy Housing of California, Turning Point Communities Program and Community Housing Opportunities Corporation. She is experienced in the interpretation and application of local, state and federal relocation assistance rules and programs such as URA, HUD 104(d) and HOME, FAA, FTA, California HCD and other special regulations.

## Project Examples

**Transportation**

**Reno Transportation Commission** – Reno/Sparks Bus Transit Centers Project – Served as Senior Relocation Project Manager for the development of two transit centers in Reno and Sparks, Nevada; responsible for providing relocation assistance to 194 occupants of residential hotels and 8 commercial enterprises. The Project involved compliance with the Uniform Act, as well as the funding agency's appraisal and acquisition procedures for approval of just compensation.

**California Local Public Agencies**

**Redevelopment Agency for the City of Sacramento** – 700 & 800 Block of K Street Project – Senior Project Manager on a large-scale commercial and residential project in Downtown Sacramento involving 27 commercial tenants and 15 residential tenants.

926 J Street Project – Senior Project Manager on a project involving 7 commercial tenants in Downtown Sacramento.

**Redevelopment Agency for the City of Stockton** – Block 52 Project – Senior Project Manager on a project involving 6 residential tenants.

**Chico Redevelopment Agency** – Comanche Creek Project – Senior Project Manager for 3 commercial tenants.



# Tammie Bedlington, R/W-RAC
## Senior Project Manager
Overland, Pacific & Cutler, Inc.
**(Continued)**

**Professional Affiliations:**

International Right of Way Association
 R/W-RAC Certification
 Currently serving as the Region 1
 Relocation Representative and the Chapter
 27 Treasurer
Member, Community Redevelopment
 Association (CRA)
Member, California Association for Local
 Economic Development (CALED)

**Awards(s):**

2004 IRWA Chapter 27's "Professional of
 the Year"

**Sacramento Housing and Redevelopment Agency** – Various Projects – Senior Project Manager on numerous projects involving residential and business relocations, including the HUD funded Franklin Villa Project that impacted more than 150 residential tenants and homeowners and the Del Paso Nuevo CDBG Project where she assisted in relocating over 50 residential occupants.

**City of Redding** – Parkview Neighborhood Project – Project Manager for over 70 residential relocation cases in a difficult social setting.

**City of Citrus Heights** – Greenback Road Widening Project – Relocated 32 residential cases under Caltrans oversight.

**City of Roseville** – I-80/Douglas Interchange Project – Senior Project Manager for 5 business relocation cases under Caltrans oversight.

**City of Oakdale** – City Hall Expansion Project – Senior Project Manager responsible for residential and business relocation assistance.

**City of Stockton** – Hunter Street Project – Responsible for business relocation assistance for this project.

**Sacramento Regional Transit District** – Amtrak/Folsom Corridor Project – Relocation Consultant for the Sacramento Regional Transit District; Project involved the relocation of residential tenants and owner-occupants, as well as businesses with special needs.

**Private Developers**

**Avenue Commons, LLC** – Condominium Conversion Project – Responsible for preparing a Tenant Relocation Assistance Plan in accordance with the City of Roseville's Condominium Conversion Ordinance; involved interviewing 215 households, gathering statistical information and preparing a document that would assist the developer with the implementation of their relocation assistance program.

**BC Laguna Oaks, LLC** – Condominium Conversion Project – Responsible for preparing a Tenant Relocation Assistance Plan in accordance with the City of Elk Groves' Condominium Conversion Ordinance; involved interviewing 152 households, gathering statistical information and preparing a document that would be in compliance with the City's ordinance and assist the developer with the implementation of their relocation assistance program.

**Brenson Corporation** – Condominium Conversion Project – Responsible for preparing a Tenant Relocation Assistance Plan in accordance with the City of Roseville's Condominium Conversion



**Tammie Bedlington, R/W-RAC**
**Senior Project Manager**
Overland, Pacific & Cutler, Inc.
**(Continued)**

Ordinance; involved interviewing 155 households, gathering statistical information and preparing a document that would be in compliance with the City's ordinance and assist the developer with the implementation of their relocation assistance program.

**Northrop, LLC** – Condominium Conversion Project – Responsible for preparing a Tenant Relocation Assistance Plan in accordance with the City of Sacramento's Condominium Conversion Ordinance; involved interviewing 256 households, gathering statistical information and preparing a document that would be in compliance with the City's ordinance and assist the developer with the implementation of their relocation assistance program.

**The Cascades, LP** – Affordable Housing Project –Responsible for preparing a Tenant Relocation Assistance Plan in compliance with statutory requirement and for preparing and evaluating the present circumstances and replacement housing requirements for 112 households.

