1

2

3

4

5

6

7 **Exhibit I: General Information Notice**

8

9

10

11

12

13

14

15

16

17

18

19

Goldfarb & 20

Lipman LLP 21

1300 Clay Street 22

Ninth Floor 23

Oakland 24

California 25

94612 26

510 836-6336 27

510 836-1035 FAX 28

April 12, 2007

# GENERAL INFORMATION NOTICE

Dear Tenant:

The Dublin Housing Authority ("Housing Authority") intends to redevelop the property known as Arroyo Vista ("Property"). The Housing Authority will sell the Property to a developer team that will demolish all structures and build new housing. The redevelopment of the Property will involve demolition of the building where you live.

The Housing Authority originally received governmental funds for the development of the Property. This notice is to inform you of your rights under State and federal law with respect to relocation. You will receive a minimum of 90 days notice before you must vacate the Property.

This notice is to inform you of your relocation rights. If we proceed with disposition of the Property and you are displaced as a result, you may be eligible for certain relocation assistance under the federal law.

**DO NOT MOVE! This is not a notice to vacate the premises, nor a notice of relocation eligibility.** You should continue to pay your monthly rent to the Housing Authority, because failure to pay rent and meet other obligations as a tenant may cause loss of tenancy (and loss of any relocation assistance that would otherwise be available if the Housing Authority ultimately seeks to relocate you). In addition, please contact the relocation consultant listed below before you make any moving plans. Moving could cause you to lose relocation assistance that would otherwise be available if the Housing Authority ultimately seeks to relocate you.

If you are required to permanently relocate, and you are eligible for relocation assistance, you will be given advisory services, including referrals to replacement housing, and at least 90 days written notice of the date that you are required to move. You may also be eligible for moving expenses and financial assistance to help you obtain replacement housing.

You will be notified of your eligibility for relocation assistance, the details of the available assistance, and the timing of relocation as soon as the Housing Authority finalizes redevelopment plans.

Should any other persons move into your unit with you after you receive this notice, then your assistance may be reduced.

An **informational meeting** has been scheduled with all residents of the Property to be held in the **Regional Meeting Room** at the **Dublin Civic Center** on **Tuesday April 24, 2007**. The Civic

Center address is **100 Civic Plaza**, Dublin (this is the City Hall building next to the Dublin Library). For your convenience we have scheduled two meetings, one at **2:00 p.m.** and the other at **6:30 p.m.**, to answer your questions regarding the Housing Authority's plans to redevelop the Property. We will cover the same information at both meetings so it is not necessary that you attend both.

Again, this is not a notice to vacate and does not establish eligibility for relocation payments or other relocation assistance. This letter is important and should be retained. As part of the planning process, the Dublin Housing Authority has retained the services of **Overland, Pacific & Cutler, Inc.** (OPC), an experienced relocation consultant. If you have any questions regarding relocation, please contact:

**Teresa R. Laverde or John Morris of OPC at (877) 972-8908 (toll-free)**

Sincerely,


Christine Gouig
Executive Director
Dublin Housing Authority

Cc:    Tom Makin
         David Richman
         Mary Rizzo Shuman

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit J: Section 8 Briefing Packet**

Goldfarb &

Lipman LLP

1300 Clay Street

Ninth Floor

Oakland

California

94612

510 836-6336

510 836-1035 FAX

RESPONDENTS' EXHIBITS (3:07-cv-05794 MHP)

1460\03\528384.1



# Housing Authority
## of the
## County of Alameda

# Manual
## for My
## Section 8 Voucher

September 2005

# Housing Authority Mission Statement

Through the delivery of housing assistance and other related services, our mission is to enable our clients to become self-sufficient and economically independent.

- For elderly and disabled persons, economic independence and self-sufficiency means the ability to live independently within their economic resources.

- For able-bodied family members, economic independence and self-sufficiency means short term reliance on housing assistance; participation in education, training or job development activities designed to lead to self-sufficiency in return for the housing assistance; and personal responsibility for the economic consequences of the family's decisions.

Adopted December 10, 1997
Resolution No. 40-97

## TABLE OF CONTENTS

Page

1.  The Housing Choice Voucher Program                1

2.  Jurisdiction                                       1

3.  Roles and Responsibilities                         1
    A. Family Responsibilities  (2)
    B. Owner Responsibilities  (2)
    C. Housing Authority  (3)

4.  Where Can I Live                                   3
    A. Portability  (3)
    B. Discrimination  (4)
    C. Unit Listing Service  (4)

5.  Voucher Size/Subsidy Size                          5

6.  Voucher Term                                       5

7.  Rent                                               5

8.  Payment Standards                                  6

9.  Utility Allowance                                  6

10. Request for Tenancy Approval                       7

11. Annual Review/Continued Assistance                 7

12. Interim Changes                                    8

13. Appeals                                            8

14. Termination of Assistance                          9

15. Housing Authority Resources                        10

16. Community Agency Resources                         10

17. Frequently Asked Questions                         11

# 1. THE HOUSING CHOICE VOUCHER PROGRAM

The Housing Choice Voucher program makes quality rental housing affordable to low and very low income families by making the relationship between "the family" (that needs a place to live) and a landlord (who owns rental property) financially feasible.



The **Voucher** is the link between the family and the Housing Authority.

The **Lease** is the link between the tenant and landlord.

The **Housing Assistance Payment Contract** is the link between the Housing Authority and the landlord and incorporates the monthly payments to the landlord.

# 2. JURISDICTION

The Housing Authority of Alameda County administers the Section 8 Housing Choice Voucher program for the following cities in Alameda County:



Albany, Castro Valley, Dublin, Emeryville, Fremont, Hayward, Newark, San Leandro, San Lorenzo, Pleasanton, and Union City

Excludes: Berkeley, Oakland, Alameda City and Livermore

# 3. ROLES AND RESPONSIBILITIES

The Housing Authority, family and property owner all have important roles and responsibilities in the Housing Choice Voucher Program.

1

## A. Family Responsibilities

Every family has a role as a responsible "Voucher holder" and a good "tenant" and neighbor. The family must:

1. Locate a suitable unit for the family to live in.

2. Submit the Request for Tenancy Approval (RTA) to the Housing Authority on or before the expiration date of the Voucher.

3. Comply with all the terms of the rental lease including but not limited to
   a. Paying the family rent portion to the landlord on time each month;
   b. Maintaining the inside of the unit and common areas reasonably under the control of the unit;
   c. Notify the landlord whenever items need maintenance or repair; and
   d. Maintaining and paying for utilities that are your responsibility.

4. Comply with all the terms of the Voucher program including but not limited to:
   a. Reporting all changes in household members and income and assets to the Housing Authority;
   b. Cooperating with the Housing Authority in the annual review of eligibility and unit inspection;
   c. Not allowing persons not listed on the lease to reside in the unit; and
   d. Refraining from criminal behavior.

5. Report all changes in the people living in the unit and all income being received by all individuals (adults and children) living in the unit.

NOTE: All important information will be shared with you in writing, mailed to your home. It is important that you immediately read all documents from the Housing Authority and respond fully to the information. Failure to do so could result in termination of your housing assistance.

## B. Owner Responsibilities

Every property owner has a role as a responsible "landlord". The owner must:

1. Carefully screen each family that applies to rent a vacant unit. This may include a credit check and/or review of rental history .

2. Exercise good property management, including but not limited to collecting a security deposit, collecting the tenant portion of the rent each month, making all required repairs, and taking appropriate action in response to lease violations.
   NOTE: Some lease violations are also Voucher program violations (e.g. non-payment of rent, and can also result in termination of rental assistance)

2

3.  Notify the Housing Authority immediately if there are any serious and/or life threatening problems in the unit or if the family moves out of the unit.

### C.  Housing Authority Responsibilities

1.  Determine the family's eligibility to receive rental assistance.

2.  Perform an initial and annual inspection (and others as necessary) to insure the unit complies with Housing Quality Standards.

3.  Approve the rent for the unit.

4.  Make timely, monthly rent subsidy payments to the landlord each month.

## 4.  WHERE CAN I LIVE

The Voucher Program is "tenant based" meaning the family determines where to live. You pick the state, city, and housing type. Our jurisdiction includes 11 cities in the greater Bay Area (see page 1).

Where you live is an important decision, and one you will have to live with for at least one year, the term of the standard lease. There are several factors to include in your decision including but not limited to:  Public and private schools and their test scores; employment opportunities; location of public transportation (bus, BART, etc.); shopping opportunities (grocery stores, drug stores, etc.); laundromat and/or dry cleaners; libraries, parks, movie theaters, etc.; and crime statistics.

### A.  Portability

"Portability" is the ability to transfer your Voucher outside of HACA's service area and to have the rental assistance administered by another Housing Authority.

If you lived or worked in HACA's jurisdiction when you applied for assistance you qualify for "portability" immediately.

If you **did not** live or work in HACA's jurisdiction when you applied for assistance you are not eligible for "portability" until you have used your assistance in this jurisdiction for 12 months.

