UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION et al, | No. C 07-05794 MHP |
| Plaintiff(s), | **CLERK'S NOTICE** **(Rescheduling Case Management Conference)** |
| v. | |
| CITY OF DUBLIN et al, | |
| Defendant(s). | |

    The case management conference in this matter currently set for February 25, 2008, is hereby rescheduled to **March 3, 2008, at 2:00 p.m.**, and shall be heard following petitioner's motion for preliminary injunction. The Joint Case Management Statement is due one week prior to the conference.

Richard W. Wieking
Clerk, U.S. District Court

Dated: February 13, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140

United States District Court
For the Northern District of California