BAY AREA LEGAL AID
PHILLIP R. MORGAN (State Bar No. 99979)
NAOMI YOUNG (State Bar No. 105041)
LISA S. GREIF (State Bar No. 214537)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.

**E-FILED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL,<br><br>Petitioners,<br>vs.<br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br><br>Respondents.<br><br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>Real Parties in Interest. | CASE NO. C 07-05794MHP<br><br>STIPULATION REGARDING INITIAL DISCLOSURES; (PROPOSED) ORDER |

Stipulation Regarding Initial Disclosures; (Proposed) Order - 1
CASE #: C-07-05794MHP

1  Whereas, the parties to this action, by and through their counsel in this action, met and
2  conferred by telephone on January 31, 2008 pursuant to Federal Rules of Civil Procedure
3  ("F.R.C.P."), Rule 26(f) to consider the claims and defenses of the parties and the possibilities
4  for promptly settling or resolving the case; make arrangements for the disclosures required by
5  F.R.C.P. Rule 26(a)(1); discuss preservation of discoverable information; and develop a
6  proposed discovery plan; and

7  Whereas, the parties' report to the Court regarding its F.R.C.P. Rule 26(f) conference
8  should be submitted to the Court on or before February 14, 2008 outlining the plan; and

9  Whereas, the parties are engaged in briefing related to plaintiffs' pending motion for
10 preliminary injunction and preparing a Joint Case Management Conference Statement for filing
11 with the Court on February 25, 2008;

12 IT IS THEREFORE STIPULATED by and between the parties, subject to Court
13 approval, that the parties will develop a discovery plan as part of drafting the Joint CMC
14 Statement to be filed on February 25, 2008; exchange Initial Disclosures pursuant to F.R.C.P.
15 Rule 26(a); and submit the report to the Court required by F.R.C.P. Rule 26(f)(2) on February
16 25, 2008.

BAY AREA LEGAL AID
Phillip R. Morgan
Naomi Young
Lisa S. Greif

THE CALIFORNIA AFFORDABLE
HOUSING LAW PROJECT OF THE PUBLIC
INTEREST LAW PROJECT
Deborah Collins
Michael Rawson
Craig Castellanet

Dated: February 13, 2008

/s/ Lisa S. Greif
_____
Lisa S. Greif
BAY AREA LEGAL AID

Stipulation Regarding Initial Disclosures; (Proposed) Order - 2
CASE #: C-07-05794MHP

GOLDFARB & LIPMAN
Lee Rosenthal
Juliet Cox

Dated: February 13, 2008                /s/ Juliet E. Cox
                                        _____
                                        Juliet E. Cox
                                        Attorneys for Respondents Dublin Housing
                                        Authority, Housing Authority of Alameda
                                        County, and Real Parties in Interest


MEYERS, NAVE, RIBACK, SILVER & WILSON
Joseph M. Quinn
Ariana Mohit

Dated: February 13, 2008                /s/ Ariana Mohit
                                        _____
                                        Ariana Mohit
                                        Attorneys for Respondent City of Dublin


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.


Dated: February 13, 2008        /s/ Lisa S. Greif_____
                                Lisa S. Greif
                                Attorney for Plaintiffs

Stipulation Regarding Initial Disclosures; (Proposed) Order - 3
                                    CASE #: C-07-05794MHP

## (PROPOSED) ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that the parties shall have to and including February 25, 2008 to exchange Initial Disclosures and submit a report to the Court pursuant to Rule 26(f)(2).

Dated:

By: _____
MARILYN HALL PATEL
United States District Judge