1 | BAY AREA LEGAL AID
LISA S. GREIF (State Bar No. 214537)
2 | NAOMI YOUNG (State Bar No. 105041)
PHILLIP R. MORGAN (State Bar No. 99979)
3 | 405 14th Street, 11th Floor
Oakland, California 94612
4 | Telephone: 510-663-4744
Facsimile: 510-663-4740
5 | Email: lgreif@baylegal.org
        nyoung@baylegal.org
6 |        pmorgan@baylegal.org

7 | THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
8 | DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
9 | CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
10 | Oakland, California 94612
Telephone: 510-891-9794, ext. 156
11 | Facsimile: 510-891-9727
Email: dcollins@pilpca.org
12 |        mrawson@pilpca.org
        ccastellanet@pilpca.org
13
Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.
14

15 | UNITED STATES DISTRICT COURT

16 | NORTHERN DISTRICT OF CALIFORNIA

17

18 | ARROYO VISTA TENANTS ASSOCIATION,    CASE NO. C 07-05794 MHP
RHENAE KEYES, ANDRES ARROYO,
19 | DARLENE BROWN, ELISE VEAL
                                        DECLARATION OF JOYCE MCQUARTERS
20 |         Petitioner/Plaintiff,       IN SUPPORT OF PLAINTIFFS' MOTION FOR
                                        PRELIMINARY INJUNCTION
21 |     vs.
                                        Hearing Date:  March 3, 2008
22 | CITY OF DUBLIN; DUBLIN HOUSING      Time:  2:00 p.m.
AUTHORITY; HOUSING AUTHORITY OF         Courtroom:  15, 18th Floor
23 | ALAMEDA COUNTY; and DOES 1 through  Judge:  Honorable Marilyn Hall Patel
20, inclusive,
24 |             Respondents.

25
SCS DEVELOPMENT COMPANY, dba
26 | Citation Homes Central, a California
Corporation; EDEN HOUSING, INC., a
27 | California Nonprofit, and DOES 21 through 50,

28
          Real Parties in Interest.

I, Joyce McQuarters, hereby declare:

1. If called as a witness in this matter, I could and would testify competently to the facts set forth herein.

2. I am a 46-year-old African-American woman. I live in Unit 51 of the Arroyo Vista housing complex in Dublin, California. I live with my 10-year-old nephew, Darius McQuarters. My 26-year-old daughter, Delana Watts and my 21-year-old daughter Nuqia Cunningham, used to live with me but moved out of my house in 2006. In 2007, I requested to have both of my daughters added back onto the lease, but the Dublin Housing Authority refused this request because Arroyo Vista is going to be demolished. In the past, my daughters were allowed to move back and be added onto the lease by the Dublin Housing Authority.

3. I have lived in Arroyo Vista for the past 19 and a half years. I consider both Arroyo Vista and Dublin to be my home. I have become a part of the community here. Many members of my family live in Dublin. My great-nephew goes to school in Dublin and my doctor is in Dublin. I do not want to leave.

4. Although I would not otherwise want to move out of Arroyo Vista and disrupt my own life and the lives of my children, when I became aware that the Dublin Housing Authority (DHA) planned to demolish Arroyo Vista and began to investigate my options.

5. Because I have been given the impression that we have to move out of Arroyo Vista, I have started trying to secure a Section 8 voucher before they run out. The OPC consultants told me that "the sooner I get out, the better" and that I "don't want to wait until the last three months to find a new place."

6. In January 2008, I was told by Mary Rizzo Shuman and Carol Reeves that I had to fill out a form to notify them of my intent to vacate before I could apply for a Section 8 voucher.

7. I filled out a "Notice of Intent to Vacate" form and mailed it to the Dublin Housing Authority along with a cover letter dated January 14, 2008, a true and correct copy of which is attached hereto as Exhibit 1. I was not given a copy of the "Notice of Intent to Vacate" form.

8. In 2007, I ran a childcare business out of my home. This was possible, in part, due to the fact that I am currently in a four bedroom unit. On February 15, 2008, I received a Section 8

1

voucher for a 2 bedroom unit.  Although this would make it impossible for me to run my childcare business, there has been no relocation assistance offered that will help me re-establish my home-based business.  If I am forced to move to a 2 bedroom unit, I will lose income.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Dublin, California on ___February 18, 2008_____.


/s/ Joyce McQuarters
Joyce McQuarters


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.


Dated: February 19, 2008          /s/ Lisa S. Greif

Lisa S. Greif
Attorney for Plaintiffs

Declaration of Joyce McQuarters
in Support of Plaintiffs' Motion for Preliminary Injunction,                    Case No. C-07-05794 MHP

DECLARATION OF JOYCE MCQUATERS
IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

EXHIBIT 1

FAX TO: Lisa Grief
510 663-4740

January 14, 2008

To: Dublin Housing Authority
6700 Dougherty Rd.
Dublin, CA. 94568

From: Joyce A. McQuarters
6700 Dougherty Rd. #51
Dublin, CA. 94568

cc: Lisa Grief (Bay Area Legal Aid Attorney)

C/O: Notice of Intent To Vacate

I, J. A. McQuarters, am putting in a "Notice of Intent to Vacate" from my present dwelling in which I've resided in for 191/2 years, due to the fact that I, and 149 other residents have been informed that we need to move by the end of 11/2008 because the units in which we reside are being demolished.

I personally don't feel comfortable at this time submitting a "Letter of Intent to Vacate", due to the fact I have not secured a new dwelling as of yet.

I was informed by Mary Rizzo Shuman(Hayward office), and Carol Reeves(Dublin office) that before I could request my Section 8 Voucher I must submit "Notice of Intent to Vacate" to Dublin Housing Authority.

They also explained that I can get extensions out side of the normal time allotted to find a new dwelling once I have received my voucher, and if I don't find a place the "Notice of Intent To Vacate" form want affect my decision **not** to move on the indicated date as listed on "Notice of Intent To Vacate" form.

MS J. A. McQuarters