BAY AREA LEGAL AID
LISA S. GREIF (State Bar No. 214537)
NAOMI YOUNG (State Bar No. 105041)
PHILLIP R. MORGAN (State Bar No. 99979)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
       nyoung@baylegal.org
       pmorgan@baylegal.org

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727
Email: dcollins@pilpca.org
       mrawson@pilpca.org
       ccastellanet@pilpca.org

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL<br><br>Petitioner/Plaintiff,<br><br>vs.<br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br><br>Respondents.<br><br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>Real Parties in Interest. | CASE NO. C 07-05794 MHP<br><br>DECLARATION OF SHIRLEY PORTLEY IN SUPPORT OF PLAINTIFFSø MOTION FOR PRELIMINARY INJUNCTION<br><br>Hearing Date: March 3, 2008<br>Time: 2:00 p.m.<br>Courtroom: 15, 18th Floor<br>Judge: Honorable Marilyn Hall Patel |

I, Shirley Portley, hereby declare:

1. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction, and if called as a witness in this matter, I could and would testify competently to the facts set forth herein.

2. I lived at Arroyo Vista in Unit No. 22 with my sister, Gretta Evans, my niece, Carolyn Evans, and Carolyn's children until January 12, 2008, when I moved to a single-family home in Patterson, California with Gretta.

3. On January 22, 2008, I went to the office of Overland, Pacific and Cutler ("OPC") in Oakland after I got off work at about 1:30 in the afternoon. My sister Gretta had told me over the weekend that I had to go sign some papers so that OPC would reimburse her for over $3,000 in moving expenses that it had not paid her. When I got to the office, I met with Therese Laverde. I told her that I was there to sign some papers, and confirmed that if I signed the papers, my sister Gretta was going to get a check from OPC for the costs of her move. Therese said, yes, but Carolyn and I both had to sign the papers. She also told me that she was going to take the papers to Carolyn's home for her to sign the next day so it should not be a problem.

4. Therese put the papers in front of me, showed me where to sign, and I signed them. She did not give me a copy of the papers.

5. It was not until after Carolyn signed the papers later that month that we found out that OPC was not going to reimburse my sister anything until Carolyn moves out of Arroyo Vista.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at __Patterson____, California on _February 18, 2008_.

                                 /s/ Shirley Portley
                                      Shirley Portley

1 | I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: February 19, 2008           /s/ Lisa S. Greif_____

Lisa S. Greif
Attorney for Plaintiffs