BAY AREA LEGAL AID
LISA S. GREIF (State Bar No. 214537)
NAOMI YOUNG (State Bar No. 105041)
PHILLIP R. MORGAN (State Bar No. 99979)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
       nyoung@baylegal.org
       pmorgan@baylegal.org

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727
Email: dcollins@pilpca.org
       mrawson@pilpca.org
       ccastellanet@pilpca.org

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL<br><br>Petitioner/Plaintiff,<br><br>vs.<br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br><br>Respondents.<br><br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>Real Parties in Interest. | CASE NO. C 07-05794 MHP<br><br>**SUPPLEMENTAL DECLARATION OF SHIRLEY SANDERS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: March 3, 2008<br>Time: 2:00 p.m.<br>Courtroom: 15, 18th Floor<br>Judge: Honorable Marilyn Hall Patel |

I, Shirley Sanders, hereby declare:

1. If called as a witness in this matter, I could and would testify competently to the facts set forth herein.

2. In September 2007 I went to a meeting led by Mary Rizzo-Shuman from the Housing Authority of Alameda County. This meeting was in a vacant unit of Arroyo Vista and there were 12 or 13 other residents there. The purpose of the meeting was to give us information about the Section 8 Voucher program. Ms. Shuman told us at this meeting that if we wanted to get a voucher we would have to turn in a 30 day notice, and then the Housing Authority would start the paperwork on the voucher. Someone asked what would happen if they did not find another place to move to by the end of the 30 days and Ms. Shuman said that the time could be extended, but that to start the paperwork for Section 8 a 30 day notice was needed.

3. I did not want to move right away so I explored the homeownership program first, but then decided to find out about the voucher. Around December 2007 I spoke to Margie in the DHA office. She said I had to pick up a packet of forms and turn them in to the office before I could get a voucher. I was not able to get the forms right away so Carol at the DHA office ended up mailing them to me. She and Margie told me that to schedule a meeting for a voucher I had to turn in the completed packet including a 30-day notice of my intent to vacate. This notice was included in the packet they mailed to me. A true and accurate copy of the cover sheet to the packet and the Notice of Intent to Vacate form that was included in the packet is attached hereto as Exhibit 1.

4. I have not turned in these forms because at this point I do not want to move.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Dublin, California on ___February 18, 2008___.

/s/ Shirley Sanders
Shirley Sanders

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: February 19, 2008          /s/ Lisa S. Greif
                                  Lisa S. Greif
                                  Attorney for Plaintiffs

SUPPLEMENTAL DECLARATION OF SHIRLEY SANDERS
IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

EXHIBIT 1

# Housing Authority
## of Alameda County

22941 Atherton Street • Hayward, California 94541-6633
Fax: (510) 886-7058 • TDD (510) 727-8551

## REQUIRED DOCUMENTS

The following documents are required to complete your case and allow you to receive or continue receiving financial assistance with your rent:

| | Document (Income and bank verifications must be CURRENT) | Household Member(s) |
|---|---|---|
| | Social Security/Supplemental Security Income Verification | |
| | TANF (Welfare)/General Assistance Benefits Verification | |
| (3) | Employment (wages) Verification   Checkstubs | Shirley |
| | VA-Veteran Benefits Verification | |
| | Pension/Retirement Income Verification | |
| | Unemployment Insurance/State Disability Benefits Verification | |
| | Child Support/Alimony Income Verification | |
| | Valid California Drivers License/Identification Card | |
| (1) | Birth Certificate | Shirley |
| | Social Security Card | |
| (2) | Certification of Citizenship/Legal Immigration Status | Shirley, Deontae |
| (2) | Please fill out the enclosed Race & Ethnic Data Reporting form(s) | Shirley, Deontae |
| | Child Care Expense Receipt | |
| | Certified School Registration/Transcript | |
| | Please fill out the enclosed Family Declaration of Anticipated Medical Expenses form and provide pharmacy print-out(s) of all unreimbursed medical expenses | |
| (2) | Two current bank statements per each account – **All Pages** (✓) Checking  (✓) Savings  ( ) CD  ( ) Other | Shirley |
| (1) | 30-DAY NOTICE + PACKET completed | |

The documents marked above must be received in this office by _____

| Applicant/Participant | Housing Representative |
|---|---|
| 71470 | M. Meade |
| Client Number | (510) 727-85 |
| | Phone |

*Original – Tenant*          *Yellow – File*          *Required Documents 12/04*

## NOTICE OF INTENT TO VACATE

To The Housing Manager:

The undersigned resident(s) intend to terminate tenancy of the rental unit located at:

_____

On _____, _____, 20_____.
    (Day of the week)        (Date)

Prorated rent due through the move out date will be $ _____ (To be calculated by the Housing Manager).

I understand the following:

1. I may request a walk-through inspection to take place during the last two weeks of my residency. I may be present during the inspection and the manager will leave an itemized statement of needed repairs and cleaning.

2. I am responsible for paying rent through the date cited above or my actual move-out date, whichever is later.

3. I cannot apply my security deposit towards my last month's rent.

4. I will hand deliver all keys (including garage door openers, if applicable) to the Management office during normal working hours on the agreed-upon move out date.

5. I will remove all personal belongings from the unit, including furniture, clothing, boxes, trash, and discarded items. I will leave the unit and yard or patio area in the same condition as when I moved in. It is my responsibility to thoroughly clean the unit.

_____    _____
Signature                                        Date

Forwarding address:

_____    _____
                                             Contact Telephone

The law allows the Owner/Agent to use the security deposit for legal deductions itemized in this statement that are not corrected by the Resident prior to the termination of the tenancy or that were not identified due to the presence of the Residents' possessions during the time of the move out inspection. It also allows Owner/Agent to use the security deposit to correct any damages that occur to the unit/property between the time of the move out inspection and the termination of the tenancy.

A final itemized statement will be sent to you within 3 weeks (21 days) after the Owner/Agent has regained possession of the premises.

As required by law, you are hereby notified that your performance as a resident of this property may be reported to credit reporting agencies.

Please reply to:
    ☐ Alameda County Housing Authority    ☐ Dublin Housing Authority

I hereby acknowledge receipt of this notice _____
                                                                Housing Manager