1  BAY AREA LEGAL AID
   LISA S. GREIF (State Bar No. 214537)
2  NAOMI YOUNG (State Bar No. 105041)
   PHILLIP R. MORGAN (State Bar No. 99979)
3  405 14th Street, 11th Floor
   Oakland, California 94612
4  Telephone: 510-663-4744
   Facsimile: 510-663-4740
5  Email: lgreif@baylegal.org
          nyoung@baylegal.org
6         pmorgan@baylegal.org

7  THE CALIFORNIA AFFORDABLE HOUSING LAW
   PROJECT OF THE PUBLIC INTEREST LAW PROJECT
8  DEBORAH COLLINS (State Bar No. 154532)
   MICHAEL RAWSON (State Bar No. 95868)
9  CRAIG CASTELLANET (State Bar No. 176054)
   449 15th Street, Suite 301
10 Oakland, California 94612
   Telephone: 510-891-9794, ext. 156
11 Facsimile: 510-891-9727
   Email: dcollins@pilpca.org
12        mrawson@pilpca.org
          ccastellanet@pilpca.org
13
   Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.
14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, 19  DARLENE BROWN, ELISE VEAL | CASE NO. C 07-05794 MHP |
| 20           Petitioner/Plaintiff, | DECLARATION OF ANTONE TUCKER IN SUPPORT OF PLAINTIFFSø MOTION FOR PRELIMINARY INJUNCTION |
| 21      vs. | |
| 22  CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF 23  ALAMEDA COUNTY; and DOES 1 through 20, inclusive, 24 | Hearing Date: March 3, 2008 Time: 2:00 p.m. Courtroom: 15, 18th Floor Judge: Honorable Marilyn Hall Patel |
| 25           Respondents. | |
| 26  SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California 27  Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50 28           Real Parties in Interest. | |

Declaration of Antone Tucker in Support of
Plaintiffsø Motion for Preliminary Injunction,                Case No. C-07-05794 MHP

I, Antone Tucker, hereby declare:

1. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction, and if called as a witness in this matter, I could and would testify competently to the facts set forth herein.

2. I live in at Arroyo Vista in Dublin, California in Unit No. 86 with my son. I am the adult son of Gretta Evans. My mother also lived at Arroyo Vista, in Unit No. 22, until January 12, 2008.

3. Last fall, a couple of women whom I believe worked for Overland Pacific & Cutler ("OPC") came to my house to "assess" my family's needs because we were going to "have to move." They spent about five to seven minutes "assessing" my needs. I told them that I had been out of work since May of last year, and need to spend my time looking for a job.

4. I also was with my mother at her former home at Arroyo Vista last fall when John Morris from OPC came to visit. My mother explained to Mr. Morris that she had been looking for a home where she could use Section 8 for several months. She told him that she wanted very much to stay in Dublin, but she had not been able to find any place that would take Section 8 or rent to her. She told Mr. Morris that the rent levels in Dublin are higher than the $2400 4-bedroom voucher for which she was eligible, and that she needs a home that is accessible because of her disabilities. Mr. Morris did not offer any suggestions of how my mother could find a place in Dublin. Instead, he suggested that our family should look in "other communities" where the rents are lower.

5. On January 18, 2008, I drove my mother from her new home in Patterson to OPC's office in Oakland. I took her there to pick up a check that OPC had told her she was going to get to reimburse her for moving expenses and the security deposit she had had to pay to get into her new home. When we got to the office around lunch time, I went inside first because it is difficult for my mother to get in and out of the car and her wheelchair. I talked with Therese Laverde who had told my mother to come in and pick up her check. Ms. Laverde told me that the check was not ready, and that my mother should come back at 3:00. I went back to the car and told my

1

Declaration of Antone Tucker in Support of
Plaintiffs' Motion for Preliminary Injunction,                    Case No. C-07-05794 MHP

mother. We spent a couple of hours in Oakland, and then returned to OPC at about 3:00. My mother went into the office with me this time.

6. I was standing right next to my mother when Therese Laverde told her that her check was not there, and that she had some papers for my mother to sign. Then she said she would make arrangements for my mother to get her check. My mother signed the papers. Therese also told her that my sister, Carolyn, and my Aunt Shirley would have to sign the papers before my mother would get her money. She told my mother to have Carolyn and Shirley come in the following Tuesday to sign the papers. Ms. Laverde never told my mother that she would have to wait until Carolyn moved out of Arroyo Vista before my mother would get the relocation benefits she had needed to move.

7. My mother, like a lot of our neighbors at Arroyo Vista, felt frightened that she had to move out or she would not find a place to move at all and would end up homeless. It took her six months to find a place, because she had very little help, if any, from OPC. She relied on her family to help her find a place and to physically move her. As a result, she is living way out in Patterson away from me, my sister, and her grandchildren in a home that she cannot afford. Her home is not even accessible, and she has to spend most of her time living in her bedroom because she cannot make it up and down a flight of stairs in a wheelchair.

8. To add insult to injury, OPC refuses even to pay the moving expense, security deposit, and one credit check fee for a 63-year-old grandmother with disabilities. This is just not right.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at __Patterson____, California on _February 18, 2008_____.

/s/ Antone Tucker
Antone Tucker

2

Declaration of Antone Tucker in Support of
Plaintiffs'Motion for Preliminary Injunction,                Case No. C-07-05794 MHP

1
2   I hereby attest that I have on file all holograph signatures for any signatures indicated by
3   a "conformed" signature (/s/) within this efiled document.
4
5   Dated: February 19, 2008            /s/ Lisa S. Greif_____
6                                      Lisa S. Greif
7                                      Attorney for Plaintiffs
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28