BAY AREA LEGAL AID
LISA S. GREIF (State Bar No. 214537)
NAOMI YOUNG (State Bar No. 105041)
PHILLIP R. MORGAN (State Bar No. 99979)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
       nyoung@baylegal.org
       pmorgan@baylegal.org

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727
Email: dcollins@pilpca.org
       mrawson@pilpca.org
       ccastellanet@pilpca.org

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL<br><br>Petitioner/Plaintiff,<br><br>vs.<br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br><br>Respondents.<br><br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>Real Parties in Interest. | CASE NO. C 07-05794 MHP<br><br>**SUPPLEMENTAL DECLARATION OF ELISE VEAL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: March 3, 2008<br>Time: 2:00 p.m.<br>Courtroom: 15, 18th Floor<br>Judge: Honorable Marilyn Hall Patel |

Supplemental Declaration of Elise Veal
In Support of Plaintiffs' Motion for Preliminary Injunction

Case No. C-07-05794 MHP

I, Elise Veal, hereby declare:

1. If called as a witness in this matter, I could and would testify competently to the facts set forth herein.

2. My family and I have lived in Dublin at Arroyo Vista for 18 years and while I was looking for houses in other places I have decided that I want to stay in Dublin because it will be best for me and my children. My children are all in school near Arroyo Vista and I do not want to move them to other schools, especially my daughter who is in a special education program here in Dublin.

3. When I met with Teresa Laverde in October 2007 I told her that I had a child with disabilities. I thought if I told them what I needed they could help me find a 4-5 bedroom unit in the area that will accommodate my family's needs.

4. When I met with Ms. Laverde in October 2007 I asked her what relocation services they were offering. She told me that they give referrals to available units and that the voucher could be taken anywhere in the U.S.

5. When I first met with OPC I was thinking of moving to Seattle, but then after I received the "Information Statement for Families and Individuals" which outlined what exactly OPC was offering I realized that I could not afford to move as far away as Seattle because OPC would only pay for actual moving costs up to fifty miles and I could not pay for moving to Seattle by myself. So my options were to accept the fixed cost for moving or move closer to home. (The "Information Statement" is attached as Exhibit 2 to Elise Veal Declaration previously filed in this case.)

6. As I continued to look for a place to move to I reported my progress to Teresa Laverde and John Morris. I was frustrated because I was not having any luck finding a landlord to rent to me. I thought that OPC should be helping me more to find a place but all I have received are referral lists that rarely list any 4-5 bedroom units in the Dublin area so the lists are not helpful for me. For example, the most recent list I have received is attached as Exhibit 1 and lists only one 3 bedroom unit in Dublin. The referral lists I continue to get from OPC do not address my family's needs because we need a 4-5 bedroom house.

7. Back in the fall of 2007 when I thought I was going to move out with a Section 8 Voucher, I spoke to Carol at the DHA Arroyo Vista office about making an appointment to get a voucher. It was

1

Supplemental Declaration of Elise Veal
In Support of Plaintiffs' Motion for Preliminary Injunction

Case No. C-07-05794 MHP

my understanding that the voucher would be good for 30-60 days and that I would have to find another place to live within that time. Since I was having a real hard time locating a unit to move to that would accept Section 8 in Dublin, I decided not to go to the two meetings I arranged through Carol. I told Carol that I was not going to meetings because I had not found a place to move to. Since there was a time limit on the voucher I thought that I should try and find a place to move to before I got the voucher or else I would be in a tight position of having no where to go but forced to move out. I never spoke with Marilyn Meade at HACA about arranging a meeting.

8. I have given OPC all the information they have requested about my family in an attempt to help them help me but I have not received one comparable housing referral from them that is actually available for me. So I have decided as of January 2008 to wait for HUD's final decision before I consider relocating anywhere.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Dublin, California on February 18, 2008.

/s/ Elise Veal
Elise Veal

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: February 19, 2008    /s/ Lisa S. Greif
Lisa S. Greif
Attorney for Plaintiffs

Supplemental Declaration of Elise Veal
In Support of Plaintiffs' Motion for Preliminary Injunction

2

Case No. C-07-05794 MHP

SUPPLEMENTAL DECLARATION OF ELISE VEAL
IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

EXHIBIT 1

**OVERLAND PACIFIC & CUTLER, INC.**

Lisa Greif

7901 Oakport St., Suite 4800
Oakland, CA 94621
510.638.3081 ph
510.638.0750 fax
www.OPCservices.com

February 13, 2008

Elise Veal
6700 Dougherty Rd. # 15
Dublin, CA 94568

Dear Ms. Veal;

Per your request enclosed you will find referrals to available rentals in Alameda County. I hope you find these referrals helpful in your search for replacement housing. If you would like additional referrals or have any questions regarding the relocation program please contact me at 510-638-3081.

