BAY AREA LEGAL AID
LISA S. GREIF (State Bar No. 214537)
NAOMI YOUNG (State Bar No. 105041)
PHILLIP R. MORGAN (State Bar No. 99979)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
    nyoung@baylegal.org
    pmorgan@baylegal.org

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727
Email: dcollins@pilpca.org
    mrawson@pilpca.org
    ccastellanet@pilpca.org

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.

**E-FILED**

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL,<br><br>    Petitioners,<br>vs.<br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br><br>    Respondents.<br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>    Real Parties in Interest. | CASE NO. C 07-05794 MHP<br><br>**REVISED** [PROPOSED] ORDER ON MOTION FOR PRELIMINARY INJUNCTION |

Plaintiffs' Motion for Preliminary Injunction came on for hearing before this Court, Deborah Collins, California Affordable Housing Law Project of The Public Interest Law Project, appearing for plaintiffs and _____ appearing for defendants.  After consideration of the briefs and arguments of counsel, and all other matters presented to the Court,

The Court finds the likelihood of irreparable harm to plaintiffs if the status quo is not restored and preserved during the pendency of the litigation and plaintiffs' probable success on the merits or that serious questions are raised by this action and that on balance the hardships tip sharply in plaintiffs' favor. *Stuhlbarg Int'l Sales Co., Inc. v. John D. Brush & Co., Inc.* 240 F3d 832 (9th Cir. 2001).

**IT IS HEREBY ORDERED** that plaintiffs' motion for Preliminary Injunction is GRANTED as follows:

Respondents City of Dublin (City), Dublin Housing Authority ("DHA"), and Housing Authority of Alameda County ("HACA") (collectively "Defendants"), their agents, officers, servants and attorneys ARE HEREBY ORDERED TO:

(1)  refrain from implementing that Disposition and Development Agreement ("DDA") for the Arroyo Vista Redevelopment Project with DHA, HACA, Eden Housing, Inc. ("Eden"), and Citation Homes Central ("Citation"), approved by Dublin City Council Resolution 136-07 on July 17, 2007 , with the exception of  planning activities, analysis and consultations, including but not limited to an environmental impact review pursuant to 24 C.F.R.. § 970.13, project viability studies, capital planning, and comprehensive occupancy planning pursuant to 24 C.F.R. § 970.25(a);

(2) refrain from implementing the DDA by displacing, relocating, or removing any lawful occupant of Arroyo Vista, including but not limited to (a) encouraging, pressuring, threatening or coercing any occupant to move or threatening to vacate any lawfully occupied unit for any reason related to or in connection with the DDA, (b) removing public housing units from the market and (c) boarding up any vacant unit(s) without prior written approval from HUD of the disposition application and without first complying with all of the requirements of the California Relocation Assistance Act, including the adoption of a relocation assistance plan that fully complies with Govt.

C. § 7260 *et seq.* and C.C.R.. § 6000 *et seq.*, the provision of all notices by and compliant with 42 U.S.C. § 1437p and 24 C.F.R. § 970.1 *et seq.* and the California Relocation Assistance Act and the provision of all relocation assistance benefits mandated by state and federal law;

(3) restore the status quo <u>ante</u> at Arroyo Vista within 90 days of the date of this order by giving all former Arroyo Vista residents that moved from the property between July 26, 2006 ("displaced person") and the date of this Court's order: (a) at defendants' expense the right to return to their formerly assigned unit pursuant to the terms of their former lease if it is vacant, and if not vacant, the next available vacant unit pursuant to the terms of the displaced person's former lease; or (b) at the displaced person's option, all relocation benefits mandated by 42 U.S.C. §1437p, 24 C.F.R. §970.1 *et seq.*, Cal. Govt. C. §7260 *et seq.*; and 25 C.C.R. §6000 *et seq.*; and

(4) re-open, re-rent, and make available for rent all Arroyo Vista units that are vacant as of the date of this order, in the following order: (a) to the displaced person that last resided in the unit or, if they decline to rent the unit; (b) to the next household on DHA's public housing waiting list.

**IT IS FURTHER ORDERED** that based on the finding that the Court has the discretion to excuse the bond requirement in exceptional circumstances and that plaintiffs are indigent and do not have the means to post bond, and Arroyo Vista Tenants Association does not have the resources to post a bond, the bond requirement is waived in this case. *California ex rel. Van de Kamp v. Tahoe Regional Planning Agency*, 766 F.2d 1319, modified 775 F.2d 998 (9th Cir. 1985.

Dated:

By:_____
MARILYN HALL PATEL
United States District Judge

---

REVISED [PROPOSED] ORDER ON MOTION FOR PRELIMINARY INJUNCTION - 3
Case No. C-07-05794 MHP