LEE C. ROSENTHAL, State Bar #58778
lrosenthal@goldfarblipman.com
ROBERT C. MILLS, State Bar #158097
rmills@goldfarblipman.com
JULIET E. COX, State Bar #214401
jcox@goldfarblipman.com
GOLDFARB & LIPMAN LLP
1300 Clay Street, Ninth Floor
Oakland, California 94612
Telephone: (510) 836-6336
Facsimile: (510) 836-1035

Attorneys for Respondents and Real Parties in Interest DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA; SCS DEVELOPMENT COMPANY; and EDEN HOUSING, INC.

JOSEPH M. QUINN, State Bar #171898
jquinn@meyersnave.com
ARIANA MOHIT, State Bar #211407
amohit@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
575 Market Street, Suite 2600
San Francisco, California 94105
Telephone: (415) 421-3711
Facsimile: (415) 421-3767

Attorneys for Respondent CITY OF DUBLIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ARROYO VISTA TENANTS ASSOCIATION, et al., | Case No.: 3:07-cv-05794-MHP |
|---|---|
| Petitioners, | **RESPONDENTS' OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PETITIONERS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| CITY OF DUBLIN, et al., | Date: March 3, 2008 |
| Respondents. | Time: 2:00 p.m. |
| | Location: Courtroom 15, United States District Court, Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102 |
| SCS DEVELOPMENT COMPANY, et al. | |
| Real Parties in Interest. | |

///

///

///

Respondents City of Dublin, Dublin Housing Authority, and Housing Authority of the County of Alameda (together, "Respondents") hereby object to the Declarations of Andres Arroyo, Darlene Brown, Shawn Costello, Carolyn Evans, Gretta Evans, Rhenae Keyes, Shirley Sanders, and Elise Veal filed in support of the motion by Petitioners for Preliminary Injunction, as set forth below.

I. **DECLARATION OF ANDRES ARROYO**

**Objection No. 1:**

**Statement:** "I am a 66 year old Hispanic man and I am disabled."

(Page 2, ¶ 2, at line 4.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative. FRE 403.

**Objection No. 2:**

**Statement:** "my wife, who is 69 years old"

(Page 2, ¶ 2, at lines 5-6.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative. FRE 403

**Objection No. 3:**

**Statement:** "I get Social Security retirement benefits. . . $996 per month."

(Page 2, ¶ 3, at lines 7-9.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative. FRE 403

**Objection No. 4:**

**Statement:** "In October 2007, . . . good deal to move."

(Page 2, ¶ 5, at lines 16-18.)

**Objection:** Irrelevant, FRE 402; Lacks foundation, FRE 602.

///

///

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035

**Objection No. 5:**

**Statement:** "My wife and I ... San Ramon and Dublin."

(Page 2, ¶ 6, at lines 19-24.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative. FRE 403

II. **DECLARATION OF DARLENE BROWN**

**Objection No.1:**

**Statement:** "I am a 54-year-old disabled African-American woman."

(Page 2, ¶ 2, at lines 4-5.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative. FRE 403

**Objection No. 2:**

**Statement:** "I live on a fixed ... Supplemental Security Income."

(Page 2, ¶ 3, at lines 6-7.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative. FRE 403.

**Objection No. 3:**

**Statement:** "My health is not good ... doctors and family."

(Page 2, ¶ 4, at lines 6-9.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative. FRE 403

**Objection No. 4:**

**Statement:** "Around September 2007 ... Arroyo Vista was being sold."

(Page 2, ¶ 5, at lines 10-14.)

///

///

///

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035

**Objection:** Irrelevant, FRE 402; Lacks foundation, FRE 602; Hearsay not within any exception if offered to prove either the amount of relocation assistance to which Ms. Brown may be entitled under state or federal law or that Arroyo Vista is being sold, FRE 801, 802.

**Objection No. 5:**

**Statement:** "I asked them how ... move out."

(Page 2, ¶ 6, at lines 15-16.)

**Objection:** Irrelevant, FRE 402; Lacks foundation, FRE 602; Hearsay not within any exception if offered to prove the amount of relocation assistance to which Ms. Brown may be entitled under state or federal law, FRE 801, 802.

