

LEE C. ROSENTHAL, State Bar #58778
lrosenthal@goldfarblipman.com
ROBERT C. MILLS, State Bar #158097
rmills@goldfarblipman.com
JULIET E. COX, State Bar #214401
jcox@goldfarblipman.com
GOLDFARB & LIPMAN LLP
1300 Clay Street, Ninth Floor
Oakland, California 94612
Telephone: (510) 836-6336
Facsimile: (510) 836-1035

Attorneys for Respondents and Real Parties in Interest DUBLIN HOUSING AUTHORITY;
HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA; SCS DEVELOPMENT
COMPANY; and EDEN HOUSING, INC.

JOSEPH M. QUINN, State Bar #171898
jquinn@meyersnave.com
ARIANA MOHIT, State Bar #211407
amohit@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
575 Market Street, Suite 2600
San Francisco, California 94105
Telephone: (415) 421-3711
Facsimile: (415) 421-3767

Attorneys for Respondent CITY OF DUBLIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, *et al.*, | Case No.: 3:07-cv-05794-MHP |
| Petitioners, | **[PROPOSED] ORDER FOR RESPONDENTS' OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PETITIONERS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| CITY OF DUBLIN, *et al.*, | Date:      March 3, 2008 |
| Respondents. | Time:      2:00 p.m. |
| | Location:  Courtroom 15, United States District Court, Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102 |
| SCS DEVELOPMENT COMPANY, *et al.* | |
| Real Parties in Interest. | |

///

///

///

Goldfarb &
Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035

1    Respondents City of Dublin, Dublin Housing Authority, and Housing Authority of the

2  County of Alameda (together, "Respondents") hereby object to the Declarations of Andres

3  Arroyo, Darlene Brown, Shawn Costello, Carolyn Evans, Gretta Evans, Rhenae Keyes, Shirley

4  Sanders, and Elise Veal filed in support of the motion by Petitioners for Preliminary Injunction,

5  as set forth below.

6  **I.    DECLARATION OF ANDRES ARROYO**

7    **Objection No. 1:**

8    **Statement:** "I am a 66 year old Hispanic man and I am disabled."

9    (Page 2, ¶ 2, at line 4.)

10    **Objection:** Irrelevant, FRE 402; More prejudicial than probative. FRE 403.

11      **Ruling:**    Sustained: _____    Overruled: _____

12

13    **Objection No. 2:**

14    **Statement:** "my wife, who is 69 years old"

15    (Page 2, ¶ 2, at lines 5-6.)

16    **Objection:** Irrelevant, FRE 402; More prejudicial than probative. FRE 403.

17      **Ruling:**    Sustained: _____    Overruled: _____

18

19    **Objection No. 3:**

20    **Statement:** "I get Social Security retirement benefits. . . $996 per month."

21    (Page 2, ¶ 3, at lines 7-9.)

22    **Objection:** Irrelevant, FRE 402; More prejudicial than probative. FRE 403.

23      **Ruling:**    Sustained: _____    Overruled: _____

24

25    **Objection No. 4:**

26    **Statement:** "In October 2007, . . . good deal to move."

27    (Page 2, ¶ 5, at lines 16-18.)

28

Goldfarb &

Lipman LLP

1300 Clay Street

Ninth Floor

Oakland

California

94612

510 836-6336

510 836-1035

[PROPOSED] ORDER FOR RESPONDENTS' OBJECTIONS TO PETITIONERS' EVIDENCE
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

1460\03\530725.2

1    **Objection:** Irrelevant, FRE 402; Lacks foundation, FRE 602.

2    **Ruling:**    Sustained: _____    Overruled: _____

3

4    **Objection No. 5:**

5    **Statement:** "My wife and I . . . San Ramon and Dublin."

6    (Page 2, ¶ 6, at lines 19-24.)

7    **Objection:** Irrelevant, FRE 402; More prejudicial than probative. FRE 403.

8    **Ruling:**    Sustained: _____    Overruled: _____

9

10   **II.    DECLARATION OF DARLENE BROWN**

11   **Objection No.1:**

12   **Statement:**    "I am a 54-year-old disabled African-American woman."

13   (Page 2, ¶ 2, at lines 4-5.)

