1   Lee C. Rosenthal (SBN: 58778)
    lrosenthal@goldfarblipman.com
2   Juliet E. Cox (SBN: 214401)
    jcox@goldfarblipman.com
3   Goldfarb & Lipman
    1300 Clay St 9Fl
4   Oakland, CA 94612-1425
    Telephone: (510) 836-6336
5   Facsimile: (510) 836-1035

6   Attorneys for Respondents and Real Parties in Interest DUBLIN HOUSING AUTHORITY;
    HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA; SCS DEVELOPMENT
7   COMPANY; and EDEN HOUSING, INC.

8   Joseph M. Quinn, Esq. (SBN: 171898)
    jquinn@meyersnave.com
9   Ariana Mohit, Esq. (SBN: 211407)
    amohit@meyersnave.com
10  MEYERS, NAVE, RIBACK, SILVER & WILSON
    Meyers, Nave, Riback, Silver & Wilson
11  575 Market Street, Suite 2600
    San Francisco, CA 94105
12  Telephone: (415) 421-3711
    Facsimile: (415) 421-3767
13
    Attorneys for Respondent
14  CITY OF DUBLIN

15               IN THE UNITED STATES DISTRICT COURT

16               NORTHERN DISTRICT OF CALIFORNIA

17  ARROYO VISTA TENANTS ASSOCIATION,   Case No.: 3:07-cv-05794-MHP
    RHENEA KEYES, ANDRES ARROYO,
18  DARLENE BROWN, ELISE VEAL,
                                        RESPONDENTS' CERTIFICATE OF
19           Petitioners,               SERVICE

20       vs.

21  CITY OF DUBLIN; DUBLIN
    HOUSING AUTHORITY; HOUSING
22  AUTHORITY OF THE COUNTY OF
    ALAMEDA, and DOES 1 through 20,
23  inclusive,

24           Respondents.

25  SCS DEVELOPMENT COMPANY, dba
    Citation Homes Central, a California
26  Corporation; EDEN HOUSING, INC., a
    California Nonprofit, and DOES 21 through 50,
27
             Real Parties in Interest.
28

Certificate of Service                  USDC Case No.3:07-cv-05794-MHP

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Meyers, Nave, Riback, Silver & Wilson, 575 Market Street, Suite 2600, San Francisco, California 94105

On February 21, 2008 I served the following document(s):

- **RESPONDENTS' OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PETITIONERS' MOTION FOR PRELIMINARY INJUNCTION**

- **[PROPOSED] ORDER FOR RESPONDENTS' OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PETITIONERS' MOTION FOR PRELIMINARY INJUNCTION**

on the parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

Naomi Young
Phillip R. Morgan
Bay Area Legal Aid
405 14th Street, 11th Floor
Oakland, CA 94612

Attorneys for Petitioners
Tel: (510) 663-4744
Fax: (510) 663-4740

__x__ **(BY FIRST-CLASS MAIL)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California. I am readily familiar with the business practice for collection and processing of mail in this office; and that in the ordinary course of business said document would be deposited with the U.S. Postal Service in San Francisco on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED at San Francisco, California, on February 21, 2008.

_Nancy Taylor_
Nancy Taylor