LEE C. ROSENTHAL, State Bar #58778
lrosenthal@goldfarblipman.com
ROBERT C. MILLS, State Bar #158097
rmills@goldfarblipman.com
JULIET E. COX, State Bar #214401
jcox@goldfarblipman.com
GOLDFARB & LIPMAN LLP
1300 Clay Street, Ninth Floor
Oakland, California 94612
Telephone: (510) 836-6336
Facsimile: (510) 836-1035

Attorneys for Respondents and Real Parties in Interest DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA; SCS DEVELOPMENT COMPANY; and EDEN HOUSING, INC.

JOSEPH M. QUINN, State Bar #171898
jquinn@meyersnave.com
ARIANA MOHIT, State Bar #211407
amohit@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
575 Market Street, Suite 2600
San Francisco, California 94105
Telephone: (415) 421-3711
Facsimile: (415) 421-3767

Attorneys for Respondent CITY OF DUBLIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, et al.,<br><br>Petitioners,<br><br>v.<br><br>CITY OF DUBLIN, et al.,<br><br>Respondents.<br><br>SCS DEVELOPMENT COMPANY, et al.<br><br>Real Parties in Interest. | Case No.: 3:07-cv-05794-MHP<br><br>**[PROPOSED] ORDER FOR RESPONDENTS' OBJECTIONS TO EVIDENCE SUBMITTED WITH PETITIONERS' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: March 3, 2008<br>Time: 2:00 p.m.<br>Location: Courtroom 15, United States District Court, Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102 |

The Court rules as follows on the objections by Respondents City of Dublin, Dublin Housing Authority, and Housing Authority of the County of Alameda (together, "Respondents") to the Declarations of Darlyn Anderson, David Arroyo, Gretta Evans, Rhenae Keyes, Joyce McQuarters, Shirley Portley, Antone Tucker and Elise Veal filed with Petitioners' Reply Memorandum in Support of the motion by Petitioners for preliminary injunction.

## I. GLOBAL OBJECTION

All declarations are late-filed factual matters and will be disregarded. *Iconix, Inc. v. Tokuda* 457 F.Supp.2d 969, 975-76 (N.D. Cal. 2006), *citing El Pollo Loco, Inc. v. Hashim*, 316 F.3d 1032, 1040-41 (9th Cir. 2003).

**Ruling:**    Sustained: _____    Overruled: _____

## II. DECLARATION OF DARLYN ANDERSON

**Objection No. 1:**

**Statement:** "While I lived at Arroyo Vista . . . live in San Leandro, California."

(Page 1, ¶ 2, at lines 5-8.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

**Ruling:**    Sustained: _____    Overruled: _____

**Objection No. 2:**

**Statement:** "my neighbors starting talking . . . out by November 2008."

(Page 1, ¶ 3, at lines 9-12.)

**Objection:** Hearsay not within any exception if offered to prove content of conversations and newsletters, FRE 801, 802.

**Ruling:**    Sustained: _____    Overruled: _____

**Objection No. 3:**

**Statement:** "All the talk of moving made me nervous."

Goldfarb &
Lipman LLP
1300 Clay
Street
Ninth Floor
Oakland
California
94612
510 836-6336

(Page 1, ¶ 4, at line 13.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

**Ruling:**   Sustained: _____   Overruled: _____

**Objection No. 4:**

**Statement:** "Carol told me that the sale . . . Section 8 at that time."

(Page 1, ¶ 4, at lines 15-19.)

**Objection:** Hearsay not within any exception if offered to prove that Mr. Anderson was told (1) Arroyo Vista was being torn down, (2) to "hurry up and apply", (3) that there were a limited number of apartments available at the Grove, or (4) that the Grove was not accepting Section 8, FRE 801, 802.

**Objection No. 5:**

**Statement:** "They said that tenants would … reimbursed for credit check fees."

(Page 1, ¶ 5, at lines 22-25.)

**Objection:** Hearsay not within any exception if offered to prove that amount of relocation assistance to which Arroyo Vista residents may be entitled under state or federal law, FRE 801, 802.

**Ruling:**   Sustained: _____   Overruled: _____

**Objection No. 6:**

**Statement:** "A friend of mine … that it was affecting my heart."

(Page 2, ¶ 7, at lines 3-9.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403; Lacks foundation, FRE 602.

**Ruling:**   Sustained: _____   Overruled: _____

///

///

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland California 94612
510 836-6336

2
[PROPOSED] ORDER FOR RESPONDENTS' OBJECTIONS TO EVIDENCE SUBMITTED WITH REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
1460\03\530725.2

**Objection No. 7:**

**Statement:** "In the end ... promised to me by OPC."

(Page 2, ¶ 8, at line 10.)

