| | |
|---|---|
| 1 | Lee C. Rosenthal (SBN: 58778) |
|  | lrosenthal@goldfarblipman.com |
| 2 | Juliet E. Cox (SBN: 214401) |
|  | jcox@goldfarblipman.com |
| 3 | Goldfarb & Lipman |
|  | 1300 Clay St 9Fl |
| 4 | Oakland, CA 94612-1425 |
|  | Telephone: (510) 836-6336 |
| 5 | Facsimile: (510) 836-1035 |
| 6 | Attorneys for Respondents and Real Parties in Interest DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA; SCS DEVELOPMENT COMPANY; and EDEN HOUSING, INC. |
| 7 | |
| 8 | Joseph M. Quinn, Esq. (SBN: 171898) |
|  | jquinn@meyersnave.com |
| 9 | Ariana Mohit, Esq. (SBN: 211407) |
|  | amohit@meyersnave.com |
| 10 | MEYERS, NAVE, RIBACK, SILVER & WILSON |
|  | Meyers, Nave, Riback, Silver & Wilson |
| 11 | 575 Market Street, Suite 2600 |
|  | San Francisco, CA 94105 |
| 12 | Telephone: (415) 421-3711 |
|  | Facsimile: (415) 421-3767 |
| 13 | |
| 14 | Attorneys for Respondent CITY OF DUBLIN |

15    IN THE UNITED STATES DISTRICT COURT

16    NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | ARROYO VISTA TENANTS ASSOCIATION, RHENEA KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL, | Case No.: 3:07-cv-05794-MHP |
| 18 | | |
| 19 | Petitioners, | **RESPONDENTS' CERTIFICATE OF SERVICE** |
| 20 | vs. | |
| 21 | CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA, and DOES 1 through 20, inclusive, | |
| 22 | | |
| 23 | | |
| 24 | Respondents. | |
| 25 | SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50, | |
| 26 | | |
| 27 | Real Parties in Interest. | |
| 28 | | |

Certificate of Service                USDC Case No.3:07-cv-05794-MHP

1  I am employed in the City and County of San Francisco, California. I am over the age of
2  18 years and not a party to the within action. My business address is Meyers, Nave, Riback, Silver
3  & Wilson, 575 Market Street, Suite 2600, San Francisco, California 94105

4  On February 27, 2008 I served the following document(s):

- **RESPONDENTS' OBJECTIONS TO EVIDENCE SUBMITTED WITH PETITIONERS' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

- **[PROPOSED] ORDER FOR RESPONDENTS' OBJECTIONS TO EVIDENCE SUBMITTED WITH PETITIONERS' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

on the parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

| | |
|---|---|
| Naomi Young | Attorneys for Petitioners |
| Phillip R. Morgan | Tel: (510) 663-4744 |
| Bay Area Legal Aid | Fax: (510) 663-4740 |
| 405 14th Street, 11th Floor | |
| Oakland, CA 94612 | |

  __x__ (BY FIRST-CLASS MAIL)  I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California. I am readily familiar with the business practice for collection and processing of mail in this office; and that in the ordinary course of business said document would be deposited with the U.S. Postal Service in San Francisco on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED at San Francisco, California, on February 27, 2008.

_Nancy Taylor_
Nancy Taylor