UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL,<br><br>          Petitioners,<br><br>     v.<br><br>CITY OF DUBLIN, DUBLIN HOUSING AUTHORITY, HOUSING AUTHORITY OF ALAMEDA COUNTY, and DOES 1 through 20, inclusive,<br><br>          Respondents.<br><br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation, EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>          Real Parties in Interest.<br>_____/ | No. C 07-05794 MHP<br><br>**ORDER**<br><br>**Re: Request for Briefing on Whether Plaintiffs Have a Private Right of Action under 42 U.S.C. § 1437p** |

Plaintiffs filed this action in the Superior Court of Alameda County on October 15, 2007. They alleged causes of action for violations of Section 18 of the United States Housing Act (42 U.S.C. § 1437p) and its implementing regulations (24 C.F.R. §§ 970 et seq.), as well as for violations of the California Relocation Assistance Act (Cal. Govt. Code §§ 7260 et seq.) and related state regulations (25 C.C.R. §§ 6000 et seq.). Defendants removed this action to federal court on November 14, 2007, stating that this court has federal question jurisdiction under 28 U.S.C. section 1331 because the action alleges that defendants have violated the federal United States Housing Act.

1  Moreover, defendants stated that under 28 U.S.C. section 1367(a), this court has supplemental
2  jurisdiction over the related state law claim for violations of the California Relocation Assistance
3  Act.  Plaintiffs did not oppose defendants' removal.
4      The court, however, is concerned that questions remain as to whether plaintiffs have a
5  private right of action for violations of 42 U.S.C. section 1437p, and in turn, whether the court may
6  maintain jurisdiction over this action.  See e.g., Anderson v. Jackson, 2007 WL 458232 (E.D. La.
7  2007); Givens v. Butler Metropolitan Housing Authority, 2006 WL 3759702 (S.D. Ohio 2006);
8  English Woods Civic Association v. Cincinnati Metropolitan Housing Authority, 2004 WL 3019505
9  (S.D. Ohio 2004); Edwards v. District of Columbia, 821 F.2d 651 (D.C. Cir. 1987).
10     Accordingly, the court requests additional briefing on the issue of whether plaintiffs have a
11 private right of action for defendants' violations of 42 U.S.C. section 1437p.  Briefing shall occur
12 simultaneously.  Parties shall have twenty days from the date of this order to submit their respective
13 briefs which are not to exceed twenty-five pages.  No oppositions or replies shall be filed.  Oral
14 argument on this issue is scheduled for Monday, March 31, 2008 at 2:00, at which point, the parties
15 will also return for a case management conference.  The March 3, 2008 case management
16 conference and hearing on plaintiffs' motion for preliminary injunction is vacated, as is the March
17 31, 2008 hearing on defendants' motion for summary judgment.  The joint case management
18 conference statement submitted by the parties on February 25, 2008 will suffice for the conference
19 to be held on March 31, 2008, and therefore, no further statement is necessary at this time.

22 Dated: 2/28/2008

23                                                              _____
                                                                MARILYN HALL PATEL
24                                                              United States District Court Judge
                                                                Northern District of California

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**