BAY AREA LEGAL AID
LISA S. GREIF (State Bar No. 214537)
NAOMI YOUNG (State Bar No. 105041)
PHILLIP R. MORGAN (State Bar No. 99979)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
       nyoung@baylegal.org
       pmorgan@baylegal.org

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727
Email: dcollins@pilpca.org
       mrawson@pilpca.org
       ccastellanet@pilpca.org

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL<br><br>Petitioner/Plaintiff,<br><br>vs.<br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br><br>Respondents.<br><br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50<br>Real Parties in Interest. | CASE NO. C 07-05794 MHP<br><br>NOTICE OF MOTION AND MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFSøMOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND VERIFIED PETITION FOR WRIT OF MANDATE<br><br>Hearing Date: April 21, 2008<br>Time: 2:00 p.m.<br>Courtroom: 15, 18th Floor<br>Judge: Honorable Marilyn Hall Patel |

PLAINTIFFSøNOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED
COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND VERIFIED PETITION FOR
WRIT OF MANDATE - 1
Case No. C-07CV-05794 MHP

## NOTICE OF MOTION AND
## MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND
## VERIFIED PETITION FOR WRIT OF MANDATE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

NOTICE IS HEREBY GIVEN that on April 21, 2008 at 2:00 p.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 450 Golden Gate Avenue, Courtroom 15, 18th Floor, San Francisco, California, in the courtroom of Judge Marilyn Hall Patel, Plaintiffs will and hereby move the Court pursuant to Fed. R. Civ. P. 15(a) and (d) for leave to amend and supplement the Verified Petition for Writ of Mandate and to file a First Amended Complaint for Declaratory and Injunctive Relief and Verified Petition for Writ of Mandate, a true and correct copy of which is attached hereto as Exhibit 1.

The grounds for the motion are that Plaintiffs seek leave to amend the Verified Petition for Writ of Mandate to add claims and causes of action for declaratory and injunctive relief for violation of Plaintiffs' rights under Section 18 of the United States Housing Act of 1937, 42 U.S.C. §1437p (Section 18) and its implementing regulations (24 C.F.R. Part 970);; the Housing and Community Development Act of 1974, as amended (42 U.S.C. §5301 *et seq*.) and its implementing regulations; 42 U.S.C. §1983; Title VIII of the Civil Rights Act of 1968 (42 U.S.C. §3601 et seq.) (the Fair Housing Act); and the California Fair Employment and Housing Act (Cal. Govt. C. §12955 *et seq*.).

Plaintiffs also seek leave to amend and supplement the Verified Petition for Writ of Mandate on the grounds that there have been changes in some of the facts since the filing of the Petition, including changes in Plaintiffs' households, distribution of a draft relocation plan by Defendants' for public review, and the relocation of approximately 50 households.

The motion is based on this Notice of Motion, Motion and Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Leave to File First Amended Complaint for Declaratory and Injunctive Relief and Verified Petition for Writ of Mandate, the proposed First Amended Complaint for Declaratory and Injunctive Relief and Verified Petition for Writ of

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND VERIFIED PETITION FOR WRIT OF MANDATE - 2

Case No. C-07CV-05794 MHP

Mandate attached hereto, and on the papers and pleadings on file in this case, and such other memoranda, evidence, and argument as may be presented at the hearing on the motion.

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND VERIFIED PETITION FOR WRIT OF MANDATE**

Plaintiffs have moved the Court pursuant to Rules 15(a) and (d) of the Federal Rules of Civil Procedure for leave to file a First Amended Complaint for Declaratory and Injunctive Relief and Verified Petition for Writ of Mandate ("First Amended Complaint"). Rule 15 expressly provides that leave to file amended and supplemental pleadings should be freely granted when required to further interests of justice. Fed. R. Civ. P. 15(a) and (d).

The Supreme Court has confirmed that courts should liberally grant leave to amend pleadings absent factors such as undue delay, bad faith, or prejudice to opposing parties. *Foman v. Davis* 371 U.S. 178, 182 (1962). These factors are not given equal weight when determining whether leave to amend should be granted. Courts have placed greatest emphasis on the potential prejudice to opposing parties as the "crucial factor" in the court's inquiry. *Eminence Capital, LLC v. Aspeon, Inc.* 316 F.3d 1048, 1052 (9th Cir 2003)(quoting *DCD Programs, Ltd. V. Leighton* 833F.2d 183, 186-87 (9th Cir 1987)).

In this case, Defendants will not be prejudiced by the filing of a First Amended Complaint since Plaintiffs have not engaged in any undue delay in moving for leave to amend and supplement their Petition for Writ of Mandate. This case was filed on October 15, 2007 in Alameda County Superior Court, and on November 14, 2007 Defendants removed the case to this Court. At this time, the Court has not held an initial case management conference or set a deadline for the filing of amended pleadings or the addition of parties. Discovery has not commenced and no discovery cut-off has been set by the Court. Therefore, there is ample time for development of the parties' claims and defenses and the filing of an amended complaint at this stage in the proceedings will not result in any undue prejudice to Defendants.

Additionally, Fed. R. Civ. P. 15(d) states that "[o]n motion and reasonable notice, the

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND VERIFIED PETITION FOR WRIT OF MANDATE - 3

Case No. C-07CV-05794 MHP

court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." This rule is intended to give "courts broad discretion in allowing supplemental pleadings" including the addition of new facts, parties and claims. *Keith v. Volpe* 858 F.2d 467, 473 (9th Cir 1988).  As a "tool of judicial economy and convenience" its use is favored since the rule enables a court to award more complete relief by avoiding the unnecessary delay and cost of multiple actions on the same transaction or occurrence. *Id.* In this case there have been changes to some of Plaintiffs' households since the filing of the Petition for Writ of Mandate; Defendants have released a draft relocation plan for public review; and since the filing of the Petition, Defendants have relocated approximately 50 households.  The incorporation of the new facts and claims into the First Amended Complaint are clearly allowed under Federal Rule of Civil Procedure 15(d).

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court grant their motion for leave to file the First Amended Complaint that is attached hereto as Exhibit 1.

Dated: March 17, 2008          Respectfully submitted,


By:  /s/ Lisa S. Greif_____
BAY AREA LEGAL AID
Lisa S. Greif
Naomi Young
Phillip R. Morgan

CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
Deborah Collins
Michael Rawson
Craig Castellanet

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND VERIFIED PETITION FOR WRIT OF MANDATE - 4
Case No. C-07CV-05794 MHP