BAY AREA LEGAL AID
LISA S. GREIF (State Bar No. 214537)
NAOMI YOUNG (State Bar No. 105041)
PHILLIP R. MORGAN (State Bar No. 99979)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
       nyoung@baylegal.org
       pmorgan@baylegal.org

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727
Email: dcollins@pilpca.org
       mrawson@pilpca.org
       ccastellanet@pilpca.org

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL<br><br>Petitioner/Plaintiff,<br><br>vs.<br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br><br>Respondents.<br><br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50<br>Real Parties in Interest. | CASE NO. C 07-05794 MHP<br><br>[PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND VERIFIED PETITION FOR WRIT OF MANDATE<br><br>Hearing Date: April 21, 2008<br>Time: 2:00 p.m.<br>Courtroom: 15, 18th Floor<br>Judge: Honorable Marilyn Hall Patel |

[PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND VERIFIED PETITION FOR WRIT OF MANDATE  - 1

Case No. C-07-05794 MHP

1  Plaintiffs' Motion for Leave to File First Amended Complaint came on for hearing before
2 this Court, Deborah Collins, California Affordable Housing Law Project of The Public Interest
3 Law Project, appearing for plaintiffs and _____ appearing for defendants.
4 After consideration of the briefs and arguments of counsel, and all other matters presented to the
5 Court,

6  The Court finds the plaintiffs have demonstrated that there will be no prejudice to
7 defendants or undue delay in filing a First Amended Complaint for Declaratory and Injunctive
8 Relief and Verified Petition for Writ of Mandate, and

9  **IT IS HEREBY ORDERED** that plaintiffs' motion for leave to file First Amended
10 Complaint for Declaratory and Injunctive Relief and Verified Petition for Writ of Mandate is
11 GRANTED as follows:

14 Dated:

15                                                                 By:_____
16                                                                       MARILYN HALL PATEL
                                                                          United States District Judge

---

[PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
FOR DECLARATORY AND INJUNCTIVE RELIEF AND VERIFIED PETITION FOR WRIT OF
MANDATE  - 2

Case No. C-07-05794 MHP