1  LEE C. ROSENTHAL, State Bar #58778
   lrosenthal@goldfarblipman.com
2  ROBERT C. MILLS, State Bar #158097
   rmills@goldfarblipman.com
3  JULIET E. COX, State Bar #214401
   jcox@goldfarblipman.com
4  GOLDFARB & LIPMAN LLP
   1300 Clay Street, Ninth Floor
5  Oakland, California 94612
   Telephone: (510) 836-6336
6  Facsimile: (510) 836-1035

7  Attorneys for Respondents and Real Parties in Interest DUBLIN HOUSING AUTHORITY;
   HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA; SCS DEVELOPMENT
8  COMPANY; and EDEN HOUSING, INC.

9  JOSEPH M. QUINN, State Bar #171898
   jquinn@meyersnave.com
10 ARIANA MOHIT, State Bar #211407
   amohit@meyersnave.com
11 MEYERS, NAVE, RIBACK, SILVER & WILSON
   575 Market Street, Suite 2600
12 San Francisco, California 94105
   Telephone: (415) 421-3711
13 Facsimile: (415) 421-3767

14 Attorneys for Respondent CITY OF DUBLIN

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17 | ARROYO VISTA TENANTS ASSOCIATION, | Case No.: 3:07-cv-05794-MHP
   | et al.,                          |
18 |                                  | **STIPULATION REGARDING**
   |                                  | **MODIFICATION OF BRIEFING**
19 |         Petitioners,             | **SCHEDULE FOR PLAINTIFFS' MOTION**
   |                                  | **FOR LEAVE TO FILE A FIRST**
20 |    v.                            | **AMENDED COMPLAINT**
   |                                  |
21 | CITY OF DUBLIN, et al.,          | Date:     April 21, 2008
   |                                  | Time:     2:00 p.m.
22 |         Respondents.             | Location: Courtroom 15, United States
   |                                  | District Court, Northern District of California,
23 | SCS DEVELOPMENT COMPANY, et al.  | 450 Golden Gate Avenue, San Francisco,
   |                                  | California 94102
24 |         Real Parties in Interest.|

25

26        WHEREAS, the hearing on Petitioners ARROYO VISTA TENANTS ASSOCIATION, et

27 al.'s Motion for Leave to File a First Amended Complaint ("Motion") is currently scheduled for

28 April 21, 2008; and

1

Stip Re: Modif. of Briefing Sched. for Pet's Mtn. for Leave to File 1st Amend Complt [2:02-CV-00898 RRB GGH

1  WHEREAS, Respondents and Real Parties in Interest CITY OF DUBLIN, DUBLIN
2  HOUSING AUTHORITY; HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA; SCS
3  DEVELOPMENT COMPANY; and EDEN HOUSING, INC.s' Oppositions to Petitioners' Motion
4  for Leave to File a First Amended Complaint ("Opposition") is therefore due on March 31, 2008;
5  and
6  WHEREAS, the Court has scheduled a case management conference and hearing on
7  whether Petitioners may maintain a cause of action under 42 USC 1437p on March 31, 2008.
8  THE PARTIES THEREFORE, by and through their attorneys of record, hereby stipulate as
9  follows:
10  1.   Respondents' and Real Parties' deadline for filing and serving any Opposition to
11  Petitioners' Motion shall be April 4, 2008; and
12  2.   Petitioners' deadline for filing and serving Reply papers shall be April 14, 2008.
13  SO STIPULATED:
14  DATED: _March 27_____, 2008       GOLDFARB & LIPMAN LLP
15
16
17                                    By: _[signature]_____
                                          Juliet E. Cox
18                                        Attorneys for Respondents and Real Parties in
                                          Interest DUBLIN HOUSING AUTHORITY;
19                                        HOUSING AUTHORITY OF THE COUNTY
                                          OF ALAMEDA; SCS DEVELOPMENT
20                                        COMPANY; and EDEN HOUSING, INC.
21
22  DATED: _March 27_, 2008            MEYERS, NAVE, RIBACK, SILVER & WILSON
23
24
25                                    By: _[signature]_____
                                          Ariana Mohit
26                                        Attorneys for Respondent
                                          CITY OF DUBLIN
27
28

1. DATED: 3/27, 2008   BAY AREA LEGAL AID

   By: /s/ Lisa S. Grief
   Lisa S. Grief
   Attorneys for Petitioner
   ARROYO VISTA TENANTS ASSOCIATION

9. IT IS SO ORDERED.

11. DATED: _____, 2008

   _____
   Honorable Marilyn H. Patel
   JUDGE OF THE SUPERIOR COURT

1076295.1