IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, | No. C 07-05794 MHP |
| Plaintiff, | **CLERK'S NOTICE VACATING/RESETTING HEARING DATE** |
| v. | |
| CITY OF DUBLIN, | |
| Defendant. | |

YOU ARE NOTIFIED THAT the *Motion for Leave to File Amended Complaint and the issue(s) on the supplemental briefing re: 42 U.S.C 1437p* will be heard on **Monday, 04/21/08** at **2:00 PM** before the Honorable Marilyn Hall Patel. The hearing date of March 31, 2008 is VACATED. The plaintiffs' preliminary injunction motion and defendants' summary judgment motion are deemed withdrawn subject to being re-noticed pending the resolution of the issues addressed at the April 21, 2008 hearing.

Dated:   March 28, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
   R. B. Espinosa
   Deputy Clerk