IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, | No. C 07-05794 MHP |
| Plaintiff, | **Clerk's Notice Rescheduling Hearing** |
| v. | |
| CITY OF DUBLIN, | |
| Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *case management conference* previously set for 03/31/08 at 2:00 PM has been rescheduled for **Monday, 04/21/08** at **2:00 PM**, before the Honorable Marilyn Patel. Please report to Courtroom 15, on the 18th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: March 28, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
R. B. Espinosa
Deputy Clerk