BAY AREA LEGAL AID
LISA S. GREIF (State Bar No. 214537)
NAOMI YOUNG (State Bar No. 105041)
PHILLIP R. MORGAN (State Bar No. 99979)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
   nyoung@baylegal.org
   pmorgan@baylegal.org

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727
Email: dcollins@pilpca.org
   mrawson@pilpca.org
   ccastellanet@pilpca.org

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL<br><br>Petitioner/Plaintiff,<br><br>vs.<br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br><br>Respondents/Defendants.<br><br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>Real Parties in Interest. | CASE NO. C 07-05794 MHP<br><br>PLAINTIFFS' NOTICE OF **WITHDRAWAL** OF STIPULATION TO MODIFY BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT |

Plaintiffs' Notice of Withdrawal of Stipulation to Modify Briefing Schedule for Plaintiffs' Motion for Leave to File First Amended Complaint - 1
CASE #: C-07-05794MHP

1   NOTICE TO ALL PARTIES AND THE COURT:

2   On March 27, 2008, the parties to this action, by and through their counsel in this action
3   filed a Stipulation and Proposed Order Regarding Modification of Briefing Schedule on
4   Plaintiffs' Motion for Leave to File First Amended Complaint.  The Motion to Amend is
5   scheduled to be heard on April 21, 2008.

6   On March 28, 2008, the Court rescheduled the Case Management Conference and
7   hearing on the private right of action issues to April 21, 2008 when Plaintiffs' Motion to Amend
8   will be heard.  The Clerk also notified Plaintiffs' counsel on April 21, 2008 that the parties'
9   proposed briefing schedule would require a change in the hearing date to April 28, 2008.

10   The parties did not stipulate to rescheduling the April 21, 2008 hearing date.  Plaintiffs
11   notified counsel for defendants on March 28, 2008 that the Court had not approved the modified
12   briefing schedule, and that plaintiffs are not amenable to rescheduling the April 21, 2008 hearing
13   date.

14   THEREFORE, Plaintiffs withdraw their Stipulation Regarding Modification of the
15   Briefing Schedule on Plaintiffs' Motion for Leave to Amend filed on March 27, 2008.
16   Accordingly, Defendants' and Real Parties' Opposition to Plaintiffs' Motion to Amend is to be
17   filed and served by March 31, 2008; and Plaintiffs' Reply papers shall be filed and served by
18   April 7, 2008.

BAY AREA LEGAL AID
Lisa S. Greif
Phillip R. Morgan
Naomi Young

THE CALIFORNIA AFFORDABLE
HOUSING LAW PROJECT OF THE PUBLIC
INTEREST LAW PROJECT
Deborah Collins
Michael Rawson
Craig Castellanet

Dated:  March 30, 2008

/s/ Lisa S. Greif
Lisa S. Greif
BAY AREA LEGAL AID
Attorneys for Petitioners

Plaintiffs' Notice of Withdrawal of Stipulation to Modify Briefing Schedule for Plaintiffs'
Motion for Leave to File First Amended Complaint - 2
CASE #: C-07-05794MHP