UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, | No. C 07-05794 MHP |
| Plaintiff(s), | **CLERK'S NOTICE** |
| v. | |
| CITY OF DUBLIN et al, | |
| Defendant(s). | |

The parties are notified that the hearing of the plaintiff's Motion for Leave to File Amended Complaint, which includes hearing on supplemental briefing re 42 USC § 1437(p), shall remain on calendar for **April 21, 2008 at 2:00 pm.** Plaintiff's Motion for Preliminary Injunction and Defendant's Motion for Summary Judgment are deemed withdrawn subject to re-notice after resolution of plaintiff's Motion for Leave.

Richard W. Wieking
Clerk, U.S. District Court

Dated: April 2, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140