BAY AREA LEGAL AID
LISA S. GREIF (State Bar No. 214537)
NAOMI YOUNG (State Bar No. 105041)
PHILLIP R. MORGAN (State Bar No. 99979)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
        nyoung@baylegal.org
        pmorgan@baylegal.org

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727
Email: dcollins@pilpca.org
        mrawson@pilpca.org
        ccastellanet@pilpca.org

E-FILED

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL<br><br>Petitioner/Plaintiff,<br><br>vs.<br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br>Respondents/Defendants.<br><br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>Real Parties in Interest. | CASE NO. C 07-05794 MHP<br><br>**DECLARATION OF LISA S. GREIF IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Hearing Date: April 21, 2008<br>Time: 2:00 p.m.<br>Courtroom: 15, 18th Floor<br>Judge: Honorable Marilyn Hall Patel |

I, Lisa Greif, declare as follows:

1.      I am an attorney at law duly admitted to practice before this Court and one of the attorneys of record herein for petitioners.

2.      On February 4, 2008 I received a voicemail message from Juliet E. Cox, attorney for defendants Dublin Housing Authority (DHA) and Housing Authority of the County of Alameda (HACA) informing me that defendants were planning to file a Motion for Summary Judgment, and requesting to coordinate a briefing schedule for their motion and plaintiffs' motion for preliminary injunction.    On February 5, 2008, my co-counsel, Deborah Collins, and I participated in a telephone conference with Ms. Cox.   During that call, Ms. Collins told Ms. Cox that plaintiffs planned to amend the petition by way of stipulation with defendants or, if necessary, through a Motion for Leave to Amend.

3.      On February 11, 2008, I sent an e-mail to Ms. Cox and Ariana Mohit, attorney for defendant City of Dublin, confirming plaintiffs' plan to file an amended complaint. A true and correct copy of this e-mail is attached to this declaration as Exhibit 1.

4.      On February 14, 2008, I e-mailed a draft Joint Case Management Conference Statement to defendants' attorneys.   A true and correct copy of this e-mail and the attached Joint CMC Statement is attached to this declaration as Exhibit 2.

5      On March 7, 2008, I e-mailed to Ms. Cox and Ms. Mohit a copy of plaintiffs' proposed First Amended Complaint and proposed stipulation to file the proposed amended complaint for defendants' review. A true and correct copy of this e-mail is attached to this declaration as Exhibit 3.

6.      On March 17, 2008 I received an e-mail from Juliet Cox stating that defendants refused to stipulate to plaintiffs filing an amended complaint.   A true and correct copy of this e-mail is attached to this declaration as Exhibit 4.

/ /

/ /

/ /

/ /

1
Declaration of Lisa S. Greif in Support of Plaintiffs' Reply
Memorandum in Support of Motion for Leave to File First Amended Complaint
Case No. C-07-05794 MHP

1     I declare under penalty of perjury under the laws of the State of California that the

2  foregoing is true and correct and that this declaration was executed at Oakland, California on

3  April 7, 2008.

4                      /s/ Lisa S. Greif

5                      Lisa S. Greif
                          BAY AREA LEGAL AID

Declaration of Lisa S. Greif in Support of Plaintiffs' Reply
Memorandum in Support of Motion for Leave to File First Amended Complaint
Case No. C-07-05794 MHP

<u>Greif Declaration – Index of Exhibits</u>

| <u>Exhibit #</u> | <u>Document Description</u> |
|---|---|
| 1 | February 11, 2008 email from Lisa Greif to Juliet Cox and Ariana Mohit |
| 2 | February 14, 2008 email from Lisa Greif to Juliet Cox and Ariana Mohit and draft Joint Case Management Statement |
| 3 | March 7, 2008 email from Lisa Greif to Juliet Cox and Ariana Mohit |
| 4 | March 17, 2008 email from Juliet Cox to Lisa Greif |

