**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: April 21, 2008

Case No.   C 07-5794  MHP                    Judge: MARILYN H. PATEL

Title: ARROYO VISTA TENANTS ASSOC et al -v- CITY OF DUBLIN et al

Attorneys:  Plf: Deborah Collins, Lisa Greif
            Dft: Juliet Cox, Lee Rosenthal

Deputy Clerk:  Anthony Bowser   Court Reporter: Juanita Gonzales

**PROCEEDINGS**

1)   Plaintiffs' Motion for Leave to Amend Complaint

2)   Further Hearing re Supplemental Briefing on 1437p

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Motions deemed submitted; Court to issue order.