BAY AREA LEGAL AID
LISA S. GREIF (State Bar No. 214537)
NAOMI YOUNG (State Bar No. 105041)
PHILLIP R. MORGAN (State Bar No. 99979)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
       nyoung@baylegal.org
       pmorgan@baylegal.org

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL,<br><br>        Petitioners,<br>  vs.<br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br><br>        Respondents.<br><br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>        Real Parties in Interest. | CASE NO. C 07-05794 MHP<br><br>DECLARATION OF JACQUELINE AMADOR IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION<br><br>Temporary Restraining Order<br>Hearing Date:<br>Time:<br><br>Preliminary Injunction<br>Hearing Date:<br>Time:<br><br>Courtroom: 15, 18th Floor<br>Judge: Honorable Marilyn Hall Patel |

I, JACQUELINE AMADOR, hereby declare:

1. I am a 28 year-old woman of Hispanic descent. I live at 6700 Dougherty Road, # 89, Dublin, CA with my five year old son. I have lived at Arroyo Vista for eighteen (18) years. I moved to Arroyo Vista at the age of ten with my family and got my own two-bedroom unit for myself and my son about three years ago.

2. I went to meetings about the demolition and rehabilitation of Arroyo Vista held by Overland Pacific & Cutler (OPC) and the Housing Authority of Alameda County for residents in 2007. I went to three meetings for residents held at the Civic Center. Based on what the housing authority representatives said at those meetings, I thought that it would not be hard to take a Section 8 voucher and find a 2 bedroom place to move to in Dublin.

3. I am disabled and need to be near my medical providers because of my medical condition. Theresa Laverde of OPC made an appointment to come to my unit in October or November 2007. She and another Hispanic woman came to the appointment 20 minutes late. They then spent only about five minutes with me and were in a hurry to leave because they were running late. They spent the first three minutes talking about how great my unit smelled. When I tried to tell Theresa about my special needs because of my disability, she cut me off and said, "that's enough" and "that's all I need to know." I also tried to tell her that I want to stay in Dublin because of my son's schooling, but she didn't give me a chance to explain any of my special needs before she rushed off.

4. About a week later, another woman knocked on my door and said she was there to tell me about vouchers. I started to tell her about my need to be close by my medical providers, but she told me she was just there to tell me about my voucher and that she was not the person to talk to about my family's special needs. I think she was from OPC.

5. OPC gave me the same rental lists they have been giving everyone else. I feel like everyone at Arroyo Vista is competing for the same places. The Dublin listings on the OPC lists are mostly for places renting for $2400 or more and are for places bigger than two bedrooms. The manager in the Arroyo Vista office and the woman who came to talk to me about vouchers told me that my voucher would only be for about $1400. The only places I've seen on the OPC

lists and in the newspaper listings for my bedroom size and voucher amount are in Fremont, Oakland and Hayward, but I need to stay in Dublin because of my medical providers and my son's school. The OPC list I got on June 2, 2008 has only one rental listing in Dublin, and it is for $2500 per month.

6. In about November 2007, I found a place near my son's school, but the owner said she did not take Section 8 because she had heard so many bad things about Section 8.

7. In October 2007 I found a three bedroom house in Dublin. I talked the owner into lowering the rent to $1700 per month from the $1900 per month he was asking. I called John Morris of OPC to tell him I found this house. He asked me how I thought I was going to pay for water and utilities. I felt like he was talking down to me. Then he did some calculations and said, "You won't be able to afford it." I felt very demoralized from the way he talked to me. Mr. Morris did not volunteer to talk to the owner about taking less rent. I think he should have done more to see if he could help me get this place, because it was about the same size as my present unit even though it had 3 bedrooms.

8. I went to the Sierra Apartments next door on Dougherty Street, but they told me that there is a two-year waiting list for the Section 8 units and about a year waiting list for the non-Section 8 units. I saw a listing for the Iron Horse Apartments located in Dublin on one of OPC's lists. But when I called, the woman said they do not take Section 8 and wanted to know where I saw the listing that said they do take Section 8. I do not want to move to the Groves in Dublin. My mother's neighbor said she went to look at the Groves because others were moving there. Based on what she told us, I decided I do not think I would like living there.

9. My mother also lives in Arroyo Vista and speaks only Spanish. She walks to the school to pick up my son when I cannot pick him up. I have helped her search for a place for herself in Pleasanton, but we were not able to find a place for her. The places we looked at were either too expensive or did not take Section 8. One place said they used to take Section 8, but no longer accept it.

