1  BAY AREA LEGAL AID
   LISA S. GREIF (State Bar No. 214537)
2  NAOMI YOUNG (State Bar No. 105041)
   PHILLIP R. MORGAN (State Bar No. 99979)
3  405 14th Street, 11th Floor
   Oakland, California 94612
4  Telephone: 510-663-4744
   Facsimile: 510-663-4740
5  Email: lgreif@baylegal.org
          nyoung@baylegal.org
6          pmorgan@baylegal.org

7  THE CALIFORNIA AFFORDABLE HOUSING LAW
   PROJECT OF THE PUBLIC INTEREST LAW PROJECT
8  DEBORAH COLLINS (State Bar No. 154532)
   MICHAEL RAWSON (State Bar No. 95868)
9  CRAIG CASTELLANET (State Bar No. 176054)
   449 15th Street, Suite 301
10 Oakland, California 94612
   Telephone: 510-891-9794, ext. 156
11 Facsimile: 510-891-9727
   Email: dcollins@pilpca.org
12          mrawson@pilpca.org
            ccastellanet@pilpca.org
13
   Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.     **E-FILED**
14

15                      UNITED STATES DISTRICT COURT

16                      NORTHERN DISTRICT OF CALIFORNIA

17

18 | ARROYO VISTA TENANTS ASSOCIATION, | CASE NO. C 07-05794 MHP
   | RHENAE KEYES, ANDRES ARROYO,
19 | DARLENE BROWN, ELISE VEAL
   |                                              | DECLARATION OF CELIA ARROYO IN
20 |          Petitioner/Plaintiff,               | SUPPORT OF PLAINTIFFS' MOTION FOR
   |                                              | TEMPORARY RESTRAINING ORDER AND
21 |     vs.                                      | PRELIMINARY INJUNCTION
22 | CITY OF DUBLIN; DUBLIN HOUSING              | Temporary Restraining Order
   | AUTHORITY; HOUSING AUTHORITY OF            | Hearing Date:
23 | ALAMEDA COUNTY; and DOES 1 through         | Time:
   | 20, inclusive,
24 |          Respondents.                       | Preliminary Injunction
25 |                                              | Hearing Date:
   |                                              | Time:
26 | SCS DEVELOPMENT COMPANY, dba
   | Citation Homes Central, a California
27 | Corporation; EDEN HOUSING, INC., a          | Courtroom: 15, 18th Floor
   | California Nonprofit, and DOES 21 through 50,|  Judge: Honorable Marilyn Hall Patel
28 |
   |          Real Parties in Interest.

Declaration of Celia Arroyo in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction
                              CASE NO. C 07-05794 MHP

I, Celia Arroyo, hereby declare:

1.  I submit this declaration in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, and if called as a witness in this matter, I could and would testify competently to the facts set forth herein.

2.  I have been a lawful tenant at Arroyo Vista in unit 61 for twenty three years with my husband. We live in a two bedroom unit. My husband and I are both disabled, and my husband's illness requires frequent hospital visits. We prefer to stay in Arroyo Vista because we are near the hospital and our family.

3.  I do not speak English, and my primary language is Spanish. I received the first and only copy of the relocation plan translated to Spanish by mail on June 2, 2008. Before June 2nd I could not understand the relocation plan. A copy that I received after an April 15, 2008 meeting of the DHA Commission was only provided in English.

4.  I received a letter from DHA dated April 22, 2008 scheduling the eight resident meetings in May at Arroyo Vista to discuss the relocation plan with OPC and DHA. The April 22nd letter was in English only, and I could not understand it. All of the letters I have received have been in English only, which requires me to seek assistance in reading the letters. The only letter translated to Spanish was the one that came with the Spanish translation of the relocation plan that arrived by mail on June 2, 2008.

5.  I attended a meeting with DHA on May 13, 2008, and a Spanish interpreter was provided. The May meeting is the only meeting I attended where a Spanish interpreter was provided. During the May 2008 meeting, I asked for a copy of the relocation plan translated to Spanish. However, the interpreter did not help much because I had not yet received a translated copy of the relocation plan. I did not understand the plan any better than going into the meeting. The main message I received from this meeting is that we have to move out and our homes are going to be demolished.

6.  At the meeting with DHA on May 13, 2008, I asked the interpreter, Teresa La Verde who works for OPC, for a copy of the relocation plan translated to Spanish and her reason for not responding to my previous calls requesting a translated copy of the plan. My son left a voice

message requesting a translated copy of the plan and left a return phone number for Ms. La Verde to contact me. At the meeting, Ms. La Verde claimed to have not received a phone call from me, but I am certain my son left a voice message. Ms. La Verde then told me she would send a translated copy of the plan by mail.

7.   I did not receive a Spanish version of the relocation plan until June 2, 2008. The next day I attended a DHA Commission meeting where DHA approved the relocation plan. Because I only had one day to read the entire relocation plan before attending the June 3rd meeting, I was not able to read or understand the whole thing.  As a result, I still do not fully understand the Plan or the questions that were raised during the June 3rd meeting about the relocation plan.

8.   I am unclear about the compensation for moving expenses. This entire process has made me feel depressed and stressed out, especially since the DHA has not interpreted or translated information into Spanish.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at __Dublin_____, California on ____June 11, 2008_.

/s/ Celia Arroyo

Celia Arroyo

Declaration of Celia Arroyo in Support of Motion for Temporary Restraining Order and Preliminary Injunction

2

CASE NO. C 07-05794 MHP

Declaration of Translation

I, Adetunji Olude, declare that I am competent in both the Spanish and English languages.  To the best of my ability, I have accurately and completely orally translated the above written Declaration in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, from English to Spanish, to Celia Arroyo, and she told me that she understood and affirmed its contents before signing under penalty of perjury

Executed on June 11, 2008, in Dublin, California.


 _/s/_Adetunji Olude_____

Adetunji Olude


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: June 11, 2008                          /s/ Lisa S. Greif_____

                                              Lisa S. Greif
                                              Attorney for Plaintiffs