1  BAY AREA LEGAL AID
   LISA S. GREIF (State Bar No. 214537)
2  NAOMI YOUNG (State Bar No. 105041)
   PHILLIP R. MORGAN (State Bar No. 99979)
3  405 14th Street, 11th Floor
   Oakland, California 94612
4  Telephone: 510-663-4744
   Facsimile: 510-663-4740
5  Email: lgreif@baylegal.org
          nyoung@baylegal.org
6         pmorgan@baylegal.org

7  THE CALIFORNIA AFFORDABLE HOUSING LAW
   PROJECT OF THE PUBLIC INTEREST LAW PROJECT
8  DEBORAH COLLINS (State Bar No. 154532)
   MICHAEL RAWSON (State Bar No. 95868)
9  CRAIG CASTELLANET (State Bar No. 176054)
   449 15th Street, Suite 301
10 Oakland, California 94612
   Telephone: 510-891-9794, ext. 156
11 Facsimile: 510-891-9727
   Email: dcollins@pilpca.org
12        mrawson@pilpca.org
          ccastellanet@pilpca.org
13
   Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.    **E-FILED**
14

15                   UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, 19  DARLENE BROWN, ELISE VEAL | CASE NO. C 07-05794 MHP |
| 20       Petitioner/Plaintiff, | DECLARATION OF MELISA CALLENDER IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |
| 21  vs. | |
| 22  CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF 23  ALAMEDA COUNTY; and DOES 1 through 24  20, inclusive, | Temporary Restraining Order Hearing Date: Time: |
| 25       Respondents. | Preliminary Injunction Hearing Date: Time: |
| 26  SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California 27  Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50, | Courtroom: 15, 18th Floor Judge: Honorable Marilyn Hall Patel |
| 28       Real Parties in Interest. | |

Declaration of Melisa Callender in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction

CASE NO. C 07-05794 MHP

I, Melisa Callender, hereby declare:

1. I submit this declaration in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, and if called as a witness in this matter, I could and would testify competently to the facts set forth herein.

2. I was a lawful tenant and lived at Arroyo Vista in Dublin, California in Unit No. 95 from June 2005 to October 2007. I lived at Arroyo Vista with my three school-aged children.

3. I began looking for alternative housing after receiving newsletters from the Dublin Housing Authority (DHA) in 2007 indicating that they planned to redevelop Arroyo Vista. Based on these newsletters and the information I obtained from attending a DHA Commission meeting in spring of 2007, it was my understanding that I needed to move no later than November 2008.

4. I did not want to move. I was concerned that I would not be able to find another three bedroom apartment that I could afford and I did not want my children to have to switch schools. I had only moved to Arroyo Vista in 2005, so I wanted to maintain a stable and safe environment for my children. In addition, the location of Arroyo Vista was convenient for my work.

5. John Morris at Overland Pacific & Cutler (OPC) provided me with some lists of housing alternatives. He did not, however, actively assist me in searching for a home that fit my needs.

6. I was able to find a new home in Pleasanton that fit my needs. One of my children did end up switching schools which I had not wanted to happen, but I felt that I needed to take the housing because it might become more difficult to find housing in the future. The representatives at OPC told me that it was better to move now because many more people would be moving around November 2008. Since DHA had made it clear that I would need to move before November 2008, I did not feel that I had an option but to relocate to the home I located in Pleasanton.

7. OPC advanced my $1850 security deposit, so I did not have to pay my deposit out-of-pocket. I only had to undergo one credit check during the relocation process, the cost of which was covered by OPC. To assist with my relocation, OPC provided me with a check for my security deposit at my new home and a check to compensate me for my moving expenses, including the fee I had to pay for my credit check. DHA also refunded my security deposit from

Declaration of Melisa Callender in Support of Motion for Temporary Restraining Order and Preliminary Injunction

1
CASE NO. C 07-05794 MHP

Arroyo Vista. I did not receive compensation for the costs of switching over my electric or phone bills. Additionally, OPC did not provide me with a claim form to submit for any additional expenses I incurred.

8. My new home has four bedrooms. My home in Arroyo Vista only had three bedrooms. While I only received a three-bedroom voucher, the voucher was adjusted from $1865 to $2000 due to the high cost of living in the area. Because the total rent at my new home is $2000 per month, I am able to use my three-bedroom even though I am living in a four-bedroom home. I am now paying $141 per month in rent, compared to $181 per month at Arroyo Vista.

9. I received the February 12, 2008 letter from DHA informing me that the draft relocation plan was available for review. The relocation plan was never sent to me.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at _____Dublin_____, California on ____June 11, 2008_____.

/s/ Melisa Callendar
Melisa Callender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: June 11, 2008                /s/ Lisa S. Greif_____

Lisa S. Greif
Attorney for Plaintiffs

Declaration of Melisa Callender in Support of Motion for Temporary Restraining Order and Preliminary Injunction

2
CASE NO. C 07-05794 MHP