BAY AREA LEGAL AID
LISA S. GREIF (State Bar No. 214537)
NAOMI YOUNG (State Bar No. 105041)
PHILLIP R. MORGAN (State Bar No. 99979)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
       nyoung@baylegal.org
       pmorgan@baylegal.org

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727
Email: dcollins@pilpca.org
       mrawson@pilpca.org
       ccastellanet@pilpca.org

**E-FILED**

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL<br><br>            Petitioner/Plaintiff,<br><br>vs.<br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br><br>            Respondents/Defendants.<br><br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>            Real Parties in Interest. | CASE NO. C 07-05794 MHP<br><br>**DECLARATION OF CRAIG CASTELLANET IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Temporary Restraining Order<br>Hearing Date:<br>Time:<br><br>Preliminary Injunction<br>Hearing Date:<br>Time:<br><br>Courtroom: 15, 18th Floor<br>Judge: Honorable Marilyn Hall Patel |

I, Craig Castellanet, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court and one of the attorneys of record herein for plaintiffs.

2. On May 21, 2008, I attended two meetings conducted by David Richman, a representative of Overland Pacific and Cutler (OPC) and Mary Rizzo-Shuman, a staff member of the Housing Authority of the County of Alameda (HACA) for the purpose of reviewing a Draft Relocation Plan with residents of Arroyo Vista. These meetings were held at the Arroyo Vista property, and both meetings lasted about one and one-half hours. A HACA staff member was present at the May 21st meeting to interpret the presentation in Tagalog for two residents, Roberto and Betty Bayle. After the interpreter translated initial remarks describing the purpose of the meeting, Ms. Rizzo-Shuman asked Mr. and Ms. Bayle whether the translation to Tagalog was necessary, or if they could understand English. Mr. Bayle responded that he could understand some English, but he would like to have the relocation plan translated in writing into Tagalog so that he could read and understand the written plan and make decisions for his family based on that plan. Mr. Richman stated that no request to translate the plan was received by an April 30, 2008 deadline, so no translation had been produced. Mr. Richman also stated that any decision to translate the plan would need to be made by HACA. After translating the introductory remarks, the interpreter did not perform further translation at the May 21st meeting. Therefore, the specific elements of the draft relocation plan were not translated into Tagalog at the May 21 meeting.

3. At the second meeting on May 21, 2008, in addition to Mr. Richman and Ms. Rizzo-Shuman, a HACA staff member Jamshid Galehzan was present to translate into Farsi for an Arroyo Vista resident who requested the presentation in Farsi. Mr. Galehzan translated two subjects -- Mr. Richman's initial remarks regarding the purpose of the meeting and discussion by Mr. Richman and Ms. Rizzo-Shuman at the beginning of the meeting addressing how residents can request that OPC make an individualized eligibility determination for relocation assistance. The remainder of the topics covered by the Draft Relocation Plan that Mr. Richman reviewed in his presentation were not translated to Farsi during the May 21 meeting.

Declaration Of Craig Castellanet in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction

1

Case No. C-07-05794 MHP

4. On May 27, 2008, I participated in a telephone conference with Juliet E. Cox, attorney for defendants Dublin Housing Authority (DHA) and HACA, Ariana Mohit, attorney for Defendant City of Dublin, and my co-counsel, Deborah Collins. During that call, Ms. Collins requested that defendants agree to stipulate to a preliminary injunction to cease further displacement or relocation of Arroyo Vista residents until such time as defendants have obtained approval for disposition of Arroyo Vista from the U.S. Department of Housing and Urban Development (HUD) and adopted a relocation plan that complies with state law. Ms. Cox agreed to convey this request to her clients within the week.

5. On May 30, 2008, I received a telephone call from Ms. Cox. She told me that she contacted her clients and they declined to stipulate to the preliminary injunction requested in our May 27 conference call.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed at Madison, Wisconsin on June 9, 2008.

/s/ Craig Castellanet
Craig Castellanet
CALIFORNIA AFFORDABLE HOUSING
LAW PROJECT

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: June 11, 2008          /s/ Lisa S. Greif
                              Lisa S. Greif
                              Attorney for Plaintiffs

Declaration Of Craig Castellanet in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction
2
Case No. C-07-05794 MHP