BAY AREA LEGAL AID
LISA S. GREIF (State Bar No. 214537)
NAOMI YOUNG (State Bar No. 105041)
PHILLIP R. MORGAN (State Bar No. 99979)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
　　　 nyoung@baylegal.org
　　　 pmorgan@baylegal.org

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727
Email: dcollins@pilpca.org
　　　 mrawson@pilpca.org
　　　 ccastellanet@pilpca.org

**E-FILED**

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL<br><br>　　　　　Petitioner/Plaintiff,<br><br>vs.<br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br><br>　　　　　Respondents/Defendants.<br><br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>　　　　　Real Parties in Interest. | CASE NO. C 07-05794 MHP<br><br>DECLARATION OF DEBORAH COLLINS IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION<br><br>Temporary Restraining Order<br>Hearing Date:<br>Time:<br><br>Preliminary Injunction<br>Hearing Date:<br>Time:<br><br><br>Courtroom: 15, 18th Floor<br>Judge: Honorable Marilyn Hall Patel |

1  I, Deborah Collins, declare as follows:

2  1.   I am an attorney at law duly admitted to practice before this Court and one of the
3  attorneys of record herein for plaintiffs.

4  2.   On Friday June 13, 2008 I left a message for Juliet Cox, counsel for the Dublin Housing
5  Authority and the Housing Authority of Alameda County, informing her that Plaintiffs were
6  planning to file an Order to Show Cause and Temporary Restraining Order with a Motion for
7  Preliminary Injunction on Monday, June 16, 2008.

10     I declare under penalty of perjury under the laws of the State of California that the
11  foregoing is true and correct and that this declaration was executed at Oakland, California on
12  June 16, 2008.

/s/ Deborah Collins
Deborah Collins
THE CALIFORNIA AFFORDABLE
HOUSING LAW PROJECT

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: June 16, 2008        /s/ Lisa S. Greif

Lisa S. Greif
Attorney for Plaintiffs

Declaration Of Deborah Collins in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction
1
Case No. C-07-05794 MHP