BAY AREA LEGAL AID
LISA S. GREIF (State Bar No. 214537)
NAOMI YOUNG (State Bar No. 105041)
PHILLIP R. MORGAN (State Bar No. 99979)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
      nyoung@baylegal.org
      pmorgan@baylegal.org

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727
Email: dcollins@pilpca.org
      mrawson@pilpca.org
      ccastellanet@pilpca.org

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.    **E-FILED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL<br><br>        Petitioner/Plaintiff,<br><br>    vs.<br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br>        Respondents.<br><br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>        Real Parties in Interest. | CASE NO. C 07-05794 MHP<br><br>DECLARATION OF CARATA DERAMOUS IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION<br><br>Temporary Restraining Order<br>Hearing Date:<br>Time:<br><br>Preliminary Injunction<br>Hearing Date:<br>Time:<br><br>Courtroom: 15, 18th Floor<br>Judge: Honorable Marilyn Hall Patel |

I, Carata DeRamous, hereby declare:

1. I submit this declaration in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, and if called as a witness in this matter, I could and would testify competently to the facts set forth herein.

2. I am a lawful tenant and have lived at Arroyo Vista in Dublin, California in Unit No. 66 since August 2006. I live with my daughter and my two grandchildren.

3. Prior to moving into Arroyo Vista, my family was homeless for over 3 years. We would stay with friends when possible and in motels when no other options were available. I am very concerned that the City's plan to redevelop Arroyo Vista could result in my family being without a home once again.

4. After discovering the Dublin Housing Authority's (DHA) plans to sell Arroyo Vista, I met with a representative of Overland Pacific & Cutler (OPC). I informed the OPC representative that, while I did not wish to move, should I have no choice, I would like to continue living in the Tri-Valley area. My grandson attends a very good school here that he is able to walk to or bike to safely. I do not want him to have to change schools. I do not recall the OPC representative asking me about these concerns.

5. Following the meeting, OPC began sending me referral lists for other housing. The listings were general and in no way tailored to my family's specific needs. I called the listings in Dublin, San Leandro, Hayward, and any other community with which I was familiar and felt was a safe place to raise my family.

6. At each place I called, I was told that either the owners were not accepting Section 8 Housing Choice Vouchers, that there were no available units, or that I likely did not meet their credit screening requirements. Several times I left messages with the rental offices, only to never hear back.

7. I have stopped searching for housing because OPC has not sent me a list of housing since April 9, 2008 and I feel as though I have exhausted my options.

8.  Counsel for the Arroyo Vista Tenants Association informed me that DHA sent out a letter to residents dated April 22, 2008 announcing a series of meetings it would hold in May 2008 about the draft Relocation Plan. I do not recall receiving such a letter from the DHA.

9.  I am deeply concerned that my poor credit history will prevent me from obtaining affordable housing and am concerned that DHA and OPC have not been working with me to address this issue.

10. Even if I am able to obtain affordable housing with my poor credit record, I am concerned that I will not qualify for a home like our home at Arroyo Vista which has 3 bedrooms, a living room, a dining room, and a yard.  It will be difficult to house my family of four and all of our belongings in a smaller home, especially if we have to move to an apartment. The vast majority of the referrals I have received have been to apartments.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at _____Dublin_____, California on ____June 11, 2008_____.

/s/ Carata DeRamous
Carata DeRamous

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: June 11, 2008           /s/ Lisa S. Greif_____

Lisa S. Greif
Attorney for Plaintiffs