BAY AREA LEGAL AID
LISA S. GREIF (State Bar No. 214537)
NAOMI YOUNG (State Bar No. 105041)
PHILLIP R. MORGAN (State Bar No. 99979)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
　　　　nyoung@baylegal.org
　　　　pmorgan@baylegal.org

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727
Email: dcollins@pilpca.org
　　　　mrawson@pilpca.org
　　　　ccastellanet@pilpca.org

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.   **E-FILED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL<br><br>　　　　　　Petitioner/Plaintiff,<br><br>　　vs.<br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br>　　　　　　Respondents.<br><br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>　　　　Real Parties in Interest. | CASE NO. C 07-05794 MHP<br><br>DECLARATION OF GRETTA EVANS IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION<br><br>Temporary Restraining Order<br>Hearing Date:<br>Time:<br><br>Preliminary Injunction<br>Hearing Date:<br>Time:<br><br>Courtroom: 15, 18th Floor<br>Judge: Honorable Marilyn Hall Patel |

Declaration of Gretta Evans in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction
CASE NO. C 07-05794 MHP

I, Gretta Evans, hereby declare:

1. I submit this declaration in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, and if called as a witness in this matter, I could and would testify competently to the facts set forth herein.

2. I was a lawful tenant and lived at Arroyo Vista in Dublin, California in Unit No. 22 from 2001 until April 12, 2008 with my sister, Shirley Portley, my daughter, Carolyn Evans, and her children.

3. On January 12, 2008, I relocated from Arroyo Vista to a house in Patterson, California because of the threatened demolition of Arroyo Vista.

4. I have been informed by counsel for the Arroyo Vista Tenants Association that the Dublin Housing Authority (DHA) supposedly sent notices on or about February 12, 2008 to current residents of Arroyo Vista and to residents that had already relocated that a draft Relocation Plan was available for review, that residents could submit written comments to Overland Pacific and Cutler (OPC) regarding the Draft Plan by March 14, 2008, and that there would be a hearing about the Draft Plan on April 15, 2008. I have been informed that the notice was dated February 12, 2008. I never received the February 12, 2008 notice or any other notice from DHA or OPC telling me that a Draft Plan was available for review. I also never received a copy of any draft Relocation Plan.

5. I also have been informed by counsel for the Arroyo Vista Tenants Association that DHA also sent out a letter to residents dated April 22, 2008 announcing a series of meetings it would hold in May 2008 about the draft Relocation Plan. I never received the April 22nd letter or any other letter from DHA telling me about the May meetings.

6. I understand from counsel for the Arroyo Vista Tenants Association that DHA approved the draft Relocation Plan at a public hearing on June 3, 2008. I never received a notice from DHA or OPC telling me that there would be a public hearing to adopt a Relocation Plan.

7. If I had been given the opportunity to do so by DHA or OPC to comment on the Relocation Plan or to attend meetings and hearings about a Relocation Plan, I would have done

1  so. I especially would have wanted to find out why DHA and OPC still have not given me the
2  relocation assistance that I was told I would receive before I moved from Arroyo Vista.
3     I declare under penalty of perjury that the foregoing is true and correct and that this
4  declaration was executed at Patterson, California on June 5, 2008.

                                                 /s/ Gretta Evans
                                                      Gretta Evans

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: June 10, 2008          /s/ Lisa S. Greif

                                   Lisa S. Greif
                                   Attorney for Plaintiffs