BAY AREA LEGAL AID
LISA S. GREIF (State Bar No. 214537)
NAOMI YOUNG (State Bar No. 105041)
PHILLIP R. MORGAN (State Bar No. 99979)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
       nyoung@baylegal.org
       pmorgan@baylegal.org

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727
Email: dcollins@pilpca.org
       mrawson@pilpca.org
       ccastellanet@pilpca.org

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.    **E-FILED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL | CASE NO. C 07-05794 MHP |
| Petitioner/Plaintiff, | DECLARATION OF MARIA GARCIA IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |
| vs. | |
| CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive, | Temporary Restraining Order Hearing Date: Time: |
| Respondents. | Preliminary Injunction Hearing Date: Time: |
| SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50, | Courtroom: 15, 18th Floor Judge: Honorable Marilyn Hall Patel |
| Real Parties in Interest. | |

I, Maria Garcia, hereby declare:

1.   If called as a witness in this matter, I could and would testify competently to the facts set forth herein.

2.   I am bilingual in English and Spanish and can read proficiently in both languages.

3.   I have lived in Unit 28 at Arroyo Vista since 2002.  Before that, I lived at Arroyo Vista from 1991 until 2001 when I moved out for a short time. I currently occupy a three bedroom unit with my four children.

4.    Arroyo Vista has provided a safe community in which to raise my children for over 16 years.   For this reason, I would like to continue living at Arroyo Vista.

5.   I received a DHA newsletter in the fall of 2007 informing me that DHA was going to knock down Arroyo Vista in 2008 and relocate us.  In February 2008, a woman came to my unit and stated that an Overland Pacific & Cutler (OPC) relocation consultant would be contacting me to discuss relocating my family from Arroyo Vista.  I have not seen that woman again, however, nor have I heard back from anyone regarding relocation of my family.

6.   I received a letter from the Dublin Housing Authority (DHA) on February 12, 2008.  I also received a draft Relocation Plan from the DHA in English at my home during April of this year.  I reviewed the Relocation Plan but was not able to fully understand its contents.  I received a Spanish version of the Relocation Plan on June 2, 2008 but was only able to skim it before attending the DHA Commission meeting the next day on June 3, 2008.

7.   The attorneys representing the Arroyo Vista Tenant Association have informed me that DHA sent out a letter to residents on April 22, 2008 regarding some meetings they were going to hold in May 2008 to discuss the draft Relocation Plan.

8.   I attended meetings of the DHA Commission on April 15, 2008 and June 3, 2008.  At those meetings, when tenants stated that they wanted to remain at Arroyo Vista because they could not afford to move and could not afford rents in this area, DHA representatives responded that they will give us Section 8 vouchers.  I also attended a resident meeting at Arroyo Vista on May 13, 2008, but do not recall them discussing the Section 8 vouchers at that meeting.

9.   I have not taken steps to relocate because I am uncertain about my ability to find a new

unit that I can afford.  On April 15, 2008 I understood that we would receive help in getting vouchers to move, and that vouchers could be extended if residents were unable to find a new unit to move to that they could afford.  On June 3, 2008, however, I understood that the vouchers will only be good for one hundred and fifty (150) days, and that vouchers cannot be extended indefinitely if tenants are unable to find a place that they can afford to move into or where the landlord will accept the voucher.  DHA and OPC representatives have not been clear in how or when we will be relocated.  I do not know where I will live if I cannot remain at Arroyo Vista.

10. I am upset by the information I have received from DHA and OPC representatives in the mail and at the DHA Commission meetings.  I have lived at Arroyo Vista for approximately 16 years, raised my kids in this community, have strong ties with many of the families who live at Arroyo Vista, and do not wish to have the community demolished.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at ____Dublin_____, California on _____June 11, 2008_____.


/s/ Maria Garcia_____
                    Maria Garcia

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: June 11, 2008            /s/ Lisa S. Greif_____

                                Lisa S. Greif
                                Attorney for Plaintiffs