BAY AREA LEGAL AID
LISA S. GREIF (State Bar No. 214537)
NAOMI YOUNG (State Bar No. 105041)
PHILLIP R. MORGAN (State Bar No. 99979)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
       nyoung@baylegal.org
       pmorgan@baylegal.org

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727
Email: dcollins@pilpca.org
       mrawson@pilpca.org
       ccastellanet@pilpca.org

**E-FILED**

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL<br><br>Petitioner/Plaintiff,<br><br>vs.<br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br><br>Respondents/Defendants.<br><br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>Real Parties in Interest. | CASE NO. C 07-05794 MHP<br><br>DECLARATION OF LISA S. GREIF IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION<br><br>Temporary Restraining Order<br>Hearing Date:<br>Time:<br><br>Preliminary Injunction<br>Hearing Date:<br>Time:<br><br>Courtroom: 15, 18th Floor<br>Judge: Honorable Marilyn Hall Patel |

I, Lisa S. Greif, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court and one of the attorneys of record herein for plaintiffs.

2. On May 13, 2008 I attended two meetings held at Arroyo Vista by staff from Overland Pacific & Cuter (OPC) and Dublin Housing Authority (DHA) to discuss the draft relocation plan with residents. I learned about these meetings from a letter sent to all tenants on April 22, 2008. This letter gave the time and dates of the meetings but did not say where the meeting was to be held. The first meeting I attended began at 4 p.m. and lasted for about 1½ hours. There were three residents in attendance along with David Richman from OPC and Mary Rizzo-Shuman, an employee of the Housing Authority of Alameda County (HACA), representing the DHA. Teresa LaVerde from OPC was also there and acted as an interpreter for the two Spanish speaking residents.

3. During the May 13th meeting Mr. Richman gave an overview of the draft relocation plan and explained the advisory services, the moving assistance offered by OPC and the basics of the voucher program while Ms. LaVerde provided contemporaneous interpretation. He stated that while some residents have chosen to move no one was being asked to move yet. He told the attendees that once HUD approves the application then residents will receive a 150 day notice to vacate. He said that after the relocation plan is approved by DHA then OPC would be re-contacting every household to assess their particular needs and begin the relocation process. He said they anticipate all households being moved out by the end of the year.

4. During the meeting a Spanish speaking resident asked if she could get a draft plan in Spanish. She said that she left a message with Teresa LaVerde to request a plan in Spanish but no one called her back. I asked Mr. Richman if the draft plan was being translated into other languages. He said that no resident called OPC before the deadline of April 30, 2008 to request a translated plan therefore nothing was translated. I asked Mr. Richman if OPC and DHA would provide that to residents now that requests were being made in the meeting for translated plans. Mr. Richman said that was a decision for DHA to make.

5. The second meeting I attended was held on May 13, 2008 at 7 p.m. and Teresa LaVerde

Declaration Of Lisa S. Greif in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction

1

Case No. C-07-05794 MHP

again interpreted for the Spanish speaking residents. At this meeting one tenant asked why the draft relocation plan was not provided for those who needed it at the meetings. Mr. Richman again said that the reason no plan was translated was that no tenants had requested it before the April 30 deadline. Another tenant asked how the number of rooms was calculated in determining the reimbursement for moving expenses. She wanted to know if her storage shed would count as a room and Mr. Richman said it would. Tenants also asked about the right to return and were told by Mary Shuman that the new development will include low income apartments and Arroyo Vista tenants would have the first choice to return with their Section 8 vouchers. When asked how DHA would enforce this right to return Ms. Shuman said that the new owner will have criteria for eligibility but that current Arroyo Vista tenants would have first priority for new tenants.

6.    On June 3, 2008 I attended the DHA Commission Meeting and gave public comment to the Draft Relocation Plan. At that meeting the DHA Commission unanimously approved the Relocation Plan without making any revisions. During this meeting the Commission confirmed that approximately 60 families had already left Arroyo Vista.

7.    On December 18, 2007 I sent a letter to the Dublin City Council regarding the Predevelopment Loan to Eden Housing, Inc. for the Arroyo Vista Project environmental review. A true and correct copy is attached hereto as Exhibit 1.

8.    On January 30, 2008 The California Affordable Housing Law Project and Bay Area Legal Aid sent a letter to HUD regarding the Disposition Application for Arroyo Vista. A true and correct copy is attached hereto as Exhibit 2.

9.    On January 11, 2008 I received a copy of the draft relocation plan for Arroyo Vista via email from Juliet Cox, counsel for the Dublin Housing Authority. A true and correct copy of the email and the draft relocation plan are attached hereto, without the accompanying attachments to the plan, as Exhibit 3.

