DECLARATION OF LISA S. GREIF
IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION

EXHIBIT 6

0138



**DUBLIN HOUSING AUTHORITY**

Respond To:

**Arroyo Vista Office** ☐
6700 Dougherty Rd. #151
Dublin, CA 94568
(925) 828-3132

**Administrative Office** ☐
22941 Atherton St.
Hayward, CA 94541
(510) 538-8876

**Meeting Date**                    **April 15, 2008**

**SPECIAL MEETING**            **City Council Chambers**
**Dublin Civic Center**
**100 Civic Plaza**
**Dublin, CA 94568**
**6:00 p.m.**

The public is welcome at all Housing Commission meetings. If you wish to speak on a matter on the Agenda, please obtain a card from the Housing Commission Secretary and give your name, comments and/or questions. If you wish to speak on a matter <u>not</u> on the Agenda, please wait until the Chair calls for Public Comments. Please be brief and limit your comments to the specific subject under discussion. <u>NOTE:</u> Only matters within the Housing Commission's jurisdiction may be addressed. Time limitations shall be at the discretion of the Housing Commission Chair.

**AMERICANS WITH DISABILITIES:** In compliance with the Americans with Disabilities Act, if special assistance to participate in this meeting is needed, please contact the Housing Authority office at (510) 727-8511. Notification at least 48 hours prior to the meeting will enable the Housing Authority to make reasonable arrangements.

## CALL TO ORDER / ROLL CALL

**NEW BUSINESS**                                                          **PAGE**

1.  Arroyo Vista Draft Relocation Plan            ACTION         2

## PUBLIC COMMENTS
On matters not on the agenda

## ADJOURNMENT

# DUBLIN HOUSING AUTHORITY

## AGENDA STATEMENT

Meeting:  April 15, 2008

| | |
|---|---|
| Subject: | Draft Relocation Plan (Plan) for Arroyo Vista |
| Exhibits Attached: | Plan, Comments on Plan, Exhibits Submitted as Attachments to Comments,  Responses to Comments, Resolution |
| Recommendation: | Adopt the Resolution Approving the Plan |
| Financial Statement: | $3.1 million as committed in the Disposition and Development Agreement (DDA) |

## BACKGROUND

Your Commission is aware that a written relocation plan for Arroyo Vista residents and the Kidango child care center must be adopted before the notice *requiring* relocation can be issued.  The plan must be in compliance with the State of California relocation law and the State relocation guidelines ("Guidelines") and benefits must be provided as contained in the Guidelines and in HUD regulations at 24 CFR Part 970.

The attached Draft Relocation Plan ("Plan") was prepared by our relocation consultant, Overland, Pacific & Cutler, Inc. ("OPC").  As required by the Guidelines, the Plan was circulated for comment for 30 days.  Notices were sent to current Arroyo Vista residents, former residents who have moved voluntarily, the Arroyo Vista Resident Advisory Board (RAB), Kidango, and the Housing Authorities of Contra Costa County, Livermore and Oakland.  In addition, the Plan was posted on the websites of the City of Dublin, the Alameda County Housing Authority (Dublin link) and OPC, and was physically placed in the offices of Arroyo Vista (on-site), Alameda County Housing Authority, City of Dublin (city manager's office) and Dublin Library.

Comments were received from 16 residents during the comment period and from one after the period closed (which was accepted for response).  In addition, joint comments were received from Bay Area Legal Aid ("BALA") and the Public Interest Law Project ("PILP") on behalf of the four plaintiffs in the current lawsuit and the Arroyo Vista Tenants' Association.  BALA/PILP also submitted several exhibits to their comments.  All the comments and the responses to the comments prepared by OPC and/or Goldfarb & Lipman, our attorneys, are attached.  The BALA/PILP exhibits also are attached.

Representatives from OPC and Goldfarb & Lipman will attend your meeting to answer questions.

## DISCUSSION AND ANALYSIS

Four changes were made to the Plan that was circulated in response to the comments received:

1.  References to the Uniform Relocation Assistance and Real Property Acquisition Policies Act (URA) and the Housing Authority's rules pertaining thereto were deleted as being in error.

2.  It was made clear that households will be required to move *only* if HUD approves the disposition of Arroyo Vista.

3.  Examples of some relocation-related suggestions made by Arroyo Vista residents at the community-wide meetings held in April 2007 and June 2007 have been included: a request that the relocation plan be posted on websites in addition to being available in hard copy and a request for small group orientation meetings on site at Arroyo Vista.

4.  The grievance procedure was revised. Among other things, the new procedure establishes your Commission as the appeal body if a resident disagrees with the first hearing officer's decision.

Your Commission is not required to adopt the Plan at tonight's meeting if you believe you need additional information or an issue arises that requires further research. However, as you know, the Housing Authority has committed, if HUD approves our application to dispose of and redevelop Arroyo Vista, to relocating all Arroyo Vista residents and the Kidango child care center displaced by Arroyo Vista's redevelopment. With these four changes staff, OPC and Goldfarb & Lipman believe that the Plan complies with all applicable federal and State provisions and recommends your Commission adopt the resolution approving it.

**0141**

# DUBLIN HOUSING AUTHORITY

## RESOLUTION NO. 05-08

## APPROVING THE RELOCATION PLAN FOR THE ARROYO VISTA DEVELOPMENT PROJECT

**WHEREAS**, the Dublin Housing Authority ("Authority") is the owner of that certain property know as Arroyo Vista containing 150 public housing units and one child care center; and

**WHEREAS**, the Authority has determined that the Arroyo Vista housing units are obsolete and no longer provide decent safe and sanitary housing for the residents and that rehabilitation of the Arroyo Vista development is financially infeasible; and

**WHEREAS**, the Authority has determined that disposition of the Arroyo Vista property to a private developer for the purposes of demolishing the existing units and constructing approximately 378 new residential units, including 194 affordable housing units, will best meet the needs of the community and ensure that decent, safe and sanitary affordable housing is provided to the residents of Dublin; and

**WHEREAS**, the Authority has submitted an application to the United States Department of Housing and Urban Development ("HUD") to approve the disposition of the Arroyo Vista property, which if approved will result in the displacement of the residents of Arroyo Vista; and

**WHEREAS**, the Authority, pursuant to Government Code Section 7261 and 25 Code of Regulations Section 6038 ("Guidelines"), has prepared a Relocation Plan for the Arroyo Vista Development Project ("Relocation Plan"), that reviews the relocation needs of the households and child care business to be displaced and the available resources for displaced households and the child care business; and

**WHEREAS**, the Authority has determined that fair and reasonable relocation payments will be provided to eligible persons as required by the Guidelines (See Section J of the Relocation Plan); and

**WHEREAS**, the Authority has determined that a relocation assistance program offering the services required by the Guidelines will be established for the displaced households and the child care business (See Sections H and J of the Relocation Plan); and

**WHEREAS**, the Authority has determined that all eligible persons will be adequately informed of the assistance, benefits, policies, practices and procedures,

**0142**

including the grievance procedures, required pursuant to the Guidelines and the Relocation Plan (See Sections H and M of the Relocation Plan); and

**WHEREAS**, the Authority has determined that based upon a recent survey and analysis of both the housing needs of the households to be displaced and the available replacement housing and considering competing demands for that housing, comparable replacement housing will be available within a reasonable period of time prior to displacement, sufficient in number, size and cost for the eligible persons who require such housing (See Sections B, C and D of the Relocation Plan); and

**WHEREAS**, the Authority has determined that adequate provisions have been made to provide orderly, timely and efficient relocation of eligible persons to comparable replacement housing available without regard to race, color, religion, sex, marital status or national origin with a minimum of hardship to those affected (See in particular Sections G, H, J and K of the Relocation Plan); and

**WHEREAS**, the Authority has determined that the Relocation Plan meets the requirements of 25 Code of Regulations Section 6038; and

**WHEREAS**, the Authority has determined, based on the information in the Relocation Plan, the staff report attached hereto as well as the additional supporting documents that the relocation of the residents and child care business from Arroyo Vista is feasible; and

**WHEREAS**, notice of the availability of the Relocation Plan was sent by first class mail to all eligible households on February 12, 2008 and to the child care business on February 13, 2008; and

**WHEREAS**, the Relocation Plan has been available to the public since February 13, 2008;

**0143**

**NOW, THEREFORE BE IT RESOLVED,** that the Housing Commission hereby finds that based on the information contained in the Relocation Plan, the staff report attached hereto as well as additional supporting documents provided by staff, relocation of the households and child care business located at Arroyo Vista is feasible.

**BE IT FURTHER RESOLVED,** the Housing Commission hereby approves the Relocation Plan and authorizes staff to proceed with the mandatory relocation of the eligible households and the child care business upon receipt of approval of the disposition of the Arroyo Vista project from HUD; notwithstanding that staff is not precluded from continuing to assist eligible households with voluntary relocation prior to approval of the disposition of the Arroyo Vista project from HUD.

**PASSED, APPROVED AND ADOPTED** by the Commissioners of the Dublin Housing Authority, this _____ day of _____, 2008, by the following vote:

AYES:

NOES:

ABSTAIN:

ABSENT:


_____
Janet Lockhart, Chairperson

ATTEST:

_____
Christine Gouig, Executive Director/Secretary


Approved: _____



# Relocation Plan

### For

# 'ARROYO VISTA' DEVELOPMENT PROJECT

### Prepared For

**The
Dublin Housing Authority
22941 Atherton Street
Hayward, CA 94541-6633**

**by**

**OVERLAND, PACIFIC & CUTLER, INC.
7901 OAKPORT STREET, SUITE 4800
OAKLAND, CA 94621-2015
PHONE: (877) 972-8908**

**January, 2008**

# TABLE OF CONTENTS

INTRODUCTION ........................................................................................... 3

A.    GENERAL DEMOGRAPHIC AND HOUSING CHARACTERISTICS ................. 9

B.    ASSESSMENT OF NEEDS ............................................................. 11

C.    REPLACEMENT HOUSING RESOURCES ....................................... 15

D.    CONCURRENT RESIDENTIAL DISPLACEMENT ........................... 16

E.    TEMPORARY HOUSING ................................................................ 16

F.    BUSINESS DISPLACEMENT ......................................................... 16

G.    PROGRAM ASSURANCES AND STANDARDS ............................... 17

H.    RELOCATION ASSISTANCE PROGRAM ........................................ 18

I.    CITIZEN PARTICIPATION/PLAN REVIEW ...................................... 19

J.    RELOCATION BENEFIT CATEGORIES .......................................... 22

K.    PAYMENT OF RELOCATION BENEFITS ........................................ 29

L.    RELOCATION TAX CONSEQUENCES ........................................... 30

M.    APPEALS POLICY ........................................................................ 30

N.    EVICTION POLICY ........................................................................ 31

O.    PROJECTED DATES OF DISPLACEMENT .................................... 32

P.    ESTIMATED RELOCATION COSTS ............................................... 32

## TABLE OF ATTACHMENTS

### INTRODUCTION

The City of Dublin was incorporated February 01, 1982 as a General Law city and has grown in population to approximately forty-two thousand (42,000) residents today. The City encompasses fourteen (i.e., 14.01) square miles and provides a full range of municipal services – including police and fire protective services – and has its own school district, the Dublin Unified School District (Kindergarten to Grade XII), with an enrolment of approximately five thousand (5,000+/-) students.

The Dublin Housing Authority (DHA) owns only one public housing project: the Arroyo Vista complex located at 6700 Dougherty Road. Arroyo Vista was originally developed by the Pleasanton Housing Authority in a then-unincorporated area of Alameda County, before the incorporation of the City of Dublin. At the time of Dublin's incorporation, Arroyo Vista was included within the City's limits. The Authority operates no other housing authority programs.

As the Dublin Housing Authority has no employees, in 1986 the DHA contracted with the Alameda County Housing Authority (HACA) to manage Arroyo Vista. HACA staff handles all management and operational tasks, as well as prepares the various reports and plans required by the United States' Department of Housing and Urban Development (HUD).

The DHA Board of Commissioners is comprised of the five (5) Council Members of the City of Dublin and two (2) 'Tenant Commissioners'; one (1) of whom is required to be over the age of 62. The Commission holds its meetings at 6:00 PM on the first Tuesday of every month, in the Chambers of the Dublin City Council.

### The Existing and Proposed Projects

The Arroyo Vista project is located on approximately twenty-two decimal nine acres (22.9 ac.) on Dougherty Road in Dublin. The project site is bounded, generally, by Ventura Drive at its intersection with Dougherty Road on the north; Dougherty Road on the east; Monterey Drive at its intersection with Dougherty Road on the south; and, the rear property lines of the property on the west sides of Monterey Drive; South and North Mariposa; and, Ventura Drive on the west.

See **Figures 1, 2 and 3**, below, for the Regional and Site specific location and Aerial View of the project site.



**Figure 1: Regional Project Location**



**Figure 2: Project Site Location**



**Figure 3:  Project Site Location – Aerial View**

The property is currently developed with one hundred fifty (150) public housing units, including a Housing Authority property management office and a children's day care center operated by 'Kidango, Inc.', a non-profit corporation based in Fremont.

For some time now, the DHA has been giving consideration to either the rehabilitation of the Arroyo Vista housing project or, alternatively, the clearance and redevelopment of the site.  These considerations have been driven by the continuing cuts in HUD operating subsidies and Capital Funds that are used to subsidize the operation of Arroyo Vista.

Several consultants were retained to develop a list of rehabilitation work items and subsequent cost estimates.  'CM Pros' analyzed and prepared cost projections for the residential and community building repairs; 'PERMCO Engineering & Management' provided the same service in regard to the pavement and streets; and 'MCE Corporation' analyzed the project landscaping.  In parallel, the Dublin Housing Authority issued a Request for Qualifications (RFQ) for developers interested in proposing redevelopment of the site; the Commission's objective being to have the rehabilitation costs and possible sources of funding *and* development proposals and associated costs from potential developers in order to select the most viable approach.

In its April, 2006 edition of the 'Arroyo Vista Newsletter', management staff had reported to the project residents that eight (8) submittals had been received in response to the Authority's RFQ for possible redevelopment of Arroyo Vista. It was noted that an evaluation panel had reviewed and scored the submittals and narrowed the eight (8) submittals received down to three (3). Staff further indicated that a meeting with the Resident Council and two (2) meetings with the Arroyo Vista residents were going to be held to describe the "top three". Those meetings were subsequently held and questions in respect of the project were raised by the tenants and addressed.

In its May, 2006 edition of the Newsletter, the management staff reiterated that the Housing Commission had not yet made a decision in regard to either the rehabilitation or the prospective redevelopment of Arroyo Vista. By that same Newsletter, the residents of Arroyo Vista were advised that, at the June 20, 2006 Commission meeting, staff would be presenting an analysis of the estimated total rehabilitation costs and potential sources of funding.

The Newsletter also provided that the Commission had stated that any redevelopment would be contingent upon the Housing Authority receiving Section 8 Housing Choice Vouchers so that Arroyo Vista residents would have affordable housing available to them in the event they (the residents) had to move.

It was also noted that residents had asked many questions about the likelihood of total redevelopment and how the Section 8 housing program worked. At their meeting with residents, the Housing Authority staff had distributed written summaries of the "top three" development proposals and there were general questions about all three, as well as questions about individual submittals. The evaluation panel had developed a list of questions that were to be submitted to the "top three" redevelopment "finalists" and the tenant's questions were to be added to the list.

