# ATTACHMENT 8

**Sample Interview Form – 'Businesses,
Non-profit Organizations and Farms'
follows immediately hereafter**

**(Remainder of Page Intentionally Left Blank)**

**0213**

# OVERLAND, PACIFIC & CUTLER, INC. - BUSINESS INTERVIEW FORM

CASE ID: _____    PROJECT: _____    Funding: _____

AGENCY: _____    CONSULTANT: _____

Parcel #: _____    County: _____    State / Federal    Project #: _____

### OCCUPANT INFORMATION

MAJOR EVENTS:

Site Move-In: _____

Claimant: _____    First Offer: _____

Address: _____    Initial Interview: _____

_____    IPR/F&E Walkthrough: _____

Site Owner: _____    Years Established: _____

| | NAME | TITLE | PHONE |
|---|---|---|---|
| CONTACT 1: | | | ( ) |
| CONTACT 2: | | | ( ) |
| Email: | | | ( ) ___ Fax |

Mailing Address (if different than above): _____

| OWNERSHIP TYPE: | ☐ Sole Proprietorship  ☐ Partnership  ☐ Corporation  ☐ Non-Profit/Type: |
|---|---|
| OCCUPANCY STATUS: | ☐ Rent  ☐ Lease  ☐ Mortgage  ☐ Own (Clear)  ☐ Vacant  ☐ No Contact |
| ETHNICITY: | ☐ White  ☐ Hispanic  ☐ Black  ☐ Asian  ☐ Other: |
| PRIMARY LANGUAGE: | ☐ English  ☐ Spanish  ☐ Other: |

## BUSINESS INFORMATION

Business Description/Product or Service:  ☐ Office  ☐ Retail  ☐ Manufacturing  ☐ Warehouse  ☐ Service  ☐ Other:

Special Features:
Parking:
Zoning:
Clearance/ Height:

Loading/Docks/Cranes/Access:

Hazardous Materials/Disposal/Emissions/Handling/Storage/UST:

Relocate Business:  ☐ Yes  ☐ No

Monthly Occupancy Payment:  $ _____

Terms: _____

Options: _____

Number of Employees:  FT: _____  PT: _____

| Special Permits? | ☐ Yes  ☐ No | Any leased equipment on site? | Annual Gross Sales:  $ _____ |
|---|---|---|---|
| Special Utilites ? | ☐ Yes  ☐ No | | Annual Net Income:  $ _____ |
| Outside Specialists Required? | ☐ Yes  ☐ No | | Federal ID # |

Est. Value of Property to be moved: $ _____    Inventory List Available? Yes / No

Obsolete or Equipment can't be moved?  /describe  ☐ Yes  ☐ No

Office/Retail sq.ft.: _____

Whse/Shop sq.ft.: _____

Multiple Businesses on Site?  ☐ Yes  ☐ No    Open Yard sq.ft.: _____

Sub-Leasing to Others?  ☐ Yes  ☐ No    Est. time to move:  Best time:

Other Locations? Where?  ☐ Yes  ☐ No    Est. time to locate repl. Site?

Franchise?  ☐ Yes  ☐ No    Advance $$ needed?  ☐ Yes  ☐ No

Customer Source/area:

0214

**Significant Improvements/Equipment/Machinery:**

**Replacement Property Requirements   Area/Facility Preference and size / Access/disabilities:**

**Comments:**

**Certification:**

I (We) certify that all of the information on this survey is true and correct to the best of my (our) knowledge. The information contained herein shall be treated confidentially to the extent allowed by law.

Respondent(s): _____    Date: _____

_____    Date: _____

Interviewer: _____    Date: _____

0215

# ATTACHMENT 9

## INFORMATIONAL STATEMENT FOR BUSINESSES, NONPROFIT ORGANIZATIONS AND FARMS

### *Introduction*

As you are aware, the Dublin Housing Authority (referred to as the "Displacing Agency") has made the determination to dispose of the Arroyo Vista public housing complex, where you currently conduct your business. As the project schedule proceeds, it will require you to move and relocate your business. You will be notified in a timely manner as to the date by which you must move.

Please read this information as it will be helpful to you in determining your eligibility and the amount of your relocation benefits under the federal and/or state law. We suggest you save this informational statement for reference.

This is not a notice to move. It is important that you do not move before you learn what you must do to receive relocation payments and other assistance to which you may be entitled. The Agency has retained the services of Overland, Pacific & Cutler, Inc. (OPC), a qualified professional relocation firm, to assist you. The firm is available to explain the program and benefits. Their address and telephone number is:

 **Overland, Pacific & Cutler, Inc.**
**7901 Oakport Street, Suite 4800**
**Oakland, California 94621**
**Telephone: (877) 972-8908**

Spanish speaking representatives are available. Si necesita esta información en Español, por favor llame a su representante.

## Summary of Relocation Assistance

As an eligible displaced person, you will be offered appropriate financial and advisory assistance to help you relocate, including:

A.    Payment for your moving expenses. You will receive either:

- A Payment for Actual Reasonable Moving and Related Expenses, or
- A Fixed Payment In Lieu of a Payment for Actual Moving and Related Expenses

B.    Referrals to suitable replacement locations.

C.    Other help to reestablish your business and minimize the impact of the move including help in preparing claim forms to request relocation payments.

If you disagree with the Agency's decision as to your right to a relocation payment, or the amount of the payment, you may appeal that decision.

**0216**

## SOME GENERAL QUESTIONS

### How will I know I am eligible for relocation assistance?

Ordinarily, eligibility begins on the date the owner of the property receives the Agency's initial written offer to purchase it. Therefore, you should not move before that date. If you do, you may not be eligible for relocation assistance.

### How Will the Agency Know How Much Help I Need?

You will be contacted at an early date and personally interviewed by a representative of the Agency to determine your needs and preferences for a replacement location and other services. The interviewer will ask questions about such matters as your space requirements. It is to your advantage to provide the information so that the Agency, through its relocation consultant, can assist you in moving with a minimum of hardship. The information you give will be kept in confidence.

### How Soon Will I Have to Move?

Every reasonable effort will be made to provide you with sufficient time to find and reestablish your business in a suitable replacement location. If possible, a mutually agreeable date for the move will be worked out. Unless there is an urgent need for the property (e.g., your occupancy would present a health or safety emergency), you will not be required to move without at least 90 days advance written notice. It is important, however, that you keep in close contact with the Agency so that you are aware of the time schedule for carrying out the project and the approximate date by which you will have to move.

### I Own The Property; Will I Be Paid For It Before I Have To Move?

If you reach a voluntary agreement to sell your property to the Agency, you will not be required to move before you receive the agreed purchase price. If the property is acquired through an eminent domain proceeding, you cannot be required to move before the estimated fair market value of the property has been deposited with the court. (You should be able to withdraw this amount immediately, less any amounts necessary to pay off any mortgage or other liens on the property and to resolve any special ownership problems. Withdrawal of your share of the money will not affect your right to seek additional compensation for your property).

### Will I Have To Pay Rent To The Agency Before I Move?

You may be required to pay a fair rent to the Agency for the period between the acquisition of your property and the date that you move. Your rent and the terms of your tenancy will be generally the same as in the prior arrangement.

### How Will I Find A Replacement Location?

The Agency will provide you with current and continuing information on available replacement locations that meet your needs. The Agency may also provide you with the names of real estate agents and brokers who can assist you in finding the type of replacement location you require. While the Agency will assist you in obtaining a suitable replacement location, you should take an active role in finding and relocating to a location of your choice. No one knows your needs better than you. You will want a facility that provides sufficient space for your planned activities. You will also want to ensure that there are no zoning or other requirements which will unduly restrict your planned operations. Ask the Agency to explain which kind of moving costs are eligible for repayment and which are not eligible. That will enable you to carry out your move in the most advantageous manner.

**0217**

## What Other Assistance will be Available to Help Me?

In addition to help in finding a suitable replacement location, other assistance, as necessary, will be provided by the Agency. This includes information on Federal, State, and local programs that may be of help in reestablishing a business. For example, the Small Business Administration (SBA) provides managerial and technical assistance to some businesses. There may also be a government grant or loan program which can help you reestablish your business. The Agency will assist you in applying for help available from government agencies. The range of services depends on the needs of the business being displaced. You should ask the Agency representative to tell you about the specific services that will be available to you.

## I Have A Replacement Location And Want To Move. What Should I Do?

Before you make any arrangements to move, notify the Agency, in writing, of your intention to move. This should be done at least 30 days before the date you begin your move. The Agency will discuss the move with you and advise you of the relocation payment(s) for which you may be eligible, the requirements to be met, and how to obtain a payment.

## I Plan To Discontinue My Business Rather Than Move. What Should I Do?

If you have decided to discontinue your business rather than reestablish, you may still be eligible to receive a payment. Contact the Agency and discuss your decision to discontinue your business. You will be informed of the payment, if any, for which you may be eligible, the requirements to be met, and how to obtain your payment.

## What Kinds of Payments For Moving Expenses Will I Receive?

Every business is entitled to a relocation payment to cover the reasonable cost of moving. You may choose either:

A. A **Payment for Actual Reasonable Moving and Related Expenses,** or
B. A **Fixed Payment In Lieu of Moving and Related Expenses** (if you meet the eligibility requirements).

## What is Payment for Actual Reasonable Moving and Related Expenses?

If you choose a Payment for Actual Reasonable Moving and Related Expenses, you may claim the cost of:

A. Transportation of personal property from your present location to the replacement location. (Generally, transportation costs are limited to a distance of 50 miles. If you plan to move beyond 50 miles, discuss your planned move with the Agency.)

B. Packing, crating, uncrating, and unpacking personal property.

C. Disconnecting, dismantling, removing, reassembling, and installing relocated and substitute machinery, equipment and other personal property. This includes connection to utilities available nearby and modifications necessary to adapt such property to the replacement structure or to the utilities or to adapt the utilities to the personal property. This includes alterations to the replacement structure required to reinstall machinery, equipment or other personal property

D. Storage of personal property for a reasonable period of time, if required, at the Agency's discretion.

E. Insurance of personal property in connection with the move and required storage and the replacement value of property lost, stolen, or damaged in the process of moving where insurance is not readily available.

F. Any license, permit or certification required by the displaced business, to the extent that the cost is (1) necessary to its reestablishment at the replacement location and (2) does not exceed the cost for the remaining useful life of the existing license, permit, or certification.

G. Reasonable and underlined preauthorized professional services, including architects, attorneys, and engineer's fees, and consultant's charges, necessary for (1) planning the move of the personal property, (2) moving the personal property, or (3) installing the relocated personal property at the replacement location.

H. Re-lettering signs, printing replacement stationery made obsolete by the move and customer notifications.

0218

I.    The reasonable cost incurred in attempting to sell an item that is not relocated.

J.    Actual direct loss of personal property. This payment provides compensation for property that is neither moved nor promptly replaced with a "substitute item" at the replacement location. Payment is limited to the lesser of: (1) the estimated cost of moving the property or (2) the fair market value of the property for its continued use at the old location, less any proceeds from its sale. To be eligible, you must make a good faith effort to sell the property, unless the Agency determines that such effort is not necessary.

K.    Purchase and installation of substitute personal property. Payment will be limited to the lesser of: (1) the estimated cost to move the item to the replacement location, or (2) the actual cost of the substitute item delivered and installed at the replacement location, less any proceeds from its sale or its trade-in value. It is important to discuss your plans with the Agency before you proceed.

L.    Searching for a replacement location. This payment may not exceed $1,000.00 and may cover costs for:

- Transportation expenses
- Time spent searching for a replacement location, based on a reasonable salary or earnings
- Reasonable fees paid to real estate agents or brokers to find a replacement location (not fees related to the purchase of a site)
- Meals and lodging away from home

The Agency representative will explain all eligible moving costs, as well as, those which are not eligible. You must be able to account for all costs that you incur; so keep all your receipts. The Agency will inform you of the documentation needed to support your claim.

You may minimize the amount of documentation needed to support your claim, if you elect to "self-move" your property. Payment for self-move is based on the amount of an acceptable low bid or estimate obtained by the Agency. If you self-move, you may move your personal property using your own employees and equipment or a commercial mover. If you and the Agency cannot agree on an acceptable amount to cover the cost of the "self-move," you will have to submit full documentation in support of your claim.

You may elect to pay your moving costs yourself and be reimbursed by the Agency or, if you prefer, you may have the Agency pay the mover directly. In either case, let the Agency know before you move. Select your mover with care. The Agency representative can help you select a reliable and reputable mover.

When a payment for "actual direct loss of personal property" or "substitute personal property" is made for an item, the estimated cost of moving the item may be based on the lowest acceptable bid or estimate obtained by the Agency. If not sold or traded-in, the item must remain at the old location and ownership of the item must be transferred to the Agency before you may receive the payment.

## What are Reestablishment Expenses?

A small business, farm or non-profit organization may be eligible to receive a payment of up to $10,000 for expenses actually incurred in relocating and reestablishing such operation at a replacement site.

Eligible expenses must be reasonable and necessary, as determined by the Agency. They may include but are not limited to the following:

A.    Repairs or improvements to the replacement real property as required by federal, state or local law, code or ordinance.

B.    Modifications to the replacement property to accommodate the business operation or make replacement structures suitable for conducting the business.

C.    Construction and Installation costs for exterior signage to advertise the business.

D.    Provision of utilities from right-of-way to improvements on the replacement site.

**0219**

E.  Redecoration or replacement of soiled or worn surfaces at the replacement site, such as paint, paneling or carpeting.

F.  Licenses, fees, and permits where not paid as part of moving expenses.

G.  Feasibility surveys, soil testing and marketing studies.

H.  Advertising of replacement location.

I.  Professional services in connection with the purchase or lease of a replacement site.

J.  Estimated increased costs of operation during the first 2 years at the replacement site, for such items as:

   1.  Lease or rental charges
   2.  Personal or real property taxes
   3.  Insurance premiums, and
   4.  Utility charges (excluding Impact fees)

K.  Impact fees or one-time assessments for anticipated heavy utility usage.

L.  Other items that the Agency considers essential to the reestablishment of the business.


### What Expenses Are _Not_ Eligible for Reestablishment Payment?

The following is a non-exclusive listing of reestablishment expenditures not considered to be reasonable, necessary or otherwise eligible:

A.  Purchase of capital assets, such as, office furniture, filing cabinets, machinery or trade fixtures.

B.  Purchase of manufacturing materials, production supplies, product inventory, or other items used in the normal course of the business operation.

