BAY AREA LEGAL AID
LISA S. GREIF (State Bar No. 214537)
NAOMI YOUNG (State Bar No. 105041)
PHILLIP R. MORGAN (State Bar No. 99979)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
       nyoung@baylegal.org
       pmorgan@baylegal.org

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727
Email: dcollins@pilpca.org
       mrawson@pilpca.org
       ccastellanet@pilpca.org

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.   **E-FILED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL<br><br>           Petitioner/Plaintiff,<br><br>    vs.<br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br>           Respondents.<br><br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>           Real Parties in Interest. | CASE NO. C 07-05794 MHP<br><br>DECLARATION OF KIMBERLY HILL IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION<br><br>Temporary Restraining Order<br>Hearing Date:<br>Time:<br><br>Preliminary Injunction<br>Hearing Date:<br>Time:<br><br>Courtroom: 15, 18th Floor<br>Judge: Honorable Marilyn Hall Patel |

Declaration of Kimberly Hill in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction
Case #: C-07-05794 MHP

I, Kimberly Hill, hereby declare:

1. If called as a witness in this matter, I could and would testify competently to the facts set forth herein.

2. I have lived in Unit 99 of Arroyo Vista since August 25, 2005.

3. I am a long time resident of low income housing in Oakland and Dublin and was once displaced from my low income housing unit in Oakland. The complex that I lived in was sold to a new owner who remodeled the units and raised the rents beyond what I could afford. As I could no longer make the rent I was forced to leave the unit. This was a very destabilizing event in my life. For several months after leaving this unit I was homeless and stayed in motels or with friends and family that would take me in

4. I know of only two housing complexes in the Tri Valley area that set the rents on the basis of a tenant's ability to pay. These complexes are Arroyo Vista and The Grove. From my experience, it is not easy to find affordable housing in the Tri Valley area.

5. As a result of the period that I was homeless, I know that there are often long waiting lists to receive any kind of a subsidized housing unit. Additionally, it is my understanding that Section 8 vouchers are lost if you are not able to find a unit where the landlord will accept the voucher unless the Housing Authority gives the tenant an extension to use the voucher.

6. My experience also makes me very wary of the news that Arroyo Vista will be sold and demolished. I am afraid of having to leave Arroyo Vista because I believe it will be very difficult to find another home that I can afford that will be similar to my current home at Arroyo Vista, and just providing us with a Section 8 voucher will not insure that we can actually find a home where we can use it.

7. I would like to continue living at Arroyo Vista and am very comfortable here. In the summer of 2007, I received letters in the mail stating that all Arroyo Vista residents had to vacate their units by August 2008. At a March 2008 Dublin Housing Authority (DHA) meeting, the DHA representatives denied that Arroyo Vista residents were being pushed out of Arroyo Vista and said that all residents who had left following the earlier notices had left because they wanted to. I know from my own experience with homelessness that low income people who wait for

years to get on a waiting list for a home they can afford don't usually "want" to move, and especially not in the Bay Area where housing is so expensive.

8. At that March meeting, I asked whether current Arroyo Vista residents would receive a priority to return to Arroyo Vista after it is redeveloped and was told that current Arroyo Vista residents can return if they qualify. When tenants at the meeting asked what was needed in order to qualify, we were only told that it is required that tenants pay their rent on time. I do not feel that anyone has fully explained what criteria will be used to determine whether I will qualify to return, or whether I can return if I am lucky enough to be able to use my Section 8 voucher somewhere else. I don't know, for example, whether I would be able to "break" a Section 8 lease to return to the "redeveloped" Arroyo Vista or whether the new development would accept the Section 8 voucher.

9. I want to stay in Dublin where it is convenient for me to use public transportation to get to my work. I feel that Arroyo Vista is a safe and comfortable place for me to live and do not "want to" move. I have been given the impression that we "have to" move. Having lived in low income housing in Oakland, I believe that Arroyo Vista is a much safer place to live and would be unhappy if I had to return to live in Oakland.

10. I have not taken steps to relocate from Arroyo Vista. I received a flyer at my door requesting that I contact Overland Pacific & Cutler (OPC) to discuss relocation. However, the flyer stated that before meeting with a consultant from OPC I would have to give a 30 day notice to vacate my unit. My fear of giving a notice to vacate and then being unable to find an affordable place to move prevented me from contacting OPC.

11. I feel that Arroyo Vista is perceived as a rundown housing project by the DHA Commission, but it is not. Arroyo Vista is not very old and residents put a lot of effort into maintaining the appearance of their homes. I have not had any serious problems in need of repair in my home. However, the units that have been allowed to remain vacant have not been maintained because no one is occupying them. The lawn for some vacant units is overgrown and it appears that no one is attending to them. If Arroyo Vista is redeveloped, I would like to return after it is renovated, but I am unclear from the information that I have received from OPC on

Declaration of Kimberly Hill in Support of Motion for Temporary Restraining Order and Preliminary Injunction

Case #: C-07-05794 MHP

2

qualification requirements of whether I will be able to return.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Dublin, California on June __11_____, 2008.

                                            /s/ Kimberly Hill
                                            Kimberly Hill

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: June 11, 2008         /s/ Lisa S. Greif_____

                                  Lisa S. Greif
                                  Attorney for Plaintiffs