BAY AREA LEGAL AID
LISA S. GREIF (State Bar No. 214537)
NAOMI YOUNG (State Bar No. 105041)
PHILLIP R. MORGAN (State Bar No. 99979)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
         nyoung@baylegal.org
         pmorgan@baylegal.org

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727
Email: dcollins@pilpca.org
         mrawson@pilpca.org
         ccastellanet@pilpca.org

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.    **E-FILED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL <br><br> Petitioner/Plaintiff, <br><br> vs. <br><br> CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive, <br> Respondents. <br><br> SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50, <br><br> Real Parties in Interest. | CASE NO. C 07-05794 MHP <br><br> DECLARATION OF RHENAE KEYES IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION <br><br> Temporary Restraining Order <br> Hearing Date: <br> Time: <br><br> Preliminary Injunction <br> Hearing Date: <br> Time: <br><br> Courtroom:  15, 18th Floor <br>  Judge:  Honorable Marilyn Hall Patel |

I, Rhenae Keyes, hereby declare:

1. I submit this declaration in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, and if called as a witness in this matter, I could and would testify competently to the facts set forth herein.

2. I am a tenant and have lived at Arroyo Vista in Dublin, California in Unit No. 101 for 4 years.

3. On or about February 12, 2008 I received a letter from Dublin Housing Authority (DHA) informing tenants of Arroyo Vista that the draft relocation plan was available for review. The letter stated that we could view the draft plan at a series of locations in Dublin or access the plan on the Housing Authority of the County of Alameda's (HACA) website. In the week after I received this letter I went to the DHA office at Arroyo Vista to get a copy of the draft plan. I did this because the letter informed me that written public comments to the plan were due by March 15, 2008. Since I wanted to be able to read the plan in order to make comments I thought it was important to have a copy that I could mark-up and take my time reviewing.

4. When I went to the Arroyo Vista office to request a copy of the draft plan I was told by staff there that I could not have a copy. Instead, I was told that a copy of the plan was available at the front counter of the office and that I could read it there. I have disabilities that make it difficult for me to stand or sit for extended periods of time. It was really not feasible for me to stand and read this very long document. When I came back later I asked if I could sit in one of the side offices and I was finally granted permission to do this. While I was able to read through the draft plan and make notes while sitting in the office, I felt that this was not an acceptable substitute to have a copy of the plan for myself since I did not really have enough time for meaningful review. To my knowledge, copies of the plans were not made available to residents of Arroyo Vista before the April 15, 2008 DHA Commission meeting.

5. On April 15, 2008 I attended the DHA Commission Meeting and made oral comments about the draft Relocation Plan prepared by Overland Pacific & Cutler (OPC) in addition to the written comments submitted by my attorneys. At the meeting I spoke about reasonable accommodation issues for persons with disabilities not being adequately addressed in the draft

plan, and I brought up the fact that the plan was not made available to residents and that it had not been translated into languages other than English for residents who need a copy in their own language.   The Commission decided in this meeting to have staff actually provide the plan to residents both in English and other languages for residents that do not speak English.   The Commission also instructed staff to meet with residents to discuss their many concerns with the draft Plan.

6.    On or about April 22, 2008 I received a letter from DHA stating that DHA and OPC had scheduled small group meetings at Arroyo Vista to discuss the draft Relocation Plan with tenants and answer questions.  I received a copy of the draft relocation plan along with this letter. It was in English and did not include any of the attachments that had been included with the Draft Plan that was "made available" at DHA's office.

7.    The April 22nd letter also was not translated into any other language although it did say in English only that persons who needed a translated copy of the plan could call before April30th to request one.

8.    Since the April letter was only in English, I sent a letter on May 6 to Christine Gouig of DHA and David Richman of OPC to request on behalf of the non-English speaking residents of Arroyo Vista that the draft relocation plan be provided in other languages. A true and accurate copy of that letter is attached hereto as Exhibit 1.

9.    On May 13, 2008 I attended a meeting at Arroyo Vista with David Richman and Mary Rizzo-Shuman from DHA.   At this meeting I asked Mr. Richman about the discrepancies between the moving expenses that are provided and the fact that tenants have to pay out-of-pocket if they move farther away than 50 miles. Mr. Richman said we don't have to move now, but we should expect to have to move out by the end of the year.  I also asked in this meeting what happens to those tenants who have moved out if HUD does not approve the application to sell Arroyo Vista.  Ms. Shuman and Mr. Richman did not respond to this question.

