1  BAY AREA LEGAL AID
   LISA S. GREIF (State Bar No. 214537)
2  NAOMI YOUNG (State Bar No. 105041)
   PHILLIP R. MORGAN (State Bar No. 99979)
3  405 14th Street, 11th Floor
   Oakland, California 94612
4  Telephone: 510-663-4744
   Facsimile: 510-663-4740
5  Email: lgreif@baylegal.org
          nyoung@baylegal.org
6         pmorgan@baylegal.org

7  THE CALIFORNIA AFFORDABLE HOUSING LAW
   PROJECT OF THE PUBLIC INTEREST LAW PROJECT
8  DEBORAH COLLINS (State Bar No. 154532)
   MICHAEL RAWSON (State Bar No. 95868)
9  CRAIG CASTELLANET (State Bar No. 176054)
   449 15th Street, Suite 301
10 Oakland, California 94612
   Telephone: 510-891-9794, ext. 156
11 Facsimile: 510-891-9727
   Email: dcollins@pilpca.org
12        mrawson@pilpca.org
          ccastellanet@pilpca.org
13
   Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.    **E-FILED**
14

15                  UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, 19 DARLENE BROWN, ELISE VEAL  20           Petitioner/Plaintiff, 21     vs. 22  CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF 23  ALAMEDA COUNTY; and DOES 1 through 24  20, inclusive,            Respondents. 25  SCS DEVELOPMENT COMPANY, dba 26  Citation Homes Central, a California  Corporation; EDEN HOUSING, INC., a 27  California Nonprofit, and DOES 21 through 50, 28         Real Parties in Interest. | CASE NO. C 07-05794 MHP  DECLARATION OF JOYCE MCQUARTERS IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION  Temporary Restraining Order Hearing Date: Time:  Preliminary Injunction Hearing Date: Time:  Courtroom: 15, 18th Floor Judge: Honorable Marilyn Hall Patel |

Declaration of Joyce McQuarters in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction
CASE NO. C 07-05794 MHP

I, JOYCE MCQUARTERS, hereby declare:

1. I am a 46-year-old African-American woman. I live at 6700 Dougherty Road, # 51, Dublin CA with my, foster son (age 10), and my three grandchildren (ages 3, 4, and 6).

2. I have lived in Arroyo Vista for twenty (20) years. My rent is zero per month for my four-bedroom unit. My 26-year-old daughter, Delana Watts and my 21-year-old daughter Nuqia Cunningham, used to live with me but moved out of my house in 2006.

3. Starting in 2006, I attended meetings about the Arroyo Vista demolition and redevelopment. I can't remember the exact dates, but I went to almost all of the meetings for residents at Arroyo Vista and two or three of the meetings held at the Dublin Library by the Housing Authority, Eden, Citation and Overland, Pacific and Cutler (OPC). It was not until April or May of 2007 that it became clear that DHA wants to get rid of the property, not renovate it which is what the residents wanted to happen. The OPC consultants told me that "the sooner I get out, the better" and that I "don't want to wait until the last three months to find a new place." I got a Section 8 voucher for a two bedroom unit on February 15, 2008. OPC gave me an "Informational Statement for Families and Individuals", "Notice of Eligibility and Conditional Entitlement", and a "Claim for Moving and Related Expenses – Families and Individuals" on February 25, 2008.

4. John Morris of Overland Pacific & Cutler (OPC) came to my unit to ask about my unit size and the size of my family in about October 2007. I explained to him that at that time I had a home day-care business, and that this was my only source of income besides the foster care money that I then received for my foster son Darius. Mr. Morris didn't really respond. He just wrote some things down and did not say anything about what I told him.

5. Sometime in November or December 2007, I had a telephone conversation with Mary Shuman about Section 8 vouchers. She said that I was eligible for only a two-bedroom voucher. I told her that I have a daycare business and take care of six to eight children because I have four bedrooms, a backyard, a nearby park and room for an office. I told her that we are always being told we need to become self-sufficient, and so I have my daycare business so that I can be self –sufficient. I asked her what I was supposed to do about my business. She said, "That's not

my problem."

6. I attended a meeting for Arroyo Vista residents held by Bay Area Legal Aid (Bay Legal) and Public Interest Law Projects (PILP) on February 9, 2008. After talking to the Bay Legal and PILP attorneys about my daycare business, I called John Morris. He told me that there is a business relocation plan and faxed me a copy of that plan on February 26, 2008. I called him back and asked him about the relocation benefits in the business plan he faxed me. He talked about getting reimbursement for things like business cards. When I asked him about the fixed business expense provisions in the plan he faxed me, he told me to fax him tax returns for two years. I faxed him copies of my tax returns for two years. I never heard anything more from him after that. David Richman started calling me to talk about moving, but never discussed moving my business.

