BAY AREA LEGAL AID
LISA S. GREIF (State Bar No. 214537)
NAOMI YOUNG (State Bar No. 105041)
PHILLIP R. MORGAN (State Bar No. 99979)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
    nyoung@baylegal.org
    pmorgan@baylegal.org

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727
Email: dcollins@pilpca.org
    mrawson@pilpca.org
    ccastellanet@pilpca.org

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.  **E-FILED**

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL,<br><br>    Petitioners/Plaintiff,<br><br>vs.<br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br><br>    Respondents.<br><br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>    Real Parties in Interest. | CASE NO. C 07-05794 MHP<br><br>DECLARATION OF LIZ RIGNEY IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION<br><br>Temporary Restraining Order<br>Hearing Date:<br>Time:<br><br>Preliminary Injunction<br>Hearing Date:<br>Time:<br><br>Courtroom: 15, 18th Floor<br>Judge: Honorable Marilyn Hall Patel |

I, Liz Rigney, hereby declare:

1. If called as a witness in this matter, I could and would testify competently to the facts set forth herein.

2. I live in Unit 67 at Arroyo Vista. I am a single parent. I grew up in Dublin and have lived and raised my children at Arroyo Vista for over twenty years. I currently reside in a two bedroom unit with my son.

3. The affordable rent that I pay at Arroyo Vista has allowed me to live close to and care for my elderly parents. It has also allowed me to maintain a job that permitted me to pick my children up after school, care for them in the evening, and be active in my community. Arroyo Vista has been my home for many years and I do not want to move.

4. I attended the April 15, 2008 and June 3, 2008 Dublin Housing Authority (DHA) Commission meetings. The information I received from the DHA Commissioners and Overland Pacific & Cutler (OPC) representative David Richman make me feel as if Arroyo Vista will be torn down no matter what, that residents will have no say in what happens to Arroyo Vista, and that we will all have to leave.

5. On May 13, 2008 David Richman and a female representative from the Housing Authority of Alameda County (HACA) presented the Relocation Plan to me and other residents as if the development is definitely going to occur. They were focused on telling residents what we had to do to relocate. I do not feel that they conveyed the idea that we had the option of remaining at Arroyo Vista from their presentation.

6. I am concerned and feel that I have not been sufficiently informed of the resources that are available to Arroyo Vista residents. On May 13th, David Richman and a female representative from HACA said that Section 8 vouchers would be available for residents to locate other affordable housing. However, when I have asked questions about whether or not I qualify for a Section 8 voucher, their response has been vague. I was informed that if I did not qualify I would have received a notice and been directed to contact Section 8 counselors. However, I also was told that residents should give 30 day notices to vacate in order to speak with a Section 8 counselor.

7. Although, I have received postcards in the mail to contact OPC during regular business hours in order to discuss relocation, I work full-time during the day and have not been in touch with their office. I would like to remain at Arroyo Vista and do not feel that OPC representatives or the Housing Authority or Commission have listened to the public comments I have made about why I need and want to remain at Arroyo Vista. Because OPC has only demonstrated a willingness to work with residents that agree to vacate their units at Arroyo Vista, I am discouraged from speaking with them.

8. Arroyo Vista is my home, and has been for more than two decades. It has provided a good place for my children to grow up and enables me to care for my elderly parents and maintain my full-time job.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Dublin, California on June 10, 2008.

/s/ Liz Rigney
Liz Rigney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: June 10, 2008      /s/ Lisa S. Greif_____
                          Lisa S. Greif
                          Attorney for Plaintiffs

Declaration of Liz Rigney in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction
Case #: C-07-05794 MHP