BAY AREA LEGAL AID
LISA S. GREIF (State Bar No. 214537)
NAOMI YOUNG (State Bar No. 105041)
PHILLIP R. MORGAN (State Bar No. 99979)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
      nyoung@baylegal.org
      pmorgan@baylegal.org

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727
Email: dcollins@pilpca.org
      mrawson@pilpca.org
      ccastellanet@pilpca.org

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.   **E-FILED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL<br><br>          Petitioner/Plaintiff,<br><br>   vs.<br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br>          Respondents.<br><br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>          Real Parties in Interest. | CASE NO. C 07-05794 MHP<br><br>DECLARATION OF GLYNIS SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION<br><br>Temporary Restraining Order<br>Hearing Date:<br>Time:<br><br>Preliminary Injunction<br>Hearing Date:<br>Time:<br><br>Courtroom:  15, 18th Floor<br>Judge:  Honorable Marilyn Hall Patel |

Declaration of Glynis Smith in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction
CASE NO. C 07-05794 MHP

I, Glynis Smith, hereby declare:

1. I submit this declaration in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, and if called as a witness in this matter, I could and would testify competently to the facts set forth herein.

2. I am a lawful tenant and have lived at Arroyo Vista in Dublin, California in Unit No. 130 since October 2002.

3. At the time the City of Dublin began holding meetings to discuss the future of Arroyo Vista, I sat on the resident board and regularly attended the meetings. We were told that the meetings were being held in order to determine whether to rehabilitate or redevelop Arroyo Vista. However, not once did I feel that the City was considering rehabilitation as a serious option.

4. During these preliminary meetings, the City of Dublin would question the tenants about what they wanted from the Dublin Housing Authority (DHA). I felt as though the City was only using the meetings to obtain information about problems with the units that it could then use to support redevelopment of Arroyo Vista.

5. I felt as though the City was targeting Arroyo Vista for redevelopment because the tenants of Arroyo Vista include the poor, the disabled, and seniors who may be the easiest to kick out to make way for bigger and more expensive homes.

6. At a DHA Commission meeting in April 2008, I asked the Commissioners to get the dollar signs out of their eyes. I told them they should be ashamed of themselves for kicking the poor out of their homes. My statements were met with applause, but Mayor Lockhart became extremely angry and instructed people not to applaud or she would end the public hearing.

7. I met with a representative of Overland Pacific & Cutler (OPC) in the fall of 2007. During the meeting I explained to them that I needed a first floor unit due to my disability, and I needed to live somewhere that would allow me to keep my companion pet. After this meeting, OPC began sending me listings of alternative housing. These listings were in no way tailored to my individual needs.

8. Soon after receiving these lists, I contacted several of the apartment complexes on the lists, but each of the apartment complexes I contacted either would not accept Section 8 Housing Choice Vouchers, would not allow me to bring my pet with me, or could not provide me with a first floor unit.

9. During the April 15, 2008 DHA Commission meeting, Mayor Lockhart made a statement suggesting that OPC was "holding the hands" of the tenants to assist them with their relocations. David Richman of OPC confirmed that this was the case. I approached David Richman after the meeting to tell him that nobody was "holding my hand" as I searched for a new home. The next day he put me in touch with John Morris of OPC, who was able to assist me with my housing search.

10. John Morris assisted me by visiting apartments with me and helping me find apartments that suited my particular needs. As a result, I hope to qualify for an apartment in Livermore, California, pending the approval of my Section 8 Housing Choice Voucher. I am hoping to move in about one month, but approval of the voucher by HACA is taking longer than expected. Until I receive this voucher, I will be unaware of the actual monthly cost of my new apartment.

11. I will need assistance from OPC to move my belongings because of my disability. Additionally, I will need to be reimbursed for my moving expenses. I had to pay the deposit for my new home out-of-pocket and have not received any reimbursement or claim forms from OPC.

12. I do not want to move. I would prefer to stay in my home in Arroyo Vista. But, considering the consistent efforts of the City to kick us out of our homes, I feel that staying in Arroyo Vista is not an actual option, and I am worried that if I don't relocate now, I won't be able to find a suitable home that is accessible to me, that I can afford, or where I can have my companion pet.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at __Dublin_____, California on _____June 11, 2008_____.

/s/ Glynis Smith
Glynis Smith

Declaration of Glynis Smith in Support of Motion for Temporary Restraining Order and Preliminary Injunction

2

CASE NO. C 07-05794 MHP

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by
2  a "conformed" signature (/s/) within this efiled document.
3
4  Dated: June 11, 2008                    /s/ Lisa S. Greif_____
5                                          Lisa S. Greif
                                           Attorney for Plaintiffs
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28