BAY AREA LEGAL AID
LISA S. GREIF (State Bar No. 214537)
NAOMI YOUNG (State Bar No. 105041)
PHILLIP R. MORGAN (State Bar No. 99979)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
        nyoung@baylegal.org
        pmorgan@baylegal.org

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727
Email: dcollins@pilpca.org
        mrawson@pilpca.org
        ccastellanet@pilpca.org

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.    **E-FILED**

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL, <br><br>         Petitioners, <br><br>     vs. <br><br> CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive, <br><br>         Respondents. <br><br> SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50, <br><br>         Real Parties in Interest. | CASE NO. C 07-05794 MHP <br><br> DECLARATION OF ELISE VEAL IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION <br><br> Temporary Restraining Order <br> Hearing Date: <br> Time: <br><br><br> Preliminary Injunction <br> Hearing Date: <br> Time: <br><br><br> Courtroom:  15, 18th Floor <br> Judge:  Honorable Marilyn Hall Patel |

I, Elise Veal, hereby declare

1.  I am a 38 year old woman of African-American descent.  I live at 6700 Dougherty Road, # 15, Dublin CA with my four daughters (ages 19-, 18-, 14- and 4-years old), my two sons (ages 11- and 4-years old) and my husband.

2.  I moved to Arroyo Vista eighteen (18) years ago when my two oldest daughters were ages 1- and 2- years old. My rent is $315 per month for my four-bedroom unit.

3.  In August 2007 I went to a meeting at City Hall presented by Overland Pacific and Cutler (OPC) and the Housing Authority of Alameda County (HACA).  At this meeting, HACA said they were putting together a relocation plan based on household size and need and that OPC would contact residents to assess their needs and devise a plan to move residents anywhere they wanted.  HACA said every household would receive a Section 8 voucher.

4.  In September 2007, I saw a rental listing for a house in Dublin Ranch offered by Wilson's Property Management in the newspaper.  I called about the advertised listing, signed a rental application with Wilson's Property Management on September 5, 2007, and went to look at the property.  I did not tell the Wilson's agent that I have Section 8 before I went to look at the house.  When I told the leasing consultant that I have Section 8 afterwards, she said the owners would not take Section 8, and that none of the Wilson Property Management listings take Section 8.  She said they usually did not have listings for Section 8 rentals in Dublin or Pleasanton.

5.  In October 2007, I saw a "For Rent" sign on a four-bedroom house on Fenwick Way in Dublin.  I called Perchak Properties, the leasing company on the sign and asked if the owner would take Section 8.  The leasing agent told me he would ask the landlord.  He never called me back.  When I called him later, he said that the house was already rented and that the landlord would not take Section 8.

6.  I also saw a Ross Property Management "For Rent" sign in front of a four bedroom house on Hawk Way in Dublin.  I called the Ross leasing consultant, and he said he would ask if the owner would take a Section 8 tenant.  When he didn't call me back a week later, I called again.  He told me that the owner wouldn't take Section 8 and that the house was rented to

someone else.

7.  On October 14, 2007, Theresa Laverde of OPC came to my home to conduct a "needs assessment." At that time I told her that I have a disabled child who has special needs and who has to be in a special program in Dublin. I told her that the program my daughter is in is specifically designed to meet her needs and that the program provides transportation to and from the school. I asked Theresa if she would be able to talk to owners who don't take Section 8 to get them to take my voucher. She said that all OPC would do was provide me with referrals. She made an appointment for December 10, 2007 for me to meet with John Morris at my home to go over my moving plan, even though I told her that I hadn't found a place yet.

8.  I continued to look for a place to move my family throughout the months of November and December 2007. Even though my family needs and wants to live in Dublin, I started looking in other counties because I could not find any four bedroom places that would take Section 8 in Dublin. I made calls and/or went to look at listed rentals that were in Pleasanton, Antioch, Fremont, Union City, Elk Grove, Sacramento, Tracey and Mountain House.

9.  I obtained several rental lists (approximately 4) from OPC between November and December 2007. I made anywhere from 12 to 25 calls to places on these OPC lists. I checked for places in the rental listings posted on the Housing Authority of Alameda County (HACA) website, the housing authority websites for Contra Costa County and Sacramento County at least three times per month. I made about thirty to fifty calls from those lists. I called every listing that had four or five bedrooms.

10. Several of the places I found through my search were in poor condition with holes in the fence and bad wiring. Others owners wanted money on the side above the rent standard for Section 8. At least seventy-five percent of the listings on Craigslist would not take Section 8. Other places on the Housing Authority's lists said they were renting to others, selling the house or gave some other reason for not wanting to rent to me. One place in Antioch asked me the ages of my children and wanted to meet all the children who would be living there before she would rent to me.

11. I drove 91 miles to Elk Grove on November 23, 2007 to look for houses and had to

spend $30 on food during that trip.  I went to look for houses in Elk Grove again on November 28, 30, and December 3, 2007.  I drove a total of 424 miles and had to buy food for my family during those trips, eating only twice a day.  I spent $200 between gas and food combined.  I have not had any reimbursement from OPC for these costs.

12. I found a place in Antioch through Craigslist.  I went to look at the house and to talk to the owner on November 17, 2007.  The owner said he would take Section 8 but he wanted me to pay him $100 as a "gesture of good faith" until he received a deposit from OPC.  He also wanted me to pay utilities, and then told me he wanted me to pay him on the side for the difference between the $2300 per month rent and the Contra Costa Housing Authority payment standard of $2065.  He said that he would put $2065 as the rent on the housing authority papers, but he expected me to pay him the additional $235/month without telling the housing authority.

13. On December 8, 2007, I drove 112 miles to look at houses in Tracy and Fremont.  In Tracy, I found a house that was renting for $1850 for 5 bedrooms. I would like to have a 5-bedroom house so that my 19 year old daughter can have her own bedroom.  I called Theresa Laverde of OPC and gave her the information about the Tracy house.

14. On December 10, 2007, John Morris of OPC came to my unit to go over my relocation benefits with me.  He gave me written and oral information about the moving assistance that OPC would give me.  This included a document entitled "Informational Statement for Families and Individuals", "Notice of Eligibility and Conditional Entitlement", and two documents entitled "Claim for Moving and Related Expenses – Families and Individuals".  I told Mr. Morris that I was not going to take the Antioch house described above in paragraph 12, but that I was looking at a house in Tracy.  John told me that OPC would give me up to $2496 for a deposit and $1650 for moving expenses.   He did not say anything about helping me find a place in Dublin or finding another special education program for my daughter.

15. After the meeting with Mr. Morris, Theresa Laverde of OPC called me back and said that I did not qualify for the Tracy house because with my income, I could not afford to pay the difference between the San Joaquin County payment standard and the $1850 asking rent.  I

told her I didn't believe this, since the papers Mr. Morris gave me said that rent for a dwelling comparable to my present unit is $2400. She told me to check the website for the San Joaquin housing authority for the payment standard. Theresa did not adequately explain why I couldn't use my voucher to rent the $1850 house in Tracy when the payment standard for my unit is $2400.

