BAY AREA LEGAL AID
LISA S. GREIF (State Bar No. 214537)
NAOMI YOUNG (State Bar No. 105041)
PHILLIP R. MORGAN (State Bar No. 99979)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
       nyoung@baylegal.org
       pmorgan@baylegal.org

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727
Email: dcollins@pilpca.org
       mrawson@pilpca.org
       ccastellanet@pilpca.org

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.

**E-FILED**

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL,<br><br>   Petitioners,<br>vs.<br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br><br>   Respondents.<br><br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>   Real Parties in Interest. | CASE NO. C 07-05794 MHP<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

---

TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE
PRELIMINARY INJUNCTION

1

Case No. C-07-05794 MHP

TO:   DEFENDANTS CITY OF DUBLIN, DUBLIN HOUSING AUTHORITY, HOUSING AUHTORITY OF ALAMEDA COUNTY:

YOU AND EACH OF YOU ARE HEREBY ORDERED TO SHOW CAUSE at _____ on _____, or as soon thereafter as counsel may be heard in the courtroom of the Honorable Marilyn Hall Patel, Judge, U.S. District Court, Northern District of California, located at U.S. District Court, 450 Golden Gate Avenue, Courtroom 15, 18th Floor, San Francisco, California, why you, your officers, agents, servants, employees and attorneys and those in active concert or participation with you or them, should not be restrained and enjoined as follows:

A.    From displacing, relocating, or removing any lawful occupant of Arroyo Vista, including but not limited to encouraging, pressuring or coercing any occupant to move, and threatening to vacate any lawfully occupied unit for any reason related to or in connection with the proposed disposition of Arroyo Vista until such time as you and each of you (1) receive written approval from the U.S. Department of Housing and Urban Development (HUD) of an application for disposition of Arroyo Vista; (2) provide a minimum 90-day notice to all residents that fully complies with 42 U.S.C. §1437p(a)(4)(A); (3) provide all residents with comparable housing and relocation assistance required by 42 U.S.C. §1437p(a)(4)(B)-(E); (4) fully comply with the California Relocation Assistance Act (CRA Act), Govt. C. §7260 *et seq.* and implementing Guidelines, including providing all persons to be displaced with all notices, comparable housing, and relocation assistance and benefits and a lawfully adopted relocation plan; and (5) fully comply with the federal Fair Housing Act and California Fair Employment and Housing Act.; and

B.    From implementing the Disposition and Development Agreement for the Arroyo Vista Redevelopment Project between DHA, HACA, Eden Housing, Inc. ("Eden"), and Citation Homes Central ("Citation"), approved by Dublin City Council Resolution 136-07 on July 17, 2007 ("DDA") until such time as you and each of you (1) receive written approval from the U.S. Department of Housing and Urban Development (HUD) of an application for disposition of Arroyo Vista; (2) provide a minimum 90-day notice to all residents that fully complies with 42 U.S.C. §1437p(a)(4)(A); (3) provide all residents with comparable housing and relocation assistance

1 required by 42 U.S.C. §1437p(a)(4)(B)-(E); (4) fully comply with the California Relocation
2 Assistance Act (CRA Act), Govt. C. §7260 *et seq.* and implementing Guidelines, including providing
3 all persons to be displaced with all notices, comparable housing, and relocation assistance and
4 benefits and a lawfully adopted relocation plan; and (5) fully comply with the federal Fair Housing
5 Act and California Fair Employment and Housing Act.

6      PENDING HEARING on the above Order to Show Cause, you, your officers, agents,
7 servants, employees and attorneys and all those in active concert or participation with you or them
8 ARE HEREBY RESTRAINED AND ENJOINED FROM:

9      (1) Displacing, relocating, or removing any lawful occupant of Arroyo Vista, including but
10 not limited to encouraging, pressuring or coercing any occupant to move, and threatening to vacate
11 any lawfully occupied unit for any reason related to or in connection with the proposed disposition of
12 Arroyo Vista.

13      (2) Implementing the Disposition and Development Agreement for the Arroyo Vista
14 Redevelopment Project between DHA, HACA, Eden Housing, Inc. ("Eden"), and Citation Homes
15 Central ("Citation"), approved by Dublin City Council Resolution 136-07 on July 17, 2007
16 ("DDA").

17      The above Temporary Restraining Order is effective on Plaintiff's filing an undertaking in
18 the sum of $_____. This Order to Show Cause and supporting papers must be served on
19 Defendants no later than _____ days before the date set for hearing, and proof of service shall
20 be filed no later than ____ court days before the hearing. Any response or opposition to this Order to
21 Show Cause must be filed and electronically served on Plaintiffs' counsel no later than
22 _____ court days before the date set for hearing, and proof of service shall be filed no later
23 than _____ court days before the hearing.

24
25 DATED:_____     _____
                                    UNITED STATES DISTRICT JUDGE
26
27
28

---
TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE
PRELIMINARY INJUNCTION
3
                                          Case No. C-07-05794 MHP