BAY AREA LEGAL AID
LISA S. GREIF (State Bar No. 214537)
NAOMI YOUNG (State Bar No. 105041)
PHILLIP R. MORGAN (State Bar No. 99979)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
    nyoung@baylegal.org
    pmorgan@baylegal.org

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727
Email: dcollins@pilpca.org
    mrawson@pilpca.org
    ccastellanet@pilpca.org

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.

**E-FILED**

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL,<br><br>          Petitioners,<br>    vs.<br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br><br>          Respondents.<br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>          Real Parties in Interest. | CASE NO. C 07-05794 MHP<br><br>**[PROPOSED] ORDER ON MOTION FOR PRELIMINARY INJUNCTION** |

_____
[PROPOSED] ORDER ON MOTION FOR PRELIMINARY INJUNCTION

1

Case No. C-07-05794 MHP

1  Plaintiffs' Motion for Preliminary Injunction came on for hearing before this Court,
2  Deborah Collins, California Affordable Housing Law Project of The Public Interest Law Project,
3  appearing for plaintiffs and _____ appearing for defendants.  After
4  consideration of the briefs and arguments of counsel, and all other matters presented to the
5  Court,

6  The Court finds the likelihood of irreparable harm to plaintiffs if the status quo is not
7  maintained and preserved during the pendency of the litigation and plaintiffs' probably success
8  on the merits or that serious questions are raised by this action and that on balance the hardships
9  tip sharply in plaintiffs' favor. *Stuhlbarg Int'l sales Co., Inc. v. John D. Brush & Co., Inc.*, 240
10 F.3d 832 (9th Cir. 2001).

11 IT IS HEREBY ORDERED that plaintiffs' motion for Preliminary Injunction is
12 GRANTED as follows:

13 Defendants City of Dublin (City), Dublin Housing Authority (DHA), and Housing
14 Authority of Alameda County (HACA) (collectively "Defendants"), their officers, agents,
15 servants, employees and attorneys and those in active concert or participation with you or them,
16 ARE HEREBY ODDERED TO:

17 A. Refrain from displacing, relocating, or removing any lawful occupant of Arroyo
18 Vista, including but not limited to encouraging, pressuring or coercing any occupant to move, and
19 threatening to vacate any lawfully occupied unit for any reason related to or in connection with the
20 proposed disposition of Arroyo Vista until such time as you and each of you (1) receive written
21 approval from the U.S. Department of Housing and Urban Development (HUD) of an application for
22 disposition of Arroyo Vista; (2) provide a minimum 90-day notice to all residents that fully complies
23 with 42 U.S.C. §1437p(a)(4)(A); (3) provide all residents with comparable housing and relocation
24 assistance required by 42 U.S.C. §1437p(a)(4)(B)-(E); (4) fully comply with the California
25 Relocation Assistance Act (CRA Act), Govt. C. §7260 *et seq*. and implementing Guidelines,
26 including providing all persons to be displaced with all notices, comparable housing, and relocation
27 assistance and benefits and a lawfully adopted relocation plan; and (5) fully comply with the federal
28 Fair Housing Act and California Fair Employment and Housing Act.; and

---
[PROPOSED] ORDER ON MOTION FOR PRELIMINARY INJUNCTION
2
Case No. C-07-05794 MHP

1       B.    Refrain from implementing the Disposition and Development Agreement for the Arroyo Vista Redevelopment Project between DHA, HACA, Eden Housing, Inc. ("Eden"), and Citation Homes Central ("Citation"), approved by Dublin City Council Resolution 136-07 on July 17, 2007 ("DDA") until such time as you and each of you (1) receive written approval from the U.S. Department of Housing and Urban Development (HUD) of an application for disposition of Arroyo Vista; (2) provide a minimum 90-day notice to all residents that fully complies with 42 U.S.C. §1437p(a)(4)(A); (3) provide all residents with comparable housing and relocation assistance required by 42 U.S.C. §1437p(a)(4)(B)-(E); (4) fully comply with the California Relocation Assistance Act (CRA Act), Govt. C. §7260 *et seq*. and implementing Guidelines, including providing all persons to be displaced with all notices, comparable housing, and relocation assistance and benefits and a lawfully adopted relocation plan; and (5) fully comply with the federal Fair Housing Act and California Fair Employment and Housing Act.

      IT IS FURTHER ORDERED that based on the finding that the Court has the discretion to excuse the bond requirement in exceptional circumstances and that plaintiffs are indigent and do not have the means to post bond, and Arroyo Vista Tenants Association does not have the resources to post a bond, the bond requirement is waived in this case. *California ex rel. Van de Kamp v. Tahoe Regional Planning Agency*, 766 F.2d 1319, modified 775 F.32d 998 (9th Cir. 1985).

DATED:_____          _____
                                               UNITED STATES DISTRICT JUDGE