1  LEE C. ROSENTHAL, State Bar #58778
   lrosenthal@goldfarblipman.com
2  ROBERT C. MILLS, State Bar #158097
   rmills@goldfarblipman.com
3  JULIET E. COX, State Bar #214401
   jcox@goldfarblipman.com
4  GOLDFARB & LIPMAN LLP
   1300 Clay Street, Ninth Floor
5  Oakland, California 94612
   Telephone:  (510) 836-6336
6  Facsimile:  (510) 836-1035

7  Attorneys for Defendants and Respondents and for
   Real Parties in Interest DUBLIN HOUSING
8  AUTHORITY; HOUSING AUTHORITY OF THE
   COUNTY OF ALAMEDA; SCS DEVELOPMENT
9  COMPANY; and EDEN HOUSING, INC.

10 JOSEPH M. QUINN, State Bar #171898
   jquinn@meyersnave.com
11 ARIANA MOHIT, State Bar #211407
   amohit@meyersnave.com
12 MEYERS, NAVE, RIBACK, SILVER & WILSON
   575 Market Street, Suite 2600
13 San Francisco, California 94105
   Telephone: (415) 421-3711
14 Facsimile: (415) 421-3767

15 Attorneys for Defendant and Respondent
   CITY OF DUBLIN
16

17             UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASS'N *et al.*, | Case No.: 3:07-cv-05794-MHP |
| Plaintiffs and Petitioners, | **EVIDENCE IN OPPOSITION TO RENEWED MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| CITY OF DUBLIN *et al.*, | Date:      June 20, 2008<br>Time:      10:00 a.m.<br>Location:  Courtroom 15, United States District Court, Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102 |
| Defendants and Respondents, | |
| SCS DEVELOPMENT COMPANY *et al.* | |
| Real Parties in Interest. | |

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX

EVIDENCE AGAINST RENEWED MOTION FOR PRELIMINARY INJUNCTION (3:07-cv-05794 MHP)
1460\03\570201.1

Defendants submit the attached testimony in opposition to Plaintiffs' renewed motion for Preliminary Injunction.

| Item | Page |
|---|---|
| Declaration of Mary Rizzo-Shuman | 2 |
| Declaration of David Richman | 4 |

DATED:  June 19, 2008             GOLDFARB & LIPMAN LLP


By:   /s/ Juliet E. Cox
      JULIET E. COX
      Attorneys for Defendants and Respondents and for Real Parties in Interest DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA; SCS DEVELOPMENT COMPANY; and EDEN HOUSING, INC.

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX

## DECLARATION OF MARY RIZZO-SHUMAN

I, Mary Rizzo-Shuman, declare:

1. I am an employee of the Housing Authority of the County of Alameda ("HACA"). I have personal knowledge of all matters stated in this declaration, and if called as a witness I could and would testify competently to these matters.

2. I remain the Manager of the Housing Assistance and Housing Management Unit of HACA, with responsibility for management of HACA's public housing in Alameda County, including the Arroyo Vista public housing complex in Dublin. In addition, I remain responsible for overseeing the management of HACA's available Housing Choice Voucher ("Section 8") tenant-based housing assistance within the communities of Fremont, Newark, Pleasanton, Dublin, San Leandro, and San Lorenzo.

3. Since the last declaration that I submitted in this lawsuit, I still have held no more general informational meetings about the Section 8 program with Arroyo Vista residents, because no residents have asked for a meeting.

4. I have continued to meet with Arroyo Vista tenants and to answer questions from them by telephone on a one-on-one basis.

5. Liz Rigney, Maria Garcia, Kimberly Hill, Carata DeRamous, and Celia and Andres Arroyo have never attended a general informational meeting about the Section 8 program. Although some of these people may have asked questions about Section 8 in other public meetings, I do not recall ever having discussed the program one-on-one with any of them. I have never conducted a personal Section 8 orientation with any of these tenants.

