UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge: MARILYN H. PATEL**

**Date**: June 20, 2008

**Case No:** C 07-05794 MHP

**Case Title**: ARROYO VISTA TENANTS ASSOCIATION, et al. v. CITY OF DUBLIN, et al.

**Appearances:**

    For Plaintiff(s): Deborah Collins, Lisa Greif

    For Defendant(s): Juliet Cox

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: Jim Yeomans

## PROCEEDINGS

1. Plaintiffs' Motion for Preliminary Injunction/TRO - held

## SUMMARY

- The parties reach a resolution and will draft proposed order for the Court's consideration.