Ramón P. Arias
Executive Director



# BAY AREA LEGAL AID
WORKING TOGETHER FOR JUSTICE

June 27, 2008

Honorable Marilyn Hall Patel
U.S. District Court for the Northern District
Courtroom 15, 18th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Arroyo Vista Tenants Association et al. v. City of Dublin et al., Case N0. 3:07-cv-05794

Dear Judge Patel:

On June 25, 2008 the parties met and conferred regarding the Stipulation, Proposed Order and Corrective Notice in the above case and have submitted a Stipulation and Proposed Order for the Court's consideration. The parties were unable to reach a stipulation regarding any information to be requested from residents who move out prior to HUD approval of the application.

Sincerely,

Lisa Greif
Attorney for Plaintiffs

Alameda County Regional Office
405 14th Street, 11th Floor
Oakland, CA 94612

Phone: 510.663.4744
Toll Free: 800.551.5554
Fax: 510.663.4740

www.baylegal.org

 LSC        Serving the counties of Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Santa Clara