BAY AREA LEGAL AID
LISA S. GREIF (State Bar No. 214537)
NAOMI YOUNG (State Bar No. 105041)
PHILLIP R. MORGAN (State Bar No. 99979)
405 14th Street, 11th Floor
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
        nyoung@baylegal.org
        pmorgan@baylegal.org

THE CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727
Email: dcollins@pilpca.org
        mrawson@pilpca.org
        ccastellanet@pilpca.org

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.

**E-FILED**

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, ELISE VEAL,<br><br>            Petitioners,<br><br>    vs.<br><br>CITY OF DUBLIN; DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF ALAMEDA COUNTY; and DOES 1 through 20, inclusive,<br><br>            Respondents.<br>SCS DEVELOPMENT COMPANY, dba Citation Homes Central, a California Corporation; EDEN HOUSING, INC., a California Nonprofit, and DOES 21 through 50,<br><br>            Real Parties in Interest. | CASE NO. C 07-05794 MHP<br><br><br>**REVISED STIPULATION AND (PROPOSED) ORDER ON PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

Plaintiffs' Motion for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction came on for hearing before the Honorable Marilyn Hall Patel on June 20, 2008 at 10:00 a.m. in Courtroom 15 of the United States District Court for the Northern District of California;  Deborah Collins, California Affordable Housing Law Project of The Public Interest Law Project, and Lisa Greif, Bay Area Legal Aid, appearing for plaintiffs and Juliet Cox, Goldfarb & Lipman, appearing for all defendants and real parties in interest.  After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, and the parties having met and conferred with respect to Plaintiffs' motion, Plaintiffs and Defendants through their respective counsel, hereby stipulate to the following:

WHEREAS, Defendants City of Dublin (City), Dublin Housing Authority (DHA), and Housing Authority of Alameda County (HACA), their officers, agents, servants, employees and attorneys and those in active concert or participation with them (collectively "Defendants and/or their agents") deny that defendants and/or their agents have displaced, relocated, or removed any lawful occupant of Arroyo Vista for any reason related to or in connection with the proposed disposition of Arroyo Vista, other than to assist Arroyo Vista residents to voluntarily relocate; and further deny that said defendants have deprived any residents that have relocated of all relocation assistance to which they are entitled under 42 U.S.C. §1437p(a)(4) and the California Relocation Assistance Act, Govt. C. §7260 *et seq.*

WHEREAS, Plaintiffs Arroyo Vista Tenants Association, Rhenae Keyes, Andres Arroyo, Denise Brown, and Elise Veal maintain that defendants and/or their agents have displaced, encouraged, pressured, or coerced Arroyo Vista residents to vacate Arroyo Vista in advance of any action by HUD to approve or disapprove DHA's August 2007 application for disposition, and deny that said defendants and/or their agents have provided all residents that have been relocated with all relocation assistance to which they are entitled under 42 U.S.C. §1437p(a)(4) and the California Relocation Assistance Act, Govt. C. §7260 *et seq.*

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties hereto, through their respective counsel, that:

REVISED STIPULATION AND (PROPOSED) ORDER ON PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

2

Case No. C-07-05794 MHP

1        1.    **Important Notice in English**.  Within five (5) court days of entry of this Stipulation and Order by the Court, Defendants and their agents shall mail by first-class mail to each current household of Arroyo Vista the Important Notice that is attached hereto and incorporated herein as Exhibit "A".  Except as set forth in the Important Notice, the notice shall be provided to all residents in the English language.  A copy of each Important Notice that is mailed to a resident of Arroyo Vista shall be simultaneously mailed to co-counsel for plaintiffs, Lisa Greif at Bay Area Legal Aid.

2.    **Important Notice in Other Languages**.  Within ten (10) court days of entry of this Stipulation and Order by the Court, Defendants and their agents shall make the Important Notice (Exhibit "A" hereto) available for pick-up, free of charge, by any Arroyo Vista resident in Spanish, Farsi, and Tagalog languages at the Arroyo Vista Management Office located at 6700 Dougherty Road, Dublin, CA. If an Arroyo Vista resident speaks Punjabi or Chinese and requests that the Important Notice (Exhibit "A" hereto) be made available to them in their native language, the Important Notice shall be translated and provided to such resident in the requested language within ten (10) court days of such request.  Translations of the Important Notice will be provided by Language Line Services, and each translated Notice will contain a Certificate of Translation that the translator is fluent in the specified language, not a party to the above action, and that the translation is a true and correct translation in the specified language of the information contained in the Important Notice. A copy of the notice, translated into each of the above languages, shall be made available to co-counsel for plaintiffs, Lisa Greif at Bay Area Legal Aid, for review prior to distribution to the Arroyo Vista office, and a copy of each translated notice will be mailed to said co-counsel on the date that it is made available at the Arroyo Vista Management Office or to a resident upon request.  Plaintiffs' review of the translated notice(s) shall not extend the date by which the translated notice(s) will be made available at the Arroyo Vista Management Office.

3.    **Safety and Security of Arroyo Vista Residents**.  On or before July 14, 2008, defendants shall report to the Court all steps taken by defendants to ensure the safety and security of Arroyo Vista residents, which safety and security may be threatened by the boarding up of

vacated homes at Arroyo Vista.

4.    Defendant City will notify plaintiffs' counsel, by e-mail, on the same date that the City Manager certifies a Finding of No Significant Impact regarding disposition and redevelopment of Arroyo Vista and that certification is submitted to HUD.  Defendant DHA will notify plaintiffs' counsel, by e-mail, on the same date that DHA submits a request for approval of disposition of Arroyo Vista to HUD.


DATED:  July 2, 2008                    BAY AREA LEGAL AID

                                        CALIFORNIA AFFORDABLE HOUSING LAW PROJECT
                                        OF THE PUBLIC INTEREST LAW PROJECT


                                        BY:_____/s/ Deborah Collins_____
                                             DEBORAH COLLINS
                                             Attorneys for Plaintiffs

DATED: July 2, 2008                     GOLDFARB & LIPMAN

                                        MEYERS, NAVE, RIBACK, SILVER & WILSON


                                        BY:_____/s/ Juliet E. Cox_____
                                             JULIET E. COX
                                             Attorneys for Defendants

                                        ORDER

        Good cause appearing therefore, IT IS SO ORDERED.


DATED:_____        _____
                                        UNITED STATES DISTRICT JUDGE


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

DATED:  July 2, 2008                     /s/ Deborah Collins
                                        _____
                                        DEBORAH COLLINS
                                        Attorneys for Plaintiffs

_____
REVISED STIPULATION AND (PROPOSED) ORDER ON PLAINTIFFS' MOTION FOR TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION
4
Case No. C-07-05794 MHP