REVISED STIPULATION AND (PROPOSED) ORDER ON PLAINTIFFS'
MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW
CAUSE RE PRELIMINARY INJUNCTION

EXHIBIT A

[DHA LETTERHEAD]

[FOR TRANSLATION OF THIS NOTICE, SEE PAGE 6.]

# IMPORTANT NOTICE REGARDING DUBLIN HOUSING AUTHORITY'S *PROPOSED* SALE AND REDEVELOPMENT OF ARROYO VISTA AND RELOCATION OF ARROYO VISTA RESIDENTS

- **THERE CURRENTLY IS *NO* OBLIGATION TO MOVE—**

- **MOVING MAY BE REQUIRED *ONLY IF* HUD APPROVES THE REDEVELOPMENT AND *ONLY IF* RESIDENTS ARE PROVIDED WITH:**

    1. **PROPER NOTICES AND**
    2. **FULL RELOCATION BENEFITS, INCLUDING**
    3. **COMPARABLE HOUSING**

- **IF YOU CHOOSE TO MOVE VOLUNTARILY, YOU MUST BE PROVIDED WITH FULL RELOCATION BENEFITS AND COMPARABLE HOUSING**

[Date]

[Tenant Name]
[Address]

Dear [Name]:

This NOTICE is to provide you with **important information** about Dublin Housing Authority's ("DHA") **proposed** sale and redevelopment of Arroyo Vista and **proposed** relocation of all Arroyo Vista residents. The notice is given to you pursuant to a Court Order in the following case: Arroyo Vista Tenants Association, et al. v. City of Dublin, et al., U.S. District Court, Northern District of California, Case No. 3:07-cv-05794 (MHP). *It is very important that you carefully read and understand this notice. If you have any questions, you should contact the people listed at the end of this notice. You should not contact the Court directly.*

## INFORMATION REGARDING THE ARROYO VISTA LAWSUIT

DHA must have permission from the federal government ("HUD") to sell or demolish Arroyo Vista. In August 2007, DHA submitted an application to HUD to get that permission. The Arroyo Vista Tenants Association and four residents of Arroyo Vista ("Plaintiffs") filed a lawsuit against the City, DHA and the Alameda County Housing Authority ("HACA") ("Defendants") in October 2007 to stop efforts to relocate residents before relocation is required. The lawsuit involves both federal and state laws about what has to happen for public housing to be sold and demolished and what rights the Arroyo Vista residents have before they can be relocated. The lawsuit is not over, but the Court has issued an order requiring DHA to give you this Notice. The Court wants to make sure you know that you do not have to make any plans to move at this time. The Court also wants to make sure you know about the lawsuit, DHA's application to HUD for permission to sell Arroyo Vista, and your rights to notice and relocation assistance. *If you decide to move, of your own free will,* **before** *HUD makes a decision, you are entitled to relocation assistance, including comparable housing. As long as you are a lawful resident of Arroyo Vista, and continue to pay your rent and comply with the terms of your lease agreement, DHA is not requiring or encouraging you to move now.*

## INFORMATION REGARDING THE STATUS OF DHA'S
## PROPOSED SALE AND REDEVELOPMENT OF ARROYO VISTA

**Status of DHA's Application to HUD**. DHA has not yet received permission from HUD to sell or demolish Arroyo Vista. In fact, because the Dublin City Manager has yet to certify to HUD that he has made a finding of no significant impact and is not anticipated to do so until on or after July 15, 2008, the soonest that DHA could complete its application to HUD is July 16, 2008. Following submission of the complete application to HUD, HUD will accept comments from the public for 15 days. Therefore, were the application submitted on July 16, HUD could not make any decision to approve DHA's application before August 1, 2008.

**Will HUD Approve or Disapprove DHA's Application?** We do not now know what HUD will decide. It has two options:

1. HUD *may approve* DHA's application. If it does, you will have to move from Arroyo Vista unless something else happens in the lawsuit to prevent or delay the sale of Arroyo Vista. If you have to move, you will be given a written notice of at least 150 days (or five months) from the date of that written notice, telling you the date by which you need to move and what relocation assistance you will receive.

2. HUD *may disapprove* DHA's application. If it does, you will *not* have to move from Arroyo Vista. You also should know that the Plaintiffs in the lawsuit have asked HUD to disapprove the application, but HUD has not yet responded to those requests.

**What does this mean in terms of when you might have to move?** If HUD were to approve the application on August 1, 2008, you would have at least until January 1, 2009

before you would need to move, because DHA has promised in a relocation plan it adopted on June 3, 2008 to give you a written notice of at least 150 days before you have to move. (150 days from August 1, 2008 is January 1, 2009.) That notice will tell you, among other things, that HUD has given DHA permission to sell Arroyo Vista. DHA will also give you a written notice that tells you what relocation assistance you and your family are entitled to receive. If HUD approves the disposition application, DHA will give you these notices and assist in locating comparable replacement housing before it can sell Arroyo Vista.

