

# The Public Interest Law Project

The Public Interest Law Project and
California Affordable Housing Law Project
449 – 15th Street, Suite 301
Oakland, CA  94612

Phone  (510) 891-9794
Fax      (510) 891-9727
www.pilpca.org

**Michael Rawson**
  *Co-Director*
Extension 145
mrawson@pilpca.org

**Stephen Ronfeldt**
  *Co-Director*
Extension 127
sronfeldt@pilpca.org

**Deborah Collins**
  *Managing Attorney*
Extension 156
dcollins@pilpca.org

**Craig Castellanet**
  *Staff Attorney*
Extension 132
ccastellanet@pilpca.org

**Angie Schwartz**
  *Staff Attorney*
Extension 125
aschwartz@pilpca.org

**Elizabeth Graber**
  *Legal Assistant*
Extension 110
egraber@pilpca.org

**Georgie Feltz**
  *Administrator*
Extension 101
gfeltz@pilpca.org

July 2, 2008

Honorable Marilyn Hall Patel
U.S. District Court for the Northern District
Courtroom 15, 18th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

RE:  *Arroyo Vista Tenants' Association et al. v. City of Dublin, et al.*,
       Case No.  3:07-cv-05794-MHP

Dear Judge Patel:

Pursuant to my telephone call with your Clerk this morning, I am enclosing a Revised Stipulation and Proposed Order for the Court's consideration in lieu of the Stipulation/Proposed Order that were submitted to the Court on June 27, 2008 in connection with plaintiffs Motion for a Temporary Restraining Order and Order to Show Cause re Preliminary Injunction.

The City defendants requested two changes to the Corrective Notice that was previously submitted.  The parties met and conferred regarding the proposed revisions and have reached an agreement to revise the Stipulation and Proposed Order and the Corrective Notice as follows:

1. To add paragraph 4 to a Revised Stipulation;

2. To modify the Corrective Notice at page 2, paragraph entitled "Status of DHA's Application to HUD" in order to clarify the public hearing and comment process regarding a finding of no significant impact and request for HUD approval of disposition; and

3. To modify the Corrective Notice at page 3, paragraph entitled "Can you move from Arroyo Vista now?" to substitute "*DHA's* relocation consultant" for "*their* relocation consultant".

Thank you for your consideration of the enclosed Revised Stipulation/Proposed Order.

Very truly yours,

/s/ Deborah Collins

Deborah Collins
Attorney for Plaintiffs

Encs.