1  LEE C. ROSENTHAL, State Bar #58778
   lrosenthal@goldfarblipman.com
2  ROBERT C. MILLS, State Bar #158097
   rmills@goldfarblipman.com
3  JULIET E. COX, State Bar #214401
   jcox@goldfarblipman.com
4  GOLDFARB & LIPMAN LLP
   1300 Clay Street, Ninth Floor
5  Oakland, California 94612
   Telephone: (510) 836-6336
6  Facsimile: (510) 836-1035

7  Attorneys for Defendants and Respondents and for
   Real Parties in Interest DUBLIN HOUSING
8  AUTHORITY; HOUSING AUTHORITY OF THE
   COUNTY OF ALAMEDA; SCS DEVELOPMENT
9  COMPANY; and EDEN HOUSING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASS'N *et al.*,<br><br>    Plaintiffs and Petitioners,<br><br>    v.<br><br>CITY OF DUBLIN *et al.*,<br><br>    Defendants and Respondents,<br><br>SCS DEVELOPMENT COMPANY *et al.*<br><br>    Real Parties in Interest. | Case No.: 3:07-cv-05794-MHP<br><br>**REPORT TO COURT REGARDING SECURITY MEASURES** |

1   As requested by this Court on June 20, 2008, Defendant and Respondent DUBLIN
2   HOUSING AUTHORITY ("DHA") submits the attached declarations and photographs reporting
3   on DHA's activities to ensure safety and security and to prevent aesthetic blight at the Arroyo
4   Vista complex.

| **Item** | **Pages** |
|---|---|
| Declaration of Christine Gouig | 2-4 |
| Declaration of George Smith | 5-6 |
| Photographs | 8-13 |

DATED: July 14, 2008                                GOLDFARB & LIPMAN LLP


                                            By:    /s/ Juliet E. Cox
                                                   JULIET E. COX
                                                   Attorneys for Defendants and Respondents and
                                                   for Real Parties in Interest DUBLIN
                                                   HOUSING AUTHORITY; HOUSING
                                                   AUTHORITY OF THE COUNTY OF
                                                   ALAMEDA; SCS DEVELOPMENT
                                                   COMPANY; and EDEN HOUSING, INC.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX

## DECLARATION OF CHRISTINE GOUIG

I, Christine Gouig, declare:

1. I am the Executive Director of the Housing Authority of the County of Alameda ("HACA") and of the Dublin Housing Authority ("DHA"). I have been the Executive Director of HACA and DHA since March 26, 2006. I have personal knowledge of all matters stated in this declaration, and if called as a witness I could and would testify competently to these matters.

2. The Dublin Housing Authority Commission has, at several of its meetings, stated its intention to keep the Arroyo Vista project safe, both for remaining residents as other residents voluntarily move out and, if HUD approves the disposition application, for all residents as they are relocated. In response to the Commission's concern, I directed the Housing Authority's Deputy Director for Operations, Tom Makin, to research the use of private security companies.

3. Mr. Makin contacted Alameda County procurement staff to determine the security companies used by the County. The Procurement Officer provided Mr. Makin with the names of three companies. After he completed internet research on the three companies, Mr. Makin and I met with the Dublin Police Chief to discuss the services we needed and what we proposed to ask the security company to do. The Police Chief persuaded us that a better approach would be to use the Alameda County Sheriff's Department instead (the Sheriff provides police services to the City of Dublin). A security firm provides "eyes and ears" at its patrol site, but cannot enforce the law like the Sheriff can. In addition, the Sheriff was already familiar with the site and the types of crimes in the area, knows the City and its procedures, and is knowledgeable about the problematic tenants at Arroyo Vista.

4. At its meeting of November 6, 2007, the Housing Commission authorized a contract with the Sheriff in an amount not to exceed $260,000. The contract was drafted, reviewed by County Counsel, and signed in February 2008, in the amount of $211,860. It is for a one-year period with the ability to extend. The contract provides for a Deputy Sheriff to patrol the project for eight hours each day. Mr. Makin, the Police Chief, and I decided that these hours would be 6 PM to 2 AM, which may vary from time to time so a pattern does not become known. The Chief indicated these were the hours when the majority of crime occurs. This patrol is in

Goldfarb &
Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX

addition to the regular daytime patrols already provided. The staff report on this matter noted that the time schedule may be adjusted or augmented if more units become vacant.

5. One of the Tenant Commissioners asked at the November 2007 meeting about using residents to patrol the project instead of the Sheriff. The Police Chief, who attended the meeting, strongly advised against this practice, due to the obvious safety issues involved in using untrained civilians and the possible danger to themselves.

