**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: July 14, 2008

Case No.   C 07-5794  MHP              Judge: MARILYN H. PATEL

Title: ARROYO VISTA TENANTS ASSOC et al -v- CITY OF DUBLIN et al

Attorneys:  Plf: Deborah Collins
            Dft: Juliet Cox

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion of proposed notice forms; If no stipulation reached about filing of amended complaint, briefing schedule as follows:

    Motions to amend to be filed by 7/28/2008;
    Oppositions to be filed by 8/11/08;
    Replies to be filed by 8/18/2008;
    Motion to be heard 2:00 pm on 9/8/2008;

Further dates modified as follows:

    Disclosure of witnesses (case-in-chief): 5/8/2009;
    Bench Trial set for 8:30 am on 12/1/2009 (one week);
    Pretrial Conference set for 11/10/2009 at 2:30 pm;

Further CMC (if no motions filed) to be heard 3:00 pm on 12/1/2008, with a joint statement to be filed one week prior to the conference.