1  JAMES T. DIAMOND, JR., State Bar #131525
   jdiamond@goldfarblipman.com
2  ROBERT C. MILLS, State Bar #158097
   rmills@goldfarblipman.com
3  JULIET E. COX, State Bar #214401
   jcox@goldfarblipman.com
4  GOLDFARB & LIPMAN LLP
   1300 Clay Street, Ninth Floor
5  Oakland, California 94612
   Telephone:  (510) 836-6336
6  Facsimile:  (510) 836-1035

7  Attorneys for Defendants and Respondents and for
   Real Parties in Interest DUBLIN HOUSING
8  AUTHORITY; HOUSING AUTHORITY OF THE
   COUNTY OF ALAMEDA; SCS DEVELOPMENT
9  COMPANY; and EDEN HOUSING, INC.

10 JOSEPH M. QUINN, State Bar #171898
   jquinn@meyersnave.com
11 MEYERS, NAVE, RIBACK, SILVER & WILSON
   575 Market Street, Suite 2600
12 San Francisco, California 94105
   Telephone:  (415) 421-3711
13 Facsimile:  (415) 421-3767

14 Attorneys for Defendant and Respondent
   CITY OF DUBLIN
15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18 | ARROYO VISTA TENANTS ASS'N *et al.*, | Case No.: 3:07-cv-05794-MHP
19 | Plaintiffs and Petitioners, |
20 | v. | **STIPULATION TO MODIFY TRIAL PREPARATION SCHEDULE AND TRIAL; [PROPOSED] ORDER**
21 | CITY OF DUBLIN *et al.*, |
22 | Defendants and Respondents, |
23 | SCS DEVELOPMENT COMPANY *et al.* |
24 | Real Parties in Interest. |

26       Defendants and Respondents DUBLIN HOUSING AUTHORITY ("DHA"), HOUSING

27 AUTHORITY OF THE COUNTY OF ALAMEDA ("HACA,"), and CITY OF DUBLIN (the

28 "City") (together, "Defendants"); Real Parties in Interest SCS DEVELOPMENT COMPANY

                                          1
STIPULATION TO MODIFY TRIAL PREPARATION SCHEDULE & TRIAL; [PROPOSED] ORDER (3:07-cv-05794-MHP)
1460\03\686998.2

dba CITATION HOMES CENTRAL ("Citation") and EDEN HOUSING INC. ("Eden") (together, "Real Parties"); and Plaintiffs and Petitioners ("Plaintiffs") ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, and ELISE VEAL hereby stipulate, by and through their respective counsel:

1. As discussed with the Court at the status conference held in this action on December 1, 2008, Defendants, Real Parties, and Plaintiffs expect the United States Department of Housing and Urban Development ("HUD") to act on Defendant DHA's application to HUD for permission to dispose of the public housing complex in Dublin known as Arroyo Vista.

2. As discussed further at the December 1, 2008, conference, if HUD's decision is to approve DHA's application, Plaintiffs may elect to seek leave of this Court to amend their Petition and Complaint in this action to challenge that decision. Therefore, the Court instructed the parties to notify the Court within ten days of a decision by HUD and at such time, the Court will schedule a further status conference.

3. Because they believe that HUD's decision may require revisions to the schedule for preparation and trial of this action, Defendants, Real Parties, and Plaintiffs have deferred discovery in anticipation of that decision.

4. As of the date of this stipulation, HUD has not given written notice of its action on DHA's disposition application.

5. For these reasons, Defendants, Real Parties, and Plaintiffs jointly request that this Court modify the schedule for preparation and trial of this action by adding three months to the current schedule. Defendants, Real Parties, and Plaintiffs propose the following new schedule for this action:

| | |
|---|---|
| Disclosure of witnesses (case-in-chief) | July 10, 2009 |
| Non-expert discovery cutoff | September 11, 2009 |
| Expert disclosures | September 25, 2009 |
| Rebuttal expert disclosures | October 30, 2009 |
| Expert discovery cutoff | December 4, 2009 |
| Dispositive motion cutoff | January 29, 2010 |

| | | |
|---|---|---|
| Pre-trial conference | ~~On or after~~ February 11, 2010 | @ 2:30 p.m. |
| Trial | ~~On or after~~ March ~~1~~2, 2010 | @ 8:30 a.m. |

6. Defendants, Real Parties, and Plaintiffs have no need for expedited scheduling at this time, but agree to reconsider the need for an expedited schedule in the event HUD approves DHA's application for disposition of Arroyo Vista.

DATED: May 6, 2009

GOLDFARB & LIPMAN LLP
MEYERS, NAVE, RIBACK, SILVER & WILSON

By: /s/ Juliet E. Cox
JULIET E. COX
Attorneys for Defendants and Respondents and for Real Parties in Interest DUBLIN HOUSING AUTHORITY; HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA; CITY OF DUBLIN; SCS DEVELOPMENT COMPANY; and EDEN HOUSING, INC.

DATED: May 6, 2009

BAY AREA LEGAL AID
CALIFORNIA AFFORDABLE HOUSING LAW PROJECT OF THE PUBLIC INTEREST LAW PROJECT

By: /s/ Lisa S. Greif
LISA S. GREIF
Attorneys for Plaintiffs and Petitioners ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, and ELISE VEAL

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

**ORDER**

Good cause appearing therefore, IT IS SO ORDERED.

DATED: 5/11/2009  _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Marilyn H. Patel

3
STIPULATION TO MODIFY TRIAL PREPARATION SCHEDULE & TRIAL; [PROPOSED] ORDER (3:07-cv-05794-MHP)
1460\03\686998.2

Goldfarb & Lipman LLP
1300 Clay Street
Ninth Floor
Oakland
California
94612
510 836-6336
510 836-1035 FAX