BAY AREA LEGAL AID
LISA S. GREIF (State Bar No. 214537)
NAOMI YOUNG (State Bar No. 105041)
PHILLIP R. MORGAN (State Bar No. 99979)
1735 Telegraph Avenue
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
       nyoung@baylegal.org
       pmorgan@baylegal.org

CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727
Email: dcollins@pilpca.org
       mrawson@pilpca.org
       ccastellanet@pilpca.org

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.   **E-FILED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, et al., <br><br> Plaintiffs and Petitioners, <br><br> vs. <br><br> CITY OF DUBLIN, et al., <br><br> Defendants and Respondents. <br><br> SCS DEVELOPMENT COMPANY, et al., <br><br> Real Parties in Interest. | CASE NO. C 07-05794 MHP <br><br> **STIPULATION TO MODIFY TRIAL PREPARATION SCHEDULE AND TRIAL; [PROPOSED] ORDER** <br><br> Status Conference: June 22, 2009 <br> Time: 3:00 p.m. <br> Courtroom: 15, 18th Floor <br> Judge: Honorable Marilyn Hall Patel |

Defendants and Respondents DUBLIN HOUSING AUTHORITY ("DHA"), HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA ("HACA"), and CITY OF DUBLIN (the "City") (together, "Defendants"); Real Parties in Interest SCS DEVELOPMENT COMPANY dba CITATION HOMES CENTRAL ("Citation") and EDEN HOUSING INC. ("Eden") (together "Real Parties"); and Plaintiffs and Petitioners ("Plaintiffs") ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, and ELISE VEAL hereby stipulate, by and through respective counsel:

1. Pursuant to the parties' Stipulation to Modify Trial Preparation Schedule and Trial, the Court entered an Order on May 12, 2009 (Document #110) establishing the following schedule:

| | |
|---|---|
| Disclosure of Witnesses (case-in-chief) | July 11, 2009 |
| Non-expert discovery cut-off: | September 11, 2009 |
| Expert disclosure and reports to be completed: | September 25, 2009 |
| Rebuttal expert disclosure: | October 30, 2009 |
| Expert discovery cut-off: | December 4, 2009 |
| Hearing of dispositive motions: | January 29, 2010 |
| Pre-trial conference: | February 11, 2010 at 2:30 p.m. |
| Trial: | March 2, 2010 at 8:30 a.m. |

2. As set forth in the Notice of Decision by United States Department of Housing and Urban Development ("HUD") filed by Defendants on June 1, 2009 (Document #111), HUD has approved DHA's application for disposition of the public housing complex in Dublin known as Arroyo Vista.

3. Plaintiffs, Defendants, and Real Parties in Interest desire to enter into settlement negotiations for a period of sixty (60) days. In order to facilitate good faith settlement discussions, the parties propose the following modification of the trial preparation and trial schedule:

| | |
|---|---|
| Disclosure of Witnesses (case-in-chief) | September 10, 2009 |
| Non-expert discovery cut-off: | November 10, 2009 |
| Expert disclosure and reports to be completed: | November 10, 2009 |
| Rebuttal expert disclosure: | December 9, 2009 |

| | |
|---|---|
| Expert discovery cut-off: | January 6, 2010 |
| Hearing of dispositive motions: | February 22, 2010 |
| Pre-trial conference: | March 4, 2010 at 2:30 p.m. |
| Trial: | March ~~22~~ 23, 2010 at 8:30 a.m. |

4. In the event settlement discussions are unsuccessful and plaintiffs initiate an action to challenge HUD's approval of DHA's application for disposition, the parties agree that the above schedule may need to be revised.

DATED: 6/22/09        BAY AREA LEGAL AID

CALIFORNIA AFFORDABLE HOUSING LAW PROJECT OF THE PUBLIC INTEREST LAW PROJECT


BY:        /s/
   DEBORAH COLLINS
   Attorneys for Plaintiffs and Petitioners ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, and ELISE VEAL


DATED: 6/22/09        GOLDFARB & LIPMAN

MEYERS, NAVE, RIBACK, SILVER & WILSON


BY:        /s/
   JULIET E. COX
   Attorneys for Defendants and Respondents and for Real Parties in Interest DUBLIN HOUSING AUTHORITY; ALAMEDA COUNTY HOUSING AUTHORITY; CITY OF DUBLIN; SCS DEVELOPMENT COMPANY and EDEN HOUSING, INC.

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by
2  a "conformed" signature (/s/) within this efiled document.

3

4  Dated: 6/22/09                                             /s/
5                                                    Deborah Collins
                                                     Attorney for Plaintiffs
6

7

8                                              **ORDER**

9

10  Good cause appearing therefore, IT IS SO ORDERED.  Plaintiffs shall file an amended complaint
    by stipulation or motion on or before September 25, 2009.
11

12

13  DATED:__6/22/2009_____
14                                              UNITED STATES DISTRICT JUDGE

    *IT IS SO ORDERED*
    *Judge Marilyn H. Patel*