BAY AREA LEGAL AID
LISA S. GREIF (State Bar No. 214537)
NAOMI YOUNG (State Bar No. 105041)
PHILLIP R. MORGAN (State Bar No. 99979)
1735 Telegraph Avenue
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
       nyoung@baylegal.org
       pmorgan@baylegal.org

CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727
Email: dcollins@pilpca.org
       mrawson@pilpca.org
       ccastellanet@pilpca.org

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.    **E-FILED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, et al., <br><br> Plaintiffs and Petitioners, <br><br> vs. <br><br> CITY OF DUBLIN, et al., <br><br> Defendants and Respondents. <br><br> SCS DEVELOPMENT COMPANY, et al., <br><br> Real Parties in Interest. | CASE NO. C 07-05794 MHP <br><br> **STIPULATION TO MODIFY TRIAL PREPARATION SCHEDULE AND TRIAL; [PROPOSED] ORDER** |

Stipulation to Modify Trial Preparation Schedule and Trial; [Proposed] Order (3:07-cv-05794 MHP)

1. Defendants and Respondents DUBLIN HOUSING AUTHORITY ("DHA"), HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA ("HACA"), and CITY OF DUBLIN (the "City") (together, "Defendants"); Real Parties in Interest SCS DEVELOPMENT COMPANY dba CITATION HOMES CENTRAL ("Citation") and EDEN HOUSING INC. ("Eden") (together "Real Parties"); and Plaintiffs and Petitioners ("Plaintiffs") ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, and ELISE VEAL hereby stipulate, by and through respective counsel:

1. Pursuant to the parties' Stipulation to Modify Trial Preparation Schedule and Trial, the Court entered an Order on June 22, 2009 (Document #115) establishing the following schedule:

| | |
|---|---|
| Disclosure of Witnesses (case-in-chief) | September 10, 2009 |
| Amended Complaint | September 25, 2009 |
| Non-expert discovery cut-off: | November 10, 2009 |
| Expert disclosure and reports to be completed: | November 10, 2009 |
| Rebuttal expert disclosure: | December 9, 2009 |
| Expert discovery cut-off: | January 6, 2010 |
| Hearing of dispositive motions: | February 22, 2010 |
| Pre-trial conference: | March 4, 2010 at 2:30 p.m. |
| Trial: | March 23, 2010 at 8:30 a.m. |

3. Plaintiffs, Defendants, and Real Parties in Interest have engaged in productive settlement negotiations since early July 2009 and requested a settlement conference with a Magistrate Judge to resolve one remaining issue. Unfortunately, it does not appear that Magistrate Judge LaPorte who was assigned for settlement purposes will be available before the end of the year. Therefore, the parties intend to participate in an alternative mediation through JAMS later this month. In order to continue the substantial progress towards settlement made to date, the parties propose the following modification of the trial preparation and trial schedule:

| | |
|---|---|
| Disclosure of Witnesses (case-in-chief): | October 9, 2009 |
| Amended Complaint: | October 23, 2009 |
| Non-expert discovery cut-off: | December 10, 2009 |

| | |
|---|---|
| Expert disclosure and reports to be completed: | December 10, 2009 |
| Rebuttal expert disclosure: | January 8, 2010 |
| Expert discovery cut-off: | February 5, 2010 |
| Hearing of dispositive motions: | March 22, 2010 |
| Pre-trial conference: | April 7, 2010 at 2:30 p.m. |
| Trial: | April 27, 2010 at 8:30 a.m. |

4. In the event settlement discussions are unsuccessful and plaintiffs initiate an action to challenge HUD's approval of DHA's application for disposition, the parties agree that the above schedule may need to be revised.

DATED: 9/10/09    BAY AREA LEGAL AID

CALIFORNIA AFFORDABLE HOUSING LAW PROJECT OF THE PUBLIC INTEREST LAW PROJECT

BY: _____/s/_____
    LISA GREIF
    Attorneys for Plaintiffs and Petitioners ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, and ELISE VEAL

DATED: 9/10/09    GOLDFARB & LIPMAN

MEYERS, NAVE, RIBACK, SILVER & WILSON

BY: _____/s/_____
    JULIET E. COX
    Attorneys for Defendants and Respondents and for Real Parties in Interest DUBLIN HOUSING AUTHORITY; ALAMEDA COUNTY HOUSING AUTHORITY; CITY OF DUBLIN; SCS DEVELOPMENT COMPANY and EDEN HOUSING, INC.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated:  9/10/09                              /s/_____
                                          LISA GREIF
                                          Attorney for Plaintiffs

**ORDER**

Good cause appearing therefore, IT IS SO ORDERED.

DATED: __9/10/2009_____          _____
                                          UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*