BAY AREA LEGAL AID
LISA S. GREIF (State Bar No. 214537)
NAOMI YOUNG (State Bar No. 105041)
PHILLIP R. MORGAN (State Bar No. 99979)
1735 Telegraph Avenue
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
       nyoung@baylegal.org
       pmorgan@baylegal.org

CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727
Email: dcollins@pilpca.org
       mrawson@pilpca.org
       ccastellanet@pilpca.org

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.     **E-FILED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, et al., <br><br> Plaintiffs and Petitioners, <br><br> vs. <br><br> CITY OF DUBLIN, et al., <br><br> Defendants and Respondents. <br><br> SCS DEVELOPMENT COMPANY, et al., <br><br> Real Parties in Interest. | CASE NO. C 07-05794 MHP <br><br> **STIPULATION TO MODIFY TRIAL PREPARATION SCHEDULE AND TRIAL;** ~~**[PROPOSED]**~~ **ORDER** |

Stipulation to Modify Trial Preparation Schedule and Trial; [Proposed] Order (3:07-cv-05794 MHP)

Defendants and Respondents DUBLIN HOUSING AUTHORITY ("DHA"), HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA ("HACA"), and CITY OF DUBLIN (the "City") (together, "Defendants"); Real Parties in Interest SCS DEVELOPMENT COMPANY dba CITATION HOMES CENTRAL ("Citation") and EDEN HOUSING INC. ("Eden") (together "Real Parties"); and Plaintiffs and Petitioners ("Plaintiffs") ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, and ELISE VEAL hereby stipulate, by and through respective counsel:

1.   Pursuant to the parties' Stipulation to Modify Trial Preparation Schedule and Trial, the Court entered an Order on September 10, 2009 (Document #119) establishing the following schedule:

| | |
|---|---|
| Disclosure of Witnesses (case-in-chief): | October 9, 2009 |
| Amended Complaint: | October 23, 2009 |
| Non-expert discovery cut-off: | December 10, 2009 |
| Expert disclosure and reports to be completed: | December 10, 2009 |
| Rebuttal expert disclosure: | January 8, 2010 |
| Expert discovery cut-off: | February 5, 2010 |
| Hearing of dispositive motions: | March 22, 2010 |
| Pre-trial conference: | April 7, 2010 at 2:30 p.m. |
| Trial: | April 27, 2010 at 8:30 a.m. |

3.   Plaintiffs, Defendants, and Real Parties in Interest have tentatively reached an agreement to settle the action, and the settlement agreement has been reduced to writing. The agreement must be approved by the public entities pursuant to public hearing requirements. HUD also must approve certain provision(s) of the agreement, and all parties to the agreement must execute the agreement. The parties anticipate settlement will be complete, and that a request for dismissal pursuant to Federal Rules of Civil Procedure rule 41(a)(2) will be submitted to the Court by mid-December 2009. Therefore, the parties propose the following modification of the trial preparation and trial schedule:

| | |
|---|---|
| Amended Complaint: | October 23, 2009 |

| | | |
|---|---|---|
| 1 | Disclosure of Witnesses (case-in-chief): | December 14, 2009 |
| 2 | Non-expert discovery cut-off: | February 8, 2010 |
| 3 | Expert disclosure and reports to be completed: | February 8, 2010 |
| 4 | Rebuttal expert disclosure: | March 5, 2010 |
| 5 | Expert discovery cut-off: | April 9, 2010 |
| 6 | Hearing of dispositive motions: | May 21, 2010 |
| 7 | Pre-trial conference: | June 9, 2010 at 2:30 p.m. |
| 8 | Trial: | June 22, 2010 at 8:30 a.m. |

4. In the event that HUD's approval is not received prior to October 23, 2009 or the anticipated public hearing(s) are delayed, the parties agree that the above schedule may need to be further revised.

DATED:     10/6/09            BAY AREA LEGAL AID

CALIFORNIA AFFORDABLE HOUSING LAW PROJECT OF THE PUBLIC INTEREST LAW PROJECT


BY:     /s/  Lisa S. Greif_____
        LISA GREIF
        Attorneys for Plaintiffs and Petitioners ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, and ELISE VEAL


DATED:     10/6/09            GOLDFARB & LIPMAN

MEYERS, NAVE, RIBACK, SILVER & WILSON


BY:     /s/ Juliet E. Cox _____
        JULIET E. COX
        Attorneys for Defendants and Respondents and for Real Parties in Interest DUBLIN HOUSING AUTHORITY; ALAMEDA COUNTY HOUSING AUTHORITY; CITY OF DUBLIN; SCS DEVELOPMENT COMPANY and EDEN HOUSING, INC.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: 10/6/09                    /s/ Lisa S. Greif_____

                                  LISA GREIF
                                  Attorney for Plaintiffs

**ORDER**

Good cause appearing therefore, IT IS SO ORDERED.

DATED: 10/7/09          _____
                        UNITED STATES

*[Stamp: IT IS SO ORDERED — Judge Marilyn H. Patel — United States District Court, Northern District of California]*