```
 1   BAY AREA LEGAL AID
     LISA S. GREIF (State Bar No. 214537)
 2   NAOMI YOUNG (State Bar No. 105041)
     PHILLIP R. MORGAN (State Bar No. 99979)
 3   1735 Telegraph Avenue
     Oakland, California 94612
 4   Telephone: 510-663-4744
     Facsimile: 510-663-4740
 5   Email: lgreif@baylegal.org
            nyoung@baylegal.org
 6          pmorgan@baylegal.org

 7   CALIFORNIA AFFORDABLE HOUSING LAW
     PROJECT OF THE PUBLIC INTEREST LAW PROJECT
 8   DEBORAH COLLINS (State Bar No. 154532)
     MICHAEL RAWSON (State Bar No. 95868)
 9   CRAIG CASTELLANET (State Bar No. 176054)
     449 15th Street, Suite 301
10   Oakland, California 94612
     Telephone: 510-891-9794, ext. 156
11   Facsimile: 510-891-9727
     Email: dcollins@pilpca.org
12          mrawson@pilpca.org
            ccastellanet@pilpca.org
13
     Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.   E-FILED
14
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, et al., | CASE NO. C 07-05794 MHP |
| Plaintiffs and Petitioners, | **STIPULATION TO MODIFY TRIAL PREPARATION SCHEDULE AND TRIAL;** [~~PROPOSED~~] **ORDER** |
| vs. | |
| CITY OF DUBLIN, et al., | |
| Defendants and Respondents. | |
| SCS DEVELOPMENT COMPANY, et al., | |
| Real Parties in Interest. | |

Defendants and Respondents DUBLIN HOUSING AUTHORITY ("DHA"), HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA ("HACA"), and CITY OF DUBLIN (the "City") (together, "Defendants"); Real Parties in Interest SCS DEVELOPMENT COMPANY dba CITATION HOMES CENTRAL ("Citation") and EDEN HOUSING INC. ("Eden") (together "Real Parties"); and Plaintiffs and Petitioners ("Plaintiffs") ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, and ELISE VEAL hereby stipulate, by and through respective counsel:

1. Pursuant to the parties' Stipulation to Modify Trial Preparation Schedule and Trial, the Court entered an Order on October 8, 2009 (Document #121) establishing the following schedule:

| | |
|---|---|
| Amended Complaint: | October 23, 2009 |
| Disclosure of Witnesses (case-in-chief): | December 14, 2009 |
| Non-expert discovery cut-off: | February 8, 2010 |
| Expert disclosure and reports to be completed: | February 8, 2010 |
| Rebuttal expert disclosure: | March 5, 2010 |
| Expert discovery cut-off: | April 9, 2010 |
| Hearing of dispositive motions: | May 21, 2010 |
| Pre-trial conference: | June 9, 2010 at 2:30 p.m. |
| Trial: | June 22, 2010 at 8:30 a.m. |

2. Plaintiffs, Defendants, and Real Parties in Interest have reached an agreement to settle the action, and the settlement agreement has been approved by the public entities pursuant to public hearing requirements. The agreement has been submitted to HUD for approval, and the parties are awaiting HUD's review and approval. The parties anticipate settlement will be complete, and that a request for dismissal pursuant to Federal Rules of Civil Procedure rule 41(a)(2) will be submitted to the Court by mid-December 2009. To facilitate HUD's review of the agreement, the parties propose the following modification of the trial preparation and trial schedule:

| | |
|---|---|
| Amended Complaint: | November 23, 2009 |
| Disclosure of Witnesses (case-in-chief): | December 14, 2009 |

| | |
|---|---|
| Non-expert discovery cut-off: | February 8, 2010 |
| Expert disclosure and reports to be completed: | February 8, 2010 |
| Rebuttal expert disclosure: | March 5, 2010 |
| Expert discovery cut-off: | April 9, 2010 |
| Hearing of dispositive motions: | May 21, 2010 |
| Pre-trial conference: | June 9, 2010 at 2:30 p.m. |
| Trial: | June 22, 2010 at 8:30 a.m. |

3. In the event that HUD's approval is not received prior to November 23, 2009, the parties agree that the above schedule may need to be further revised.

DATED: 10/22/09        BAY AREA LEGAL AID

CALIFORNIA AFFORDABLE HOUSING LAW PROJECT OF THE PUBLIC INTEREST LAW PROJECT

BY: /s/ Deborah Collins
DEBORAH COLLINS
Attorneys for Plaintiffs and Petitioners ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, and ELISE VEAL

DATED: 10/22/09        GOLDFARB & LIPMAN

MEYERS, NAVE, RIBACK, SILVER & WILSON

BY:_____
JULIET E. COX
Attorneys for Defendants and Respondents and for Real Parties in Interest DUBLIN HOUSING AUTHORITY; ALAMEDA COUNTY HOUSING AUTHORITY; CITY OF DUBLIN; SCS DEVELOPMENT COMPANY and EDEN HOUSING, INC.

| | |
|---|---|
| Non-expert discovery cut-off: | February 8, 2010 |
| Expert disclosure and reports to be completed: | February 8, 2010 |
| Rebuttal expert disclosure: | March 5, 2010 |
| Expert discovery cut-off: | April 9, 2010 |
| Hearing of dispositive motions: | May 21, 2010 |
| Pre-trial conference: | June 9, 2010 at 2:30 p.m. |
| Trial: | June 22, 2010 at 8:30 a.m. |

3. In the event that HUD's approval is not received prior to November 23, 2009, the parties agree that the above schedule may need to be further revised.

DATED: 10/22/09          BAY AREA LEGAL AID

CALIFORNIA AFFORDABLE HOUSING LAW PROJECT OF THE PUBLIC INTEREST LAW PROJECT

BY:_____
DEBORAH COLLINS
Attorneys for Plaintiffs and Petitioners ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, and ELISE VEAL

DATED: 10/22/09          GOLDFARB & LIPMAN

MEYERS, NAVE, RIBACK, SILVER & WILSON

BY:_____
JULIET E. COX
Attorneys for Defendants and Respondents and for Real Parties in Interest DUBLIN HOUSING AUTHORITY; ALAMEDA COUNTY HOUSING AUTHORITY; CITY OF DUBLIN; SCS DEVELOPMENT COMPANY and EDEN HOUSING, INC.

1 | I hereby attest that I have on file all holograph signatures for any signatures indicated by
2 | a "conformed" signature (/s/) within this efiled document.

Dated: 10/22/09

_____
JULIET COX
Attorney for Defendants and Respondents and for Real Parties in Interest

## ORDER

Good cause appearing therefore, IT IS SO ORDERED.

DATED: October 23, 2009

_____
UNITED STATES DISTRICT JUDGE