BAY AREA LEGAL AID
LISA S. GREIF (State Bar No. 214537)
NAOMI YOUNG (State Bar No. 105041)
PHILLIP R. MORGAN (State Bar No. 99979)
1735 Telegraph Avenue
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
       nyoung@baylegal.org
       pmorgan@baylegal.org

CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727
Email: dcollins@pilpca.org
       mrawson@pilpca.org
       ccastellanet@pilpca.org

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.   **E-FILED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, et al., <br><br> Plaintiffs and Petitioners, <br><br> vs. <br><br> CITY OF DUBLIN, et al., <br><br> Defendants and Respondents. <br><br> SCS DEVELOPMENT COMPANY, et al., <br><br> Real Parties in Interest. | CASE NO. C 07-05794 MHP <br><br> **STIPULATION TO MODIFY TRIAL PREPARATION SCHEDULE AND TRIAL; [PROPOSED] ORDER** |

Defendants and Respondents DUBLIN HOUSING AUTHORITY ("DHA"), HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA ("HACA"), and CITY OF DUBLIN (the "City") (together, "Defendants"); Real Parties in Interest SCS DEVELOPMENT COMPANY dba CITATION HOMES CENTRAL ("Citation") and EDEN HOUSING INC. ("Eden") (together "Real Parties"); and Plaintiffs and Petitioners ("Plaintiffs") ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, and ELISE VEAL hereby stipulate, by and through respective counsel:

1. Pursuant to the parties' Stipulation to Modify Trial Preparation Schedule and Trial, the Court entered an Order on November 25, 2009 (Document #125) establishing the following schedule:

| | |
|---|---|
| Amended Complaint: | December 1, 2009 |
| Disclosure of Witnesses (case-in-chief): | December 14, 2009 |
| Non-expert discovery cut-off: | February 8, 2010 |
| Expert disclosure and reports to be completed: | February 8, 2010 |
| Rebuttal expert disclosure: | March 5, 2010 |
| Expert discovery cut-off: | April 9, 2010 |
| Hearing of dispositive motions: | May 21, 2010 |
| Pre-trial conference: | June 9, 2010 at 2:30 p.m. |
| Trial: | June 22, 2010 at 8:30 a.m. |

3. Plaintiffs, Defendants, and Real Parties in Interest have reached an agreement to settle the action, and the settlement agreement has been approved by the public entities pursuant to public hearing requirements. The agreement has been submitted to HUD, and HUD has indicated that it will approve the agreement. However, the parties are awaiting HUD's written approval. The parties anticipate settlement will be complete, and that a request for dismissal pursuant to Federal Rules of Civil Procedure rule 41(a)(2) will be submitted to the Court by mid-December 2009. To facilitate HUD's final review of the agreement, the parties propose the following modification of the trial preparation and trial schedule:

| | |
|---|---|
| Amended Complaint: | December 14, 2009 |

| | |
|---|---|
| Disclosure of Witnesses (case-in-chief): | December 14, 2009 |
| Non-expert discovery cut-off: | February 8, 2010 |
| Expert disclosure and reports to be completed: | February 8, 2010 |
| Rebuttal expert disclosure: | March 5, 2010 |
| Expert discovery cut-off: | April 9, 2010 |
| Hearing of dispositive motions: | May 21, 2010 |
| Pre-trial conference: | June 9, 2010 at 2:30 p.m. |
| Trial: | June 22, 2010 at 8:30 a.m. |

4. In the event that HUD's written approval is not received prior to December 14, 2009, the parties agree that the above schedule may need to be further revised.

DATED: 12/1/09        BAY AREA LEGAL AID

CALIFORNIA AFFORDABLE HOUSING LAW PROJECT OF THE PUBLIC INTEREST LAW PROJECT

BY:    /s/ Lisa Greif_____
       LISA GREIF
       Attorneys for Plaintiffs and Petitioners ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, and ELISE VEAL

DATED: 12/1/09        GOLDFARB & LIPMAN

MEYERS, NAVE, RIBACK, SILVER & WILSON

BY:    /s/ Juliet E. Cox_____
       JULIET E. COX
       Attorneys for Defendants and Respondents and for Real Parties in Interest DUBLIN HOUSING AUTHORITY; ALAMEDA COUNTY HOUSING AUTHORITY; CITY OF DUBLIN; SCS DEVELOPMENT COMPANY and EDEN HOUSING, INC.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated:  12/1/09              /s/ Lisa Greif
                             LISA GREIF
                             Attorney for Plaintiffs

**ORDER**

Good cause appearing therefore, IT IS SO ORDERED.

DATED: 12/3/2009

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA