BAY AREA LEGAL AID
LISA S. GREIF (State Bar No. 214537)
NAOMI YOUNG (State Bar No. 105041)
PHILLIP R. MORGAN (State Bar No. 99979)
1735 Telegraph Avenue
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
       nyoung@baylegal.org
       pmorgan@baylegal.org

CALIFORNIA AFFORDABLE HOUSING LAW
PROJECT OF THE PUBLIC INTEREST LAW PROJECT
DEBORAH COLLINS (State Bar No. 154532)
MICHAEL RAWSON (State Bar No. 95868)
CRAIG CASTELLANET (State Bar No. 176054)
449 15th Street, Suite 301
Oakland, California 94612
Telephone: 510-891-9794, ext. 156
Facsimile: 510-891-9727
Email: dcollins@pilpca.org
       mrawson@pilpca.org
       ccastellanet@pilpca.org

Attorneys for Petitioners ARROYO VISTA TENANTS ASSOCIATION, et al.    **E-FILED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO VISTA TENANTS ASSOCIATION, et al., <br><br> Plaintiffs and Petitioners, <br><br> vs. <br><br> CITY OF DUBLIN, et al., <br><br> Defendants and Respondents. <br><br> SCS DEVELOPMENT COMPANY, et al., <br><br> Real Parties in Interest. | CASE NO. C 07-05794 MHP <br><br> **REQUEST FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(2); (PROPOSED) ORDER THEREON** <br><br> Courtroom: 15, 18th Floor <br> Judge: Honorable Marilyn Hall Patel |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and in accordance with the Settlement Agreement of the parties attached hereto as Exhibit 1, plaintiffs respectfully request that the Court:

1. Dismiss this action with prejudice; and

2. Retain jurisdiction solely to enforce the terms of the attached Settlement Agreement.

DATED: December 14, 2009          BAY AREA LEGAL AID

CALIFORNIA AFFORDABLE HOUSING LAW PROJECT OF THE PUBLIC INTEREST LAW PROJECT

BY:     /s/ Lisa Greif_____
LISA GREIF
Attorneys for Plaintiffs and Petitioners ARROYO VISTA TENANTS ASSOCIATION, RHENAE KEYES, ANDRES ARROYO, DARLENE BROWN, and ELISE VEAL

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within the Exhibit 1 efiled document.

Dated: December 14, 2009          /s/ Lisa Greif_____

Lisa Greif
Attorney for Plaintiffs

**ORDER**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the Settlement Agreement of the parties attached as Exhibit 1 and incorporated herein, it is hereby ORDERED that:

1. The above-captioned civil action is dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure; and

2. The Court retains jurisdiction of this matter solely for the purpose of enforcing the Settlement Agreement.

DATED: 12/16/2009

_____
UNITED STATES DISTRICT



IT IS SO ORDERED
Judge Marilyn H. Patel