School Districts

**Oakdale Joint Unified School District** – High School Expansion Project – Relocated 32 residential occupants.

**Non-Profit Agencies**

**Eden Housing Corporation** – Union Court Apartments Project – Senior Project Manager responsible for the relocation of 13 residential cases; Project was classified under the requirements of 104(d).

**Community Housing Opportunities Corp.** – Dana Woodland Trailer Park Rehabilitation Project – Senior Project Manager responsible for preparing a Tenant Relocation Plan that included evaluating the present circumstances and replacement housing requirements for 20 RV tenants, 9 mobile home tenants, 1 residential tenant and 2 commercial tenants; was directly involved in the implementation of relocation for the displaced project occupants.

**Past Relevant Experience**

**Consultant and Assistant Project Manager**
Cinnabar Service Company; Tulsa, Oklahoma, 1996 – 2000
The following projects were completed with Cinnabar Service Company:

**State of Rhode Island Department of Transportation** – Interstate I-195 Business Relocation Pilot Project – Served as Assistant Project Manager/Senior Relocation Specialist; the Pilot Project involved the relocation of over 150 businesses where enhanced relocation benefits were provided with Federal Highway



**Tammie Bedlington, R/W-RAC**
**Senior Project Manager**
Overland, Pacific & Cutler, Inc.
**(Continued)**

Administration approval and oversight. Worked closely with FHWA and RIDOT to implement the Project federal procedures and to monitor and document the results of the project. The results of the Project were used in a national study conducted by FHWA to analyze the adequacy of relocation benefits provided to businesses under the Uniform Act relocation regulations.

**State of Oklahoma** – Various Projects – Served as a Relocation Consultant on 20 capital improvement projects; provided relocation assistance to over 50 residential and business occupants.



199

# John Morris
## Senior Consultant
Overland, Pacific & Cutler, Inc.

### Professional Credentials

**Initial Year in Industry:** 2001
**Initial Year with OPC:** 2001

### Education:

MA in Slavic Studies
   University of Toronto, Ontario, Canada;
MA in Multicultural Ministry Franciscan
   School of Theology, Berkeley, CA
BA in Russian Language and Literature
   Brown University, Providence, RI

### IRWA Courses:

501 – Relocation Assistance

### National Highway Institute Courses:

141045 – Real Estate Acquisition Under the
   Uniform Act: An Overview

### In-House Courses:

Uniform Act Revisions
Basic Residential Relocation
Advanced Residential Relocation
Basic Business Relocation
Advanced Business Relocation

### Professional Affiliations:

Member, Community Redevelopment
   Association (CRA)
Member, California Association for Local
   Economic Development (CALED)

### Overview

Mr. Morris provides relocation advisory assistance and relocation financial assistance to displaced persons and businesses as a result of acquisition of real property for public use. He provides written informational statements outlining benefits, assistance and grievance procedures and other advisory services to displacees in order to minimize hardships. Mr. Morris works especially well with households with special needs. He is fluent in reading, writing and conversational English, Spanish, French, Russian and Portuguese.

### Project Examples

**City of East Palo Alto** – Gateway 2 Project – Relocated 47 residential tenants.

**City of Santa Cruz** – Leibrandt Project – Relocated 48 residential tenants, many with Section 8 vouchers, and 1 non-profit organization.

**City of Union City** – Arroyo Trailer Park Project – Relocated 34 residential tenants and 7 businesses.

**City of Alameda** – Main Library Project – Relocated 1 business.

**City of Arcata** – North Coast Children Services Project – Relocated 1 business.

**City of Oakland** – Uptown Mixed Use Redevelopment Project – Relocated 13 households and 5 businesses.

**City of Redding Redevelopment Agency** – 2321 S. Bonnyview Road Project – Relocated 1 household.

10026 Old Oregon Trail Project – Relocated 2 households.

**Pajaro Valley Unified School District** – Radcliff Elementary School Project – Relocated 16 residential tenants and 1 commercial tenant in Watsonville, CA.

**Tenderloin Neighborhood Development Corporation** – West Hotel Project – Relocated 6 residential tenants.

**Public Initiatives Development Corporation** – Plaza Hotel Project – Assisted with interviewing tenants for preparation of Relocation Plan; project displaced 30 residential tenants and 5 commercial tenants.

**The Salvation Army** – Bridgeway Project – Relocated 39 residential tenants in San Francisco.



**John Morris**
**Senior Consultant**
Overland, Pacific & Cutler, Inc.
**(Continued)**

**Burbank Housing Development Corporation** – Carrillo Place Project – Relocated 3 residential tenants in Santa Rosa, CA.