3

## B. Discrimination

Participation in the Section 8 Housing Choice Voucher Program is voluntary. Landlords may decide not to participate. However, illegal discrimination in housing is not only *unfair* it is against the law. Every landlord is responsible for, and has the right to screen families before renting to them. A landlord can refuse to rent to you based on your credit history, housekeeping standards, criminal history, previous evictions or other factors that impact your ability to comply with the terms of the lease. A landlord cannot refuse to rent to you based on race or ethnicity, religious or sexual orientation, source of income, disability, or family status (including children under the age of 18 living with parents or legal custodians). If you believe you have been discriminated against you can file a complaint with the U.S. Department of Housing and Urban Development. A form is enclosed for your use. You can obtain assistance with your complaint from various community agencies.

## C. Unit Listing Service

As a service to our clients – the families and owners who participate in the Section 8 Program — we provide a free rental listing service. The information is only available on line at www.govthousing.com/ha/alameda/index.jsp. It is also available through the HACA website, www.HACA.net. Just follow the "Rental Listings" link. Registration is simple, and only takes a few minutes. Many families have found units using the service but there are no guarantees. Use this as one tool in your search, but also newspaper classified listings, Craig's List at www.Craigslist.com, and other sources.



4

## 5. <u>VOUCHER SIZE/SUBSIDY AMOUNT</u>

The Housing Authority will determine the number of bedrooms (the level of assistance) your family qualifies to receive. One bedroom is authorized for the head of household (and any spouse or partner) and one additional bedroom is authorized for every additional two people, regardless of age, sex or generation.  Exceptions may be granted as a reasonable accommodation of a person with permanent disabilities.

You are encouraged to search for rental housing having the same number of bedrooms as stated on your Voucher. If you seek a unit with more bedrooms—you are encouraged to limit your search to units where the amount of rent requested by the landlord is at or under the Payment Standard for the bedroom size listed on your Voucher.

## 6. <u>VOUCHER TERM</u>

Your Voucher is good for 60-calendar days.  It is your responsibility to locate a suitable unit for your family, have the owner complete the Request for Tenancy Approval (RTA) (see No. 10 below) and submit it to the Housing Authority on or before the expiration date shown on the Voucher (line 3).



The Housing Authority will freeze the time remaining on your Voucher on the day you submit the RTA; the clock will start running again if the RTA does not result in a contract.

If you are not successful in your housing search you may be able to qualify for additional time if (a) there is a family member with a disability or (b) if your ability to search was interrupted by an emergency beyond your ability to control (i.e. documented medical emergency or extended hospitalization).

## 7. <u>RENT</u>

When we talk about "rent' in the Section 8 Program we mean both the money that goes to the landlord and an allowance for basic utilities that HACA allows you for gas or electricity for cooking and heating; hot and cold water; and garbage service.

**How much can the owner charge?**  There is no maximum amount of "rent" the owner can <u>request</u>. The Housing Authority will authorize any amount that is reasonable – given the quality of the unit, the neighborhood and current rental rates.

**How much rent must the family pay?**  The family must pay a minimum of 30% of income but no more than 40% of its adjusted income for rent. The actual amount paid by the family is determined by a formula and includes the allowance for basic utilities.

5

215

# HACA BENEFIT PAYMENT STANDARDS
## HOUSING CHOICE VOUCHER PROGRAM
### [Effective October 1, 2007]

The payment standard is the <u>maximum</u> the Housing Authority *could* pay. It *is not* a rent amount guarantee. The actual amount the Housing Authority will pay is based on comparable rents for similar units in the same or similar neighborhood, and current rental rates.

| Bedrooms Size: | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Dublin/Pleasanton: | $1255 | $1486 | $2016 | $2496 | $2870 |
| All Other Areas: | $1151 | $1363 | $1848 | $2288 | $2631 |

(The Housing Authority's Jurisdiction includes the following areas: Albany, Dublin, Emeryville, Fremont, Hayward, Newark, Pleasanton, San Leandro, Union City, Castro Valley, and San Lorenzo.)

> <u>The Housing Authority must qualify the unit for rent-reasonableness. We must be able to locate comparable units to justify the owner's contract rent amount.</u>

> If the rent requested is more than the Payment Standard it <u>may not</u> be affordable for the family and the Housing Authority cannot approve the unit

> Rent may not be approvable even at the Payment Standard because:
> Market Rents have decreased over the last year
> A deduction must be made if the family will be responsible for any of the utilities (i.e. PG&E)
> The owner is asking more for this unit, than for other similar units.

> Family is responsible for the full security deposit charged by the landlord  (the Housing Authority does not pay any portion)

> As a general rule, if the rent requested is equal to or less than the Payment Standard and the owner pays for all utilities, the unit is affordable for a family with a matching size Voucher.

> Families are encouraged to rent a unit with the same number of bedrooms on the Voucher. If you select a unit with *more bedrooms* than listed on *your voucher*, the rent level *cannot* be higher than the maximum subsidy level for your approved bedroom size.  If you rent a unit that has more bedrooms than the voucher size for which you are approved, the payment standard for the unit is based on the voucher size for which you are qualified.

> Your share of the rent plus the utility allowance may not exceed 40% of your monthly adjusted income. Therefore, a unit which is at or below the Payment  Standard may not be affordable to you.

*Payment Standards 7/2007*

216

## 10.  REQUEST FOR TENANCY APPROVAL

A landlord who signs a Request for Tenancy Approval (RTA) is indicating an intent to rent the unit to you with Section 8 Assistance. Here's what happens next:

A.    The family submits the completed RTA to the Housing Authority no later than the expiration date on the Voucher.

If you have been previously assisted by the Housing Authority, your prospective landlord may ask the Housing Authority for a reference. We will provide written information if it exists in our files **without** obtaining your written or verbal authorization.

B.    A Housing Authority representative will contact the landlord within five business days to schedule an inspection of the unit. HACA will inspect the unit as soon as possible to determine the appropriate rent for it.

C.    If the unit meets minimum Housing Quality Standards and the rent requested is reasonable, the Housing Authority will offer the owner a contract. The unit must have a working stove and refrigerator to pass the inspection. If the family is providing one or both of these appliances, the Housing Authority will conditionally pass the unit and come back to confirm the presence of properly working appliances within one business day of the scheduled move-in date.

D.    The family can move into the unit at any time with landlord approval, but the earliest date the Housing Authority can start the contract is the date the unit passed inspection and the family takes possession. If you move into the unit or sign a lease prior to receiving notice from the Housing Authority that the unit has been approved, you will be responsible for 100% of the rent. **NO EXCEPTIONS.**

E.    After the owner submits a copy of his/her lease, the Housing Authority will mail the owner the contract for signature. If the owner is not using his/her lease, the Housing Authority will provide a model lease. NOTE: No payment can be released until signed documents are returned.

In most cases, the owner will receive the first payment within 14-days of the date the Housing Authority receives the signed documents. Future payments will be mailed to the landlord on the last working day of each month, for the next month.

## 11.  ANNUAL REVIEW/CONTINUED ASSISTANCE

The Housing Authority is required to review your eligibility for continued assistance at least once each year. During this process we will review: household composition (who is residing in the unit); income (all monies including grants, wages, self employment, etc); assets (bank and credit union accounts); and expenses (child care, and medical expenses for elderly or disabled households).  This process may be conducted by mail or it may require you to come to the office.  It is important that you respond fully and quickly to avoid interruption in payments to your landlord. Failure to do so may result in termination of your Section 8 Voucher.

217

## 12.  INTERIM CHANGES

Life is filled with changes. The Section 8 subsidy provides a safety net for you and your family, but it may not always be enough.

During the course of the year you may experience changes in your family — household composition, income or expenses. These changes may result in a change in the amount of subsidy you qualify for, or the amount of rent you are required to pay.

We will process the change(s) as soon as possible, but you may need to be able to continue paying your current rent for as much as **two months** to allow for processing. If the change results in a reduction in your rent portion, you may qualify for a retroactive adjustment.

**NOTE:** All changes must be reported to the Housing Authority, in writing, as soon as is reasonably possible, and no more than 14-calendar days after the occurrence and be supported with proper documentation.

## 13.  APPEALS

The regulations provide for an opportunity to have certain decisions by the Housing Authority reviewed before you can be denied assistance (or have your assistance terminated).

Up to the time you go under contract you are considered as "applicant" and you have a right to an Informal Review. When you go under contract your status is changed to "participant" and you have a right to an Informal Hearing.

You have a right to an Informal Review/Hearing if:

1. You believe the Housing Authority made an error in determining your family rent portion.

2. The Housing Authority proposes to terminate your assistance for violating one or more of the family obligations.

If your request for a Reasonable Accommodation to accommodate a disabled household member is denied, you may submit an appeal. The appeal will be reviewed by the Deputy Director. During this appeal additional information may be sought from the client, the physician or another professional care provider.