Sincerely,

Teresa R. Laverde
Senior Consultant

Encl.

Lisa Greif

Received by Lisa from OP
by email on 2/13/08.

## Alameda County Referrals

| Address | BR | BA | Type | Rent | Y | $ | ? | Phone | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 8622 Beverly Ln., Dublin | 3 | 1.5 | House | 1775 | Y | 2500 | ? | 925-735-1210 | Garage, small private yard, near 580 |
| 6304 Singletree Way, Pleasanton | 4 | 3 | House | 2750 | Y | 2500 | ? | 510-332-0719 | 2 kitchens, close to schools, parks, mall & freeway |
| Canyon Meadows, Pleasanton | 1 | 1 | Condo | 1350 | Y | 1350 | N | 925-947-6851 | Laundry rm, fireplace, water/garbage/HOA incl., pools, gym, garage |
| 652 Eros, Livermore | 1 | 1 | Apt | 995 | Y | 995 | N | 510-728-2960 | Upstairs unit, centrally located, available now |
| 1099 Murrieta Blvd #124, Livermore | 1 | 1 | Condo | 1150 | Y | 1150 | ? | 510-791-9005 | 2nd floor, dining room, dishwasher, laundry fac., pool |
| 1467 Gomes Rd., Fremont | 4 | 2 | House | 3000 | Y | 3000 | ? | 408-888-5550 | 2car garage, lg kitchen, close to schools, cable ready |
| 4291 Isle Royal St., Fremont | 4 | 2 | House | 2400 | Y | 2500 | ? | 408-648-7089 | Pool, 1 yr lease, credit chk, references, income verify, avail 2/15 |
| 39857 Stanniston Ter., Fremont | 4 | 3 | House | 2900 | Y | 1900 | ? | 510-888-7657 | |
| Westminster Cir, Fremont | 4 | 3 | House | 2400 | Y | 2400 | ? | 510-494-0888 | 2-story house, 2-car garage, laundry facility, cable/satellite |
| 3781 Lincoln Ct #3, Fremont | 2 | 1 | Apt | 1425 | Y | 1000 | ? | 510-659-5381 | Upstairs unit, balcony, garage, laundry fac. |
| 185 Sycamore St., Fremont | 2 | 1 | Apt | 1375 | Y | 1090 | N | 510-882-5290 | Upstairs unit, electricity/water/garbage inc., laundry fac., no smokers |
| 38154 Fremont Blvd #1, Fremont | 1 | 1 | House | 1295 | Y | 1200 | ? | 510-490-8038 | 1-level, hw floors, backyards, near schools, water/garbage included |
| 4951 MacBeth Ave., Fremont | 4 | 2 | House | 2500 | Y | 2500 | ? | 510-525-3209 | 2-car garage, Ardenwood elementary nearby |
| 2268 Bristlecone Ct., Union City | 4 | 2 | House | 2200 | Y | 2200 | ? | 510-487-2232 | 2-car garage, family room, avail. Now |
| 4579 Darcelle Dr., Union City | 4 | 2.5 | House | 2300 | Y | 2300 | ? | 510-274-3441 | Close to schools, shopping center, garage, cable/satellite |
| 3608 Kimbally St., Union City | 4 | 2.5 | Twnhse | 2500 | Y | 2500 | ? | 510-218-5887 | Front & backyard, near schools, garage, parking |
| 20981 Royal Ave, Hayward | 2 | 1 | Duplex | 1295 | Y | 850 | ? | 510-582-4527 | Single story, garage, wash/dryer included |
| 1103 D St., Hayward | 2 | 1 | Apt | 1350 | Y | 900 | ? | 510-909-5372 | Downstairs unit, washer/dryer included |
| 21505 Tampa Ave #22, Hayward | 2 | 1.5 | Condo | 1350 | Y | 1030 | ? | 415-942-5822 | Laundry fac., patio, close to schools, shopping & public transportation |
| 25355 Cypress, Hayward | 2 | 1 | Apt | 1350 | Y | 900 | ? | 510-393-3530 | Upstairs unit, centrally located |