**Objection No. 6:**

**Statement:** "I did not find anything ... qualified to live there."

(Page 3, ¶ 10, at lines 7-8.)

**Objection:** Irrelevant, FRE 402; Lacks foundation, FRE 602; Hearsay not within any exception, if offered to prove Ms. Brown's ineligibility for the residences she says that she called, FRE 801, 802.

III. **DECLARATION OF SHAWN COSTELLO**

**Objection No. 1:**

**Statement:** "I am a 46-year-old man living with cerebral palsy."

(Page 2, ¶ 2, at line 4.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative. FRE 403

**Objection No. 2:**

**Statement:** "Earlier in 2007 I used a government grant ... perfect for me."

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035

3
RESPONDENTS' OBJECTIONS TO PETITIONERS' EVIDENCE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

1460\03\530725.2

1  (Page 2, ¶ 4, at lines 7-11.)

2  **Objection:** Irrelevant, FRE 402; More prejudicial than probative. FRE 403.

3

4  **Objection No. 3:**

5  **Statement:** "I have always, and will always, need medical treatment, . . . condition

6  deteriorates."

7  (Page 2, ¶ 5, at lines 12-17.)

8  **Objection:** Irrelevant, FRE 402; More prejudicial than probative. FRE 403.

9

10 **Objection No. 4:**

11 **Statement:** "Over the past 23 years I have developed strong ties . . . in order to do so."

12 (Page 2, ¶ 6, at lines 18-22.)

13 **Objection:** Irrelevant, FRE 402; More prejudicial than probative. FRE 403.

14

15 **Objection No. 5:**

16 **Statement:** "I am afraid that, if Arroyo vista were rebuilt, . . . safe for me to return."

17 (Page 2, ¶ 7, at lines 23-24.)

18 **Objection:** Irrelevant, FRE 402; Lacks foundation, FRE 602; Expert opinion by

19 unqualified witness, FRE 701, 703.

20

21 **Objection No. 6:**

22 **Statement:** "I have been hit by cars 7 or 8 times . . . dangerous for me."

23 (Page 2, ¶ 7, at lines 24-27.)

24 **Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403; Lacks

25 foundation, FRE 602; Expert opinion by unqualified witness, FRE 701, 703.

26 ///

27 ///

28

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035

4
RESPONDENTS' OBJECTIONS TO PETITIONERS' EVIDENCE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

1460\03\530725.2

1  ///

2  **Objection No. 7:**

3  **Statement:**    "I can see that the residents . . . moved out of their units."

4  (Page 3, ¶ 8, at lines 1-2.)

5  **Objection:**    Irrelevant, FRE 402; Lacks foundation, FRE 602.

7  **Objection No. 8:**

8  **Statement:**    "Since the Dublin Housing Authority has begun . . . of the complex."

9  (Page 3, ¶ 10, at lines 11-14.)

10  **Objection:**    Irrelevant, FRE 402; More prejudicial than probative. FRE 403.

12  **Objection No. 9:**

13  **Statement:**    "I consider Arroyo Vista to be unique . . . talk of us moving."

14  (Page 3, ¶ 11, at lines 15-18.)

15  **Objection:**    Irrelevant, FRE 402; More prejudicial than probative, FRE 403; Lacks foundation, FRE 602.

18  **Objection No. 10:**

19  **Statement:**    "I would like to live .....accessible accommodations of my unit."

20  (Page 3, ¶ 12, at lines 19-21.)

21  **Objection:**    Irrelevant, FRE 402; More prejudicial than probative, FRE 403; Lacks foundation, FRE 602.

24  **IV.    DECLARATION OF CAROLYN EVANS**

25  **Objection No. 1:**

26  **Statement:**    "I am a 23 year old woman of African-American descent."

27  (Page 2, ¶ 2, at line 4.)

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035

RESPONDENTS' OBJECTIONS TO PETITIONERS' EVIDENCE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

1460\03\530725.2

1 | **Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

2 | **Objection No. 2:**

3-4 | **Statements:** "I was in a domestic violence shelter...boarded up units when residents moved out and I am still living in unit #22."

5 | (Page 2, ¶ 4 at line 9-10 and page 3, ¶ 7 at line 12.)