14   **Objection:**    Irrelevant, FRE 402; More prejudicial than probative. FRE 403.

15   **Ruling:**    Sustained: _____    Overruled: _____

16

17   **Objection No. 2:**

18   **Statement:**    "I live on a fixed . . . Supplemental Security Income."

19   (Page 2, ¶ 3, at lines 6-7.)

20   **Objection:**    Irrelevant, FRE 402; More prejudicial than probative. FRE 403.

21   **Ruling:**    Sustained: _____    Overruled: _____

22

23   **Objection No. 3:**

24   **Statement:**    "My health is not good . . . doctors and family."

25   (Page 2, ¶ 4, at lines 6-9.)

26   **Objection:**    Irrelevant, FRE 402; More prejudicial than probative. FRE 403

27   **Ruling:**    Sustained: _____    Overruled: _____

28

Goldfarb &
Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035

[PROPOSED] ORDER FOR RESPONDENTS' OBJECTIONS TO PETITIONERS' EVIDENCE
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

1460\03\530725.2

1

2    **Objection No. 4:**

3    **Statement:**    "Around September 2007 . . . Arroyo Vista was being sold."

4    (Page 2, ¶ 5, at lines 10-14.)

5    **Objection:**    Irrelevant, FRE 402; Lacks foundation, FRE 602; Hearsay not within any

6    exception if offered to prove either the amount of relocation assistance to which Ms.

7    Brown may be entitled under state or federal law or that Arroyo Vista is being sold, FRE

8    801, 802.

9    **Ruling:**    Sustained: _____    Overruled: _____

10

11   **Objection No. 5:**

12   **Statement:**    "I asked them how . . . move out."

13   (Page 2, ¶ 6, at lines 15-16.)

14   **Objection:**    Irrelevant, FRE 402; Lacks foundation, FRE 602; Hearsay not within any

15   exception if offered to prove the amount of relocation assistance to which Ms. Brown

16   may be entitled under state or federal law, FRE 801, 802.

17   **Ruling:**    Sustained: _____    Overruled: _____

18

19   **Objection No. 6:**

20   **Statement:**    "I did not find anything . . . qualified to live there."

21   (Page 3, ¶ 10, at lines 7-8.)

22   **Objection:**    Irrelevant, FRE 402; Lacks foundation, FRE 602; Hearsay not within any

23   exception, if offered to prove Ms. Brown's ineligibility for the residences she says that

24   she called, FRE 801, 802.

25   **Ruling:**    Sustained: _____    Overruled: _____

26

27

28

Goldfarb &
Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035

[PROPOSED] ORDER FOR RESPONDENTS' OBJECTIONS TO PETITIONERS' EVIDENCE
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

1460\03\530725.2

1    **III.    DECLARATION OF SHAWN COSTELLO**

2    **Objection No. 1:**

3    **Statement:**    "I am a 46-year-old man living with cerebral palsy."

4    (Page 2, ¶ 2, at line 4.)

5    **Objection:**    Irrelevant, FRE 402; More prejudicial than probative. FRE 403.

6    **Ruling:**    Sustained: _____    Overruled: _____

7

8    **Objection No. 2:**

9    **Statement:**    "Earlier in 2007 I used a government grant . . . perfect for me."

10   (Page 2, ¶ 4, at lines 7-11.)

11   **Objection:**    Irrelevant, FRE 402; More prejudicial than probative. FRE 403.

12   **Ruling:**    Sustained: _____    Overruled: _____

13

14   **Objection No. 3:**

15   **Statement:**    "I have always, and will always, need medical treatment, . . . condition

16   deteriorates."

17   (Page 2, ¶ 5, at lines 12-17.)

18   **Objection:**    Irrelevant, FRE 402; More prejudicial than probative. FRE 403.

19   **Ruling:**    Sustained: _____    Overruled: _____

20   

21   **Objection No. 4:**

22   **Statement:**    "Over the past 23 years I have developed strong ties . . . in order to do so."

23   (Page 2, ¶ 6, at lines 18-22.)

24   **Objection:**    Irrelevant, FRE 402; More prejudicial than probative. FRE 403.