**Objection:** Lacks foundation, FRE 602.

**Ruling:**   Sustained: _____   Overruled: _____

**Objection No. 8:**

**Statement:** "This whole process ... got something different."

(Page 2, ¶ 9, at lines 16-17.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

**Ruling:**   Sustained: _____   Overruled: _____

**Objection No. 9:**

**Statement:** "I did not then the housing ... someplace that would be awful."

(Page 3, ¶ 10, at lines 1-2.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403, Lacks foundation, FRE 602.

**Ruling:**   Sustained: _____   Overruled: _____

**Objection No. 10:**

**Statement:** "I feel I was forced to move in a hurry and under such stress. The whole experience was bad for my health."

(Page 3, ¶ 11, at lines 4-5.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403, Lacks foundation, FRE 602.

**Ruling:**   Sustained: _____   Overruled: _____

///

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336

3
[PROPOSED] ORDER FOR RESPONDENTS' OBJECTIONS TO EVIDENCE SUBMITTED WITH REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
1460\03\530725.2

### III. DECLARATION OF DAVID ARROYO

**Objection No. 1:**

**Statement:**  "They said they wanted to talk … good deal for my parents."

(Page 1, ¶ 3, at lines 7-8.)

**Objection:**  Irrelevant, FRE 402; Lacks foundation, FRE 602.

**Ruling:**  Sustained: _____   Overruled: _____

**Objection No. 2:**

**Statement:**  "The said they would help … company to help them move."

(Page 1, ¶ 3, at lines 9-10.)

**Objection:**  Irrelevant, FRE 402; Lacks foundation, FRE 602; Hearsay not within any exception if offered to prove the amount of relocation assistance to which Mr. and Mrs. Arroyo may be entitled under state or federal law, FRE 801, 802.

**Ruling:**  Sustained: _____   Overruled: _____

### IV. SUPPLEMENTAL DECLARATION OF GRETTA EVANS

**Objection No. 1:**

**Statement:**  "Late last year … no longer working at one of her two jobs."

(Page 1, ¶ 3, at lines 7-14.)

**Objection:**  Irrelevant, FRE 402; Lacks foundation, FRE 602.

**Ruling:**  Sustained: _____   Overruled: _____

**Objection No. 2:**

**Statement:**  "In August or September … in the Section 8 program."

(Page 12, ¶ 4, at lines 15-19.)

**Objection:**  Irrelevant, FRE 402; Lacks foundation, FRE 602; Hearsay not within any

///

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336

4
[PROPOSED] ORDER FOR RESPONDENTS' OBJECTIONS TO EVIDENCE SUBMITTED WITH REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
1460\03\530725.2

1 | exception, if offered to prove potential landlords' knowledge about Section 8, FRE 801, 802.

**Ruling:**    Sustained: _____    Overruled: _____

**Objection No. 3:**

**Statement:**    "About a month later ... Not able to rent that house."

(Page 2, ¶ 7, at lines 12-15.)

**Objection:**    Irrelevant, FRE 402; Lacks foundation, FRE 602; Hearsay not within any exception, if offered to prove potential landlords' knowledge about Section 8, FRE 801, 802.

**Ruling:**    Sustained: _____    Overruled: _____

**Objection No. 4:**

**Statement:**    "She told me that my family... without Section 8 assistance."

(Page 2, ¶ 8, at lines 17-19.)

**Objection:**    Irrelevant, FRE 402; More prejudicial than probative, FRE 403; Lacks foundation, FRE 602; Hearsay not within any exception, if offered to prove the reason for landlord's failure to rent, FRE 801, 802.

**Ruling:**    Sustained: _____    Overruled: _____

**Objection No. 5:**

**Statement:**    "She said that the maximum ... half of my security deposit."

(Page 3, ¶ 10, at lines 4-9.)

**Objection:** Irrelevant, FRE 402; Lacks foundation, FRE 602; Hearsay not within any exception if offered to prove the amount of relocation assistance to which Ms. Evans may be entitled under state or federal law, FRE 801, 802.

**Ruling:**    Sustained: _____    Overruled: _____

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336

5
[PROPOSED] ORDER FOR RESPONDENTS' OBJECTIONS TO EVIDENCE SUBMITTED WITH REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
1460\03\530725.2

**Objection No. 6:**

**Statement:** "I had my son ... did not have the check."

(Page 3, ¶ 11, at lines 14-18.)

**Objection:** Irrelevant, FRE 402.

**Ruling:**   Sustained: _____   Overruled: _____

**Objection No. 7:**

**Statement:** "I later learned ... refused to sign the papers."

(Page 4, ¶ 13, at lines 8-11.)