Exhibits to Declaration of Lisa Greif in Support of Plaintiffs' Reply

Case No#: C-07-05794 MPH

DECLARATION OF LISA S. GREIF IN SUPPORT OF PLAINTIFFS'
REPLY IN SUPPORT OF MOTION FOR LEAVE TO AMEND

Exhibit 1

**Lisa Greif**

| | |
|---|---|
| **From:** | Lisa Greif |
| **Sent:** | Monday, February 11, 2008 3:48 PM |
| **To:** | 'Juliet E. Cox'; amohit@meyersnave.com |
| **Cc:** | 'dcollins@pilpca.org' |
| **Subject:** | RE: Arroyo Vista v. Dublin - Stipulation re: Initial Disclosures |
| **Attachments:** | Stip and Prop Order re Initial Disclosures 2_11_08.pdf |

Dear Juliet and Arianna,

Given the fact that plaintiffs are preparing a Motion for Leave to Amend the Complaint and defendants have indicated they will file a Motion for Summary Judgment, we now propose that the date for initial disclosures be postponed until March 21, 2008. This will give all of us time to concentrate on briefing and then work on discovery issues.

With this proposal in mind I have attached a revised stipulation for your review and approval. All the text is the same except the date the initial disclosures has been changed.

Let me know as soon as possible if this meets with your approval. I want to file the stipulation tomorrow at the latest.

*Lisa S. Greif*, Staff Attorney
Bay Area Legal Aid
Alameda County Regional Office
405 14th Street, 11th Floor
Oakland, CA 94612
510-663-4744, ext. 5211
Fax: 510-663-4740

This message is sent by an attorney. It may contain information that is privileged, confidential or otherwise legally protected from disclosure. If you are not the intended addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify me immediately by e-mail, discard any paper copies and delete all electronic files containing this message. Thank you.

---

**From:** Juliet E. Cox [mailto:jcox@goldfarblipman.com]
**Sent:** Monday, February 11, 2008 11:42 AM
**To:** Lisa Greif; amohit@meyersnave.com
**Subject:** RE: Arroyo Vista v. Dublin - Stipulation re: Initial Disclosures

This stipulation is acceptable to me. Thank you for preparing it.

**Juliet E. Cox**
Goldfarb & Lipman LLP
1300 Clay Street, Ninth Floor
Oakland, CA 94612
(510) 836-6336 (voice)
(510) 836-1035 (fax)
jcox@goldfarblipman.com

---

**From:** Lisa Greif [mailto:LGreif@baylegal.org]
**Sent:** Thursday, February 07, 2008 3:17 PM
**To:** Juliet E. Cox; amohit@meyersnave.com
**Subject:** Arroyo Vista v. Dublin - Stipulation re: Initial Disclosures

Dear Juliet and Ariana,

I have attached the Stipulation regarding Initial Disclosures we agreed to draft and circulate. If it meets with approval please let me know by email and I will e-file it once I receive your signatures. Please fax the signature page to me at the number below. I hoped to file this today.

Thanks.

*Lisa S. Greif*, Staff Attorney
Bay Area Legal Aid
Alameda County Regional Office
405 14th Street, 11th Floor

4/7/2008

Oakland, CA 94612
510-663-4744, ext. 5211
Fax: 510-663-4740

This message is sent by an attorney. It may contain information that is privileged, confidential or otherwise legally protected from disclosure. If you are not the intended addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify me immediately by e-mail, discard any paper copies and delete all electronic files containing this message. Thank you.

GOLDFARB & LIPMAN LLP

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the Internal Revenue
unless expressly stated otherwise, any federal tax advice or analysis contained in this communicatio
intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties impose
promoting, marketing or recommending to another party any transaction or matter addressed in this co

This transmission is intended only for the use of the addressee and may contain information that is
disclosure under applicable law.  If you are not the intended recipient, or the employee or agent re
intended recipient, you are hereby notified that any dissemination, distribution or copying of this
received this e-mail communication in error, please immediately notify the sender by replying to thi
sender by telephone at (510) 836-6336.  Thank you.