10. In May 13, 2008, my mother and I attended a meeting conducted by Mary Shuman of the Alameda County Housing Authority (HACA) and David Richman of OPC. Mr. Richman said he

Declaration of Jacqueline Amador in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction
CASE NO. C 07-05794 MHP

was going to go over the relocation plan with us. I asked him why he did not have a Spanish translation of the relocation plan. He asked me if my name was on the list of people signed up for the meeting. I told him my name was not on the list, but my mother's was, and she only reads Spanish. He said that no one had asked for a Spanish version of the plan by the deadline. My mother told me that she did not know there was a deadline or that she could ask for a Spanish version of the relocation plan. Mr. Richman said that Theresa Laverde was there to translate what he said during the meeting into Spanish, but that he was not going to go over the whole plan. I told him that it was not professional for him not to have a Spanish version of the plan there for my mother, particularly if he was not going to go over the whole relocation plan. He started to turn red and seemed angry with me for requesting the plan in Spanish.

11. During that same meeting, my mother said in Spanish that she felt bad about being forced to move. She said that it is hard for her to find a place to move, wanted to know what HACA and OPC will do if the Arroyo Vista residents become homeless, and said they did not understand what it was like for her because they are well off. Theresa Laverde did not translate everything my mother said. She just told Ms. Shuman and Mr. Richman that: "She feels bad and she doesn't want to leave." Mr. Richman just said, "Well, you don't have to move out now." I became angry and left. I felt like they were just translating what they wanted to hear and did not really want to know what we need.

12. I never received a notice that the relocation plan was available to review. I did not know anything about the relocation plan or relocation benefits until I went to the meeting with Ms. Shuman and Mr. Richman. I never received an English copy of the relocation plan. On June 2, 2008, a Spanish copy of the relocation plan was put on my door. I do not read very much Spanish, so I can't understand the Spanish version of the plan that they gave me. I never asked for the Spanish translation of the plan for myself, and no one ever asked me if I wanted a Spanish translated version. My mother also said she received the Spanish translation of the relocation plan on June 2, 2008. I still do not know what benefits are supposedly in the relocation plan.

13. I am feeling pressured to find a place and move. If I can't find a place when they start tearing down Arroyo Vista, I will lose everything. I don't know if I should take a place that is not

right for myself and my son, or risk not having a place when demolition starts.  I am afraid of being without a roof over my head.  The people from OPC and HACA talk like Arroyo Vista is going to be torn down no matter what happens.  Everyone is moving out of Arroyo Vista because they are afraid and the vacant units are boarded up.  The November 2008 deadline is getting closer and closer and I have had so much trouble trying to find a place.  I looked at a place in Livermore, but when I checked with the hospital there, they told me that they do not have the medical specialists I need for my condition, and that they would have to send me by ambulance to the Pleasanton hospital if I have a medical crisis.  The pressure I feel to move and the problems I have been having searching for a place have made me feel extremely anxious and caused me so much stress that I had a severe medical breakdown that required hospitalization in January 2008.  HACA and OPC do not seem to want to know what residents really need, even though I tried to tell them my needs.  It is much harder to find a two-bedroom unit in Dublin that will take Section 8 than the people at HACA and OPC say it is.  I have no idea how I will be able to afford a place in Dublin close by my medical providers when we have not been referred to any two-bedroom units in Dublin that will accept Section 8 at the permitted rent level to satisfy HACA.  I also do not know how I will pay for utilities and water and things like landscaping without the kind of assistance I have received at Arroyo Vista.  I feel that OPC and HACA should be doing more to help me find a place in Dublin, both because that is my strong preference of where I wish to relocate and as a reasonable accommodation for my disability.

14. I called John Morris to tell him about the problems I was having finding a place.  He just said to keep looking.  I feel that OPC should try to find out about my actual needs and do more to help me because of my special needs.  As it is, my dealings with Mr. Morris, Mr. Richman and Ms. Laverde have caused me to feel that they do not really want to help me find a place, and that I am "on my own" to try to locate a new home.  I feel pressured to move and I am frightened that I will not find a place to move before they start tearing down Arroyo Vista.

///

///

///

Declaration of Jacqueline Amador in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction
CASE NO. C 07-05794 MHP

1  I declare under penalty of perjury that the foregoing is true and correct and that this
2  declaration was executed at Dublin, California on June __11_____, 2008.

                                             /s/ Jacquelin Amador
                                             Jacqueline Amador

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: June 11, 2008                         /s/ Lisa S. Greif_____
                                             Lisa S. Greif
                                             Attorney for Plaintiffs

Declaration of Jacqueline Amador in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction
CASE NO. C 07-05794 MHP

6