10.   On March 14, 2008 Bay Area Legal Aid and the California Affordable Housing Law Project submitted written comments to draft Relocation Plan. A true and correct copy is attached hereto, without the accompanying attachments in the original, as Exhibit 4.

Declaration Of Lisa S. Greif in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction

2

Case No. C-07-05794 MHP

11.   On April 8, 2008 I received a response from Goldfarb & Lipman to the comments submitted to the draft relocation plan on March 14, 2008.  A true and correct copy is attached hereto as Exhibit 5.

12.   Attached hereto as Exhibit 6 is a true and correct copy of an excerpt of April 15, 2008 DHA Commission Agenda Packet I received on or about April 11, 2008 via U.S. mail from the Housing authority of Alameda County (HACA).  This Agenda packet included the April 15, 2008 Special Meeting Agenda, the Agenda Statement for the April 15 meeting, the [Proposed] Resolution No. 05-08 Approving Relocation Plan for Arroyo Vista and the Draft Relocation Plan.  Also included in the Agenda Packet were our March 14, 2008 comment letter and the April 8, 2008 response letter from Goldfarb & Lipman which are attached separately to this declaration at Exhibits 4 and 5.

13.   On or about May 23, 2008 the City of Dublin sent a Notice of Public Hearing regarding the July 15, 2008 Hearing and Continuation of Jun 3, 2008 Public Hearing on the City's Finding of No Significant Impact (FONSI).  A true and correct copy of this notice I received via facsimile from Rhenae Keyes is attached hereto as Exhibit 7.

14.   On May 27, 2008 Bay Area Legal Aid and the California Affordable Housing Law Project sent a letter to HUD regarding the Disposition Application fro Arroyo Vista.  A true and correct copy is attached, without the accompanying attachments in the original, as Exhibit 8.

15.   On or about May 28, 2008 I received a Notice of FONSI and Notice of Intent to Request Approval of Property Disposition from the City of Dublin.  A true and correct copy is attached hereto as Exhibit 9.

16.   On or about May 30, 2008 I received the DHA Commission Agenda Packet for the June 3, 2008 Commission meeting.  Included in this packet were the June 3, 2008 Agenda of Regular Meeting, Minutes for the May 6, 2008 DHA Commission meeting, the Agenda Statement for the June 3, 208 Meeting regarding Resolution 07-08 [appointing tenant commissioners], the [Proposed] Resolution No. 07-08 [appointing tenant commissioners], the June 3, 2008 Agenda Statement regarding Resolution Approving Relocation Plan,  a copy of the April 22, 2008 [Form Letter] to Arroyo Vista tenants  informing them of the May Meetings, the May 28, 2008

1  Memorandum from Goldfarb & Lipman to DHA Commission, the [Proposed] Resolution No. 05-08 and Tenant Activity Reports April 2008.  A true and correct copy of these documents is attached hereto as Exhibit 10.

17.  On June 3, 2008 Bay Area Legal Aid and the California Affordable Housing Law Project sent a letter to the DHA Commission regarding additional Relocation Plan Comments.  A true and correct copy is attached as Exhibit 11.

18.  On June 3, 2008 I received from various residents in attendance at the June 3, 2008 DHA Commission meeting the attached written comments to the Relocation Plan.  True and correct copies of these handwritten comments are attached hereto as Exhibit 12.

19.  On or about June 3, 2008 I downloaded from the City of Dublin's website the Dublin City Council Agenda Statement regarding PA 07-028, Arroyo Vista – Environmental Assessment/FONSI for Arroyo Vista Project (Agenda Item 6.5).  A true and correct copy of The Agenda Statement, Notice of Continuation of Public Hearing, Notice of FONSI, and Cover Page for Attachment 3 is attached hereto as Exhibit 13.

20.  Attached hereto as Exhibit 14 is the HUD Resident Characteristic Report from September 2007 I downloaded from the website fro the U.S. Department of Housing and Urban Development at https://pic.hud.gov/pic/RCRPublic/rcrmain.asp.

21.  Attached hereto as Exhibit 15 is the Profile of General Demographic Characteristics for the City of Dublin, California from the U.S. Census Bureau.

22.  Attached hereto as Exhibit 16 is the Dublin Housing Authority's Streamlined Five-Year Plan for Fiscal Years 2005-2009.

23.  Attached hereto as Exhibit 17 is the Profile of General Demographic Characteristics for Census Track 4502 from the U.S. Census Bureau.

24.  On June 16, 2008 I left a message for Ariana Mohit, counsel for the City of Dublin informing her that Plaintiffs were filing a Temporary Restraining Order and Motion for Preliminary Injunction.

/ / /

/ / /

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed at Oakland, California on June 16, 2008.

/s/ Lisa S. Greif
Lisa S. Greif
BAY AREA LEGAL AID