The questions were to be submitted to the development teams before the end of May as the panel expected to interview the "finalist" proponents in late June, so that a recommendation could be made to the Housing Commission at its meeting in late July, 2006. (**NOTE**: Copies of 'Arroyo Vista' Newsletters respecting redevelopment may be found at '**ATTACHMENT 1**')

At the meeting of the DHA Commission held June 20, 2006, staff described the rehabilitation work that was needed; the estimated cost to do so (i.e, approximately $20 million); and, the possible, though limited sources of funding for such an undertaking (i.e., approximately $10 million).

As sufficient sources of funding could not be identified to undertake the rehabilitation of the development, at its meeting held July 24, 2006, the Housing Commission interviewed two (2) prospective development teams and, as a consequence, it was decided to proceed with the total redevelopment of the property.    The development entity selected for recommendation was a joint-venture of 'SCS Development Company, dba Citation Homes Central' (a California Corporation) and, 'Eden Housing, Inc.', (a California not-for-profit housing development corporation).

Subsequently, the City of Dublin, the DHA, the HACA, and the developers, Eden Housing, Inc. and, Citation Homes, Central entered into an 'Exclusive Negotiating Rights Agreement' which outlined the general provisions of the proposed development and obligated the parties to use best efforts to negotiate with one another to develop and execute a binding Disposition and Development Agreement (DDA). The DDA would specify the details of the project and the conditions pursuant to which the ownership of the property would be transferred.

On July 17, 2007, both the Dublin Housing Authority and the Dublin City Council approved a DDA by and between the parties referenced above; which DDA was further considered by the HACA at its meeting held July 25, 2007 and also adopted thereby.

The new project, as contemplated in the DDA, involves razing all improvements on the property and developing a mixed-income residential project of up to four hundred five (405) dwelling units, comprising two hundred ten (210) market rate homes for sale; sixteen (16) homes for sale, affordable to lower income households; one hundred twenty-nine (129) affordable rental units for families; and a fifty (50) unit development which will be designated for "senior" households.  As the project has been refined since the approval of the DDA, it currently consists of three hundred seventy-eight (378) units, comprising one hundred ninety-eight (198) homes for sale, fourteen (14) of which will be affordable to low income households; one hundred thirty (130) affordable rental units for families; and fifty (50) affordable rental units for seniors.

The new development will represent a net increase in total housing units of two hundred twenty-eight (228), which includes a net increase of forty-four (44) units of housing affordable to lower-income households, from one hundred fifty (150) to one hundred ninety-four (194); fourteen (14) of which will be affordable purchase opportunities.

**Displacement of Residential Tenants**

Public Agencies domiciled in the state of California and doing projects such as the Arroyo Vista redevelopment are required, in the event of resultant residential and/or significant commercial/business displacement, to comply with State of California rules and regulations pertaining to the prospective displacement of residents and businesses.

This relocation assistance may involve not only financial assistance for meeting new replacement housing costs – either with a Section 8 Voucher for qualifying households or for a period of forty-two (42) months for over-income households – but, also, assistance in the actual move from the displacement site to that of the replacement accommodation. The day care center on site will also be assisted in its relocation pursuant to the same rules and regulations, though somewhat differing requirements and benefits apply.

This Relocation Plan provides the results of a needs assessment survey; a housing resource analysis; and, details of the displacing Agency's proposed relocation Program. The Plan also sets forth policies and procedures necessary to conform with statutes and regulations of the California Relocation Assistance Law, California Government Code Section 7260 et seq (the "CRAL") and, the California Relocation Assistance and Real Property Acquisition Guidelines, Title 25, California Code of Regulations, Chapter 6, Section 6000 et seq. (the "Guidelines") for both residential and commercial displacement.

Pursuant to federal regulations governing the disposition of public housing projects (24 CFR 970), the Uniform Relocation Act does not apply to the disposition of Arroyo Vista. However, in accordance with 24 CFR 970.21, the Dublin Housing Authority must offer each family displaced comparable housing. Such comparable housing may include tenant based assistance such as Section 8 vouchers, project based assistance or occupancy in a unit operated or assisted by a public housing authority at a rental rate paid by the family that is comparable to the rental rate applicable to the unit from which the family is vacated. In addition, the Dublin Housing Authority is required to notify each family of the proposed displacement at least 90 days prior to the displacement date. The residents are entitled to payment of actual and reasonable relocation expenses and are eligible to receive advisory services.

Overland, Pacific & Cutler, Inc. (OPC) – a consulting firm specializing in providing relocation assistance consulting services to public agencies – has prepared this Relocation Plan with the assistance of the Alameda County and Dublin Housing Authorities, and will provide further, on-going relocation consulting services to give effect to the tenant displacement. The philosophy expressed in this Plan is to provide a quality program of relocation; personalized and responsive to each household's specific needs.

No mandatory displacement activities will take place prior to the required reviews, and approval of this Plan.

## A.    GENERAL DEMOGRAPHIC AND HOUSING CHARACTERISTICS

The year 2000 Decennial Census reported the population of the city of Dublin being, as at April 01 of that year, twenty nine thousand nine hundred seventy three (29,973) persons. Since the reporting of the U.S. census in 2000, the population of Dublin has grown, as at November, 2006, to forty one thousand nine hundred seven (41,907) residents; an increase in population of eleven thousand nine hundred thirty four (11,934) persons or, thirty nine decimal eight two percent (39.82%) over the seven (7) years that the figures were reported (on average, 5.69%/annum).

The Arroyo Vista housing development – the subject of this Plan – is within Census Tract No. 4502 of the city of Dublin. The following Table provides comparative data, respecting racial and ethnic groupings as reported by respondents from the city of Dublin, generally, and from Census Tract No. 4502 in particular.

| US Census Bureau – Decennial Census (2000) | Dublin city, California | | Census Tract 4502 | |
|---|---|---|---|---|
| RACE | Number | Percent | Number | Percent |
| Total: | 29,973 | 100.0 | 4,726 | 100.0 |
| White alone | 20,793 | 69.4 | 3,482 | 73.7 |
| Black or African American alone | 3,024 | 10.1 | 200 | 4.2 |
| American Indian and Alaska Native alone | 220 | 0.8 | 32 | 0.7 |
| Asian alone | 3,101 | 10.3 | 560 | 11.8 |
| Native Hawaiian and Other Pacific Islander alone | 95 | 0.2 | 5 | 0.1 |
| Some other race alone | 1,576 | 5.3 | 213 | 4.5 |
| Two or more races: | 1,164 | 3.9 | 234 | 5.0 |
| Two races including Some other race | 396 | | 104 | |
| Two races excluding Some other race, and three or more races | 768 | | 130 | |
| Hispanic or Latino (of any race) | Of 'Total': 4,059 | 13.5 | Of 'Total': 545 | 11.5 |

*Source:  U.S. Census Bureau – Census 2000 Summary Files*

The year 2000 Decennial Census also provided data in respect of housing occupancy and form of tenure and residential occupants by race. The following Table provides housing occupancy by form of tenure and racial status for Dublin vs. Census Tract 4502.

| US Census Bureau – Decennial Census (2000) | Dublin city, California | | Census Tract 4502 | |
|---|---|---|---|---|
| **GENERAL HOUSING CHARACTERISTICS** | **Number** | **Percent** | **Number** | **%** |
| **OCCUPANCY STATUS** | | | | |
| Total Housing Units | 9,872 | 100.0 | 2,303 | 100.0 |
| Occupied housing units | 9,325 | 94.5 | 2,204 | 95.7 |
| Vacant housing units | 547 | 5.5 | 99 | 4.3 |
| **TENURE** | | | | |
| Occupied housing units | 9,325 | 100.0 | 2,204 | 100.0 |
| Owner-occupied housing units | 6,049 | 64.9 | 765 | 34.7 |
| Renter-occupied housing units | 3,276 | 35.1 | 1,439 | 65.3 |

| VACANCY STATUS | | | | |
|---|---|---|---|---|
| Vacant housing units | 547 | 100.0 | 99 | 100.0 |
| For rent | 288 | 52.7 | 63 | 63.6 |
| For sale only | 40 | 7.3 | 0 | 0.0 |
| Rented or sold but, not occupied | 66 | 12.1 | 5 | 5.1 |
| For seasonal, recreational, or occasional use | 36 | 6.6 | 21 | 21.2 |
| For migratory workers | 0 | 0.0 | 0 | 0.0 |
| Other vacant | 117 | 21.4 | 10 | 10.1 |
| **RACE OF HOUSEHOLDER** | | | | |
| Occupied housing units | 9,325 | 100.0 | 2,204 | 100.0 |
| White | 7489 | 80.3 | 1,737 | 78.8 |
| Black or African American | 269 | 2.9 | 91 | 4.1 |
| American Indian and Alaska Native | 53 | 0.6 | 11 | 0.5 |
| Asian | 932 | 10.0 | 230 | 10.4 |
| Native Hawaiian and Other Pacific Islander | 23 | 0.2 | 2 | 0.1 |
| Some other race | 274 | 2.9 | 65 | 2.9 |
| Two or more races | 285 | 3.1 | 68 | 3.1 |

The median annual income of the nine thousand three hundred thirty-two (9,332) households in the city of Dublin in the Decennial Census year of 2000 was seventy-seven thousand two hundred eighty-three dollars ($77,283.). Within the same cohort of two thousand two hundred one (2,201) households in Census Tract 4502, the median annual household income in 2000 was sixty-eight thousand five hundred sixty dollars ($68,560.); eighty-eight decimal seven one percent (88.71%) of the median annual household income for the city of Dublin, at large.

The following Table breaks down the city and Census Tract income into comparative categories generally above and below the income levels at which the majority of households and families can be found.

| US Census Bureau – Decennial Census (2000) Income Distribution of Households and Families for City of Dublin and, Census Tract No. 4502 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Income Distribution | Total Households | | | | Total Family Households | | | | Total Non-family Households | | | |
| | Number | | Percentage | | Number | | Percentage | | Number | | Percentage | |
| | City | Tract | City | Tract | City | Tract | City | Tract | City | Tract | City | Tract |
| $0. - $24,999. | 723 | 172 | 7.7 | 7.8 | 416 | 69 | 6.3 | 5.9 | 347 | 103 | 12.5 | 10.0 |
| $25,000. - $49,999. | 1,576 | 516 | 16.9 | 23.4 | 995 | 252 | 15.2 | 21.5 | 640 | 277 | 23.1 | 26.8 |
| $50,000. - $149,999. | 6,012 | 1,395 | 64.4 | 63.4 | 4,322 | 739 | 66.0 | 63.2 | 1,626 | 643 | 58.7 | 62.4 |
| $150,000. - $199,999. | 711 | 93 | 7.6 | 4.2 | 562 | 93 | 8.6 | 7.9 | 116 | 0 | 4.2 | 0.0 |
| $200,000. or more | 310 | 25 | 3.4 | 1.2 | 266 | 17 | 3.9 | 1.5 | 42 | 8 | 1.5 | 0.8 |
| Totals | 9,332 | 2,201 | 100.0 | 100.0 | 6,561 | 1,170 | 100.0 | 100.0 | 2,771 | 1,031 | 100.0 | 100.0 |

_Source: U.S. Census Bureau – Census 2000 Summary Files_

## B.    ASSESSMENT OF NEEDS

To obtain resident information necessary for the preparation of this Plan, Consultant staff sent a letter, dated September 21, 2007, to every household at Arroyo Vista indicating that individual, on-site interviews of the prospective displacee households were to be conducted to establish need. On-site interviews with households were conducted during the period October 05th through October 29th, 2007.

There were one hundred forty-seven (147) _households_ within the development including approximately forty-five (45) households which have taken advantage of the availability of Section 8 Housing Choice Vouchers and have already moved.

However, for a variety of reasons – including absence during working hours; no response to cards left requesting that tenants contact the consultant's office for appointments; and, several who declined to be interviewed – consultant staff were only successful in contacting, directly, one hundred eighteen (118) tenant households which provided information sufficient to establish the housing need amongst the resident households and establish the most accurate estimate of relocation costs. In those cases in which households declined to provide income information, consultant staff used existing rent and information provided by the HACA as an indicator and developed estimated income figures by extrapolation. As the project moves forward, accurate information and documentation will be necessary to determine individual relocation budgets for displaced households.

## Units - Current

As noted generally, above, of the one hundred fifty (150) total *units* on-site, there were only three (3) units vacant, with the remaining one hundred forty-seven (147) units occupied by DHA tenant households numbering some four hundred forty-two (442) persons; averaging three (3.0) persons per household and ranging in occupancy density from one (1) to eight (8) persons per household. As to the units themselves, and of the total one hundred forty seven (147) which were occupied, fifteen (15) households were in one (1)-bedroom units; eighty one (81) households were in units having two (2) bedrooms; twenty nine (29) households were in three (3)-bedroom dwellings; and, twenty two (22) households had four (4) bedroom units. Household size is known for all displacee households and the comparison between units occupied – by bedroom count – and, those needed, is shown at **'ATTACHMENT 2'**.

## Unit Allocation

Based upon the occupancy standards of the HACA as they apply to establishing the size of the replacement household by bedroom count, there is potentially some "over-housing" to be addressed. Further, there are five (5) households which are, in fact, "over-income" and do not qualify for Section 8 housing at all. These latter five households may, however, be entitled to 'Rental Assistance Payments (RAP)' to offset any shortfall between their ability-to-pay or current rent and open-market rents, over a period of forty-two (42) months, and moving assistance to relocate. Any anomalies will be addressed during the relocation process.

Essentially, a single-person household or 'Head' of household is eligible to occupy one (1) bedroom. The introduction of a spouse or domestic partner would not alter that one-bedroom-count.

If, however, a single-person household required the services of an 'aide', that aide – as approved by the HACA – would be entitled to their own, separate bedroom. Under all other circumstances, every two (2) persons are assigned a separate bedroom; any "odd-numbered" person would also be entitled to a separate bedroom. Save for single-persons and, those requiring 'aides', each bedroom shall be(come) occupied by two (2) persons before the family becomes otherwise eligible for an additional bedroom.

### Disabilities/Handicaps

There are a total of seventeen (17) persons within sixteen (16) households (i.e, eleven percent [10.88%] of all households) who are qualified as physically or mentally disabled to some degree; of these 17 persons, twelve (12) – or seventy one percent (70.59%) – are 'Heads' of households between the ages of forty-two and eighty years, with a median age of fifty-one (51) years. One elderly person – eighty years of age – is part of the adult disabled cohort (5.88%) however, is not a 'Head' of household. Four (4) persons, representing approximately twenty-four percent of this group (23.53%), are 'Youths' between the ages of twelve and eighteen years, with a median age of sixteen years.

### Elderly

Of the total147 households, eighteen (18) – or twelve percent (12.24%) – are 'Elderly' to the extent that at least one household member – though, not necessarily the 'Head' of household – is over the age of sixty-two years.

Of the eighteen persons/households in this age category, fifteen (15) – or eighty-three percent (83.33%) of the group – are 'Heads' of households and, in some cases, single-person households; and three (3) – at seventeen percent (16.66%) – are 'Spouses'. Attached, are two tables showing some of the household characteristics and needs and the housing resources available at this writing. (See: '**ATTACHMENT 2**')

Sections 50079.5 and 50105 of the Health and Safety Code direct the State Department of Housing & Community Development (HCD) to publish the annual income limits issued by the Federal Department of Housing and Urban Development (HUD). Accordingly, HCD has filed with the Office of Administrative Law, amendments to Section 6932 of Title 25 of the California Code of Regulations. The amendments contain the 2007 HUD income limits, prepared by HCD pursuant to Health and Safety Code Section 50093. '**ATTACHMENT 3**' outlines the most current income limits for the Extremely-Low, Very-Low, Lower and Moderate income categories for Alameda County as adopted by the State of California Department of Housing & Community Development (HCD) on April 18, 2007.