C.  Interior or exterior refurbishment at the replacement site, except as otherwise provided for under the business reestablishment payment.

D.  Interest costs associated with any relocation expense or the purchase of replacement property.

E.  Payment to a part-time business in the home which does not contribute materially to the household income.


### What is Fixed Payment In Lieu Of A Payment For Actual Reasonable Moving And Related Expenses?

A Fixed Payment In Lieu Of a Payment for Actual Reasonable Moving and Related Expenses to a business or farm operation is based on the average annual net earnings of the business or farm operation. The payment to an eligible business or farm operation may not be less than $1,000.00, nor more than $20,000.00. The nonprofit organization may be eligible for a payment from $1,000.00 to $20,000.00 subject to the following:

A displaced nonprofit organization may choose a fixed payment as stated above if the Agency determines that it cannot be relocated without a substantial loss of existing patronage (membership or clientele.) A nonprofit organization is assumed to meet this test, unless the Agency demonstrates otherwise. Any payment in excess of $1,000.00 must be supported with financial statements for the two 12 month periods prior to displacement. The amount to be used for the payment is the average of the last two (2) years annual net earnings. Documentation required may be income tax returns, certified financial statements and accounting records or other similar evidence acceptable to the Agency.

To qualify for an In-Lieu payment:

A.  A displaced **business**:

    1.  Must own or rent personal property which must be moved in connection with the displacement and for which an expense would be incurred in such move, and the business vacates or relocates from its displacement site.

    2.  Must be unable to relocate without a substantial loss of existing patronage.

    3.  Must not be part of a commercial enterprise having more than three other establishments which are not being acquired by the Agency, and which are engaged in the same or similar business activities.

    4.  Must not be operated at a displacement dwelling/site solely for the purpose of renting such dwelling/site to others.

    5.  Must have contributed materially to the income of the displaced person during the two (2) taxable years prior to displacement.

B.  A displaced **nonprofit organization** (1) must be unable to relocate without a substantial loss of its existing patronage; and, (2) must not be part of an enterprise having more than three other establishments which are not being acquired by the Agency.

C.  A displaced **farm operation** must meet certain minimum income requirements.

The average annual net earnings of a business or farm operation are one-half of its net earnings before Federal, State, or local income taxes during the two (2) taxable years immediately prior to the taxable year in which it was displaced. If not in business for a full two years prior to displacement, the net earnings shall be based on the actual period of operation at the acquired site projected to an annual rate. Average net earnings may be based on a different period of time when the Agency determines it to be more equitable. Net earnings include any compensation paid to the owners of the business, a spouse or dependents. The displaced person shall furnish the Agency proof of net earnings through income tax returns, certified financial statements, or other reasonable evidence which the Agency determines is satisfactory.

The Agency will inform you as to your eligibility for this payment and the documentation you must submit to support your claim. Remember, when you elect to take this payment you are not entitled to reimbursement for any other moving expenses.

### I Own An Outdoor Advertising Display. What Relocation Payment Will I Receive?

As the owner of an outdoor advertising display, you are eligible for a 'Relocation Payment For Actual Reasonable Moving And Related Expenses'. You are not eligible to receive a 'Payment In Lieu Of A Payment For Actual Reasonable Moving And Related Expenses'.

If you choose not to relocate or replace the sign, the payment for "direct loss of personal property" would be the lesser of: (1) the depreciated reproduction cost of the sign, as estimated by the Agency, less the proceeds from its sale, or (2) the estimated cost of moving the sign without temporary storage. The Agency will inform you as to the exact costs that may be reimbursed.

### How do I File a Claim for a Relocation Payment?

You must file a claim for a relocation payment. The Agency will provide you with the required claim forms, assist you in completing them, and explain the type of documentation that you must submit in order to receive your relocation payments. If you must pay any relocation expenses before you move (e.g., because you must provide a security deposit if you lease your new location), discuss your financial needs with the Agency. You may be able to obtain an advance payment. An advance payment may be placed in "escrow" to ensure that the move will be completed on a timely basis.

If you are a tenant, you must file your claim within 18 months after the date you move. If you own the property, you must file within 18 months after the date you move, or the date you receive the final acquisition payment, whichever is later. However, it is to your advantage to file as soon as possible after you move. The sooner you submit your claim, the sooner it can be processed and paid. If you are unable to file your claim within 18 months, the Agency may extend this period.

You will be paid promptly after you file an acceptable claim. If there is any question regarding your right to a relocation payment or the amount of the payment, you will be notified, in writing, of the problem and the action you may take to resolve the matter.

### Appeals

If you disagree with the Agency's decision as to your right to a relocation payment or the amount of payment, you may appeal the decision to the Agency. The Agency will inform you of its appeal procedures. At a minimum, you will have 18 months to file your appeal with the Agency. Your appeal must be in writing. However, if you need help, the Agency will assist you in preparing your appeal. If you are not satisfied with the final appeal decision, you may seek review of the matter by the courts.

### Tax Status of Relocation Benefits

Relocation benefit payments are not considered as income for the purpose of the Internal Revenue Code of 1986 or the Personal Income Tax Law, Part 10 (commencing with Section 17001) of Division 2 of the Revenue and Taxation Code, or the Bank and Corporation Tax law, Part 11(commencing with Section 23001) of Division 2 of the Revenue and Taxation Code. The preceding statement is not tendered as legal advice in regard to tax consequences, and displacees should consult with their own tax advisor or legal counsel to determine the current status of such payments.

### Lawful Presence Requirement

Pursuant to the Public Law 105-117 of 11-21-97, in order to be eligible to receive non-residential relocation benefits in federally-funded relocation projects, the owner of a sole proprietorship and all owners of a partnership must provide information regarding their lawful presence in the United States, and a for-profit or a non-profit corporation must certify that it is authorized to conduct business in the United States. Sole proprietorships or partnerships with owners who are not lawfully present in the United States, or who decline to provide this information, may be denied relocation benefits. Relocation benefits will be prorated to reflect the number of owners with certified lawful presence in the US.

### Additional Information

If you have further questions after reading this brochure, contact Overland, Pacific & Cutler, Inc. and discuss your concerns with your relocation representative. You may wish to read the California Relocation Assistance Act regulations which describe the relocation process in more detail.

November, 2007

# ATTACHMENT 10
# ARROYO VISTA DEVELOPMENT PROJECT
# APPEALS / GRIEVANCE PROCEDURES

**Purpose.**

The purpose of this procedure is to set forth the Dublin Housing Authority's ("DHA") guidelines for processing appeals from determinations as to eligibility, the amount of a relocation payment or the failure to provide comparable replacement housing referrals.

**Right of Review.**

(a) Any complainant, that is any person who believes himself/herself aggrieved by a determination by DHA as to eligibility, the amount of a relocation payment or failure to provide comparable replacement housing referrals, may, at his or her election, have his/her claim reviewed and reconsidered by DHA in accordance with the procedures set forth herein, as supplemented by the procedures DHA may establish for the conduct of hearings.

(b) A person or organization directly affected by the relocation project may petition the California Housing and Community Development Department ("HCD") to review DHA's final relocation plan to determine if the plan is in compliance with state laws and guidelines, or to review the implementation of the relocation plan to determine if DHA is acting in compliance with its relocation plan.

**Notification to Complainant.**

If DHA denies or refuses to consider a claim, DHA's notification to the complainant of its determination shall inform the complainant of its reasons, and the applicable procedures for obtaining review of the decision. If necessary, such notification shall be printed in a language other than English.

**Stages of Review by DHA.**

(a) **Request for Further Written Information**. A complainant may request DHA to provide him or her with a full written explanation of its determination and the basis therefore, if he/she feels that the explanation of DHA's determination accompanying the payment of the claim or notice was incorrect or inadequate. DHA shall provide such an explanation to the complainant within three weeks of its receipt of his or her request.

(b) **Informal Oral Presentation**. A complainant may request an informal oral presentation before seeking formal review and reconsideration. A request for an informal oral presentation shall be filed with DHA within the period described in subsection (d) of this section. DHA shall afford the complainant the opportunity to make such presentation before a management-level Housing Authority staff person designated by the Executive Director and who has not previously participated in the relocation decision. The complainant may be represented by an attorney or other person of his/her choosing at his/her expense.

0223

This oral presentation shall enable the complainant to discuss the claim with the designated Housing Authority staff person. The designated Housing Authority staff person shall make a summary of the matters discussed in the oral presentation to be included as part of DHA's file on the complainants relocation. The right to formal review and reconsideration shall not be conditioned upon requesting an oral presentation.

(c) **Written Request for Review and Reconsideration**. At any time within the period described in subsection (d) below, a complainant may file a written request with DHA for formal review and reconsideration. The complainant may include in the request for review any statement of fact within the complainant's knowledge or belief or other material that may have a bearing on the appeal. If the complainant requests more time to gather and prepare additional material for consideration or review and demonstrates a reasonable basis therefore, DHA may grant the complainants request by granting the complainant a definite period of time to gather and prepare materials.

(d) **Time Limit for Requesting Review**. A complainant desiring either an informal oral presentation or seeking formal review and reconsideration, shall make a request to DHA within eighteen (18) months following the date he/she moves from the property.

**Formal Review and Reconsideration by DHA.**

(a) **General**. DHA shall consider the request for formal review and shall decide whether a modification of its initial determination is necessary. This formal review shall be conducted by the Dublin Housing Authority Commission (the "Board"). The Board shall consider the complaint regardless of form, and DHA staff shall, if necessary, provide assistance to the claimant in preparing the written claim. When a claimant seeks review, Board staff shall inform him/her that he/she has the right to be represented by an attorney at the claimant's expense, to present his/her case by oral or documentary evidence, to submit rebuttal evidence, to conduct such cross-examination as may be required for a full and true disclosure of facts, and to seek judicial review once he/she has exhausted the administrative appeal.

(b) **Scope of Review**. The Board shall review and reconsider the initial determination of the claimant's case in light of: (1) all material upon which DHA based its original determination, including all applicable rules and regulations, except that no evidence shall be relied upon where a claimant has been improperly denied an opportunity to controvert the evidence or cross-examine the witness(es); (2) the reasons given by the claimant for requesting review and reconsideration of the claim; (3) any additional written or relevant documentary material submitted by the claimant; (4) any further information which the Board, in its discretion, obtains by request, investigation, or research, to ensure fair and full review of the claim.

(c) **Determination on Review by Board**. The determination on review by the Board shall include, but is not limited to: (1) the Board's decision on reconsideration of the claim; (2) the factual and legal basis upon which the decision rests, including any pertinent explanation or rationale; and (3) a statement to the claimant that administrative remedies have been exhausted and judicial review may be sought. The determination shall be in writing with a copy provided to the claimant. The Board's decision shall be binding on DHA.

(d) **Time Limits**. DHA shall issue its determination on review as soon as possible but no later than six weeks from the date of the hearing. In the case of complaints dismissed for un-timeliness or for any other reason not based on the merits of the claim, DHA shall furnish a written statement to the claimant stating the reason for the dismissal of the claim as soon as possible but not later than two weeks from receipt of the last material submitted by the claimant, or the date of the hearing, whichever is later.

**Refusals to Waive Time Limitation.**

Whenever DHA rejects a request by a claimant for a waiver of the time limits, the claimant may file a written request for reconsideration of this decision, except that such written request for reconsideration shall be filed within 90 calendar days of the claimant's receipt of DHA's determination.

**Extension of Time Limits.**

The time limits specified may be extended for good cause by DHA.

**Recommendations by Third Party.**

Upon agreement between the claimant and DHA, a mutually acceptable third party or parties may review the claim and make advisory recommendations thereon to DHA for its final determination. In reviewing the claim and making recommendations to DHA, the third party or parties shall be guided by the provisions of this Appeals/Grievance Procedure.

**Review of Files by Claimant.**

Except to the extent the confidentiality of material is protected by law or its disclosure is prohibited by law, DHA shall permit the claimant to inspect all files and records bearing upon his or her claim or the prosecution of the claimant's grievance. If a claimant is improperly denied access to any relevant material bearing on his or her claim, such material may not be relied upon in reviewing the initial determination.

**Effect of Determination on Other Persons.**

The principles established in all determinations by DHA shall be considered as precedent for all eligible persons in similar situations regardless of whether or not a person has filed a written request for review. All written determinations shall be kept on file and available for public review.

**Right to Counsel.**

Any aggrieved party has a right to representation by legal or other counsel at his or her expense at any and all stages of the proceedings set forth in this procedure.

**Stay of Displacement Pending Review.**

If a complainant seeks to prevent displacement, DHA shall not require the complainant to move until at least 20 calendar days after DHA has made a determination and the complainant has had an opportunity to seek judicial review. In all cases DHA shall notify the complainant in writing 20 calendar days prior to the proposed new date of displacement.

**0225**

**Joint Complainants.**

Where more than one person is aggrieved by the failure of DHA to refer them to comparable permanent replacement housing, the complainants may join in filing a single written request for review. A determination shall be made by DHA for each of the complainants.

**Judicial Review.**

Nothing in this Appeals/Grievance Procedure shall in any way preclude or limit a claimant or DHA from seeking judicial review of a claim upon exhaustion of such administrative remedies as are available herein.