10. On June 3, 2008 I attended the DHA Commission meeting.  I made public comments expressing my concerns about DHA and OPC representations to the Commission that the residents that have already moved out of Arroyo Vista moved voluntarily.  By continually telling

1  residents that they "will have to move, if not now, later" DHA and OPC have given residents the
2  distinct impression that it is not optional – you have to move.  In all the meetings I have attended,
3  we have been encouraged to look for a place and move out prematurely.  It is that type of
4  information that has pressured Arroyo Vista residents to move as soon as they can find a place,
5  not because they "want to" move out of a diverse neighborhood of single-family homes that they
6  can <u>afford</u> and where many have raised their families.

7      11. On June 3, 2008 I received a letter from David Richman responding to my May 6, 2008
8  letter requesting that the relocation plan be translated into other languages.  Attached hereto as
9  Exhibit 2 is a true and accurate copy of that letter.  Enclosed with the letter from Mr. Richman
10  was a copy of the draft relocation plan translated only into Spanish.

11      I declare under penalty of perjury that the foregoing is true and correct and that this
12  declaration was executed at _____Dublin_____, California on _____June 11, 2008_____.

15                                    /s/ Rhenae Keyes
16                                    Rhenae Keyes

17  I hereby attest that I have on file all holograph signatures for any signatures indicated by
18  a "conformed" signature (/s/) within this efiled document.

19  Dated: June 11, 2008                /s/ Lisa S. Greif_____

20                                    Lisa S. Greif
21                                    Attorney for Plaintiff

DECLARATION OF RHENAE KEYES
IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION

EXHIBIT 1

May 6, 2008

Christine Gouig                     David Richman
Executive Director                  Overland Pacific and Cutler
Dublin Housing Authority            7901 Oakport Street, Suite 4800
22941 Atherton Street               Oakland, CA  94621-8908
Hayward, CA  94541


Re: April 22, 2008 Letter to Arroyo Vista Tenants

Dear Ms. Gouig and Mr. Richman

On behalf of the Arroyo Vista Tenants Association I am writing to express my concerns about the April 22, 2008 letter you sent to all residents at Arroyo Vista informing us of the series of meetings scheduled in May 2008 to discuss the relocation plan and the Section 8 program. While I appreciate that the comments by residents at the Dublin Housing Commission meeting on April 15 prompted these follow-up meetings as a way to address the on going questions residents have regarding the relocation plan, I feel the letter does not adequately address the needs of the limited-English speaking tenants.

First, while the letter states that the relocation plan is available in the three languages listed it only gives this information in English.  This is not helpful to those tenants whose primary language is not English.  Second, the letter requires that tenants must call David Richman by April 30 to request a translated relocation plan.  This deadline was just one week after the letter was sent and again was only in English.

As Commissioner Sbranti stated during the Commission meeting the relocation plan needs to be made available to all residents in their primary language.  Several residents have called OPC to request a copy of the Relocation Plan in their primary language (Spanish, Tagalog or Farsi) but they have not received the translated plan or even a call back from the OPC staff member they were referred to.  In the case of Mr. Arroyo, his son called Teresa Leverde and left her several messages requesting the relocation plan in Spanish.  As of this date he has received neither a call back from Ms. Laverde nor a copy of the plan in Spanish.  The other tenants who called for translated plans also received no call back from OPC.  These tenants whose primary language is not English should be given a translated plan as soon as possible so that they have adequate time to review it before the DHA Commission meeting in June.

In an effort to fully inform the residents of Arroyo Vista of their rights and benefits under the draft relocation plan I request that you send another letter which addresses the concerns I have raised above.  Thank you.

Sincerely,

Rhenae Keyes
Chair, Arroyo Vista Tenants Association

DECLARATION OF RHENAE KEYES
IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION

EXHIBIT 2



7901 Oakport Street, Suite 4800

Oakland, CA 94621

510.638.3081 ph

510.638.0750 fax

www.OPCservices.com

June 03, 2008

Rhenae Keyes
Arroyo Vista Tenants Association
6700 Dougherty Rd. #101
Dublin, CA 94568

Dear Ms. Keyes:

Thank you for your letter dated May 06, 2008. On May 13, 2008, OPC and Housing
Authority staff held a question and answer session with Spanish speaking residents,
regarding the draft Relocation Plan. At that meeting, one of the residents requested a
Spanish translation of the Plan. As such, a translation was completed and has been
forwarded to all of the Spanish speaking households at Arroyo Vista. A copy of the
translated Plan is enclosed for your reference.

At the meeting where Tagalog interpretation was provided the one Tagalog speaking
family that attended asked for a copy of the Plan translated into Tagalog. That translation
is being done. The one Farsi speaking household that attended did not request a translated
copy.

If you have any further questions, please do not hesitate to contact me.

Sincerely,

David Richman
Regional Director