7. On May 21, 2008, I attended a relocation benefits meeting held at Arroyo Vista run by Mary Shuman and David Richman. I asked Mr. Richman about moving my business and he said he would not talk about it at the meeting. I asked him, "why not?" and he then said that my request for business relocation benefits would probably be denied. I asked him why, and he said it was because I had stopped taking care of children in January and I no longer have a childcare business. I told him that I still have a childcare business but I stopped caring for children in January because I can't run my childcare business and search for a place to move to at the same time. He just said, "We didn't tell you to stop taking children."

8. OPC has not offered to help me find a place while I conduct my childcare business or suggested that I stop my search and resume my interrupted business. The flyers that DHA sent to residents, and the OPC, DHA, HACA, Eden and Citation representatives who spoke at the meetings I attended make it sound like the demolition of Arroyo Vista is inevitable and have made this clear by telling us that we will want to move "by the time demolition is ready to start", which they have all said they expect to happen by November 2008. From what Mr. Morris, Ms. Shuman and Mr. Richman have said to me, I have the impression that I have to move and that my livelihood is not important enough to them to do anything about it. I have been getting calls from the parents of the children in my daycare business asking me when I will start taking care

1  of their children again.  While I want to continue my home daycare business before school starts
2  in the Fall, I cannot realistically be running a business if I have to find a new place and move,
3  and I am still of the impression that I "have to" move by November 2008.  Though we have been
4  told we will receive 90-day or 150-day notices telling us when we have to move, we have not
5  been told when we will be given those notices. We've only been told that HUD is expected to
6  approve DHA's application to dispose of Arroyo Vista in August 2008 and they expect we'll
7  have to move by November.

8      9.  Because Ms. Shuman told me that I was eligible for only a two-bedroom voucher and I
9  was worried about being able to find a place to move before demolition starts, I started looking
10 for two-bedroom units.  The lists that OPC gave me haven't given me much help in finding a
11 place.  There were only a few listings on the OPC lists that might have been right for my family,
12 but I  already found all of these through my searching on my own.  The December 21, 2007
13 OPC list had only one place in Dublin and it was not a two bedroom unit.  There were 18 two
14 bedroom listing but none in Dublin (one in Pleasanton, two in Livermore and the rest in
15 Hayward).  The January 8, 2008 OPC list had no listings at all for two- bedroom units.  The
16 February 13, 2008 OPC list had no two-bedroom units in Dublin.  There were nine two-
17 bedrooms units on the list for Fremont, Hayward and San Leandro.  The February 29, 2008 OPC
18 list also had no two-bedroom listings in Dublin.  There were 23 total two-bedroom listings in
19 San Leandro, Albany, Fremont, Hayward, Livermore, and Union City.  The March 17, 2008
20 OPC list had zero two bedroom units in Dublin and 22 total two-bedroom listings for Albany,
21 Castro Valley, Hayward, Fremont, Livermore, Union City, and San Leandro.  The April 9, 2008
22 OPC list had zero two-bedroom listings in Dublin, and 17 total two-bedroom units in Berkeley,
23 Castro Valley, Fremont, Hayward, Livermore and Pleasanton.

24     10. I heard about Cornerstone in San Ramon from a girlfriend who lives in San Ramon.  I
25 submitted an application for a unit there and paid a $30 credit check fee.  The owner did the
26 credit check and then denied my application because of the credit report, even though I passed
27 the credit check for at least one other place (Avalon). OPC reimbursed me for this $30 fee, so I
28 already used $30 of the $75 maximum that I understand residents are supposed to receive for

credit check fees, but it did not help me secure another home.

11. I have not been seriously looking into any of the listings outside of Dublin, Pleasanton and Livermore as I want to keep my family and my business in Dublin. However, I did call and look into places in Pleasanton and Livermore because I was having such a hard time finding a place in Dublin. Of all the places I looked into, either the owners did not take Section 8 or the units were not right for my family. I have been looking at the number of bathrooms, the square footage, the rent, and whether or not there is indoor laundry facilities. I need indoor laundry facilities because I have a back injury, and I can't lift over a certain weight. I prefer two bathrooms because I don't want to have to share a bathroom with a ten-year old boy and three younger children. I also need room to be able to run my childcare business. However, I was willing to consider the Groves even though the unit was small and did not have enough closet space, and I have been looking at one-bathroom units since there are so few Section 8 listings for two bedroom units in the area I want to live.