16. On December 14, 2007, Chris of HACA dropped off a $3225 check to cover moving expenses and deposit. I called Theresa and she said that the check included $2400 for deposit and $825 for moving expenses. I told her that Mr. Morris told me at the meeting on December 10th that I was getting $1650 for moving expenses and I told her that $825 is not enough to cover my cost of moving. She told me that OPC would give me another $825 after I completely moved out as part of my "moving payment."

17. Between December 15, 2007 and December 18, 2007, I had e-mail communications with John Morris about why the check was short $825. The owner of the Tracy house rented to someone else before I could work out the disagreement with OPC over my moving expense payment. I returned all the money OPC gave me on December 21, 2007.

18. I began searching for a place to move in August 2007 and stopped December 31, 2007. Out of 50 contacts per month only one place was willing to rent to my family. Unfortunately I could not accept that home because the owner asked me to illegally pay him the difference between the housing authority payment and the rent he wanted "under the table." I started my search again in March 2008. Most of the places I found would not accept Section 8. Attached as Exhibit 1 are true and correct copies of email responses I received during my searches.

19. Since I still couldn't find any place in Dublin to move my family, I started looking at places outside of Dublin again. On May 30, 2008, I drove by a nice place in Contra Costa County, but I checked with the community college there, and found out I would have to take 12 units more than I need at Los Positas College to get my Associate of Sciences degree. I attend college at Las Positas which is in Livermore, and is only 6 miles from my home. The extra 12 units would be an extra year of study, and I would have had to commute 84 miles to

get to and from Los Positas.

20. I found a house in Dublin on Ebensburg Lane in March 2008. The owner said he is a contractor and was renovating the place. At first he said he wouldn't take Section 8 because the housing authority is "too nosy" and he didn't want them "telling me what to do." After I talked with him some more, he said he would consider taking my Section 8 and told me to keep checking back with him because he was still making upgrades to the house. I regularly checked with him but he kept stringing me along. Then, the first week of May, he told me that his wife had rented to a single woman with one child who did not have Section 8.

21. I finally found a Dublin house on Landale Street that is the right size for my family and completed a rental application on June 2, 2008. I found this house by checking the HACA website rental list twice a week. The rent for the Landale street house was listed as $2600. I called the owner and asked him if he knew about the housing authority payment standard. He said that no one told him anything about the Section 8 program. I explained about the payment standard only being $2400. After talking it over with his wife, the owner agreed to rent to me. I went to get my Section 8 voucher on June 2, 2008. The Request for Tenancy Approval was signed by the homeowners and returned to the Housing Authority on the same day. On June 6, 2008, I received an email from Theresa Laverde notifying me that HACA determined that the rent the owner was asking was too high and that the HACA worker was negotiating with the owner to lower the rent. A true and correct copy of the e-mail from Theresa Laverde is attached hereto as Exhibit 2. I also got a call later that day from Theresa saying that HACA had approved the Landale house, but that my portion of the rent would be $1,445, or 4.5 times what my family currently pays for rent at Arroyo Vista. My family can not pay this much rent and still be able to afford food and clothing for our kids plus utility expenses.

22. Up until June 2008, OPC has never done anything more to help me find a place than give me lists of potential rentals. On June 6, 2008, I sent David Richman an email about a listing for a house in San Ramon and asked him to talk to the owner, who had told me that he would not take Section 8. On June 10, 2008, I received an email from Mr. Richman stating that the owner said that he didn't take Section 8 out of ignorance and after talking with Mr.

Richman, would consider taking Section 8, but he had already rented the unit to someone else.

23. Even though I asked for Dublin listings only, OPC kept sending me general lists with rentals outside Dublin. Then the lists stopped coming. The last OPC rental list I received came on March 19, 2008.

24. I went to a meeting about relocation benefits held by David Richman and Mary Shuman on May 22, 2008. I told Mr. Richman that it is hard to find a landlord that will take my Section 8 voucher. He said someone from OPC would call me to see what kind of help OPC can give me to find a place. To date, no one has called me.

25. At the meeting on May 22, 2008, I told Mr. Richman that the reimbursement for moving costs was inadequate because it is split into two payments with the last payment made after the move is complete. His only response was something like "that's what it is." I also told him that the reimbursement for credit check fees is inadequate. He just said they don't have to pay anything for credit check fee reimbursement in the first place and $75 was the amount they decided to reimburse.

26. In December 2007 I paid $100 out-of-pocket to an owner for credit and background checks. The owner charged me $40 for a credit check and $60 for a background check ($30 for myself and $30 for my husband). I did not take the place and OPC has not reimbursed me.

27. I went online to find out how much it would cost to move my family from Arroyo Vista to the Landale Street house. Based on the information I found there, I estimate that it will cost around $841 just to rent the closet kits (to protect dishes and other personal belongings), dollies and hand trucks, and a 26-foot moving truck. That does not include the cost of childcare and food to feed my family when I am doing what I need to do to move.

28. I went to an April 15, 2008 Dublin Housing Authority Commission meeting about the Relocation Plan and received a copy of the Relocation Plan in the mail after that meeting. When I heard about the June 3, 2008 DHA Commission meeting about the Plan, I looked at the Plan online, and saw that the plan had not been changed in any way since the April 15th meeting. I feel that the provisions of the Relocation Plan and the moving assistance provided by OPC are inadequate. We residents made comments about what we wanted for Arroyo Vista

and what we need if we are forced to move, but no one seems to care about the negative impact of our displacement and demolition of our homes on the residents, who were not even allowed to participate in the development of the relocation plan.

29. I feel that OPC should do more than just provide lists. Getting owners to accept Section 8 is harder than OPC and HACA make it sound. OPC should intervene with owners on behalf of residents to help get the owners to accept our Section 8. Moving expenses and credit check fees should be provided in total upfront. I think that those who choose or have to move more than 50 miles away because they can't find a place in Dublin should not have to pay for their own move, particularly since it is so hard to find places in Dublin, and because that is what we were told we could do in newsletters and at meetings earlier in 2007. HACA and OPC representatives at the meetings at Arroyo Vista and the library kept saying we could move anywhere in the United States with our Section 8 voucher. Mary Shuman and David Richman said the same thing at the May 22nd meeting. But John Morris of OPC told me that OPC now will only pay for moves less than 50 miles away. Also, HACA and OPC didn't tell me how I could not use my voucher in some places because of differing payment standards. I did not find this out until after I had found a place that HACA would not approve because of a different payment standard. The Relocation Plan doesn't explain the different payment standards of different housing authorities either.