6. The last time that DHA evicted anyone from Arroyo Vista was in August 2006, for nonpayment of rent between April and June 2006. Since that time, DHA has not given any notice to any tenant directing that tenant to vacate his or her residence.

7. In March 2007, HACA had contracts with landlords for 101 Section 8-supported housing units in Dublin. In June 2008, HACA had contracts for 188 Section 8 units in Dublin. In addition, there are 795 Section 8 units in Livermore and 145 in Pleasanton.

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX

8. In June 2008, Elise Veal submitted an application to HACA for a Section 8 voucher. This application was for a household that included one person who was not, at that time, a member of Ms. Veal's household at Arroyo Vista. The additional household member's income resulted in a tenant portion of rent for that household that was greater than the rent paid by Ms. Veal's Arroyo Vista household. In both cases, however, the tenant portion of rent was 30% of the household's income. The difference in rent is due to the change in household composition, not to the change from public housing to Section 8. Because this person now has joined Ms. Veal's Arroyo Vista household, their household's rent will increase even if the household elects to remain at Arroyo Vista rather than accepting a Section 8 voucher.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that I executed this declaration on June 19, 2008, at Hayward, California.

/s/ Mary Rizzo-Shuman
MARY RIZZO-SHUMAN

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX

## DECLARATION OF DAVID RICHMAN

I, David Richman, declare:

1. I am the Northern California Regional Director for Overland, Pacific & Cutler, Inc. ("OPC"). I have full management, scheduling and fiscal responsibilities for operations in Oakland and Sacramento. I am responsible for the preparation of Replacement Housing Plans, Relocation Plans and replacement housing needs analyses, cost studies, relocation impact studies and general informational brochures. I also act as a Project Manager on large-scale acquisition and relocation projects involving both residential and business occupants. I maintain schedules, budgets, manpower requirements and provide relocation assistance services. These projects have involved a variety of funding sources that require compliance with the Federal Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970 ("URA"), as well as State of California relocation assistance laws and guidelines. I have been employed by OPC since early 2000. During that time I have been project manager on hundreds of projects resulting in the displacement of thousands of residential and business occupants.

2. I have personal knowledge of all matters stated in this declaration, and if called as a witness I could and would testify competently to these matters.

3. The Dublin Housing Authority ("DHA") retained OPC in March 2007 to assist it in planning for relocation of the residents at the Arroyo Vista housing complex in Dublin, in preparation for redevelopment of that complex. I am responsible for overseeing OPC's work on behalf of DHA and its tenants.

4. OPC's records show that none of our consultants has ever answered any one-on-one questions from Liz Rigney, Maria Garcia, Kimberly Hill, Carata DeRamous, or from Celia and Andres Arroyo about OPC's relocation services. None of these Arroyo Vista tenants has contacted OPC to request an individualized eligibility determination or a briefing about the services OPC can provide. Beyond providing information at public meetings and through general notices sent to all tenants, we have not contacted these people to push relocation information on them because they have not currently indicated any interest in it. Unless and until relocation

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX

becomes mandatory, rather than voluntary, we intend to limit ourselves to serving people who express interest in our services by requesting them and by receiving a Section 8 briefing.

5. I have reviewed OPC's records regarding the approximately 60 former Arroyo Vista households who have moved away from Arroyo Vista with OPC's assistance since August 2007. More than half of those households have relocated within the City of Dublin, and about two-thirds have relocated within Dublin, Pleasanton, or San Ramon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that I have executed this declaration on June 19, 2008, at Oakland, California.

/s/ David Richman
DAVID RICHMAN

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

DATED: June 19, 2008                    GOLDFARB & LIPMAN LLP

                                  By:   /s/ Juliet E. Cox
                                        JULIET E. COX
                                        Attorneys for Respondents and Real Parties in Interest DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA; SCS DEVELOPMENT COMPANY; and EDEN HOUSING, INC.

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX

5
EVIDENCE AGAINST RENEWED MOTION FOR PRELIMINARY INJUNCTION (3:07-cv-05794 MHP)
1460\03\570201.1