For these reasons, you should know and understand that:

**YOU DO NOT HAVE TO MOVE NOW BECAUSE OF THE PROPOSED SALE OF ARROYO VISTA. (AS LONG AS YOU ARE A LAWFUL RESIDENT OF ARROYO VISTA, YOU CANNOT BE REQUIRED TO MOVE FROM ARROYO VISTA EXCEPT PURSUANT TO THE TERMS OF YOUR LEASE AGREEMENT.)**

**YOU DO NOT HAVE TO MOVE FROM ARROYO VISTA BY NOVEMBER 2008. YOU MAY NOT HAVE TO MOVE AT ALL BECAUSE OF THE PROPOSED SALE OF ARROYO VISTA. IF YOU HAVE TO MOVE BECAUSE THE PROPOSED SALE OF ARROYO VISTA IS APPROVED, THE EARLIEST DATE (AS OF NOW) BY WHICH YOU COULD BE EXPECTED TO MOVE IS JANUARY 1, 2009.**

**Can you move from Arroyo Vista now?** Yes, you can always move pursuant to the terms of your lease agreement. However, if you decide to move before HUD decides DHA's application, that decision should be an informed one and of *your own free will*. The City, DHA, HACA, DHA's relocation specialist, Overland Pacific & Cutler (OPC), or anyone else acting on behalf of Defendants cannot and are not requiring or encouraging you to move earlier. That decision is yours. You also have rights to certain notices and relocation assistance if you make a decision to move before HUD decides DHA's Application. Those rights are described below.

## RELOCATION ASSISTANCE RIGHTS

You have the right to receive relocation assistance under both federal and state law. The relocation assistance benefits for federal and state law are explained together. You also should know that HUD or the court may require additional relocation assistance to be provided in the future. As of now, if you choose to move out prior to HUD's decision, DHA will provide your household with the following relocation assistance:

1. **"Actual and Reasonable Relocation Expenses."** Based on DHA's relocation plan, you are entitled to receive:

    a. **Moving Expenses.** If you move yourself, you will have the option to receive "fixed" moving expenses based on the number of rooms in your home.

Alternatively, you may receive "actual moving expenses" of a professional mover for the cost of moving up to 50 miles and some other expenses, including all reasonable charges for packing, unpacking, insurance, and utility connection charges.

    b.  **Security Deposit.**  You will receive a security deposit, not to exceed $2,400, for up to one month of the rent for your "comparable home."

    c.  **Credit Check Fees.**  You will receive credit check fees of up to a total of $75.

2.  **"Comparable Housing."**  If you are eligible for a Section 8 voucher, you must be offered a Section 8 voucher and a home where you will be able to use that voucher. The home that is offered to you has to be decent, safe and sanitary. The home also must be located in an area that is generally not less desirable than Arroyo Vista and that meets your family's needs and preferences. DHA will provide you with at least three offers to comparable homes. If relocation becomes mandatory, you should cooperate with DHA to locate a home that meets your family's needs.

3.  **Rental Assistance Payments.**  If you are not eligible for a Section 8 voucher because you are "over-income" for the limits of the Section 8 program, you will receive rental assistance payments based on your monthly financial housing need for the first forty two (42) months. If you are eligible for Section 8 assistance, you will receive rental assistance payments to make sure your rent plus utilities are no more than 30% of your adjusted monthly income for the first forty two (42) months. DHA will give you a notice telling you how much you will receive as a rental assistance payment before you move. You can choose to use rental assistance payments as part of your down payment if you choose to buy a home.

4.  **Advisory Services and Any Necessary Counseling.**  DHA will fully inform you of the relocation assistance to which you are entitled and the procedures for obtaining assistance. It will provide you with current and continually updated information regarding replacement housing opportunities and other resources. It will also:

- ensure that assistance that does not result in you being treated differently due to your race, color, religion, national origin, sex, sexual orientation, marital status, or other arbitrary circumstances;
- establish and maintain a formal grievance procedure for your use if you want to seek review of DHA's decisions with regard to your relocation assistance;
- search for and document comparable units for you and arrange for transportation for you to view them;
- work with potential landlords to educate them about the benefit of Section 8 vouchers
- assist you in completing rental applications and review and discuss your moving plans; and
- provide you with relocation claim forms and process advance and final relocation claims.

## CONTACT INFORMATION FOR FURTHER QUESTIONS

DHA's relocation consultant can provide a full explanation of any relocation benefits described in this notice. If you have questions about the available relocation assistance, you may contact:

> John Morris or Teresa Laverde
> Overland Pacific & Cutler
> 7901 Oakport Street, Suite 4800
> Oakland, CA  94621
> 1-877-972-8908 (toll free)
> jMorris@opcservices.com or tLaverde@opcservices.com

If you have questions about Section 8 vouchers, you may contact:

> Mary Rizzo-Shuman
> Dublin Housing Authority
> c/o Alameda County Housing Authority
> 22941 Atherton Street
> Hayward, CA  94541-6633
> 510-727-8570

If you have questions about this notice or about the lawsuit, you may contact the attorneys for DHA and HACA:

> Juliet E. Cox
> Goldfarb & Lipman LLP
> 1300 Clay Street, Ninth Floor
> Oakland, CA  94612
> 510-836-6336
> jcox@goldfarblipman.com

If you have questions about this notice or the lawsuit, or if you need legal advice, you may contact the attorneys for plaintiffs in this case:

> Lisa Greif
> Bay Area Legal Aid
> 405 14th Street, 11th Floor
> Oakland, California  94612
> Telephone: 510-663-4744
> lgreif@baylegal.org

You may also contact any other attorney of your choice.

## TRANSLATION OF THIS NOTICE

REVISED Corrective Notice to Arroyo Vista Tenants
Page 5

1460\03\571812.1

[On the English notice, include this statement in Spanish, Farsi, and Tagalog:] This Notice will be available in [name of language] on [Date]. Translated Notice(s) can be requested and picked up, free of charge, at the Arroyo Vista Management Office located at 6700 Dougherty Road, Dublin, CA.

[On the English notice, include this statement in Punjabi and Chinese:] If requested by a resident who speaks [name of language], this Notice will be made available in the requested language within ten (10) days of the request. Translated Notice(s) can be requested and picked up, free of charge, at the Arroyo Vista Management Office located at 6700 Dougherty Road, Dublin, CA.