6. In addition to safety, the Commission expressed its desire to maintain the appearance of the project as residents move. In response, Housing Authority staff arranged for services from four companies:

   a. Tru-Green Landcare, the landscaping company the Housing Authority uses to maintain Arroyo Vista, was contracted to clean up the exterior yards of the 50 units that were vacant as of the contract date (January 27, 2008). Tru-Green mowed weeds, trimmed shrubs, removed dead shrubs and tree branches, and cleaned up and hauled away debris.

   b. Angel's Cleaning Service was contracted to keep the exterior yards of vacant units free of trash, weeds mowed, shrubs trimmed, and vegetation hauled away on an on-going basis. The Arroyo Vista property manager assigns units to Angel's. In addition, Angel's maintains the area around the dumpster enclosures and garbage containers (tenants often leave items that the dumpster driver will not pick up unless they are in the dumpster), picks up garbage on the streets and courts, and picks up left-behind appliances and furniture.

   c. Bryan Pullman Construction was contracted for $127,950 to secure vacant units. The glass in the windows is removed and 3/4 inch plywood is neatly fitted over the window. The plywood is braced with wood 2x4s secured by carriage bolts from the inside, which makes it harder to break in. The plywood is then primed and painted the color of the housing unit in order to blend in as much as possible. The lock on the front door is changed and the gate to the backyard is padlocked. The Deputy Sheriff has the

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX

master key to these locks. No secured unit has been broken into since we began boarding them.

      d.    Men of All Trades was contracted to paint out graffiti. Men of All Trades checks the property every day for graffiti. If they find any they paint it out, using the exterior color, usually within 24 hours. In addition to Men of All Trades checking the property, the Arroyo Vista property manager and the City of Dublin's Code Enforcement Officer check for graffiti.

I declare under penalty of perjury under the laws of the State of California that the foregoing information is true and correct and that I executed this declaration on July 14, 2008, at Oakland, California.

                                       /s/ Christine Gouig
                                       CHRISTINE GOUIG

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX

## DECLARATION OF GEORGE SMITH

I, George Smith, declare:

1. I am a Contracts Manager for the Housing Authority of the County of Alameda ("HACA"). I have been a HACA Contracts Manager since April 2005. I have personal knowledge of all matters stated in this declaration, and if called as a witness I could and would testify competently to these matters.

2. My responsibilities as a Contracts Manager include managing all service contracts for the Dublin Housing Authority ("DHA"). I spend about 45% of my working time each week at the Arroyo Vista housing complex in Dublin. When I first started working for HACA, I spent closer to 60% of my time at Arroyo Vista.

3. Tenants at Arroyo Vista are responsible for maintaining the front and back yards of their houses. We have always had some tenants who keep their yards neat, and others who rarely or never mow and who leave household items and trash in their yards. Arroyo Vista presently looks much neater than it did when I began working there.

4. On July 3 and 10, 2008, I visited Arroyo Vista in the daytime and took several photographs of houses and yards. I used a digital camera, and I downloaded the photographs to my computer. I did not change or touch up the photographs in any way. Each photograph is an accurate depiction of the scene I saw when I took the photograph. Copies of those photographs are attached to this Declaration, with page numbers to identify them.

5. The photographs on pages 8 and 9 of this report show housing units at Arroyo Vista that are presently occupied.

6. The photographs on pages 10 and 11 of this report show housing units at Arroyo Vista that are presently vacant.

7. The photographs on page 12 of this report show both vacant and occupied units.

8. The photographs on page 13 of this report show common areas at Arroyo Vista.

9. Until February 28, 2008, HACA employed a groundsworker to mow common areas at Arroyo Vista; to clean up trash in common areas; and to make minor repairs to the irrigation system. This employee resigned, and DHA elected to contract with Angel's Cleaning

Goldfarb &
Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX

Service for these services (with the exception of the irrigation system repairs which are done by Tru-Green Landcare). The Arroyo Vista property manager directs Angel's where to mow or clean up.

10. Since August 2007, when tenants have moved away from Arroyo Vista, DHA has boarded up the vacant units. The photographs on pages 10, 11, and 12 show vacant units with boards securing the windows. DHA contracted with Tru-Green Landcare in January 2008 to clear thoroughly the yards of 50 tenants who had moved out. In addition, DHA's on-site groundsworker mowed some of these vacant units' yards.

11. DHA has contracted with a service called Men of All Trades to mow all common areas in the complex, and all front and back yards of vacant units. Men of All Trades began this task on July 10, and we expected that they would finish by July 13. We intend to have them repeat this complex-wide mowing approximately every thirty days, and to supplement their work with occasional mowing or weed-trimming by Angel's.

12. In April 2005, trash at Arroyo Vista was collected twice per week. In spring 2006, we increased the frequency to three times per week, and we have continued with three trash pickups per week even though some units at Arroyo Vista are now vacant. Every courtyard also has two recycling bins. In August 2007, we placed debris boxes on the street so that residents could discard large items if necessary.

I declare under penalty of perjury under the laws of the State of California that the foregoing information is true and correct and that I executed this declaration on July 14, 2008, at Hayward, California.

/s/ George Smith
GEORGE SMITH

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX

1
2
3
4
5
6
7
8  **PHOTOGRAPHS**
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Goldfarb &
Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX

















11