**Community Development Commission of Mendocino County** – Holly Ranch Village Project – Relocated 7 residential tenants using Section 8 vouchers.

**East Bay Asian Local Development Corporation** – Oakpark Apartments Project – Relocated 4 residential tenants.

**Bonita House, Inc.** – Temescal Apartments Project – Relocated 3 residential tenants.

**Buckelew Community Housing Development Organization** – 1103 Lincoln Ave. Apartments Project – Relocated 14 households.

**John Stewart Company** – Casa Feliz Project – Relocated 63 households, all with special needs.

**Fairfield Redevelopment Agency** – 730 Great Jones Project – Relocated 6 households.

North PACE Project – Relocated 58 households, many with Section 8 vouchers.

Texas St. Project – Relocated 1 business and 1 residential tenant.

**South County Housing** – Salinas Road Project – Relocated 7 households.

Royal Oaks Court Project – Relocated 7 residential tenants.

111 Barson St. Project – Relocated 7 households.

**Devine & Gong, Inc.** – 1760 to 1770 Diamond St. Project – Relocated 4 households.

**Resources for Community Development** – Harrison Hotel Project – Relocated 55 households.



# Teresa R. Laverde
## Senior Consultant
Overland, Pacific & Cutler, Inc.

## Professional Credentials

**Initial Year in Industry: 2002**
**Initial Year with OPC: 2002**

### Education:

Bachelor of Arts in Practice of Art
    University of California at Berkeley
Master of Business Administration in Global
    Management Curriculum
    University of Phoenix at Walnut Creek

### National Highway Institute Courses:

141045 – Real Estate Acquisition Under the
    Uniform Act: An Overview

### In-House Courses:

Uniform Act Revisions
Advanced Residential Relocation
Basic Business Relocation
Advanced Business Relocation

### Professional Affiliations:

Member, Community Redevelopment
    Association (CRA)
Member, California Association for Local
    Economic Development (CALED)

## Overview

Ms. Laverde provides relocation advisory and financial assistance to displaced persons and businesses as a result of acquisition of real property for public use. She provides written informational statements outlining benefits, assistance and grievance procedures and other advisory services to displacees in order to minimize hardships. She is actively involved in our temporary relocation programs, not only through implementation but the training of on-site personnel and the auditing of files. Ms. Laverde is fluent in Spanish, writing, reading and conversationally and is an experienced translator and interpreter.

## Project Examples

**City of Santa Cruz** – Leibrandt Project – Relocated 48 low-income, Spanish-only, residential tenants, many with Section 8 vouchers, and 1 non-profit organization.

**KDF Communities** – Villa Monterey Project – Relocated 25 residential, over-income tenants in San Jose, CA.

**Pajaro Valley School District** – Radcliff Elementary School Expansion Project – Relocated 17 Spanish-speaking residential tenants and 1 business in Watsonville, CA.

**Salvation Army** – Youth Center and Cities Office Project – Relocated 42 residential tenants in the Tenderloin District of San Francisco, CA.

**Fireside Affordable Housing** – Fireside Affordable Senior Housing Project – Relocated 17 long-term occupants of a residential hotel with HUD funding in Mill Valley, CA.

**Bridge Housing, Inc.** – 1090 Jennings Ave. Project – Permanently relocated a single residential tenant for the construction of an affordable housing project in Santa Rosa, CA.

Meadowbrook Mobile Home Park – Relocated 45 mobile home and recreational vehicle owners in Colma, CA.

**The John Stewart Co.** – Richmond Townhouses Project – Relocated 192 residential tenants in Richmond, CA.

Casa Feliz Project – In San Jose, CA, relocated 65 tenants who had special needs

**Eden Housing, Inc.** – Josephine Lum Lodge Project – Relocated 150 elderly tenants who had special needs.

**Volunteers of America, Inc.** – Lord Tennyson Apartments Project – Relocated 90 residential, over-income tenants, 35 of whom purchased homes.



**Teresa R. Laverde**
**Senior Consultant**
Overland, Pacific & Cutler, Inc.
**(Continued)**

**City of Lafayette** – Library Expansion Project – Relocated 3 businesses in Lafayette, CA.

**City of Richmond Redevelopment Agency** – Macdonald 80 Retail Center Project – Relocated 4 businesses.

Downtown Mixed Used Project – Relocated 12 businesses and 2 churches.

**City of Mountain View Public Works Department** – Stevens Creek Trail Expansion Project – Relocated 6 residential and commercial tenants.

Devonshire Mini-Park Project – Relocated a single residential tenant.

**City of Redwood City Public Works Department** – East Bayshore Road Pump Station Project – Involved the temporary relocation of 2 mobile home park residents and their mobile homes.