8

You **do not** have a right to an Informal Review/Hearing with respect to the following Housing Authority determinations:

1. The number of bedrooms on your Voucher.

2. A decision to extend, or not extend the term of your Voucher.

3. The utility allowance for utilities that are the financial responsibility of the family.

## 14.  **TERMINATION OF ASSISTANCE**

Your Section 8 Voucher—and the related monthly rental subsidy — is a great benefit. Far from everyone who qualifies has an opportunity to receive a Voucher. It is important that you understand your obligations as a participant, and that you make sure all family members understand the rules also.  Your full compliance is the only way to avoid possible termination of the assistance.

It is important that you read and understand the "family obligations" printed on your Voucher and on the "Obligations of the Family". If you violate any of the rules the Housing Authority can terminate your assistance. If the Housing Authority finds cause to terminate your assistance we must give you advance notice of the alleged violation and allow you an opportunity for an Informal Hearing.

219

## 15.    HOUSING AUTHORITY RESOURCES

### ELIGIBILITY SERVICES

Your first experience with the Housing Authority involved our Eligibility Services Department. Staff in this Department (Eligibility Technicians) are responsible for processing your application and making a determination of your eligibility to receive rental assistance.

You will be contacted by this Department annually, when it is time for your annual review.

### LEASING SERVICES

A case manager (Housing Specialist), who is assigned by geographic area, will manage your assistance beginning with the review/approval of your Request for Tenancy, and continue through the term of the assisted lease/contract. This is not the same person you worked with during the eligibility process. Contact the Leasing Department Clerk for the name and telephone number of the Housing Specialist assigned to your case.

> If you are moving to Albany, Castro Valley, Emeryville, Hayward or Union City call (510) 727-8563.

> If you are moving to Dublin, Fremont, Newark, Pleasanton, San Leandro or San Lorenzo call (510) 727-8507.

### FAMILY SELF SUFFICIENCY

The Family Self-Sufficiency (FSS) Program offers up to five years of ongoing support and career counseling to help families achieve self-sufficiency. For more information, please see the brochure included in your packet or call (510) 727-8582.

Participation in the FSS Program is also the gateway to Home Ownership! Participation in this aspect of FSS is limited and requires considerable time and dedication of all participants.

## 16.    COMMUNITY AGENCY RESOURCES

| | | | |
|---|---|---|---|
| Traveler's Aid | (510) 444-6834 | ECHO Housing | (510) 581-9380 |
| American Red Cross | (510) 429-3300 | Catholic Charities | (510) 768-3100 |
| Afghan Center | (510) 794-1050 | Tri-City Volunteers | (510) 793-4583 |
| Afghan Coalition | (510) 574-2180 | | |

If you receive Temporary Assistance for Needy Families (TANF-formerly AFDC), check with your CalWORKS worker for other assistance.

10

220

## 17.  FREQUENTLY ASKED QUESTIONS

1. Does the Housing Authority provide a list of apartments and homes available for rent? See Page 4

2. When I explained to my landlord that I would be receiving a Section 8 Voucher, she told me she would not continue renting to me. Is that discrimination?  See Page 4

3. I live in an apartment in San Leandro and my landlord has offered to let me stay in my current apartment with my Housing Choice Voucher. He needs some information about the program. Who does he call? See Page 10

4. I have been looking for a new home but my credit is less than perfect and the only place I can find a unit in is Nowhere City. May I use my Voucher in Nowhere?  See Page 3

5. I now live and work in Hayward, but my daughter was just accepted to Fresno State, and we may need to move closer to the school. Will I be able to keep my voucher if I need to move?  See Page 3

6. The home I want to rent is being renovated and won't be ready for approximately one month. The landlord has agreed to rent to me. What do I do if my voucher expires before the home is ready for inspection?  See Page 5

7. I need help with my deposit. Who can help?  See Page 10

8. How long does it take to schedule an inspection of my unit and when can I move in?  See Page 7

9. How much rent will I pay?  See Page 6

10. Will I be able to use my three-bedroom Voucher to rent a four-bedroom house?  See Page 5

11

221

# Voucher

Housing Choice Voucher Program

**U.S. Department of Housing and Urban Development**
Office of Public and Indian Housing

OMB No. 2577-0169
(exp. 07/31/2007)

Public Reporting Burden for this collection of information is estimated to average 0.05 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

This collection of information is authorized under Section 8 of the U.S. Housing Act of l937 (42 U.S.C. 1437f). The information is used to authorize a family to look for an eligible unit and specifies the size of the unit. The information also sets forth the family's obligations under the Housing Choice Voucher Program.

Please read *entire* document before completing form
Fill in all blanks below. Type or print clearly.

Voucher Number

1. Insert **unit size** in number of bedrooms. (This is the number of bedrooms for which the Family qualifies, and is used in determining the amount of assistance to be paid on behalf of the Family to the owner.)

   1. Unit Size

2. **Date Voucher Issued (mm/dd/yyyy)**
Insert actual date the Voucher is issued to the Family.

   2. Issue Date (mm/dd/yyyy)

3. **Date Voucher Expires (mm/dd/yyyy)**
Insert date sixty days after date Voucher is issued. (See Section 6. of this form)

   3. Expiration Date (mm/dd/yyyy)

4. **Date Extension Expires** (if applicable)(mm/dd/yyyy)
(See Section 6. of this form)

   4. Date Extension Expires (mm/dd/yyyy)

5. Name of Family Representative

6. Signature of Family Representative

Date Signed (mm/dd/yyyy)

7. Name of Public Housing Agency (PHA)

8. Name and Title of PHA Official

9. Signature of PHA Official

Date Signed (mm/dd/yyyy)

**SAMPLE ONLY**

## 1. Housing Choice Voucher Program

A. The public housing agency (PHA) has determined that the above named family (item 5) is eligible to participate in the housing choice voucher program. Under this program, the family chooses a decent, safe and sanitary unit to live in. If the owner agrees to lease the unit to the family under the housing choice voucher program, and if the PHA approves the unit, the PHA will enter into a housing assistance payments (HAP) contract with the owner to make monthly payments to help the family pay the rent.

B. The PHA determines the amount of the monthly housing assistance payment to be paid to the owner. Generally, the monthly housing assistance payment by the PHA is the difference between the applicable payment standard and 30 percent of monthly adjusted family income. In determining the maximum initial housing assistance payment for the family, the PHA will use the payment standard in effect on the date the tenancy is approved by the PHA. The family may choose to rent a unit for more than the payment standard, but this choice does not change the amount of the PHA's assistance payment. The actual amount of the PHA's assistance payment will be determined using the gross rent for the unit selected by the family.

## 2. Voucher

A. When issuing this voucher the PHA expects that if the family finds an approvable unit, the PHA will have the money available to enter into a HAP contract with the owner. However, the PHA is under no obligation to the family, to any owner, or to any other person, to approve a tenancy. The PHA does not have any liability to any party by the issuance of this voucher.

B. The voucher does not give the family any right to participate in the PHA's housing choice voucher program. The family becomes a participant in the PHA's housing choice voucher program when the HAP contract between the PHA and the owner takes effect.

C. During the initial or any extended term of this voucher, the PHA may require the family to report progress in leasing a unit at such intervals and times as determined by the PHA.

## 3. PHA Approval or Disapproval of Unit or Lease

A. When the family finds a suitable unit where the owner is willing to participate in the program, the family must give the PHA the request for tenancy approval (on the form supplied by the PHA), signed by the owner and the family, and a copy of the lease, including the HUD-prescribed tenancy addendum. **Note: Both documents must be given to the PHA no later than the expiration date stated in item 3 or 4 on top of page one of this voucher.**

B. The family must submit these documents in the manner that is required by the PHA. PHA policy may prohibit the family from submitting more than one request for tenancy approval at a time.

C. The lease must include, word-for-word, all provisions of the tenancy addendum required by HUD and supplied by the PHA. This is done by adding the HUD tenancy addendum to the lease used by the owner. If there is a difference between any provisions of the HUD tenancy addendum and any provisions of the owner's lease, the provisions of the HUD tenancy addendum shall control.

222

Previous editions are obsolete

form **HUD-52646** (7/2000)
ref. Handbook 7420.8

**Tenancy Addendum**
Section 8 Tenant-Based Assistance
Housing Choice Voucher Program
(To be attached to Tenant Lease)

**U.S. Department of Housing and Urban Development**
Office of Public and Indian Housing

OMB Approval No. 2577-0169
(exp. 07/31/2007)

1. **Section 8 Voucher Program**
   a. The owner is leasing the contract unit to the tenant for occupancy by the tenant's family with assistance for a tenancy under the Section 8 housing choice voucher program (voucher program) of the United States Department of Housing and Urban Development (HUD).
   b. The owner has entered into a Housing Assistance Payments Contract (HAP contract) with the PHA under the voucher program. Under the HAP contract, the PHA will make housing assistance payments to the owner to assist the tenant in leasing the unit from the owner.

2. **Lease**
   a. The owner has given the PHA a copy of the lease, including any revisions agreed by the owner and the tenant. The owner certifies that the terms of the lease are in accordance with all provisions of the HAP contract and that the lease includes the tenancy addendum.
   b. The tenant shall have the right to enforce the tenancy addendum against the owner. If there is any conflict between the tenancy addendum and any other provisions of the lease, the language of the tenancy addendum shall control.