| 25221 Cypress Ave., Hayward | 2 | 1.5 | Twnhse | 1200 | Y | 1200 | ? | 510-469-5513 | Upstairs unit, security gate, balcony, storage, laundry facility |
| 29535 Dixon St. #10, Hayward | 1 | 1 | Apt | 950 | Y | 950 | ? | 510-581-2521 | Laundry facility, parking, on-site manager & handyman |
| 1607 C St, Hayward | 1 | 1 | Apt | 1400 | Y | 1100 | ? | 415-310-1630 | Upstairs unit, 3-unit building |
| 2058 B St., Hayward | 1 | 1 | Apt | 1000 | Y | 900 | ? | 510-703-2490 | Garage |
| 1365 D St., Hayward | 1 | 1 | Apt | 925 | Y | ? | ? | 510-537-2892 | laundry fac., pool, parking, gated, near public transportation |
| 925 Rose St., Hayward | 4 | 3 | House | 2500 | Y | 2000 | ? | 925-303-8048 | 1-bdrm w/private entrance, lg yard, hw floors, washer/dryer |
| 18735 Meekland Ave., Hayward | 4 | 1.5 | House | 2300 | Y | 2000 | ? | 510-910-5793 | Walk-in closets in mstr. Bdrm, fenced yard, washer/dryer hookup |
| 27589 Ponderosa Ct., Hayward | 2 | 2.5 | Twnhse | 2150 | Y | 400 | ? | 510-351-5728 | Corner unit, utility room, master bdrm w/own bathroom, new appliances |
| 23733 Glenbrook Ln., Hayward | 4 | 2.5 | Twnhse | 2650 | Y | 2000 | ? | 510-817-1951 | Hayward hills, fireplace, cable ready, garage |
| 570 Hampton Rd., Hayward | 4 | 1 | House | 2300 | Y | 2300 | ? | 510-364-1976 | On site parking, wd, fireplace, hw floors, storage, gardener included |
| 27825 Browning Cir, Hayward | 4 | 2 | House | 1600 | Y | 1000 | ? | 925-754-4817 | Family room, 2-car garage, laundry facilities |
| 21024 Allengate Way, Hayward | 3 | 2.5 | Twnhse | 1850 | Y | 1850 | ? | 510-471-7242 | 1-car garage, & 1pkg space, 1yr lease |
| 27873 Coronado St., Hayward | 3 | 2 | House | 1700 | Y | 1700 | ? | 408-612-2997 | |
| Lt Parks Ave., Hayward | 3 | 2 | House | 1950 | Y | 1900 | ? | 510-289-3094 | Available Now |
| 1847 169th Ave., San Leandro | 3 | 2 | House | 1605 | Y | 2500 | ? | 5(0)750-4800 | Garage, laundry facility, pool storage, avail 3/1 |
| 1049 Billings Blvd., San Leandro | 3 | 1 | House | 1850 | Y | 1850 | ? | 510-368-8847 | Big backyard |
| 15531 Marcella St., San Leandro | 4 | 3 | House | 1800 | Y | 2000 | ? | 510-690-5598 | Large yard, laundry room, off-street pkg, in frm of elem. School |
| Farnsworth St., San Leandro | 4 | 3 | House | 2900 | Y | 2300 | ? | 510-494-0688 | 2-car garage, washer/dryer hookup, avail 3/1 |
| 1839 Mono Ave, San Leandro | 2 | 1 | Apt | 1100 | Y | 1100 | ? | 510-561-2321 | Newly renovated |
| 16066 Robin St, San Leandro | 1 | 1 | Duplex | 1050 | Y | 850 | ? | 510-914-2070 | HW floors, laundry facility, centrally located |
| 111 Preda St., San Leandro | 1 | 1 | Apt | 995 | Y | 995 | ? | 650-644-6688 | Laundry facility, parking rec, center, cable ready, near public transp. |
| 1049 45th St., Emeryville | 1 | 1 | Apt | 900 | Y | 900 | ? | 510-913-2216 | Laundry facility, garage, storage, close to public transportation |

2/13/2008

Prepared By: Overland, Pacific & Cutler