6 | **Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

8 | **Objection No. 3:**

9 | **Statements:** "Theresa told me that I have ...wants the unit back as soon as possible."

10 | (Page 5, ¶ 15, at lines 12-15.)

11-12 | **Objection:** Hearsay not within any exception, if offered to prove the intent of the Housing Authority, FRE 801, 802.

14 | V. **DECLARATION OF GRETTA EVANS**

15 | **Objection No. 1:**

16 | **Statement:** "I am a 63 year old woman of African-American descent."

17 | (Page 2, ¶ 2, at line 4.)

18 | **Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

20 | **Objection No. 2:**

21 | **Statements:** "I am disabled ....income.

22 | (Page 2, ¶ 3 at line 7.)

23 | **Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

25 | **Objection No. 3:**

26 | **Statements:** "When I learned Arroyo Vista.... going to be torn down."

27 | (Page 2, ¶ 4 at line 12 and Page 2, ¶ 6 at line 25-26.)

Goldfarb &
Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035

1  **Objection:**   Irrelevant, FRE 402; More prejudicial than probative, FRE 403; Lacks
2  foundation, FRE 602; Hearsay not within any exception, if offered to prove that Arroyo
3  Vista is going to be torn down, FRE 801, 802.

5  **Objection No. 4:**
6  **Statement:**   "After I lost my voucher . . helped me find Arroyo Vista."
7  (Page 2, ¶5, at lines 20-24.)
8  **Objection:**   Irrelevant, FRE 402.

10 **Objection No. 5:**
11 **Statement:**   "My next door neighbors . . find out if she could get a voucher."
12 (Page 3, ¶7, at lines 4-6.)
13 **Objection:**   Irrelevant, FRE 402.

15 **Objection No. 6:**
16 **Statement:**   "I started searching . . the places I called did not know about Section 8."
17 (Page 3, ¶8, at lines 7-11.)
18 **Objection:**   Irrelevant, FRE 402; Lacks foundation, FRE 602; Hearsay not within any
19 exception, if offered to prove potential landlords' knowledge about Section 8, FRE 801,
20 802.

22 **Objection No. 7:**
23 **Statement:**   "The search to find another . . .and there was no elevator."
24 (Page 3, ¶9, at lines 12-19.)
25 **Objection:**   Irrelevant, FRE 402; More prejudicial than probative, FRE 403; Lacks
26 foundation, FRE 602; Hearsay not within any exception, if offered to prove the reason for
27 landlord's failure to rent, FRE 801, 802.

Goldfarb &
Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035

**Objection No. 8:**

**Statement:** "I want to stay in Dublin . . . looking at listings in other places."

(Page 3, ¶10, at lines 3:20-27.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

**Objection No. 9:**

**Statement:** "In late September 2007 . . . willing to look into it."

(Page 3, ¶11, at lines 28 to Page 4 at lines 1-3.)

**Objection:** Irrelevant, FRE 402; Lacks foundation, FRE 602; Hearsay not within any exception, if offered to prove Ms. Evans' eligibility for Section 8 assistance in Merced County and/or the reason Ms. Evans was unable to use her Section 8 voucher, FRE 801, 802.

**Objection No. 10:**

**Statement:** "and I bought a refrigerator . . . did not need a voucher."

(Page 4, ¶12, at lines 9-14.)

**Objection:** Irrelevant, FRE 402; Lacks foundation, FRE 602; Hearsay not within any exception, if offered to prove potential landlords' knowledge about Section 8, FRE 801, 802.

**Objection No. 11:**

**Statement:** "and the lady said . . . Section 8 tenants."

(Page 4, ¶13, at line to page 5 at lines 1-2.)

**Objection:** Irrelevant, FRE 402; Lacks foundation, FRE 602; Hearsay not within any exception, if offered to prove the potential landlord's views on Section 8, FRE 801, 802.

///

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035

RESPONDENTS' OBJECTIONS TO PETITIONERS' EVIDENCE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

1460\03\530725.2

**Objection No. 12:**

**Statement:** "I don't want to live in Antioch. . . just did not feel safe to me."

(Page 5, ¶14, at lines 7-16.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403; Lacks foundation, FRE 602.