25   **Ruling:**    Sustained: _____    Overruled: _____

26

27

28

Goldfarb &
Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035

[PROPOSED] ORDER FOR RESPONDENTS' OBJECTIONS TO PETITIONERS' EVIDENCE
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

1460\03\530725.2

**Objection No. 5:**

**Statement:**    "I am afraid that, if Arroyo vista were rebuilt, . . . safe for me to return."
(Page 2, ¶ 7, at lines 23-24.)

**Objection:**    Irrelevant, FRE 402; Lacks foundation, FRE 602; Expert opinion by unqualified witness, FRE 701, 703.

**Ruling:**    Sustained: _____    Overruled: _____


**Objection No. 6:**

**Statement:**    "I have been hit by cars 7 or 8 times . . . dangerous for me."
(Page 2, ¶ 7, at lines 24-27.)

**Objection:**    Irrelevant, FRE 402; More prejudicial than probative, FRE 403; Lacks foundation, FRE 602; Expert opinion by unqualified witness, FRE 701, 703.

**Ruling:**    Sustained: _____    Overruled: _____


**Objection No. 7:**

**Statement:**    "I can see that the residents . . . moved out of their units."
(Page 3, ¶ 8, at lines 1-2.)

**Objection:**    Irrelevant, FRE 402; Lacks foundation, FRE 602.

**Ruling:**    Sustained: _____    Overruled: _____


**Objection No. 8:**

**Statement:**    "Since the Dublin Housing Authority has begun . . . of the complex."
(Page 3, ¶ 10, at lines 11-14.)

**Objection:**    Irrelevant, FRE 402; More prejudicial than probative. FRE 403.

**Ruling:**    Sustained: _____    Overruled: _____

Goldfarb &

Lipman LLP

1300 Clay Street

Ninth Floor

Oakland

California

94612

510 836-6336

510 836-1035

5

1

2    **Objection No. 9:**

3    **Statement:**    "I consider Arroyo Vista to be unique . . . talk of us moving."

4    (Page 3, ¶ 11, at lines 15-18.)

5    **Objection:**    Irrelevant, FRE 402; More prejudicial than probative, FRE 403; Lacks

6    foundation, FRE 602.

7    **Ruling:**    Sustained: _____    Overruled: _____

8

9    **Objection No. 10:**

10    **Statement:**    "I would like to live .....accessible accommodations of my unit."

11    (Page 3, ¶ 12, at lines 19-21.)

12    **Objection:**    Irrelevant, FRE 402; More prejudicial than probative, FRE 403; Lacks

13    foundation, FRE 602.

14    **Ruling:**    Sustained: _____    Overruled: _____

15

16    **IV.    DECLARATION OF CAROLYN EVANS**

17    **Objection No. 1:**

18    **Statement:**    "I am a 23 year old woman of African-American descent."

19    (Page 2, ¶ 2, at line 4.)

20    **Objection:**    Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

21    **Ruling:**    Sustained: _____    Overruled: _____

22

23    **Objection No. 2:**

24    **Statements:**    "I was in a domestic violence shelter . . .boarded up units when residents

25    moved out and I am still living in unit #22."

26    (Page 2,¶ 4 at line 9-10 and page 3, ¶ 7 at line 12.)

27    **Objection:**    Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

28

Goldfarb &
Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035

6

1    **Ruling:**    Sustained: _____    Overruled: _____

2

3    **Objection No. 3:**

4    **Statements:**    "Theresa told me that I have . . .wants the unit back as soon as possible."

5    (Page 5, ¶ 15, at lines 12-15.)

6    **Objection:**    Hearsay not within any exception, if offered to prove the intent of the

7    Housing Authority, FRE 801, 802.

8    **Ruling:**    Sustained: _____    Overruled: _____

9

10    **V.    DECLARATION OF GRETTA EVANS**

11    **Objection No. 1:**

12    **Statement:**    "I am a 63 year old woman of African-American descent."

13    (Page 2, ¶ 2, at line 4.)

14    **Objection:**    Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

15    **Ruling:**    Sustained: _____    Overruled: _____

16

17    **Objection No. 2:**

18    **Statements:**    "I am disabled ....income.

19    (Page 2, ¶ 3 at line 7.)

20    **Objection:**    Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

21    **Ruling:**    Sustained: _____    Overruled: _____

22

23    **Objection No. 3:**

24    **Statements:**    "When I learned Arroyo Vista.... going to be torn down."