**Objection:** Hearsay, not within any exception if offered to prove Ms. Laverde's intent or motive, FRE 801, 802.

**Ruling:**   Sustained: _____   Overruled: _____

**Objection No. 8:**

**Statement:** "She told me that I ... speak to her supervisor."

(Page 4, ¶ 14, at lines 17-22.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403; Lacks foundation, FRE 602; Hearsay not within any exception if offered to prove the amount of relocation assistance to which Ms. Evans may be entitled under state or federal law, FRE 801, 802.

**Ruling:**   Sustained: _____   Overruled: _____

**Objection No. 9:**

**Statement:** "She put me through ... not use to it."

(Page 4, ¶ 15, at lines 23-28 through Page 5, ¶ 15, at line 1.)

///

Goldfarb &
Lipman LLP
1300 Clay
Street
Ninth Floor
Oakland
California
94612
510 836-6336

**Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403; Lacks foundation, FRE 602.

**Ruling:**     Sustained: _____     Overruled: _____

**Objection No. 10:**

**Statement:** "I also was never… payments for 42 months."

(Page 5, ¶ 16, at lines 6-8.)

**Objection:** Lacks foundation, FRE 602; Expert opinion by unqualified witness, FRE 701, 703.

**Ruling:**     Sustained: _____     Overruled: _____

**Objection No. 11:**

**Statement:** "If he ever called … that is news to me."

(Page 5, ¶ 16, at lines 12-13.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

**Ruling:**     Sustained: _____     Overruled: _____

**Objection No. 12:**

**Statement:** "I am living in a home… possible when I lived in Patterson."

(Page 5, ¶ 17, at lines 15-22.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

**Ruling:**     Sustained: _____     Overruled: _____

**Objection No. 13:**

**Statement:** "If some families … certainly how I feel."

(Page 5, ¶ 18 at lines 23-25.)

///

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336

1  **Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403; Lacks
2  foundation, FRE 602.
3  **Ruling:**   Sustained: _____   Overruled: _____
4
5  **V.   SECOND SUPPLEMENTAL DECLARATION OF RHENAE KEYES**
6  **Objection No. 1:**
7  **Statement:**   "I am a person with multiple disabilities… activities of daily living."
8  (Page 1, ¶ 2, at lines 4-5.)
9  **Objection:**   Irrelevant, FRE 402; More prejudicial than probative, FRE 403.
10  **Ruling:**   Sustained: _____   Overruled: _____
11
12  **Objection No. 2:**
13  **Statement:**   "I was told … I wanted a 3 bedroom voucher."
14  (Page 1, ¶ 3, at lines 12-12.)
15  **Objection:**   Hearsay, not within any exception if offered to prove that a 3-bedroom
16  unit would be considered a "reasonable accommodation," FRE 801, 802.
17  **Ruling:**   Sustained: _____   Overruled: _____
18
19  **Objection No. 3:**
20  **Statement:**   "HACA never granted … reasonable accommodation."
21  (Page 1, ¶ 3, at lines 12-12.)
22  **Objection:**   Expert opinion from an unqualified witness, FRE 701, 703.
23  **VI.   DECLARATION OF JOYCE MCQUARTERS**
24  **Objection No. 1:**
25  **Statement:**   "I am a 46-year-old African-American woman."
26  (Page 1, ¶ 2, at line 4.)
27  ///
28

Goldfarb &
Lipman LLP
1300 Clay
Street
Ninth Floor
Oakland
California
94612
510 836-6336

**Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

**Ruling:**   Sustained: _____   Overruled: _____

**Objection No. 2:**

**Statements:** "In 2007, I requested . . . by the Dublin Housing Authority."

(Page 1, ¶ 2 at lines 7-10.)

**Objection:** Irrelevant, FRE 402.

**Ruling:**   Sustained: _____   Overruled: _____

**Objection No. 3:**

**Statements:** "I consider both Arroyo Vista … not want to leave."

(Page 1, ¶ 3, at lines 11-14.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

**Ruling:**   Sustained: _____   Overruled: _____

**Objection No. 4:**

**Statements:** "Although I would not … investigate my options."

(Page 1, ¶ 4, at lines 15-17.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

**Ruling:**   Sustained: _____   Overruled: _____

**Objection No. 5:**

**Statements:** "Because I have been given … to find a new place."

(Page 1, ¶ 5, at lines 18-21.)

**Objection:** Irrelevant, FRE 402; Lacks foundation, FRE 602; Hearsay, not within any

///

///

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336

9

[PROPOSED] ORDER FOR RESPONDENTS' OBJECTIONS TO EVIDENCE SUBMITTED WITH REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
1460\03\530725.2

exception if offered to prove that residents were counseled to move out of Arroyo Vista, FRE 801, 802.

**Ruling:** Sustained: _____ Overruled: _____

**Objection No. 6:**

**Statements:** "In 2007, I ran a childcare ... I will lose income."

(Page 1, ¶ 8, at lines 27-28 through page 2, ¶ 8, at lines 1-3.)