DECLARATION OF LISA S. GREIF IN SUPPORT OF PLAINTIFFS'
REPLY IN SUPPORT OF MOTION FOR LEAVE TO AMEND

Exhibit 2

## Lisa Greif

| | |
|---|---|
| **From:** | Lisa Greif |
| **Sent:** | Thursday, February 14, 2008 4:48 PM |
| **To:** | Juliet E. Cox; 'Mohit, Ariana' |
| **Cc:** | 'dcollins@pilpca.org' |
| **Subject:** | Arroyo Vista v. Dublin - Draft CMC Statement |
| **Attachments:** | CMC statement Draft 2.14.08 FINAL.doc |

Juliet and Ariana,

Attached is Plaintiffs' draft CMC Statement for your review.

Since our phone call is scheduled for Wednesday afternoon I ask that you forward your text to us by Tuesday so that we have time to review before the call.

Thank you.

*Lisa S. Greif*, Staff Attorney
Bay Area Legal Aid
Alameda County Regional Office
405 14th Street, 11th Floor
Oakland, CA 94612
510-663-4744, ext. 5211
Fax: 510-663-4740

This message is sent by an attorney. It may contain information that is privileged, confidential or otherwise legally protected from disclosure. If you are not the intended addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify me immediately by e-mail, discard any paper copies and delete all electronic files containing this message. Thank you.

BAY AREA LEGAL AID
LISA S. GREIF (State Bar No. 214537)
NAOMI YOUNG (State Bar No. 105041)
PHILLIP MORGAN (State Bar No. 99979)
405 14th Street, 11th Floor
Oakland, California  94612
Telephone: 510-663-4744
Facsimile: 510-663-4740

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California  94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.

**E-FILING**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL,<br><br>      Petitioners,<br><br>vs.<br><br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br><br>      Respondents.<br><br><br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>      Real Parties in Interest. | CASE NO.:  C-07-05794 MHP<br><br><br>JOINT CASE MANAGEMENT STATEMENT<br><br>Date:    March 3, 2008<br>Time:    2:00 p.m.<br>Courtroom: 15, 18th Floor<br>Judge:   Hon. Marilyn Hall Patel |

The parties to the above-entitled action jointly submit this Case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

A.    JURISDICTION AND SERVICE

**PLAINTIFFS' STATEMENT**

On October 15, 2007 Petitioners Arroyo Vista Tenants Association, Rhenae Keyes, Andres Arroyo, Darlene Brown, and Elise Veal filed a Verified Petition for Writ of Mandate in the Superior Court of California, County of Alameda, Case No. RG07351015, pursuant to California Code of Civil Procedure §1085 authorizing writs brought by beneficially interested persons to challenge agency action; Cal. Govt. C. §65009; 42 U.S.C. §1437p; 24 C.F.R. §970 *et seq.*; and Cal. Govt. C. §7260 et seq. and 25 Cal. Code Regs. §6000 *et seq.* The Petition for Writ of Mandate was personally served on October 15, 2007 on all Respondents, the City of Dublin ("City"), Dublin Housing Authority ("DHA"), Housing Authority of Alameda County ("HACA"), and all Real Parties in Interest, SCS Development Company dba Citation Homes Central ("Citation"), a California Corporation; and Eden Housing, Inc., a California Nonprofit Corporation ("Eden").  No parties remain to be served.

Respondents and Real Parties removed the action to this Court on November 14, 2007, pursuant to 28 U.S.C. §1441(b) on the grounds that the action alleges violations of 42 U.S.C. §1437f and 24 C.F.R. §970 *et seq.*, and asserting that the Court has original jurisdiction pursuant to 28 U.S.C. §1331 and may exercise supplemental jurisdiction over plaintiffs' state law claims pursuant to 28 U.S.C. §§1367(a) and 1441(c).  On November 21, 2007, Respondents and Real Parties filed an Answer to the Petition for Writ of Mandate.