**Project Site Demographics**

There are presently four hundred forty-two (442) persons; averaging three (3.0) persons per household, ranging in occupancy density from one (1) to eight (8) persons per household, residing within the Project site. Fifteen (15) households were in one (1)-bedroom units; eighty one (81) households were in units having two (2) bedrooms; twenty nine (29) households were in three (3)-bedroom dwellings; and, twenty two (22) households had four (4) bedroom units. Income information and household size has been determined both during interviews and from information provided by the HACA and extrapolated from rent data provided by the HACA. **Table 1.**, below, breaks down the household universe of Arroyo Vista, by income category, for Alameda County relative to the standards of the federal Department of Housing and Urban Development (HUD) for 2007. (See: '**ATTACHMENT 3**').

| Table 1: Income Levels of Residential Households | | | | |
|---|---|---|---|---|
| **Extremely Low** | **Very Low** | **Lower** | **Moderate** | **Insufficient Data** |
| 86 | 29 | 16 | 2 | 15 |

Monthly rents for Arroyo Vista residents average two hundred thirty-two dollars ($232.00) per month for one (1)-bedroom units; three hundred eighty-two dollars ($382.00) per month for two (2)-bedroom apartments; four hundred sixty-five dollars ($465.00) per month for three (3)-bedroom accommodation; and, five hundred fifty-three dollars ($553.00) per month for four (4)-bedroom dwellings. The Project is further subsidized by HUD.

**Locational Needs and Preferences**

All relocation will be accomplished off-site. To maintain appropriate affordability levels, all eligible residents will receive a Section 8 Housing Choice Voucher from HACA. Residents have the option – pursuant to the "portability" aspect of the Housing Choice Voucher program – to "port out" from Dublin to wherever the household chooses to live within the United States where a Section 8 program operates.

For the specific purposes of relocation, residents were queried by Consultant staff as to needs and housing preferences. Relocation activities will consider individual household needs to be close to public transportation, employment, churches, schools, public/social services and agencies, recreational services, parks, community centers, and shopping.

Those households which are identified as having members who have disabilities will receive special consideration for accessibility, if necessary, and perhaps proximity to particular medical facilities. A substantial number (approximately 15%) of the households expressed a desire – both during the interviews and at public meetings – to move outside the Dublin area. Many households requested to remain in the "tri-city" area, while some households expressed a specific need to remain in Dublin. A sample of the residential interview form can be found at '**ATTACHMENT 4**'.

Beyond the English language, other tenants have reported that the language first used in the home is Spanish, Farsi, Punjabi, Chinese and Tagalog. Relocation information and assistance will be provided in the primary language of the occupants as necessary in order to insure that all displacees obtain a complete understanding of the relocation program and their eligibility for benefits.

## C.    REPLACEMENT HOUSING RESOURCES

The displacement of the existing households will be first and foremost through the issuance of Section 8 Vouchers; which method should provide households with greater flexibility in regard to relocating virtually anywhere within the Authority's jurisdiction – or, outside the area entirely, if they (the household[s]) should choose – and, yet, still retain their rent-geared-to-income position.

A Section 8 resource study was conducted in early November 2007 to identify available comparable, decent, safe, and sanitary units within Dublin and the adjoining communities in the County. Referrals will be made both to income-restricted dwellings and open market housing if the latter is the choice of displacee households.

The survey identified thirty-two (32) replacement housing resources within Dublin and the general 'Tri-city' area (i.e., Dublin, Pleasanton and Livermore) and regionally, two hundred twenty-four (224) replacement housing resources within Hayward, Castro Valley, San Leandro, Fremont, Concord, Richmond, San Pablo and Stockton, based upon the needs expressed during the interview process. The survey also identified four hundred fifty-eight (458) Section 8 units available in Oakland. It should be noted that, as at this writing, approximately forty-five (45) of the 147 households have either already relocated voluntarily from Arroyo Vista or will have done so within the following week. (See: '**ATTACHMENT 2 – Residential Relocation Resources (For Rent)**.'

Adequate replacement housing will be identified for each household before mandatory displacement can occur for that individual household.

To assist households in identifying additional replacement homes that meet their individual needs, the Housing Authority has increased the Section 8 payment standard for the cities of Dublin and Pleasanton, with the approval of HUD, to one hundred twenty percent (120%) of the HUD Fair Market Rent (FMR) and has established a schedule that exceeds the payment standards throughout the rest of Alameda County. Those payment standards are discussed further in Section '**J. RELOCATION BENEFIT CATEGORIES**', below.

## D.    CONCURRENT RESIDENTIAL DISPLACEMENT

There are no projects now, or planned in the immediate future, which will impact negatively upon the efforts and ability of the Authority in relocating the displaced households from the site of the Project. This analysis includes the current activities of the Oakland Housing Authority and the displacement of the 'Tassafaronga Village' households. As a result of Arroyo Vista's long lead-time and implementation schedule, combined with the distance between the two projects, impact upon the housing market and the residents will be minimized.

## E.    TEMPORARY HOUSING

No need for temporary housing is anticipated due to the adequacy of permanent replacement units. Should such a need arise, the DHA will respond appropriately and in conformance with all applicable laws and requirements.

## F.    BUSINESS DISPLACEMENT

As noted previously, the site of the Arroyo Vista housing project is also occupied by a children's day care center operated by, and under the direction of 'Kidango, Inc.', of Fremont, California. Kidango is a private, nonprofit agency providing a variety of services to children and families in Alameda, Santa Clara, and San Francisco Counties; they operate some forty (40) centers in eight (8) cities, including Dublin, Fremont, Hayward, Livermore, Newark, San Francisco, San Jose and Union City. Their services are for children from birth to twelve years of age, as determined by the license of each site; the facility at Arroyo Vista is for children ages three to five years of age with a total capacity of thirty two (32).

The hours of operation are from 7:00 AM to 6:00 PM and each site is licensed by Community Care Licensing.    While there is no specific requirement under California Guidelines mandating that alternate relocation sites be made available to commercial occupants at the time of displacement, the Authority is committed to making every reasonable effort to satisfactorily relocate the business. This Relocation Plan outlines the requirements for reestablishing the commercial tenant at their selected replacement site and describes the advisory services and moving assistance benefits that will be provided by the Housing Authority.

### G.    PROGRAM ASSURANCES AND STANDARDS

Funds to permanently relocate all the households are available and adequate to the task. Services will be provided to ensure that displacement does not result in different or separate treatment of households based on race, nationality, color, religion, national origin, sex, marital status, familial status, disability or any other basis protected by the federal Fair Housing Amendments Act, the Americans with Disabilities Act, Title VI of the Civil Rights Act of 1964, Title VII of the Civil Rights Act of 1964, Title VIII of the Civil Rights Act of 1968, the California Fair Employment & Housing Act, and the Unruh Act, as well as any arbitrary or unlawful discrimination.

No one will be required to move without at least ninety (90)-days notice and unless comparable replacement housing can be located. Comparable housing includes standards such as:

- decent, safe, and sanitary (as defined in 6008[d] of the Guidelines);

- comparable as to the number of bedrooms, living space, and type and quality of construction of the acquired unit, but not lesser in rooms or living space than necessary to accommodate the displaced household pursuant to the Housing Authority's and HUD's occupancy standards;

- in an area that does not have unreasonable environmental conditions;

- not generally less desirable than the acquired unit with respect to location to schools, employment, health and medical facilities, and other public and commercial facilities and services;

- within the financial means of the displaced household as defined in section 6008, subdivision (5) of the Guidelines; and,

- The relocation program to be implemented by the Housing Authority conforms to the standards and provisions set forth in Government Code section 7260 et seq., the Guidelines, and all other applicable regulations and requirements.

## H.    RELOCATION ASSISTANCE PROGRAM

A relocation representative from Overland, Pacific & Cutler, Inc., will be available to assist any displaced household having questions in regard to relocation and/or assistance in relocating. Consultant staff may be contacted by calling, **877.972.8908**, during the hours of 8:00 a.m. to 5:00 p.m., Monday through Friday. Consultant staff is available by appointment at Arroyo Vista, during and after office hours, seven (7) days a week either in the home of the household or at a site office that has been established. The Consultant offices are located at:

7901 Oakport Street, Suite 4800
Oakland, CA  94621-2089

A comprehensive relocation assistance program, with both technical and advisory assistance, will be provided to the households being displaced. Close contact will be maintained with each household. In addition to distribution of informational brochures (See: **'ATTACHMENT 5'**), specific activities will:

1. Fully inform eligible project occupants of the nature of, and procedures for, obtaining relocation assistance and benefits;

2. Determine the needs of each residential displacee eligible for assistance;

3. Provide an adequate number of referrals – which, pursuant to the Guidelines requires a minimum of three (3) – to comparable, decent, safe and sanitary housing units within a reasonable time prior to displacement, and assure that no residential occupant is required to move without a minimum of 90 days written notice to vacate;

4. Provide current, and continually updated information concerning replacement housing opportunities;

5. Provide special assistance in the form of referrals to governmental and social service agencies, if needed.

Referral agencies may include, but not necessarily be limited to, the Department of Public and Social Services (DPSS) for income maintenance or food stamps, Medi-Cal, Employment Development Department, Alameda County Health and Human Services Department, and Child and Adult Protective Services.

6.  Provide assistance that does not result in different or separate treatment due to race, color, religion, national origin, sex, sexual orientation, marital status or other arbitrary circumstances;

7.  Supply information concerning federal and state housing programs and other governmental programs providing assistance to displaced persons;

8.  Assist each eligible person to complete applications for benefits;

9.  Make relocation benefit payments in accordance with State of California Guidelines, including the provisions of the Last Resort Housing sections, where applicable;

10. Inform all persons subject to displacement of the Authority's policies with regard to eviction and property management; and,

11. Establish, and maintain a formal grievance procedure for use by displaced persons seeking administrative review of Authority decisions with respect to relocation assistance.

On-going meetings with residents, including one-on-one meetings between the residents and the Consultant staff will be necessary to relocate residents with a minimum of disruption. The Consultant's relocation staff will be available to offer advisory service and assistance, including providing transportation to view prospective replacement homes, as necessary.

## I.    CITIZEN PARTICIPATION/PLAN REVIEW

To promote this process, the Housing Authority and Overland, Pacific & Cutler, Inc. (OPC) held several community meetings, along with workshops which focused on the development of the Relocation Plan, the relocation process itself, and the benefits pertaining thereto.

The first "inter-active" community meeting was held April 24th, 2007, at the Dublin City Hall. This meeting included presentations by Eden Housing and Citation Homes regarding their experience in working with communities; developing affordable housing; and, the proposed concept for the Arroyo Vista site.

A redacted copy (Addressee's name removed) of the Dublin Housing Authority's 'General Information Notice (GIN)', dated April 12, 2007, providing general information regarding relocation and advising of the meeting of April 24th, 2007, is appended herewith as **'ATTACHMENT 6'**.

At the meeting, OPC provided an overview of the relocation process, including an overview of the prospective relocation "time-line"; the Relocation Plan; the interview process; a summary of potential relocation benefits; OPC contact information; and a reminder that no household was being displaced at that time nor should anyone necessarily move at that time and, in any event, households would receive, at a minimum, a Ninety (90)-Day-Notice-to-Vacate and that the anticipated period for moving would be the Fall of 2008.

A question-and-answer session was also held and, the above notwithstanding, many residents at the meeting expressed a desire to move as soon as possible. Staff again advised residents that they should not move at that time, however, in the event the then proposed Disposition and Development Agreement (DDA) for redevelopment of the Arroyo Vista site was approved by the Housing Commission, then any household wishing to move early in the process would be accommodated through the provision of all advisory and financial assistance afforded pursuant to all applicable rules and regulations. Following the first meeting, individual meetings were held with the "over-income" households to address any questions or concerns they might have had along with discussing their prospective relocation benefits.

Following the first set of meetings in April, further meetings were held May 16, 2007 and June 06, 2007, at Dublin City Hall, titled: 'Family Stability and Home Linkage Program Orientation' and, 'Introduction to Family Stability and Section 8 Rental and Homeownership', respectively, at which were presented new concepts, including additional information regarding the Section 8 program.

The 'Tri Valley Housing Opportunities Center' provided information regarding family self-sufficiency; one-on-one financial education counseling; financial "literacy" classes; budget and credit counseling; and various other City-sponsored programs which allow for self-sufficiency through stable housing and savings opportunities.

A copy of the Notice of the May 16, 2007 meeting and representative "hand-outs" provided by the Tri Valley Housing Opportunities Center and the Housing Authority are appended, herewith, at '**ATTACHMENT 7**'. Again, question and answer sessions were held and, at the meeting, some residents completed an Orientation Questionnaire to assist in assessing their current situation and housing goals.

Many residents' concerns were addressed in the meetings while some were deferred until the preparation of the Relocation Plan. Other concerns will be addressed individually through the one-on-one advisory assistance that will be provided to each household.

This Plan will be made available to all households and the general public for a mandatory thirty (30) day period of review. Comments in respect of this Plan will be included as a Plan addendum prior to submission for approval and adoption by the Dublin Housing Authority. Section 6012 (Citizen Participation) of the California Code of Regulations, Title 25, Chapter 6, will be adhered to in both the spirit and letter of the law by the Authority in implementing the Relocation Program.

The Dublin Housing Authority will provide the following:

1. Full and timely access to documents relevant to the relocation program;

2. The provision of the technical assistance necessary to interpret elements of the Relocation Plan and other pertinent materials;

3. Copies of this Plan shall be available for review within 30 days prior to final approval by the Authority. The Authority will receive comments from displacees, and other interested persons regarding this Relocation Plan;

4. A general notice of this Plan shall be provided to all displacees of the proposed project. This Plan shall be made available for circulation for information and review by interested citizen groups, state and county agencies, and persons affected by the project;

5. The right to submit written or oral comments and objections, including the right to submit written comments regarding the Relocation Plan and to have these comments attached to the Plan when it is forwarded to the Commission for final approval;

6. Upon receipt of public comments, the Plan will be reviewed to ensure that it is feasible and complies with applicable, locally-adopted rules and regulations governing relocation; and,

7. Upon completion of all reviews, the Plan will be presented for adoption by the Authority.

## J.    RELOCATION BENEFIT CATEGORIES

Relocation benefits will be provided in accordance with State of California Relocation Law, Government Code Section 7260 et. seq., Title 25, Chapter 6, Relocation Assistance and Real Property Acquisition Guidelines; and, pertinent sections of 24 CFR Part 970, Demolition or Disposition of Public Housing Projects. Benefits will be paid to eligible displaced persons upon submission of required claim forms and documentation in accordance with Authority-approved procedures. Specific eligibility requirements and benefit plans will be detailed on an individual basis with all displacees. In the course of personal interviews and follow-up visits, each displacee will be counseled as to available options and the consequences of any choice with respect to financial assistance.

Chapter 6, of Title 25 of the California Code of Regulations contains the relocation regulations published by the California Department of Housing and Community Development (HCD) that apply to state and local agencies. Section 6008(g) defines a "dwelling" as: '. . . *the place of permanent or customary and usual abode of a person . . . . which is either considered to be real property under State law or cannot be moved without substantial damage or unreasonable cost.*' Additionally, '6008(g) states: "A second home shall be considered to be a dwelling only for the purposes of establishing eligibility for payment for moving and related expenses (as provided in '6090 Actual Reasonable Moving Expenses).