Ramón P. Arias
Executive Director

 **BAY AREA LEGAL AID**

**WORKING TOGETHER FOR JUSTICE**

March 14, 2008

Via E-Mail to drichman@opcservices.com

David J. Richman
Overland, Pacific & Cutler, Inc.
7901 Oakport Street, Suite 4800
Oakland, CA 94621

Re: Comments to January 2008 Draft Arroyo Vista Relocation Plan

Dear Mr. Richman:

Dublin Housing Authority made a draft relocation plan for Arroyo Vista available to some residents on April 12, 2008. I am submitting the enclosed comments regarding that draft relocation plan on behalf of the following Arroyo Vista residents:

Kirk Ackerman              Maria Mendoza
Jacqueline Amador          Bonnie McCamon
Felise Augafa              Joyce McQuarters
Darlene Brown              Sherlita McQuarters
Carata DeRamous            Marilyn Nichols
Ramona Frydendal           Elizabeth Rigney
Larenzo Goodman            Glynis Smith
Surjit Lakha               Dwayne Thomas

Please attach these comments to the Draft Plan and include them with the submission of the Plan for consideration by the DHA Commission on April 15, 2008. Please also provide each commenting resident with a written response to comments.

Sincerely,

*Naomi Young*

Naomi Young
Bay Area Legal Aid

Alameda County Regional Office
405 14th Street, 11th Floor
Oakland, CA 94612

Phone: 510.663.4744
Toll Free: 800.551.5554
Fax: 510.663.4740

www.baylegal.org

0227

LSC

Serving the counties of Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Santa Clara

Tenant Name: _KINK ALKENMAN_

Address: _6200 DONLATY RD. #14A_
_DUBLIN, CA 94568_

March 14, 2008

Via E-Mail to drichman@opcservices.com

David J. Richman
Overland, Pacific & Cutler, Inc.
7901 Oakport Street, Suite 4800
Oakland, CA 94621

Re: Comments to January 2008 Draft Arroyo Vista Relocation Plan

Dear Mr. Richman:

These are my comments regarding the draft relocation plan for Arroyo Vista that OPC
made available to some residents on April 12, 2008. Please include my comments as part
of the Draft Plan and please send me a written response.

_I NEED TO LIVE IN DUBLIN
TO BE CLOSE TO MY MEDICAL PROVIDERS
& MY FAMILY THAT LIVES NEARBY
IN PLEASANTON._

_THANK-YOU_

Date: _____

Signature: _____

**0228**

☐ Comments continue on next page(s)            Page 1 of _____

Tenant Name: _Jacqueline Amador_
Address: _0700 Dougherty Rd #89_
_Dublin CA 94568_

March 14, 2008

Via E-Mail to drichman@opcservices.com

David J. Richman
Overland, Pacific & Cutler, Inc.
7901 Oakport Street, Suite 4800
Oakland, CA  94621

Re: Comments to January 2008 Draft Arroyo Vista Relocation Plan

Dear Mr. Richman:

These are my comments regarding the draft relocation plan for Arroyo Vista that OPC made available to some residents on April 12, 2008.  Please include my comments as part of the Draft Plan and please send me a written response.

I didn't get a letter telling me or there was a relocation plan. I would like to stay and live in dublin due to my son in School & My doctors. and I also work in dublin & pleasanton. I need to stay in dublin due to my health and medical. My Son also Stared School and it took more than half the year to get us to it and now hes happy and I don't wish for him to move to a new place and Start all over agin. the School is close to the home we live in. I also have lived in dublin 17 years and in the tri valley Area

Date: _____
Signature: _____

**0229**

☐ Comments continue on next page(s)          Page 1 of _____

for over 30 years my family lives also in Arryo Vista. my mother is very old She can not be moveing from place to place. I have not been able to find a place that takes my size Section 8 all Section 8 places are over my Section 8 size. I don't Want to live anywhere else I don't went to live in Oakland due to all the homésicels and I don't like that area I also have not found a place due discrimination of Section 8.

Tenant Name: *Felise Augafa*

Address: *6700 Dougherty Rd. Apt 116*
*Dublin, CA 94568*

March 14, 2008

Via E-Mail to drichman@opcservices.com

David J. Richman
Overland, Pacific & Cutler, Inc.
7901 Oakport Street, Suite 4800
Oakland, CA 94621

Re: Comments to January 2008 Draft Arroyo Vista Relocation Plan

Dear Mr. Richman:

These are my comments regarding the draft relocation plan for Arroyo Vista that OPC
made available to some residents on April 12, 2008. Please include my comments as part
of the Draft Plan and please send me a written response.

*I was never asked to participate in a relocation committee or in the preparation of this relocation plan.*

*The relocation plan does not address my family need, I am currently struggling trying to meet my family's need every month and the plan does not guarantee any long term support. OPC has not yet made any effort to meet with my family to consider our needs.*

*I have six children who currently attend School in the Dublin area, and really love their schools here and are looking forward to graduating here. My wife works in Dublin and close to our childrens schools which makes it easier to pick up & Drop them in School or home. Our childrens Doctors are all here in the Dublin area and not looking to change. Two of my Children attend Las Positas which is a convenient*

Date: *3/13/08*

Signature: *Felise Cf*

*augafaf@yahoo.co*

☒ Comments continue on next page(s)          Page 1 of *2*

**0231**

campus for them and close to home. I have been trying to repair my credits but when you're raising 6 children paycheck to paycheck its a different story. I have not yet been able to meet with anyone from OPC yet, but I feel that we should not be moved out knowing that we can't support my family and may not have the support we need to make it anywhere else.

I feel that not enough information is provide to know whether I can still find a place in Dublin where I can pay the same amount I'm paying now in my Dublin housing.

The housing need to look at raising the financial support from Deposits to credit check fees, and other moving cost, because it

Dublin housing Authority should pay the difference between the housing payment standard of another housing authority and the asking rent so long as the asking rent is below the asking rent is below the payment standard for dublin

Tenant Name: _Darlene Brown_

Address: _6 700 Dougherty Rd_
_# 96_

March 14, 2008

Via E-Mail to drichman@opcservices.com

David J. Richman
Overland, Pacific & Cutler, Inc.
7901 Oakport Street, Suite 4800
Oakland, CA 94621

Re: Comments to January 2008 Draft Arroyo Vista Relocation Plan

Dear Mr. Richman:

These are my comments regarding the draft relocation plan for Arroyo Vista that OPC
made available to some residents on April 12, 2008. Please include my comments as part
of the Draft Plan and please send me a written response.

_I didn't receive a letter telling_
_me there was a relocation plan_
_to Review._
_I was never invited to participate_
_on the relocation committee._

_I would like to continue to reside_
_in Dublin because it is close to my_
_doctors for I am disabled and make_
_frequent trips to the Doctor_

_If I get a section 8 voucher will_
_I have a change to use the voucher_
_I am concerned about the 60 days_

Date: _3-13-08_

Signature: _Darlene Brown_

☐ Comments continue on next page(s)          Page 1 of _2_          **0233**

in which the voucher has to be used. If not used within Sixty Days the voucher is null and it will lose my section 8 voucher. I was told that when I receive my 90 day notice to call OPC and they (OPC) would send me a list of places to go and look at for possibly moving into.

Security Deposit being offered. is not sufficient to cover moving expenses!

Need to advance moving expenses security Deposit, credit check etc) to expedite move otherwise this will cause a hardship.

I am not interested in moving to Oakland, fore I have lived in Dublin for the past 15 years and would like to remain in the Dublin area. Oakland Crime Rate is too high also and mainly.

Comments to January 2008 Draft Arroyo Vista Relocation Plan, Page 2 of 2

Tenant Name: Darlene Brown

0234

Tenant Name: Carata DeRamous
Address: 6700 Dougherty Rd #66
Dublin, CA 94568

March 14, 2008

Via E-Mail to drichman@opcservices.com

David J. Richman
Overland, Pacific & Cutler, Inc.
7901 Oakport Street, Suite 4800
Oakland, CA 94621

Re:  Comments to January 2008 Draft Arroyo Vista Relocation Plan

Dear Mr. Richman:

These are my comments regarding the draft relocation plan for Arroyo Vista that OPC
made available to some residents on April 12, 2008.  Please include my comments as part
of the Draft Plan and please send me a written response.

I Live in Dublin 2 years

Want to Stay in Dublin for good
School. Neighborhood.
they have great after School programs
my Gerandson Love is school
Education great.

I live in Oakland for a long time
But went I move to Dublin
I have it. good Neighborhood. School

my Credit is not so good

I do not wont to move.

Date: 3/13/08

Signature: _____

Tenant Name: *Ramona M Prydendal*
Address: *6700 Dougherty Rd. # 148*

March 14, 2008

Via E-Mail to drichman@opcservices.com

David J. Richman
Overland, Pacific & Cutler, Inc.
7901 Oakport Street, Suite 4800
Oakland, CA  94621

Re:  Comments to January 2008 Draft Arroyo Vista Relocation Plan

Dear Mr. Richman:

These are my comments regarding the draft relocation plan for Arroyo Vista that OPC
made available to some residents on April 12, 2008.  Please include my comments as part
of the Draft Plan and please send me a written response.

*Moving will be a hardship. I need full access to*
*my house. I am very claustrophobic. I've*
*never lived in apt. I must stay in Dublin.*
*I still work here.*

*I did not get notice that a relocation plan*
*was available. Never knew I could be part*
*of the relocation plan.*

*I am extremely stressed by all this even to the*
*point of medication!*

*We should not be charged for credit checks*
*and security payments. This was your idea*
*not mine.*

Date: *3-13-08*

Signature: _____

There should be no (time) limitation for the Section 8

You need to pay the full security deposit! This whole business is a hardship for an almost 80 year old person! When I moved to Arroyo Vista, I felt sure it would be my last

Tenant Name: LARENZO Goodman

Address: 6100 doughtery Rd. Apt #110

March 14, 2008

Via E-Mail to drichman@opcservices.com

David J. Richman
Overland, Pacific & Cutler, Inc.
7901 Oakport Street, Suite 4800
Oakland, CA 94621

Re:  Comments to January 2008 Draft Arroyo Vista Relocation Plan

Dear Mr. Richman:

These are my comments regarding the draft relocation plan for Arroyo Vista that OPC made available to some residents on April 12, 2008. Please include my comments as part of the Draft Plan and please send me a written response.

I have indicated several times, that my family must reside in Dublin CA 94568 or San Ramon, CA 94583. If we must reside in this Area it, I have established a Relationship with my docter in the area, and I am also on Several of the local commitee & groups. I have networked with people moving back for my future. In order to go forth with my plan in the community I need to Reside in the area, although my mom has a vehicle for our commute but we dont all have money for our Commute. I am at a School that is among the best in the State an do not wish to move. our unit New ~~commuemen~~ is in a great location and, I believe I am being dis placed therefore I Believe the OPC Should Find me Somwhere within 5-7 miles of my current Residence.

Date: 3-13-08

Signature: Larena Goodman

Tenant Name: *Surjit Lakha*

Address: *6700 Dougherty Rd #88*
*Dublin CA 94568*

March 14, 2008

Via E-Mail to drichman@opcservices.com

David J. Richman
Overland, Pacific & Cutler, Inc.
7901 Oakport Street, Suite 4800
Oakland, CA 94621

Re: Comments to January 2008 Draft Arroyo Vista Relocation Plan

Dear Mr. Richman:

These are my comments regarding the draft relocation plan for Arroyo Vista that OPC made available to some residents on April 12, 2008. Please include my comments as part of the Draft Plan and please send me a written response.

*I didn't recieved a letter to telling me about the relocation plan. I was never invited to particiate in a relocation committee. the reason I need to live in Dublin but OPC has not address that I need for my. I work in Dublin and I have been @ this job for 5 years. Also my kids goes to Dublin School. My kids ages are 15, 16 and 14 yrs (3 kids) my all familys all my familys are in Dublin No were else. as for the credit checks I cannot offer afford for it because I don't make enough of money plus every credit check we do it goes against our credit and make it as a bad credit*

Date: *3/13/08*

Signature: *Surjit Lakha*

Plus my family and my kids we look after each other kids we have a really good next door family. They give us referrals but it does not give us any plans for Dublin Tri Valleys I do not want to live in Oakland because I have no one there and I do not know the area. With all this it has cause me stress and anxiety. Not helping us enough cos cos caused help to stress. Can't find and housing that falls in 3 bedrooms. It cost to much budget. They tell me that we don't take section section 8 because they do bad things like drugs etc. But not all of us are like that. Like me and my family.

Tenant Name: *Maria Mendoza*
Address: *6700 Dougherty rd # 104*
*Dublin CA 94568*

March 14, 2008

Via E-Mail to drichman@opcservices.com

David J. Richman
Overland, Pacific & Cutler, Inc.
7901 Oakport Street, Suite 4800
Oakland, CA 94621

Re: Comments to January 2008 Draft Arroyo Vista Relocation Plan

Dear Mr. Richman:

These are my comments regarding the draft relocation plan for Arroyo Vista that OPC made available to some residents on April 12, 2008. Please include my comments as part of the Draft Plan and please send me a written response.

*I have not recived a letter of the creation of a relocation Plan, nor was I asked to participate in a relocation committee. The draft for the relocation plan dose address my familys needs. I would like/Need to Stay in or very close to dublin. I work in the dublin/pleasonton area. My section 8 voucher has not been explained to me in detail. I have faced discrimination in trying to apply for a new place to live. My family and I Both live in arroyo vista, Dublin is a wonderful city with wonderful public resources. My family has been in the tri-valley for 30 years and a move would turn our lifes in to a mess. Moving expenses and credit check fees should be addressed I would not like to move to Oakland Because of the fear we have for our saftey*

Date: *3/13/08*

Signature: *[signature]*

Tenant Name: _Bonnie M<sup>c</sup>Camon_

Address: _6700 Dougherty Rd #107_

_Dublin, CA. 94568_

March 14, 2008

Via E-Mail to drichman@opcservices.com

David J. Richman
Overland, Pacific & Cutler, Inc.
7901 Oakport Street, Suite 4800
Oakland, CA 94621

Re: Comments to January 2008 Draft Arroyo Vista Relocation Plan

Dear Mr. Richman:

These are my comments regarding the draft relocation plan for Arroyo Vista that OPC made available to some residents on April 12, 2008. Please include my comments as part of the Draft Plan and please send me a written response.