12. Besides checking the OPC lists, I also searched for a place on the internet, checked CraigsList and got listings from ECHO Housing. I applied and was approved for a place at the Groves in Dublin. I gave the manager a check for $130 - $100 to hold the place and $30 for a credit check - but then the management called me and said that the current tenant decided not to move. In March 2008, I found a 2 bedroom, 2 bathroom apartment in Avalon Station in Dublin. The owner wanted $1604 for rent and $14 for garbage, without utilities. HACA would only pay $1486 and so did not approve the unit. I wanted to pay the difference, but a HACA employee, Beth Nguyen, told me that I couldn't afford to pay the difference. Since I had to stop my daycare business to look for another place, my family's only income then was the foster care money we received for Darius. Beth Nguyen said that HACA can't count foster care income, so I had zero countable income, and this means I can't afford to pay the difference between what the housing authority will pay and the $1618 the landlord was asking for rent and garbage. I asked her how much I would have to make to be able to pay the difference. The first time, she told me I had to make $4,000 per month. When I came back and asked again, she said I had to make $2,000 per month. Before HACA told me I didn't qualify for the Avalon Station unit, I

paid $600 for the deposit and $21 for a credit check fee to the owner. OPC gave me a check for $621 to reimburse me, so I have now received a total of $51 of the $75 limit on credit check fees without finding a home.

13. The manager at Avalon Station told me that they take Section 8 because they are required by the government to do so. I asked her why Avalon Station asks more for rent than the Section 8 payment standard. She told me that they have to charge the Section 8 and non-Section 8 tenants the same rent under the discrimination laws.

14. I feel that I am in a "catch-22" situation. I have been told that I don't make enough money to pay my share of the rent of a Section 8 unit at Avalon Station, but I am being effectively forced to give up my home day care business which provided me with the necessary income to qualify for that unit.

15. On March 19, 2008, I found a two-bedroom, two bath unit located at 5300 Case Ave. in Pleasanton through the ECHO housing list. I am on the waiting list for this unit. I looked at a two-bedroom condominium at 21490 Arroyo Court in Pleasanton. There is only one place I found through the lists that OPC gave me that I had not already found myself. The one listing I found through an OPC list was for an. I we to an open house for a Dublin Hills condominium and put my name on a waiting list with 20 other people. No one ever called me and I know the young lady who ended up getting the place.

16. On April 1, 2008, I inquired at Camelia in Dublin after hearing about it from friends or neighbors. However, the manager there said that they use the same credit company as Cornerstone. She told me that if I didn't qualify at Cornerstone because of the credit check, I probably won't qualify for Camelia. I didn't bother to submit an application or pay for another credit check since I figured they would just reject me on the basis of the credit check.

17. I filled out an application and put my name on the waiting list at Park Sierra on Dougherty in Dublin in approximately June 2008. They told me they would call me. I called back on March 6, 2008. I was told that I am 120 on the waiting list and that they estimate it will be at least a year and a half to two years before there might be a vacancy for my family and me.

18. The only places I found in Dublin that said they would take Section 8 were the Dublin

Hills condominium, the Groves, Park Sierra, and Avalon (which was asking for rents that are higher than the Section 8 standard). My search for a place also included: Parkwood, Amador, Seasons in San Ramon (which takes Section 8 but had only 6 units and none were available), Pleasanton Glen (the telephone number did not work), Portola Meadows in Livermore, Springhouse in Pleasanton (would not take Section 8), Prado Apartments (no Section 8), and Hacienda Commons (no Section 8), and Bel Air apartments in San Ramon (no section 8). I was getting desperate, so I saw a listing for Lakeside village in San Leandro and I called to see what they would say. They don't take Section 8.

19. I called AVR properties in Livermore March 25, 2008. They said they don't take Section 8 on any of their properties. Some of the CraigsList listings only took online responses, and I posted online inquiries for some of the listings. I never heard back from any of them. One of these was a listing for a two bedroom, one bath remodeled condominium in Pleasanton. I have been regularly checking the online rental lists every one to two days. I have made anywhere from one to ten calls a day since June 2007. I started keeping track of my searches in a notebook in February 2008. I have about 60 searches recorded in this book alone. I would estimate that of all the places I have called and/or looked at, two-thirds would not take Section 8. I was denied one place because of credit. I am on the waiting list for three or four places and the rest did not meet my family's needs.

20. Now that I have my three grandchildren living with me, I will need a three or four bedroom voucher. HACA put my grandchildren on my lease and will increase my rent from nothing to $134 as of July 1, 2008. This is because I will receive CalWorks benefits for my grandchildren in addition to the foster care assistance I receive for my foster son. HACA did not say anything to me about changing my two-bedroom voucher to a three- or four- bedroom voucher for my family.

21. OPC has not done anything to help me find a place to move my family and daycare business. I don't know how I am going to find a home in Dublin for my family and myself that will allow me to continue the daycare business that I ran at Arroyo Vista. I think that OPC and HACA should be finding out what my family needs to be able to move instead of just telling me

that Arroyo Vista will be demolished in November 2008.

22. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Dublin, California on June ___11____, 2008.

/s/ Joyce McQuarters
Joyce McQuarters

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: June 11, 2008                /s/ Lisa S. Greif
                                    Lisa S. Greif
                                    Attorney for Plaintiffs