30. I want my deposit that I gave for Arroyo Vista returned to me as the law requires after I give back the keys to my unit. It is not a relocation benefit but a separate requirement under landlord-tenant laws. Since DHA, HACA and the City are making us move involuntarily, I also feel they should pay whatever it costs us to move and that we shouldn't have to pay to be forced from our homes.

31. At the May 22, 2008 meeting, Mr. Richman and Ms. Shuman said we don't have to move unless HUD approves the DDA, making it sound like we have a choice. From the things that the DHA Commission, and representatives of HACA and OPC said at the June 3, 2008 Commission meeting and the other meetings held by HACA and OPC at Arroyo Vista and the Dublin Library, however, I have always felt that I am being forced out of Arroyo Vista. The

Commissioners indicated at the June 3, 2008 meeting that they are determined to tear down Arroyo Vista and "get out of the housing business", that they do not intend to make any repairs or improvements to Arroyo Vista, and that they will just do another disposition application if HUD turns down the current one.  The feeling I get from these meetings and from the things said to me by HACA and OPC representatives is that they don't think the residents of Arroyo Vista are worthy enough to have a nice development or worth the money to improve Arroyo Vista.

32. In the meantime, Arroyo Vista is falling into disrepair and not being properly maintained, and I feel that I am being forced to find another place to live. Mr. Richman said that we will get 150 day notices if and when the HUD application is approved, but no one has told me when the notices will come.  This places me in the position of not knowing when I have to move my family and makes me fearful that I will not be able to find a place for my family and myself before the demolition starts.

33. As a resident at Arroyo Vista for eighteen years I have enjoyed various benefits that come with living in the City of Dublin. Living at Arroyo Vista with an affordable rent has given me an opportunity to complete a GED and is giving me the opportunity to earn a college degree from Las Positas College.  I am on target to graduate from Las Positas College in the spring of 2009 with an Associate of Science Business Degree. I am thankful for this wonderful opportunity and for the various programs that made this possible for me to improve the quality of life I will provide my children.  I believe the Arroyo Vista community is a good place to raise my children. I have raised six children and two are high school graduates. The resources available in the Dublin Unified School District are phenomenal compared to inner-city schools. The teachers in the community care about their students. Additionally the Dublin Police are good at protecting the City and coming to the aid of those in need.

34. Even though my family and I want very much to stay in Dublin, I haven't been able to find a place to move to in Dublin. My children have grown up in Dublin and have friends and activities in Dublin that they don't want to leave.  My daughter is on her middle school basketball team and is on the honor roll.   I belong to the PTA of my children's elementary

school.  My three-year old daughter is doing well in the special needs program at the elementary school and received all her physical, speech and occupational therapy here in Dublin.  She attends a specialized preschool day program that meets her special needs and that would be hard to find in other school districts.

35.  I am extremely frustrated and exhausted from trying to find another place for my family to move.  Many places want my credit information, and then tell me they are not renting to me for one reason or another.  The search for a place to live has become very stressful and demoralizing.  OPC keeps changing what they say about deposits and moving expenses and tells me I can't use my voucher for houses renting for $1850 even though they tell me the comparable rent for my house is $2400. Now that I have finally found an owner in Dublin who is willing to take my Section 8 voucher, HACA would not approve it at first, and then approved it with a rent portion that my family can not afford.

36. I would like to move back to Arroyo Vista after it is redeveloped but I do not believe the redevelopment will have any units that will meet my family's needs.  I need a 4 or 5 bedroom home, and even if the new development was going to include enough larger homes for all the families that live here now, and it will not, my family won't be able to afford the rents they have indicated they will charge.  I feel that since we are being involuntarily moved out of Arroyo Vista, supposedly because it is in our best interest to be displaced, that Arroyo Vista residents should have a guaranteed opportunity to return to the new development.

37. I received a letter dated February 12, 2008 from Christine Gouig that notified me that the draft Relocation Plan was available for me to review at the Arroyo Vista management office, the HACA office front counter, Dublin City Hall and the Dublin Library.  This February 12, 2008 letter also said that the Relocation Plan was available for review online at the websites for the Dublin Housing Authority, the City of Dublin, and Overland, Pacific and Cutler.  The letter said that I had until March 15, 2008 to submit Relocation Plan comments and that the Relocation Plan was scheduled to be adopted by the Dublin Housing Commission on April 15, 2008.   A true and correct copy of this letter is attached hereto as Exhibit 3.

/ / /

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Dublin, California on June ___12___, 2008.


/s/ Elise Veal
Elise Veal

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: June 12, 2008        /s/ Lisa S. Greif_____
                            Lisa S. Greif
                            Attorney for Plaintiffs

DECLARATION OF ELISE VEAL IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION

**EXHIBIT 1**

06/03/2008  20:03  9254793683                                                    PAGE  01

To: Lisa Greit          22 pages

| | From | Subject | Received | Size |
|---|---|---|---|---|
| **Date: Yesterday** | | | | |
| | Shelley Stone | Re: $2350 / 4br - Beautiful and Very Clean Dublin 4/2 Near Park - Avail Mid-June (du... | Mon 6/2/2008 8:... | 9 KB |
| | Steve Pham | Re: 1497 Gomes Road, Fremont | Mon 6/2/2008 9:... | 12 KB |
| **Date: Last Week** | | | | |
| | HELENE ENGBE... | RE: $1995 / 4br - First Time Leased, Gorgeous SEE VIRTUAL TOUR (pittsburg / antio... | Sun 6/1/2008 11:... | 12 KB |
| | HELENE ENGBE... | RE: $1995 / 4br - First Time Leased, Gorgeous SEE VIRTUAL TOUR (pittsburg / antio... | Sun 6/1/2008 9:1... | 8 KB |
| | Sonja K. Sassi | Re: $1700 / 4br - 2 ba. in Tracy (East of Livermore) (Tracy) | Fri 5/30/2008 7:1... | 11 KB |
| | annunziato | Re: $1950 / 5br - ***LARGE SAN  LEANDRO  HOME*** (san leandro) | Wed 5/28/2008 1... | 8 KB |
| | Kevin Zhang | RE: $2000 / 5br - Picture's worth a thousand words, A must see (pittsburg / antioch) | Tue 5/27/2008 10... | 7 KB |
| | Rick Fuller | RE: $1900 / 4br - Home for Lease in Beautiful Pittsburg Neighborhood (pittsburg / an... | Tue 5/27/2008 3:... | 10 KB |
| | Don Horn | RE: $1900 / 4br - Home for Lease in Beautiful Pittsburg Neighborhood (pittsburg / an... | Tue 5/27/2008 11... | 9 KB |
| | Jeannie Collins | Re: [contact] Elise Veal | Tue 5/27/2008 10... | 10 KB |
| | robert onyarap | Re: $2200 / 4br - ∞⇒;>;MUST SEE! Spacious 4 bedroom home for lease in North C... | Tue 5/27/2008 9:... | 8 KB |
| | TIGERCHOTU@... | Re: $2000 / 4br - house for rent (pittsburg / antioch) | Mon 5/26/2008 1... | 5 KB |
| | Claudia Cruz | Re: $1850 / 4br - HOUSE FOR RENT! (pittsburg / antioch) | Mon 5/26/2008 8:... | 10 KB |
| | Claudia Cruz | Re: $1850 / 4br - HOUSE FOR RENT! (pittsburg / antioch) | Mon 5/26/2008 7:... | 10 KB |
| **Date: Two Weeks Ago** | | | | |
| | Claudia Cruz | Re: $1850 / 4br - HOUSE FOR RENT! (pittsburg / antioch) | Sun 5/25/2008 10... | 7 KB |
| | ashli hyta | Re: $2150 / 4br - Rent our Brand New 4bd/2ba custom home in beach community! B... | Sun 5/25/2008 12... | 7 KB |
| | info@realtorrick... | Re: $1900 / 4br - Home for Lease in Beautiful Pittsburg Neighborhood (pittsburg / an... | Tue 5/20/2008 7:... | 9 KB |
| | kashlkar47@aol... | Re: $1950 / 5br - 5 bedrooms 2 baths in  East Oakland (oakland east) | Mon 5/19/2008 7:... | 11 KB |
| | Tanika Coleman | Read: $2400 / 4br - GLORIOUS HOME FOR RENT IN DUBLIN CLOSE TO PARKS AND ... | Mon 5/19/2008 1... | 11 KB |
| | Tanika Coleman | RE: $2400 / 4br - GLORIOUS HOME FOR RENT IN DUBLIN CLOSE TO PARKS AND T... | Mon 5/19/2008 1... | 11 KB |
| | Khalid M Raz | Re: $2300 / 4br - 2.5 Bath, Swimming Pool, Redwood Deck, Castro Valley School Dist... | Mon 5/19/2008 1... | 13 KB |
| | annunziato | Re: $2100 / 4br - ***LARGE SAN  LEANDRO  HOME*** (san leandro) | Mon 5/19/2008 1... | 13 KB |
| | Danielle Ragan | RE: $1975 / 4br - Pleasanton Townhouse ~ Just Remodeled 4 Bedroom 2.5 Baths (d... | Mon 5/19/2008 6:... | 6 KB |
| **Date: Three Weeks Ago** | | | | |
| | ARGGREEN@ao... | Re: $2295 / 4br - 2.5 bath (Berryessa) | Sun 5/18/2008 9:... | 9 KB |
| | Nancy Kim | RE: $2295 / 4br - Beautiful Home in Livermore (4 year old) (dublin / pleasanton / live... | Sun 5/18/2008 8:... | 23 KB |

Elise V.                                          1                          6/3/2008 8:01 PM

**Elise V.**

---

| | |
|---|---|
| **From:** | Khalid M Raz [k.raz@sbcglobal.net] |
| **Sent:** | Monday, May 19, 2008 11:46 AM |
| **To:** | eliseveal@marykay.com |
| **Subject:** | Re: $2300 / 4br - 2.5 Bath, Swimming Pool, Redwood Deck, Castro Valley School District (hayward / castro valley) |

sorry,no

*"Elise V." <elise_marykay@yahoo.com>* wrote:

```
** CRAIGSLIST ADVISORY --- AVOID SCAMS BY DEALING LOCALLY
** Avoid: wiring money, cross-border deals, work-at-home
** Beware: cashier checks, money orders, escrow, shipping
** More Info: http://www.craigslist.org/about/scams.html
```

Hello Khalid,
Are you accepting Section 8 on this property?

Elise Veal
Beauty Consultant

Free Gift **With Purchase**



**www.marykay.com/eliseveal**
925-223-7385

---

this message was remailed to you via: hous-676694697@craigslist.org

---

**Elise V.**

| | |
|---|---|
| **From:** | Danielle Ragan [dkragan@sbcglobal.net] |
| **Sent:** | Monday, May 19, 2008 6:05 AM |
| **To:** | elise_marykay@yahoo.com |
| **Subject:** | RE: $1975 / 4br - Pleasanton Townhouse ~ Just Remodeled 4 Bedroom 2.5 Baths (dublin / pleasanton / livermore) |

We are not accepting section 8, good luck with you&#39;re search

Elise V. wrote:
> I am interested in an appointment on Sunday May 25, to view your
> townhouse. Are you accepting Section 8 tenancy for the townhouse? If
> you are not familiar with Section 8, I am able to provide you with
> landlord information.

1

## Elise V.

| | |
|---|---|
| **From:** | annunziato [annunziato@earthlink.net] |
| **Sent:** | Monday, May 19, 2008 10:32 AM |
| **To:** | eliseveal@marykay.com |
| **Subject:** | Re: $2100 / 4br - ***LARGE SAN LEANDRO HOME*** (san leandro) |

sorry, no

-----Original Message-----
From: "Elise V."
Sent: May 18, 2008 9:25 PM
To: annunziatoproperties@earthlink.net
Subject: $2100 / 4br - ***LARGE SAN LEANDRO HOME*** (san leandro)

### Are you accepting Section 8 for this property?

Elise Veal
Beauty Consultant

Free Gift **With Purchase**



**www.marykay.com/eliseveal**
925-223-7385

annunziato & associates
property manager
510-895-0000

6/3/2008

**Elise V.**

| | |
|---|---|
| **From:** | Nancy Kim [nancykim@remaxaccord.com] |
| **Sent:** | Sunday, May 18, 2008 8:13 PM |
| **To:** | eliseveal@marykay.com |
| **Subject:** | RE: $2295 / 4br - Beautiful Home in Livermore (4 year old) (dublin / pleasanton / livermore) |

Hi Elise,

My clients do not take section 8 tenancy at this time.  thank you.

*Nancy Kim, CRS, GRI, Broker Associate*



**RE/MAX** Accord
5870 Stoneridge Mall Rd. #150
Pleasanton, CA 94588
(925) 209-7856 Mobile
(925) 847-8900 Office
(925) 847-8999 Fax
nancykim@remaxaccord.com
*I am Never Too Busy For Any of Your Referrals!*



**From:** Elise V. [mailto:elise_marykay@yahoo.com]
**Sent:** Sunday, May 18, 2008 7:58 PM
**To:** nancykim@remaxaccord.com
**Subject:** $2295 / 4br - Beautiful Home in Livermore (4 year old) (dublin / pleasanton / livermore)

Hello Nancy,
I am interested in viewing this home for rent. I've live in Dublin since 1991, where I have
an excellent rental history. Are your clients willing to accept Section 8 tenancy?  This
program guarantees on-time monthly payments from the Alameda County Housing
Authority and the tenant each month. Please let me know if your client is interested prior
to scheduling the appointment.