3. **Use of Contract Unit**
   a. During the lease term, the family will reside in the contract unit with assistance under the voucher program.
   b. The composition of the household must be approved by the PHA. The family must promptly inform the PHA of the birth, adoption or court-awarded custody of a child. Other persons may not be added to the household without prior written approval of the owner and the PHA.
   c. The contract unit may only be used for residence by the PHA-approved household members. The unit must be the family's only residence. Members of the household may engage in legal profit making activities incidental to primary use of the unit for residence by members of the family.
   d. The tenant may not sublease or let the unit.
   e. The tenant may not assign the lease or transfer the unit.

4. **Rent to Owner**
   a. The initial rent to owner may not exceed the amount approved by the PHA in accordance with HUD requirements.
   b. Changes in the rent to owner shall be determined by the provisions of the lease. However, the owner may not raise the rent during the initial term of the lease.

   c. During the term of the lease (including the initial term of the lease and any extension term), the rent to owner may at no time exceed:
      (1) The reasonable rent for the unit as most recently determined or redetermined by the PHA in accordance with HUD requirements, or
      (2) Rent charged by the owner for comparable unassisted units in the premises.

5. **Family Payment to Owner**
   a. The family is responsible for paying the owner any portion of the rent to owner that is not covered by the PHA housing assistance payment.
   b. Each month, the PHA will make a housing assistance payment to the owner on behalf of the family in accordance with the HAP contract. The amount of the monthly housing assistance payment will be determined by the PHA in accordance with HUD requirements for a tenancy under the Section 8 voucher program.
   c. The monthly housing assistance payment shall be credited against the monthly rent to owner for the contract unit.
   d. The tenant is not responsible for paying the portion of rent to owner covered by the PHA housing assistance payment under the HAP contract between the owner and the PHA. A PHA failure to pay the housing assistance payment to the owner is not a violation of the lease. The owner may not terminate the tenancy for nonpayment of the PHA housing assistance payment.
   e. The owner may not charge or accept, from the family or from any other source, any payment for rent of the unit in addition to the rent to owner. Rent to owner includes all housing services, maintenance, utilities and appliances to be provided and paid by the owner in accordance with the lease.
   f. The owner must immediately return any excess rent payment to the tenant.

6. **Other Fees and Charges**
   a. Rent to owner does not include cost of any meals or supportive services or furniture which may be provided by the owner.
   b. The owner may not require the tenant or family members to pay charges for any meals or supportive services or furniture which may be provided by the owner. Nonpayment of any such charges is not grounds for termination of tenancy.
   c. The owner may not charge the tenant extra amounts for items customarily included in rent to owner in the locality, or provided at no additional cost to unsubsidized tenants in the premises.

7. **Maintenance, Utilities, and Other Services**

    a. **Maintenance**

        (1) The owner must maintain the unit and premises in accordance with the HQS.

        (2) Maintenance and replacement (including redecoration) must be in accordance with the standard practice for the building concerned as established by the owner.

    b. **Utilities and appliances**

        (1) The owner must provide all utilities needed to comply with the HQS.

        (2) The owner is not responsible for a breach of the HQS caused by the tenant's failure to:

            (a) Pay for any utilities that are to be paid by the tenant.

            (b) Provide and maintain any appliances that are to be provided by the tenant.

    c. **Family damage.** The owner is not responsible for a breach of the HQS because of damages beyond normal wear and tear caused by any member of the household or by a guest.

    d. **Housing services.** The owner must provide all housing services as agreed to in the lease.

8. **Termination of Tenancy by Owner**

    a. **Requirements.** The owner may only terminate the tenancy in accordance with the lease and HUD requirements.

    b. **Grounds.** During the term of the lease (the initial term of the lease or any extension term), the owner may only terminate the tenancy because of:

        (1) Serious or repeated violation of the lease;

        (2) Violation of Federal, State, or local law that imposes obligations on the tenant in connection with the occupancy or use of the unit and the premises;

        (3) Criminal activity or alcohol abuse (as provided in paragraph c); or

        (4) Other good cause (as provided in paragraph d).

    c. **Criminal activity or alcohol abuse.**

        (1) The owner may terminate the tenancy during the term of the lease if any member of the household, a guest or another person under a resident's control commits any of the following types of criminal activity:

            (a) Any criminal activity that threatens the health or safety of, or the right to peaceful enjoyment of the premises by, other residents (including property management staff residing on the premises);

            (b) Any criminal activity that threatens the health or safety of, or the right to peaceful enjoyment of their residences by, persons residing in the immediate vicinity of the premises;

            (c) Any violent criminal activity on or near the premises; or

            (d) Any drug-related criminal activity on or near the premises.

        (2) The owner may terminate the tenancy during the term of the lease if any member of the household is:

            (a) Fleeing to avoid prosecution, or custody or confinement after conviction, for a crime, or attempt to commit a crime, that is a felony under the laws of the place from which the individual flees, or that, in the case of the State of New Jersey, is a high misdemeanor; or

            (b) Violating a condition of probation or parole under Federal or State law.

        (3) The owner may terminate the tenancy for criminal activity by a household member in accordance with this section if the owner determines that the household member has committed the criminal activity, regardless of whether the household member has been arrested or convicted for such activity.

        (4) The owner may terminate the tenancy during the term of the lease if any member of the household has engaged in abuse of alcohol that threatens the health, safety or right to peaceful enjoyment of the premises by other residents.

    d. **Other good cause for termination of tenancy**

        (1) During the initial lease term, other good cause for termination of tenancy must be something the family did or failed to do.

        (2) During the initial lease term or during any extension term, other good cause includes:

            (a) Disturbance of neighbors,

            (b) Destruction of property, or

            (c) Living or housekeeping habits that cause damage to the unit or premises.

        (3) After the initial lease term, such good cause includes:

            (a) The tenant's failure to accept the owner's offer of a new lease or revision;

(b)  The owner's desire to use the unit for personal or family use or for a purpose other than use as a residential rental unit; or

(c)  A business or economic reason for termination of the tenancy (such as sale of the property, renovation of the unit, the owner's desire to rent the unit for a higher rent).

**e.  Protections for Victims of Abuse.**

(1)  An incident or incidents of actual or threatened domestic violence, dating violence, or stalking will not be construed as serious or repeated violations of the lease or other "good cause" for termination of the assistance, tenancy, or occupancy rights of such a victim.

(2)  Criminal activity directly relating to abuse, engaged in by a member of a tenant's household or any guest or other person under the tenant's control, shall not be cause for termination of assistance, tenancy, or occupancy rights if the tenant or an immediate member of the tenant's family is the victim or threatened victim of domestic violence, dating violence or stalking.

(3)  Notwithstanding any restrictions on admission, occupancy, or terminations of occupancy or assistance, or any Federal, State or local law to the contrary, a PHA, owner or manager may "bifurcate" a lease, or otherwise remove a household member from a lease, without regard to whether a household member is a signatory to the lease, in order to evict, remove, terminate occupancy rights, or terminate assistance to any individual who is a tenant or lawful occupant and who engages in criminal acts of physical violence against family members or others. This action may be taken without evicting, removing, terminating assistance to, or otherwise penalizing the victim of the violence who is also a tenant or lawful occupant.  Such eviction, removal, termination of occupancy rights, or termination of assistance shall be effected in accordance with the procedures prescribed by Federal, State, and

local law for the termination of leases or assistance under the housing choice voucher program.

(4)  Nothing in this section may be construed to limit the authority of a public housing agency, owner, or manager, when notified, to honor court orders addressing rights of access or control of the property, including civil protection orders issued to protect the victim and issued to address the distribution or possession of property among the household members in cases where a family breaks up.

(5)  Nothing in this section limits any otherwise available authority of an owner or manager to evict or the public housing agency to terminate assistance to a tenant for any violation of a lease not premised on the act or acts of violence in question against the tenant or a member of the tenant's household, provided that the owner, manager, or public housing agency does not subject an individual who is or has been a victim of domestic violence, dating violence, or stalking to a more demanding standard than other tenants in determining whether to evict or terminate.

(6)  Nothing in this section may be construed to limit the authority of an owner or manager to evict, or the public housing agency to terminate assistance, to any tenant if the owner, manager, or public housing agency can demonstrate an actual and imminent threat to other tenants or those employed at or providing service to the property if the tenant is not evicted or terminated from assistance.

(7)  Nothing in this section shall be construed to supersede any provision of any Federal, State, or local law that provides greater protection than this section for victims of domestic violence, dating violence, or stalking.

f.  **Eviction by court action**.  The owner may only evict the tenant by a court action.

g. **Owner notice of grounds**
   (1) At or before the beginning of a court action to evict the tenant, the owner must give the tenant a notice that specifies the grounds for termination of tenancy. The notice may be included in or combined with any owner eviction notice.
   (2) The owner must give the PHA a copy of any owner eviction notice at the same time the owner notifies the tenant.
   (3) Eviction notice means a notice to vacate, or a complaint or other initial pleading used to begin an eviction action under State or local law.