**Objection No. 13:**

**Statement:** "Living among boarded up . . . I might become homeless again."

(Page 5, ¶16, at lines 26-27.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

**Objection No. 14:**

**Statement:** "Since Arroyo Vista would not . . . even though she has priority on the waiting list."

(Page 6, ¶19, at lines 2-3.)

**Objection:** Irrelevant, FRE 402; Lacks foundation, FRE 602.

**Objection No. 15:**

**Statement:** "but there are not going to be enough units. . . able to afford."

(Page 6, ¶20, at lines 23-25.)

**Objection:** Irrelevant, FRE 402; Lacks foundation, FRE 602; Hearsay not within any exception, if offered to prove actual affordability or rent levels in new development, FRE 801, 802.

**Objection No. 16:**

**Statement:** "I feel that the City. . . attract a different population."

(Page 6, ¶20, at lines 25-27.)

Goldfarb &
Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035

1 | **Objection:** Irrelevant, FRE 402; Lacks foundation, FRE 602.

### VI. DECLARATION OF RHENAE KEYES

**Objection No. 1:**

**Statement:** "I am a 48-year-old African-American woman."

(Page 2, ¶ 2, at line 4.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

**Objection No. 2:**

**Statement:** "In November of 2006, I was honorably discharged,.... continue my treatment."

(Page 2, ¶ 4, at lines 9-14.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

**Objection No. 3:**

**Statement:** "My son suffers from two disabilities . . . high-functioning autistic."

(Page 2, ¶ 5, at lines 15-19.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

**Objection No. 4:**

**Statement:** "Jemar is in the continuing education. . . despite his disabilities."

(Page 2, ¶ 6, at lines 20-23.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

**Objection No. 5:**

**Statement:** "Genaya attends Wells Middle School. . . migraine headaches."

(Page 2, ¶ 7, at lines 24-27.)

Goldfarb &
Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035

1    **Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

3    **Objection No. 6:**

4    **Statement:** "Although I would not otherwise . . . lives of my children."

5    (Page 3, ¶ 8, at lines 1-2.)

6    **Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

8    **Objection No. 7:**

9    **Statement:** "In a two-bedroom unit, . . . health and well-being."

10    (Page 4, ¶ 15, at lines 19-21.)

11    **Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403; Lacks foundation, FRE 602.

14    **VII. DECLARATION OF SHIRLEY SANDERS**

15    **Objection No. 1:**

16    **Statement:** "I am a 36-year-old single mother."

17    (Page 2, ¶ 2, at line 4.)

18    **Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

20    **Objection No. 2:**

21    **Statements:** "I moved into Arroyo Vista 13 years . . . and pick him up during lunch."

22    (Page 2, ¶ 3-5, at lines 6-16.)

23    **Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

25    **Objection No. 3:**

26    **Statement:** "They also told us that it would . . . certain income level to qualify."

27    (Page 2, ¶ 6, at lines 21-23.)

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035

11
RESPONDENTS' OBJECTIONS TO PETITIONERS' EVIDENCE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
1460\03\530725.2

1  **Objection:**    Lacks foundation, FRE 602; Hearsay not within any exception, if offered to prove actual affordability or rent levels in new development, FRE 801, 802.

**Objection No. 4:**

**Statement:**    "When one woman . . .I believe that . . . told at this meeting."

(Page 3, ¶ 7, at lines 2-5.)

**Objection:**    Lacks foundation, FRE 602; Hearsay not within any exception, if offered to prove that tenants were told to move "right now," FRE 801, 802.

**Objection No. 5:**

**Statements:**    "I do not want to leave the community . . . with my current salary."

(Page 3, ¶ 8, at line 9 to page 4, ¶ 11 to line 3.)

**Objection:**    Irrelevant, FRE 402; More prejudicial than probative, FRE 403; Lacks foundation, FRE 602

**Objection No. 6:**

**Statements:**    "Many of my nearest neighbors . . .that is available in Dublin."

(Page 4, ¶ 12, at lines 5-6.)

**Objection:**    Irrelevant, FRE 402; Lacks foundation, FRE 602.

**Objection No. 7:**

**Statements:**    "I am also very concerned …..continue to live in my home."

(Page 4, ¶ 14 at line 11 to page 5, ¶16 at lines 1-2.)