25    (Page 2, ¶ 4 at line 12 and Page 2, ¶ 6 at line 25-26.)

26    **Objection:**    Irrelevant, FRE 402; More prejudicial than probative, FRE 403; Lacks

27    foundation, FRE 602; Hearsay not within any exception, if offered to prove that Arroyo

28

Goldfarb &
Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035

[PROPOSED] ORDER FOR RESPONDENTS' OBJECTIONS TO PETITIONERS' EVIDENCE
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

1    Vista is going to be torn down, FRE 801, 802.

2    **Ruling:**    Sustained: _____    Overruled: _____

3

4    <u>**Objection No. 4:**</u>

5    **Statement:**    "After I lost my voucher . . helped me find Arroyo Vista."

6    (Page 2, ¶5, at lines 20-24.)

7    **Objection:**    Irrelevant, FRE 402.

8    **Ruling:**    Sustained: _____    Overruled: _____

9

10    <u>**Objection No. 5:**</u>

11    **Statement:**    "My next door neighbors . . find out if she could get a voucher."

12    (Page 3, ¶7, at lines 4-6.)

13    **Objection:**    Irrelevant, FRE 402.

14    **Ruling:**    Sustained: _____    Overruled: _____

15

16    <u>**Objection No. 6:**</u>

17    **Statement:**    "I started searching . . the places I called did not know about Section 8."

18    (Page 3, ¶8, at lines 7-11.)

19    **Objection:**    Irrelevant, FRE 402; Lacks foundation, FRE 602; Hearsay not within any

20    exception, if offered to prove potential landlords' knowledge about Section 8, FRE 801,

21    802.

22    **Ruling:**    Sustained: _____    Overruled: _____

23

24    ///

25    ///

26    ///

27    ///

28

Goldfarb &
Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035

8

[PROPOSED] ORDER FOR RESPONDENTS' OBJECTIONS TO PETITIONERS' EVIDENCE
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

**Objection No. 7:**

**Statement:**   "The search to find another . . .and there was no elevator."

(Page 3, ¶9, at lines 12-19.)

**Objection:**   Irrelevant, FRE 402; More prejudicial than probative, FRE 403; Lacks foundation, FRE 602; Hearsay not within any exception, if offered to prove the reason for landlord's failure to rent, FRE 801, 802.

**Ruling:**   Sustained: _____   Overruled: _____

**Objection No. 8:**

**Statement:**   "I want to stay in Dublin . . . looking at listings in other places."

(Page 3, ¶10, at lines 20-27.)

**Objection:**   Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

**Ruling:**   Sustained: _____   Overruled: _____

**Objection No. 9:**

**Statement:**   "In late September 2007 . . . willing to look into it."

(Page 3, ¶11, at lines 28 to Page 4 at lines 1-3.)

**Objection:**   Irrelevant, FRE 402; Lacks foundation, FRE 602; Hearsay not within any exception, if offered to prove Ms. Evans' eligibility for Section 8 assistance in Merced County and/or the reason Ms. Evans was unable to use her Section 8 voucher, FRE 801, 802.

**Ruling:**   Sustained: _____   Overruled: _____

**Objection No. 10:**

**Statement:**   "and I bought a refrigerator . . . did not need a voucher."

(Page 4, ¶12, at lines 9-14.)

**Objection:**   Irrelevant, FRE 402; Lacks foundation, FRE 602; Hearsay not within any

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035

[PROPOSED] ORDER FOR RESPONDENTS' OBJECTIONS TO PETITIONERS' EVIDENCE
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

1460\03\530725.2

1    exception, if offered to prove potential landlords' knowledge about Section 8, FRE 801,

2    802.

3    **Ruling:**    Sustained: _____    Overruled: _____

4

5    **Objection No. 11:**

6    **Statement:**    "and the lady said . . . Section 8 tenants."

7    (Page 4, ¶13, at line to page 5 at lines 1-2.)

8    **Objection:**    Irrelevant, FRE 402; Lacks foundation, FRE 602; Hearsay not within any

9    exception, if offered to prove the potential landlord's views on Section 8, FRE 801, 802.

10    **Ruling:**    Sustained: _____    Overruled: _____

11

12    **Objection No. 12:**

13    **Statement:**    "I don't want to live in Antioch. . . just did not feel safe to me."