**Objection:** Irrelevant, FRE 402.

**Ruling:** Sustained: _____ Overruled: _____

### VII. DECLARATION OF SHIRLEY PORTLEY

**Objection No. 1:**

**Statement:** "I told her that I was ... for the cost of her move."

(Page 1, ¶ 3 at lines 12-13.)

**Objection:** Hearsay, not within any exception if offered to prove the amount of relocation assistance to which Ms. Evans may be entitled under state or federal law, FRE, 801, 802.

**Ruling:** Sustained: _____ Overruled: _____

### VIII. DECLARATION OF ANTONE TUCKER

**Objection No. 1:**

**Statement:** "Last fall, a couple of women ... my time looking for a job."

(Page 1, ¶ 3, at lines 8-11.)

**Objection:** Irrelevant, FRE 402; Lacks foundation, FRE 602.

**Ruling:** Sustained: _____ Overruled: _____

///
///

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336

10
[PROPOSED] ORDER FOR RESPONDENTS' OBJECTIONS TO EVIDENCE SUBMITTED WITH REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
1460\03\530725.2

**Objection No. 2:**

**Statement:** "My mother explained ... where the rents are lower."

(Page 1 ¶ 4, at lines 13-20.)

**Objection:** Lacks foundation, FRE 602; Hearsay not within any exception if offered to prove rent levels in Dublin are higher than voucher limits or that Mr. Morris counseled Ms. Evans to look in communities where rents are lower, FRE 801, 802.

**Ruling:** Sustained: _____   Overruled: _____

**Objection No. 3:**

**Statement:** "I took her there to pick . . . get into her new home."

(Page 1, ¶ 5, at lines 22-24.)

**Objection:** Hearsay not within any exception if offered to prove amount of relocation assistance to which Ms. Evans may be entitled under state or federal law, FRE 801, 802.

**Ruling:** Sustained: _____   Overruled: _____

**Objection No. 4:**

**Statement:** "When we got ... and her wheelchair."

(Page 1, ¶ 5, at lines 24-25.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

**Ruling:** Sustained: _____   Overruled: _____

**Objection No. 5:**

**Statement:** "Ms. Laverde told me . . . office with me this time."

(Page 1, ¶ 5, at lines 27-28 through page 2, ¶ 2, at lines 1-2.)

**Objection:** Irrelevant, FRE 402.

**Ruling:** Sustained: _____   Overruled: _____

///

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336

**Objection No. 6:**

**Statement:** "Ms. Laverde never told my mother... she had needed to move."

(Page 2, ¶ 6, at lines 8-10.)

**Objection:** Lacks foundation, FRE 602; Hearsay not within any exception if offered to prove amount of relocation assistance to which Ms Evans may be entitled under state or federal law, FRE 801, 802.

**Ruling:** Sustained: _____ Overruled: _____

**Objection No. 7:**

**Statement:** "My mother, like a lot of ... just not right.

(Page 2, ¶ 7 through ¶ 8 at lines 11-19.)

Objection: Irrelevant, FRE 402; More prejudicial than probative, FRE 403; Lacks foundation, FRE 602; Hearsay not within any exception if offered to prove amount of relocation assistance to which Ms. Evans may be entitled under state or federal law, FRE 801, 802.

**Ruling:** Sustained: _____ Overruled: _____

IX. SUPPLEMENTAL DECLARATION OF ELISE VEAL

**Objection No. 1:**

**Statement:** "My family and I have lived ... program her in Dublin."

(Page 1 ¶ 2, at lines 4-7.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403.

**Ruling:** Sustained: _____ Overruled: _____

///
///
///

Goldfarb &
Lipman LLP
1300 Clay
Street
Ninth Floor
Oakland
California
94612
510 836-6336

**Objection No. 2:**

**Statements:** "I could not afford to move ... move closer to home."

(Page 1, ¶ 5, at lines 16-18.)

**Objection:** Irrelevant, FRE 402; More prejudicial than probative, FRE 403; Lacks foundation, FRE 602; Hearsay not within any exception if offered to prove amount of relocation assistance to which Ms. Veal may be entitled under state or federal law, FRE 801, 802.

**Ruling:**  Sustained: _____  Overruled: _____

**Objection No. 3:**

**Statement:** "The referral lists ... need a 4-5 bedroom house."

(Page 1, ¶ 6, at lines 25-26.)

**Objection:** Irrelevant, FRE 402; Lacks foundation, FRE 602.

**Ruling:**  Sustained: _____  Overruled: _____

IT IS SO ORDERED.

DATED: _____

The Honorable Judge Marilyn H. Patel

1062760.1

Goldfarb &
Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336