**DEFENDANTS' STATEMENT**

INSERT FROM JULIET

B.    BASES OF CLAIMS – FACTS AND LEGAL ISSUES

**PLAINTIFFS' STATEMENT**

Petitioners are a tenants association and four individual low-income tenants of Arroyo Vista, a public housing development located in Dublin, California (Arroyo Vista).  On or about July 17, 2007, Respondents entered into a Disposition and Development Agreement for the Redevelopment of Arroyo Vista ("DDA") between Respondents, the City of Dublin, Dublin Housing Authority, the Housing Authority of the County of Alameda, and Real Parties, Eden Housing, Inc. and SCS Development Company.  Petitioners' factual allegations and legal claims include the following:

Respondents entered into and are implementing the DDA without approval from the Secretary of the United States Department of Housing and Community Development ("HUD") to dispose of public housing as required by the United States Housing Act, as amended (42 U.S.C. §1437f; 24 C.F.R. §970.1 *et seq.* ("the Housing Act");

Respondents have displaced and are threatening to displace Arroyo Vista residents pursuant to the DDA without prior HUD approval or an approved relocation plan as required by the Housing Act and the California Relocation Assistance Act and regulations (Govt. C. §7260 et seq.; 25 C.C.R. §6000 *et seq.*) ("CRAA");

Respondents have displaced and are threatening to displace Arroyo Vista residents pursuant to the unauthorized DDA without the relocation assistance notices, advisory services, and relocation benefits required by the Housing Act and the CRAA.

As Arroyo Vista residents have been displaced, Respondents have boarded up and refused to re-rent vacant public housing units without a complete application pending before HUD, and exposing remaining residents to blight and hazardous conditions in violation of the Housing Act.

In their Answer, Respondents admit that in or about July 2006, DHA commenced negotiations with Eden and Citation for sale and redevelopment of Arroyo Vista; in November 2006, DHA amended its Public Housing Authority Five-Year Plan ("PHA Plan") to seek demolition and disposition of Arroyo Vista; and in July 2007, the City, DHA, and HACA approved and authorized execution of a DDA for disposition and redevelopment of Arroyo Vista.  Respondents also admit that they sought HUD's permission to dispose of Arroyo Vista

1    on August 14, 2007 after entering into the DDA, and that as of the filing of Respondents'

2    Opposition to Petitioners' pending Preliminary Injunction Motion on February 11, 2008, HUD

3    has not approved Respondents' application for disposition.

4        Respondents further admit that they relocated Arroyo Vista residents before the

5    Application was submitted to HUD and began making Section 8 vouchers available to residents

6    in July 2007.  Petitioners allege that Respondents have pressured and encouraged residents to

7    move before HUD approves or disapproves the application for disposition.  Respondents deny

8    that any residents have been required to move, and deny taking any actions that require them to

9    have an approved relocation plan or to provide relocation assistance notices to residents prior to

10   relocating them, and deny they have deprived residents of relocation assistance and benefits

11   required under state or federal law.  Respondents admit they have not re-rented Arroyo Vista

12   units as they have become vacant.

13   **DEFENDANTS' STATEMENT**

14   INSERT FROM JULIET

15

16   C.    <u>MOTIONS</u>

17   **PLAINTIFFS' STATEMENT**

18       Plaintiffs filed and served a Notice of Motion and Motion for Preliminary Injunction

19   on January 28, 2008.  This motion is scheduled for hearing on March 3, 2008 at 2:00 p.m.

20   before this Court.  Plaintiffs anticipate filing a Motion for Leave to File a First Amended

21   Complaint on or before February 29, 2008 unless defendants stipulate to the filing of an

22   Amended Complaint without a motion.  Plaintiffs anticipate filing a Motion for Permanent

23   Injunction and/or Motion for Summary Judgment or Adjudication of Issues after completion

24   of discovery related to implementation of the DDA, including relocation of residents and the

25   boarding up of vacant units.