Pursuant to this definition of dwelling, both primary residents and any "part-time" residents are entitled to the moving expenses detailed in '6090 as long as they meet the eligibility requirements of '6034. Part-time residents are not entitled to rental assistance payments.

In order to alleviate hardships for tenants who must pay "move-in costs" (such as credit report fees and security deposits), the Authority will provide up to seventy five dollars ($75.00) for credit checks and a maximum of one months' security deposit based upon the maximum monthly rent payment standards as approved by Housing Authority and outlined in the following Section: '**Section 8 Eligible Households**'.

0156

Requests for such advance payments will be expeditiously processed to help avoid the loss of desirable and appropriate replacement housing. In addition, the Housing Authority will refund security deposits paid by tenants when they moved into Arroyo Vista, even though there may be tenant-caused damage to the unit, as long as all personal belongings are removed and, the unit is swept clean.

**a.    Residential Moving Expense Payments**

Households will be eligible to receive a payment for moving expenses. Payments will be made based upon either a fixed room-count schedule or an invoice for actual reasonable moving expenses from a licensed professional mover.

> 1)    Fixed Payment - A fixed payment for moving expenses based on the number of rooms containing furniture or other personal property to be moved. The fixed moving payment will be based upon the most recent Federal Highway Administration schedules maintained by the California Department of Transportation (See: **'Fixed Payment Moving Schedule' – included in 'ATTACHMENT 5'**).

> - Or -

> 2)    Actual Reasonable Moving Expense Payments - The displaced household may elect to have a licensed, professional mover perform the move; if so, the Authority will arrange for and pay the actual cost of the move up to 50 miles and all reasonable charges for packing, unpacking, insurance, and utility connection charges. The payment will be made directly to the mover by the Authority.

**b.    Rental Assistance/Down-payment Assistance**

Permanently displaced households which are residential tenants and who have established residency within the Project site for a minimum of ninety (90) days prior to the "initiation of negotiations" will be eligible for both Rental Assistance and Moving Expenses Payments. Initiation of negotiations for the purposes of this project is April 11, 2007; the effective date of the Exclusive Negotiating Rights Agreement among the City of Dublin, the Dublin Housing Authority, the Alameda County Housing Authority and the development entities SCS Development Company, dba Citation Homes Central and Eden Housing, Inc.

### i)       Section 8 Eligible Households

As residents of public housing, on-going rental assistance will be provided pursuant to the provisions of the Section 8 Housing Choice Voucher program of the federal Department of Housing and Urban Development (HUD).  The Section 8 voucher program provides for a household to continue paying thirty percent (30%) of the household adjusted income – with some program-specific exceptions – for their monthly, housing rental costs.

With the wide disparity in pricing of replacement accommodation and the Housing Authority's desire to meet the individual needs of each household, the "schedule method" will be used – in combination with the Section 8 payment standards – to establish maximum, acceptable comparable rents.  Inasmuch as the relocation process will span an approximately one (1)-year period, and the housing resource study has shown an availability of replacement housing in all categories, the "schedule method" also eliminates disparities between displacee households due to the timing of their referrals.  When the comparative method is not feasible – as is the case in this instance – the displacing entity may establish a schedule of reasonable acquisition costs of "comparable replacement" units based on a current analysis of the housing market.

The monthly maximum rent schedule used by the Alameda County and Dublin Housing Authorities is per the following Table:

| Monthly Rent Standards - Maximum | | |
|---|---|---|
| **Bedroom Count** | **Alameda County (including utilities)** | **Dublin/Pleasanton (including utilities)** |
| One | $1,250.00 | $1,255.00 |
| Two | $1,525.00 | $1,486.00 |
| Three | $2,000.00 | $2,016.00 |
| Four | $2,400.00 | $2,496.00 |

A household may receive this rent *only* if, *without* such assistance *and*, in the displacing Agency's determination, they (the household) *cannot* lease a comparable home or apartment at a lesser cost.  If the household does not *need* such a rent, they will not be eligible to receive such.  If a household qualifies for such a rental assistance payment, the household's share of monthly rent, plus utilities, must not exceed forty percent (40%) of adjusted monthly income (per HUD standards), with the Agency paying the difference between 30% and 40% for a period of 42 months.

**0168**

24

For example, if a household desires to move to an area serviced by the Housing Authority of Alameda County, where a sufficient number of three-bedroom dwellings are available with utilities for $1600 per month, there will be no need to provide additional rental assistance.

Although the rental assistance payment (RAP) is based on a forty-two (42) month calculation, the actual payment will be made in only four (4) installments; the first being paid at the time of move-in to the replacement dwelling and the next three (3) payments will be made quarterly. At the end of twelve months, the entire rental assistance payment will have been disbursed to the displacee household.

ii)    **"Over-income Households**

Households which are "over-income" for the limits of the Section 8 Housing Choice Voucher program will be provided rental assistance payments based upon the monthly financial housing need, over a forty two (42) month period, consistent with Section 6104 of the Guidelines. Section 6120 of the Guidelines states that if comparable replacement housing is not available to a relocatee (whether because of actual availability, condition or, affordability), the Authority must either terminate the project or provide comparable replacement housing (called 'Last Resort Housing') using the Authority's funds.

Last Resort Housing payments are authorized by statute if affordable, comparable replacement housing cannot be found for the displaced tenant households; that is to say, housing at a cost not greater than thirty percent (30%) of the household's average monthly income. Any supplemental increment beyond $5,250.00 may be paid in installments or, in a lump sum at the discretion of the Authority. This type of situation is likely to develop among low-income families and/or in housing environments wherein project area rents are particularly low vs. rents elsewhere within the community. A combination of factors – which would include, in relation, the income levels of project site tenants; project site rents; and a potentially high cost of replacement rent – may create the need for Last Resort Housing payments.

During the implementation of this project, if it is revealed there is a lack of comparable replacement housing either in number, or based upon affordability, there will be a need to provide Last Resort Housing Payments or alternative solutions pursuant to the Guidelines. In addition, the households may opt to apply up to the full amount of the rental assistance payment to which they are entitled toward the *purchase* of a replacement dwelling. Based upon the monthly housing need over a forty two (42) month period, the Table following shows how monthly need is determined.

| Monthly Housing Need Calculation | | |
|---|---|---|
| 1. Old Rent | $500 | Old Rent plus Utility Allowance |
| Or | | |
| 2. Ability to Pay | $445 | 30% of the Gross Household Income* |
| 3. Lesser of lines 1 or 2 | **$445** | |
| **Subtracted From:** | | |
| 4. Actual New Rent | $550 | Actual New Rent including Utility Allowance |
| or | | |
| 5. Comparable Rent | $575 | Determined by Agency; <u>includes</u> Utility Allowance |
| 6. Lesser of lines 4 or 5 | **$550** | |
| **7. Yields Monthly Need:** | **$105** | Subtract line 3 from line 6 |
| **8. Rental Assistance** | **$ 4,410** | **Multiply line 7 by 42 months** |

If a household chooses to purchase a replacement home rather than rent, the household will have the right to request a lump sum disbursement of the entire Rental Assistance Payment to which they are entitled. This lump sum disbursement will be deposited directly into the purchase escrow with the proviso that, in the event the escrow does not close, the full amount of the disbursement will be returned to the Authority for further, future disbursement to the household.

**c.     Commercial Moving Expense Payments**

Relocation benefits will be provided to commercial tenant occupants pursuant to State of California Relocation law and guidelines.

Commercial occupants are considered eligible for relocation assistance and benefits if they lawfully occupied the subject property on the date of 'Initiation of Negotiations'; previously established, above, as being April 11, 2007. An eligible commercial tenant may receive a payment for actual reasonable and necessary moving and related expenses to cover the cost of moving their personal property from the site of the project to the selected replacement site.

There are two (2) options:

(A)    A payment for actual reasonable and necessary moving and related expenses;

Or,

(B)    A fixed payment not to exceed twenty thousand dollars ($20,000.00).

**Payment for Actual Reasonable and Necessary Moving and Related Expenses**

This payment may include the following:

a)    Transportation of persons and property from the present location to the replacement location (transportation costs are limited to a distance of fifty (50) miles);

b)    Packing, crating, uncrating and, unpacking personal property;

c)    Disconnecting, dismantling, removing, reassembling, and installing relocated and substitute machinery, equipment and, other personal property. This includes connection to utilities available nearby, and modifications necessary to adapt such property to the replacement structure, or to the utilities, or to adapt the utilities to the personal property;

d)    Storage of personal property generally for up to twelve (12) months, at the Agency's discretion;

e)    Insurance of personal property while in storage or transit at the replacement value of property lost, stolen or damaged (though not through the fault or negligence of the displaced person) in the process of moving;

f)    Subject to certain limitations, any license, permit or certification required by the displaced business, to the extent that the cost is necessary for reestablishment at the replacement location;

g)    Subject to certain limitations, reasonable and pre-authorized professional services, including architects', attorneys', engineers' fees and consultants' charges necessary for:

(1) planning the move of the personal property; (2) moving the personal property; or, (3) installing the relocated personal property at the replacement location;

h)    Subject to certain limitations, the purchase and installation of substitute personal property limited to the lesser of: (1) the estimated cost to move the item to the replacement location; or, (2) the replacement cost, less any proceeds from it's sale;

i)    Subject to certain limitations, modifying the machinery, equipment or other personal property to adapt it to the replacement location or to utilities available at the replacement location or, modifying the power supply;

j)    Actual direct losses of tangible personal property resulting from moving, or discontinuing a business or non-profit organization, not-to-exceed the lesser of:

   a. the fair market value of the property for continued use at its location prior to displacement; or,

   b. an amount equal to the reasonable expenses that would have been required to relocate the property, as determined by the Agency, subject to certain limitations; actual and reasonable expenses incurred in searching for a replacement business location, not-to-exceed one thousand dollars ($1,000.)

k)    Actual and reasonable expenses necessary to reestablish a displaced small business at its new location, not-to-exceed ten thousand dollars ($10,000.).   Examples of expenses that may be considered for reimbursement include advertising, redecoration and, certain increased costs of operation at the new location.

**Fixed Payment in Lieu of a Payment for Actual Reasonable Moving and Related Expenses**

The amount of this payment shall be based on the average, annual net earnings of the business.   The payment to an eligible business may not be less than one thousand dollars ($1,000.), or more than twenty thousand dollars ($20,000.).

**0172**

To qualify for this payment, a displaced business:

A)  Cannot be a part of a commercial enterprise having *at least three* (3) *other* establishments which are *not* being displaced by the Agency as part of this project, and which are under the same ownership and engaged in the same, or similar business activities; and,

B)  Must not be able to relocate without substantial loss of patronage; and,

C)  Must have contributed at least thirty three percent (33%) of the owner's total gross income during each of the two (2) taxation years *prior to* displacement, or meet specific earnings criteria.

## K.    PAYMENT OF RELOCATION BENEFITS

No household will be displaced until comparable housing is located as defined above and in Section 6008, subdivisions (c) and (d) of the Guidelines.

The Authority's staff will inspect all replacement units to which referrals are made to verify that they meet no less than the standards of decent, safe, and sanitary as defined in Section 6008, subdivision (d) of the Guidelines.

However, no household will be denied moving benefits if it chooses to move to a replacement unit which does not meet the standards of decent, safe, and sanitary housing, however, for displacees relocated to Section 8 authorized units, 'Housing Quality Standards (HQS)' of the Federal Department of Housing and Urban Development (HUD) will apply.

Claims and supporting documentation for relocation benefits must be filed with the Authority within eighteen (18) months from the date the claimant vacates the Arroyo Vista property. The procedure for the preparation and filing of claims and the processing and delivery of payments will be as follows:

1.  Claimants will provide all necessary documentation to substantiate eligibility for assistance.

2.  Assistance amounts will be determined in accordance with the provisions of California Relocation Law.

3. Required claim forms will be prepared by the Authority's relocation consultant in conjunction with claimants.

4. The Authority will review and approve claims for payment or request additional information.

5. The Authority will issue benefit checks which will be available at Authority offices for retrieval, unless circumstances dictate otherwise.

6. Final payments will be issued after confirmation that the Arroyo Vista unit has been completely vacated and actual residency at the replacement unit is verified.

7. Receipts of payment will be obtained and maintained in the relocation case file.

## L.    RELOCATION TAX CONSEQUENCES

In general, relocation payments are not considered income for the purpose of the Internal Revenue Code of 1986, or the Personal Income Tax Law, Part 10 of the Revenue and Taxation Code.

The above statement on tax consequences is not intended to be provision of tax advice by the Authority, its Agents, Consultants or Assigns. Displacees are encouraged to consult with their own independent tax advisors concerning the tax consequences of relocation payments.

## M.    APPEALS POLICY

The Authority's Grievance Policy will follow the standards described in Article 5, Section 6150 et seq., Title 25, Chapter 6, State of California, Department of Housing and Community Development (H&CD) Program guidelines.

Briefly stated, displacees will have the right to request administrative review when there is a perceived grievance regarding any of their rights to relocation and relocation assistance, as to:

    1.    eligibility;

    2.    the amount of payment;

3.      the failure to provide comparable replacement housing referrals; or,

4.      the Authority's property management practices.

Requests for review will be directed first to:

> Alameda County Housing Authority,
> Att'n:  Manager, Housing Assistance and
> Property Management Department,
> 22941 Atherton Street
> Hayward, CA   94541-6633

A copy of the Arroyo Vista Development Project Appeals/Grievance Procedures, as set forth in '**ATTACHMENT 10**', is incorporated herein, and shall govern any appeals pursuant to this Plan.

## N.    EVICTION POLICY

Under the State of California guidelines, eviction by the Authority is permissible only as a last alternative.  With the exception of persons considered to be in unlawful occupancy, a displaced person's eviction does not affect eligibility for relocation assistance and benefits. Relocation records must be documented to reflect the specific circumstances surrounding an eviction.

Eviction by the Authority may be undertaken only for one or more of the following reasons:

1.      Failure to pay rent, except in those cases where the failure to pay is due to the Authority's failure to keep the premises in habitable condition; is the result of harassment or retaliatory action; or, is the result of discontinuation or substantial interruption of services beyond the control of the Authority;

2.      Performance of a dangerous or illegal act in the unit by the tenant, their guests or invitees or, any combination thereof;

3.      Material breach of the rental agreement and failure to correct breach within thirty (30) days of notice;

4.   Maintenance of a nuisance and failure to abate within a reasonable time following notice;

5.   Refusal to accept one of a reasonable number of offers of replacement dwellings; or,

6.   A requirement under State or local law or emergency circumstances that cannot be prevented by reasonable efforts on the part of the Authority.

## O.   PROJECTED DATES OF DISPLACEMENT

Households will be required to move if, but only if HUD approves disposition of Arroyo Vista. If HUD does approve Arroyo Vista's disposition, households will receive a minimum of a One Hundred Fifty (150)-Days Notice before they are required to move, followed later by the statutorily-required Ninety (90)-Day Notice to Vacate. Relocation is anticipated to be completed for all households within the last quarter of 2008.