_I was not allowed to be a part of the relocation Committee but attended a meeting at the Dublin Library & want to address some issues._

_When I was contacted by OPC via the telephone, I advised the lady that I wanted to obtain a house in this area because my daughter is completing her education. She advised me that they would not have any houses but only apartments. The rudeness of this Communication with OPC brought my conversation to a Conclusion._

Date: _3/13/08_

Signature: _Bonnie M<sup>c</sup>Camon_

☐ Comments continue on next page(s)

Page 1 of _3_

**0243**

I have lived here in Dublin since 5/89 & have established myself in this community — and I feel that my request to obtain another home should be honored. There is no place in this city with rent comparable to my own. However, in this wavering job market — when people are still getting laid off daily — you are requesting that you would send me off up to 50 miles away! I have a daughter in Livermore with grandchildren & could not afford to be displaced from them since I do not have the resources comparable to my present status. I just lost my son in 1993 & am insistent that I remain here in the area. I feel that I have given back to this city. I was "Woman of the Year" in this senatorial district in 1997. & if that is not enough — I was involved in over 20 volunteer clubs & was also "Citizen of the Year" in Dublin too. & I was not provided a copy of the relocation plan & only said I am able to peruse the terms. OPC has provided no information as to what benefits I would be receiving. I have no idea where I could use the section 8 voucher, or how much the voucher will be worth to me & don't see how any subsidies would

③

apply, & haven't spoke w/ any landlords in Dublin.

All monies would need to be advanced to conduct multi credit checks w/ landlords + to have a security deposit available to pay if a home is available to one & my family.

I would like for my home to have a yard where I can move my plants that my late son gave me.

Moving expenses would be much higher than the plan asks for. I have a 2 bedroom home with a shed-full. Also, I would need to have the Housing Authority make up the difference of costs if I get a home w/ Sect 8 from the 30% to 46% range. The Housing Authority needs to pay more to make up the difference, so I could remain here.

I do not want to be placed by the Bart where "loud noises" might interfere with my daughters hearing (as she has had 3 surgeries on her ears.

The most viable solution is to remain placed at Arroyo Vista

03-14-08

To: David J. Richman
    Overland, Pacific & Cutler, Inc.
    7901 Oakport Street, Suite 4800
    Oakland, CA. 94621

C/O: Joyce McQuarters
    Arroyo Vista Complex
    6700 Dougherty RD. # 51
    Dublin, CA. 94568

RE: Comments to January 2008 Draft-Relocation Plan

Dear Mr. Richman:

    My comments regarding the relocation plan for Arroyo Vista that OPC and Dublin Housing Authority made available for some residents to view in their office as of April 12, 2008. Please include my concerns as part of the Draft Plan and please send me a written response.

- I feel the relocation plan was written and considered without the input of any of the 150 head of households or their family members input, which totally violated our rights.
- It has not addressed reasonable accommodations for all 150 tenants according to the guidelines of the law.
- The proposed reimbursement plan does not cover actual cost of moving for each individual household and business within the Arroyo Vista community.
- It has not addressed the need to live in Dublin for my household, as well as many other households.
- It has not met the obligation of guaranteeing residents a comparable unit, within Dublin, should the tenants which to remain.

    I need to live in Dublin for many reasons: I have lived and worked in the Dublin area for 20 years. I have family here and we depend on each other, whether it's for a ride, childcare, emergencies etc; I've built lasting relationships, my foster son/great-nephew has many friends that he grew up with here in Dublin. He has many medical issues and has been seen at the same medical facilities for the past 9 years, as well as myself. I raised all my biological offspring here in Dublin, so they have many friends here as well.

0246

Dublin is surrounded with quality programs for kids, such as sports, after school programs, summer programs, library and schools. Overall Dublin is a safe community to live in and is becoming more diverse as the years pass. I will not move to Oakland, Hayward, or Emeryville and so on, due to the fact that they are unsafe environments to raise children. It would most definite be a culture shock for my ten year old and myself.

I've contacted over 25 rental listings, either they don't accept Section 8, and the few that do accept Section 8 has a waiting list (which I'm on) from 1 1/2 to 2 years. I've applied at 3 places: **Cornerstone Apartments** in San Ramon-which denied me because of credit issues; **Groves/Dublin Ranch**-approved me, put down deposit-received call few days later saying current tenant changed mind about moving, also unit so small no closets outside of bedroom closets, which also is extremely small, not even a linen closet; **Dublin/Avalon Station**-approved me, gave me a move-in date.

I submitted paperwork to Housing Authority of Alameda County, was told unit is too much, never offered a replacement housing payment and when I asked case worker acted like she didn't know what I was talking about.

On two occasions I asked her what I need to do to afford the unit, was told the first time I need to make $4000.00, and my rent would be about a $1000.00, and the second time, different day I was told I need to make $2000.00 and my rent would be $732.00.

So according to their rules I presently have no income of my own, out side of the foster care payment I receive every month for the care of my great-nephew I was told I could not pay the $132.00 difference. I was told by my case worker in Hayward that I'm too picky because I choose not to be cramped in a small unit with no extra closet space, or move to a building built over 30 years ago.

I presently live in a 4 bedroom, which I have resided in for the past 10 years, I have accumulated many furnishings, personal items, and many sentimental items; where am I suppose to store or place my belongings? I had an office in order to conduct business for my Home Daycare.

When I asked Ms. Mary Shuman (Hayward office) what am I suppose to do about my business? I was told that's my concern. I was never told there were relocation benefits for businesses until I inquired, and then I was sent the info on 2/27/08 after discussing it with Mr. John Morris.

As of January 31, 2008 I stopped keeping kids in order to try and relocate before the 11/2008 deadline. Every month I'm not in business it's costing me revenue. I also risk the possibility of losing my existent clients, and my car in which I used for the business to transport kids. I can't afford to have them denying approved replacement housing. My livelihood is at stake!

They refuse to move me to a 3 bedroom so I can continue my business in the magnitude I'm accustom to, and continue to be self-sufficient. All I need is to be in a comfortable, comparable, and spacious 2 bedroom to my liking, not theirs, since I'm being forced to MOVE and be in a smaller unit.

Ms J. A. McQuarters

0247

Tenant Name: McQuarters, Sherlita

Address: 6700 Dougherty Rd #110
Dublin CA, 94568

March 14, 2008

Via E-Mail to drichman@opcservices.com

David J. Richman
Overland, Pacific & Cutler, Inc.
7901 Oakport Street, Suite 4800
Oakland, CA 94621

Re:  Comments to January 2008 Draft Arroyo Vista Relocation Plan

Dear Mr. Richman:

These are my comments regarding the draft relocation plan for Arroyo Vista that OPC
made available to some residents on April 12, 2008.  Please include my comments as part
of the Draft Plan and please send me a written response.

I am a resident at Arroyo Vista, And
I was never offered information, on what
I as a tenant should be looking for, I
was not invited to be apart of the
relocation plan. And when the plan
became available to view in the Dublin
housing office, they were rude and told
my son Lorenzo that it was late and he
could not so it. I Sherlita McQuarters have
ask Margie the manager several times
and the Secretary Carroll what should
I be looking for (Bed Room Size) and how
much money would I have to rent only
to be turned away and told I need
to turn in a 30 day before I could

Date: 3/13/2008

Signature: Sherlita McQuarters

know what to look for and how much money would be allocated for me, I need to stay in Dublin, I have lived hear for over 12 years, with my two children. My kids doctors is in pleasonton nearby my family work and live heau, and we are dependent on each other for looking out for each other Children, I am currently attending Laspositas College and wish to remain there my location is close to the School, Doctors, and my other needs. I explained to Margie of Hayward Housing that my son has Astma and need resonable accomadation, she told me that unless I have a resonable accomadation letter that my Children would have to share a room, most of my tenacy in Dublin Housing have been under resonable accomadation and now they are given me the run around, The refferal list that OPC has given me is all in Oakland, Richmond and Hayward, I ask them for only housing in the city I currently live in, and they continue to send refferals to the other cities. As a resident I am scared to death that I will be displace. This relocation plan has cause me stress and nightmares. As a resident I do not feel that the relocation plan fits the need of my family nor the concerns.

---

Comments to January 2008 Draft Arroyo Vista Relocation Plan, Page 2 of 1

Tenant Name: Sherlita McQuarters

0249

Tenant Name: _Marilyn Nichols_
Address: _6700 Dougherty Rd #81_
_Dublin, CA 94568_

March 14, 2008

Via E-Mail to drichman@opcservices.com

David J. Richman
Overland, Pacific & Cutler, Inc.
7901 Oakport Street, Suite 4800
Oakland, CA 94621

Re: Comments to January 2008 Draft Arroyo Vista Relocation Plan

Dear Mr. Richman:

These are my comments regarding the draft relocation plan for Arroyo Vista that OPC made available to some residents on April 12, 2008. Please include my comments as part of the Draft Plan and please send me a written response.

I dont qualify for section 8 Housing I was sent to Tri Valley Housing - Not sure that was the NAME but was referred by Dublin Housing to see if qualified for purchasing a home (New resident residence) I was told by them I didn't qualify and needed to wait 6 months to a year to Re apply. I was also told by Overland that part of my relocation plan would include a differential (sp?) of what my current Rent is and what the house payment would be. If I can't qualify for a home how can I find a place to move too. My income was not [illegible] I don't understand what I will be offered instead-

differential

Date: _3/13/08_
Signature: _Marilyn Nichols_

☒ Comments continue on next page(s)          Page 1 of _2_

I was not invited to participate on the ~~red~~ relocation committee.

I have lived in Dublin Housing for over twenty years and am active in the ~~committe~~ community and my doctors are in the area, I belong to several organizations in Dublin

I feel, the relocation plan is not easy to understand. And Everyone is getting different offers to move out.

I do not want to move, I like having a house with a yard, ~~My area~~ I can ~~afford Dublin~~ ~~to live in Dublin~~ and ~~afford to pay my~~ ~~rent~~. I have lived in the Tri-Valley all my life and wish to continue to do so. I don't have the funds to cover moving expenses and a rent increase and credit check fees, deposit on new home, deposit to set up utilities.

I don't want to move to Oakland because I feel safe in Dublin.

I can afford to live in Dublin ~~Housing~~ (Arroyo Vista) and pay my rent but can't afford to pay market rent in Dublin. The relocation plan does not provide of enough reimbursement to allow me to continue living in Dublin.

Comments to January 2008 Draft Arroyo Vista Relocation Plan,   Page  2  of  2.

Tenant Name:

0251

Tenant Name: Elizabeth Rigney
Address: 6700 Dougherty Rd #67
Dublin CA 94568

March 14, 2008

Via E-Mail to drichman@opcservices.com

David J. Richman
Overland, Pacific & Cutler, Inc.
7901 Oakport Street, Suite 4800
Oakland, CA 94621

Re: Comments to January 2008 Draft Arroyo Vista Relocation Plan

Dear Mr. Richman:

These are my comments regarding the draft relocation plan for Arroyo Vista that OPC made available to some residents on April 12, 2008. Please include my comments as part of the Draft Plan and please send me a written response.

No one has I have not seen the plans.
OPC has never met with me.
They do not know what my needs
are. I need to stay in Dublin
as I help take care of my senior
mother who is in need of more
care than my father can do himself.
I also am close to work and
moving out of the area would be
a hardship getting to and from work.
I grew up in Dublin and my
community involvement is here
in Dublin. I have lived here
to since 1967. No-one has met
with me to let me know if I am

Date: March 13, 08

Signature: Elizabeth A. Rigney

☐ Comments continue on next page(s)            Page 1 of 2            0252

income elligable for a section 8 Voucher. I don't know anything about the Section 8 program. I have heard that there is not many units taking section 8 vochers in the Dublin area. I don't like the idea of moving. I have lived in my unit for 20 years and am very comfortable here. I DO NOT WANT to Move.

I live paycheck to paycheck and cannot afford to move. They would need to advance all expenses for moving, deposit, reconnect fees, credit check fees, without this advance it would be a hardship for me.

I have heard that housing might be available in Oakland or Richmond - I do not want to move to either of these communities because I do not want to be fearful for my life day to day. I have seen the crime rates on the news.

I have not been given enough information to Know wether or not. I can rent close enough to family, job and to live in the community I have lived almost all of my life.

Comments to January 2008 Draft Arroyo Vista Relocation Plan, Page _2_ of _2_

Tenant Name: Elizabeth Rigney

0253

Tenant Name: Glynis Smith
Address: 6700 Dougherty Rd. #130
Dublin, CA 94568

March 14, 2008

Via E-Mail to drichman@opcservices.com

David J. Richman
Overland, Pacific & Cutler, Inc.
7901 Oakport Street, Suite 4800
Oakland, CA 94621

Re: Comments to January 2008 Draft Arroyo Vista Relocation Plan

Dear Mr. Richman:

These are my comments regarding the draft relocation plan for Arroyo Vista that OPC
made available to some residents on April 12, 2008. Please include my comments as part
of the Draft Plan and please send me a written response.

I have indicated to O.P&C that I have lived
in the Dublin (Livermore) area for most of my
life (37 yrs.) and that I am not physically able
to move out of the area. My family & friends are my
only support to help me live. I am disabled and I
require constant help to do many of my daily
activities. Furthermore, due to the fact that
my health is getting progressively worth I
need 100% help to relocate. Due to being
disabled, my rent is fixed, not to mention that
I have to put out more & more money for medical
expenses, consequently it would be a great hardship
for me to encounter a larger rent than I am
currently paying.

I have contacted O.P&C to assist in

Date: 3/13/08

Signature: Glynis G. Smith

me in funding a place in Livermore and all they do is send me a list of apts. for rent but not necessarily Sec. 8, Not knowing how much time I have until I have to move out is extremely stressful which exaccerbates my health condition.

Comments to January 2008 Draft Arroyo Vista Relocation Plan,  Page 2 of 2 0255

Tenant Name: Glynis Smith

Tenant Name: _Duane Thous_

Address: _6700 Doughnty Rd #4_
_Dublin, Ca 54563_

March 14, 2008

Via E-Mail to drichman@opcservices.com

David J. Richman
Overland, Pacific & Cutler, Inc.
7901 Oakport Street, Suite 4800
Oakland, CA 94621

Re: Comments to January 2008 Draft Arroyo Vista Relocation Plan

Dear Mr. Richman:

These are my comments regarding the draft relocation plan for Arroyo Vista that OPC made available to some residents on April 12, 2008. Please include my comments as part of the Draft Plan and please send me a written response.