Elise Veal
Beauty Consultant

6/3/2008

**Elise V.**

| | |
|---|---|
| **From:** | Danielle Ragan [dkragan@sbcglobal.net] |
| **Sent:** | Monday, May 19, 2008 6:05 AM |
| **To:** | elise_marykay@yahoo.com |
| **Subject:** | RE: $1975 / 4br - Pleasanton Townhouse ~ Just Remodeled 4 Bedroom 2.5 Baths (dublin / pleasanton / livermore) |

We are not accepting section 8, good luck with you&#39;re search

Elise V. wrote:
> I am interested in an appointment on Sunday May 25, to view your
> townhouse. Are you accepting Section 8 tenancy for the townhouse? If
> you are not familiar with Section 8, I am able to provide you with
> landlord information.

1

## Elise V.

**From:**    ARGGREEN@aol.com
**Sent:**    Sunday, May 18, 2008 9:53 PM
**To:**      eliseveal@marykay.com
**Subject:** Re: $2295 / 4br - 2.5 bath (Berryessa)

In a message dated 5/18/2008 9:13:37 P.M. Pacific Daylight Time, elise_marykay@yahoo.com writes:

> Hello my name is Elise, I currently live in Dublin, CA since 1991. I am interested in viewing your home. Are you available during the week or on weekends?
>
>
> Elise Veal
>
> Beauty Consultant

Elise you can view it when ever you like . let me know a time that is good for you.
Andre

Wondering what's for Dinner Tonight? Get new twists on family favorites at AOL Food.

6/3/2008

Free Gift **With Purchase**



**www.marykay.com/eliseveal**
925-223-7385

## Elise V.

| | |
|---|---|
| **From:** | Tanika Coleman [tanika@wilsonpm.com] |
| **Sent:** | Monday, May 19, 2008 12:37 PM |
| **To:** | 'Elise V.' |
| **Subject:** | RE: $2400 / 4br - GLORIOUS HOME FOR RENT IN DUBLIN CLOSE TO PARKS AND TRAILS!! (dublin / pleasanton / livermore) |

I am sorry but no they will not.

---

**From:** Elise V. [mailto:elise_marykay@yahoo.com]
**Sent:** Sunday, May 18, 2008 1:49 AM
**To:** rentals@wilsonpm.com
**Subject:** $2400 / 4br - GLORIOUS HOME FOR RENT IN DUBLIN CLOSE TO PARKS AND TRAILS!! (dublin / pleasanton / livermore)

Will the owners accept Section 8?

Elise Veal
Mary Kay Consultant
www.marykay.com/eliseveal
925-223-7385

## Elise V.

| | |
|---|---|
| **From:** | kashikar47@aol.com |
| **Sent:** | Monday, May 19, 2008 7:04 PM |
| **To:** | elise_marykay@yahoo.com |
| **Subject:** | Re: $1950 / 5br - 5 bedrooms 2 baths in East Oakland (oakland east) |

Hello

yes i am , you want to go and drive by it and call me if you are intrested .
the address id 10202  pippin street in oakland in between 102 and 105 Ave

call me at 510-888-1888 if you like to see it

Sim

-----Original Message-----
From: Elise V. <elise_marykay@yahoo.com>
To: hous-679747589@craigslist.org
Sent: Sun, 18 May 2008 9:24 pm
Subject: $1950 / 5br - 5 bedrooms 2 baths in East Oakland (oakland east)

```
** CRAIGSLIST ADVISORY --- AVOID SCAMS BY DEALING LOCALLY
** Avoid: wiring money, cross-border deals, work-at-home
** Beware: cashier checks, money orders, escrow, shipping
** More Info: http://www.craigslist.org/about/scams.html
```

**Sim,**

**Are you accepting Section 8 for this property?**

Elise Veal
Beauty Consultant


Free Gift With Purchase

**www.marykay.com/eliseveal**
925-223-7385

this message was remailed to you via: hous-679747589@craigslist.org

=

6/3/2008

## Elise V.

| | |
|---|---|
| **From:** | ashli hyta [ashlihyta@sbcglobal.net] |
| **Sent:** | Sunday, May 25, 2008 12:39 PM |
| **To:** | Elise V. |
| **Subject:** | Re: $2150 / 4br - Rent our Brand New 4bd/2ba custom home in beach community! Beautiful (Oceanside) |

yes, I'm on the list actually. My number is 760-672-4036, Ashli

----- Original Message ----
From: Elise V. <elise_marykay@yahoo.com>
To: hous-694013354@craigslist.org
Sent: Monday, May 26, 2008 2:06:26 AM
Subject: $2150 / 4br - Rent our Brand New 4bd/2ba custom home in beach community! Beautiful (Oceanside)

Do you accept Section 8?
Elise Veal
Mary Kay Consultant
www.marykay.com/eliseveal
925-223-7385

**Elise V.**

| | |
|---|---|
| **From:** | Jeannie Collins [jeannie@summitpropertiesgroup.com] |
| **Sent:** | Tuesday, May 27, 2008 10:15 AM |
| **To:** | eliseveal@marykay.com |
| **Subject:** | Re: [contact] Elise Veal |

Hi Elise,

Not accepting S-8. I will keep your contact info just in case something does come up.
Thanks for your inquiry!

Jeannie Collins
Summit Properties Group, Inc.
11875 Dublin Blvd., Suite D-161
Dublin, CA 94568

925/560-1100 office
925/803-1883 facsimile

jeannie@jeanniecollins.com
----- Original Message -----
From: <eliseveal@marykay.com>
To: <jeannie@summitpropertiesgroup.com>
Sent: Sunday, May 25, 2008 2:01 AM
Subject: [contact] Elise Veal


>
> The following user has submitted a contact-request from your website @
> http://www.summitpropertiesgroup.com/contact.php
>
> Elise Veal
> Phone#: 925-479-9683
> Email: eliseveal@marykay.com
>
> Additional Comments:
>
> Are you accepting Section 8 for the house on Rhoda in Dublin?
>

**Elise V.**

| | |
|---|---|
| **From:** | Don Hom [don.hom@sbcglobal.net] |
| **Sent:** | Tuesday, May 27, 2008 11:49 AM |
| **To:** | elise_marykay@yahoo.com |
| **Subject:** | RE: $1900 / 4br - Home for Lease in Beautiful Pittsburg Neighborhood (pittsburg / antioch) |

Elise,

These clients are not accepting Section 8 at this time.

Sincerely,

Don Hom
Realtor
Keller Williams Realty
925-584-7160
Website: http://donhom.yourkwagent.com


-----Original Message-----
From: "Elise V." <elise_marykay@yahoo.com>

Date: Mon, 26 May 2008 02:15:31
To:<info@realtorrick.biz>
Subject: $1900 / 4br - Home for Lease in Beautiful Pittsburg Neighborhood (pittsburg /
antioch)


Are your clients accepting Section 8?