## 9. Lease: Relation to HAP Contract

If the HAP contract terminates for any reason, the lease terminates automatically.

## 10. PHA Termination of Assistance

The PHA may terminate program assistance for the family for any grounds authorized in accordance with HUD requirements. If the PHA terminates program assistance for the family, the lease terminates automatically.

## 11. Family Move Out

The tenant must notify the PHA and the owner before the family moves out of the unit.

## 12. Security Deposit

a. The owner may collect a security deposit from the tenant. (However, the PHA may prohibit the owner from collecting a security deposit in excess of private market practice, or in excess of amounts charged by the owner to unassisted tenants. Any such PHA-required restriction must be specified in the HAP contract.)
b. When the family moves out of the contract unit, the owner, subject to State and local law, may use the security deposit, including any interest on the deposit, as reimbursement for any unpaid rent payable by the tenant, and damages to the unit or any other amounts that the tenant owes under the lease.
c. The owner must give the tenant a list of all items charged against the security deposit, and the amount of each item. After deducting the amount, if any, used to reimburse the owner, the owner must promptly refund the full amount of the unused balance to the tenant.
d. If the security deposit is not sufficient to cover amounts the tenant owes under the lease, the owner may collect the balance from the tenant.

## 13. Prohibition of Discrimination

In accordance with applicable equal opportunity statutes, Executive Orders, and regulations, the owner must not discriminate against any person because of race, color, religion, sex, national origin, age, familial status or disability in connection with the lease.

## 14. Conflict with Other Provisions of Lease

a. The terms of the tenancy addendum are prescribed by HUD in accordance with Federal law and regulation, as a condition for Federal assistance to the tenant and tenant's family under the Section 8 voucher program.
b. In case of any conflict between the provisions of the tenancy addendum as required by HUD, and any other provisions of the lease or any other agreement between the owner and the tenant, the requirements of the HUD-required tenancy addendum shall control.

## 15. Changes in Lease or Rent

a. The tenant and the owner may not make any change in the tenancy addendum. However, if the tenant and the owner agree to any other changes in the lease, such changes must be in writing, and the owner must immediately give the PHA a copy of such changes. The lease, including any changes, must be in accordance with the requirements of the tenancy addendum.
b. In the following cases, tenant-based assistance shall not be continued unless the PHA has approved a new tenancy in accordance with program requirements and has executed a new HAP contract with the owner:
   (1) If there are any changes in lease requirements governing tenant or owner responsibilities for utilities or appliances;
   (2) If there are any changes in lease provisions governing the term of the lease;
   (3) If the family moves to a new unit, even if the unit is in the same building or complex.
c. PHA approval of the tenancy, and execution of a new HAP contract, are not required for agreed changes in the lease other than as specified in paragraph b.
d. The owner must notify the PHA of any changes in the amount of the rent to owner at least sixty days before any such changes go into effect, and the amount of the rent to owner following any such agreed change may not exceed the reasonable rent for the unit as most recently determined or redetermined by the PHA in accordance with HUD requirements.

## 16. Notices

Any notice under the lease by the tenant to the owner or by the owner to the tenant must be in writing.

## 17. Definitions

**Contract unit.** The housing unit rented by the tenant with assistance under the program.

**Family.** The persons who may reside in the unit with assistance under the program.

**HAP contract**. The housing assistance payments contract between the PHA and the owner. The PHA pays housing assistance payments to the owner in accordance with the HAP contract.

**Household**. The persons who may reside in the contract unit. The household consists of the family and any PHA-approved live-in aide. (A live-in aide is a person who resides in the unit to provide necessary supportive services for a member of the family who is a person with disabilities.)

**Housing quality standards (HQS)**. The HUD minimum quality standards for housing assisted under the Section 8 tenant-based programs.

**HUD.** The U.S. Department of Housing and Urban Development.

**HUD requirements**. HUD requirements for the Section 8 program. HUD requirements are issued by HUD headquarters, as regulations, Federal Register notices or other binding program directives.

**Lease**. The written agreement between the owner and the tenant for the lease of the contract unit to the tenant. The lease includes the tenancy addendum prescribed by HUD.

**PHA**. Public Housing Agency.

**Premises**. The building or complex in which the contract unit is located, including common areas and grounds.

**Program**. The Section 8 housing choice voucher program.

**Rent to owner**. The total monthly rent payable to the owner for the contract unit. The rent to owner is the sum of the portion of rent payable by the tenant plus the PHA housing assistance payment to the owner.

**Section 8**. Section 8 of the United States Housing Act of 1937 (42 United States Code 1437f).

**Tenant**. The family member (or members) who leases the unit from the owner.

**Voucher program**. The Section 8 housing choice voucher program. Under this program, HUD provides funds to an PHA for rent subsidy on behalf of eligible families. The tenancy under the lease will be assisted with rent subsidy for a tenancy under the voucher program

## PROGRAM BENEFITS



### ESCROW

Participants in the Family Self-Sufficiency Program may have an opportunity to build up a savings account while participating in the program. As a result of increasing earned income, a participant's portion of the rent goes up. As this happens, a specified amount of money is deposited into an interest-earning savings account monthly. Upon graduation from the program, these funds are made available to all eligible clients.

## PROGRAM BENEFITS

**Cont'd**




### SCHOLARSHIP FUND

Once a year The County of Alameda Housing Authority offers ten scholarships in varying amounts to our participants. The requirements are:

* **You must reside in a Housing Authority unit, or belong to the FSS program.**

* **You must have verifiable academic achievement**

* **You must possess leadership qualities.**

## WHAT'S YOUR GOAL?

"To accomplish great things, we must not only act, but also dream; not only plan, but also believe."

– Anatole France

The Family Self-Sufficiency Program is a program designed to give families on Section 8 the skills and abilities needed to find, and maintain financial independence. We do this by providing services and workshops in the following areas:



* **Job search workshops**

* **Budget counseling & credit repair**

* **Child care searches and referrals**

* **Parenting skills**

* **Section 8 Home Ownership Program**

228



Alameda County Housing Authority

A program for Section 8 Participants

# FAMILY SELF-SUFFICIENCY PROGRAM

## The Housing Authority of The County of Alameda

### FAMILY SELF-SUFFICIENCY

A plan of action to achieve freedom,

For more information visit our website @ www.haca.net Or call (510) 727-8582

# Family Self-Sufficiency Program Application

**Y**es, I am currently on Section 8 with the Housing Authority of the County of Alameda. I am interested in learning more about the Family Self-Sufficiency Program.

Please invite me to an orientation meeting as the first step toward gaining self-sufficiency.

Please Print Clearly

NAME: _____

ADDRESS: _____

CITY: _____  ZIP: _____

PHONE #: _____



Alameda County Housing Authority

Complete and send to:
Family Self-Sufficiency Program
22941 Atherton Street
Hayward, CA 94541-6633

# WHAT DO YOU GAIN FROM THE FAMILY SELF-SUFFICIENCY PROGRAM?

- FSS provides support to clients.

- FSS assists the clients in overcoming barriers to employment and economic growth.

- FSS participants are given a realistic timeline (5 years) to achieve their goals.

- FSS participants gain essential education, job economic, and basic needs skills.

- FSS participants may have the opportunity to establish an interest-earning savings account when they are successful in finding and maintaining employment






Are You a Victim of Housing Discrimination?

Fair Housing Is Your Right

If you have been denied your housing rights — you may have experienced unlawful discrimination.

U.S. Department of Housing and Urban Development

# WHERE TO MAIL YOUR FORM OR INQUIRE ABOUT YOUR CLAIM

**For Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, and Vermont:**
Fair Housing Hub
U.S. Department HUD
Thomas P. O'Neill, Jr. Federal Building
10 Causeway Street, Room 321
Boston, MA 02222-1092
(617) 565-5308
1-800-827-5005
TTY (617) 565-5453

**For New Jersey and New York:**
Fair Housing Hub
U.S. Department HUD
26 Federal Plaza, Room 3532
New York, NY 10278-0068
(212) 264-1290 ext. 3519
1-800-496-4294
TTY (212) 264-0927

**For Delaware, District of Columbia, Maryland, Pennsylvania, Virginia, and West Virginia:**
Fair Housing Hub
U.S. Department HUD
The Wanamaker Building
100 Penn Square East
Philadelphia, PA 19107-3380
(215) 656-0660
1-888-799-2085
TTY (215) 656-3450

**For Alabama, the Caribbean, Florida, Georgia, Kentucky, Mississippi, North Carolina, South Carolina, and Tennessee:**
Fair Housing Hub
U.S. Department HUD
Richard B. Russell Federal Building
75 Spring Street, SW, Room 230
Atlanta, GA 30303-3388
(404) 331-5140
1-800-440-8091
TTY (404) 730-2654