**Objection:**    Irrelevant, FRE 402; More prejudicial than probative, FRE 403; Lacks foundation, FRE 602.

///

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035

12
RESPONDENTS' OBJECTIONS TO PETITIONERS' EVIDENCE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
1460\03\530725.2

VIII. **DECLARATION OF ELISE VEAL**

**Objection No. 1:**

**Statement:** "I am a 37 year old woman of African-American descent."

(Page 2, ¶ 2, at line 2.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

**Objection No. 2:**

**Statement:** "In September 2007, I saw a rental listing . . . rentals in Dublin or Pleasanton."

(Page 2, ¶ 4, at lines 12-18.)

**Objection:** Irrelevant, FRE 402; lacks foundation, FRE 602; Hearsay not within any exception, if offered to prove the potential landlord's or management agent's views on Section 8, FRE 801, 802.

**Objection No. 3:**

**Statement:** "In October 2007, I saw .......landlord would not take Section 8."

(Page 2, ¶ 5, at lines 19-23.)

**Objection:** Irrelevant, FRE 402; lacks foundation, FRE 602; Hearsay not within any exception, if offered to prove the potential landlord's or leasing agent's views on Section 8, FRE 801, 802.

**Objection No. 4:**

**Statement:** "I also saw a Ross .... rented to someone else."

(Page 2, ¶ 6, at lines 24-28.)

**Objection:** Irrelevant, FRE 402; lacks foundation, FRE 602; Hearsay not within any exception, if offered to prove the potential landlord's or leasing agent's views on Section 8, FRE 801, 802.

Goldfarb &
Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035

13
RESPONDENTS' OBJECTIONS TO PETITIONERS' EVIDENCE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
1460\03\530725.2

**Objection No. 5:**

**Statement:** "Several of the places I found . . . before she would rent to me."

(Page 3, ¶ 10, at lines 21-27.)

**Objection:** Irrelevant, FRE 402); Lacks foundation, FRE 602.

**Objection No. 6:**

**Statement:** "I drove 91 miles to Elk Grove. . . from OPC for these costs."

(Page 3, ¶ 11, at lines 28 to page 4, ¶ 11 at lines 1-4.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

**Objection No. 7:**

**Statement:** "I found a place in Antioch . . . the housing authority."

(Page 4, ¶ 12, at lines 5-11.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403; Lacks foundation, FRE 602.

**Objection No. 8:**

**Statement:** "On December 8, 2007, . . . can have her own bedroom."

(Page 4, ¶ 13, at lines 12-15.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

**Objection No. 9:**

**Statement:** "My children have grown. . . from my home."

(Page 5, ¶ 19, at lines 19-27.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

Goldfarb &
Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035

**Objection No. 10:**

**Statement:** "I am extremely frustrated . . . comparable rent for my house is $2400." (Page 5, ¶ 20, at line 28 to page 6 at lines 1-7.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403; Lacks foundation, FRE 602; Hearsay not within any exception, if offered to prove whether Ms. Veal was instructed not to sue her voucher, FRE 801, 802.

**Objection No. 11:**

**Statement:** "I do not believe the redevelopment . . . indicated they will charge." (Page 6, ¶ 21, at lines 8-12.)

**Objection:** Irrelevant, FRE 402; lacks foundation, FRE 602; hearsay not within any exception, if offered to prove actual affordability, rent levels, or number of "larger homes" in new development, FRE 801, 802.

DATED: February 21, 2008                GOLDFARB & LIPMAN LLP

                                        By:   /s/ Juliet E. Cox
                                        JULIET E. COX
                                        Attorneys for Respondents and Real Parties
                                        in Interest DUBLIN HOUSING
                                        AUTHORITY; HOUSING AUTHORITY
                                        OF THE COUNTY OF ALAMEDA; SCS
                                        DEVELOPMENT COMPANY; and EDEN
                                        HOUSING, INC.

DATED: February 21, 2008                MEYERS, NAVE, RIBACK, SILVER & WILSON

                                        By:   /s/ Joseph M. Quinn
                                        JOSEPH M. QUINN
                                        Attorneys for Respondent CITY OF
                                        DUBLIN

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.1059842.1

1059842_1.DOC