14    (Page 5, ¶14, at lines 7-16.)

15    **Objection:**    Irrelevant, FRE 402; More prejudicial than probative, FRE 403; Lacks

16    foundation, FRE 602.

17    **Ruling:**    Sustained: _____    Overruled: _____

18

19    **Objection No. 13:**

20    **Statement:**    "Living among boarded up . . . I might become homeless again."

21    (Page 5, ¶16, at lines 26-27.)

22    **Objection:**    Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

23    **Ruling:**    Sustained: _____    Overruled: _____

24

25    **Objection No. 14:**

26    **Statement:**    "Since Arroyo Vista would not . . . even though she has priority on the

27    waiting list."

28

Goldfarb &
Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035

[PROPOSED] ORDER FOR RESPONDENTS' OBJECTIONS TO PETITIONERS' EVIDENCE
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

1460\03\530725.2

1    (Page 6, ¶19, at lines 2-3.)

2    **Objection:**    Irrelevant, FRE 402; Lacks foundation, FRE 602.

3    **Ruling:**    Sustained: _____    Overruled: _____

4

5    **Objection No. 15:**

6    **Statement:**    "but there are not going to be enough units. . . able to afford."

7    (Page 6, ¶20, at lines 23-25.)

8    **Objection:**    Irrelevant, FRE 402; Lacks foundation, FRE 602; Hearsay not within any

9    exception, if offered to prove actual affordability or rent levels in new development, FRE

10    801, 802.

11    **Ruling:**    Sustained: _____    Overruled: _____

12

13    **Objection No. 16:**

14    **Statement:**    "I feel that the City. . . attract a different population."

15    (Page 6, ¶20, at lines 25-27.)

16    **Objection:**    Irrelevant, FRE 402; Lacks foundation, FRE 602.

17    **Ruling:**    Sustained: _____    Overruled: _____

18

19    VI.    **DECLARATION OF RHENAE KEYES**

20    **Objection No. 1:**

21    **Statement:**    "I am a 48-year-old African-American woman."

22    (Page 2, ¶ 2, at line 4.)

23    **Objection:**    Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

24    **Ruling:**    Sustained: _____    Overruled: _____

25

26    ///

27    ///

28

Goldfarb &
Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035

[PROPOSED] ORDER FOR RESPONDENTS' OBJECTIONS TO PETITIONERS' EVIDENCE
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

1460\03\530725.2

1   **Objection No. 2:**

2   **Statement:**   "In November of 2006, I was honorably discharged,... . continue my

3   treatment."

4   (Page 2, ¶ 4, at lines 9-14.)

5   **Objection:**   Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

6   **Ruling:**   Sustained: _____     Overruled: _____

7

8   **Objection No. 3:**

9   **Statement:**   "My son suffers from two disabilities . . . high-functioning autistic."

10  (Page 2, ¶ 5, at lines 15-19.)

11  **Objection:**   Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

12  **Ruling:**   Sustained: _____     Overruled: _____

13

14  **Objection No. 4:**

15  **Statement:**   "Jemar is in the continuing education. . . despite his disabilities."

16  (Page 2, ¶ 6, at lines 20-23.)

17  **Objection:**   Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

18  **Ruling:**   Sustained: _____     Overruled: _____

19

20  **Objection No. 5:**

21  **Statement:**   "Genaya attends Wells Middle School. . . migraine headaches."

22  (Page 2, ¶ 7, at lines 24-27.)

23  **Objection:**   Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

24  **Ruling:**   Sustained: _____     Overruled: _____

25

26  **Objection No. 6:**

27  **Statement:**   "Although I would not otherwise . . . lives of my children."

28

Goldfarb &
Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035

[PROPOSED] ORDER FOR RESPONDENTS' OBJECTIONS TO PETITIONERS' EVIDENCE
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

1460\03\530725.2

1   (Page 3, ¶ 8, at lines 1-2.)

2   **Objection:**   Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

3   **Ruling:**   Sustained: _____   Overruled: _____

4

5   **Objection No. 7:**

6   **Statement:**   "In a two-bedroom unit, . . . health and well-being."

7   (Page 4, ¶ 15, at lines 19-21.)