26   **DEFENDANTS' STATEMENT**

27   INSERT FROM JULIET

28

D.    AMENDMENT OF PLEADINGS

Plaintiffs intend to seek leave to file an Amended Complaint to allege violations of the Housing Act and regulations, the Housing and Community Development Act of 1974, as amended, and state and federal fair housing laws, and to seek declaratory and injunctive relief as to those claims.  If a stipulation cannot be reached with Defendants, Plaintiffs anticipate filing a Motion for Leave to Amend on or before February 29, 2008.  Plaintiffs do not at this time anticipate adding any parties to the action.

E.    EVIDENCE PRESERVATION

The parties certify that any evidence relevant to the issues reasonably evident in this action is being preserved.

F.    DISCLOSURES

The parties met and conferred pursuant to Federal Rules of Civil Procedure, rule 26(f) on January 31, 2008, and stipulated to exchange initial disclosures on February 25, 2008.  The Stipulation and (Proposed) Order were submitted to the Court on February 13, 2008.

G.    DISCOVERY

To date discovery has not commenced.  Pursuant to F.R.C.P. 26(f), the parties have met and conferred to discuss claims and defenses in this action, agreed to exchange initial disclosures and propose the following discovery plan:

1.   Number of Interrogatories: 25 per party.

2.   Number of Requests for Admission: Unlimited

3.   Number of Requests for Production of Documents: Unlimited

4.   Number of non-Expert Depositions (per Party): 25 – all subject to one day limitation, absent a stipulation or court order if more time is necessary.

5.   Non-expert discovery cut-off:  January 12, 2009

6.   Expert disclosure and reports to be completed by: February 10, 2009

7.   Rebuttal expert disclosure: March 10, 2009

8.   Expert discovery cut-off: April 10, 2009

The parties have considered the nature and basis of their claims and defenses and have identified the need for discovery on the following subjects:

1. Any information relating to rehabilitation, disposition and/or demolition of Arroyo Vista;

2. Any information relating to application(s) to HUD for disposition and/or demolition of Arroyo Vista;

3. Any information relating to residents of Arroyo Vista that have moved since July 2006;

4. Any information relating to relocation plans in connection with disposition or demolition of Arroyo Vista;

5. Any information relating to relocation assistance notices in connection with disposition or demolition of Arroyo Vista;

6. Any information relating to relocation assistance advisory services in connection with disposition or demolition of Arroyo Vista;

7. Any information relating to relocation benefits in connection with disposition or demolition of Arroyo Vista;

8. Any information relating to the administration of DHA by the City, DHA, and HACA;

9. Any information relating to the administration of HACA, including but not limited to HACA's participation in the plans for disposition and/or demolition of Arroyo Vista;

10. Any information relating to Respondents' relocation consultant(s) in connection with disposition or demolition of Arroyo Vista;

11. Any information relating to the Arroyo Vista public housing development located at 6700 Dougherty Road, Dublin, California.

12. Any other subjects that may be relevant ion the event Plaintiffs Motion to Amend is granted.

The parties have agreed to produce or disclose electronically stored information in electronic formats, and to produce or disclose all versions of electronically stored information excepting information that is privileged.

The parties have agreed to raise claims of privilege and produce privileged logs at the time of production.

The parties have agreed to consecutively bate-stamp all documents produced in discovery with numbering that distinguishes between documents produced by Petitioners or Respondents.

H.    CLASS ACTION

Not applicable.

I.    RELATED CASES

There are no related cases or proceedings pending before another judge of this court, or before another court or administrative body.