## P.   ESTIMATED RELOCATION COSTS

To fund the relocation, the DHA anticipates using available funds from the Authority's 'Local Fund', the City of Dublin and Citation Homes, in addition to Section 8 Vouchers provided by the Housing Authority of The County of Alameda.   The commitment of these funds is contained in the approved Disposition and Development Agreement, executed by the parties, thereto. The Authority will make the necessary relocation funds available, on a timely basis, to ensure the successful completion of the project.  Any and all such required financial assistance will be provided.

The budget estimate for the relocation benefits for the Arroyo Vista project is:

**Two Million Eight Hundred Thousand Dollars**
**($2,800,000.)**

**(Remainder of page intentionally left blank)**

## TABLE OF ATTACHMENTS

**Attachment 1:**      'Arroyo Vista' Newsletters

**Attachment 2:**      Table of Household Characteristics and Needs and
                       Current Units vis. Required Units vis. Available Units

**Attachment 3:**      HUD Annual Income Limitations – Alameda County

**Attachment 4:**      Sample Residential Interview Form

**Attachment 5:**      Informational Statement for Families and Individuals

**Attachment 6:**      General Information Notice (GIN) – April 12, 2007

**Attachment 7:**      Informational Meetings and, Representative
                       Notice and, "Hand-outs"

**Attachment 8:**      Sample Interview Form – Businesses,
                       Non-profit Organizations and Farms

**Attachment 9:**      Informational Statement for Businesses,
                       Non-profit Organizations and Farms

**Attachment 10:**     Arroyo Vista Development Project
                       Appeals/Grievance Procedures

# ATTACHMENT 1

## Sample Arroyo Vista Newsletters
## Follow Immediately Hereafter

**(Remainder of page intentionally left blank)**

0178

# ARROYO VISTA NEWSLETTER
## May, 2006
### Special Update on Redevelopment

In the April newsletter we explained that eight submittals were received in response to the Authority's Request for Qualifications for possible redevelopment of Arroyo Vista. An evaluation panel reviewed and scored the submittals and narrowed the eight down to three. In the April newsletter we also indicated that a meeting with the Resident Council and two meetings with Arroyo Vista residents were going to be held to describe these "top three." Those meetings have occurred and we wanted to describe what was discussed and the questions raised by residents.



### But First...

It is important to remember that the Housing Commission has not yet made a decision about redeveloping Arroyo Vista. The Commission may decide to rehabilitate the existing project instead. At the June 20 Commission meeting staff will present an analysis of the estimated total rehabilitation costs and potential sources of funding. The Commission will likely decide at that time whether to proceed with rehabilitation or redevelop the property.

### And Furthermore...

The Housing Commission has stated that any redevelopment is contingent on the Housing Authority obtaining from HUD Section 8 vouchers so that Arroyo Vista residents will have affordable housing if they have to move. Competition for such vouchers is keen and it is not known if the Authority would be successful in obtaining them. *For this reason in particular it is difficult to predict if and when redevelopment will occur.*

### Questions from Residents

Residents had many questions about the likelihood of redevelopment occurring and if so, when it would happen. There were also many questions about the Section 8 program and how it works. The Housing Authority is working on a list of *Frequently Asked Questions* (FAQ) that will address these questions. The FAQ will be distributed to all Arroyo Vista households. However, we want to make clear now that *all households will be assisted in relocation, *Section 8 vouchers can be used in any city where a housing authority operates a Section 8 program, *the vouchers will not expire, *families can keep their vouchers as long as they remain eligible for the Section 8 program, and * there is not a 60-day limit on finding relocation housing.

### Questions for Developers Asked by Residents

The Housing Authority distributed written summaries of the "top three" submittals and discussed them with residents. There were general questions asked about all three as well as questions specific to individual submittals.

Page 1 of 2

0179

# ARROYO VISTA NEWSLETTER
## May, 2006
### Special Update on Redevelopment

The evaluation panel developed its list of questions that it will send out to the developers before the end of May. The questions posed by residents will be added to the panel's list. The panel expects to interview developers in late June so it can make a recommendation to the Housing Commission in late July.

Below are the residents' questions that the top three developers will be asked to respond to:

1. Will there be a washer/dryer hook-up in each apartment?

2. If there is a hook-up in each apartment, will you also provide the washer and dryer or does the tenant provide the washer and dryer?

3. Is there a laundry room in addition to washers and dryers in the apartments?

4. What percentage of units will be for the disabled?

5. Will the apartments have air conditioning?

6. Will any part of the development be gated or secured in some way?

7. There are currently more 4-bedroom homes than you propose to build. How do you plan to address the needs of large families? Are you open to building more 4-bedroom units?

8. Describe the types of social service programs you will provide.

9. List the project amenities (e.g., will there be a computer lab, pool, etc.)

10. Are there any opportunities for residents to be employed, either during construction or in property management after the project is built?

11. How can you assist with relocation? Will you assist residents to move back to Arroyo Vista after the project is built?

12. Will residents be able to wash their cars at Arroyo Vista?

13. Some residents earn between 60%-80% of the median income, which makes them over-income for the Low Income Housing Tax Credit program. Are you willing to set aside some units for non-tax credit residents and, if so, how many?

### And Finally...

THANK YOU to all residents who attended the meetings. The Housing Authority will have more meetings as new information becomes available. The Housing Commission wants to be sure that all residents are informed as things progress and have the opportunity to ask questions. In the meantime, watch for the *Frequently Asked Questions* that should be distributed within the next two weeks.

**Arroyo Vista**
**6700 Dougherty Road, #151**
**Dublin, CA 94568**
**Phone (925) 828-3132**
**Eddie Ortiz, Manager**

Page 2 of 2

**0180**

# ARROYO VISTA NEWSLETTER
## July, 2006
### Special Update on Redevelopment

In previous newsletters and at meetings we've explained that the Dublin Housing Commission was looking at the costs of rehabilitating Arroyo Vista as well as the possibility of demolishing the project and redeveloping the property. At its meeting on July 24, the Commission decided to redevelop the property and chose a developer team, Eden Housing and Citation Homes.

### Two Meetings

At its June 20 meeting the Housing Commission heard a report from staff on the potential *rehabilitation* of Arroyo Vista. Staff described the rehabilitation work that was needed, the estimated cost and possible sources of financing. Staff reported that the full cost of rehabilitation was about $20 million but only $10 million in sources could be identified.

At its July 24 meeting the Housing Commission interviewed two developer teams for *redevelopment*: 1) Eden Housing and Citation Homes and 2) Mid-peninsula Housing Coalition, Sun Valley Land Development Co. and R.W. Hertel. These were the top scoring two teams (out of eight) that responded in March to the Housing Authority's Request for Qualifications.

### Two Decisions

Both developer teams indicated that redevelopment was feasible and that sufficient financing sources were available. On the other hand, there were not enough resources to accomplish the rehabilitation. After considering all the information and after both the Commission and the residents asked questions of the developers the Commission made two decisions: 1) to redevelop the property and 2) to select Eden Housing, a non-profit corporation based in Hayward, and Citation Homes, a for-profit developer with offices in Santa Clara, as the development team. Their proposal is *very preliminary* at this time but, in general, Eden estimates it would build 179 rental units (29 more than the 150 units now at Arroyo Vista) and Citation estimates it would build 216 for-sale homes, 15 of which would be affordable.

### But Remember...

No resident should worry about having to move right away or wonder if they will be able to afford new housing. The Housing Commission has stated that redevelopment is contingent on the Housing Authority obtaining from HUD Section 8 vouchers so that Arroyo Vista residents will have affordable housing when they have to move. Competition for such vouchers is keen and we do not know if the Authority will be successful in obtaining them. *For this reason in particular it is difficult to predict if and when redevelopment will occur—it could take a couple of years.*

### And Finally...

The Housing Authority and the Eden Housing/Citation Homes developer team will have more meetings with residents as new information becomes available. Notice of these meetings will be provided.

Page 1 of 2

0181

# ARROYO VISTA NEWSLETTER

## July, 2006

### Special Update on Redevelopment

**ARROYO VISTA REDEVELOPMENT: FREQUENTLY ASKED QUESTIONS**

**What is a Section 8 Housing Choice Voucher?** A Section 8 Housing Choice Voucher is a federal subsidy that allows eligible families to rent in the private market and pay approximately 30% to 40% of their income toward rent. The local housing authority pays the remainder of the rent directly to the landlord.

**How soon will Vouchers be given to Arroyo Vista residents?** Vouchers are not currently available. However, now that the Housing Commission has decided to move forward with redeveloping Arroyo Vista, the Housing Authority will prepare an application HUD for 150 Vouchers, enough for every eligible family at Arroyo Vista. Redevelopment will not occur unless there are Vouchers for all eligible families. It will likely take a year or more to obtain HUD approval.

**Where can I use my Section 8 Voucher?** Vouchers can be used to rent apartments, duplexes, condominiums, and single family homes in any city in the U.S. covered by a housing authority. For example, a Voucher can be used in Hayward, Castro Valley, Dublin, Pleasanton, San Ramon, or Livermore or far away, including out of state.

**Will I get help in finding a new home and with moving?** Yes, relocation assistance will be given so that families will be successful in finding a rental unit. The Alameda County Housing Authority, as well as every other housing authority operating a Section 8 program, provides listings of owners who are willing to rent to persons with a Voucher. Our rental listing can be found on the internet at www.hacn.net (click on Landlord Listings). In addition, we will pay for your reasonable moving costs.

**How much would my rent be under the Voucher program?** Section 8 participants generally pay about 30% of their total household income for rent. Assuming your income remains unchanged when you get a Voucher, your rent will be about the same as what you currently pay to live at Arroyo Vista.

**Can I use my Voucher to move back to the new rental units at Arroyo Vista?** Yes.

**Is there a time limit on finding a new home?** Because this project involves relocation, the normal time limits for searching for a rental unit (generally 60 to 120 days) would not apply. However, you would want to be moved by the time the demolition is ready to start.

**Are there time limits on the Section 8 Voucher program?** Current program rules allow you to continue to receive Voucher assistance as long as you are income-eligible and as long as you fulfill the program obligations established by HUD. You will lose your Voucher assistance when your income rises to the point that your portion of the rent matches or exceeds the full amount of the rent.

**Do landlords do background checks and what if I have poor credit history?** Landlords are encouraged to screen prospective tenants under the Section 8 program. If contacted, the Dublin Housing Authority would respond to questions regarding the timeliness of an Arroyo Vista resident's rent payment history and other questions about fulfilling lease obligations. When you moved into Arroyo Vista, a similar background check was conducted by the Housing Authority. If you have poor credit, you may have to explain your personal situation to the prospective landlord.

**What happens if my income or family composition changes after I get a Voucher?** Like now, whenever your income changes or you have a change in family composition (persons moving in or out of your household) you are required to report the change to the local housing authority administering your Voucher. A determination would then be made if and when a change in rent is required.

**The developer proposed that 51 units would remain occupied during construction. Which units are these?** That was only a PROPOSAL and we do not know if this will happen. More studies and planning are required before we know.

Page 2 of 2



# *Arroyo Vista*

6700 Dougherty Rd.
Dublin, CA 94568
Phone: (925) 828-3132

## November 2006

**Dublin Housing Authority Arroyo Vista Staff**

*Eddie Ortiz*
**Dublin Area Manager**

*Carol Alves*
**Administrative Services**

**Maintenance Staff**
*Lee Alejandro*
*Manny Gutierrez*
*Charles Hughes*

**Office Hours**

Monday - Friday
8:30am - 3:00pm

Saturday & Sunday
Closed

**Important Numbers**
Office: (925) 828-3132
Fax: (925) 828-5450

## *Happy Thanksgiving*

Thanksgiving is a traditional American holiday that most ethnic groups and religions can celebrate. Families gather together to give thanks for the blessings they have received during the year and create happy memories for the years to come. This is a special time to remember loved ones near and far.

## REDEVELOPMENT UPDATE

The Dublin Housing Commission held its regular meeting on Tuesday October 3rd and discussed a possible amendment to the Annual and Five-Year PHA Plans to add the disposition and redevelopment of Arroyo Vista to the Plans. HUD regulations require a 45-day comment period before a significant amendment such as this can be approved. The comment period is now open. The Commission will consider final adoption of the amendment at a public hearing to be held on Tuesday November 21st at 6 PM in the City Council Chambers at Dublin City Hall. Everyone is welcome to attend this hearing. If you would like to submit written comments before then, please address them to:

Executive Director, Dublin Housing Authority
6700 Dougherty Road, #151
Dublin, CA 94568



## Arroyo Vista

6700 Dougherty Rd.
Dublin, CA 94568
Phone: (925) 828-3132

**December 2006**

### Dublin Housing Authority Arroyo Vista Staff

*Marnie Neuman*
**Dublin Area Manager**

*Carol Alves*
**Administrative Services**

**Maintenance Staff**
*Lee Alejandre*
*Manny Gutierrez*
*Charles Hughes*

### Office Hours

Monday - Friday
8:30am – 3:00pm

Saturday & Sunday
Closed

### Important Numbers

Office: (925) 828-3132
Fax: (925) 828-5450

## Redevelopment Update

The Dublin Housing Commission held a special meeting on November 21st to conduct a public hearing on an amendment to the Housing Authority's Annual and Five-Year PHA Plans to add the disposition and redevelopment of Arroyo Vista to the Plans. This public hearing was noticed in the *Tri-Valley Herald* as well as in the November 2006 Arroyo Vista Newsletter.

After closing the public hearing the Commission approved the amendment to the Plans. The Commission reviewed the comments from the Resident Advisory Board in considering its approval. The amended Plans will now be sent to the U.S. Department of Housing and Urban Development (HUD).

At the meeting the Commission also authorized staff to submit an application to HUD for the disposition of the project to the developer team. Staff is scheduling that application for submission in January. However, before HUD will approve the application, the environmental review must be completed. City of Dublin staff estimates the environmental review will take six-eight months; thus, we will not know until summer-fall of 2007 whether or not HUD approves our disposition application.

In addition, the Commission has stated several times that it will seek Section 8 Housing Choice Vouchers for relocation of residents. That application has not yet been submitted to HUD so no one should feel they have to find a place to move now. There are many approvals required before the redevelopment can begin, including the disposition application mentioned above. The Housing Authority will hire a relocation specialist to help you with relocation at the appropriate time and will give you plenty of notice.



## *Arroyo Vista*

6700 Dougherty Rd.
Dublin, CA 94568
Phone: (925) 828-3132

**January 2007**

### Dublin Housing Authority Arroyo Vista Staff

*Margie Newman*
**Dublin Area Manager**

*Carol Alves*
**Administrative Services**

**Maintenance Staff**
*Lee Alejandro*
*Manny Gutierrez*
*Charles Hughes*

### Office Hours
**Monday – Friday**
8:30am – 3:00pm

**Saturday & Sunday**
Closed

### Important Numbers
Office: (925) 828-3132
Fax: (925) 828-5450

### Dear Residents,

As the new manager of Arroyo Vista, I wish you all a very Merry Christmas and Happy, Prosperous, safe New Year. My goal for Arroyo Vista is to make this a desirable, safe place to live. I thank you all in advance for your help in making this possible. Your support is necessary in developing an efficiently run community. I am counting on you.

I hope to meet each of you soon,
Margie Newman
Dublin Area Manager

### Commission Actions

The Dublin Housing Authority Commission met in a special meeting on December 19. One item on their agenda was a discussion about asking the Alameda County Housing Authority for Section 8 Vouchers to be used for relocation of Arroyo Vista residents to allow the redevelopment to proceed. The two Housing Authorities have agreed to discuss the provision of such vouchers, and staff is to report back in January with an update on the matter.