_I was never invited to a relocation_
_committee meeting to discuss planning._
_The Drafting of the relocation plan does_
_not address my needs. I would like to_
_stay within the city of Dublin, but the relocation_
_plan does not address this issue. I would_
_like to stay in Dublin Due to my Health_
_and my Dialysis unit is Located here in_
_Dublin as well as my medical providers._
_How long Does the Section 8 Voucher_
_last before expiration?_
_I also will be attending classes in_
_pleasanton Diablo College so I my depend_
_on transportation to & from School._

Date: _3/13/08_

Signature: _Duane Thous_

A Guarentee of all moving Funds would be
Sofficient. Before I move that I will
not incure any out of pocket expenses.
I do not want to move to Oakland
Due to the unsafe conditions & Crime
rate,

Comments to January 2008 Draft Arroyo Vista Relocation Plan,  Page __1__ of __2__

Tenant Name: __Dwayne J. house__

0257

3/25/2008


Elise Veal
6700 Dougherty Rd # 15
Dublin, CA 94568


**David Richman**
**7901 Oakport Street., Suite 4800**
**Oakland, CA 94621**


**Re:    Comments regarding January 2008 Draft Relocation Plan for
Redevelopment of Arroyo Vista**

Dear Mr. Richman,

Please include these comments to the draft relocation plan for Arroyo Vista Residents.
Pursuant to the Brown Act, the public has up to and including the public hearing to
submit comments to the Plan, and I expect that my comments will be responded to and
included as an addendum to the draft Plan.  Please also note that my comments are in
addition to the comments submitted by Bay Area Legal Aid and the Public Interest Law
Project on behalf of all plaintiffs in Arroyo Vista Tenants Association v. City of Dublin,
et al.

Upon reading the relocation plan created by OPC, I found it to be a "one size fits all
plan" that is insufficient to explain to the residents how their different needs for
relocation will actually be met *if* HUD should approve the application for disposition.
Arroyo Vista residents share a community but each family have different needs.
Although the draft plan states that individual needs will be met, it does not explain "how"
and gives too much leeway to OPC to make decisions without providing objective
guidelines that will be used to make sure that all residents are treated uniformly, fairly,
equitably and without discrimination.  For example, pages 14-15 of the draft plan says:

> Relocation activities will **"consider"** individual household needs to be close
> to public transportation, employment, churches, schools, public/social
> services and agencies, recreational services, parks, community centers, and
> shopping.  Those households which are identified as having members who
> have disabilities will receive **special consideration** for accessibility, **if
> necessary**, and **perhaps** proximity to particular **medical facilities**. . . . some
> households expressed a specific need to remain in Dublin."

Please explain what the Plan means when it says individual household needs will be
"considered".  What steps will be taken to actually "meet" individual household needs

1

**0258**

and preferences? Please also explain what "special consideration" families with persons with disabilities will receive? What "accessibility" is considered "necessary?" Who decides what is "accessible"? Who decides what is "necessary"? The Plan should spell out the circumstances under which proximity to particular medical facilities will be provided. By stating that such proximity will "perhaps" be provided, it implies that some families may be able to relocate near medical providers and others will not. It also implies that people may not be relocated near their "own" medical providers, but near a medical facility of OPC's choice. For example, if a family has Kaiser health care coverage and receives treatment in the Tri-Valley area, is OPC going to consider it "close proximity" to relocate them in proximity to the Richmond Kaiser or the Oakland Kaiser? It is not adequate to relocate people near just any medical provider, but near "their" own medical providers if that is the family's desire.

In addition, why is proximity to medical providers the only "special consideration"? Persons with disabilities will have different disabilities. Some may have mobility impairments. Some may have mental impairments that require them to have close proximity to family, friends, service providers, and others that assist them with their daily "non-medical" needs. Others may have learning disabilities that require them to remain in close proximity to the special schools they attend. By selecting proximity near "medical providers," as opposed to schools, family, service providers, etc., the Plan is already "selective" about what "type" of disability will be accommodated, which appears to be discriminatory. The Plan cannot simply accommodate persons with "visible" disabilities such as persons with mobility impairments, but all families with disabilities as non-discrimination laws require. The Plan also needs to include the ground rules so that all families with disabilities know what their rights will be.

The Plan also needs to "meet" the needs and preferences of all Arroyo Vista families and individuals, not just families with disabilities. There are other families with special needs that are not necessarily disabled – single-parent households, seniors, families with children, people whose only source of income may be public benefits, etc. All are protected categories under state and/or federal law, but the Plan seems to be "selective" about which categories of residents it will accommodate.

Listed below are additional areas where the Plan should be revised to be beneficial to the residents of Arroyo Vista that would be displaced if HUD approves the disposition application.

## Moving Benefits

The relocation plan offers two options for moving benefits - a fixed moving payment or two written estimates and receipted bills. Why is the list of "actual reasonable moving and related expenses" for "commercial" tenants spelled out in the Plan, but the complete list of "actual reasonable moving and related expenses" for residential tenants (California Regulation No. 6090(a)) is not? A copy of that regulation is enclosed. Are there any exceptions or exclusions to the actual reasonable moving and related expenses for residential tenants that are permitted by law? If so, those exceptions have not been

0259

explained in the plan. The Plan should provide a **complete** list of what "actual and reasonable" expenses are available to residential tenants. Without a complete list, tenants are not provided with a meaningful opportunity to choose between the "fixed" schedule and the "actual" expenses, and tenants have the right to make that decision, not OPC.

In addition, the regulation provides that "**an** acceptable bid OR "**an** amount acceptable to the displacing entity" is required if tenants choose to have a professional mover. Why does the Plan require "two" bids when the regulation only requires one?

The Plan needs to permit "advance payments" of moving expenses, especially for low-income families according to the regulation. As you know, I was not able to move when I located a replacement home, in part, because OPC refused to "advance" my full moving expenses. Like other low income families, I cannot afford to "advance" expenses that the Housing Authority is responsible to pay, has said all along that it will pay, and then OPC reneged on that promise. In addition, it is my understanding that some families **have** been "advanced" their entire moving expenses before they moved, while others had some or all of their moving expenses "withheld". This is another example of why the Plan needs to include the "rules" that apply to all residents – so that we all are subjected to the same ones.

If the Plan does not comply with the regulations and/or is applied differently for different families, then it does not provide for uniform, fair, and equitable relocation policies for everyone that will be displaced. Certainly, the needs of residential tenants – many of whom have lived at Arroyo Vista for ten or twenty years -- are at least as important as the needs of the one commercial tenant that will be displaced.

Finally, the "fixed" moving expense schedule is outdated. While I understand that it is based on a federal-state schedule (a copy is enclosed), that schedule was last updated in June 2005. The fixed moving payment schedule for a dwelling furnished with tenants own furniture is $625 for one room. If you want people to choose the "fixed schedule," and again it is the choice of the family, one option may be to raise the amount to equal the cost of inflation to, for example, $800 per room. For a family of 6-9 members the fixed moving payment of $1650 is not a sufficient amount to displace families of this size in Alameda County, California or any other county in California.

It also is not fair or equitable to restrict the cost of transporting a family's property to within 50 miles of Arroyo Vista when we have repeatedly been told that we can move anywhere in the country that has a housing authority that will accept our Section 8. Low-income residents do not have a "choice" to move anywhere in the country if, in reality, they have to pay thousands of dollars for professional movers to move them there! As you know, I believed the Housing Authority when it said that we could move anywhere in the country with our Section 8 voucher and that it would pay our moving expenses, and for this reason I considered moving out of state. It is a waste of my time and effort to even try to move somewhere else if the "real" moving expense is not going to be paid by the Housing Authority. The Housing Authority needs to at least be honest about what its "plan" is and is not.

0260

In addition, if the Housing Authority will only pay moving expenses that are within 50 miles of Arroyo Vista, then its referrals to replacement homes needs to be within that 50 miles, the homes need to be actually available to families that are being displaced from Arroyo Vista, and it should stop misleading people by telling them they can move anywhere in the United States.

This relocation plan as it is written also does not make any provisions to reimburse displaced tenants for transportation costs they incur to try to find replacement housing on their own, nor specify what, if any, limitations for utility disconnection and reconnection in the replacement housing. If families are expected to find homes on their own, the cost of conducting that search needs to be paid, or OPC needs to arrange transportation for families to view potential replacement homes so that we don't have to absorb the exhorbitant amount of gas and related expenses to conduct a search on our own.

### Security Deposit and Credit Checks

The displacing agency should be required to pay the **actual** cost of a security deposit that is required to actually rent a replacement dwelling. Just as low-income tenants cannot afford to "advance" moving expenses for the Housing Authority, we cannot afford to "pick up the difference" between what the security deposit really is and what the Housing Authority "budgets" for it. The displacing agency also has offered to cover credit check fees, but only up to $75 per household. This is completely unrealistic. Tenants typically are not fortunate enough to secure the very first rental home they look at, and certainly not when they are looking with a Section 8 voucher and many, many landlords do not accept Section 8. But before they tell us they do not accept Section 8, they make us pay a credit check fee that is not refundable. Again, this is not an expense that the tenants can afford. The Housing Authority needs to pay the cost of all credit check fees that tenants have to pay in order to conduct a search for a replacement home. The Housing Authority should not have it both ways – expect the tenants to locate replacement homes on their own AND pay most of the costs for the privilege of doing so! The displacing agency should be liable to pay all credit check fees to allow the displaced families to locate and apply for replacement housing. Otherwise, the relocation costs are not reasonable, and we simply will not be able to relocate.

### OPC Services

Overland Pacific and Cutler have not provided or offered to provide residents with the Section 8 payment standards for the counties surrounding Alameda County. Without knowing what the payment standards are for other public housing authorities, we do not even know what rent levels we should be looking for. Again, it is a waste of the time and effort of the tenants to search for a replacement home when we don't know what rent levels we are supposed to be looking for. That is particularly wrong when the Housing Authority also expects us to pay for all the credit check fees. Just like telling us that we can move anywhere in the United States when the Housing Authority won't pay the real moving cost of doing that is misleading, it is misleading to say we can "port" to other housing authorities, that the housing assistance payment (or rent level) for HACA is

4

about $2400 for a 4-bedroom, and then have San Joaquin County or Sacramento County or other housing authorities, say no, the housing payment standard for a 4-bedroom home here is $1600 or $1800, so you cannot rent that $2400 home you've spent months trying to find. If tenants are misinformed and end up finding a place that is within HACA's payment standard even if it exceeds another housing authority's payment standard, HACA should have to pay the rent differential.

In addition, OPC should provide additional services to residents that are facing barriers while presenting applications for Section 8 tenancy.
 Research has shown many landlords claim to accept section 8 but the rent advertised is above the payment standard for Section 8 in that County. For example, what assistance will you provide for displaced residents that are asked to pay cash *"under the table"* in addition to the contract rent? [Elise do you want to add your recent experience with "Garry" and the email you sent to HACA as an example?] What assistance will you provide to make sure that residents are not discriminated against on the basis of their race, family status, disability, etc.? Are OPC Consultants or the Housing Authority ready, willing and able to actually assist displaced Arroyo Vista residents in negotiating a legal rental agreement with prospective landlord/homeowners?

For example on March 24, 2008 I phoned Garry a homeowner advertising his listing for a 4 bedroom home in Pleasanton on HACA's website. While speaking with Garry I asked him about the rent amount as it was listed at $2750 per month. I asked Garry if he accepted section 8 tenancy. Garry reply was yes and he stated he is aware of the 4 bedroom section 8 maximum rent of $2496. I asked him if he will accept a contract rent for 2,496 to a section 8 tenant. Garry said, "yes but I still expect the total of 2750". I forwarded my complaint to Mary Shuman.

If you have any questions please call Elise Veal 925-479-9683.

Sincerely,


Elise Veal

 

7901 Oakport St., Suite 4800, Oakland, CA 94521
phone: (510)638-3081, fax: (510)638-0750

April 08, 2008

Kirk Ackerman
6700 Dougherty Road #149
Dublin, CA 94568

Re:     **Relocation Plan Comments**

Dear Mr. Ackerman:

Thank you for your comments to the relocation plan. The information that you provided will be placed in your relocation file so that we may use it to help locate a replacement dwelling that meets your and your household's needs.

Your comments indicate you wish to remain in Dublin. We encourage you to meet with one of our relocation consultants to complete your interview, following our four unsuccessful attempts to complete same.

We look forward to assisting you in locating a replacement home.

Sincerely,



David J. Richman
Regional Director

0263

 

7901 Oakport St., Suite 4800, Oakland, CA 94621
phone: (510)638-3081, fax: (510)638-0750

April 08, 2008

Jacqueline Amador
6700 Dougherty Road #89
Dublin, CA 94568

Re:    **Relocation Plan Comments**

Dear Ms. Amador:

Thank you for your comments to the relocation plan. The information that you provided will be placed in your relocation file so that we may use it to help locate a replacement dwelling that meets your and your household's needs. You previously mentioned to Teresa Laverde during your interview that you wished to remain in Dublin and Pleasanton and that access to public transportation is important.

I have enclosed a copy of the letter that was sent to you regarding the availability of the plan. The availability of the plan and request for comments was also included in the March 2008 Arroyo Vista newsletter.

Both the Housing Authority and OPC are willing to discuss the advantages of the Section 8 program with potential landlords. We have found that an educational process helps eliminate many of the objections that landlords may have.

I see that we have been providing you with referrals to potential replacement homes on a monthly basis. If you wish us to provide a greater level of advisory assistance prior to the adoption of the relocation plan, please let us know.

We look forward to assisting you in locating a replacement home.