Elise Veal
Mary Kay Consultant
www.marykay.com/eliseveal <http://www.marykay.com/eliseveal>
925-223-7395

1

## Elise V.

**From:** Rick Fuller [rick@realtorrick.biz]
**Sent:** Tuesday, May 27, 2008 3:46 PM
**To:** elise_marykay@yahoo.com
**Subject:** RE: $1900 / 4br - Home for Lease in Beautiful Pittsburg Neighborhood (pittsburg / antioch)

not at this time.

Thanks!


*Rick Fuller*

*Office: 925 679-2BUY     Fax: 925 476-4000     E-mail: rick@realtorrick.biz*
*View properties and print special reports on our website at* www.realtorrick.biz.




-----Original Message-----
**Date:** 05/25/2008 02:17AM
**From:** elise_marykay@yahoo.com
**To:** info@realtorrick.biz
**Subject:** $1900 / 4br - Home for Lease in Beautiful Pittsburg Neighborhood (pittsburg / antioch)
Are your clients accepting Section 8?

Elise Veal
Mary Kay Consultant
www.marykay.com/eliseveal
925-223-7385

If you do not wish to receive future emails, please click the link to Unsubscribe: Unsubscribe.

**Elise V.**

| | |
|---|---|
| **From:** | info@realtorrick.biz |
| **Sent:** | Tuesday, May 20, 2008 8:21 AM |
| **To:** | eliseveal@marykay.com |
| **Subject:** | Re: $1900 / 4br - Home for Lease in Beautiful Pittsburg Neighborhood (pittsburg / antioch) |

Not at this time thanks

Rick Fuller
Sent from my BlackBerry® smartphone with SprintSpeed

-----Original Message-----
From: "Elise V." <elise_marykay@yahoo.com>

Date: Tue, 20 May 2008 00:56:35
To:<info@realtorrick.biz>
Subject: $1900 / 4br - Home for Lease in Beautiful Pittsburg Neighborhood (pittsburg / antioch)


Are your clients willing to accept Section 8?

Elise Veal
Beauty Consultant
 Free Gift With Purchase  <http://www.marykay.com/IMAGES/free_offers/free_offer_gift_
316.jpg>
www.marykay.com/eliseveal
925-223-7385

1

## Elise V.

| | |
|---|---|
| **From:** | annunziato [annunziato@earthlink.net] |
| **Sent:** | Wednesday, May 28, 2008 11:46 AM |
| **To:** | Elise V. |
| **Subject:** | Re: $1950 / 4br - ***LARGE SAN LEANDRO HOME*** (san leandro) |

sorry, no

> -----Original Message-----
> From: "Elise V."
> Sent: May 28, 2008 6:04 PM
> To: annunziatoproperties@earthlink.net
> Subject: $1950 / 4br - ***LARGE SAN LEANDRO HOME*** (san leandro)
>
> Hello,
> Are you or the owners willing to accept Section 8?
> Elise Veal
> Mary Kay Consultant
> www.marykay.com/eliseveal
> 925-223-7385

annunziato & associates
property manager
510-895-0800

**Elise V.**

| | |
|---|---|
| **From:** | Kevin Zhang [kzhang0505@hotmail.com] |
| **Sent:** | Tuesday, May 27, 2008 9:59 PM |
| **To:** | Elise V. |
| **Subject:** | RE: $2000 / 5br - Picture's worth a thousand words, A must see (pittsburg / antioch) |

Elise,

We may consider.  Can you tell me a little about yourself?

David

> From: elise_marykay@yahoo.com
> To: hous-695478594@craigslist.org
> Subject: $2000 / 5br - Picture's worth a thousand words, A must see (pittsburg / antioch)
> Date: Wed, 28 May 2008 17:35:17 -0700
>
> Hello David,
>
>     Are you accepting section eight tenancy?
>
> Elise Veal
> Mary Kay Consultant
> www.marykay.com/eliseveal
> 925-223-7385

Change the world with e-mail. Join the i'm Initiative from Microsoft.

## Elise V.

| | |
|---|---|
| **From:** | Sonja K. Sassi [sassison3@yahoo.com] |
| **Sent:** | Friday, May 30, 2008 7:11 AM |
| **To:** | eliseveal@marykay.com |
| **Subject:** | Re: $1700 / 4br - 2 ba. in Tracy (East of Livermore) (Tracy) |

Sorry, no

*"Elise V." <elise_marykay@yahoo.com>* wrote:

> Are the owners willing to accept section 8?
>
> *Elise Veal*
> Mary Kay Consultant
> *www.marykay.com/eliseveal*
>
> Success is enthusiasm in action.

**Elise V.**

| | |
|---|---|
| **From:** | HELENE ENGBERG [queenhelene007@hotmail.com] |
| **Sent:** | Sunday, June 01, 2008 9:17 AM |
| **To:** | Elise V. |
| **Subject:** | RE: $1995 / 4br - First Time Leased, Gorgeous SEE VIRTUAL TOUR (pittsburg / antioch) |

Hi Elise,
The owners are pushed for time, they need a contracty by Wednesday in order for them to close on their new house. I don't think Section 8 can move that fast. We do have someone else interested.  If tey don't work out, can Section 8  and you give signed contract by Tuesday?
Thanks,
Helene

From: elise_marykay@yahoo.com
To: hous-694500060@craigslist.org
Subject: $1995 / 4br - First Time Leased, Gorgeous SEE VIRTUAL TOUR (pittsburg / antioch)
Date: Sun, 1 Jun 2008 21:50:01 -0700

Hello Helene,
I haven't spoken with the owners of the house as of Saturday May 31. If they are interested in accepting the Housing Choice Voucher please ask them to call me at the number below.

Elise Veal
Mary Kay Consultant
www.marykay.com/eliseveal
925-223-7385

E-mail for the greater good. Join the i'm Initiative from Microsoft.

## Elise V.

| | |
|---|---|
| **From:** | HELENE ENGBERG [queenhelene007@hotmail.com] |
| **Sent:** | Sunday, June 01, 2008 11:47 AM |
| **To:** | Elise V. |
| **Subject:** | RE: $1995 / 4br - First Time Leased, Gorgeous SEE VIRTUAL TOUR (pittsburg / antioch) |

I just found out that they(owners) needed a contract by then. I'm not familiar with the housing totally, but did know they needed to inspect. Sorry it won't work out.
Helene

From: elise_marykay@yahoo.com
To: queenhelene007@hotmail.com
Subject: Re: $1995 / 4br - First Time Leased, Gorgeous SEE VIRTUAL TOUR (pittsburg / antioch)
Date: Mon, 2 Jun 2008 11:36:59 -0700

Helene,
    You said you were familiar with the housing choice voucher. Tuesday is June 3, 2008. Contra Costa Housing Authority will not execute a contract before they inspect the property.