**For Illinois, Indiana, Michigan, Minnesota, Ohio, and Wisconsin:**
Fair Housing Hub
U.S. Department HUD
Ralph H. Metcalfe Federal Building
77 West Jackson Boulevard, Room 2101
Chicago, IL 60604-3507
(312) 353-7776
1-800-765-9372
TTY 1-800-927-9275

**For Arkansas, Louisiana, New Mexico, Oklahoma, and Texas:**
Fair Housing Hub
U.S. Department HUD
1600 Throckmorton, Room 502
Fort Worth, TX 76113-2905
(817) 978-9270
1-888-560-8913
TTY (817) 978-9274

**For Iowa, Kansas, Missouri and Nebraska:**
Fair Housing Hub
U.S. Department HUD
Gateway Tower II
400 State Avenue, 4th Floor
Kansas City, KS 66101-2406
(913) 551-6958
1-800-743-5323
TTY (913) 551-6972

**For Colorado, Montana, North Dakota, South Dakota, Utah, and Wyoming:**
Fair Housing Hub
U.S. Department HUD
633 17th Street
Denver, CO 80202-3607
(303) 672-5437
1-800-877-7353
TTY (303) 672-5248

**For Arizona, California, Hawaii, and Nevada:**
Fair Housing Hub
U.S. Department HUD
Phillip Burton Federal Building
and U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3448
(415) 436-8400
1-800-347-3739
TTY (415) 436-6594

**For Alaska, Idaho, Oregon, and Washington:**
Fair Housing Hub
U.S. Department HUD
Seattle Federal Office Building
909 First Avenue, Room 205
Seattle, WA 98104-1000
(206) 220-5170
1-800-877-0246
TTY (206) 220-5185

**To file electronically, visit:  www.hud.gov**

01540

Nineteen ninety-eight marked the 30th anniversary of Title VIII of the Civil Rights Act of 1968—the Federal Fair Housing Law. America has changed dramatically for the better in these past years; but despite our progress, prejudice persists. As HUD Secretary I have vowed to crack down on all forms of housing discrimination, whether it's a burning cross in the front yard of a Portuguese family from Rushville, Missouri, or charging additional mortgage lending fees to a young man in Phoenix, Arizona, simply because he is Hispanic.

Fair Housing is a cornerstone of our nation's historic push to create what President Clinton calls "One America"—an America where opportunity and success are within reach of all our citizens, where no one is denied an opportunity to build a better life.

As we celebrate three historic decades of America's commitment to the Federal Fair Housing Law, let us rededicate ourselves to the spirit of freedom, justice, and equality that sped its passage.

HUD Secretary Andrew Cuomo

## HOW DO YOU RECOGNIZE HOUSING DISCRIMINATION?

### Under the Fair Housing Act, it is Against the Law to:

- Refuse to rent to you or sell you housing
- Tell you housing is unavailable when in fact it is available
- Show you apartments or homes only in certain neighborhoods
- Set different terms, conditions, or privileges for sale or rental of a dwelling
- Provide different housing services or facilities
- Advertise housing to preferred groups of people only
- Refuse to provide you with information regarding mortgage loans, deny you a mortgage loan, or impose different terms or conditions on a mortgage loan
- Deny you property insurance
- Conduct property appraisals in a discriminatory manner
- Refuse to make certain modifications or accommodations for persons with a mental or physical disability, including persons with HIV/AIDS-related illnesses, and persons recovering from alcohol and substance abuse
- Fail to design and construct housing in an accessible manner
- Harass, coerce, intimidate, or interfere with anyone exercising or assisting someone else with his/her fair housing rights

## It is Unlawful to Discriminate in Housing Based on These Factors...

- Race
- Color
- National origin
- Religion
- Sex
- Familial status (families with children under the age of 18, or who are expecting a child)
- Handicap (if you or someone close to you has a disability)

## If You Believe Your Rights Have Been Violated...

- HUD or a State or local fair housing agency is ready to help you file a complaint.
- After your information is received, HUD or a State or local fair housing agency will contact you to discuss the concerns you raise.

Keep this information for your records.

Date you mailed your information to HUD: ___/___/___

Address to which you sent the information:

Office _____ Telephone _____

Street _____

City _____ State _____ Zip Code _____

If you have not heard from HUD or a State or local fair housing agency within three weeks from the date you mailed this form, you may call to inquire about the status of your complaint. See address and telephone listings on back page.



# RENTAL APPLICATION

Full Name: _____

Date of Birth: _____    Social Security # _____

Driver's License or California ID Number: _____

Address: _____ City _____ Zip Code _____

Telephone # _____ Pager # _____ Message # _____

Voucher Size issued by HA __ BR  Approximate Maximum Rent I can afford  $ _____

List all other Household Members:

| Name | Date of Birth | Relationship | Social Security # |
|------|--------------|-------------|------------------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Employment/Income Information:

Current Employer: _____

Address: _____

Job Title: _____ Approximate Monthly Income: $ _____

How long have you been working at this job? _____

Do you have any other income sources    1.) _____  2.) _____  3.) _____

(List the source and monthly amount)     $         $          $

Personal References:  ( People not living with you)

1.) Name _____ Phone Number _____

  Address: _____

2.) Name _____ Phone Number _____

  Address: _____

232

Rental History:  (List all previous landlords and addresses for last 10 years)

1.)  Property Address: _____
Landlord's name and phone number: _____
When did you live in property? _____
Why did you move? _____

2.)  Property Address: _____
Landlord's name and phone number: _____
When did you live in the property? _____
Why did you move? _____

3.)  Property Address: _____
Landlord's name and phone number: _____
When did you live in the property? _____
Why did you move? _____

4.)  Property Address: _____
Landlord's name and phone number: _____
When did you live in the property? _____
Why did you move? _____

Explanation of any credit Report Problems: _____
_____
_____
_____
_____

Why should you rent to me? _____
_____
_____
_____
_____
_____
_____

233

# REQUEST FOR TENANCY APPROVAL

### Section 8 Housing Choice Voucher Program

### Housing Authority of the County of Alameda

22941 Atherton Street, Hayward, CA  94541-6633
Ph: 510-538-8876   Fax: 510-886-7058   TDD: 510-727-8551   www.haca.net

| HA USE ONLY |
|---|
| Census Tract: _____  TTP: $ _____ |
| Client #: _____  Current Bdrm. Size: _____ |
| Housing Specialist: _____  Completed by _____ |
| ☐ New   ☐ Recertified   ☐ Transfer   ☐ C & R |

**INSTRUCTIONS: OWNER: PLEASE COMPLETE THE ENTIRE FORM EXCEPT BOX 18.       TENANT: PLEASE COMPLETE BOX 18.**

| 1. Address of Unit (street address, apartment number, city, state & zip code) | 2. If this unit is subsidized, indicate type of subsidy: (If the unit is not subsidized, leave blank) ☐ Section 202  ☐ Section 221(d)(3)(BMIR)  ☐ Section 236 (Insured or noninsured) ☐ Section 515 Rural Development  ☐ HOME  ☐ Tax Credit  ☐ Not Sure |
|---|---|

| 3. Proposed Lease Term ☐ 1 year  ☐ Month-to-month  ☐ Other (specify _____) | 4. Number of Bedrooms | 5. Number of Bathrooms | 6. Year Built | 7. Security Deposit $ | 8. Proposed Rent |
|---|---|---|---|---|---|

| 9. Type of House/Apartment (check one)  ☐ Single Family Detached   ☐ Apartment   ☐ Manufactured Home |
|---|

**10. What date will the unit be available for inspection?** _____   **11. What date will the unit be available for occupancy?** _____

### 12.  UTILITY & APPLIANCES

The owner shall provide or pay for the utilities and appliances indicated below by an "O".  The tenant shall provide or pay for the utilities and appliances indicated below by a "T". *Unless otherwise specified below, the owner shall pay for all utilities and appliances provided by the owner.*

| ITEM | Provided By | Paid By | Specify fuel type | HA USE ONLY |
|---|---|---|---|---|
| Stove | ☐ O   ☐ T | | | Assigned To: |
| Refrigerator | ☐ O   ☐ T | | | Date: _____ |
| Garbage Collection | | ☐ O   ☐ T | | By: _____ |
| Water | | ☐ O   ☐ T | | Inspection: |
| Lights | | ☐ O   ☐ T | | Date: _____ |
| Heating | | ☐ O   ☐ T | ☐ Electric  ☐ Gas  ☐ Other | Time: _____ |
| Cooking | | ☐ O   ☐ T | ☐ Electric  ☐ Gas  ☐ Other | Approved: ☐Yes  ☐No |
| Hot Water | | ☐ O   ☐ T | ☐ Electric  ☐ Gas  ☐ Other | Amount: $ _____ |
| Other (specify) | | ☐ O   ☐ T | ☐ Electric  ☐ Gas  ☐ Other | |

### 13.  Owner's Certifications.

**Is this project more than 4 units and do you rent other unassisted units within this project that are comparable to the unit listed above?**
☐ Yes. Complete 13.a.       ☐ No. Go to 13b.

a.   The program regulation requires the PHA to certify that the rent charged to the housing choice voucher tenant is not more than the rent charged for other unassisted comparable units.  Owners of projects with more than 4 units <u>must</u> complete the following section for most recently leased comparable unassisted units within the premises.

| Address and unit number (include city) | Date Rented | Rental Amount |
|---|---|---|
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

SAMPLE ONLY

b.   **The owner (including a principal or other interested party) is not the parent, child, grandparent, grandchild, sister or brother of any member of the family, unless the Housing Authority of the County of Alameda has determined (and has notified the owner and the family of such determination) that approving leasing of the unit, notwithstanding such relationship, would provide reasonable accommodation for a family member who is a person with disabilities.**

☐   The owner is related to the tenant as described above          ☐  The owner is **NOT** related to the tenant as described above
_____ (Owner's initials certifying response)                          _____ (Owner's initials certifying response)

c.   Check **one** of the following:

☐   Lead-based paint disclosure requirements do not apply because this property was built on or after January 1, 1978.