8   **Objection:**   Irrelevant, FRE 402; More prejudicial than probative, FRE 403; Lacks

9   foundation, FRE 602.

10  **Ruling:**   Sustained: _____   Overruled: _____

11

12  **VII.**   **DECLARATION OF SHIRLEY SANDERS**

13  **Objection No. 1:**

14  **Statement:**   "I am a 36-year-old single mother."

15  (Page 2, ¶ 2, at line 4.)

16  **Objection:**   Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

17  **Ruling:**   Sustained: _____   Overruled: _____

18

19  **Objection No. 2:**

20  **Statements:**   "I moved into Arroyo Vista 13 years . . .and pick him up during lunch."

21  (Page 2, ¶ 3-5, at lines 6-16.)

22  **Objection:**   Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

23  **Ruling:**   Sustained: _____   Overruled: _____

24

25  **Objection No. 3:**

26  **Statement:**   "They also told us that it would. . .certain income level to qualify."

27  (Page 2, ¶ 6, at lines 21-23.)

Goldfarb &
Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035

28

[PROPOSED] ORDER FOR RESPONDENTS' OBJECTIONS TO PETITIONERS' EVIDENCE
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

1460\03\530725.2

1    **Objection:**    Lacks foundation, FRE 602; Hearsay not within any exception, if offered

2    to prove actual affordability or rent levels in new development, FRE 801, 802.

3    **Ruling:**    Sustained: _____    Overruled: _____

4

5    **Objection No. 4:**

6    **Statement:**    "When one woman . . .I believe that . . . told at this meeting."

7    (Page 3, ¶ 7, at lines 2-5.)

8    **Objection:**    Lacks foundation, FRE 602; Hearsay not within any exception, if offered

9    to prove that tenants were told to move "right now," FRE 801, 802.

10    **Ruling:**    Sustained: _____    Overruled: _____

11

12    **Objection No. 5:**

13    **Statements:**    "I do not want to leave the community . . . with my current salary."

14    (Page 3, ¶ 8, at line 9 to page 4, ¶ 11 to line 3.)

15    **Objection:**    Irrelevant, FRE 402; More prejudicial than probative, FRE 403; Lacks

16    foundation, FRE 602.

17    **Ruling:**    Sustained: _____    Overruled: _____

18

19    **Objection No. 6:**

20    **Statements:**    "Many of my nearest neighbors . . .that is available in Dublin."

21    (Page 4, ¶ 12, at lines 5-6.)

22    **Objection:**    Irrelevant, FRE 402; Lacks foundation, FRE 602.

23    **Ruling:**    Sustained: _____    Overruled: _____

24

25    **Objection No. 7:**

26    **Statements:**    "I am also very concerned …..continue to live in my home."

27    (Page 4, ¶ 14 at line 11 to page 5, ¶16 at lines 1-2.)

28

Goldfarb &
Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035

[PROPOSED] ORDER FOR RESPONDENTS' OBJECTIONS TO PETITIONERS' EVIDENCE
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
1460\03\530725.2

1    **Objection:**    Irrelevant, FRE 402; More prejudicial than probative, FRE 403; Lacks

2    foundation, FRE 602.

3       **Ruling:**    Sustained: _____    Overruled: _____

4

5    **VIII.    DECLARATION OF ELISE VEAL**

6       <u>**Objection No. 1:**</u>

7       **Statement:**    "I am a 37 year old woman of African-American descent."

8       (Page 2, ¶ 2, at line 2.)

9       **Objection:**    Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

10      **Ruling:**    Sustained: _____    Overruled: _____

11

12      <u>**Objection No. 2:**</u>

13      **Statement:**    "In September 2007, I saw a rental listing . . . rentals in Dublin or

14   Pleasanton."

15      (Page 2, ¶ 4, at lines 12-18.)

16      **Objection:**    Irrelevant, FRE 402; lacks foundation, FRE 602; Hearsay not within any

17   exception, if offered to prove the potential landlord's or management agent's views on

18   Section 8, FRE 801, 802.

19      **Ruling:**    Sustained: _____    Overruled: _____

20

21      <u>**Objection No. 3:**</u>

22      **Statement:**    "In October 2007 , I saw .......landlord would not take Section 8."

23      (Page 2, ¶ 5, at lines 19-23.)