J.    RELIEF

In their Petition for Writ of Mandate, Petitioners seek an alternative or peremptory writ of mandate to rescind or set aside a resolution approving that Disposition and Development Agreement for the Arroyo Vista Redevelopment Project between Dublin Housing Authority, Housing Authority of Alameda County, Eden Housing, Inc, and Citation Homes Central ("Citation"), approved by Dublin City Council Resolution 136-07 on July 17, 2007 ("DDA"); enjoining Respondents from implementing the DDA; and commanding Respondents to cease displacement of Arroyo Vista residents; and ordering Respondents to locate persons already displaced and permit them to return to their homes or provide relocation assistance and compensation to all eligible persons that moved from Arroyo Vista after July 2006.  Petitioners also seek an award of costs incurred, an award of attorneys' fees to petitioners' counsel, the Public Interest Law Project, and for such other and further relief as the Court deems just and proper.  Plaintiffs also anticipate amending the complaint to seek declaratory and injunctive relief for violations of state and federal law.

K.    SETTLEMENT AND ADR

The parties have met and conferred to discuss the possibility of settlement and filed a Notice of Need for ADR Conference on January 30, 2008 since no agreement was reached regarding ADR options.

L.    CONSENT TO MAGISTRATE FOR ALL PURPOSES

On December 17, 2007 Defendants filed a Declination of Magistrate for trial and disposition of this case and the case was reassigned to this court.

M.    OTHER REFERENCES

The parties have no need for binding arbitration, special master, Judicial Panel or Multidistrict Litigation.

N.    NARROWING OF ISSUES

The parties may stipulate to facts at trial in order to narrow the issues.

O.    EXPEDITED SCHEDULING

The parties have no need for expedited scheduling.

P.    SCHEDULING

The parties have agreed to the following proposed dates:

1.    Non-expert discovery cut-off:  January 12, 2009

2.    Expert disclosure and reports to be completed by: February 10, 2009

3.    Rebuttal expert disclosure: March 10, 2009

4.    Expert discovery cut-off: April 10, 2009

5.    Hearing of dispositive motions: March 30, 2009

6.    Pre-trial conference: May 4, 2009

7.    Trial is requested for May 2009.

Q.    TRIAL

No parties have demanded a jury trial.  The parties anticipate that the trial will last no more than 5 days.

R.    DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

Plaintiffs will file a certification of interested parties or entities in the proposed Amended Complaint to be submitted with a Motion for Leave to Amend on or before February 29, 2009.

BAY AREA LEGAL AID
Phillip R. Morgan
Naomi Young
Lisa S. Greif

THE CALIFORNIA AFFORDABLE
HOUSING LAW PROJECT OF THE
PUBLIC INTEREST LAW PROJECT
Deborah Collins
Michael Rawson
Craig Castellanet

Dated: February __, 2008

_____
Lisa S. Greif
Attorneys for Petitioners

GOLDFARB & LIPMAN
Lee Rosenthal
Juliet Cox

Dated: February __, 2008

_____
Juliet E. Cox
Attorneys for Respondents Dublin
Housing Authority, Housing Authority of
Alameda County, and Real Parties in
Interest

MEYERS, NAVE, RIBACK, SILVER &
WILSON
Joseph M. Quinn
Ariana Mohit

Dated: February __, 2008

_____
Ariana Mohit
Attorneys for Respondent City of Dublin

CASE MANAGEMENT ORDER


The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders:



Dated: _____    _____

MARILYN HALL PATEL
UNITED STATES DISTRICT

DECLARATION OF LISA S. GREIF IN SUPPORT OF PLAINTIFFS'
REPLY IN SUPPORT OF MOTION FOR LEAVE TO AMEND

Exhibit 3

## Lisa Greif

| | |
|---|---|
| **From:** | Lisa Greif |
| **Sent:** | Friday, March 07, 2008 3:06 PM |
| **To:** | Juliet E. Cox; 'Mohit, Ariana' |
| **Cc:** | Deb Collins |
| **Subject:** | First Amended Complaint and Petition for review and Stipulation to File |
| **Attachments:** | First Am Complaint and Petition 030708 FINAL DRAFT.pdf; Stipulation for Leave to Amend.pdf |

Juliet and Ariana,

I have attached the First Amended Complaint for Declaratory and Injunctive Relief and Verified Petition for Writ of Mandate along with a proposed Stipulation for filing. Please review and let me know as soon as possible if your clients are amenable to stipulating to our filing without a court order.