The Commission also authorized the award of a bid to MJB Pipeline to make some necessary sewer and road repairs.

0185



# *Arroyo Vista*

**February 2007**

6700 Dougherty Rd.
Dublin, CA 94568
Phone: (925) 828-3132

## Dublin Housing Authority Arroyo Vista Staff

*Margie Neilman*
**Dublin Area Manager**

*Carol Alves*
**Administrative Services**

**Maintenance Staff**
*Lee Alejandro*
*Manny Gutierrez*
*Charles Hughes*

**Office Hours**
Monday - Friday
8:30am - 3:00pm

Saturday & Sunday
Closed

## Important Numbers

Office: (925) 828-3132
Fax: (925) 828-5450

## REDEVELOPMENT UPDATE

The Housing Commission held its monthly meeting on January 16. The Commission authorized staff to issue a Request for Proposals to hire a relocation consultant. The consultant will assist Arroyo Vista residents with their relocation needs when the time comes to move. Staff hopes to receive proposals from qualified consultants and bring a recommendation for selection of a consultant back to the Commission at its March meeting.

In the January 2007 newsletter it was noted that the Commission had authorized its staff to discuss with the Alameda County Housing Authority the County Housing Authority providing Section 8 Vouchers for the relocation of Arroyo Vista residents. Those discussions are continuing and staff hopes to finalize them in February.

Do not feel that you have to start looking for a place to move right now. The Housing Authority has not yet submitted the Disposition Application to HUD and the redevelopment cannot proceed until HUD has received and approved the Application. As the Application has not been submitted, staff does not know exactly when it will be approved, it will likely not be before the end of the year.

As the redevelopment is some time in the future, it is important that Arroyo Vista residents be safe and secure in the meantime. This means that certain road repairs to fill pot holes, sewer repairs, and some landscaping will be done. In addition, vacant units will be fixed up and re-rented, at least until it doesn't make sense to do so. This will avoid eyesores that lend themselves to vandalism.

The Housing Authority will continue to use this newsletter to communicate on-going matters regarding the redevelopment.



# Arroyo Vista

6700 Dougherty Rd.
Dublin, CA 94568
Phone: (925) 828-3132

**April 2007**

## Dublin Housing Authority Arroyo Vista Staff

**Margie Newman**
Dublin Area Manager

**Carol Alves**
Administrative Services

**Maintenance Staff**
*Lee Alejandro*
*Manny Gutierrez*
*Charles Hughes*

**Office Hours**
Monday - Friday
8:30am - 3:00pm

Saturday & Sunday
Closed

**Closed Every Other Friday**

## Important Numbers

Office: (925) 828-3132
Fax: (925) 828-5450

## REDEVELOPMENT UPDATE

The Dublin Housing Authority Commission held its regular meeting on March 6 at the Dublin Civic Center. The Commission approved Housing Authority staff's recommendation to retain Overland, Pacific & Cutler as the relocation consultant for the redevelopment of Arroyo Vista.

Overland, Pacific & Cutler (OPC) is based in Oakland. It has provided relocation and property acquisition services to local, state and federal agencies for over 25 years. In our immediate geographic area it has done work for San Francisco, Pleasanton, Union City, Oakland, Richmond, San Jose, Hayward and Fremont. Outside the Bay Area, it has done work for Sacramento, Mendocino, Fairfield, and Redding among others. Housing Authority staff checked references for OPC and they were excellent.

Overland, Pacific & Cutler will meet individually with each household, conduct meetings and workshop with residents, develop a relocation plan, help residents find replacement housing, process claims for moving expenses and work with potential landlords. Arroyo Vista residents should feel assured that they will receive the assistance they need in finding appropriate replacement housing.

We anticipate that we will have an informational meeting in late April or early May to introduce the people from OPC and have them describe their services. You will receive a separate notice for this meeting.

Do not move or feel you have to start looking for a new home. The Housing Authority has not yet submitted the application to HUD that will allow for the redevelopment. We anticipate it will be submitted in April. However, the environmental review document, which must also be submitted to HUD, will likely not be submitted until the end of the year. HUD needs the environmental document before it can approve the redevelopment application. Therefore, HUD approval of the redevelopment is not likely to occur until 2008.



# Arroyo Vista

**May 2007**

6700 Dougherty Rd.
Dublin, CA 94568
Phone: (925) 828-3132

## Dublin Housing Authority
## Arroyo Vista Staff

*Margie Newman*
**Dublin Area Manager**

*Carol Alves*
**Administrative Services**

**Maintenance Staff**
*Lee Alejandro*
*Manny Gutierrez*
*Charles Hughes*

**Office Hours**
Monday - Friday
8:30am - 3:00pm

Saturday & Sunday
Closed

**Closed Every Other Friday**

**Important Numbers**
Office: (925) 828-3132
Fax: (925) 828-5450

## REDEVELOPMENT UPDATE

The Dublin Housing Authority Commission held its regular meeting on April 3 at the Dublin Civic Center. The Commission approved the Exclusive Negotiating Rights Agreement (ENRA) with Eden Housing and Citation Homes, the developers that will redevelop Arroyo Vista. The ENRA included several provisions, but key is the provision that the Alameda County Housing Authority will provide up to 150 vouchers for relocation. With this commitment from the Alameda County Housing Authority we don't need relocation vouchers from HUD.

The Dublin Housing Authority plans to submit the application for redevelopment to HUD in May. HUD cannot approve the application until the environmental review is complete, which won't be until the end of the year. We will use this newsletter to keep you informed as to the status of the application.

On April 24 the Housing Authority held two meetings at the Dublin Civic Center to discuss the redevelopment and introduce the relocation consultants to residents. Those attending met the developers and heard about their proposed plans. They also learned about the relocation process from the Housing Authority's consultants. Hopefully, you were able to attend one of those meetings. If not, that is OK—additional meetings will be held, either in a group setting or individually. In the meantime, if you have any questions about relocation please call either Teresa Laverde or John Morris at 877-972-8908 (toll free).

And on another subject... Each year, the Dublin Housing Authority awards a $500 scholarship to a student attending or planning to attend a community college, college, university, trade school or vocational school. If you are a post-high school student with a grade point average (GPA) of at least 2.5, or know of one who lives at Arroyo Vista, please consider applying. Application forms and Program Guidelines are available at the office.



# June 2007

## Arroyo Vista

6700 Dougherty Rd.
Dublin, CA 94568
Phone: (925) 828-3132

### Dublin Housing Authority
### Arroyo Vista Staff

*Margie Newman*
**Dublin Area Manager**

*Carol Alves*
**Administrative Services**

**Maintenance Staff**
*Lee Alejandro*
*Manny Gutierrez*
*Charles Hughes*

**Office Hours**
Monday - Friday
8:30am - 3:00pm

Saturday & Sunday
Closed

**Closed Every Other Friday**

**Important Numbers**

Office: (925) 828-3132
Fax: (925) 828-5450

## REDEVELOPMENT UPDATE

In April all of you received the General Information Notice about the redevelopment of Arroyo Vista and the relocation that will be required. The Notice announced two meetings for April 24 that would be held to discuss the project. Some of you were able to attend those meetings. Representatives of the developers, Eden Housing and Citation Homes were present and described their plans for the project. They presented a slide show and pictures of the proposed layout of the new units and community building. Representatives of the relocation consultant retained by the Housing Authority, Overland Pacific & Cutler, also were present. They described the relocation process and answered a number of questions about timing and relocation benefits. Staff from the Housing Authority were present to answer questions about Section 8 Housing Choice Vouchers

At the meeting Housing Authority staff said there would be a meeting on May 23 to discuss the Section 8 homeownership program. THIS MEETING HAS BEEN CHANGED TO JUNE 6. The meeting is called: Introduction to Family Stability and Section 8 Rental and Homeownership, and will include information on the Section 8 program (both rental and homeownership) and ways of improving your credit to prepare for homeownership or renting in the private market. The meeting will take place at Dublin City Hall in the Regional Meeting Room from 6-8 PM. Watch for the flyer in the mail that announces this meeting.

Do not feel you have to move or begin looking for a new home now. Beginning next year, the relocation consultant will meet with each family individually to ascertain their relocation needs and explain the assistance that is available. In the meantime, if you have any questions about relocation, please call Overland Pacific & Cutler at 877-972-8908 (toll free) and ask for either Teresa Laverde or John Morris.



## July
2007

# Arroyo Vista

6700 Dougherty Rd.
Dublin, CA 94568
Phone: (925) 828-3132



### Dublin Housing Authority
### Arroyo Vista Staff

*Margie Newman*
**Dublin Area Manager**

*Carol Alves*
**Administrative Services**

**Maintenance Staff**
*Lee Alejandro*
*Manny Gutierrez*
*Charles Hughes*

**Office Hours**
**Monday - Friday**
8:30am - 3:00pm

**Saturday & Sunday**
Closed

**Closed Every Other Friday**

**Important Numbers**
Office: (925) 828-3132
Fax: (925) 828-5450



## REDEVELOPMENT UPDATE

We had a great turn out at the meeting held at Dublin City Hall on June 6! Thank you to everyone who attended. A lot of information was covered at the meeting:

* The application to HUD to sell the property will be submitted in June. It will take about one year before it is approved.
* The property cannot be demolished until AFTER the application is approved.
* YOU DO NOT HAVE TO MOVE NOW. We anticipate starting relocation activities early next year.
* If you WANT to move before next year, you can.
* The Section 8 vouchers for all eligible households are available after July 25 (let's say, August 1).
* We have Section 8 vouchers for all eligible households—we will not "run out" if you decide to move next year instead of now.
* Housing Authority staff and the Housing Authority's relocation consultant will begin holding small group meetings (about 5 families at a time) at Arroyo Vista to more fully explain the Section 8 program and relocation benefits. We will contact you to schedule your meeting.

At the June 6th meeting a variety of benefits were described including payment of moving assistance, Section 8 voucher program rules, classes and counseling from the Tri Valley Housing Opportunities Center and inclusionary home ownership opportunities in the City of Dublin. You will hear more about all of these during the relocation process.

In the meantime, for questions please call the following:

| | |
|---|---|
| Homeownership/Credit Counseling: | Jorge Ramirez 925-373-3930 |
| Relocation: | John Morris/Teresa Laverde 877-972-8908 (toll free) |
| Section 8 Voucher Rules: | Mary Rizzo Shuman 510-727-8576 |
| Section 8 Homeownership: | Betsy Sefine 510-727-8585 |



# *Arroyo Vista*

6700 Dougherty Rd.
Dublin, CA 94568
Phone: (925) 828-3132

August 2007

### Dublin Housing Authority
### Arroyo Vista Staff

*Margie Newman*
**Dublin Area Manager**

*Carol Alves*
**Administrative Services**

**Maintenance Staff**
*Lee Alejandro*
*Manny Gutierrez*
*Charles Hughes*

**Office Hours**
**Monday - Friday**
8:30am - 3:00pm

**Saturday & Sunday**
Closed

**Closed Every Other Friday**

**Important Numbers**
Office: (925) 828-3132
Fax: (925) 828-5450

## REDEVELOPMENT UPDATE

On July 17 the Dublin Housing Authority Commission approved the Disposition and Development Agreement (DDA) with the City of Dublin and the Alameda County Housing Authority, and the project developers, Eden Housing and Citation Homes. The Agreement commits each party to certain actions; for example, the Alameda County Housing Authority agrees to provide up to 150 Section 8 vouchers for relocation; Eden Housing will build 179 affordable housing units, Citation will build up to 226 for-sale homes, etc. The City of Dublin also approved the DDA on July 17. The Alameda County Housing Authority will consider it on July 25 after which all parties can sign it.

Approval of the DDA is a major milestone in the redevelopment of Arroyo Vista.

Predevelopment activities are now underway. The environmental review is being done and you may have noticed consultants at Arroyo Vista doing testing and surveying. The Housing Authority will not fill the apartments that become vacant as residents move out and the vacant units will be boarded up.

The Housing Authority has stated many times that the redevelopment process is lengthy and that YOU DO NOT HAVE TO MOVE NOW. We anticipate starting relocation activities early next year so that everyone can be moved by November 2008. However, if you WANT to move before next year, you can.

Housing Authority staff and the Housing Authority's relocation consultant have been holding small group meetings at Arroyo Vista to more fully explain the Section 8 program and relocation benefits. IF YOU WOULD LIKE TO ATTEND THESE MEETINGS PLEASE SIGN UP AT THE OFFICE.

In the meantime, for questions please call the following:

**Homeownership/Credit Counseling:** Jorge Ramirez (925)-373-3930
**Relocation:** John Morris/Teresa Laverde
(877)-972-8908 (toll free)

**Section 8 Voucher Rules:** Mary Rizzo-Shuman
(510)-727-8570

**Section 8 Homeownership:** Betsy Safine (510)-727-8585

0191

47

# *Arroyo Vista*

6700 Dougherty Rd.
Dublin, CA 94568
Phone: (925) 828-3132

**October 2007**

**Dublin Housing Authority
Arroyo Vista Staff**

*Margie Newman*
**Dublin Area Manager**

*Carol Alves*
**Administrative Services**

**Maintenance Staff**
*Lee Alejandro*
*Manny Gutierrez*

**Office Hours**
**Monday - Friday**
8:30am - 3:00pm

**Saturday & Sunday**
Closed

**Closed Every Other Friday**

**Important Numbers**
Office: (925) 828-3132
Fax: (925) 828-5450

# WISHING YOU A HAPPY HALLOWEEN

It's a time for ghost and goblins to appear again and the staff would like to wish everyone a safe and happy Halloween. If you are out and about on this spooky night, please observe some safety rules.



• Drive carefully, sometimes in all of the excitement, small creatures of the night forget to look both ways before crossing a street or parking lot.
• Parents of "trick or treaters" should always accompany their children.
• Costumes with reflective material are a good idea to make them visible in the early evening.
• Please check your children's "bag of goodies" for tampered packages or unwrapped items and discard anything that looks suspicious.
• If you decorate with Jack-o-Lanterns, please avoid using candles as this is a fire hazard.
• Please respect the privacy of your neighbors who do not participate in Halloween and only knock on doors during the posted hours for trick-or-treating.

0192

48

## REDEVELOPMENT UPDATE

The Dublin Housing Commission did not meet in the month of September so there is no Commission action to report on. Residents continue to move from Arroyo Vista and we have heard that many are very pleased with their new homes. Next week staff will bid out the contract for boarding up the homes as residents continue to move out. We expect the Commission to award that contract at its October meeting. **Note that the October meeting has been moved to October 15, same time and place.**

In the last newsletter we told you that we have submitted the Disposition Application to HUD. HUD has told us that the Application is under review.

Please report to the office any suspicious activity you may notice at the boarded up units, including graffiti. We need your help to make sure Arroyo Vista remains a safe place to live during the transition.

## Your Birthstone and Flower for October

Opal (Hope, Innocence, Purity). Opals are made up of a non-crystalline form of the mineral silica. The flowers for October are Calendula and Cosmos.

## Parmesan Pork Chops

• 8 pork chops • 1 cup seasoned bread crumbs • 3 Tbsp. grated Parmesan cheese • ½ tsp. salt • ¼ tsp. pepper • 1 egg • 2 Tbsp. milk • ½ Tbsp. butter

Combine bread crumbs, Parmesan cheese, salt and pepper. Beat egg and milk in flat dish. Dip chops in crumbs, then egg mixture, then again in crumbs. Melt butter in baking dish. Place chops in dish. Bake at 325° for one hour, turning after 30 minutes.