Sincerely,



David J. Richman
Regional Director

**DUBLIN HOUSING AUTHORITY**

Respond To:
**Arroyo Vista Office** ☐
6700 Dougherty Road #151
Dublin, CA 94568
Phone: (925) 828-3132
Fax: (925) 828-5450
TDD: (925) 829-3498
**Administrative Office** ☐
22941 Atherton Street
Hayward, CA 94541
(510) 538-8876
website: www.hacq.net

February 12, 2008

Jacqueline Amador
6700 Dougherty Road #89
Dublin, CA 94568

Re: Arroyo Vista Draft Relocation Plan

Dear Ms Amador:

As you may be aware, the Dublin Housing Authority (Authority) is proceeding with the disposition and redevelopment of the Arroyo Vista public housing complex. In planning for the project, the Authority has retained the firm of Overland, Pacific & Cutler, Inc. to prepare a Relocation Plan.

A copy of the draft Relocation Plan is available for your review, during normal business hours, at the following locations:

- The property management office at Arroyo Vista
- The front counter of the Alameda County Housing Authority (22941 Atherton St., Hayward)
- Dublin City Hall (100 Civic Plaza, Dublin; front counter at the Office of the City Manager)
- The Dublin Library (200 Civic Plaza, Dublin; Reference Desk)

Electronic copies can be found at:

- The Dublin Housing Authority website: www.haca.net/agencypl.html
- The City of Dublin website: www.ci.dublin.ca.us , under "What's New in Dublin"
- The Overland, Pacific & Cutler website: www.OPCservices.com/projects/DublinHA-ArroyoVista-RelocationPlan.pdf

**We solicit and welcome your comments to the Relocation Plan.** Direct written comments and/or questions to:

**David J. Richman**
**Overland, Pacific & Cutler, Inc.**
**7901 Oakport Street, Suite 4800**
**Oakland, California 94621**
**877.972.8908 (Toll-free)**
drichman@opcservices.com

*Your comments must be received by March 15, 2008.* The Plan is scheduled for adoption before the Dublin Housing Authority Commission on April 15, 2008.

Sincerely,

Christine Gouig
Executive Director

0265

 

**OVERLAND
PACIFIC &
CUTLER, INC.**

7901 Oakport St., Suite 4800, Oakland, CA 94621
phone: (510)638-3081, fax: (510)638-0750

April 08, 2008

Felise Augafa
6700 Dougherty Road #116
Dublin, CA 94568

Re:    **Relocation Plan Comments**

Dear Mr. Augafa:

Thank you for your comments to the relocation plan. The information that you provided will be placed in your relocation file so that we may use it to help locate a replacement dwelling that meets your and your household's needs. This information will be used in conjunction with the information obtained when your household was interviewed on October 10, 2007.

I have enclosed a copy of the letter that was sent to you regarding the availability of the plan.  The availability of the plan and request for comments was also included in the March 2008 Arroyo Vista newsletter.

To assure long-term affordability, Section 8 vouchers are being offered to all eligible households. Thus, the monthly rent that you pay will be calculated just as it is now.  The payment standards are determined by what is "reasonable" in the area for the replacement housing along with other HUD restrictions. It would be unreasonable to expect to use a payment standard from Dublin in, for instance, Tracy, where the rents are substantially less.

Based upon the numerous households that have moved voluntarily to date, many have remained in the Dublin area, using the adopted payment standards. The credit check and security deposit policy limitations have also proven effective to date. Hopefully, you are using the services of the Tri-Valley Housing Opportunity Center to assist in your credit repair needs. This service was discussed at the May 16, 2007 community meeting. If you need any additional information, please let us know. We are also willing to speak to any potential landlords to overcome this potential obstacle.

**0266**

Moving expenses, as outlined in the relocation plan, can be provided either through a fixed moving payment or based upon actual costs. Therefore, any moving expenses, compensable by law, should be covered.

We look forward to assisting you in locating a replacement home.

Sincerely,



David J. Richman
Regional Director



# DUBLIN HOUSING AUTHORITY

Respond To:
Arroyo Vista Office ☐
6700 Dougherty Road #151
Dublin, CA 94568
Phone: (925) 828-3132
Fax: (925) 828-5450
TDD: (925) 829-3498
Administrative Office ☐
22941 Atherton Street
Hayward, CA 94541
(510) 538-8876
website: www.haca.net

February 12, 2008

Felise/Avataeao Augafa
6700 Dougherty Road #116
Dublin, CA 94568

Re: Arroyo Vista Draft Relocation Plan

Dear: Mr and Mrs Augafa:

As you may be aware, the Dublin Housing Authority (Authority) is proceeding with the disposition and redevelopment of the Arroyo Vista public housing complex. In planning for the project, the Authority has retained the firm of Overland, Pacific & Cutler, Inc. to prepare a Relocation Plan.

A copy of the draft Relocation Plan is available for your review, during normal business hours, at the following locations:

- The property management office at Arroyo Vista
- The front counter of the Alameda County Housing Authority (22941 Atherton St., Hayward)
- Dublin City Hall (100 Civic Plaza, Dublin; front counter at the Office of the City Manager)
- The Dublin Library (200 Civic Plaza, Dublin; Reference Desk)

Electronic copies can be found at:

- The Dublin Housing Authority website: www.haca.net/agencypl.html
- The City of Dublin website: www.ci.dublin.ca.us , under "What's New in Dublin"
- The Overland, Pacific & Cutler website: www.OPCservices.com/projects/DublinHA-ArroyoVista-RelocationPlan.pdf

**We solicit and welcome your comments to the Relocation Plan.** Direct written comments and/or questions to:

**David J. Richman**
**Overland, Pacific & Cutler, Inc.**
**7901 Oakport Street, Suite 4800**
**Oakland, California 94621**
**877.972.8908 (Toll-free)**
drichman@opcservices.com

*Your comments must be received by March 15, 2008.* The Plan is scheduled for adoption before the Dublin Housing Authority Commission on April 15, 2008.

Sincerely,

Christine Gouig
Executive Director



O V E R L A N D
P A C I F I C  &
C U T L E R, I N C.

7901 Oakport St., Suite 4800, Oakland, CA 94621
phone: (510)638-3081, fax: (510)638-0750

April 08, 2008

Darlene Brown
6700 Dougherty Road #96
Dublin, CA 94568

Re:     **Relocation Plan Comments**

Dear Ms. Brown:

Thank you for your comments to the relocation plan. The information that you provided will be placed in your relocation file so that we may use it to help locate a replacement dwelling that meets your and your household's needs. You previously mentioned to Jessica during the interview that you wished to remain in Dublin, Pleasanton or Livermore and that access to public transportation is important.

I have enclosed a copy of the letter that was sent to you regarding the availability of the plan. The availability of the plan and request for comments was also included in the March 2008 Arroyo Vista newsletter.

As has been stated at the meetings held with residents, vouchers will be renewed until the time you have identified a replacement home. Therefore, your concern about its 60-day expiration prior to moving from Arroyo Vista is unwarranted.

Our advisory assistance goes far beyond sending you lists of referrals, as outlined in the plan, and is adjusted to reflect your needs. When we met with you originally, you indicated that you did not want to consider relocation assistance until you received a notice to vacate. If and when HUD approves Arroyo Vista's sale, it is our intent to issue a 150-day Notice to Vacate, allowing your household plenty of time to locate a replacement home.

0269

Moving expenses, as outlined in the plan, can be provided through either a fixed moving payment or based upon actual costs. Therefore, any moving expenses, compensable by law, should be covered. Security deposits and credit checks are covered separately. Advances are available to minimize hardships as outlined in the plan and the Informational Brochure you received and will also be addressed in the Notice of Eligibility that will be issued to your household upon plan approval.

We look forward to assisting you in locating a replacement home.

Sincerely,



David J. Richman
Regional Director

02'70

**DUBLIN HOUSING AUTHORITY**

Respond To:
**Arroyo Vista Office** ☐
6700 Dougherty Road #151
Dublin, CA 94568
Phone: (925) 828-3132
Fax: (925) 828-5450
TDD: (925) 829-3498
**Administrative Office** ☐
22941 Atherton Street
Hayward, CA 94541
(510) 538-8876
website: www.haca.net

February 12, 2008

Darlene Brown
6700 Dougherty Road #96
Dublin, CA 94568

Re: Arroyo Vista Draft Relocation Plan

Dear: Ms Brown:

As you may be aware, the Dublin Housing Authority (Authority) is proceeding with the disposition and redevelopment of the Arroyo Vista public housing complex. In planning for the project, the Authority has retained the firm of Overland, Pacific & Cutler, Inc. to prepare a Relocation Plan.

A copy of the draft Relocation Plan is available for your review, during normal business hours, at the following locations:

- The property management office at Arroyo Vista
- The front counter of the Alameda County Housing Authority (22941 Atherton St., Hayward)
- Dublin City Hall (100 Civic Plaza, Dublin; front counter at the Office of the City Manager)
- The Dublin Library (200 Civic Plaza, Dublin; Reference Desk)

Electronic copies can be found at:

- The Dublin Housing Authority website: www.haca.net/agencypl.html
- The City of Dublin website: www.ci.dublin.ca.us , under "What's New in Dublin"
- The Overland, Pacific & Cutler website: www.OPCservices.com/projects/DublinHA-ArroyoVista-RelocationPlan.pdf

**We solicit and welcome your comments to the Relocation Plan.** Direct written comments and/or questions to:

**David J. Richman**
**Overland, Pacific & Cutler, Inc.**
**7901 Oakport Street, Suite 4800**
**Oakland, California 94621**
**877.972.8908 (Toll-free)**
**drichman@opcservices.com**

*Your comments must be received by March 15, 2008.* The Plan is scheduled for adoption before the Dublin Housing Authority Commission on April 15, 2008.

Sincerely,

Christine Gouig
Executive Director

0271





7901 Oakport St., Suite 4800, Oakland, CA 94621
phone: (510)638-3081, fax: (510)638-0750

April 08, 2008

Carata DeRamous
6700 Dougherty Road #66
Dublin, CA 94568

Re:    **Relocation Plan Comments**

Dear Ms. DeRamous:

Thank you for your comments to the relocation plan. The information that you provided will be placed in your relocation file so that we may use it to help locate a replacement dwelling that meets your and your household's needs. You previously mentioned to Teresa Laverde during the interview that you wished to remain in Dublin, Pleasanton, San Leandro, San Lorenzo, Hayward or Castro Valley.

Hopefully, you are using the services of the Tri-Valley Housing Opportunity Center to assist in your credit repair needs. This service was discussed at the May 16, 2007 community meeting. If you need any additional information, please let us know. We are also willing to speak to any potential landlords to overcome this potential obstacle.

We look forward to assisting you in locating a replacement home.

Sincerely,



David J. Richman
Regional Director

**0272**



7901 Oakport St., Suite 4800, Oakland, CA 94621
phone: (510)638-3081, fax: (510)638-0750

April 08, 2008

Ramona Frydendal
6700 Dougherty Road #148
Dublin, CA 94568

Re:      **Relocation Plan Comments**

Dear Ms. Frydendal:

Thank you for your comments to the relocation plan. The information that you provided will be placed in your relocation file so that we may use it to help locate a replacement dwelling that meets your and your household's needs. You previously mentioned to John during your interview your concerns regarding a location in Dublin, wishing to remain in a ground floor unit that has a "light, open area".

I have enclosed a copy of the letter that was sent to you regarding the availability of the plan. The availability of the plan and request for comments was also included in the March 2008 Arroyo Vista newsletter.

As per the relocation plan, you will not be "charged" for credit checks and security payments.

We look forward to assisting you in locating a replacement home.

Sincerely,



David J. Richman
Regional Director

0273



# DUBLIN HOUSING AUTHORITY

Respond To:
Arroyo Vista Office ☐
6700 Dougherty Road #151
Dublin, CA 94568
Phone: (925) 828-3132
Fax: (925) 828-5450
TDD: (925) 829-3498
Administrative Office ☐
22941 Atherton Street
Hayward, CA 94541
(510) 538-8876
website: www.haca.net

February 12, 2008

Ramona Frydendal
6700 Dougherty Road #148
Dublin, CA 94568

Re: Arroyo Vista Draft Relocation Plan

Dear: Ms Frydendal:

As you may be aware, the Dublin Housing Authority (Authority) is proceeding with the disposition and redevelopment of the Arroyo Vista public housing complex. In planning for the project, the Authority has retained the firm of Overland, Pacific & Cutler, Inc. to prepare a Relocation Plan.

A copy of the draft Relocation Plan is available for your review, during normal business hours, at the following locations:

- The property management office at Arroyo Vista
- The front counter of the Alameda County Housing Authority (22941 Atherton St., Hayward)
- Dublin City Hall (100 Civic Plaza, Dublin; front counter at the Office of the City Manager)
- The Dublin Library (200 Civic Plaza, Dublin; Reference Desk)

Electronic copies can be found at:

- The Dublin Housing Authority website: www.haca.net/agencypt.html
- The City of Dublin website: www.ci.dublin.ca.us , under "What's New in Dublin"
- The Overland, Pacific & Cutler website: www.OPCservices.com/projects/DublinHA-ArroyoVista-RelocationPlan.pdf

**We solicit and welcome your comments to the Relocation Plan.** Direct written comments and/or questions to:

David J. Richman
Overland, Pacific & Cutler, Inc.
7901 Oakport Street, Suite 4800
Oakland, California 94621
877.972.8908 (Toll-free)
drichman@opcservices.com

*Your comments must be received by March 15, 2008.* The Plan is scheduled for adoption before the Dublin Housing Authority Commission on April 15, 2008.

Sincerely,

Christine Gouig
Executive Director

0274




O V E R L A N D
P A C I F I C  &
C U T L E R,  I N C.

7901 Oakport St., Suite 4800, Oakland, CA 94621
phone: (510)638-3081, fax: (510)638-0750

April 08, 2008

Surjit Lakha
6700 Dougherty Road #88
Dublin, CA 94568

Re:    **Relocation Plan Comments**

Dear Ms. Lakha:

Thank you for your comments to the relocation plan. The information that you provided will be placed in your relocation file so that we may use it to help locate a replacement dwelling that meets your and your household's needs. You previously mentioned to John during your interview your concerns regarding a location in Dublin, and your desire to return to the site once the new units are constructed.