Elise Veal
Mary Kay Consultant
www.marykay.com/ellseveal
925-223-7385

----- Original Message -----
**From:** HELENE ENGBERG
**To:** Elise V.
**Sent:** Sunday, June 01, 2008 9:16 AM
**Subject:** RE: $1995 / 4br - First Time Leased, Gorgeous SEE VIRTUAL TOUR (pittsburg / antioch)

Hi Elise,
The owners are pushed for time, they need a contracty by Wednesday in order for them to close on their new house. I don't think Section 8 can move that fast. We do have someone else interested. If tey don't work out, can Section 8 and you give signed contract by Tuesday?
Thanks,
Helene

From: elise_marykay@yahoo.com
To: hous-694500060@craigslist.org
Subject: $1995 / 4br - First Time Leased, Gorgeous SEE VIRTUAL TOUR (pittsburg / antioch)
Date: Sun, 1 Jun 2008 21:50:01 -0700

Hello Helene,
I haven't spoken with the owners of the house as of Saturday May 31. If they are interested in accepting the Housing Choice Voucher please ask them to call me at

the number below.

Elise Veal
Mary Kay Consultant
www.marykay.com/eliseveal
925-223-7385

E-mail for the greater good. Join the i'm Initiative from Microsoft.

Give to a good cause with every e-mail. Join the i'm Initiative from Microsoft.

## Elise V.

**From:** Steve Pham [stevep@tuscanyre.com]
**Sent:** Monday, June 02, 2008 9:39 AM
**To:** eliseveal@marykay.com
**Subject:** Re: 1497 Gomes Road, Fremont

How many in your family and kids? What are their age?

On 6/2/08, **Elise V.** <elise_marykay@yahoo.com> wrote:

*Are you presently a Section 8 landlord?*

---

**From:** Steve Pham [mailto:stevep@tuscanyre.com]
**Sent:** Monday, June 02, 2008 7:41 AM
**To:** Elise V.
**Subject:** Re: 1497 Gomes Road, Fremont

Yes it's still available. You have to hurry since I have many calling about the house.

On 6/2/08, **Elise V.** <elise_marykay@yahoo.com> wrote:

Hi,

I found your home on the housing authority of Alameda County Section 8 website. Is the home available now?

Elise Veal
Mary Kay Consultant
www.marykay.com/eliseveal
925-223-7385

**Lisa Greif**

| | |
|---|---|
| **From:** | Elise V. [elise_marykay@yahoo.com] |
| **Sent:** | Thursday, June 05, 2008 7:18 PM |
| **To:** | Lisa Greif |
| **Cc:** | Naomi Young |
| **Subject:** | Fw: $2250 / 4br - 4 bedroom, 2 1/2 bath, 5 Canyons Townhouse for rent (hayward / castro valley) |

Elise Veal
Mary Kay Consultant
www.marykay.com/eliseveal
925-223-7385
----- Original Message -----
**From:** Tiffany Fong
**To:** eliseveal@marykay.com
**Sent:** Wednesday, June 04, 2008 6:45 PM
**Subject:** Re: $2250 / 4br - 4 bedroom, 2 1/2 bath, 5 Canyons Townhouse for rent (hayward / castro valley)

Sorry Elise, we are not taking section 8 at this time. If, however, we are unable to rent it this weekend, we will consider it in the future.
Thanks, Tiffany

*"Elise V."* <*elise_marykay@yahoo.com*> wrote:

```
** CRAIGSLIST ADVISORY --- AVOID SCAMS BY DEALING LOCALLY
** Avoid: wiring money, cross-border deals, work-at-home
** Beware: cashier checks, money orders, escrow, shipping
** More Info: http://www.craigslist..org/about/scams.html
```

Hi, I am interested in viewing the townhouse on June 7, are you taking Section eight?

*Elise Veal*

Success is enthusiasm in action.

this message was remailed to you via: hous-706867822@craigslist.org

6/5/2008

**Lisa Greif**

| | |
|---|---|
| **From:** | Elise V. [elise_marykay@yahoo.com] |
| **Sent:** | Thursday, June 05, 2008 11:27 AM |
| **To:** | Lisa Greif |
| **Subject:** | Fw: $2200 / 4br - COME SEE THIS HOME FOR RENT IN LIVERMORE!! (dublin / pleasanton / livermore) |

Elise Veal
Mary Kay Consultant
www.marykay.com/eliseveal
925-223-7385

----- Original Message -----
**From:** Tanika Coleman
**To:** 'Elise V.'
**Sent:** Wednesday, June 04, 2008 10:23 AM
**Subject:** RE: $2200 / 4br - COME SEE THIS HOME FOR RENT IN LIVERMORE!! (dublin / pleasanton / livermore)

Sorry but this home is not willing to accept housing also.

---

**From:** Elise V. [mailto:elise_marykay@yahoo.com]
**Sent:** Monday, June 02, 2008 3:58 PM
**To:** rentals@wilsonpm.com
**Subject:** $2200 / 4br - COME SEE THIS HOME FOR RENT IN LIVERMORE!! (dublin / pleasanton / livermore)

We are a family of seven living in Dublin for 18 years. Our children attend school at Wells Middle school and Frederiksen elementary. We desire to remain in the Tri-Valley area. Are you familiar with the housing choice voucher? if not, I can provide you with the information and the benefits of the program. The voucher will pay up to $2,288 for Livermore.

Elise Veal
Mary Kay Consultant
www.marykay.com/eliseveal
925-223-7385

## Lisa Greif

| | |
|---|---|
| **From:** | Elise V. [elise_marykay@yahoo.com] |
| **Sent:** | Thursday, June 05, 2008 11:27 AM |
| **To:** | Lisa Greif |
| **Subject:** | Fw: $2100 / 4br - 4 BED 2 BATH          HILLS OF      HAYWARD (hayward / castro valley) |

```
Elise Veal
Mary Kay Consultant
www.marykay.com/eliseveal
925-223-7385
----- Original Message -----
From: <bobK@rrrentalproperties.com>
To: <eliseveal@marykay.com>
Sent: Wednesday, June 04, 2008 9:04 AM
Subject: Re: $2100 / 4br - 4 BED 2 BATH HILLS OF HAYWARD (hayward / castro
valley)


>> ** CRAIGSLIST ADVISORY --- AVOID SCAMS BY DEALING LOCALLY
>> ** Avoid:  wiring money, cross-border deals, work-at-home
>> ** Beware: cashier checks, money orders, escrow, shipping
>> ** More Info:  http://www.craigslist.org/about/scams.html
>>
>> Hello,
>>
>> I would like to see this home. I would like to know if you are taking
>> Section 8? We are family of 8, two parents, six kids. Please let me know.
>>
>> This unit is not accepting sec 8.
>>
>> Elise Veal
>>
>>
>>
>> Success is enthusiasm in action.
>>
>>
>>
>>
>>
>>
>>
>> -------------------------------------------------------------
>> this message was remailed to you via: hous-703939003@craigslist.org
>> -------------------------------------------------------------
>
```