☐   The unit, common areas servicing the unit, and exterior painted surfaces associated with such unit or common areas have been found to be lead-based paint free by a lead-based paint inspector certified under the Federal certification program or under a federally accredited State certification program.

☐   A completed statement is attached (on reverse of this form) containing disclosure of known information on lead-based paint and/or lead-based paint hazards in the unit, common areas or exterior painted surfaces, including a statement that the owner has provided the lead hazard information pamphlet to the family.

14.   **The Housing Authority has not screened the family's behavior or suitability for tenancy. Tenant screening is the owner's responsibility. The Housing Authority must give you the family's (listed in number 18 below) current and prior address as shown in our records and the name and address, if known, of the landlord at the family's current and prior address.  If you want this information, request it from your Housing Authority Representative.**

15.   The owner's lease must include word-for-word all provisions of the HUD tenancy addendum.

16.   The Housing Authority will arrange for inspection of the unit and will notify the owner and family as to whether or not the unit will be approved.  The Housing Authority is not responsible for any part of the rent prior to the effective date of the Housing Assistance Payments Contract.

| 17. Print or Type Name of **Apartment Complex**, if applicable | |
|---|---|
| Print or Type Name of **Property Management** firm | Print Name of Head of Household |
| Print or Type Name of Owner or Other Party Authorized to Execute the Lease | Signature of Head of Household                         Date |
| Signature of Owner or Owner's Representative | Telephone Number or Message Number |
| Business Address | Current Address of Family (street address, apt. #, city, state & zip code) |
| Work Phone Number   Home Phone Number   Date | |

| Previous editions are obsolete | **DO NOT PHOTO COPY** | Modified from Form HUD-52517 (06/2003) |
|---|---|---|
| JC RTA 11/01/03 | | Ref. Handbook 7420.8 |

Office of Fair Housing
and Equal Opportunity

Please type or print this form

Public Reporting Burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

Read this entire form and all the instructions carefully before completing. All questions should be answered. However, if you do not know the answer or if a question is not applicable, leave the question unanswered and fill out as much of the form as you can. Your complaint should be signed and dated. When more than one individual or organization is filing the same complaint, and all information is the same, each additional individual or organization should complete boxes 1 and 7 of a separate complaint form and attach it to the original form. Complaints may be presented in person or mailed to the HUD State Office covering the State where the complaint arose (see list on back of form), or any local HUD Office, or to the Office of Fair Housing and Equal Opportunity, U.S. Department of HUD, Washington, D.C. 20410.

| This section is for HUD use only. | | | |
|---|---|---|---|
| Number | (Check the applicable box) | Jurisdiction | Signature of HUD personnel who established Jurisdiction |
| Filing Date | ☐ Referral & Agency (specify) <br> ☐ Systemic <br> ☐ Military Referral | ☐ Yes ☐ No <br> ☐ Additional Info | |

1. Name of Aggrieved Person or Organization (last name, first name, middle initial) (Mr.,Mrs.,Miss,Ms.) | Home Phone | Business Phone

Street Address (city, county, State & zip code)

2. Against Whom is this complaint being filed? (last name, first name, middle initial) | Phone Number

Street Address (city, county, State & zip code)

Check the applicable box or boxes which describe(s) the party named above:

☐ Builder  ☐ Owner  ☐ Broker  ☐ Salesperson  ☐ Supt. or Manager  ☐ Bank or Other Lender  ☐ Other

If you named an individual above who appeared to be acting for a company in this case, check this box ☐ and write the name and address of the company in this space:

Name: _____  Address _____

Name and identify others (if any) you believe violated the law in this case:

3. What did the person you are complaining against do? Check all that apply and give the most recent date these act(s) occurred in block No. 6a below.

☐ Refuse to rent, sell, or deal with you  ☐ Falsely deny housing was available  ☐ Engage in blockbusting  ☐ Discriminate in broker's services
☐ Discriminate in the conditions or terms of sale, rental occupancy, or in services or facilities  ☐ Advertise in a discriminatory way  ☐ Discriminate in financing  ☐ Intimidated, interfered, or coerced you to keep you from the full benefit of the Federal Fair Housing Law
☐ Other (explain)

4. Do you believe that you were discriminated against because of your race, color, religion, sex, handicap, the presence of children under 18, or a pregnant female in the family or your national origin? Check all that apply.

| Race or Color | Religion (specify) | Sex | Handicap | Familial Status | National Origin | | |
|---|---|---|---|---|---|---|---|
| ☐ Black <br> ☐ White <br> ☐ Other | | ☐ Male <br> ☐ Female | ☐ Physical <br> ☐ Mental | ☐ Presence of children under 18 in the family <br> ☐ Pregnant female | ☐ Hispanic <br> ☐ Asian or Pacific Islander | ☐ American Indian or Alaskan Native | ☐ Other (specify) |

5. What kind of house or property was involved? | Did the owner live there? | Is the house or property | What is the address of the house or property? (street, city, county, State & zip code)

☐ Single-family house
☐ A house or building for 2, 3, or 4 families
☐ A building for 5 families or more
☐ Other, including vacant land held for residential use (explain)

☐ Yes  ☐ No  ☐ Unknown

☐ Being sold?  ☐ Being rented?

6. Summarize in your own words what happened. Use this space for a brief and concise statement of the facts. Additional details may be submitted on an attachment.
Note: HUD will furnish a copy of the complaint to the person or organization against whom the complaint is made.

6a. When did the act(s) checked in Item 3 occur? (include the most recent date if several dates are involved)

I declare under penalty of perjury that I have read this complaint (including any attachments) and that it is true and correct. | Signature & Date

Previous edition, dated, 11/92, may not be used;
other editions may be used until stock is exhausted.

form HUD-903 (1/93)
ref Handbook 8024.1

235

throughout the United States to penalize eight specialized acts of discrimination acts regarding housing if the discrimination is based on race, color, religion, sex, handicap, familial status or national origin.

1. Refusal to sell or rent or otherwise deal with a person.

2. Discriminating in the conditions or terms of sale, rental, or occupancy.

3. Falsely denying housing is available.

4. "Blockbusting"—causing person(s) to sell or rent by telling them that members of a minority group are moving into the area.

5. Discrimination in financing housing by a bank, savings and loan association, or other business.

6. Denial of membership or participation in brokerage, multiple listing, or other real estate services.

7. Interference, coercion, threats or intimidation to keep a person from obtaining the full benefits of the Federal Fair Housing Law and/or filing a complaint.

## What Does the Law Exempt?

The first three acts listed above do not apply (1) to any single family house where the owner in certain circumstances does not seek to rent or sell it through the use of a broker or through discriminatory advertising, nor (2) to units in houses for two-to-four families if the owner lives in one of the units.

## What Can You Do About Violations of the Law?

Remember, the Fair Housing Act applies to discrimination based on race, color, religion, sex, handicap, familial status, or national origin. If you believe you have been or are about to be, discriminated against or otherwise harmed by the kinds of discriminatory acts which are prohibited by law, you have a right, within 1 year after the discrimination occurred to:

1. **Complain to the Secretary of HUD** by filing this form by mail or in person. HUD will investigate. If it finds the complaint is covered by the law and is justified, it will try to end the discrimination by conciliation. If conciliation fails, other steps will be taken to enforce the law. In cases where State or local laws give the same rights as the Federal Fair Housing Law, HUD must first ask the State or local agency to try to resolve the problem.

2. **Go directly to Court** even if you have not filed a complaint with the Secretary. The Court may sometimes be able to give quicker, more effective, relief than conciliation can provide and may also, in certain cases, appoint an attorney for you (without cost).

**You Should Also Report All information** about violations of the Fair Housing Act to HUD even though you don't intend to complain or go to court yourself.

**Additional Details.** If you wish to explain in detail in an attachment what happened, you should consider the following:

1. If you feel that others were treated differently from you, please explain the facts and circumstances.

2. If there were witnesses or others who know what happened, give their names, addresses, and telephone numbers.

3. If you have made this complaint to other government agencies or to the courts, state when and where and explain what happened.

## Racial/Ethnic Categories

1. **White (Non Hispanic)**—A person having origins in any of the original peoples of Europe, North Africa, or the Middle East.