24      **Objection:**    Irrelevant, FRE 402; lacks foundation, FRE 602; Hearsay not within any

25   exception, if offered to prove the potential landlord's or leasing agent's views on Section 8, FRE

26   801, 802.

27      **Ruling:**    Sustained: _____    Overruled: _____

28

Goldfarb &
Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035

[PROPOSED] ORDER FOR RESPONDENTS' OBJECTIONS TO PETITIONERS' EVIDENCE
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

1460\03\530725.2

1

2   **Objection No. 4:**

3   **Statement:**   "I also saw a Ross …. rented to someone else."

4   (Page 2, ¶ 6, at lines 24-28.)

5   **Objection:**   Irrelevant, FRE 402; lacks foundation, FRE 602; Hearsay not within any

6   exception, if offered to prove the potential landlord's or leasing agent's views on Section 8, FRE

7   801, 802.

8   **Ruling:**   Sustained: _____     Overruled: _____

9

10  **Objection No. 5:**

11  **Statement:**   "Several of the places I found . . . before she would rent to me."

12  (Page 3, ¶ 10, at lines 21-27.)

13  **Objection:**   Irrelevant, FRE 402); Lacks foundation, FRE 602.

14  **Ruling:**   Sustained: _____     Overruled: _____

15

16  **Objection No. 6:**

17  **Statement:**   "I drove 91 miles to Elk Grove. . . from OPC for these costs."

18  (Page 3, ¶ 11, at lines 28 to page 4, ¶ 11 at lines 1-4.)

19  **Objection:**   Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

20  **Ruling:**   Sustained: _____     Overruled: _____

21

22  **Objection No. 7:**

23  **Statement:**   "I found a place in Antioch . . . the housing authority."

24  (Page 4, ¶ 12, at lines 5-11.)

25  **Objection:**   Irrelevant, FRE 402; More prejudicial than probative, FRE 403; Lacks

26  foundation, FRE 602.

27  **Ruling:**   Sustained: _____     Overruled: _____

28

Goldfarb &
Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035

[PROPOSED] ORDER FOR RESPONDENTS' OBJECTIONS TO PETITIONERS' EVIDENCE
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

1460\03\530725.2



**Objection No. 8:**

**Statement:**   "On December 8, 2007, . . . can have her own bedroom."

(Page 4, ¶ 13, at lines 12-15.)

**Objection:**   Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

**Ruling:**   Sustained: _____    Overruled: _____


**Objection No. 9:**

**Statement:**   "My children have grown. . . from my home."

(Page 5, ¶ 19, at lines 19-27.)

**Objection:**   Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

**Ruling:**   Sustained: _____    Overruled: _____


**Objection No. 10:**

**Statement:**   "I am extremely frustrated . . . comparable rent for my house is $2400."

(Page 5, ¶ 20, at line 28 to page 6 at lines 1-7.)

**Objection:**   Irrelevant, FRE 402; More prejudicial than probative, FRE 403; Lacks

foundation, FRE 602; Hearsay not within any exception, if offered to prove whether Ms.

Veal was instructed not to sue her voucher, FRE 801, 802.

**Ruling:**   Sustained: _____    Overruled: _____


**Objection No. 11:**

**Statement:**   "I do not believe the redevelopment . . . indicated they will charge."

(Page 6, ¶ 21, at lines 8-12.)

///

///

///

Goldfarb &
Lipman LLP

1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035

17

1  **Objection:**   Irrelevant, FRE 402; lacks foundation, FRE 602; hearsay not within any

2  exception, if offered to prove actual affordability, rent levels, or number of "larger

3  homes" in new development, FRE 801, 802.

4  **Ruling:**   Sustained: _____   Overruled: _____

5

6  DATED: _____        _____

7                                        Honorable Judge Marilyn H. Patel

8  1060426_1.DOC

9

10

11

12

13

14

15

16

17

18

19

Goldfarb &    20

Lipman LLP    21

1300 Clay Street 22

Ninth Floor   23

Oakland       24

California     25

94612         26

510 836-6336  27

510 836-1035  28

[PROPOSED] ORDER FOR RESPONDENTS' OBJECTIONS TO PETITIONERS' EVIDENCE
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
1460\03\530725.2