Since local rules require a 35 day notice requirement we going to file a Motion to for Leave to Amend next week, however if your clients stipulate to the filing the we will, of course, take that hearing date off calendar.

*Lisa S. Greif,* Staff Attorney
Bay Area Legal Aid
Alameda County Regional Office
405 14th Street, 11th Floor
Oakland, CA 94612
510-663-4744, ext. 5211
Fax: 510-663-4740

Please consider the environment before printing this email 

This message is sent by an attorney. It may contain information that is privileged, confidential or otherwise legally protected from disclosure. If you are not the intended addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify me immediately by e-mail, discard any paper copies and delete all electronic files containing this message. Thank you.

DECLARATION OF LISA S. GREIF IN SUPPORT OF PLAINTIFFS'
REPLY IN SUPPORT OF MOTION FOR LEAVE TO AMEND

Exhibit 4

**Lisa Greif**

| | |
|---|---|
| **From:** | Juliet E. Cox [jcox@goldfarblipman.com] |
| **Sent:** | Monday, March 17, 2008 6:26 PM |
| **To:** | Lisa Greif |
| **Cc:** | Deb Collins; Mohit, Ariana |
| **Subject:** | RE: First Amended Complaint and Petition for review and Stipulation to File |

Lisa:

Ariana and I have discussed your proposal to file a first amended complaint, and we will not stipulate at this time to your doing so. Among other issues, the proposed first amended complaint repeats your efforts to state a cause of action under 42 U.S.C. 1437p, even though the Court intends shortly to rule on whether or not that section creates any right of action in your clients.

If you would like to wait until Judge Patel has ruled on the question she asked us to brief, we may be able to stipulate in light of her ruling to a first amended complaint that puts before the court the fair housing issues you apparently wish to explore but maintains the court's ability to act on the matters raised in our summary judgment/adjudication motion.

**Juliet E. Cox**
Goldfarb & Lipman LLP
1300 Clay Street, Ninth Floor
Oakland, CA 94612
(510) 836-6336 (voice)
(510) 836-1035 (fax)
jcox@goldfarblipman.com

---

**From:** Lisa Greif [mailto:LGreif@baylegal.org]
**Sent:** Friday, March 07, 2008 3:06 PM
**To:** Juliet E. Cox; Mohit, Ariana
**Cc:** Deb Collins
**Subject:** First Amended Complaint and Petition for review and Stipulation to File

Juliet and Ariana,

I have attached the First Amended Complaint for Declaratory and Injunctive Relief and Verified Petition for Writ of Mandate along with a proposed Stipulation for filing. Please review and let me know as soon as possible if your clients are amenable to stipulating to our filing without a court order.

Since local rules require a 35 day notice requirement we going to file a Motion to for Leave to Amend next week, however if your clients stipulate to the filing the we will, of course, take that hearing date off calendar.

*Lisa S. Greif*, Staff Attorney
Bay Area Legal Aid
Alameda County Regional Office
405 14th Street, 11th Floor
Oakland, CA 94612
510-663-4744, ext. 5211
Fax: 510-663-4740

Please consider the environment before printing this email 

This message is sent by an attorney. It may contain information that is privileged, confidential or otherwise legally protected from disclosure. If you are not the intended addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify me immediately by e-mail, discard any paper copies and delete all electronic files containing this message. Thank you.


GOLDFARB & LIPMAN LLP

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the Internal Revenue Service, unless expressly stated otherwise, any federal tax advice or analysis contained in this communication (inclu intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties imposed under promoting, marketing or recommending to another party any transaction or matter addressed in this communicat

This transmission is intended only for the use of the addressee and may contain information that is privileg disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsibl intended recipient, you are hereby notified that any dissemination, distribution or copying of this communic received this e-mail communication in error, please immediately notify the sender by replying to this commun sender by telephone at (510) 836-6336. Thank you.