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  | 1 Rent is Due | 2 | 3 | 4 | 5 Office Closed | 6 |
| 7 | 8 Columbus Day | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 National Boss Day Commission Mtg | 17 | 18 | 19 Office Closed | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 Halloween | | OCTOBER | |





6700 Dougherty Rd.
Dublin, CA 94568
 Phone: (925) 828-3132

**November 2007**

### Dublin Housing Authority Arroyo Vista Staff

*Margie Newman*
Dublin Area Manager

*Carol Alves*
Administrative Services

**Maintenance Staff**
*Lee Alejandro*
*Manny Gutierrez*

**Office Hours**
Monday - Friday
8:30am - 3:00pm

Saturday & Sunday
Closed

Closed Every Other Friday

**Important Numbers**
Office: (925) 828-3132
Fax: (925) 828-5450



## REDEVELOPMENT UPDATE

Eden Housing and Citation Homes, the developer for Arroyo Vista, have been busy developing the design plans for the redevelopment of Arroyo Vista to submit to the City of Dublin Planning Department. They plan to host a meeting before the end of the year to discuss the plans and answer questions that residents may have about the new project. Watch for an announcement of this meeting.

Your neighbors are continuing to move. As of mid-October the Alameda County Housing Authority has issued Section 8 vouchers to 24 families and the Dublin Housing Authority has provided relocation benefits to those families. A private contractor has been awarded the contract for boarding up the vacant units. On that subject, if you notice any problems with the boarded up units such as graffiti or break-ins, please report them to Margie or Carol at the office. We need your help to assure that Arroyo Vista community remains safe during the relocation period.

The Housing Authority has stated many times that the redevelopment process is lengthy and that **YOU DO NOT NEED TO MOVE NOW.** We anticipate starting relocation activities early next year so that everyone can be moved by November 2008. Housing Authority staff and the relocation consultants have been holding small group meetings at Arroyo Vista to fully explain the Section 8 program and relocation benefits. **IF YOU WOULD LIKE TO ATTEND THESE MEETINGS PLEASE SIGN UP AT THE OFFICE.**

For questions, please call:

Homeownership/Credit Counseling: Jorge Ramirez
925-373-3930

Relocation: John Morris/Teresa Laverde
877-972-8908

Section 8 Voucher Rules: Mary Rizzo-Shuman
510-727-8570

Section 8 Homeownership: Betsy Safine
510-727-8585

# HAPPY HOLIDAYS
## DECEMBER 2007





### 6700 Dougherty Rd.
### Dublin, CA 94568
### Phone: (925) 828-3132



**Dublin Housing Authority**
**Arroyo Vista Staff**

*Margie Newman*
**Dublin Area Manager**

*Carol Alves*
**Administrative Services**

**Maintenance Staff**
*Lee Alejandro*
*Manny Gutierrez*

**Office Hours**
Monday - Friday
8:30am - 3:00pm

Saturday & Sunday
Closed

**Closed Every Other Friday**

**Important Numbers**

Office: (925) 828-3132
Fax: (925) 828-5450



## REDEVELOPMENT UPDATE

The Dublin Housing Commission held its regular meeting on November 6 and authorized a contract with the Alameda County Sheriff's Department for security services at Arroyo Vista. The Commission and staff were concerned that as residents move out the vacant units may become targets for vandalism, theft and squatters. It is very important that residents at Arroyo Vista feel safe as other residents move out. The Commission allocated sufficient funds to pay a full time deputy sheriff. The deputy will initially cover the evening hours, after the Housing Authority's office has closed. The coverage time may be adjusted as needed. Police Chief Thuman is preparing the contract we hope to have the contract executed and a deputy in place by the end of the year.
In addition, the Commission approved a contract with Bryan Pullman Construction to board up the vacant units. The contract calls for completion of each board up within 48 hours of notice.

Back in September, Overland Pacific & Cutler, our relocation consultant, began work on the Relocation Plan. We anticipate that a Draft Plan will be ready for review in December or January.
Residents continue to move voluntarily from Arroyo Vista. To date, 33 households have moved. As we have from the beginning of this process, we remind residents that you are not required to move now but if you want to move we will assist you. We anticipate starting relocation activities early next year so that everyone can be moved by November 2008.

Housing Authority staff has been holding small group meetings at Arroyo Vista to more fully explain the Section 8 program. IF YOU WOULD LIKE TO ATTEND ONE OF THESE MEETINGS PLEASE SIGN UP AT THE OFFICE. In addition, Overland Pacific & Cutler is conducting interviews with each household to determine relocation needs. You have already received a letter informing you of the interviews. If you haven't already done so, please contact Overland at the phone number below to schedule an interview.

### For questions, please call:

Homeownership/Credit Counseling: Jorge Ramirez
925-373-3930

Relocation:                          John Morris/Teresa Laverde
877-972-8908

Section 8 Voucher Rules:             Mary Rizzo-Shuman
510-727-8570

Section 8 Homeownership:             Betsy Safine
510-727-8585

*DUBLIN HOUSING AUTHORITY – 'ARROYO VISTA' PROJECT*

# ATTACHMENT 2

## Tables of Household Characteristics and Needs
## And
## Current Units vs. Required Units vs. Available Units

### ARROYO VISTA
### HOUSEHOLD CHARACTERISTICS AND NEEDS

| Households | Number of Occupants | Number of Children | Number of Persons with Disabilities | Number of Elderly Persons (Age 62+) | Average Occupancy per unit | Special Language Needs |
|---|---|---|---|---|---|---|
| One Hundred Forty Seven Residential Tenancies | 442 | 191 (159 of whom are of school-age) | 17 (4 of whom are children) | 18 (17 of whom are "Heads of Household") | 3.0 | 4 Spanish 4 Farsi 2 Punjabi 1 Chinese 1 Tagalog |

### ARROYO VISTA
### CURRENT UNITS VS. REQUIRED UNITS VS. AVAILABLE UNITS

| Units by Bedroom Count – Current and Required | | | Units by Bedroom Count Available by Geographic Area | | | | | Total Units Available – Tri-Valley, Alameda County, and Oakland |
|---|---|---|---|---|---|---|---|---|
| Units by Bedroom Count | Current Units (Arroyo Vista) | Required Units* | Tri-Valley Area | Alameda County (Other) | Available Tri-Valley Section 8 Units (Seniors) | Available Section 8 Units (Alameda County) | Available Section 8 Units (Oakland) | |
| One-bedroom | 15 | 38 | 1 | 11 | 4 | 10 | 71 | 97 |
| Two-bedroom | 81 | 82 | 8 | 32 | 1 | 42 | 204 | 287 |
| Three-bedroom | 29 | 26 | 12 | 41 | 0 | 58 | 140 | 251 |
| Four-bedroom | 22 | 1 | 5 | 13 | 0 | 15 | 43 | 76 |
| Five-bedroom | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 |
| Six (+) Bedroom | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| All Units | 147 | 147 | 27 | 99 | 5 | 125 | 458 | 714 |

\* Required units reflect that number of units required for the project, and can be reduced by the number of households/bedrooms already relocated to date. The required need is to be fulfilled over an approximate nine (9)-month period of displacement. As noted in the text at '**Unit Allocation**', p. 12, data both obtained by Consultant staff and, provided to, and reviewed by OPC indicated that some households may be "over-housed" (i.e., more bedrooms currently allocated than required) and, that five (5) households may be "over-income" and not eligible for Section 8 housing assistance. All ostensible anomalies as to eligibility for low-income housing assistance will be addressed during the relocation implementation process.

**0196**

*DUBLIN HOUSING AUTHORITY – 'ARROYO VISTA' PROJECT*

## ATTACHMENT 3

## HUD ANNUAL INCOME LIMITATIONS
### ALAMEDA COUNTY

The following figures are approved by the U. S. Department of Housing and Urban Development (H.U.D.) for use in the **County of Alameda** to define and determine housing eligibility by income level.

**HUD ANNUAL INCOME LIMITS BY CATEGORY – ALAMEDA COUNTY (2007)
AREA FOUR PERSON MEDIAN: $83,800.**

| Family Size | Extremely Low Annual Income | Very Low Annual Income | Lower Annual Income | Median Annual Income | Moderate Annual Income |
|---|---|---|---|---|---|
| One Person | $17,600. | $29,350. | $46,350. | $58,700. | $70,400. |
| Two Person | $20,100. | $33,500. | $53,000. | $67,000. | $80,500. |
| Three Person | $22,650. | $37,700. | $59,600. | $75,400. | $90,500. |
| Four Person | $25,150. | $41,900. | $66,250. | **$83,800.** | $100,600. |
| Five Person | $27,150. | $45,250. | $71,550. | $90,500. | $108,600. |
| Six Person | $29,150. | $48,600. | $76,850. | $97,200. | $116,700. |
| Seven Person | $31,200. | $51,950. | $82,150. | $103,900. | $124,700. |
| Eight Person | $33,200. | $55,300. | $87,450. | $110,600. | $132,800. |

Figures are per the Department of Housing and Community Development (California), Division of Housing Policy Development, **April 18, 2007**

# ATTACHMENT 4

**Sample Residential Interview Form**
**follows immediately hereafter**

**(Remainder of page intentionally left blank)**

**CASE #** _____                                    **FUNDING SOURCE:** _____

## OVERLAND, PACIFIC & CUTLER, INC. - RESIDENTIAL INTERVIEW FORM

Interview Date: _____    Site Move-In: _____    Initiation of Negotiations: _____ _____    Interviewer: _____

Head of Household_____

Address: _____ #_____

_____

Site Telephone # _____ Work/Cell #____ _____

Fax # _____ Email _____

Social Security Number :_____

**DISPLACEMENT STATISTICS**

Dwelling Type _____ Approx. Sq.Ft._____

Approximate Age of Unit: _____yrs._____

# Bedrooms_____ # Bathrooms _____ # Rooms_____ □Laundry Fac.

□ Garage □ Carport □ Pets: If so, describe_____

Mobile Home:  Size: _____ft x _____ft

Year: _____ Model: _____ Pad Rent: $ _____

**OCCUPANCY / FINANCIAL INFORMATION**

Occupancy Status:   □ Own     □ Rent

Condition of unit :  □ Excellent  □ Good  □ Fair  □ Poor

Home business?_____ Description _____

Do you rent out any rooms in the dwelling? □Yes   □ No
If so, names: _____
If so, is person or persons considered part of household? □Yes  □No

**Owners:** □ Mortgage  □ Own Clear

Monthly Payment: Principal $_____

   Loan Balance(s) as of _____: $_____
   Loan Type: □Fixed □Variable  Annual % Rate _____
   Loan Type: □Fixed □Variable  Annual % Rate _____
   Original Date(s) of Current Loan(s) : _____
   Rem. Loan Term _____Months   Rem. Loan Term _____Months
**Renters:**  □ Total Monthly Rent:$_____ Landlord_____
□ Written Agreement Date_____
□ M/M  □ Lease  □ Vacant/No Contact
□ Unit Furnished  □ Unit Unfurnished  □ Security Deposit? $_____
If Sect.8, Total Tenant Rent. $_____
Caseworker:_____
Telephone #: _____

**OTHER:**

**ETHNICITY:**
□ White   □ Asian
□ Hispanic/Latino
□ African American
□ Other_____

**PRIMARY LANGUAGE:**
□ English  □ Spanish
□ Other:_____

**SPECIALIZED NEEDS:**

□ AFDC / TANF, Pension SS, SSI

□ Other Public Assistance (ask for Entitlement Letter)

□ Elderly Household

□ Handicapped Household:

Describe:_____
_____

Need Barrier-Free: Yes □ No □

Own Car? Yes □   No □

□ Need access to public transportation?

Describe mode: _____
_____

□ Need to live near medical facilities? Describe location:
_____
_____

□ Other Special needs or services requested:
Describe:_____
_____
_____

**Monthly Utilities:**
Which _____

Gas: □ Tenant  □ Owner
Electricity: □ Tenant  □ Owner Water: □ Tenant  □ Owner
Other: _____

**Appliances Owned by Tenant:**
□ Stove □ Refrigerator □ W/D
□ Other_____

Are all occupants planning to move at the same time, and to the same replacement dwelling?
□ Yes □ No

Please explain:
_____
_____
_____
_____
_____

| HOUSEHOLD MEMBERS | SEX | AGE | move-in | INCOME | RELATIONSHIP/ EMPLOYER/SCHOOL |
|---|---|---|---|---|---|
| 1 | M  F | | | | |
| 2 | M  F | | | | |
| 3 | M  F | | | | |
| 4 | M  F | | | | |

0199

# ATTACHMENT 5

 **Informational Statement for Families and Individual**

As you are aware, the Dublin Housing Authority (referred to as the "Displacing Agency") has made the determination to dispose of the Arroyo Vista public housing complex, which you currently occupy. As the project schedule proceeds, it will be necessary for you to move from your dwelling. You will be notified in a timely manner as to the date by which you must move.

Please read this information as it will be helpful to you in determining your eligibility and the amount of relocation benefits you may receive under the federal and/or state law. We recommend you save this Informational Statement for reference.

The Displacing Agency has retained the professional firm of Overland, Pacific & Cutler, Inc. (OPC) to provide relocation assistance to you. The firm is available to explain the program and benefits. Their address and telephone number is:

**Overland, Pacific & Cutler, Inc.**
**7901 Oakport Street, Suite 4800**
**Oakland, CA 94621-2089**
**Phone 877.972.8908**

Spanish speaking representatives are available. Si necesita esta información en español, por favor llame a su representante.

**PLEASE DO NOT MOVE PREMATURELY. THIS IS NOT A NOTICE TO VACATE YOUR DWELLING.** However, if you desire to move sooner than required, you must contact your representative with Overland, Pacific & Cutler, Inc., so you will not jeopardize any benefits. This is a general informational brochure only, and is not intended to give a detailed description of either the law or regulations pertaining to the Displacing Agency's Relocation Assistance Program.

**Please continue to pay your rent to the Displacing Agency, otherwise you may be evicted and jeopardize the relocation benefits you may be entitled to receive.**

## II.    ASSISTANCE IN LOCATING A REPLACEMENT DWELLING

The Displacing Agency, through its representatives, will assist you in locating a comparable replacement dwelling by providing referrals to appropriate and available housing units. You are encouraged to actively seek such housing yourself.

When a suitable replacement dwelling unit has been found, the Displacing Agency will carry out an inspection and advise you as to whether the dwelling unit meets the Housing Quality Standards. A decent, safe and sanitary housing unit provides adequate space for its occupants, proper weatherproofing and sound heating, electrical and plumbing systems. Your new dwelling must pass inspection prior to entering into a rental agreement and before relocation assistance payments can be authorized.

## III.    MOVING BENEFITS

If you must move as a result of displacement by the Displacing Agency, you will receive a payment to assist in moving your personal property. The actual, reasonable and necessary expenses for moving your household belongings may be determined based on the following methods:

- A Fixed Moving Payment based on the number of rooms you occupy (see below); **or,**

- A payment for your Actual Reasonable Moving and Related Expenses based on at least two written estimates and receipted bills; **or,**

- A combination of both.

For example, you may choose to move yourself and receive a payment based on the Fixed Moving Schedule shown below, plus contract with a professional mover to transport large items that require special handling. In this case there may be an adjustment in the number of rooms which qualify under the Fixed Moving Schedule.