I have enclosed a copy of the letter that was sent to you regarding the availability of the plan. The availability of the plan and request for comments was also included in the March 2008 Arroyo Vista newsletter.

As per the relocation plan, you will not be "charged" for credit checks and security payments.

Both the Housing Authority and OPC are willing to discuss the advantages of the Section 8 program with potential landlords. We have found that an educational process helps eliminate many of the objections that landlords may have.

0275

OPC generates a referral list on a weekly basis that may contain homes outside the immediate area. To date, we have provided you referrals to eight three-bedroom homes in Dublin. We will continue to provide you referrals to homes in Dublin.

We look forward to assisting you in locating a replacement home.

Sincerely,



David J. Richman
Regional Director



# DUBLIN HOUSING AUTHORITY

Respond To:
**Arroyo Vista Office** ☐
6700 Dougherty Road #151
Dublin, CA 94568
Phone: (925) 828-3132
Fax: (925) 828-5450
TDD: (925) 829-3498
**Administrative Office** ☐
22941 Atherton Street
Hayward, CA 94541
(510) 538-8876
*website: www.haca.net*

February 12, 2008

Surjit/Balbir Lakha
6700 Dougherty Road #88
Dublin, CA 94568

Re: Arroyo Vista Draft Relocation Plan

Dear Mr. and Mrs. Lakha:

As you may be aware, the Dublin Housing Authority (Authority) is proceeding with the disposition and redevelopment of the Arroyo Vista public housing complex. In planning for the project, the Authority has retained the firm of Overland, Pacific & Cutler, Inc. to prepare a Relocation Plan.

A copy of the draft Relocation Plan is available for your review, during normal business hours, at the following locations:

- The property management office at Arroyo Vista
- The front counter of the Alameda County Housing Authority (22941 Atherton St., Hayward)
- Dublin City Hall (100 Civic Plaza, Dublin; front counter at the Office of the City Manager)
- The Dublin Library (200 Civic Plaza, Dublin; Reference Desk)

Electronic copies can be found at:

- The Dublin Housing Authority website: www.haca.net/agencypl.html
- The City of Dublin website: www.ci.dublin.ca.us , under "What's New in Dublin"
- The Overland, Pacific & Cutler website: www.OPCservices.com/projects/DublinHA-ArroyoVista-RelocationPlan.pdf

**We solicit and welcome your comments to the Relocation Plan.** Direct written comments and/or questions to:

**David J. Richman**
**Overland, Pacific & Cutler, Inc.**
**7901 Oakport Street, Suite 4800**
**Oakland, California 94621**
**877.972.8908 (Toll-free)**
**drichman@opcservices.com**

*Your comments must be received by March 15, 2008.* The Plan is scheduled for adoption before the Dublin Housing Authority Commission on April 15, 2008.

Sincerely,

Christine Gouig
Executive Director

0277



7901 Oakport St., Suite 4800, Oakland, CA 94621
phone: (510)638-3081, fax: (510)638-0750

April 08, 2008

Bonnie McCamon
6700 Dougherty Road #109
Dublin, CA 94568

Re:    **Relocation Plan Comments**

Dear Ms. McCamon:

Thank you for your comments to the relocation plan. The information that you provided will be placed in your relocation file so that we may use it to help locate a replacement dwelling that meets your and your household's needs.

We also encourage you to meet with one of our relocation consultants to complete your interview, following our five unsuccessful attempts to complete same and your subsequent instructions not to contact you.

I have enclosed a copy of the letter that was sent to you regarding the availability of the plan. The availability of the plan and request for comments was also included in the March 2008 Arroyo Vista newsletter.

No one has or is asking you to move 50 miles away as indicated in your letter. To assure long-term affordability, Section 8 vouchers are being offered to all eligible households. Thus, the monthly rent that you pay will be calculated just as it is now. The payment standards are determined by what is "reasonable" in the area for the replacement housing along with other HUD restrictions.

The Housing Authority staff has held and continues to hold orientation meetings regarding the Section 8 voucher program. If you wish to attend one, please sign-up at the property management office. At the same time the voucher is issued, OPC will meet with you, issue a Notice of Eligibility, and further explain the relocation process.

Moving expenses, as outlined in the relocation plan, can be provided through either a fixed moving payment or based upon actual costs. Therefore, any moving expenses, compensable by law, should be covered. Security deposits and credit checks are covered separately. Advances are available to minimize hardships as outlined in the plan and the Informational Brochure you received and will also be addressed in the Notice of Eligibility that will be issued to your household upon plan approval.

0278

We look forward to assisting you in locating a replacement home.

Sincerely,



David J. Richman
Regional Director



# DUBLIN HOUSING AUTHORITY

**Respond To:**
**Arroyo Vista Office** ☐
6700 Dougherty Road #151
Dublin, CA 94568
Phone: (925) 828-3132
Fax: (925) 828-5450
TDD: (925) 829-3498
**Administrative Office** ☐
22941 Atherton Street
Hayward, CA 94541
(510) 538-8876
*website: www.haca.net*

February 12, 2008

Bonnie McCamon
6700 Dougherty Road #109
Dublin, CA 94568

Re: Arroyo Vista Draft Relocation Plan

Dear Ms McCamon:

As you may be aware, the Dublin Housing Authority (Authority) is proceeding with the disposition and redevelopment of the Arroyo Vista public housing complex. In planning for the project, the Authority has retained the firm of Overland, Pacific & Cutler, Inc. to prepare a Relocation Plan.

A copy of the draft Relocation Plan is available for your review, during normal business hours, at the following locations:

- The property management office at Arroyo Vista
- The front counter of the Alameda County Housing Authority (22941 Atherton St., Hayward)
- Dublin City Hall (100 Civic Plaza, Dublin; front counter at the Office of the City Manager)
- The Dublin Library (200 Civic Plaza, Dublin; Reference Desk)

Electronic copies can be found at:

- The Dublin Housing Authority website: www.haca.net/agencypl.html
- The City of Dublin website: www.ci.dublin.ca.us , under "What's New in Dublin"
- The Overland, Pacific & Cutler website: www.OPCservices.com/projects/DublinHA-ArroyoVista-RelocationPlan.pdf

**We solicit and welcome your comments to the Relocation Plan.** Direct written comments and/or questions to:

**David J. Richman**
**Overland, Pacific & Cutler, Inc.**
**7901 Oakport Street, Suite 4800**
**Oakland, California 94621**
**877.972.8908 (Toll-free)**
drichman@opcservices.com

*Your comments must be received by March 15, 2008.* The Plan is scheduled for adoption before the Dublin Housing Authority Commission on April 15, 2008.

Sincerely,

Christine Gouig
Executive Director

**0280**




OVERLAND
PACIFIC &
CUTLER, INC.

7901 Oakport St., Suite 4800, Oakland, CA 94621
phone: (510)638-3081, fax: (510)638-0750

April 08, 2008

Sherlita McQuarters
Larenzo Goodman
6700 Dougherty Road #110
Dublin, CA 94568

Re:     **Relocation Plan Comments**

Dear Ms. McQuarters and Mr. Goodman:

Thank you for your comments to the relocation plan. Since Ms. McQuarters is the head of household and Larenzo is a minor occupant of the household, this response is intended to address both of your comments. The information that you provided will be placed in your relocation file so that we may use it to help locate a replacement dwelling that meets your and your household's needs. You previously mentioned to Jessica during your interview your desire to remain in Dublin or possibly move to Tracy, along with your reliance upon public transportation.

I have enclosed a copy of the letter that was sent to you regarding the availability of the plan. The availability of the plan and request for comments was also included in the March 2008 Arroyo Vista newsletter. The plan was readily available at the on-site property management office and all that was asked was that a resident sign for a copy.

The Housing Authority staff has held and continues to hold orientation meetings regarding the Section 8 voucher program. The Housing Authority will also address your needs regarding a "reasonable accommodation" during this process. If you wish to attend an orientation, please sign-up in the property management office. At the same time the voucher is issued, OPC will meet with you, issue a Notice of Eligibility, and further explain the relocation process.

OPC generates a referral list on a weekly basis that may contain homes outside the immediate area. To date, we have provided you referrals to homes in Dublin and the surrounding area. We will continue to provide you referrals to homes in Dublin.

Following your attendance at a Section 8 orientation meeting, the issuance of a Notice of Eligibility and the advisory assistance that OPC offers to further answer your questions and explain the relocation program, you should have a better understanding of "what should I be looking for" and " how much...."

0281

We look forward to assisting you in locating a replacement home.

Sincerely,



David J. Richman
Regional Director



# DUBLIN HOUSING AUTHORITY

**Respond To:**
**Arroyo Vista Office** ☐
6700 Dougherty Road #151
Dublin, CA 94568
Phone: (925) 828-3132
Fax: (925) 828-5450
TDD: (925) 829-3498
**Administrative Office** ☐
22941 Atherton Street
Hayward, CA 94541
(510) 538-8876
*website: www.haca.net*

February 12, 2008

Sherlita McQuarters
6700 Dougherty Road #110
Dublin, CA 94568

Re: Arroyo Vista Draft Relocation Plan

Dear: Ms McQuarters:

As you may be aware, the Dublin Housing Authority (Authority) is proceeding with the disposition and redevelopment of the Arroyo Vista public housing complex. In planning for the project, the Authority has retained the firm of Overland, Pacific & Cutler, Inc. to prepare a Relocation Plan.

A copy of the draft Relocation Plan is available for your review, during normal business hours, at the following locations:

- The property management office at Arroyo Vista
- The front counter of the Alameda County Housing Authority (22941 Atherton St., Hayward)
- Dublin City Hall (100 Civic Plaza, Dublin; front counter at the Office of the City Manager)
- The Dublin Library (200 Civic Plaza, Dublin; Reference Desk)

Electronic copies can be found at:

- The Dublin Housing Authority website: www.haca.net/agencypl.html
- The City of Dublin website: www.ci.dublin.ca.us , under "What's New in Dublin"
- The Overland, Pacific & Cutler website: www.OPCservices.com/projects/DublinHA-ArroyoVista-RelocationPlan.pdf

**We solicit and welcome your comments to the Relocation Plan.** Direct written comments and/or questions to:

**David J. Richman**
**Overland, Pacific & Cutler, Inc.**
**7901 Oakport Street, Suite 4800**
**Oakland, California 94621**
**877.972.8908 (Toll-free)**
drichman@opcservices.com

*Your comments must be received by March 15, 2008.* The Plan is scheduled for adoption before the Dublin Housing Authority Commission on April 15, 2008.

Sincerely,

Christine Gouig
Executive Director

0283



O V E R L A N D
P A C I F I C  &
C U T L E R ,  I N C.

7901 Oakport St., Suite 4800, Oakland, CA 94621
phone: (510)638-3081, fax: (510)638-0750

April 08, 2008

Maria Mendoza
6700 Dougherty Road #104
Dublin, CA 94568

Re:    **Relocation Plan Comments**

Dear Ms. Mendoza:

Thank you for your comments to the relocation plan. The information that you provided will be placed in your relocation file so that we may use it to help locate a replacement dwelling that meets your and your household's needs. You previously mentioned to Jessica during your interview your desire to remain in Dublin or Pleasanton.

I have enclosed a copy of the letter that was sent to you regarding the availability of the plan. The availability of the plan and request for comments was also included in the March 2008 Arroyo Vista newsletter.

The Housing Authority staff has held and continues to hold orientation meetings regarding the Section 8 voucher program. If you wish to attend one, please sign-up at the property management office. At the same time the voucher is issued, OPC will meet with you, issue a Notice of Eligibility, and further explain the relocation process.

Moving expenses, as outlined in the relocation plan, can be provided through either a fixed moving payment or based upon actual costs. Therefore, any moving expenses, compensable by law, should be covered. Security deposits and credit checks are covered separately. Advances are available to minimize hardships as outlined in the plan and the Informational Brochure you received and will also be addressed in the Notice of Eligibility that will be issued to your household.

We look forward to assisting you in locating a replacement home.

Sincerely,



David J. Richman
Regional Director

0284



# DUBLIN HOUSING AUTHORITY

Respond To:
Arroyo Vista Office ☐
6700 Dougherty Road #151
Dublin, CA 94568
Phone: (925) 828-3132
Fax: (925) 828-5450
TDD: (925) 829-3498
Administrative Office ☐
22941 Atherton Street
Hayward, CA 94541
(510) 538-8876
website: www.haca.net

February 12, 2008

·Maria Mendoza
6700 Dougherty Road #104
Dublin, CA 94568

Re: Arroyo Vista Draft Relocation Plan

Dear: Ms Mendoza:

As you may be aware, the Dublin Housing Authority (Authority) is proceeding with the disposition and redevelopment of the Arroyo Vista public housing complex. In planning for the project, the Authority has retained the firm of Overland, Pacific & Cutler, Inc. to prepare a Relocation Plan.

A copy of the draft Relocation Plan is available for your review, during normal business hours, at the following locations:

- The property management office at Arroyo Vista
- The front counter of the Alameda County Housing Authority (22941 Atherton St., Hayward)
- Dublin City Hall (100 Civic Plaza, Dublin; front counter at the Office of the City Manager)
- The Dublin Library (200 Civic Plaza, Dublin; Reference Desk)

Electronic copies can be found at:

- The Dublin Housing Authority website: www.haca.net/agencypl.html
- The City of Dublin website: www.ci.dublin.ca.us , under "What's New in Dublin"
- The Overland, Pacific & Cutler website: www.OPCservices.com/projects/DublinHA-ArroyoVista-RelocationPlan.pdf

**We solicit and welcome your comments to the Relocation Plan.** Direct written comments and/or questions to:

David J. Richman
Overland, Pacific & Cutler, Inc.
7901 Oakport Street, Suite 4800
Oakland, California 94621
877.972.8908 (Toll-free)
drichman@opcservices.com

*Your comments must be received by March 15, 2008.* The Plan is scheduled for adoption before the Dublin Housing Authority Commission on April 15, 2008.