**Lisa Greif**

| | |
|---|---|
| **From:** | Elise V. [elise_marykay@yahoo.com] |
| **Sent:** | Thursday, June 05, 2008 11:27 AM |
| **To:** | Lisa Greif |
| **Subject:** | Fw: $2400 / 4br - GLORIOUS HOME FOR RENT IN DUBLIN CLOSE TO PARKS AND TRAILS!! (dublin / pleasanton / livermore) |

Elise Veal
Mary Kay Consultant
www.marykay.com/eliseveal
925-223-7385
----- Original Message -----
**From:** Tanika Coleman
**To:** 'Elise V.'
**Sent:** Wednesday, June 04, 2008 10:22 AM
**Subject:** RE: $2400 / 4br - GLORIOUS HOME FOR RENT IN DUBLIN CLOSE TO PARKS AND TRAILS!!
(dublin / pleasanton / livermore)

Unfortunately, none of our home owners in Dublin are willing to accept Section 8. Even though we promote the positives of guaranteed rent, the owners do not want to work with the program due to bad experiences. Sorry.

**From:** Elise V. [mailto:elise_marykay@yahoo.com]
**Sent:** Monday, June 02, 2008 3:52 PM
**To:** rentals@wilsonpm.com
**Subject:** $2400 / 4br - GLORIOUS HOME FOR RENT IN DUBLIN CLOSE TO PARKS AND TRAILS!! (dublin / pleasanton / livermore)
**Importance:** High

We are a family of seven living in Dublin for 18 years. Our children attend school at Wells Middle school and Frederiksen elementary. We desire to remain in Dublin too. Are you familiar with the housing choice voucher? if not, I can provide you with the information and the benefits of the program. The voucher will pay up to $2,496 for Dublin.

Elise Veal
Mary Kay Consultant
www.marykay.com/eliseveal
925-223-7385

DECLARATION OF ELISE VEAL IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION

**EXHIBIT 2**

Subject: Approval of 7657 Landale Ave. by HA and Claims
Date: Fri, 6 Jun 2008 14:25:45 -0700
From: tLaverde@opcservices.com
To: eliseveal@hotmail.com
CC: chrisg@haca.net

Ms. Veal,

I received your voice mail message from earlier in the day.  I have asked the
housing authority housing specialist who is working on your case to let me know if
the rent for the home at 7657 Landale Ave., Dublin, CA has been approved by the
housing authority.  I have received an answer from the housing authority letting
me know that the rent the landlord is requesting is too high because no utilities are
included in the price of the monthly rent making the tenant portion too high.  So at
this time the housing specialist is negotiating with the landlord to see if they would
come down on the rent a bit so that the housing authority can approve the rent.
Once I know the outcome of the rent negotiations I can let you know and we can
proceed with the claim for the security deposit of $2,500.00.

Upon, finding out the results of the rent negotiations we can also proceed with the
fixed moving payment claim of $1,650.00 which will be split into two equal
payments of $825.00 each.  One payment will be given to you at the beginning of
your move and the last payment at the end of your move when you completely
vacate your unit at Arroyo Vista and turn in your keys to the management office.

 **Teresa Laverde** | Senior Consultant | Oakland, CA office | 510.638.3081

**Building relationships, delivering projects.**

---

**From:** Elise Veal [mailto:eliseveal@hotmail.com]
**Sent:** Friday, June 06, 2008 1:32 PM
**To:** Teresa Laverde
**Cc:** cgouig@haca.net
**Subject:** Elise Veal
**Importance:** High

Teresa LaVerde,

You may fax the check request for deposit to my *home fax (925) 479-9683* this is also my home phone number.

We are choosing fixed moving and related expenses $1650 plus $2500 deposit, totaling **$4150** in advance. The completed RTA was filed in the Housing Authority Office in Hayward on June 5, 2008 shortly after I received the 4/BR housing choice voucher from Marilyn Mead, Eligibility Lead worker for the Housing Authority of Alameda County.

Our scheduled move-in date to 7657 Landale Avenue, Dublin is July 1, 2008. We would like to provide the owners with a deposit as soon as possible so that they will take the home off the rental market.

*Elise Veal*
Home: 925-479-9683
Cell: 510-689-7530
FAX: 925-479-9683

---

Instantly invite friends from Facebook and other social networks to join you on Windows Live™ Messenger. Invite friends now!

---

Enjoy 5 GB of free, password-protected online storage. Get Windows Live SkyDrive.

6/10/2008

DECLARATION OF ELISE VEAL
IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION

EXHIBIT 3



*Lisa Greif*

## DUBLIN HOUSING AUTHORITY

**Respond To:**
**Arroyo Vista Office** ☐
6700 Dougherty Road #151
Dublin, CA 94568
Phone: (925) 828-3132
Fax: (925) 828-5450
TDD: (925) 829-3498
**Administrative Office** ☐
22941 Atherton Street
Hayward, CA 94541
(510) 538-8876
*website: www.haca.net*

February 12, 2008

Elise/Quincy Veal
6700 Dougherty Road #15
Dublin, CA 94568

Re: Arroyo Vista Draft Relocation Plan

Dear: Mr and Mrs Veal:

As you may be aware, the Dublin Housing Authority (Authority) is proceeding with the disposition and redevelopment of the Arroyo Vista public housing complex. In planning for the project, the Authority has retained the firm of Overland, Pacific & Cutler, Inc. to prepare a Relocation Plan.

A copy of the draft Relocation Plan is available for your review, during normal business hours, at the following locations:

- The property management office at Arroyo Vista
- The front counter of the Alameda County Housing Authority (22941 Atherton St., Hayward)
- Dublin City Hall (100 Civic Plaza, Dublin; front counter at the Office of the City Manager)
- The Dublin Library (200 Civic Plaza, Dublin; Reference Desk)

Electronic copies can be found at:

- The Dublin Housing Authority website: www.haca.net/agencypl.html
- The City of Dublin website: www.ci.dublin.ca.us , under "What's New in Dublin"
- The Overland, Pacific & Cutler website: www.OPCservices.com/projects/DublinHA-ArroyoVista-RelocationPlan.pdf

**We solicit and welcome your comments to the Relocation Plan.** Direct written comments and/or questions to:

**David J. Richman**
**Overland, Pacific & Cutler, Inc.**
**7901 Oakport Street, Suite 4800**
**Oakland, California 94621**
**877.972.8908 (Toll-free)**
**drichman@opcservices.com**

*Your comments must be received by March 15, 2008.* The Plan is scheduled for adoption before the Dublin Housing Authority Commission on April 15, 2008.

Sincerely,

Christine Gouig
Executive Director