2. **Black (Non Hispanic)**—A person having origins in any of the black racial groups of Africa.

3. **Hispanic**—A person of Mexican, Puerto Rican, Cuban, Central or South American or other Spanish Culture or origin, regardless of race.

4. **American Indian or Alaskan Native**—A person having origins in any of the original peoples of North America, and who maintains, cultural identification through tribal affiliation or community recognition.

You can obtain assistance (a) in learning about the Fair Housing Act, or (b) in filing a complaint at the HUD Regional Offices listed below:

**New England**- Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont
HUD - Fair Housing and Equal Opportunity (FHEO)
Boston Federal Office Building, 10 Causeway Street
Boston, Massachusetts 02222-1092

**New York / New Jersey**
HUD - Fair Housing and Equal Opportunity (FHEO)
26 Federal Plaza
New York, New York 10278-0068

**Mid-Atlantic**—Delaware, District of Columbia, Maryland, Pennsylvania, Virginia, West Virginia
HUD - Fair Housing and Equal Opportunity (FHEO)
The Wanamaker Bldg.,100 Penn Sq. East
Philadelphia, Pennsylvania 19107-3380

**Southeast/Caribbean** – Alabama, Florida, Georgia, Kentucky, Mississippi, North Carolina, South Carolina, Tennessee, Puerto Rico, Virgin Islands
HUD - Fair Housing and Equal Opportunity (FHEO)
Richard B. Russell Federal Building, 75 Spring Street, S.W.
Atlanta, Georgia 30303-3388

**Midwest** – Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin
HUD - Fair Housing and Equal Opportunity (FHEO)
Ralph H. Metcalfe Federal Building, 77 West Jackson Blvd.
Chicago, Illinois 60604-3507

**Southwest** – Arkansas, Louisiana, New Mexico, Oklahoma, Texas
HUD - Fair Housing and Equal Opportunity (FHEO)
1600 Throckmorton, P.O. Box 2905
Forth Worth, Texas 76113-2905

**Great Plains** – Iowa, Kansas, Missouri, Nebraska
HUD - Fair Housing and Equal Opportunity (FHEO)
Gateway Tower II, 400 State Avenue
Kansas City, Kansas 66101-2406

**Rocky Mountains** – Colorado, Montana, North Dakota, South Dakota, Utah, Wyoming
HUD - Fair Housing and Equal Opportunity (FHEO)
Executive Tower Building, 1405 Curtis Street
Denver, Colorado 80202-2349

**Pacific/Hawaii** – Arizona, California, Hawaii, Nevada, Guam, American Samoa
HUD - Fair Housing and Equal Opportunity (FHEO)
450 Golden Gate Avenue
San Francisco, California 94102-3448

**Northwest/Alaska** – Alaska, Idaho, Oregon, Washington
HUD - Fair Housing and Equal Opportunity (FHEO)
Suite 200 Seattle Federal Building, 909 1st Ave.
Seattle, Washington 98104-1000

**Privacy Act of 1974 (P.L. 93-579)**

**Authority:** Title VIII of the Civil Rights Act of 1968, as amended by the Fair Housing Amendments Act of 1988, (P.L. 100-430).

**Purpose:** The information requested on this form is to be used to investigate and to process housing discrimination complaints.

**Use:** The information may be disclosed to the United States Department of Justice for its use in the filing of pattern or practice suits of housing discrimination or the prosecution of the person who committed the discrimination where violence is involved; and to state or local fair housing agencies which administer substantially equivalent fair housing laws for complaint processing.

**Penalty:** Failure to provide some or all of the requested information will result in delay or denial of HUD assistance.

**Disclosure of this information is voluntary.**

---

For further information call the Toll-free Fair Housing Complaint Hotline 1-800-669-9777.
Hearing impaired persons may call (TDD) 1-800-927-9275.

Previous edition, dated, 11/92, may not be used;
other editions may be used until stock is exhausted.

form HUD-903 (1/93)
ref Handbook 8024.1

1

2

3

4

5

6

7              **Exhibit K: Assignment of Benefits**

8

9

10

11

12

13

14

15

16

17

18

19

Goldfarb &           20

Lipman LLP           21

1300 Clay Street     22

Ninth Floor          23

Oakland              24

California           25

94612                26

510 836-6336         27

510 836-1035 FAX     28

RESPONDENTS' EXHIBITS (3:07-cv-05794 MHP)

1460\03\528384.1

 # ASSIGNMENT OF BENEFITS

| Claimant: | Gretta Evans, Carolyn Evans, Shirley Porter | Agency: | Dublin Housing Authority |
|---|---|---|---|
| Site Address: | 6700 Dougherty Rd., #22, Dublin, CA | Project: | Arroyo Vista |
| OPC case ID: | DHA-002-06700-022 | Consultant: | Teresa R. Laverde |

**The undersigned claimant(s) hereby assign certain relocation benefits described below:**

| Description of Benefit | Amount |
|---|---|
| Security Deposit up to $2,400.00 | $2,400.00 |
| Credit Check Fees up to $75.00 | $    75.00 |
| Fixed Moving Payment up to $1,650.00 | $1,650.00 |
| **Section 8 Voucher** | n/a |
| **TOTAL ASSIGNMENT Maximum** | **$4,125.00** |

| Explanation of Assignment: |
|---|

Gretta Evans and Shirley Portley have decided to separate from the household and relinquish and assign all rights to any claim for rental assistance, either through a Section 8 voucher and/or financial assistance available to the household as reflected on the Notice of Eligibility dated October 31, 2007, a copy of which is attached for reference to Carolyn Evans. Gretta Evans and Shirley Porter, herby agree to abandon the household, and assign any rights to the Section 8 voucher and/or any claim for rental assistance to which the household may be entitled whether such rights have been set forth in the Notice of Eligibility dated October 31, 2007 or not to Carolyn Evans, subject to the approval of the Housing Authority pursuant to HUD Regulations.

Carolyn Evans and Shirley Portley hereby assign the fixed moving payment, security deposit and credit check fees set forth above to Gretta Evans with the understanding that no additional funds are available to assist Carolyn Evans or Shirley Portley with moving assistance (either per schedule or a professional move), security deposits and credit checks.    Except for $825.00 already advanced to Gretta Evans, the remaining $3300.00 will be released by the Housing Authority to Gretta Evans upon verification of abandonment of all parties from 6700 Dougherty Rd., #22, Dublin.

© 1980-2007 Overland, Pacific & Cutler, Inc.

**I/We understand that the funds and benefits will be distributed upon verification of eligibility requirements, that these payments will satisfy the Agency's relocation benefit obligations as if paid to me/us, and that no other payments can be claimed for the same portion of the relocation benefits assigned above.**

Gretta EVANS
Name          X _Gretta Evans_ Jan 18, 2008
              Signature          Date

Shirley J. Portley
Name          X _Shirly J. Portly_ Jan-22-08
              Signature          Date

Carolyn Evans
Name          X _Carolyn Evans_ 1/30/08
              Signature          Date

© 1980-2007 Overland, Pacific & Cutler, Inc.

1

2

3

4

5

6

7                           **Exhibit L: Survey Letter**

8

9

10

11

12

13

14

15

16

17

18

19

Goldfarb &        20

Lipman LLP        21

1300 Clay Street  22

Ninth Floor       23

Oakland           24

California        25

94612             26

510 836-6336      27

510 836-1035 FAX  28

RESPONDENTS' EXHIBITS (3:07-cv-05794 MHP)

1460\03\528384.1

September 21, 2007


6700 Dougherty Road ▮
Dublin, CA 94568

Subject:    Interview to Survey Relocation Needs of Arroyo Vista Households

Dear ▮▮▮▮▮▮▮▮▮

As you may have noticed, there has been a lot of activity at Arroyo Vista. To date, almost 30 households have used the available Section 8 vouchers to secure replacement housing. Some have moved to other locations in the Tri-Valley, while other households have chosen to move as far away as Sacramento.

As residents vacate their former homes, property management is securing the vacant structures to limit security issues. We ask that each neighbor be vigilant and report any security concerns to property management that need to be addressed.

With the expectation that Arroyo Vista will be completely vacated by this time next year, it has been decided to begin the next step in the relocation process. As part of the relocation process, the Dublin Housing Authority has asked Overland, Pacific & Cutler, Inc. (OPC), your relocation consultant, to conduct a study to assess the potential impact upon residents, to identify the relocation needs of you and your family and to prepare a Relocation Plan.  Part of our work in preparing this Plan will be to interview each household at Arroyo Vista.  Please contact Teresa Laverde or John Morris at 877.972.8908 or 510.638.3081 to schedule a specific appointment for an interview.  The interview should take no more than 45 minutes and will be conducted in your home for your convenience.  If, however, you do not contact OPC, they will be contacting you as they survey the community beginning October 01, 2007.

I encourage you to contact OPC at your earliest convenience to schedule an interview or to discuss the relocation program.  I appreciate your cooperation in this process.

Sincerely,

David Richman
Regional Director

241