## A.    **Fixed Moving Payment**

A Fixed Moving Payment is based upon the number of rooms you occupy and whether or not you own your furniture. The payment is based upon a schedule approved by the Displacing Agency, and ranges, for example, from $400.00 for one furnished room to $2,150.00 for eight rooms in an unfurnished dwelling. (For details see the table below.) Your relocation representative will inform you of the amount you are eligible to receive if you choose this type of payment.

| FIXED MOVING SCHEDULE - CALIFORNIA | | | |
|---|---|---|---|
| **Occupant owns furniture** | | **Occupant does NOT own furniture** | |
| 1 room | $625.00 | 1 room | $400.00 |
| 2 rooms | $800.00 | each additional room | $65.00 |
| 3 rooms | $1,000.00 | | |
| 4 rooms | $1,175.00 | | |
| 5 rooms | $1,425.00 | | |
| 6 rooms | $1,650.00 | | |
| 7 rooms | $1,900.00 | | |
| 8 rooms | $2,150.00 | | |
| each additional room | $225.00 | | |

If you select a Fixed Moving Payment, you will be responsible for arranging for your own move and the Displacing Agency will assume no liability for any loss or damage of your personal property. A Fixed Moving Payment also includes utility hook-up, credit check and other related moving fees.

0201

B.    **Actual Moving Expense (Professional Move)**

If you wish to engage the services of a licensed commercial mover and have the Displacing Agency pay the bill, you may claim the ACTUAL cost of moving your personal property up to 50 miles.  Your relocation representative will inform you of the number of competitive moving bids (if any) which may be required, and assist you in developing a scope of services for Displacing Agency approval.

## IV. SECTION 8 TENANTS

When you do move, you may be eligible to use your Section 8 eligibility at a replacement. As outlined above, you will be provided counseling and other advisory services along with moving benefits.

A.    **Rental Assistance**
If you qualify, and comparable rentals are not available within the Housing Authority's payment standard for your replacement housing needs, and there is a difference between your current rent and your new rent at a replacement dwelling, you may be eligible to receive a gap differential, called a rental assistance payment, paid to you based on a 42-month period. You will be required to provide your relocation representative with monthly rent verification prior to the determination of your eligibility for this payment.

- OR -

B.    **Downpayment Assistance**
If you qualify, and wish to purchase a home as a replacement dwelling, you can apply up to the total amount of your rental assistance payment towards the downpayment and non-recurring incidental expenses. Your relocation representative will clarify procedures necessary to apply for this payment.

## V.    QUALIFICATION FOR AND FILING OF RELOCATION CLAIMS
To qualify for Replacement Housing Assistance, you must rent and occupy or purchase and occupy a comparable replacement unit **within twelve (12) months from the date you move from the displacement dwelling.**  All claims for relocation benefits must be filed with the Displacing Agency **within eighteen (18) months** from the date on which you move.

## VI.    EVICTIONS
Any person who occupies the real property and is in lawful occupancy is presumed to be entitled to relocation benefits. Except for the causes of eviction set forth below, no person lawfully occupying property to be disposed of by the Displacing Agency will be required to move without having been provided with at least 90 days written notice from the Agency.  Eviction will be undertaken only in the event of one or more of the following reasons:

- Failure to pay rent; except in those cases where the failure to pay is due to the Agency's failure to keep the premises in habitable condition, is the result of harassment or retaliatory action or is the result of discontinuation or substantial interruption of services;

- Performance of dangerous illegal act(s) in the unit;

**0202**

- Material breach of the rental agreement and failure to correct the breach within 30 days of notice;

- Maintenance of a nuisance and failure to abate within a reasonable time following notice;

- Refusal to accept one of a reasonable number of offers of replacement dwellings; or,

- The eviction is required by State or local law and cannot be prevented by reasonable efforts on the part of the public entity.

## VII.    APPEAL PROCEDURES - GRIEVANCE

Any person aggrieved by a determination as to eligibility for a relocation payment, or the amount of a payment, may have his/her claim reviewed or reconsidered in accordance with the Displacing Agency's appeals procedure. Details on appeal procedures are available upon request from the Displacing Agency.

## VIII.    TAX STATUS OF RELOCATION BENEFITS

California Government Code Section 7269 indicates no relocation payment received shall be considered as income for the purposes of the Personal Income Tax Law, Part 10 (commencing with Section 170 01) of Division 2 of the Revenue and Taxation Code, or the Bank and Corporation Tax Law, Part 11 (commencing with Section 23001) of Division 2 of the Revenue and Taxation Code. Furthermore, federal regulations (49 CFR Part 24, Section 24.209) also indicate that no payment received under this part (Part 24) shall be considered as income for the purpose of the Internal Revenue Code of 1954, which has been redesignated as the Internal Revenue Code of 1986. The preceding statement is not tendered as legal advice in regard to tax consequences, and displacees should consult with their own tax advisor or legal counsel to determine the current status of such payments.

## IX.    ADDITIONAL INFORMATION AND ASSISTANCE AVAILABLE

Those responsible for providing you with relocation assistance hope to assist you in every way possible to minimize the hardships involved in relocating to a new home. Your cooperation will be helpful and greatly appreciated. If you have any questions at any time during the process, please do not hesitate to contact your relocation representative at 877.972.8908.

November, 2007

# ATTACHMENT 6

**'General Information Notice'**
**April 12, 2007**
**follows immediately hereafter**

(Remainder of page intentionally left blank)



DUBLIN HOUSING AUTHORITY
ADMINISTRATIVE OFFICE
2 7041 Atherion Street -
Hayward, CA 94541
Phone: (510) 538-8876
Fax: (510) 727-8554
TDD (510) 727-8551
Website: www.haca.net

April 12, 2007

6700 Dougherty Road
Dublin, CA 94568

### GENERAL INFORMATION NOTICE

Dear Tenant;

The Dublin Housing Authority ("Housing Authority") intends to redevelop the property known as Arroyo-Vista ("Property"). The Housing Authority will sell the Property to a developer team that will demolish all structures and build new housing. The redevelopment of the Property will involve demolition of the building where you live.

The Housing Authority originally received governmental funds for the development of the Property. This notice is to inform you of your rights under State and federal law with respect to relocation. You will receive a minimum of 90 days notice before you must vacate the Property.

This notice is to inform you of your relocation rights. If we proceed with disposition of the Property and you are displaced as a result, you may be eligible for certain relocation assistance under the federal law.

**DO NOT MOVE!** This is not a notice to vacate the premises, nor a notice of relocation eligibility. You should continue to pay your monthly rent to the Housing Authority, because failure to pay rent and meet other obligations as a tenant may cause loss of tenancy (and loss of any relocation assistance that would otherwise be available if the Housing Authority ultimately seeks to relocate you). In addition, please contact the relocation consultant listed below before you make any moving plans. Moving could cause you to lose relocation assistance that would otherwise be available if the Housing Authority ultimately seeks to relocate you.

If you are required to permanently relocate, and you are eligible for relocation assistance, you will be given advisory services, including referrals to replacement housing, and at least 90 days written notice of the date that you are required to move. You may also be eligible for moving expenses and financial assistance to help you obtain replacement housing.

You will be notified of your eligibility for relocation assistance, the details of the available assistance, and the timing of relocation as soon as the Housing Authority finalizes redevelopment plans.

Should any other persons move into your unit with you after you receive this notice, then your assistance may be reduced.

An informational meeting has been scheduled with all residents of the Property to be held in the Regional Meeting Room at the Dublin Civic Center on Tuesday April 24, 2007. The Civic Center address is 100 Civic Plaza, Dublin (this is the City Hall building next to the Dublin Library). For your convenience we have scheduled two meetings, one at 2:00 p.m. and the other at 6:30 p.m., to answer your questions regarding the Housing Authority's plans to redevelop the Property. We will cover the same information at both meetings so it is not necessary that you attend both.

Again, this is not a notice to vacate and does not establish eligibility for relocation payments or other relocation assistance. This letter is important and should be retained. As part of the planning process, the Dublin Housing Authority has retained the services of Overland, Pacific & Cutler, Inc. (OPC), an experienced relocation consultant. If you have any questions regarding relocation, please contact:

Teresa R. Laverde or John Morris of OPC at (877) 972-8908 (toll-free)

Sincerely,

Christine Gouig
Executive Director
Dublin Housing Authority

Cc:    Tom Makin
       David Richman
       Mary Rizzo Shuman

0206

# ATTACHMENT 7

### INFORMATIONAL MEETINGS
### AND
### REPRESENTATIVE "HAND-OUTS"

### follow immediately hereafter

**(Remainder of Page Intentionally Left Blank)**

Tri-Valley Housing Opportunity Center



## Family Stability and Home Linkage Program
## *Orientation*

Wednesday May, 16 2007 6:00-7:00 p.m.
<u>City of Dublin Library Community room</u>
200 Civic Plaza
Dublin, CA  94568

Learn about our Services:
- ✓ One-On-One Financial Education Counseling
- ✓ Financial Literacy Classes
- ✓ Budget and Credit Counseling
- ✓ Achieve Self-Sufficiency through stable employment, housing, and savings
- ✓ Assist qualified mortgage ready participants achieve homeownership
- ✓ City Programs

Register Online:
Space is limited please, register in advance
**www.tvhoc.org**
(925) 373-3930
We do not offer childcare.

0208

Tri-Valley Housing Opportunity Center
20 A South L Street, Livermore CA 94550
(925) 373-3930    www.tvhoc.org

# TVHOC Housing Opportunities
## And
## Family Stability and Home Linkage Programs

**PROGRAM PROCESS**

### TVHOC ORIENTATION

- Overview of TVHOC Programs and Services:
  - One-on-One Counseling and Case management
  - TVHOC Stepping Stones or Fast Track Programs
  - Financial Education Program
  - Life Skills and Workforce Development Programs
  - Individual Development Accounts
  - Tax Preparation Services
  - Homebuyer Workshop Certificate Program
  - City Down Payment Assistance and Affordable Housing Programs
  - Affordable Rental Directory and General Housing Information

→

### *ONE-ON-ONE COUNSELING SESSION

- Individualized Spending Plan
- Review Credit Report.
- Credit Counseling Referral (if applicable)
- Develop Individual Action Plan
- Affordable Housing Programs Linkage (If applicable)
- Tri-Valley Region Housing Interest List
- Home Linkage Documentation Package Creation (Renter or Homebuyer)
- Schedule Follow-up One-on-One Counseling Sessions
- Educational Program Determination:
  - Stepping Stones: Financial Education
  - Fast Track: Homebuyer Workshop

→

### EDUCATIONAL PROGRAMS

**\*\*Stepping Stones**
10 Hour Financial Education Program
(5) 2-Hour Workshops

1. Banking and Loan Basics
2. Establishing Banking and Knowing Your Money
3. Savings and Knowing Your Rights
4. Establishing Credit and Proper Use of Credit
5. Personal Loans and Homeownership

**\*\*Fast Track**
8 Hour Homebuyer Certificate Program
(2) 4-Hour Workshops

Part I
- Are You Ready to Buy a Home?
- Managing Your Money
- Understanding Credit

Part II
- Getting a Mortgage Loan
- Shopping for a Home
- Keeping Your Home
- Predatory Lending

**\*\*PARTICIPATION IN AN EDUCATIONAL PROGRAM IS DETERMINED BY A COUNSELOR AT THE ONE-ON-ONE COUNSELING SESSION**

→

### TVHOC HOUSING SERVICES

- Creation of Home Linkage Documentation Package (Renter or Homebuyer, if applicable)
- Affordable Housing application assistance (if applicable)
- Preferred Lender and Vendor resources



*Counselors will monitor and track the progress of each client throughout the process

Education is the Key to Homeownership

# Change the Date!



**ARROYO VISTA TENANTS!!!**
**MARK YOUR CALENDARS!!!**

The Date for the "Getting Ready for Section 8"
workshop has changed.
New Date/Location: June 6th @ 6PM @ Dublin City Hall.

**Please join us and find out how you'll benefit**

- Section 8 Rental Vouchers — use them anywhere!
- Family Stability & Home Linkage Programs
  - Improve Your Credit
  - Section 8 Homeownership Option
- City of Dublin Down Payment Assistance

For more information call Betsy Safine @ (510) 727-8585



**\*Plus one family will win a door prize**

0210

# TRI-VALLEY HOUSING OPPORTUNITY CENTER

## ORIENTATION QUESTIONNAIRE

NAME: _____

ADDRESS: _____

CITY: _____    ZIP: _____

PHONE: _____    EMAIL: _____

EMPLOYER: _____

EMPLOYMENT LOCATION: (CIRCLE) DUBLIN    SAN RAMON    DANVILLE    PLEASANTON    LIVERMORE    OTHER

BIRTHDAY:    MONTH: _____    DATE: _____    YEAR: _____

HOUSEHOLD SIZE:  1    2    3    4    5    6+          # OF DEPENDANTS:  1    2    3    4    5    6+

YEARLY GROSS HOUSEHOLD INCOME (BEFORE TAXES ARE DEDUCTED): (CIRCLE)

    $0 - $17,000        $17,001 - $30,000        $30,001 - $50,000

    $50,001 - $65,000        $65,001 - $80,000        $80,001 OR ABOVE

MARITAL STATUS: (CIRCLE)    MARRIED    DIVORCED    UNMARRIED    SEPARATED    WIDOWED

ETHNICITY: _____

CITIZENSHIP: (CIRCLE)    U.S. CITIZEN    PERMANENT RESIDENT    NON-RESIDENT/ALIEN

PREFERRED LANGUAGE: _____

ARE YOU A FIRST TIME HOMEBUYER? (CIRCLE)        YES        NO

ARE YOU A VETERAN: (CIRCLE)        YES        NO

CURRENT HOUSING SITUATION: (CIRCLE)    RENT    OWN    LIVE W/FAMILY

WHAT ARE YOUR HOUSING GOALS?: (PLEASE LIST) _____

_____

0211

**Housing Authority of the County of Alameda (HACA)**
**Section 8 Housing Choice Voucher Program**



**It's all about choice.**

**You choose where you want to live:**

- Find a new rental in Dublin or in any of the other ten cities or unincorporated areas in HACA's jurisdiction, or
- Move to any other city, county or state when you choose to transfer (Portability).
- You will be offered the opportunity to move back to the new development with your voucher.

**You choose what type of housing you want:**

- Single-family home, townhouse or apartment?
- What is important to you (close to schools, a garage, a pool, etc.)?

**How you use your voucher:**

- HACA will be your new Housing Authority and will be issuing your voucher.
- If you want to transfer to a unit outside of HACA jurisdiction, HACA staff will prepare your Portability Packet and will send it to the housing authority that has jurisdiction for where you want to relocate.
- If you stay within HACA jurisdiction, you will be assigned a Housing Specialist who is your contact person at HACA.
- Your voucher size depends on the number of people in your family.
- Your rent share will be affordable (usually 30% of your adjusted monthly income minus an allowance for utilities).
- You find a new home (you will have help from the relocation team for this) and you and the property owner complete a Request for Tenancy Approval (RTA). The RTA states how much rent the property owner is asking, what utilities you are responsible for paying and when the unit will be available for inspection.
- HACA staff will inspect your new home to make sure it meets Housing Quality Standards.
- You and the property owner agree upon a move in date (after the inspection passes) and you sign a lease with the property owner and move in. HACA will then begin a Housing Assistance Payments Contract (HAPC) with the property owner on your behalf.
- You continue to be responsible for certifying your eligibility every year. You must report income and family composition changes to HACA and abide by Section 8 Family Responsibilities.

**0212**