Sincerely,

Christine Gotig
Executive Director





7901 Oakport St., Suite 4800, Oakland, CA 94621
phone: (510)638-3081, fax: (510)638-0750

April 08, 2008

Marilyn Nichols
6700 Dougherty Road #81
Dublin, CA 94568

Re:    **Relocation Plan Comments**

Dear Ms. Nichols:

Thank you for your comments to the relocation plan. The information that you provided
will be placed in your relocation file so that we may use it to help locate a replacement
dwelling that meets your and your household's needs. You previously mentioned to
Teresa Laverde during your interview that you wish to purchase a home in Livermore.

It is good to hear that you are working with Tri-Valley Housing Opportunities to clean up
your credit. That is essential, not only to purchase a home, but for everyday needs.

When I met with you on June 27, 2007, I explained that you would qualify for a rental
assistance payment that could be applied as the down payment to purchase a home. A
rental assistance payment can also be used in addition to a Section 8 voucher to help
pay your rent if, without such assistance, and in the Housing Authority's determination,
the household cannot lease a comparable home at a lower cost. If the household does
not need such a rent, it will not be eligible to receive such. I further explained that you
did not have to move now, but that you would be provided assistance when either you
chose to move or when it is necessary to move.

Moving expenses, as outlined in the plan, can be provided through either a fixed moving
payment or based upon actual costs. Therefore, any moving expenses, compensable
by law, should be covered. Security deposits and credit checks are covered separately.
Advances are available to minimize hardships as outlined in the relocation plan and the
Informational Brochure you received and will also be addressed in the Notice of
Eligibility that will be issued to your household.

I have enclosed a copy of the letter that was sent to you regarding the availability of the
plan. The availability of the plan and request for comments was also included in the
March 2008 Arroyo Vista newsletter.

0286

We look forward to assisting you in locating a replacement home.

Sincerely,



David J. Richman
Regional Director

**DUBLIN HOUSING AUTHORITY**

Respond To:
**Arroyo Vista Office** ☐
6700 Dougherty Road #151
Dublin, CA 94568
Phone: (925) 828-3132
Fax: (925) 828-5450
TDD: (925) 829-3498
**Administrative Office** ☐
22941 Atherton Street
Hayward, CA 94541
(510) 538-8876
website: www.haca.net

February 12, 2008

Marilyn Nichols
6700 Dougherty Road #81
Dublin, CA 94568

Re: Arroyo Vista Draft Relocation Plan

Dear Ms Nichols:

As you may be aware, the Dublin Housing Authority (Authority) is proceeding with the disposition and redevelopment of the Arroyo Vista public housing complex. In planning for the project, the Authority has retained the firm of Overland, Pacific & Cutler, Inc. to prepare a Relocation Plan.

A copy of the draft Relocation Plan is available for your review, during normal business hours, at the following locations:

- The property management office at Arroyo Vista
- The front counter of the Alameda County Housing Authority (22941 Atherton St., Hayward)
- Dublin City Hall (100 Civic Plaza, Dublin; front counter at the Office of the City Manager)
- The Dublin Library (200 Civic Plaza, Dublin; Reference Desk)

Electronic copies can be found at:

- The Dublin Housing Authority website: www.haca.net/agencypl.html
- The City of Dublin website: www.ci.dublin.ca.us , under "What's New in Dublin"
- The Overland, Pacific & Cutler website: www.OPCservices.com/projects/DublinHA-ArroyoVista-RelocationPlan.pdf

**We solicit and welcome your comments to the Relocation Plan.** Direct written comments and/or questions to:

**David J. Richman
Overland, Pacific & Cutler, Inc.
7901 Oakport Street, Suite 4800
Oakland, California 94621
877.972.8908 (Toll-free)
drichman@opcservices.com**

*Your comments must be received by March 15, 2008.* The Plan is scheduled for adoption before the Dublin Housing Authority Commission on April 15, 2008.

Sincerely,

Christine Gouig
Executive Director



7901 Oakport St., Suite 4800, Oakland, CA 94621
phone: (510)638-3081, fax: (510)638-0750

April 08, 2008

Elizabeth Rigney
6700 Dougherty Road #67
Dublin, CA 94568

Re:        **Relocation Plan Comments**

Dear Ms. Rigney:

Thank you for your comments to the relocation plan. The information that you provided will be placed in your relocation file so that we may use it to help locate a replacement dwelling that meets your and your household's needs. We also encourage you to meet with one of our relocation consultants to complete your interview, following our five unsuccessful attempts to complete same.

To assure long-term affordability, Section 8 vouchers are being offered to all eligible households. Thus, the monthly rent that you pay will be calculated just as it is now. The Housing Authority staff has held and continues to hold orientation meetings regarding the Section 8 voucher program. If you wish to attend one, please sign-up at the on-site property management office. At the same time the voucher is issued, OPC will meet with you, issue a Notice of Eligibility, and further explain the relocation process.

Based upon the numerous households that have moved voluntarily to date, many have remained in the Dublin area, using the adopted payment standards.

Moving expenses, as outlined in the plan, can be provided through either a fixed moving payment or based upon actual costs. Therefore, any moving expenses, compensable by law, should be covered. Security deposits and credit checks are covered separately.

I recommend that you avail yourself of the advisory assistance that OPC offers to further answer your questions and explain the relocation program. We look forward to assisting you in locating a replacement home.

Sincerely,



David J. Richman
Regional Director





7901 Oakport St., Suite 4800, Oakland, CA 94621
phone: (510)638-3081, fax: (510)638-0750

April 08, 2008

Glynis Smith
6700 Dougherty Road #130
Dublin, CA 94568

Re:       **Relocation Plan Comments**

Dear Ms. Smith:

Thank you for your comments to the relocation plan. The information that you provided will be placed in your relocation file so that we may use it to help locate a replacement dwelling that meets your and your household's needs. You previously mentioned to Jessica and John during your interview and a subsequent conversation that you wish to remain in Dublin, Pleasanton or Livermore.

To assure long-term affordability, Section 8 vouchers are being offered to all eligible households. Thus, the monthly rent that you pay will be calculated just as it is now.

We understand that you have looked at the Carmen Avenue Apartments and the Groves in Dublin. Your relocation consultant, John Morris, is available to meet personally with you to review the services we can provide.

We look forward to assisting you in locating a replacement home.

Sincerely,



David J. Richman
Regional Director

0291





7901 Oakport St., Suite 4800, Oakland, CA 94621
phone: (510)638-3081, fax: (510)638-0750

April 08, 2008

Dwayne Thomas
6700 Dougherty Road #4
Dublin, CA 94568

Re:        **Relocation Plan Comments**

Dear Mr. Thomas:

Thank you for your comments to the relocation plan. The information that you provided will be placed in your relocation file so that we may use it to help locate a replacement dwelling that meets your and your household's needs. You previously mentioned to Jessica during your interview your desire to remain in Dublin or Pleasanton, the in-home care that you receive and your reliance on public transportation.

I have enclosed a copy of the letter that was sent to you regarding the availability of the plan. The availability of the plan and request for comments was also included in the March 2008 Arroyo Vista newsletter.

The Housing Authority staff has held and continues to hold orientation meetings regarding the Section 8 voucher program. If you wish to attend one, please sign-up at the on-site property management office. The Section 8 program has no time limitation as long as you continue to meet the eligibility requirements. As you indicate you wish to stay in Dublin, you are welcome to use your Section 8 voucher there.

Moving expenses, as outlined in the plan, can be provided through either a fixed moving payment or based upon actual costs. Therefore, any moving expenses, compensable by law, should be covered. Security deposits and credit checks are covered separately. Advances are available to minimize hardships as outlined in the plan and the Informational Brochure and will also be addressed in the Notice of Eligibility that will be issued to your household.

0292

We look forward to assisting you in locating a replacement home.

Sincerely,



David J. Richman
Regional Director

03/19/2008    15:36                                                                    NO.069    D10





**DUBLIN HOUSING AUTHORITY**

Respond To:
**Arroyo Vista Office ☐**
6700 Dougherty Road #151
Dublin, CA 94568
Phone: (925) 828-3132
Fax: (925) 828-5450
TDD: (925) 829-3498
**Administrative Office ☐**
22941 Atherton Street
Hayward, CA 94541
(510) 538-8876
website: *www.haca.net*

February 12, 2008

Dwayne Thomas
6700 Dougherty Road #4
Dublin, CA 94568

Re: Arroyo Vista Draft Relocation Plan

Dear Mr Thomas:

As you may be aware, the Dublin Housing Authority (Authority) is proceeding with the disposition and redevelopment of the Arroyo Vista public housing complex. In planning for the project, the Authority has retained the firm of Overland, Pacific & Cutler, Inc. to prepare a Relocation Plan.

A copy of the draft Relocation Plan is available for your review, during normal business hours, at the following locations:

- The property management office at Arroyo Vista
- The front counter of the Alameda County Housing Authority (22941 Atherton St., Hayward)
- Dublin City Hall (100 Civic Plaza, Dublin; front counter at the Office of the City Manager)
- The Dublin Library (200 Civic Plaza, Dublin; Reference Desk)

Electronic copies can be found at:

- The Dublin Housing Authority website: www.haca.net/agencyp1.html
- The City of Dublin website: www.ci.dublin.ca.us , under "What's New in Dublin"
- The Overland, Pacific & Cutler website: www.OPCservices.com/projects/DublinHA-ArroyoVista-RelocationPlan.pdf

**We solicit and welcome your comments to the Relocation Plan.** Direct written comments and/or questions to:

**David J. Richman**
**Overland, Pacific & Cutler, Inc.**
**7901 Oakport Street, Suite 4800**
**Oakland, California 94621**
**877.972.8908 (Toll-free)**
**drichman@opcservices.com**

*Your comments must be received by March 15, 2008.* The Plan is scheduled for adoption before the Dublin Housing Authority Commission on April 15, 2008.

Sincerely,

Christine Gouig
Executive Director

**0294**




**O V E R L A N D**
**P A C I F I C &**
**C U T L E R, I N C.**

7901 Oakport St., Suite 4800, Oakland, CA 94621
phone: (510)638-3081, fax: (510)638-0750

April 08, 2008

Joyce McQuarters
6700 Dougherty Road #51
Dublin, CA 94568

Re:        **Relocation Plan Comments**

Dear Ms. McQuarters:

Thank you for your comments to the relocation plan. The information that you provided will be placed in your relocation file so that we may use it to help locate a replacement dwelling that meets your and your household's needs. You previously mentioned to John during your interview your desire to remain in Dublin, although you indicated directly to me that you would consider Pleasanton, Livermore and San Ramon.

The relocation plan was developed and will be implemented based upon the individual needs of each household. Based upon the number of successful voluntary relocations to date, with many remaining in Dublin, combined with the long lead time, we anticipate the ability to satisfy the needs of each household.

Both the Housing Authority and OPC are willing to discuss the advantages of the Section 8 program with potential landlords. We have found that an educational process helps eliminate many of the objections that landlords may have.

A household may receive a rental assistance payment in addition to a Section 8 voucher only if without such assistance, and in the Housing Authority's determination, the household cannot lease a comparable home at a lower cost. If the household does not need such a rent, it will not be eligible to receive such. If a household qualifies for a rental assistance payment, the household's share of monthly rent, plus utilities, must not exceed forty-percent (40%) of adjusted monthly income (per HUD standards), with the Housing Authority paying the difference between 30% and 40% for a period of 42 months. The Housing Authority has developed a worksheet to better clarify if you qualify for this adjustment.

As a resident of public housing, housing standards are determined by HUD. Even at Arroyo Vista, you were subject to being "down-sized", based upon unit availability.

0295

We did not recommend that you stop providing day care services. If you are no longer operating the business, then you may not be eligible for the business relocation benefits that have been explained to you.

We look forward to assisting you in locating a replacement home.

Sincerely,



David J. Richman
Regional Director

0296



7901 Oakport St., Suite 4800, Oakland, CA 94621
phone: (510)638-3081, fax: (510)638-0750

April 08, 2008

Elise Veal
6700 Dougherty Road #15
Dublin, CA 94568

Re:        **Relocation Plan Comments**

Dear Ms. Veal:

Thank you for your comments to the Relocation Plan. Although received after the 30 day public comment period, we are happy to respond to your letter, in addition to submitting it as a comment to the Plan.

The Relocation Plan creates a framework under which the relocation program is implemented and addresses the needs of the displacees in aggregate. Your analysis regarding the words "consider", "meet" and others appears to be a misunderstanding of the purpose of the Plan. As you are aware, when OPC delivers the Informational Brochure and Notice of Eligibility, the relocation consultant discusses the benefits further in greater detail and answers any questions specific to your situation.

The same consultants are available throughout the relocation process to answer any questions that you might have, such as your questions regarding moving assistance. Advances have been processed for all households that have requested same, in an expedited and uniform manner. Your analysis of the fixed moving benefit is in error, as a one room with furniture benefit of $625 is intended for situations such as a single room occupancy (SRO) or someone who rents a room only. As you will note on your Notice of Eligibility, your fixed moving payment would be $1650.00, not $625.00. You are also eligible for actual reasonable moving expenses, subject to the requested documentation. The schedule is published by the U.S. Department of Transportation and is adjusted when deemed necessary through publication in the Federal Register. All limitations and options will once again be explained to all households, as it was to yours, as moving benefits relate to moves beyond 50 miles.

For those households that are in need of transportation, OPC has and continues to assist those residents in searching for replacement homes. We are happy to provide the same service to you if you desire.

As we have stated, OPC is quite willing to supply Section 8 payment standards for other communities outside of Alameda County, and can do so upon request. As explained

0297

both in the draft Plan and the Notice of Eligibility, the adjustment for the payment standard is available "...only if without such assistance, in the Displacing Agency's determination, you cannot lease a comparable home or apartment." To further assist the residents, housing authorities, including the Housing Authority of Alameda County, will contact a prospective landlord and negotiate the contract rent if the housing authority deems the rent to be unreasonable. Any payment directly to the landlord beyond the calculated total tenant payment, is a violation of the Section 8 program rules and can result in termination of the benefit.

I have also enclosed a copy of the response to comments sent to Bay Area Legal Aid which addresses some of your concerns. We look forward to assisting you further in locating a replacement home.


Sincerely,



David J. Richman
Regional Director


0298